ACCEPTED
15-25-00124-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/2/2025 1:22 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00124-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/3/2025 8:29:45 AM
CHRISTOPHER A. PRINE
Clerk

_____

BRIAN BECKCOM,

*Appellant,*

v.

TEXAS A&M UNIVERSITY,

*Appellee.*

_____

Appealed from the
85th District Court
Brazos County, Texas
Cause No. 24-003177-CV-85

**APPELLEE'S RESPONSE OPPOSING APPELLANT'S MOTION TO ABATE AND REMAND FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Appellee, Texas A&M University ("TAMU") files this Response Opposing Appellant's Motion to Abate and Remand for Findings of Fact and Conclusions of Law because this case was not "tried" before the lower court. The trial court correctly sustained TAMU's Objection to Appellee's request for findings of fact and conclusions of law therefore Appellant's motion should be denied. In support, TAMU respectfully offers the following for consideration by the Court:

1

## I.  BACKGROUND

This is an appeal of a suit for writ of mandamus pursuant to the Texas Public Information Act ("TPIA"). Tex. Gov't Code § 552.321. On October 24, 2024, Appellant filed a Petition for Writ of Mandamus ("the Petition") in Brazos County, Texas. App'x 1-9.[1] On January 13, 2025, contrary to Appellant's incorrect assertion that TAMU filed a Plea to the Jurisdiction "in lieu of an answer," TAMU timely answered the lawsuit by filing an Original Answer,[2] including a general denial demanding strict proof, and Affirmative Defenses. App'x 10-13.

On February 6, 2025, TAMU filed a Plea to the Jurisdiction along with exhibits in support. App'x 14-1600. On March 21, 2025, TAMU filed a first supplemental and second supplemental to its plea. App'x 1613-4493. On April 14, 2025, TAMU filed a third supplemental to its plea. App'x 4495-4507. TAMU's plea clearly argued, and cited to evidence in support, that it met its obligations under the TPIA to produce information responsive to Appellant's open records requests and, further, that it redacted and withheld certain documents pursuant to exceptions expressly permitted by the TPIA, including the protection of confidential student records under TEX. GOV'T CODE § 552.114(b). App'x 14-1600.

---

[1] All appendix cites are to Appellee's Appendix unless specifically indicated otherwise.

[2] Appellant omitted TAMU's Original Answer from his appendix.

On April 17, 2025, a hearing was held before the trial court on Appellant's Amended Petition for Writ of Mandamus ("Petition"), TAMU's Plea to the Jurisdiction along with all three supplements thereto. App'x 4494, 4508.

On April 24, 2025, the trial court issued a letter ruling. App'x 4518. Thereafter, on May 12, 2025, an order was issued denying Appellant's Petition, dismissing all claims with prejudice and denying all requested relief. App'x 4556. The order also denied TAMU's Plea to the Jurisdiction. *Id*.

On June 2, 2025, Appellant filed a Request for Findings of Fact and Conclusions of Law. App'x 4558-60. On June 4, 2025, TAMU filed Objections to his Request for Findings of Fact and Conclusions of Law. App'x 4561-67.

On June 6, 2025, Appellant filed a proposed order seeking to vacate the dismissal order and to *set the case for a bench trial*. App'x 4585-86 (emphasis added). Appellant failed to file a motion or any briefing in support of this "stand alone" order. On June 9, 2025, TAMU filed Objections to Appellant's Proposed Order to Vacate Final Judgment Order. App'x 4587-91. The following day, Appellant filed a Motion for New Trial that contained nothing more than conclusory legal arguments. App'x 4592-93. That motion was denied by operation of law.

On June 16, 2025, the trial court correctly sustained TAMU's objections to Appellant's Request for Findings of Fact and Conclusions of Law thereby denying and disregarding his improper request. App'x 4594-95.

On June 24, 2025, Appellant filed a Notice of Past Due Findings of Fact and Conclusions of Law, in response to which TAMU objected. App'x 4596-98. This appeal followed.

On September 22, 2025, Appellant attempted to file his Motion to Abate and Remand for Findings of Fact and Conclusions of Law, but it was rejected because he failed to confer with TAMU regarding the motion. After TAMU indicated its opposition thereto, Appellant's motion was re-filed on September 23, 2025. For the reasons stated herein, Appellant's motion should be flatly denied.

## II.  ARGUMENT AND AUTHORITY

### A.  Findings of Fact and Conclusions of Law are only proper in cases that are "tried"

According to Rules 296 and 297 of the Texas Rules of Civil Procedure, a trial judge must prepare findings of fact in cases *tried* in the district court without a jury. See Tex. R. Civ. P. 296, 297 (emphasis added). When a trial court grants summary judgment relief, however, findings of fact are not appropriate because the summary judgment proceeding has not been "tried" within the scope of rule 296. *See IKB Indus. (Nigeria) Ltd. v. Pro-Line Corp.*,

4

938 S.W.2d 440, 441 (Tex. 1997) (holding that findings of fact and legal conclusions are neither necessary nor proper in summary judgment proceeding); *Willms v. Americas Tire Co., Inc.*, 190 S.W.3d 796, 810 (Tex. App. - Dallas 2006, pet. denied); *Linwood v. NCNB Tex.*, 885 S.W.2d 102, 103 (Tex.1994) (holding that appellate deadlines are not extended by request for findings of fact and conclusions of law following summary judgment because they "have no place in a summary judgment proceeding").

As these cases suggest, the trial court's factual and legal conclusions are neither essential nor particularly germane to the disposition of an appeal from a plea to the jurisdiction or summary judgment because the grounds for such dispositive motions are limited to those specified therein, and courts of appeal review those judgments de novo. *See, e.g., Houston Belt & Terminal Ry. Co. v. City of Houston, 487 S.W.3d 154, 160 (Tex. 2016) (*review of a trial court's ruling on a plea to the jurisdiction de novo); *Valence Operating Co. v. Dorsett*, 164 S.W.3d 656, 661 (Tex. 2005); *Provident Life & Accident Ins. Co. v. Knott*, 128 S.W.3d 211,215 (Tex. 2003).

Moreover, TAMU addressed the merits of Plaintiff's Petition by providing substantive legal argument in its Plea to the Jurisdiction that it complied with its TPIA obligations and provided probative evidence in support. Hence, even if TAMU's Plea to the Jurisdiction was denied on a jurisdictional ground, TAMU nevertheless prevailed on the merits by

5

demonstrating that its response to Appellant's open records requests was in compliance with the TPIA. *State Bar of Tex. v. Heard*, 603 S.W.2d 829 (Tex. 1980) (establishing that the substance of a pleading controls over its title or form). Accordingly, a court must examine the entire pleading to determine its true nature, rather than being bound by the label the filer gives it. *Id*. This remains a cornerstone of the substance-over-form rule in Texas civil procedure.

The Texas Supreme Court reinforced this rule in *Tex. Med. Res., LLP v. Molina Healthcare of Tex., Inc.*, 659 S.W.3d 424 (Tex. 2023), in which the Court stated:

> "We look to the substance of a plea for relief to determine the nature of the pleading, not merely at the form of the title given to it."

Accordingly, the *Molina Healthcare of Tex.* court determined that a party's motion was not a proper "plea to the jurisdiction," but instead could be treated as raising legal issues on the merits. This analysis equally applies here since TAMU's plea clearly addressed the merits of the case. App'x 14-1600, 1613-4493, 4495-4507.

In *Godoy v. Wells Fargo Bank, N.A.*, 575 S.W.3d 531 (Tex. 2019), the Texas Supreme Court explained its broader judicial philosophy of favoring merits-based adjudication over procedural technicalities. The court explained its position by stating, "Whenever possible... we reject form-over-substance

requirements that favor procedural machinations over reaching the merits of a case." *Id*. at 536.

**B.    This case was not "tried" within the meaning of the rule**

Here, the trial court expressly denied Appellant's Petition by way of an Order dismissing with prejudice all claims and causes of action asserted. App'x 4556. Accordingly, all relief requested by Appellant was denied. *Id*. This is tantamount to the granting of a summary judgment since the Court effectively dismissed the case because Appellant's TPIA claims were unmeritorious and lacked any genuine issue of material fact. See TEX. R. CIV. P. 166a(c); *City of Houston v. Clear Creek Basin Auth.*, 589 S.W.2d 671, 678 n.5 (Tex. 1979). As a result, TAMU was entitled to and, in fact, obtained a final judgment in its favor.

Moreover, nowhere in the TPIA does it authorize a bench trial much less a jury trial. In this regard, the April 17th hearing was exactly that, simply a hearing based on the pleadings and the evidence. There were no opening statements, no witness examination or cross examination, no closing arguments and no verdict. Stated another way, there was no indicia to indicate or suggest that the April 17th hearing was "tried" within the meaning of Rule 296.

Appellant also misrepresented the case cited in support his motion, namely *Anderson v. City of Seven Points*, 806 S.W.2d 791 (Tex. 1991). First

and most obviously, *Anderson* was not a TPIA case. Rather, it involved a suit to require a mayor to hold an election on a question abolishing the city's corporate existence. *Id.* Additionally, the *Anderson* case involved a bench trial in which witnesses testified and there was even conflicting witness testimony. *Id.* at 793. In this case, as explained above, what occurred in this case on April 17th was merely a hearing more akin to a dispositive summary judgment motion versus a "trial" within the meaning of Rule 296.

Additionally, nowhere in *Anderson*, including footnote 1 cited to by Appellant, can be found the broad and sweeping generalization that "The Texas Supreme Court has held that such requests are appropriate in mandamus proceedings that originate in district courts." See Appellant's Motion at p. 3. Appellant simply regurgitates the same flawed and incorrect arguments he made at the trial court level, for which the trial court flatly rejected.

Finally, Appellant's argument that the trial court's May 15th Order must clearly state the reason/s for the dismissal is without legal basis. Indeed, there is no such requirement under the TPIA that an order of dismissal of claims must state the reasons for dismissal or that findings of fact and conclusions of law must be issued in connection with an order of dismissal. Appellant simply ignores TAMU's position made perfectly clear in its pleadings that it complied with its obligations under the TPIA and

properly redacted information from documents and withheld certain documents pursuant to permitted exceptions to disclosure. The questions that he poses in his motion are impertinent and nothing more than an improper attempt to distort the issues, cause confusion and needlessly delay this appeal. See Appellant's Motion at pgs. 5-6.

It is without dispute that the two fundamental issues in this case are:

- Whether TAMU met its TPIA obligations, and
- Whether TAMU properly exercised its right to redact information and withhold certain documents pursuant to permissible exceptions under the TPIA.

For Appellant to now suggest he has "no idea" what the issues on appeal are since the trial court did not issue findings of fact and conclusions of law is utterly false and disingenuous, particularly since the two points above were clearly addressed in TAMU's Plea to the Jurisdiction.

## C.   This appeal should be dismissed for want of prosecution

Appellant has filed a frivolous motion instead of properly filing an appeal brief, which is now past due. Also, prior to filing the motion in issue, Appellant failed to request an extension of time to file his appellate brief. Accordingly, he has failed to properly advance his appeal. Therefore, this appeal should be dismissed for want of prosecution pursuant to TEX. R. APP. P. 42.3(b).

### III. CONCLUSION

Accordingly, Appellant's Motion to Abate and Remand for Findings of Fact and Conclusions of Law should be **DENIED** and this appeal should be **DISMISSED**.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General
Texas Bar No. 24032093
Jason.Contreras@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
**Attorneys for Appellee**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above has been served via e-file on all counsel of record on October 2, 2025.

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General

NO. 15-25-00124-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT

_____

BRIAN BECKCOM,

*Appellant,*

v.

TEXAS A&M UNIVERSITY,

*Appellee.*

_____

Appealed from the
85th District Court
Brazos County, Texas
Cause No. 24-003177-CV-85

_____

**<u>APPELLEE'S APPENDIX</u>**

_____

| | Date | Document Name | Page No. |
|---|---|---|---|
| 1. | 10/24/2024 | Plaintiff's Petition for Writ of Mandamus | App'x 1–9 |
| 2. | 1/13/2025 | Defendant's Original Answer and Affirmative Defenses | App'x 10–13 |
| 3. | 2/6/2025 | Defendant's plea to the jurisdiction w/ all exhibits and proposed order | App'x 14–1600 |
| 4. | 3/3/2025 | Plaintiff's amended petition for writ of mandamus | App'x 1601–1612 |
| 5. | 3/21/2025 | Defendant's first supplement to plea to jurisdiction w/ all attachments and exhibits | App'x 1613–3931 |
| 6. | 3/21/2025 | Defendant's second supplement to plea to jurisdiction w/ all attachments and exhibits | App'x 3932–4493 |
| 7. | 3/24/2025 | Notice of setting | App'x 4494 |
| 8. | 4/14/2025 | Defendant's third supplement to plea to jurisdiction w/ all attachments and exhibits | App'x 4495–4507 |
| 9. | 4/14/2025 | Notice of setting | App'x 4508 |
| 10. | 4/15/2025 | Plaintiff's response to defendant's plea to the jurisdiction | App'x 4509–4517 |
| 11. | 4/24/2025 | Letter ruling by Judge Kyle Hawthorne | App'x 4518 |
| 12. | 4/24/2025 | Plaintiff's supplementary briefing regarding UT at *Austin v. Gatehouse Media Texas Holdings* | App'x 4519–4555 |
| 13. | 5/12/2025 | Order of dismissal w/ prejudice | App'x 4556 |

| | Date | Document Name | Page No. |
|---|---|---|---|
| 14. | 5/13/2025 | Notice of court order | App'x 4557 |
| 15. | 6/2/2025 | Plaintiff's request for findings of fact and conclusions of law | App'x 4558–4560 |
| 16. | 6/4/2025 | Defendant's objections to plaintiff's request for findings of fact and conclusions of law | App'x 4561–4567 |
| 17. | 6/6/2025 | Defendant's proposed findings of fact and conclusions of law | App'x 4568–4573 |
| 18. | 6/6/2025 | Plaintiff's amended response to defendant's objection to request for findings of fact and conclusions of law | App'x 4574–4578 |
| 19. | 6/6/2025 | Plaintiff's proposed findings of fact and conclusions of law | App'x 4579–4584 |
| 20. | 6/6/2025 | Plaintiff's proposed order re vacating order and to set bench trial | App'x 4585–4586 |
| 21. | 6/9/2025 | Defendant's objections to plaintiff's proposed order to vacate final judgment order | App'x 4587–4591 |
| 22. | 6/10/2025 | Plaintiff's Motion for New Trial | App'x 4592–4593 |
| 23. | 6/16/2025 | Order sustaining defendant's objections and denying plaintiff's request for findings of fact and conclusions of law | App'x 4594–4595 |
| 24. | 6/24/2025 | Plaintiff's Notice of Past Due Findings of Fact and Conclusions of Law | App'x 4596–4598 |
| 25. | 6/25/2025 | Defendant's Objection to Plaintiff's Notice of Past Due Findings of Fact and | App'x 4599– |

| | Date | Document Name | Page No. |
|---|---|---|---|
| | | Conclusions of Law | 4605 |
| 26. | 6/30/2025 | Plaintiff's Notice of Appeal | App'x 4606–4607 |
| 27. | 6/30/2025 | Plaintiff's Notice of Appendix in Lieu of Clerk's Record | App'x 4608–4610 |

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General
Texas Bar No. 24032093
Jason.Contreras@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
**Attorneys for Appellee**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served by electronically through File and Serve Texas on the following counsel of record on October 2, 2025October 2, 2025:

Matthew J. Kita
Texas Bar No. 24050883
3110 Webb Avenue, Suite 150
Dallas, Texas 75205
(214) 699-1863
matt@mattkita.com
Counsel for Appellant

Cause No. 24-003177-CV-85 _____

| | | |
|---|---|---|
| Brian Beckcom | ) | In the District Court of |
| | ) | |
| vs. | ) | Brazos County, Texas |
| | ) | |
| Texas A&M University | ) | \_\_\_\_\_ Judicial District |

## Petition for Writ of Mandamus

*"I assume all texts were deleted."*
- Kathy Banks, Former A&M President

Texas A&M has a recent history of not complying with Texas law as it relates to public information requests. In this Petition for Writ of Mandamus under the Texas Public Information Act, Brian Beckcom ("Petitioner") seeks an order from the Court: (1) compelling Respondent Texas A&M University ("TAMU") produce documents it has thus far failed to produce; (2) prohibiting TAMU from destroying any documents, emails, or text, like when former TAMU President Kathy Banks, along with possibly still employed by TAMU, encouraged TAMU to destroy texts covered by Texas public information law.; and (3) also prohibiting TAMU from any further retaliatory investigation until TAMU has complied with the law.

## 1. Discovery Control Plan

1.1 Petitioner requests expedited relief under Level 1 of the Texas Rules of Civil Procedure. At this time, Petitioner requests non-monetary relief only, except for attorney fees and court costs, the amount of which will not exceed $100,000.

## 2. Claim for Relief

APP'X 1

including attempting to build transgender bathrooms on the quad and to radically restructure the Corps of Cadets in secret. [2]

On October 10, 2024, Ramirez and the Office of the Commandant launched yet another retaliatory investigation of the same outfit. On the following day, Petitioner sent a public information request for all information related to the frivolous and retaliatory investigation, including all texts and emails, in order to analyze claims and potential litigation against the conspirators. Petitioner also sent a preservation of evidence letter to Ray Bonilla, General Counsel of Texas A&M System, requesting that Bonilla implement litigation holds and take steps to obtain and preserve all the evidence before the conspirators deleted it.

Unsurprisingly, TAMU's Open Records Department and the Office of General Counsel have not complied with the law and have refused to produce full and complete information and documents, which is par for the course for TAMU's Open Records Department.

**5.2 TAMU failed to search for and produce documents responsive to requests for communications regarding a sham investigation into Squadron 17 of the Corps of Cadets.**

---

[2] The former Commandant was allowed to stay on the job for a short time, then "re-assigned" to a made-up job in the Office of the President of TAMU. Based on information and belief, Ramirez was allowed to remain on duty for a few months after being relieved of command for "optics" reasons. See Why the taxpayers of Texas are required to continue to pay for personnel that should have been removed immediately is an open question, and the public information request may shed some light on the subject.

5.2.1 On October 10, 2024, Petitioner requested that TAMU produce documents regarding an investigation into Squadron 17, a section of the TAMU Corps of Cadets.

5.2.2 The requests were as follows:

5.2.2.1 All documents or other materials related to any so-called investigation of Squadron 17 over the past four months, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation sent to or from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from any persons related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation for the past 4 months (from June 1, 2024 to present)

5.2.2.2 All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A&M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same

5.2.2.3 Any and all materials which show how any investigation of Squadron 17 initiated since June 2024 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.

5.2.3 As of October 24, 2024, the due date for response under the TPIA, TAMU has failed to respond.

5.2.4 Accordingly, this Court should issue a writ requiring compliance with the TPIA and that TAMU should produce the requested documents.

**5.3 TAMU has a history of hiding information subject to the TPIA, so an Order requiring preservation of documents is appropriate.**

5.3.1 At the highest levels, TAMU has a history of attempting to hide information about its own misdeeds. For example, Kathy Banks, the former president of A&M, attempted to delete texts that otherwise would have been accessible under the TPIA, and encouraged others to do so. Some of those she encouraged are still employed by TAMU. [3]

5.3.2 Here too, TAMU may be subject to public ridicule for a sham investigation in one of the Corps of Cadets' most prestigious outfits. There is a significant likelihood that TAMU personnel will attempt to hide emails, texts, and written communications about the investigation in order to avoid embarrassment and scandal.

---

[3] https://www.houstonchronicle.com/news/houston-texas/education/article/texas-am-kathleen-mcelroy-investigation-explained-18279212.php

5.3.3 Accordingly, this Court's Order should also require TAMU to preserve all evidence at issue.

**5.4 In order to ensure due process, TAMU's investigation should be postponed until compliance with the TPIA is complete.**

5.4.1 TAMU is violating the 4th and 14th amendment rights of its students by engaging in an investigation with no public accountability and to retaliate against them. Making this information publicly available is the only way to ensure that these students are receiving due process.

5.4.2 If TAMU fails to provide the public with the information necessary to determine if due process is being provided, then the investigation itself must stop in order to prevent potential violations of due process from occurring.

5.4.3 Accordingly, this Court should also enter an order stopping the investigation of Squadron 17 until the TPIA requests have been complied with.

6. **Violation of the Texas Public Information Act**

6.1     The TPIA requires that public information be produced "promptly."[4] The Texas Supreme Court has emphasized that the TPIA's prompt production requirement is a key part of its purpose to promote government transparency.[5] TAMU's failure to provide the requested information and perform an adequate search is a clear violation of the TPIA's unambiguous mandate.

7. **Request for Relief**

Petitioner requests that the Court:

---

[4] *Austin Bulldog v. Leffingwell*, 490 S.W.3d 240, 243-44 (Tex. App.—Austin 2016, no pet.).
[5] *Jackson v. State Office of Admin. Hearings*, 351 S.W.3d 290, 293 (Tex. 2011).

7.1    Order TAMU to produce the requested documents and information.

7.2    Order TAMU to preserve all documents and information and enjoin them from deleting, discarding, or hiding any documents or information.

7.3    Order TAMU's investigation into Squadron 17 to stop until the TPIA requests have been complied with.

Respectfully submitted,

**VB Attorneys**

/s/ Brian Beckcom

**Brian Beckcom**
SBN: 24012268
brian@vbattorneys.com
1220 Augusta, Suite 240
Houston, Texas 77057
713/224-7800 (Office)
713/224-7801 (Facsimile)

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Granado on behalf of Brian Beckcom
Bar No. 24012268
Michael@vbattorneys.com
Envelope ID: 93578513
Filing Code Description: Petition
Filing Description: Petition for Writ of Mandamus
Status as of 10/28/2024 10:56 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brendan Fradkin | | brendan@vbattorneys.com | 10/25/2024 11:41:36 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 10/25/2024 11:41:36 AM | SENT |
| Patti Artavia | | patti@vbattorneys.com | 10/25/2024 11:41:36 AM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 10/25/2024 11:41:36 AM | SENT |

# THE STATE OF TEXAS
# CITATION

**CLERK OF THE COURT**
Gabriel Garcia
300 East 26th Street, Suite 1200
Bryan, TX 77803

**ATTORNEY FOR PLAINTIFF**
BRIAN BECKCOM
1220 AUGUSTA SUITE 240
HOUTSTON, TX 77057

To: **Texas A&M University who may be served at the Moore/Connally Building, 6th Floor, 301 Tarrow Street College Station, TX 77840-7896**
Defendant,

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Greeting:

You are hereby commanded to appear by filing a written answer to the **Petition for Writ of Mandamus** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **85th District Court** of Brazos County, Texas at the Courthouse of said County in Bryan, Texas. Said Petition was filed on **October 24, 2024** in the case, numbered **24-003177-CV-85** on the docket of said court, and styled,

**Brian Beckcom vs. Texas A&M University**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Petition for Writ of Mandamus** accompanying this citation and made a part thereof.

The officer executing the writ shall promptly serve the same according to requirements of the law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and sealed of said Court at office, on this the 19th day of November, 2024.

**Gabriel Garcia**
**Brazos County District Clerk**
**300 East 26th Street, Suite 1200**
**Bryan, Texas 77803**

By: ___J. Martinez___ Deputy

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____o'clock_____.M.

Executed at _____, within the County of

o'clock _____.M. on the _____ _/9_ day of ___*Deenbr*_____, 20_*24*_, by delivering to the within named _____each,

in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation_____

Sheriff Account
To certify which witness my hand officially.
No._____

For Clerk's Use    _____

Taxed_____         Sheriff of _____*Brazos*_____County, Texas
Returned Record_____    By _____*Luke Hall*_____Deputy

CAUSE NO. 24-003177-CV-85

| | | |
|---|---|---|
| BRIAN BECKOM, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| *Defendant*. | § | 85TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant Texas A&M University ("Defendant") files this Original Answer and Affirmative Defenses in response to Plaintiff's Petition for Writ of Mandamus, as follows:

### I. GENERAL DENIAL

Pursuant to TEX. R. CIV. P. 92, Defendant denies generally each and every allegation in Plaintiff's Petition for Writ of Mandamus and demands strict proof thereof.

### II. AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses to the fullest extent applicable:

1. Sovereign immunity.

2. Mootness.

3. Standing.

4. Defendant reserves the right to assert additional affirmative defenses at a later date as such defenses become known to Defendant throughout the course of litigation.

### III. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendant requests that Plaintiff's claims be dismissed with prejudice and that all requests for relief be denied. Defendant further prays that

**APP'X 10**

all costs be taxed and adjudged against Plaintiff and that the Court grant Defendant all other relief, both general and special, at law and in equity, to which it may be justly entitled.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Jason T. Contreras
Jason T. Contreras
Assistant Attorney General
Texas Bar No. 24032093
Jason.Contreras@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120 / Fax: 512-320-0667
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served electronically through E-File Texas, File and Serve Texas in compliance with TRCP 21 on January 13, 2025 to:

Brian Beckcom
1220 Augusta, Suite 240
Houston, Texas 77057
713/224-7800 (Office)
713/224-7801 (Facsimile)
brian@vbattorneys.com
SBN: 24012268
*Counsel for Plaintiff*

/s/ Jason T. Contreras
JASON T. CONTRERAS

Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 96128034
Filing Code Description: DEFENDANT'S ORIGINAL ANSWER
Filing Description:
Status as of 1/13/2025 12:39 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patti Artavia | | patti@vbattorneys.com | 1/13/2025 10:08:59 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 1/13/2025 10:08:59 AM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 1/13/2025 10:08:59 AM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 1/13/2025 10:08:59 AM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 1/13/2025 10:08:59 AM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 1/13/2025 10:08:59 AM | SENT |

CAUSE NO. 24-003177-CV-85

| | | |
|---|---|---|
| BRIAN BECKOM, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| *Defendant.* | § | 85TH JUDICIAL DISTRICT |

## DEFENDANT'S PLEA TO THE JURISDICTION

Defendant Texas A&M University ("TAMU") files this Plea to the Jurisdiction because it met its obligations under the Texas Public Information Act ("TPIA") to produce information responsive to Plaintiff's TPIA request in issue. TAMU redacted personally identifiable student information in accordance with the TPIA and federal law. TAMU also properly withheld documents and made a request for a ruling by the Office of the Attorney General ("OAG"), resulting in a favorable decision that it is entitled to withhold attorney-client privileged documents. Thus, contrary to Plaintiff's baseless allegations, TAMU in no way violated the TPIA.

Furthermore, Plaintiff lacks standing because there was no violation of the TPIA that can be redressed by way of this lawsuit. He is not a TAMU student and lacks standing to bring suit on behalf of TAMU students. There is no live justiciable controversy or dispute to resolve. Even if a controversy ever existed, which TAMU disputes, it is now moot. Finally, Plaintiff's request that this court "order" TAMU to stop any investigations into Squadron 17 of the Corps of Cadets is entirely frivolous

1

**APP'X 14**

and without legal basis. As a result, Plaintiff is not entitled to any relief whatsoever and all TPIA claims should be dismissed with prejudice.

## I.      PLAINTIFF'S LITIGATION HISTORY AGAINST TAMU

To date, Plaintiff has filed a total of four actions against TAMU complaining of the same or substantially-related TPIA matters, as follows:

**A.     Beckcom 1 – Plaintiff Without Explanation Voluntarily Non-Suits Case Two Days Before the Hearing**

On March 28, 2024, Plaintiff filed an action styled as follows: *Brian Beckcom v. Texas A&M University*, in the 85th Judicial District of Brazos County, Texas, Case No. 24-000902-CV-85 ("Beckcom 1"). See **Exhibit 1**. This was a suit for writ of mandamus under the Texas Public Information Act ("TPIA"). Tᴇx. Gᴏᴠ'ᴛ Cᴏᴅᴇ § 552.321. Plaintiff claimed that TAMU failed to produce "full and complete responsive documents" and further "has refused to produce all of the requested public information" in violation of the TPIA. **Exhibit 1** at ¶¶ 3.1, 5.2. TAMU timely filed an answer denying the allegations and asserted affirmative defenses.

On May 10, 2024, Plaintiff filed an amended petition for writ of mandamus and then, on June 26, 2024, a second amended petition and request for declaratory relief. **Exhibit 2**; **Exhibit 3**. Plaintiff complained of the seven following TPIA requests:

1. First request – J000762 – Office of the Commandant docs;
2. Second request – J000767 – Commandant Patrick Michaelis docs;
3. Third request – J001123 – Hiring of the Commandant docs;
4. Fourth request – J0001147 – the Squadron 17 Investigation docs;
5. Fifth request – J001320 – the DEI docs;
6. Sixth request – J001365 – Audio/video of candidates Commandant selection process; and
7. Seventh request – J0001723 – Bathroom renovation docs.

**Exhibit 3** at pgs. 2-7.

He further complained that TAMU's hazing investigation of Squadron 17 of the Corps of Cadets was improper. **Exhibit 3** at pgs. 4-5.

Without conferring with defense counsel, Plaintiff unilaterally set a hearing on August 9, 2024 (i.e., a date picked by Plaintiff) on the mandamus action as well as a baseless Motion for Sanctions against TAMU. Although having previously filed a Plea to the Jurisdiction, Plaintiff's repeated amended petitions added more claims which necessitated the filing of a First Amended Plea to the Jurisdiction by TAMU. Within a few hours of this filing by TAMU setting it *on the same date and time selected by Plaintiff* – August 9, 2024 – his counsel contacted the undersigned defense counsel suddenly claiming a "scheduling conflict" and requested that TAMU agree to pass on the August 9th hearing date. TAMU declined to do so. On August 7, 2024, two days before the hearing, and without any explanation whatsoever, Plaintiff voluntarily non-suited the case. **Exhibit 4**.

**B.     Beckcom 2 – Plaintiff Gives TAMU 10 Minutes Notice of a Hearing Filed in the Wrong Venue then Non-suits Again**

On November 1, 2024 at 2:50pm, Plaintiff's counsel through his legal assistant directly emailed Ray Bonilla, General Counsel for the Texas A&M University System, transmitting to him four filings, namely:

1. Plaintiff's Motion for a Temporary Restraining Order;
2. Affidavit of Brian Beckcom;
3. A proposed order on the motion; and
4. A notice of hearing on the TRO set for November 1, 2024, at 3pm.

These were not filings in the **Beckom 1** matter but rather in a new matter *filed in Houston* styled as follows: *Brian Beckcom v. Texas A&M University*, In the 281st Judicial District of Harris County, Texas, Case No. 2024-76697 ("**Beckcom 2**"). **Exhibit 5**. Plaintiff's TRO Motion involved the same TPIA matters raised in **Beckcom 1** and further requested that TAMU be ordered to halt an investigation into the Corps of Cadets. **Exhibit 6**.

Opposing counsel also informed General Counsel Bonilla there was "an emergency hearing today *at 3pm*." **Exhibit 5** (emphasis added). Thus, while Plaintiff was sitting in the courthouse in Houston ready to go on TRO motion, he failed to properly serve TAMU with process of the motion and gave Bonilla *ten minutes notice of the hearing*.

Plaintiff's counsel did not copy the undersigned defense counsel on the email to Bonilla despite being well-aware that said counsel was representing TAMU in **Beckcom 1**, a substantially-related matter. When told to cease and desist from contacting TAMU directly, Plaintiff's counsel Brendan Fradkin responded as follows:

> *"What are you talking about? I'm on vacation and certainly haven't contacted anyone directly."*

**Exhibit 6**.

Finding out after the fact, the Harris County judge did not permit Plaintiff to proceed on the TRO motion on Friday, November 1, 2024 due to improper service. Defense counsel was then informed by the court that same afternoon that Plaintiff re-set the hearing the following Monday, November 4th at 10 am. When defense counsel landed in Houston that morning for the hearing, he was informed that

Plaintiff's counsel emailed Bonilla at 8am that morning telling him that Plaintiff was passing on the 10 am hearing. *Id.* Plaintiff's counsel provided no explanation for passing on their own hearing *that they unilaterally set*. *Id.*

TAMU promptly filed a Motion to Transfer Venue based on a Mandatory Venue Statute and set it for hearing on December 20, 2024. Plaintiff responded by filing a Notice of Nonsuit on December 2, 2024. **Exhibit 7**. It was plainly evident **Beckcom 2** was filed solely for purposes of harassment.

**C.    Beckcom 3 – Improper Piecemeal Litigation – the Instant Lawsuit**

On October 24, 2024, Plaintiff filed yet another action styled as follows: *Brian Beckcom v. Texas A&M University*, in the 85th Judicial District of Brazos County, Texas, Case No. 2024-003177-CV-85. **Exhibit 8**. This is another suit for writ of mandamus under the TPIA. Plaintiff alleges that TAMU failed to produce documents in response to a TPIA request and requests an order that (1) prohibits TAMU from destroying documents and (2) prohibits TAMU from proceeding with an internal investigation. *Id.* at pg. 1. The TPIA request in issue (#J3445-101024) was made on October 10, 2024 seeking additional information regarding the investigation into Squadron 17 of TAMU's Corps of Cadets "in order to analyze claims and potential litigation against the conspirators." *Id.* at pgs. 3-5; **Exhibit 10**. He further alleges that TAMU is violating the 4th and 14th Amendment rights of its students in connection with the investigation, but he is not a TAMU student. *Id.* at pg. 6. He further claims that information should be provided to the public to determine if the investigation is in compliance with "due process." *Id.*

On January 13, 2024, TAMU timely filed an answer denying the allegations and asserted affirmative defenses. TAMU now files this Plea to the Jurisdiction seeking dismissal of this action along with a request for hearing of the plea on February 20, 2025.

**D.    Beckcom 4 – Improper Piecemeal Litigation**

On November 12, 2024, Plaintiff filed a new action styled as follows: *Brian Beckcom v. Texas A&M University*, in the 85th Judicial District of Brazos County, Texas, Case No. 2024-003358-CV-85 ("Beckcom 4"). **Exhibit 9**. This is yet another suit for writ of mandamus under the TPIA and *is the instant lawsuit as referenced above*. He again complains that TAMU failed to produce documents in response to a TPIA request and further complains of an investigation into Squadron 17 of the Corps of Cadets. *Id.* at pgs. 1-4. The TPIA request in issue was made on March 28, 2024, which was the same request raised in **Beckcom 1**, namely J0001147 – the Squadron 17 Investigation documents.

On December 27, 2024, TAMU timely filed an answer denying the allegations and asserted several affirmative defenses. TAMU disputes Plaintiff's claims and contends they are without merit and should be dismissed. TAMU's Plea to the Jurisdiction in **Beckcom 4** is set for hearing on February 20, 2025.

## II.    INCORPORATION OF EVIDENCE

In filing this plea, TAMU attaches the following affidavits, documents, statements, materials, and other evidence to establish, as evidence in support

thereto, and all such evidence is fully incorporated and adopted herein by reference

for all purposes:

**Exhibit 1:** Plaintiff's Original Petition for Writ of Mandamus
**Exhibit 2:** Plaintiff's First Amended Petition for Writ of Mandamus
**Exhibit 3:** Plaintiff's Second Amended Petition for Writ of Mandamus
**Exhibit 4:** Plaintiff's Notice of Non-suit
**Exhibit 5:** Plaintiff's email to Ray Bonilla
**Exhibit 6:** Emails from Plaintiff's counsel
**Exhibit 7:** Plaintiff's Notice of Non-suit
**Exhibit 8:** Plaintiff's Petition for Writ of Mandamus
**Exhibit 9:** Plaintiff's Petition for Writ of Mandamus
**Exhibit 10:** Plaintiff's TPIA request w/ history – J003445
**Exhibit 11:** Business Records Affidavit, Patricia Bledsoe
**Exhibit 12:** TAMU System policy 61.01, Public Information Act Compliance[1]
**Exhibit 13:** TAMU System regulation, 61.01.02, Public Information
**Exhibit 14:** Plaintiff's TPIA request w/ history – J001147
**Exhibit 15:** TAMU request for AG decision re J003445
**Exhibit 16:** Exhibit A to TAMU request for AG decision re J003445
**Exhibit 17:** OAG ruling OR2025-002437
**Exhibit 18:** J003445 – First production, part one (135 pgs.)
**Exhibit 19:** J003445 – First production, part two (713 pgs.)
**Exhibit 20:** J003445 – Second production (204 pgs.)
**Exhibit 21:** J003445 – Third production (177 pgs.)
**Exhibit 22:** J003445 – Fourth production (192 pgs.)
**Exhibit 23**: TAMU Student Code of Conduct

## III.    STATEMENT OF FACTS

### A.    TAMU's Office of Open Records

TAMU's Office of Open Records ("ORO") is dedicated to the principles of open

government and strives to ensure compliance as set forth by the TPIA. **Exhibit 10** at

¶ 5. TAMU maintains policies regarding TPIA compliance and the establishment of

---

[1] TAMU system policies and regulations identified as **Exhibit 24** and **Exhibit 25** may be found online accessible to the public at https://orec.tamu.edu/open-records/.

baseline procedures to help members of the TAMU System comply with it. **Exhibit 11**; **Exhibit 12**.

TAMU's ORO oversees the collection process of information requested under the TPIA. *Id*. The actual collection is done by the department maintaining the information or, in the case of emails, IT for that group. **Exhibit 10** at ¶ 5. The ORO reviews, processes and releases information gathered by the respective department and/or IT. *Id*. The ORO confirms the applicability of exceptions to disclosure on information requested under the TPIA with the Office of General Counsel of The Texas A&M University System ("TAMUS OGC"). *Id*. For information determined to be excepted, TAMU's ORO works with TAMUS OGC to: request a decision from the Office of the Attorney General; confirm the applicability of a prior open records decision from the Office of the Attorney General; confirm TAMU's authority to redact or withhold excepted information without seeking a decision from the Office of the Attorney General per the TPIA; and/or confirm the applicability of the requestor's authorization to redact or withhold excepted information without seeking a decision from the Office of the Attorney General. *Id*. The ORO redacts and/or withholds information requested under TPIA only when: authorized by the Office of the Attorney General in a decision/letter ruling; the information is subject to a prior decision of the Office of the Attorney General; the TPIA authorizes the action; and/or authorized by the requestor. *Id*.

**B.    Plaintiff's TPIA Request in Issue – J3445 - the Squadron 17 Investigation Documents from June 1, 2024 to the Present**

On October 10, 2024, Plaintiff made a request for the following three (3) items:

- All documents or other materials related to any so-called investigation of Squadron 17 over the past four months, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation for the past 4 months (from June 1, 2024 to present);
- All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A&M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same;
- Any and all materials which show how any investigation of Squadron 17 initiated since June 2024 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.

**Exhibit 10** at p. 1.

This was a request for the same first three items in Plaintiff's TPIA request (J1147) for the Squadron 17 investigation documents, which was raised in **Beckcom 1** as set forth above. **Exhibit 14**. The only difference in the new request was for any additional documents "from June 1, 2024 to October 10, 2024." **Exhibit 10** at p. 1.

On October 11, 2024, the following day the request was made and TAMU's ORO responded and assigned a reference number to the request. *Id*. at p. 8. Plaintiff

agreed to the redaction of information subject to mandatory exceptions but not to the redaction of information subject to discretionary exceptions. *Id*. at pgs. 1-2, 7.

**C.  Personally Identifiable Student Information - FERPA**

On October 16, 2024, the ORO informed Plaintiff that state and federal law, including the Family Educational Rights and Privacy Act ("FERPA"), prohibits the disclosure of personally identifiable information of a TAMU student without the prior written consent of the student. *Id*. at 6. Because Plaintiff's two sons are TAMU students who belong to Squadron 17, their written consent was requested for the disclosure. *Id*. Once consent is received, the ORO can provide responsive information personally identifiable to his sons as authorized by law. *Id*. To date, however, Plaintiff never obtained consent from his Squadron 17-member sons to disclose their personally identifiable information.

**D.  TAMU's Request for OAG Decision Regarding Attorney Client Privileged Communications – OAG Ruling in Favor of TAMU**

On October 30, 2024, the ORO informed Plaintiff that Texas A&M University System ("TAMUS") is requesting a decision from the Office of the Attorney General regarding this open records request. *Id*. In connection thereto, TAMUS submitted a request for a decision regarding open records request J003445, citing to Section 552.107 regarding certain legal matters. **Exhibit 15**. Therein, it is TAMU's position that communications between attorneys within TAMUS's Office of General Counsel and university administrators were protected from disclosure by the attorney-client privilege. *Id*. In support, TAMUS cited to a prior AG ruling, TEX. ATT'Y GEN. OR2016-02974 (2016). *Id*. Two exhibits were also submitted along with the request for a ruling

thereon, the first (Exhibit A) the TPIA request, and the second (Exhibit B) a representative sample of withheld documents per the exception in issue. **Exhibit 16**.[2]

On January 23, 2025, the Attorney General's Office issued OR2025-002437 ruling that TAMU may withhold attorney-client privileged communications under TEX. GOV'T CODE § 552.107(1). **Exhibit 17**. The only noted exception being stand-alone emails from non-privileged parties that are separate and apart from the otherwise privileged email-string in which it appears; such an email is responsive information and may not be withheld under section 552.107(1). *Id.* Additionally, per the letter ruling, TAMU must withhold email addresses contained in separate and apart non-privileged emails under Section 552.137, unless the owner of the email address affirmatively consents to its disclosure. *Id.* Accordingly, TAMU properly withheld all attorney-client privileged documents pursuant to Section 552.107.

E. **TAMU Produced Documents Responsive to the Request not Subject to Exception from Disclosure**

TAMU produced over 1,400 pages of documents responsive to the request in four separate productions. The first was on October 30, 2024, which included mandatory redactions under Sections 552.024, 552.114, 552.117, 552.136 and 552.137. **Exhibit 18**; **Exhibit 19**. The second was on November 6, 2024, which included mandatory redactions under Section 552.114. **Exhibit 20**. The third was on November 13, which included mandatory redactions under Section 552.114. **Exhibit**

---

[2] Exhibit B is not attached hereto as an exhibit because it is attorney-client information excepted from disclosure sent to the Office of the Attorney General for review purposes only.

**21**. The fourth production was on November 18, 2024, also with mandatory redactions under Section 552.114. **Exhibit 22**.

## IV. THE PLEA TO THE JURISDICTION STANDARD

"[S]ubject-matter jurisdiction is essential to a court's power to decide a case." *Bland Indep. Sch. Dist. v. Blue*, 34 S.W.3d 547, 553–54 (Tex. 2000). The trial court's subject matter jurisdiction may be challenged through a plea to the jurisdiction. *See Texas Dep't of Parks & Wildlife v. Miranda*, 133 S.W.3d 217, 225–26 (Tex. 2004); *Blue*, 34 S.W.3d at 554 ("A plea to the jurisdiction is a dilatory plea, the purpose of which is to defeat a cause of action without regard to whether the claims asserted have merit."). Whether a court has subject matter jurisdiction is a question of law. *Miranda*, 133 S.W.3d at 228.

The plaintiff has the burden of alleging facts that affirmatively demonstrate the trial court's jurisdiction. *Id.* at 226. We begin with the allegations in the plaintiff's live pleadings, which we construe liberally in favor of jurisdiction and, unless challenged with evidence, taken as true. See *id.* We consider any evidence introduced relevant to the jurisdictional inquiry. *See City of Elsa v. Gonzalez*, 325 S.W.3d 622, 625 (Tex. 2010); *Blue*, 34 S.W.3d at 555 ("[A] court deciding a plea to the jurisdiction is not required to look solely to the pleadings but may consider evidence and must do so when necessary to resolve the jurisdictional issues raised.").

"Standing is implicit in the concept of subject-matter jurisdiction, and subject-matter jurisdiction is essential to the authority of a court to decide a case." *In re Abbott*, 601 S.W.3d 802, 807 (Tex. 2020) (orig. proceeding) (citing *Tex. Ass'n of Bus.*

*v. Tex. Air Control Bd.*, 852 S.W.2d 440, 443 (Tex. 1993)). Thus, if Plaintiff lacks standing, this Court lacks subject-matter jurisdiction to proceed with this case. Mootness is also a threshold issue that implicates a court's subject matter jurisdiction. *See State ex rel. Best v. Harper*, 562 S.W.3d 1, 6 (Tex. 2018); *Heckman v. Williamson Cnty.*, 369 S.W.3d 137, 162 (Tex. 2012).

A trial court must determine at its earliest opportunity whether it has the authority to decide the issues before it because if it lacks jurisdiction over the subject matter of the case, its judgment is void. See *Tex. Dep't of Parks & Wildlife v. Miranda*, 133 S.W.3d 217, 226 (Tex.2004). Texas Courts of Appeal have similarly held that jurisdiction is fundamental in nature and must not be ignored. *Harper v. Welchem, Inc.*, 799 S.W.2d 492, 494 (Tex.App.—Houston [14th Dist.] 1990, no writ); *Royal Indep. Sch. Dist. v. Ragsdale*, 273 S.W.3d 759, 763 (Tex. App.–Houston [14th Dist.] 2008, no pet.); *State v. Morse*, 903 S.W.2d 100, 101 (Tex.App.–El Paso 1995, no pet.).

## V.     ARGUMENT AND AUTHORITY

### A.     The Texas Public Information Act

The TPIA "guarantees access to public information, subject to certain exceptions." See generally TEX. GOV'T CODE ch. 552; *Tex. Dep't of Pub. Safety v. Cox Tex. Newspapers, L.P.*, 343 S.W.3d 112, 114 (Tex. 2011). "Those exceptions embrace the understanding that the public's right to know is tempered by the individual and other interests at stake in disclosing that information." *Cox Tex. Newspapers, L.P.*, 343 S.W.3d at 114.

The TPIA defines "public information" in relevant part, as "information that is written, produced, collected, assembled, or maintained under a law or ordinance or in connection with the transaction of official business: (1) by a governmental body; or (2) for a governmental body and the governmental body owns the information or has a right of access to it." TEX. GOV'T CODE § 552.002(a).

A public information request typically involves the governmental body holding the information and the citizen requesting it. Upon receiving a request for public information, a governmental body must promptly produce the information for inspection, duplication, or both, TEX. GOV'T CODE § 552.221, unless an exception applies. *See In re City of Georgetown*, 53 S.W.3d 328, 331 (Tex. 2001). The TPIA is to be liberally construed in favor of granting requests for information. TEX. GOV'T CODE § 552.001(b).

If the governmental body believes an exception applies, it must promptly ask the Attorney General for a ruling. See *id.* § 552.301. Whether an exception under the TPIA applies to support withholding information is a question of law. *City of Garland v. Dallas Morning News*, 22 S.W.3d 351, 357 (Tex. 2000). The party seeking the exception bears the burden of establishing that the exception applies. *See Texas Dep't of Pub. Safety v. Abbott*, 310 S.W.3d 670, 673–74 (Tex. App.—Austin 2010, no pet.). Because the TPIA is to be "liberally construed in favor of granting a request for information," TEX. GOV'T CODE § 552.001(b), the exceptions must be narrowly construed. *Harris Cnty. Appraisal Dist. v. Integrity Title Co.*, 483 S.W.3d 62, 69 (Tex. App.—Houston [1st Dist.] 2015, pet. denied).

**B.    TAMU Produced Documents Responsive to Plaintiff's TPIA Request J003445 – TAMU also Properly Redacted Protected Information**

Contrary to Plaintiff's claim that TAMU failed to produce documents in response to this TPIA request, it in fact produced over 1,400 pages of documents in four separate productions. **Exhibit 10**; **Exhibit 18**; **Exhibit 19**; **Exhibit 20**; **Exhibit 21**; **Exhibit 22**. Plaintiff also has no valid legal basis to claim the redactions to the produced documents was improper. Information about the Squadron 17 hazing investigation was redacted under TEX. GOV'T CODE § 552.114 because the information is personally identifiable to the other students involved in the hazing case (complainant or respondent).

Section 552.114(b) expressly provides that information is confidential and excepted from the requirements of Section 552.021 if it is information in a student record at an educational institution funded wholly or partly by state revenue. TAMU properly redacted information covered under subsection (b) without requesting a decision from the attorney general. *Id.* at § 552.114(d). The TPIA specifically adopts the term "student record" as defined by FERPA with respect to "information that constitutes education records." *Id.* at § 552.114(a)(1). The redactions were consistent with TAMU's policies and established protocol in response to TPIA requests. **Exhibits 18 through 19**; **Exhibit 11** at ¶ 5. TAMU was not required to seek an OAG decision prior to redacting this FERPA protected information. See *The Univ. of Texas at Austin, et al. v. Gatehouse Media Texas Holdings II, Inc.*, No. 23-0023, 2024 WL 5249449, at *7 (Tex. Dec. 31, 2024) (mem. op.) (TEX. GOV'T CODE § 552.114(d) negates any obligation to seek an OAG decision before withholding information under Section

552.114(b)). Plaintiff also has no valid legal basis to challenge other mandatory redactions made pursuant to the above-cited sections of the TPIA.

Moreover, his assertion that TAMU has deleted, is hiding, or destroying responsive information or materials is utterly baseless. A review of all exhibits attached hereto indicate no such instruction or action. By producing the documents as outlined above, TAMU has fully met and complied with its TPIA obligations in response to Plaintiff's request. His assertion that TAMU has not performed an adequate search for responsive information is also completely without basis. These grounds alone serve to dismiss this action with prejudice.

**C.      Plaintiff Attempts to Mislead the Court regarding a Completely Unrelated Matter – the Katherine Banks text message**

In his Petition, Plaintiff cites to a message by former TAMU President, Katherine Banks, that "I assume all texts were deleted" suggesting that documents are being hidden or destroyed with respect to the TPIA request in issue. See Plaintiff's Original Petition at pgs. 1, 5. This claim is patently false. That message by former President Banks made in or around June 2023 related to the failed hiring of Kathleen McElroy to lead TAMU's new journalism program. A fact-finding committee was created to look into the mishandling of that matter resulting in an internal report released on August 3, 2023. The report completed by the Office of General Counsel of the Texas A&M University System along with all the documents can be found at https://www.tamus.edu/internal-review/. Contrary to Plaintiff's baseless contention, no texts were deleted in that matter and were, in fact, included in the report.

There is also no evidence to support the claim that any documents were hidden or destroyed regarding Plaintiff's TPIA request for documents and information pertaining to the hazing investigation in issue.

**D.      Plaintiff Lacks Standing - Plaintiff is not a TAMU student and lacks standing to bring an action on behalf of TAMU students under the TPIA**

Plaintiff lacks standing to bring this action. "Standing requires an injury-in-fact that is fairly traceable to the defendant's conduct and likely to be redressed by a decision in the plaintiff's favor." *Abbott v. Harris County*, 672 S.W.3d 1, 8 (Tex. 2023). An "injury-in-fact" is "an invasion of a legally protected interest which is (a) concrete and particularized, and (b) actual or imminent, not conjectural or hypothetical." *Perez v. Turner*, 653 S.W.3d 191, 198 (Tex. 2022).

As set forth in detail above, TAMU complied with its TPIA obligations to disclose required information, and it properly redacted information pursuant to mandatory exceptions. It also properly withheld attorney-client privileged information pursuant to its request for a ruling by the Office of the Attorney General, which resulted in a ruling in its favor. **Exhibit 15**; **Exhibit 17**. For these reasons, any legally protected interest afforded to Plaintiff under the TPIA was not violated. Hence, Plaintiff can show no injury-in-fact traceable to TAMU's conduct that can be redressed by a decision by this Court in his favor.

Also, Plaintiff has no legal basis upon which to bring suit on behalf of TAMU students or to attempt to interfere with an internal university investigation of Squadron 17 by requesting in this action that any such investigations be halted. This

is not only based on the fact he is not a TAMU student, but also that the impacted TAMU students, as college students over the age of eighteen (18), are of majority age and could bring legal action on their own behalf if they so choose to. Nowhere in the TPIA can there be found a provision providing such standing or any injunctive relief in connection as requested by Plaintiff.

**E.     TAMU Rules Prohibit Hazing - TAMU has an Affirmative Obligation to Investigate Reports of Hazing**

Every institution of higher education has a code of conduct in some form or fashion that imposes certain obligations and standards regarding the behavior of students. In this regard, TAMU may discipline students to secure compliance with these higher obligations as a teaching method or to sever the student from the academic community. **Exhibit 23**; see also TEX. EDUC. CODE § 85.21(a) (TAMUS Board of Regents shall regulate the course of study and prescribe the course of discipline necessary to enforce the faithful discharge of the duties of the officers, faculty, and students).

Among these higher obligations is TAMU's policy that prohibits organization affiliation misconduct, including hazing, which expressly applies to the Corps of Cadets, Corps outfit, Corps unit, and Corps Special Activities. **Exhibit 23** at 24.4.5. TAMU's definition of "hazing" is broad and includes many types of misconduct, including physical brutality (whipping, beating, striking, branding, electric shock, etc.), sleep deprivation, activity that subjects an individual to unreasonable risk of harm, activity that causes or forces an individual to commit a violation of criminal law, or that coerces an individual to consume drugs or alcohol, among others. *Id.* at

24.4.5.1. Conduct constituting hazing is also a violation of Texas law. See TEX. EDUC. CODE §§ 37.151 and 51.936.

Under Texas law, "hazing" is defined as any intentional, knowing, or reckless act, occurring on or off the campus of an educational institution, by one person alone or acting with others, directed against a student for the purpose of pledging, being initiated into, affiliating with, holding office in, or maintaining membership in an organization if the act:

(A) is any type of physical brutality, such as whipping, beating, striking, branding, electronic shocking, placing of a harmful substance on the body, or similar activity;
(B) involves sleep deprivation, exposure to the elements, confinement in a small space, calisthenics, or other similar activity that subjects the student to an unreasonable risk of harm or that adversely affects the mental or physical health or safety of the student;
(C) involves consumption of a food, liquid, alcoholic beverage, liquor, drug, or other substance, other than as described by Paragraph (E), that subjects the student to an unreasonable risk of harm or that adversely affects the mental or physical health or safety of the student;
(D) is any activity that induces, causes, or requires the student to perform a duty or task that involves a violation of the Penal Code; or
(E) involves coercing, as defined by Section 1.07, Penal Code, the student to consume:
(i) a drug; or
(ii) an alcoholic beverage or liquor in an amount that would lead a reasonable person to believe that the student is intoxicated, as defined by Section 49.01, Penal Code.

TEX. EDUC. CODE § 37.151(6).

A TAMU organization, such as Squadron 17, commits an offense if the organization condones or encourages hazing or if an officer or any combination of members, pledges, or alumni of the organization commits or assists in the commission of hazing. TEX. EDUC. CODE § 37.153(a). A person commits an offense of hazing if that

person (1) engages in hazing, (2) solicits, encourages, directs, aids, or attempts to aid another in engaging in hazing, (3) recklessly permits hazing to occur, or (4) has firsthand knowledge of the planning of a specific hazing incident involving a student in an educational institution, or has firsthand knowledge that a specific hazing incident has occurred, and knowingly fails to report that knowledge to the dean of students or other appropriate official of the institution, a peace officer, or a law enforcement agency. *Id*. at § 37.152.[3]

An offense is a misdemeanor punishable by (1) a fine of not less than $5,000 nor more than $10,000; or (2) if the court finds that the offense caused personal injury, property damage, or other loss, a fine of not less than $5,000 nor more than double the amount lost or expenses incurred because of the injury, damage, or loss. *Id*. § 37.153(b).

State law also permits a school to expel a student for hazing. TEX. EDUC. CODE § 37.007(c)(D).

Texas law also imposes on institutions of higher education such as TAMU the requirement to report on hazing committed on or off campus to include information regarding each disciplinary action taken against an organization for hazing, each conviction for hazing under Section 37.153, including the name of the organization disciplined or convicted, the date the incident occurred, a general description of the

---

[3] The only section of this statute held as facially unconstitutional is Section 37.152(a)(3), providing that a person commits a personal hazing offense by recklessly permitting hazing to occur. See *State v. Zascavage*, 216 S.W.3d 495, 497 (Tex. App.—Fort Worth 2007, pet. ref'd) (high school wresting coach charged with four counts of hazing).

incident and violations of the institutions code of conduct or criminal charges, the findings of the institution and any sanctions or fines imposed on the organization. TEX. EDUC. CODE § 51.936(c-1)(1). Postsecondary institutions such as TAMU are also required to provide to each student attending orientation a notice regarding the nature and availability of the report required under subsection c-1. *Id.* at c-2.

Thus, based on this robust body of law and well-established university rules that not only prohibit hazing but also that also provide for discipline and criminal liability for hazing, it is without question that TAMU has an affirmative duty to investigate reports of hazing as well as to provide a report on confirmed acts of hazing. Plaintiff can cite to no legal authority, under the TPIA or elsewhere, that this court can order TAMU to stop any investigation into Squadron 17 "until the TPIA requests have been complied with." See Plaintiff's Petition for Writ of Mandamus at ¶ 7.3. Neither can Plaintiff, by way of this lawsuit, obtain an order that TAMU simply "look the other way" or ignore credible reports of hazing and decline to investigate. This request for relief by Plaintiff is utterly frivolous and without any legal basis whatsoever.

## F. This Case is Moot – No Controversy Exists

In the alternative, this case is moot. A case becomes moot when (1) a justiciable controversy no longer exists between the parties, (2) the parties no longer have a legally cognizable interest in the case's outcome, (3) the court can no longer grant the requested relief or otherwise affect the parties' rights or interests, or (4) any decision would constitute an impermissible advisory opinion. *Electric Reliability Council of*

*Texas, Inc. v. Panda Power Generation Infrastructure Fund, LLC*, 619 S.W.3d 628, 634–35 (Tex. 2021).

When a case becomes moot, the court loses jurisdiction and must dismiss the case, because any decision would constitute an advisory opinion that is outside the jurisdiction conferred by Texas Constitution article II, section 1. *State ex rel. Best v. Harper*, 562 S.W.3d 1, 6 (Tex. 2018). The mootness doctrine is a constitutional limitation that prohibits courts from issuing advisory opinions. *Electric Reliability Council of Texas, Inc.*, 562 S.W.3d at 634.

Here, even if a justiciable controversy ever existed, which TAMU disputes, it no longer exists. There is simply no controversy or dispute between the parties. Hence, this court cannot grant him any of the relief he is requesting, and any decision would constitute an impermissible advisory opinion.

## G. Plaintiff's Request for Injunctive Relief Should be Denied

Plaintiff requests this court issue an order that TAMU preserve all documents and information and enjoin it from deleting, discarding, or hiding any such information. See Plaintiff's Petition at ¶ 7.2. There is no evidence that TAMU has taken any of these actions as alleged. Simply stated, no factual basis exists in support of this request. Thus, Plaintiff has failed to state a viable claim for injunctive relief.

As set forth above, the message by former TAMU President Katherine Banks had no bearing or relevance to the TPIA requests in issue. Furthermore, nowhere in the TPIA can be found a provision that would support such relief.

Finally, it is without dispute that TAMU is a state agency. See *Tex. A&M Univ. v. Carapia*, 494 S.W.3d 201, 205 (Tex. App.—Waco 2015, pet. denied). As an arm of the state, a state university such as TAMU is entitled to sovereign immunity. See *Sampson v. Univ. of Texas at Austin*, 500 S.W.3d 380, 384 (Tex. 2016); see also *Prairie View A&M Univ. v. Dickens*, 243 S.W.3d 732, 735 (Tex. App.—Houston [14th Dist.] 2007, no pet.). Plaintiff's requests for injunctive relief against TAMU are barred by sovereign immunity.

**H.      Plaintiff is Not Entitled to Costs or Attorneys' Fees Because he is Not the Prevailing Party**

Based on the controlling law and the evidence presented in support, TAMU met its TPIA obligations in response to Plaintiff's request. Accordingly, TAMU is the prevailing party. As such, Plaintiff is not entitled to costs of litigation or reasonable attorney fees pursuant to TEX. GOV'T CODE § 552.323.

## VI.      PRAYER

Wherefore, premises considered, TAMU respectfully requests this plea be set for hearing on February 20, 2024, and that it be granted thereby dismissing Plaintiff's claims with prejudice, and that all requested relief be denied. TAMU further requests all other relief to which it may be justly entitled both at law and in equity.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General
Texas Bar No. 24032093
Jason.Contreras@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served electronically through E-File Texas, File and Serve Texas in compliance with TRCP 21 on February 6, 2025 to:

Brendan Fradkin
VB Attorneys
1220 Augusta, Suite 240
Houston, TX 77057
brendan@vbattorneys.com
**Counsel for Plaintiff**

/s/ Jason T. Contreras
JASON T. CONTRERAS
Assistant Attorney General

# EXHIBIT 1

Received & Filed 3/28/2024 4:08 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Kristin Emert
Envelope# - 86169545

24-000902-CV-85

Cause No. _____

| | | |
|---|---|---|
| Brian Beckcom | ) | In the District Court of |
| | ) | |
| vs. | ) | Brazos County, Texas |
| | ) | |
| Texas A&M University | ) | ___ Judicial District |

## Petitioner's Original Petition for Writ of Mandamus

In this Petition for Writ of Mandamus under the Texas Public Information Act, Brian Beckcom ("Petitioner") seeks an order from the Court compelling Respondent Texas A&M University ("TAMU") to release public records requested by Petitioner.

1. **Discovery Control Plan**

1.1 Petitioner requests expedited relief under Level 1 of the Texas Rules of Civil Procedure. At this time, Petitioner requests non-monetary relief only, except for attorney fees and court costs, the amount of which will not exceed $100,000.

2. **Claim for Relief**

2.1 Petitioner seeks only non monetary relief and attorney's fees and court costs necessary for the prosecution of this writ and subsequent discovery.

3. **Parties**

3.1 Petitioner Brian Beckcom is an attorney whose address is 6363 Woodway Drive, Suite 400, Houston, Texas 77057.

3.2. Respondent Texas A&M University is a public university that can be served through its Office of General Counsel at Moore / Connally Building, 6th Floor, 301 Tarrow Street, College Station, Texas 77840-7896

**App'x 38**

## 4. Jurisdiction, Venue, and Conditions Precedent

4.1    This Court has jurisdiction under Texas Government Code § 552.321. Venue is mandatory in Brazos County under Texas Government Code § 552.321(b).

4.2    All conditions precedent have been performed or have occurred.

## 5. Facts

5.1    On February 26, 2024, Petitioner submitted two requests for public information to TAMU pursuant to the Texas Public Information Act, Texas Government Code Chapter 552 (the "TPIA"). The requests sought documents related to issues involving the Corps of Cadets, including but not limited to so-called "DE&I" and irregularities related to the hiring of the new Commandant as well as irregularities related to the new Commandant's plan to radically restructure the Corps of Cadets in secret. The requests are attached to this motion as Exhibit 1.

5.2    The TPIA mandates timely responses, and specifically responses within 10 days.[1] To date, over thirty business days later, TAMU has failed to produce full and complete responsive documents and has refused to produce all of the requested public information. Instead, TAMU initially lodged frivolous form objections, refused to comply with the requests, refused to work with the undersigned, refused to respond to certain emails seeking clarification, and has repeatedly violated Texas open records laws. The email exchanges between Mr. Beckcom and the open records department are attached as Exhibit 2.

---

[1] Tex. Gov't Code § 552.301

5.3     Given recent occurrences wherein certain individuals at TAMU encourage others to delete text messages and other communications, there is a real and present danger that information and documents may be destroyed. It is imperative that TAMU preserve and produce all relevant information and materials immediately.

5.3     TAMU's failure to "promptly produce" the requested information violates the TPIA[2].

## 6.     Violation of the Texas Public Information Act

6.1     The TPIA requires that public information be produced "promptly."[3] The Texas Supreme Court has emphasized that the TPIA's prompt production requirement is a key part of its purpose to promote government transparency.[4] TAMU's failure to provide the requested information is a clear violation of the TPIA's unambiguous mandate.

## 7.     Request for Relief

Petitioner requests that the Court:

7.1     Order TAMU to immediately produce all public information responsive to Petitioner's February 26, 2024 TPIA requests immediately;

7.2     Order the video deposition of any personnel at TAMU who have participated in compiling the records requests or answering same;

7.3     Award Petitioner his reasonable attorney fees and costs under TPIA § 552.323, with that amount be decided pursuant to submission of evidence and hearing by this Court;

7.4     Order TAMU to comply fully with the TPIA for any future related requests or face further potential sanctions; and

---

[2] Tex. Gov't Code § 552.221(a)
[3] *Austin Bulldog v. Leffingwell*, 490 S.W.3d 240, 243-44 (Tex. App.—Austin 2016, no pet.).

[4] *Jackson v. State Office of Admin. Hearings*, 351 S.W.3d 290, 293 (Tex. 2011).

7.5    Grant all other relief to which Petitioner is entitled.

Respectfully submitted,

**VB Attorneys**

/s/ Brian Beckcom

**Brian Beckcom**
*Brian@vbattorneys.com*
SBN:  24012268
6363 Woodway Dr., Suite 400
Houston, Texas 77057
713/224-7800 (Office)
713/224-7801 (Facsimile)



**Brian Beckcom**
Board Certified in Personal Injury Trial Law
Texas Board of Legal Specialization

6363 Woodway Drive
Suite 400
Houston, Texas 77057

Tel (713) 224-7800
Fax (713) 224-7801

www.VBAttorneys.com

February 26, 2024

Texas A&M University by email to: open-records@tamu.edu
Office of Open Records
750 Agronomy Road
Mail Stop 1280
College Station, Texas 77843

To Whom It May Concern:

Pursuant to Section 552.001, *et seq.*, of the Texas Open Records Act, Public Records Information, please produce the following documents:

- All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.

- All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.

- All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.

- Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.

APP'x 42

- Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.

- Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes would potentially impact Texas A&M or the Corps of Cadets from a DEI perspective.

I agree to pay reasonable fees for the processing of this request.

As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.

Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We look forward to hearing from you.

Sincerely,

/s/ Brian Beckcom
Brian Beckom
Brian@vbattorneys.com



**Brian Beckcom**
Board Certified in Personal Injury Trial Law
Texas Board of Legal Specialization

6363 Woodway Drive
Suite 400
Houston, Texas 77057

Tel (713) 224-7800
Fax (713) 224-7801

www.VBAttorneys.com

February 26, 2024

Texas A&M University by email to: open-records@tamu.edu
Office of Open Records
750 Agronomy Road
Mail Stop 1280
College Station, Texas 77843

To Whom It May Concern:

Pursuant to Section 552.001, *et seq.,* of the Texas Open Records Act, Public Records Information, please produce the following documents:

1. Any contracts of employment for the Commandant of the Corps of Cadets, Patrick Michaelis, any drafts of the same, any communications in whatever form regarding the same, and any other agreements which relate to the same;

2. Any documents or materials related to the selection of Patrick Michaelis as Commandant, including but not limited to meeting notes, interview notes, memos, discussions, digital communications of any form, any discussion or notes regarding why Michaelis was selected over other candidates, and any other documents or materials concerning the same.

I agree to pay reasonable fees for the processing of this request.

As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.

Please direct any future correspondence to the undersigned or Patti@vbattorneys.com We look forward to hearing from you.

Sincerely,

/s/ Brian Beckcom
Brian Beckom
Brian@vbattorneys.com

## Message History (18)

↩ On 3/29/2024 2:42:02 PM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [open-records@tamu.edu], [patti@vbattorneys.com], [brendan@vbattorneys.com]

Ms. Brashear:
TAMU has repeatedly and intentionally violated Texas law. I will proceed accordingly.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video

On Fri, Mar 29, 2024 at 2:15 PM Texas A&M University Public Records Support wrote:

✉ On 3/29/2024 2:15:12 PM, Texas A&M University Public Records Support wrote:

CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J000762-022624
**Body:**
03/29/2024

RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

Our apologies for the delay, but we are still in the process of locating and gathering records responsive to your request.

As required by Tex. Gov't Code sec. 552.221(d), we anticipate having any remaining records found responsive to your request to you no later than the close of business on Friday, April 5th.

Sincerely,

Knesha Brashear
Open Records Office



Exhibit 2

Page 1

App'x 46

On 3/23/2024 4:51:02 PM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: "Patti"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com], "open-records@tamu.edu"[Open-records@tamu.edu]

This email confirms that the Open Records Office at TAMU promised to respond by March 21, 2024, after being given multiple extensions, and then, on March 21, 2024, did not comply with the open records request, and instead produced almost nothing responsive.

Please explain to me why you promised to produce materials on March 21st after being given multiple extensions and then did not do so. Please include the legal justification for your failure to comply with Texas Open Records laws. Please also identify the individuals you have been working with on these requests as their depositions may be necessary.

Also, for some reason you refuse to reply to Brendan and Patti as well. Please do so going forward, including with any future document requests.

Thank you.

-bb

VBAttorneysLessons from Leaders PodcastMy Bio Video

On Mon, Mar 11, 2024 at 9:19 AM Texas A&M University Public Records Support wrote:


Exhibit 2

Page 2

APP'X 47

 On 3/23/2024 4:03:02 PM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com], "open-records@tamu.edu"[Open-records@tamu.edu]

By copy of this email, I hereby confirm that Texas A&M originally claimed the request was overbroad and that TAMU needed additional time to gather the documents, then, when the documents were partially produced, TAMU only produced three PowerPoint presentations that could have been produced in five minutes. Put another away, the original objections were frivolous, and the request for more time was also frivolous.
At this point, it is clear that TAMU is slow-playing the request for strategic and tactical reasons, which violates the Texas Open Records laws.
I expect the next production to be responsive, full, and complete. If not, I will pursue formal legal action, which will include potentially depositions and forensic discovery.
I remind you (yet again) to let any involved parties know about their legal obligations to keep and maintain all records, including but not limited to emails, texts, and any other digital communications.

-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Fri, Mar 22, 2024 at 12:20 PM Texas A&M University Public Records Support wrote:



Exhibit 2

Page 3

**APP'X 48**

✉ On 3/22/2024 12:20:14 PM, Texas A&M University Public Records Support wrote:

CC: open-records@tamu.edu
**Subject:** Public Information Records :: J000762-022624
**Body:**
03/22/2024


RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

As mentioned in our correspondence sent to you yesterday, we are still processing the remaining items of your request and expect to have a response to you on or before Friday, March 29th.

Sincerely,

Knesha Brashear
Open Records Office

 Exhibit 2 Page 4

On 3/22/2024 11:24:02 AM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: "Brendan Fradkin"[brendan@vbattorneys.com], "Patti"[patti@vbattorneys.com], "open-records@tamu.edu"[Open-records@tamu.edu]

See below page advise today.
Thanks.

-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Thu, Mar 21, 2024 at 11:04 PM Brian Beckcom wrote:
I received part one of the responses. Where are the rest of the materials?
Please advise immediately as TAMU is now potentially in violation of the open records laws, which mandate timely and complete responses.
Also, please continue to ensure that all relevant materials of any nature preserved.
Thank you.
-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Thu, Mar 21, 2024 at 6:05 PM Texas A&M University Public Records Support wrote:



On 3/21/2024 11:06:02 PM, Brian Beckcom wrote:

TO: "Brendan Fradkin"[brendan@vbattorneys.com], "Patti"[patti@vbattorneys.com], "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: "open-records@tamu.edu"[Open-records@tamu.edu]

I received part one of the responses. Where are the rest of the materials?
Please advise immediately as TAMU is now potentially in violation of the open records laws, which mandate timely and complete responses.
Also, please continue to ensure that all relevant materials of any nature preserved.
Thank you.
-bb
Brian Beckcom
www.VBAttorneys.com
www.BrianBeckcom.org


On Thu, Mar 21, 2024 at 6:05 PM Texas A&M University Public Records Support wrote:


On 3/21/2024 6:05:12 PM, Texas A&M University Public Records Support wrote:

CC: open-records@tamu.edu
**Subject:** Public Information Records :: J000762-022624
**Body:**
03/21/2024


RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

Texas A&M University received a public information request from you on February 26, 2024.  Your request mentioned:

*"Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:*

*● All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.*

*● All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any*



Exhibit 2

Page 6

App'x 51

discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.

● All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.

● Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.

● Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.

● Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes"

Information found to be responsive to items 2 and 3 of your request is available and can be obtained by visiting the Public Records Online Portal and logging in from the "My Request Center" tab.

Please note that we are still processing the remaining items of your request and expect to have a response to you on or before Friday, March 29th.


Sincerely,

Knesha Brashear
Open Records Office



Exhibit 2

Page 7

App'x 52

✉ On 3/11/2024 9:19:01 AM, Texas A&M University Public Records Support wrote:

CC: Open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J000762-022624
**Body:**
03/11/2024

RE: PUBLIC RECORDS REQUEST, Reference # J000762-022624

Dear Brian Beckcom,

We are in receipt of your narrowed request, received on March 7th and appreciate your willingness to work with us. We are processing your narrowed request and expect to have a response to you on or before your tenth (10th) business day of March 21, 2024.

Sincerely,

Tricia Bledsoe

Open Records Office

↩ On 3/11/2024 6:03:03 AM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
I hope you had a relaxing weekend.
I have sent a few emails with no response and no acknowledgement. I would very much appreciate your responding to my requests. My hope is you will comply with the requests as limited and produce the overdue materials immediately. Please let me know the status. I am hoping we can avoid further legal measures and can work cooperatively.
I am happy to send my own IT team to assist if needed.


-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Fri, Mar 8, 2024 at 2:13 PM Brian Beckcom wrote:
Ms. Kacer:
Please respond to my questions and to the unobjected to FOIA requests today. Otherwise, we will move forward with legal action as authorized by statute and Texas law.


Exhibit 2

Page 8

App'x 53

-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Fri, Mar 8, 2024 at 10:28 AM Brian Beckcom wrote:
Ms. Kacer:
1. Please confirm that Texas A&M will produce the items for which there was no objection by today's statutory deadline;
2. Please confirm that the relevant personnel have been informed of their obligations to preserve all communications, documents, etc and not destroy, alter, or otherwise impede the ability to obtain the requested documents and information.


-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Thu, Mar 7, 2024 at 9:30 AM Brian Beckcom wrote:
Ms. Kacer:
Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my request is obviously limited in scope and time. I also note that you have not objected to some of the requests, which makes the responses to those requests now one day overdue. Please produce any and all materials to which you do not object immediately, or advise why you refuse to do so.
For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of Student Affairs, and Office of the President.
With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved. With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.
I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/
I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.
Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.
Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.


Exhibit 2

Page 9

App'x 54

-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:


↩ On 3/8/2024 3:15:33 PM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
Please respond to my questions and to the unobjected to FOIA requests today. Otherwise, we will move forward with legal action as authorized by statute and Texas law.


-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Fri, Mar 8, 2024 at 10:28 AM Brian Beckcom wrote:
Ms. Kacer:
1. Please confirm that Texas A&M will produce the items for which there was no objection by today's statutory deadline;
2. Please confirm that the relevant personnel have been informed of their obligations to preserve all communications, documents, etc and not destroy, alter, or otherwise impede the ability to obtain the requested documents and information.


-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Thu, Mar 7, 2024 at 9:30 AM Brian Beckcom wrote:
Ms. Kacer:
Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my request is obviously limited in scope and time. I also note that you have not objected to some of the requests, which makes the responses to those requests now one day overdue. Please produce any and all materials to which you do not object immediately, or advise why you refuse to do so.
For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of



Exhibit 2

Page 10

App'x 55

Student Affairs, and Office of the President.

With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved. With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.

I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/

I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.

Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.

Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.

-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video

On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:

↩ On 3/8/2024 10:30:43 AM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
1. Please confirm that Texas A&M will produce the items for which there was no objection by today's statutory deadline;
2. Please confirm that the relevant personnel have been informed of their obligations to preserve all communications, documents, etc and not destroy, alter, or otherwise impede the ability to obtain the requested documents and information.

-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video



On Thu, Mar 7, 2024 at 9:30 AM Brian Beckcom wrote:

Ms. Kacer:

Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my request is obviously limited in scope and time. I also note that you have not objected to some of the requests, which makes the responses to those requests now one day overdue. Please produce any and all materials to which you do not object immediately, or advise why you refuse to do so.

For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of Student Affairs, and Office of the President.

With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved. With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.

I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/

I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.

Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.

Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.

-bb

VBAttorneysLessons from Leaders PodcastMy Bio Video

On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:


Exhibit 2

Page 12

APP'X 57

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu], "Patti Artavia"[patti@vbattorneys.com], "Brendan Fradkin"[brendan@vbattorneys.com]

Ms. Kacer:
Thank you for your form letter. I obviously am not requesting a blind search, or an unlimited search, and my request is obviously limited in scope and time. I also note that you have not objected to some of the requests, which makes the responses to those requests now one day overdue. Please produce any and all materials to which you do not object immediately, or advise why you refuse to do so.
For the sake of compromise, we are willing to limit the request at this juncture to the years 2023 and 2024. We are willing to limit the scope to personnel in the Office of the Commandant, Office of the Vice President of Student Affairs, and Office of the President.
With respect to identifying the name(s) of individuals with documents, that objection is quite obviously improper as well as illogical. If I knew all the name(s) of the people involved, I wouldn't be sending a request, obviously. In fact, one of the purposes of information requests is to learn the personnel involved. With that said, there is a limited number of personnel employed at the Office of the Commandant and the ROTCs, in fact the website lists less than 25 employees, so your form objection that A&M has "thousands" of employees is frivolous.
I would suggest you start with these folks: https://corps.tamu.edu/staff-directory/
I would likewise request that you inform the personnel in the Trigon, the ROTCs, the Office of the Vice President, and the Office of the President of their continuing obligations under law to preserve all documents, communications, and other matters. Destruction of documents -- even those subject to document retention procedures -- is improper and impermissible under Texas law, and may result in a variety of consequences both individually and institutionally, so please ensure that the relevant personnel understand their obligations in this regard.
Thank you. Please do not hesitate to call me with any questions. In the meantime, I look forward to receiving the materials to which there are no objections today.
Going forward, I request that you copy my colleagues Patti Artavia and Brendan Fradkin, cc'd above, on all future communications.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Wed, Mar 6, 2024 at 6:56 PM Texas A&M University Public Records Support wrote:

CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J000762-022624
**Body:**
March 6, 2024

                 Exhibit 2                 Page 13

App'x 58

RE: PUBLIC RECORDS REQUEST of February 26, 2024, Reference # J000762-022624

Dear Brian Beckcom,

Texas A&M University received a public information request from you on February 26, 2024. Your request mentioned:

*"From: Patti Artavia <patti@vbattorneys.com>*
*Sent: Monday, February 26, 2024 7:03 AM*
*To: open-records@tamu.edu*
*Subject: Open Records Request*

*Please see attached letter. Thank you*

*Patti Artavia*
*Senior Paralegal/Case Manager*
*2016 AAJ Paralegal of the Year*
*VBAttorneys.com*
*Direct Dial (832) 791-3118*

*Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:*

*• All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.*

*• All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.*

*• All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.*

*• Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.*

*• Any and all communications from anyone at Texas A&M concerning the plan to restructure*


Exhibit 2

Page 14

APP'x 59

*the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.*

*• Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes"</patti@vbattorneys.com>*

Our office is unable to conduct a blind search for

*"• All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.*

*• All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of same.*

*• All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.*

*• Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.*

*• Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.*

*• Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadaets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes"* as there are numerous employees within the the Office of the Commandant and thousands of employees within the university. A request of this magnitude is too broad. Therefore, we are requesting that you narrow your request by providing us with the name(s) of employees who would be in possession of the requested records. Additionally, if you could please provide us with a date range so that we can better assist you with your request.

As provided by section 552.222(d) of the Texas Public Information Act, your request will be considered

 Exhibit 2

Page 15

App'x 60

withdrawn if we do not receive a response from you by the 61st day after the date of this request for clarification/narrowing.

Sincerely,

Leslie Kacer
Open Records Office

 On 2/26/2024 11:15:43 AM, Brian Beckcom wrote:

TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu]

Yes to both questions.
Please make sure all the records requested are preserved.
Thank you.

On Feb 26, 2024, at 9:10 AM, Texas A&M University Public Records Support wrote:



Exhibit 2

Page 16

App'x 61

✉ On 2/26/2024 9:10:20 AM, Texas A&M University Public Records Support wrote:

CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J000762-022624
**Body:**
February 26, 2024

BRIAN BECKCOM (J000762-022624): REQUEST FOR CLARIFICATION/NARROWING; REDACTION RESPONSES REQUESTED

There are now 2 statements regarding mandatory exceptions and discretionary exceptions you need to select for your open records request. These questions are derived from a form developed by the Office of the Attorney General, dated 10/01/19. Please select "yes" or "no" in regards to these 2 exception questions for your open records request. Selecting "yes" will allow the university to expedite your request by avoiding the necessity of seeking a decision from the Office of the Attorney General.

Statement #1:
Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Statement #2:
Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Note: This is a request for clarification/narrowing of your request. Section 552.222 provides that a request for information is considered withdrawn if the requestor does not respond in writing to a governmental body's written request for clarification or additional information within 61 days.

Sincerely,

Leslie Kacer
Open Records Office



Exhibit 2

Page 17

App'x 62

✉ On 2/26/2024 8:54:25 AM, Texas A&M University Public Records Support wrote:

Dear Brian Beckcom:

We received your public information request for **Texas A&M University**. Your request was given the **reference number J000762-022624** for tracking purposes. Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed.

Thank you for your interest in **Texas A&M University**.

To monitor the progress or update this request please log into the Public Records Center.

✉ On 2/26/2024 8:54:25 AM, Texas A&M University Public Records Support wrote:

Request was created by staff



Exhibit 2

Page 18

App'x 63

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patti Artavia on behalf of Brian Beckcom
Bar No. 24012268
patti@vbattorneys.com
Envelope ID: 86169545
Filing Code Description: Case Information Sheet
Filing Description:
Status as of 4/2/2024 8:29 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brendan Fradkin | | brendan@vbattorneys.com | 4/1/2024 6:00:54 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 4/1/2024 6:00:54 PM | SENT |
| Patti Artavia | | patti@vbattorneys.com | 4/1/2024 6:00:54 PM | SENT |

# EXHIBIT 2

Received & Filed 5/10/2024 4:14 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Kristin Emert
Envelope# - 87643776

Cause No. 24-000902-CV

| | | |
|---|---|---|
| Brian Beckcom | ) | In the District Court of |
| | ) | |
| vs. | ) | Brazos County, Texas |
| | ) | |
| Texas A&M University | ) | 85th Judicial District |

## Petitioner's First Amended Petition for Writ of Mandamus

In this Petition for Writ of Mandamus under the Texas Public Information Act, Brian Beckcom ("Petitioner") seeks an order from the Court compelling Respondent Texas A&M University ("TAMU") to appoint a third-party service to perform a search for the requested public records, fully respond to Petitioner's requests for Diversity, Equity, and Inclusion and Squadron 17 hazing documents, and produce those documents to the public.

1.   **Discovery Control Plan**

1.1   Petitioner requests expedited relief under Level 1 of the Texas Rules of Civil Procedure. At this time, Petitioner requests non-monetary relief only, except for attorney fees and court costs, the amount of which will not exceed $100,000.

2.   **Claim for Relief**

2.1   Petitioner seeks only non monetary relief and attorney's fees and court costs necessary for the prosecution of this writ and subsequent discovery.

3.   **Parties**

3.1   Petitioner Brian Beckcom is an attorney whose address is 6363 Woodway Drive, Suite 400, Houston, Texas 77057.

3.2.   Respondent Texas A&M University is a public university that can be served through

**APP'X 66**

its Office of General Counsel at Moore / Connally Building, 6th Floor, 301 Tarrow Street, College Station, Texas 77840-7896

3.3    Respondent has answered the Original Writ of Mandamus through the Attorney General's office, Jason T. Contreras, Assistant Attorney General, PO Box 12548, Capitol Station, Austin, Texas 78711.

4.    **Jurisdiction, Venue, and Conditions Precedent**

4.1    This Court has jurisdiction under Texas Government Code § 552.321. Venue is mandatory in Brazos County under Texas Government Code § 552.321(b).

4.2    All conditions precedent have been performed or have occurred.

5.    **Facts**

5.1    **TAMU failed to search for and produce documents responsive to requests for communications regarding the Commandant's plan to restructure the Corps of Cadets.**

5.1.1    On February 26, 2024, Petitioner submitted two requests for public information to TAMU pursuant to the Texas Public Information Act, Texas Government Code Chapter 552 (the "TPIA"). The requests sought documents related to issues involving the Corps of Cadets, including but not limited to so-called "DE&I" and irregularities related to the hiring of the new Commandant as well as irregularities related to the new Commandant's plan to radically restructure the Corps of Cadets in secret.

5.1.2    The TPIA mandates timely responses, and specifically responses within 10 days.[1] To date, over thirty business days later, TAMU has failed to produce full and complete responsive documents and all of the requested public information.

---

[1] Tex. Gov't Code § 552.301

5.1.3  This failure is not mere conjecture. Petitioner propounded the following request to TAMU:

(1) All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.

(2) All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of the same.

(3)  All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.

(4) Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.

(5)  Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President

of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.

5.1.4    On April 24, 2024, TAMU produced what it alleges to be all documents responsive to the request, including those contained in Commandant Michaelis's email account.[2]

5.1.5    However, Petitioner knows of and is in possession of documents and communications responsive to this request which have not been produced by TAMU.

5.1.6    Accordingly, either: (1) the search was not conducted adequately or in good faith; or (2) documents are being unlawfully withheld.

5.1.7    Given recent occurrences wherein certain individuals at TAMU encourage others to delete text messages and other communications, there is a real and present danger that information and documents may be destroyed. It is imperative that TAMU allow a third-party search for all relevant information and materials immediately.

5.2      **TAMU failed to produce documents responsive to requests for DEI documents.**

5.2.1    As part of the February 26, 2024 TPIA request, Petitioner requested the following:

"Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes would potentially impact Texas A&M or the Corps of Cadets from a DEI perspective."

---

[2] Exhibit 1, Email from TAMU Counsel stating that Commandant Michaelis's email account was searched.

5.2.2 TAMU has refused to produce these documents, claiming that the AG has ruled on this topic in the past and therefore there is no obligation to produce.[3] However, the AG's opinion was not specific to this request, and therefore TAMU had the obligation to get a new AG opinion on these documents, which they have failed to do. Accordingly, these documents must be produced.

## 5.3 TAMU failed to produce documents related to the 2024 hazing investigation into Squadron 17, an incident where all accused students were fully exonerated.

5.3.1 On March 28, 2024, Petitioner requested documents regarding the wrongful investigation into Squadron 17 for alleged hazing misconduct. Specifically, Petitioner requested the following:

(1) All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation

(2) All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A&M

---

[3] Exhibit 2, Email between TAMU counsel and petitioner stating that a compilation of DEI documents are being withheld.

University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same

(3) Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.

(4) Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same.

5.3.2   TAMU partially responded to these requests on May 9, 2024, but this request was only partial as TAMU has withheld an unknown number of documents based on alleged FERPA issues. The failure to produce entire documents based on FERPA is erroneous, as these documents could and should be produced following redaction of student names or

other specific student information. In the absence of any other objection, these documents must be produced.

6. **Violation of the Texas Public Information Act**

6.1     The TPIA requires that public information be produced "promptly."[4] The Texas Supreme Court has emphasized that the TPIA's prompt production requirement is a key part of its purpose to promote government transparency.[5]  TAMU's failure to provide the  requested information and perform an adequate search is a clear violation of the TPIA's unambiguous mandate.

7.     **Request for Relief**

Petitioner requests that the Court:

7.1      Order TAMU to allow a third party search service to perform the document searches at issue and produce the public information responsive to Petitioner's February 26, 2024 TPIA requests;

7.2     Order the video deposition of any personnel at TAMU who have participated in compiling the records requests or answering same;

7.3     Order TAMU to produce documents responsive to Petitioner's DEI requests.

7.4     Order TAMU to produce documents responsive to Petitioner's Squadron 17 requests.

7.5     Award Petitioner his reasonable attorney fees and costs under TPIA § 552.323, with that amount be decided pursuant to submission of evidence and hearing  by this Court;

7.6     Order TAMU to comply fully with the TPIA for any future related requests or face further potential sanctions; and

---

[4] *Austin Bulldog v. Leffingwell*, 490 S.W.3d 240, 243-44 (Tex. App.—Austin 2016, no pet.).

[5] *Jackson v. State Office of Admin. Hearings*, 351 S.W.3d 290, 293 (Tex. 2011).

7.7    Grant all other relief to which Petitioner is entitled.

Respectfully submitted,

**VB Attorneys**

/s/ Brian Beckcom

_____

**Brian Beckcom**
*/s/ Brian Beckcom*
*Brian@vbattorneys.com*
SBN: 24012268
6363 Woodway Dr., Suite 400
Houston, Texas 77057
713/224-7800 (Office)
713/224-7801 (Facsimile)

Certificate of Service

On the 10th day of May 2024, the foregoing Amended Writ of Mandamus was served on all counsel of record by electronic e-service.

/s/ Brian Beckcom

_____

Brian Beckcom

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patti Artavia on behalf of Brian Beckcom
Bar No. 24012268
patti@vbattorneys.com
Envelope ID: 87643776
Filing Code Description: Amended Petition
Filing Description: Petitioner's First Amended Petition for Writ of Mandamus
Status as of 5/13/2024 8:42 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Patti Artavia | | patti@vbattorneys.com | 5/13/2024 8:17:17 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 5/13/2024 8:17:17 AM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 5/13/2024 8:17:17 AM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 5/13/2024 8:17:17 AM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 5/13/2024 8:17:17 AM | SENT |
| Thomas Silver | | tsilver@tamus.edu | 5/13/2024 8:17:17 AM | SENT |
| Jerri Low | | jlow@tamus.edu | 5/13/2024 8:17:17 AM | SENT |

# EXHIBIT 3

Received & Filed 6/26/2024 5:06 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Kristin Emert
Envelope# - 89236863

## Cause No. 24-000902-CV

| | | |
|---|---|---|
| Brian Beckcom | ) | In the District Court of |
| | ) | |
| vs. | ) | Brazos County, Texas |
| | ) | |
| Texas A&M University | ) | 85th Judicial District |

### Petitioner's Second Amended Petition for Writ of Mandamus and Request for Declaratory Judgment

In this Petition for Writ of Mandamus under the Texas Public Information Act, Brian Beckcom ("Petitioner") seeks an order from the Court compelling Respondent Texas A&M University ("TAMU") to appoint a third-party service to perform a search for the requested public records, fully respond to Petitioner's requests for "fish Brigade," Diversity, Equity, and Inclusion, Squadron 17 hazing documents, and bathroom renovation documents, and produce those documents to the public.

### 1. Discovery Control Plan

1.1    Petitioner requests expedited relief under Level 1 of the Texas Rules of Civil Procedure. At this time, Petitioner requests non-monetary relief only, except for attorney fees and court costs, the amount of which will not exceed $100,000.

### 2. Claim for Relief

2.1    Petitioner seeks only non monetary relief and attorney's fees and court costs necessary for the prosecution of this writ and subsequent discovery.

**3. Parties**

3.1     Petitioner Brian Beckcom is an attorney whose address is 6363 Woodway Drive, Suite 400, Houston, Texas 77057.

3.2.     Respondent Texas A&M University is a public university that can be served through its Office of General Counsel at Moore / Connally Building, 6th Floor, 301 Tarrow Street, College Station, Texas 77840-7896.

3.3     Respondent has answered the Original Writ of Mandamus through the Attorney General's office, Jason T. Contreras, Assistant Attorney General, PO Box 12548, Capitol Station, Austin, Texas 78711.

**4. Jurisdiction, Venue, and Conditions Precedent**

4.1     This Court has jurisdiction under Texas Government Code § 552.321. Venue is mandatory in Brazos County under Texas Government Code § 552.321(b).

4.2     All conditions precedent have been performed or have occurred.

**5. Facts**

5.1     TAMU failed to search for and produce documents responsive to requests for communications regarding the Commandant's plan to restructure the Corps of Cadets.

5.1.1     On February 26, 2024, Petitioner submitted two requests for public information to TAMU pursuant to the Texas Public Information Act, Texas Government Code Chapter 552 (the "TPIA"). The requests sought documents related to issues involving the Corps of Cadets, including but not limited to so-called "DE&I" and irregularities related to the hiring of the new Commandant as well as irregularities related to the new Commandant's plan to radically restructure the Corps of Cadets in secret.

5.1.2 The TPIA mandates timely responses, and specifically responses within 10 days.[1] To date, over thirty business days later, TAMU has failed to produce full and complete responsive documents and all of the requested public information.

5.1.3 This failure is not mere conjecture. Petitioner propounded the following request to TAMU:

(1) All documents or other materials related to the Office of the Commandant's plans regarding the so-called fish Brigade, including but not limited to any documents from any working groups and any communications regarding the same.

(2) All materials, studies, communications, etc. referred to in the Commandant's February 2024 Facebook post regarding "socialization," "leadership education," discussion of the "communal/fraternal aspects of the Corps," any studies or materials concerning same, any discussions or studies of outfit v. Corps culture, the Rellis experiment in late 1940s and 1950s wherein fish were moved to Rellis Air Force Base and any studies or documents concerning same, any study of retention or attrition statistics, any proposed "re-mapping" of the core curriculum, any documents or other materials related to re-writing the Standard and the "Cadence," and any documents or materials related to Commandant's Guidance to the Corps or any drafts of the same.

(3) All documents or materials related to the 4 Leadership Development Advisors and any documents related to the Commandant's plans moving forward regarding the Corps of Cadets.

(4) Any and all email or other digital communications from anyone in the Commandant's Office to anyone else related to the subject of the Corps of Cadets or any restructuring of the same.

(5) Any and all communications from anyone at Texas A&M concerning the plan to restructure the fish and Corps experience, including from the Office of the President of Texas A&M, the Office of the Vice President of Student Affairs, and the Board of Regents.

5.1.4 On April 24, 2024, TAMU produced what it alleges to be all documents responsive to the request, including those contained in Commandant Michaelis's email account.[2]

---

[1] Tex. Gov't Code § 552.301.

[2] Exhibit 1, Email from TAMU Counsel stating that Commandant Michaelis's email account was searched.

5.1.5 However, Petitioner knows of and is in possession of documents and communications responsive to this request which have not been produced by TAMU, and moreover, TAMU has told Petitioner that it is withholding documents.

5.1.6 Accordingly, either: (1) the search was not conducted adequately or in good faith; or (2) documents are being unlawfully withheld.

5.1.7 Given recent occurrences wherein certain individuals at TAMU encouraged others to delete text messages and other communications, there is a real and present danger that information and documents may be destroyed. It is imperative that TAMU allow a third-party search for all relevant information and materials immediately.

5.2 TAMU failed to produce documents responsive to requests for DEI documents.

5.2.1 As part of the February 26, 2024 TPIA request, Petitioner requested the following:

> "Any discussions, communications or materials related to Diversity, Equity and Inclusion as they related to any proposed changes to the Corps of Cadets and any analysis or reference to the recent laws in Texas as they relate to same, and any analysis regarding whether any proposed changes would potentially impact Texas A&M or the Corps of Cadets from a DEI perspective."

5.2.2 TAMU has refused to produce these documents, claiming that the AG has ruled on this topic in the past and therefore there is no obligation to produce.[3] However, the AG's opinion was not specific to this request, and therefore TAMU had the obligation to get a new AG opinion on these documents, which they have failed to do. Accordingly, these documents must be produced.

5.3 TAMU failed to produce documents related to the frivolous and possibly retaliatory 2024 hazing investigation into Squadron 17, an incident where all accused students were fully

---

[3] Exhibit 2, Email between TAMU counsel and petitioner stating that a compilation of DEI documents are being withheld.

exonerated after the cadets and parents spent over 1700 hours and hundred of thousands of dollars defending themselves from ridiculous allegations that were brought in bad faith to retaliate against the all-male outfit.

5.3.1 On March 28, 2024, Petitioner requested documents regarding the frivolous and retaliatory investigation into Squadron 17 for alleged hazing misconduct. Specifically, Petitioner requested the following:

(1) All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind.related in any manner to any such investigation, along with any other information pertaining to any such investigation

(2) All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A&M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same

(3) Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.

(4) Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such

materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same.

5.3.2   TAMU partially responded to these requests on May 9, 2024, but this request was only partial as TAMU has withheld an unknown number of documents based on a frivolous and made-up rationale that the Petitioner -- and only the Petitioner -- is prohibited from getting certain of these documents. The failure to produce entire documents based on FERPA is erroneous, as these documents could and should be produced following redaction of student names or other specific student information. In the absence of any other objection, these documents must be produced.

5.4   TAMU also failed to produce documents related to a questionable multimillion dollar bathroom renovation project. This project is suspected to be in response to continued DEI-related policy initiatives within TAMU and was apparently done because one transvestite cadet threatened to sue TAMU.

5.4.1   On May 16, 2024, Plaintiff requested the following:

(1) Any documents pertaining to renovation plans for the bathroom/restroom facilities in the dormitories housing the Corps of Cadets. This should include contracts or agreements related to the renovation projects, estimates, analyses, architectural designs/plans, engineering designs/plans, and anticipated costs.

(2) Any communications between university employees or officials regarding the renovation plans or any of the documents pertaining to those plans.

(3) Any communications between university employees or officials and third-parties regarding the renovation plans or any of the documents pertaining to those plans.

5.4.2   On June 3, 2024, TAMU produced some documents responsive to this request, but stated that other responsive documents were subject to a requested OAG opinion letter based on the attorney-client privilege and the financial information privilege.

5.4.3   Defendant's alleged privileges are bogus, but even if they weren't, Defendant is in possession of documents which clearly aren't subject to either the attorney-client privilege or the financial information privilege. For example, Plaintiff is aware of a recorded, public Microsoft Teams call which Defendant is refusing to produce. Neither the attorney-client privilege nor the financial information privilege would be applicable to a public, recorded conference call.

## 6. Violation of the Texas Public Information Act and SB 17

6.1     The TPIA requires that public information be produced "promptly."[4] The Texas Supreme Court has emphasized that the TPIA's prompt production requirement is a key part of its purpose to promote government transparency.[5] TAMU's failure to provide the requested information and perform an adequate search is a clear violation of the TPIA's unambiguous mandate.

6.2     SB-17 is a recent bill that prevents public institutions from engaging in or promoting DEI initiatives. This unambiguous mandate effected if the public *actually has access* to DEI and related documents. TAMU's attempts to rely on discretionary privileges, whether applicable or not, would prevent the ability for SB-17 to be effective. Accordingly, even if the privileges are applicable–which they aren't–they must be discarded in favor of public knowledge based on the mandate of the TPIA and SB-17.

---

[4] *Austin Bulldog v. Leffingwell*, 490 S.W.3d 240, 243-44 (Tex. App.—Austin 2016, no pet.).
[5] *Jackson v. State Office of Admin. Hearings*, 351 S.W.3d 290, 293 (Tex. 2011).

**7. Request for Relief**

Petitioner requests that the Court:

7.1     Order TAMU to allow an independent third party search service to perform the document searches at issue and produce the public information responsive to Petitioner's February 26, 2024 TPIA requests;

7.2     Order the video deposition of any personnel at TAMU who have participated in compiling the records requests or answering same;

7.3     Order TAMU to produce documents responsive to Petitioner's fish Brigade, DEI requests, and bathroom requests;

7.4     Order TAMU to produce documents responsive to Petitioner's Squadron 17 requests;

7.5     Order TAMU to produce documents responsive to Petitioner's bathroom renovation requests;

7.6     Award Petitioner his reasonable attorney fees and costs under TPIA § 552.323, with that amount be decided pursuant to submission of evidence and hearing by this Court;

7.7     Order TAMU to comply fully with the TPIA for any future related requests or face further potential sanctions; and

7.8     Plaintiff seeks a Declaratory Judgment pursuant to Section 37.001 of the Texas CPRC et seq. Specifically, that Plaintiff is a person seeking a declaration of his rights under the Public Information Act pursuant to Section 37.004 CPRC. The Defendant violated the Plaintiff's rights and status under Texas Public Information Act by unilaterally deciding to withhold documents from Plaintiff that would be released to other people and unilaterally withholding information based on previous Attorney General opinions.

7.9    Grant all other relief to which Petitioner is entitled.

                                        Respectfully submitted,
                                        J. David Dodd III
                                        /s/J. David Dodd III
                                        820 S. MacArthur,
                                        Suite 105-341
                                        Coppell, TX 75019
                                        (214)923-3417

                                        VB Attorneys
                                        Brian Beckcom
                                        /s/ Brian Beckcom
                                        SBN: 24012268
                                        6363 Woodway Dr., Suite 400
                                        Houston, Texas 77057
                                        713/224-7800 (Office)
                                        713/224-7801 (Facsimile)

                          Certificate of Service

        On the 26th day of June 2024 the foregoing Amended Writ of Mandamus was served on all counsel of record by electronic e-service.

                          /s/ J. David Dodd III

                          _____
                          J. David Dodd III

From: **Moore, Brooks** <RBM@tamus.edu>
Date: Fri, Apr 26, 2024 at 10:53 AM
Subject: RE: Public Information Records :: J001320-041024
To: Brendan Fradkin <brendan@vbattorneys.com>


On request J1147, the 10-business day deadline (from receipt of payment per Tex. Gov't Code sec. 552.263(e)) is May 2nd.

On request J1320, no, you are misconstruing my response. As I previously stated, the university searched all Office of the Commandant accounts, including his. We have provided what was found to my knowledge. I do not know what you mean when you say that you "clearly have responsive documents." If you have specific information that you believe the university should have found, please identify it as we are not aware of any additional information that the university actually has.

Also, please note that I will be unavailable until around 5:00 this afternoon.

Brooks

**R. Brooks Moore | Deputy General Counsel**
Office of General Counsel
THE TEXAS A&M UNIVERSITY SYSTEM

From: **Moore, Brooks** <RBM@tamus.edu>
Date: Mon, Apr 8, 2024 at 1:18 PM
Subject: RE: Beckcom TPIA Request Recap
To: Brendan Fradkin <brendan@vbattorneys.com>
Cc: Brian Beckcom <brian@vbattorneys.com>, Patti Artavia <patti@vbattorneys.com>

My responses are below.  The below is correct with a couple of minor corrections (see highlighted text).

Brooks

**R. Brooks Moore | Deputy General Counsel**
Office of General Counsel
THE TEXAS A&M UNIVERSITY SYSTEM

---

**From:** Brendan Fradkin <brendan@vbattorneys.com>
**Sent:** Monday, April 8, 2024 1:02 PM
**To:** Moore, Brooks <RBM@tamus.edu>
**Cc:** Brian Beckcom <brian@vbattorneys.com>; Patti Artavia <patti@vbattorneys.com>
**Subject:** Beckcom TPIA Request Recap

Brooks,

Thanks again for talking with me today. This email is intended to confirm what documents are being withheld, what privileges are being applied to those documents, and additional documents you may be able to produce.

**DEI/Fish Program Documents**

Under this category of requests, you are withholding the following:

(1) An email with attached proposed policymaking document regarding the fish brigade.
*withheld based on policymaking privilege*—Brooks Moore Response-Correct
(2) The attached proposed fish brigade policymaking document.

*withheld based on policymaking privilege*—Brooks Moore Response-Correct
(3) A compilation of DEI documents prepared for systemwide compliance efforts.
*withheld based on 552.101 + 51.971(e)(2)* —Brooks Moore Response-Correct

(4) Documents that contain student identification information.
*withheld subject to FERPA request*—Brooks Moore Response-Correct

You stated that on (1), you would look into getting us the email if the email itself contained no policymaking information. —Brooks Moore Response-Correct

You stated that on (2), if we withdraw our consent to withholding, you could go back to the AG for an opinion. —Brooks Moore Response-Correct

You stated that on (3), there may already be an applicable holding from the AG's office, but you would send us that holding, and that you would go back to the AG's office with these documents as well. —Brooks Moore Response-Correct, except that if we have an applicable letter ruling on the same information, we are prohibited for asking for another ruling. If the information is different from that previously submitted to the OAG, we will request a letter ruling. We will provide the citation if it is binding here.

You stated that (4) would require an additional FERPA request, but if approved, you would produce. —Brooks Moore Response-Correct, assuming that the applicable student provides prior written consent for the release of the information in accordance with FERPA.

**Commandant Hiring Documents**

(1) Michaelis personnel information.
*this was all produced, subject to some personal information redactions*—Brooks Moore Response-Correct

(2) Communications about Michaelis hiring
*these will be produced*—Brooks Moore Response-Correct, under request J001123.

(3) Personnel information for other candidates
*these will be produced*. —Brooks Moore Response-Correct, under request J001123.

If this sums up what we discussed today accurately, please confirm.

--

Brendan Fradkin

VB Attorneys

832-791-2337

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
The best compliment you can give our team is the referral of someone who needs our help.

--
Brendan Fradkin
VB Attorneys
832-791-2337

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
The best compliment you can give our team is the referral of someone who needs our help.

App'x 86

Exhibit 2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patti Artavia on behalf of Brian Beckcom
Bar No. 24012268
patti@vbattorneys.com
Envelope ID: 89236863
Filing Code Description: Amended Petition
Filing Description: Petitioner's Second Amended Petition for Writ of Mandamus and Request for Declaratory Judgment
Status as of 6/27/2024 9:10 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Patti Artavia | | patti@vbattorneys.com | 6/26/2024 5:06:58 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 6/26/2024 5:06:58 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 6/26/2024 5:06:58 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Jason Contreras | | Jason.contreras@oag.texas.gov | 6/26/2024 5:06:58 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 6/26/2024 5:06:58 PM | SENT |
| Thomas Silver | | tsilver@tamus.edu | 6/26/2024 5:06:58 PM | SENT |
| Jerri Low | | jlow@tamus.edu | 6/26/2024 5:06:58 PM | SENT |

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| J DavidDodd III | | David@Jddoddlaw.com | 6/26/2024 5:06:58 PM | SENT |

# EXHIBIT 4

Received & Filed 8/7/2024 5:09 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Emily Velasquez
Envelope# - 90654839

Cause No. 24-000902-CV

| | | |
|---|---|---|
| Brian Beckcom | ) | In the District Court of |
| | ) | |
| vs. | ) | Brazos County, Texas |
| | ) | |
| Texas A&M University | ) | 85th Judicial District |

## Plaintiff's Notice of Nonsuit Without Prejudice

Plaintiff Brian Beckcom files this Notice of Nonsuit Without Prejudice and in support thereof would respectfully show the Court as follows:

1. Plaintiff is not pursuing his case at this time but reserves his right to file at another time.

2. This nonsuit is not done for the purposes of undue delay but rather to comply with state and federal civil procedure requirements and so that justice may be done.

Respectfully submitted,

/s/ J. David Dodd
J. David Dodd III
SBN:00787374
820 S. MacArthur Blvd,
Suite 105-341
Coppell, TX 75019
(214)923-3417

APP'X 88

Certificate of Service

A true and correct copy of the foregoing was served on all counsel of record on this 7th day of

August 2024.

/s/J. David Dodd III

_____

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patti Artavia on behalf of Brian Beckcom
Bar No. 24012268
patti@vbattorneys.com
Envelope ID: 90654839
Filing Code Description: Notice of Nonsuit
Filing Description: Without Prejudice
Status as of 8/8/2024 8:26 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patti Artavia | | patti@vbattorneys.com | 8/7/2024 5:09:43 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 8/7/2024 5:09:43 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 8/7/2024 5:09:43 PM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 8/7/2024 5:09:43 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 8/7/2024 5:09:43 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 8/7/2024 5:09:43 PM | SENT |
| Thomas Silver | | tsilver@tamus.edu | 8/7/2024 5:09:43 PM | SENT |
| Jerri Low | | jlow@tamus.edu | 8/7/2024 5:09:43 PM | SENT |

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| J DavidDodd III | | David@Jddoddlaw.com | 8/7/2024 5:09:43 PM | SENT |

**EXHIBIT 5**                                    App'x 91



**From:** Patti Artavia <patti@vbattorneys.com>
**Date:** November 1, 2024 at 2:50:18 PM CDT
**To:** "Bonilla, Ray" <RBonilla@tamus.edu>
**Cc:** Brendan Fradkin <brendan@vbattorneys.com>, Brian Beckcom <brian@vbattorneys.com>, Michael Granado <michael@vbattorneys.com>
**Subject: TAMU - TRO Hearing**

Mr. Bonilla please see attached which is being filed today with an emergency hearing today at 3pm.

**EXHIBIT 5**                                    App'x 91

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
Tell me how I'm doing: ReviewVB.com
The best compliment you can give our team is the referral of someone who needs our help.

# EXHIBIT 6

**Jason Contreras**

---

| | |
|---|---|
| **From:** | Brendan Fradkin <brendan@vbattorneys.com> |
| **Sent:** | Monday, November 4, 2024 9:03 AM |
| **To:** | Jason Contreras |
| **Cc:** | Bonilla, Ray; Brian Beckcom; Michael Granado; Moore, Brooks; Patti Artavia; Silver, Thomas |
| **Subject:** | Re: TPIA Hearing on TRO Harris County |

What are you talking about? I'm on vacation and certainly haven't contacted anyone directly.

On Mon, Nov 4, 2024 at 10:02 AM Jason Contreras <Jason.Contreras@oag.texas.gov> wrote:

Brendan: You are very well aware that I represent TAMU in this matter. Cease and desist from contacting TAMU directly.

Jason Contreras
Asst. Attorney General

Get Outlook for iOS

---

**From:** Bonilla, Ray <RBonilla@tamus.edu>
**Sent:** Monday, November 4, 2024 8:43 AM
**To:** Patti Artavia <patti@vbattorneys.com>
**Cc:** Brendan Fradkin <brendan@vbattorneys.com>; Brian Beckcom <brian@vbattorneys.com>; Michael Granado <michael@vbattorneys.com>; Silver, Thomas <TSilver@tamus.edu>; Moore, Brooks <RBM@tamus.edu>; Jason Contreras <Jason.Contreras@oag.texas.gov>
**Subject:** RE: TPIA Hearing on TRO Harris County

At this point, we are no longer surprised by the unprofessional tactics of VB Attorneys.

**Ray Bonilla | General Counsel**
**The Texas A&M University System**

---

**From:** Patti Artavia <patti@vbattorneys.com>
**Sent:** Monday, November 4, 2024 8:00 AM
**To:** Bonilla, Ray <RBonilla@tamus.edu>
**Cc:** Brendan Fradkin <brendan@vbattorneys.com>; Brian Beckcom <brian@vbattorneys.com>; Michael Granado <michael@vbattorneys.com>
**Subject:** TPIA Hearing on TRO Harris County

Mr. Bonilla, please be advised we are passing our hearing set this morning at 10am in Harris County.

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118

Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**

Why hire VB Attorneys

Tell me how I'm doing: ReviewVB.com

The best compliment you can give our team is the referral of someone who needs our help.

--

Brendan Fradkin
VB Attorneys
832-791-2337


Follow us on **Facebook**, **Twitter**, **LinkedIn**, and **Instagram**
Why hire VB Attorneys
The best compliment you can give our team is the referral of someone who needs our help.

2

# EXHIBIT 7

Cause No. 2024-76697

| | | |
|---|---|---|
| Brian Beckcom | ) | |
| *Plaintiff* | ) | In the District Court of |
| | ) | |
| VS. | ) | |
| | ) | Harris County, Texas |
| | ) | |
| Texas A&M University | ) | |
| *Defendant* | | 281ST Judicial District |

## NOTICE OF NONSUIT

Plaintiff, Brian Beckcom files this Notice of Nonsuit and hereby gives notice to this Court and all parties that Plaintiff nonsuits all claims in this case without prejudice to refiling the same.

Respectfully submitted,

**VB Attorneys**

*/s/Brendan Fradkin*
Brendan Fradkin
SBN: 24097706
Brendan@vbattorneys.com
Job Tenant
Job@vbattorneys.com
1200 August, Suite 240
Houston, Texas 77057
713-224-7800 Phone
713-224-7801 Facsimile

**Certificate of Service**

The undersigned authority hereby certifies that a true and correct copy of the foregoing instrument has been served on the office of General Counsel on  December 2, 2024.


*/s/Brendan Fradkin*
**Brendan Fradkin**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Granado on behalf of Brian Beckcom
Bar No. 24012268
Michael@vbattorneys.com
Envelope ID: 94833684
Filing Code Description: No Fee Documents
Filing Description: Notice of Nonsuit
Status as of 12/2/2024 3:14 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patti Artavia | | patti@vbattorneys.com | 12/2/2024 2:24:01 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 12/2/2024 2:24:01 PM | SENT |
| Raymond Bonilla | 2600985 | rbonilla@tamus.edu | 12/2/2024 2:24:01 PM | SENT |
| Jason Contreras | | Jason.contreras@oag.texas.gov | 12/2/2024 2:24:01 PM | SENT |
| Job Tennant | | Job@vbattorneys.com | 12/2/2024 2:24:01 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 12/2/2024 2:24:01 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 12/2/2024 2:24:01 PM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 12/2/2024 2:24:01 PM | SENT |

| | | |
|---|---|---|
| Brian Beckcom | ) | |
| *Plaintiff* | ) | In the District Court of |
| | ) | |
| VS. | ) | |
| | ) | Harris County, Texas |
| | ) | |
| Texas A&M University | ) | |
| *Defendant* | | 281ST Judicial District |

## <u>ORDER</u>

On this day, the Court considered Plaintiff's Notice of Nonsuit. The Court finds that the notice should be GRANTED.

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff in the above-referenced cause are hereby dismissed without prejudice to refiling of same.

All other relief not expressly granted herein is denied.

SIGNED this _____ day of _____, 2024.

_____
JUDGE PRESIDING

# EXHIBIT 8

Received & Filed 10/24/2024 4:31 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Jessica Martinez
Envelope# - 93578513

Cause No. _____ 24-003177-CV-85

| | | |
|---|---|---|
| Brian Beckcom | ) | In the District Court of |
| | ) | |
| vs. | ) | Brazos County, Texas |
| | ) | |
| Texas A&M University | ) | _____ Judicial District |

## Petition for Writ of Mandamus

*"I assume all texts were deleted."*
- Kathy Banks, Former A&M President

Texas A&M has a recent history of not complying with Texas law as it relates to public information requests. In this Petition for Writ of Mandamus under the Texas Public Information Act, Brian Beckcom ("Petitioner") seeks an order from the Court: (1) compelling Respondent Texas A&M University ("TAMU") produce documents it has thus far failed to produce; (2) prohibiting TAMU from destroying any documents, emails, or text, like when former TAMU President Kathy Banks, along with possibly still employed by TAMU, encouraged TAMU to destroy texts covered by Texas public information law.; and (3) also prohibiting TAMU from any further retaliatory investigation until TAMU has complied with the law.

## 1. Discovery Control Plan

1.1 Petitioner requests expedited relief under Level 1 of the Texas Rules of Civil Procedure. At this time, Petitioner requests non-monetary relief only, except for attorney fees and court costs, the amount of which will not exceed $100,000.

## 2. Claim for Relief

**APP'X 99**

2.1     Petitioner seeks only non-monetary relief and attorney's fees and court costs necessary for the prosecution of this writ and subsequent discovery.

**3.      Parties**

3.1     Petitioner Brian Beckcom is an attorney whose address is 1220 Augusta, Suite 240, Houston, Texas 77057.

3.2.    Respondent Texas A&M University is a public university that can be served through its Office of General Counsel at Moore / Connally Building, 6th Floor, 301 Tarrow Street, College Station, Texas 77840-7896

**4.      Jurisdiction, Venue, and Conditions Precedent**

4.1     This Court has jurisdiction under Texas Government Code § 552.321. Venue is mandatory in Brazos County under Texas Government Code § 552.321(b).

4.2     All conditions precedent has been performed or have occurred.

**5.      Facts and Argument**

**5.1     Factual Background**

5.1.2   In August of this year, the Commandant of the Corps of Cadets was relieved of command, as was the Vice President of Student Affairs. They were removed in part because of a retaliatory and frivolous investigation into one of the Corps of Cadets most impressive and accomplished outfits and also because they were pushing a DEI-inspired agenda,[1]

---

[1] So-called "DEI" is not illegal in Texas as of January 1, 2024, pursuant to Senate Bill 17, which Governor Abbott signed into law.

including attempting to build transgender bathrooms on the quad and to radically restructure the Corps of Cadets in secret. [2]

On October 10, 2024, Ramirez and the Office of the Commandant launched yet another retaliatory investigation of the same outfit. On the following day, Petitioner sent a public information request for all information related to the frivolous and retaliatory investigation, including all texts and emails, in order to analyze claims and potential litigation against the conspirators. Petitioner also sent a preservation of evidence letter to Ray Bonilla, General Counsel of Texas A&M System, requesting that Bonilla implement litigation holds and take steps to obtain and preserve all the evidence before the conspirators deleted it.

Unsurprisingly, TAMU's Open Records Department and the Office of General Counsel have not complied with the law and have refused to produce full and complete information and documents, which is par for the course for TAMU's Open Records Department.

**5.2 TAMU failed to search for and produce documents responsive to requests for communications regarding a sham investigation into Squadron 17 of the Corps of Cadets.**

---

[2] The former Commandant was allowed to stay on the job for a short time, then "re-assigned" to a made-up job in the Office of the President of TAMU. Based on information and belief, Ramirez was allowed to remain on duty for a few months after being relieved of command for "optics" reasons. See Why the taxpayers of Texas are required to continue to pay for personnel that should have been removed immediately is an open question, and the public information request may shed some light on the subject.

5.2.1   On October 10, 2024, Petitioner requested that TAMU produce documents regarding an investigation into Squadron 17, a section of the TAMU Corps of Cadets.

5.2.2   The requests were as follows:

5.2.2.1 All documents or other materials related to any so-called investigation of Squadron 17 over the past four months, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation sent to or from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from any persons related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation for the past 4 months (from June 1, 2024 to present)

5.2.2.2 All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A&M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same

5.2.2.3 Any and all materials which show how any investigation of Squadron 17 initiated since June 2024 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.

5.2.3 As of October 24, 2024, the due date for response under the TPIA, TAMU has failed to respond.

5.2.4 Accordingly, this Court should issue a writ requiring compliance with the TPIA and that TAMU should produce the requested documents.

**5.3 TAMU has a history of hiding information subject to the TPIA, so an Order requiring preservation of documents is appropriate.**

5.3.1 At the highest levels, TAMU has a history of attempting to hide information about its own misdeeds. For example, Kathy Banks, the former president of A&M, attempted to delete texts that otherwise would have been accessible under the TPIA, and encouraged others to do so. Some of those she encouraged are still employed by TAMU. [3]

5.3.2 Here too, TAMU may be subject to public ridicule for a sham investigation in one of the Corps of Cadets' most prestigious outfits. There is a significant likelihood that TAMU personnel will attempt to hide emails, texts, and written communications about the investigation in order to avoid embarrassment and scandal.

---

[3] https://www.houstonchronicle.com/news/houston-texas/education/article/texas-am-kathleen-mcelroy-investigation-explained-18279212.php

5.3.3 Accordingly, this Court's Order should also require TAMU to preserve all evidence at issue.

**5.4 In order to ensure due process, TAMU's investigation should be postponed until compliance with the TPIA is complete.**

5.4.1 TAMU is violating the 4th and 14th amendment rights of its students by engaging in an investigation with no public accountability and to retaliate against them. Making this information publicly available is the only way to ensure that these students are receiving due process.

5.4.2 If TAMU fails to provide the public with the information necessary to determine if due process is being provided, then the investigation itself must stop in order to prevent potential violations of due process from occurring.

5.4.3 Accordingly, this Court should also enter an order stopping the investigation of Squadron 17 until the TPIA requests have been complied with.

6. **Violation of the Texas Public Information Act**

6.1     The TPIA requires that public information be produced "promptly."[4] The Texas Supreme Court has emphasized that the TPIA's prompt production requirement is a key part of its purpose to promote government transparency.[5]  TAMU's failure to provide the requested information and perform an adequate search is a clear violation of the TPIA's unambiguous mandate.

7. **Request for Relief**

Petitioner requests that the Court:

---

[4] *Austin Bulldog v. Leffingwell*, 490 S.W.3d 240, 243-44 (Tex. App.—Austin 2016, no pet.).
[5] *Jackson v. State Office of Admin. Hearings*, 351 S.W.3d 290, 293 (Tex. 2011).

7.1    Order TAMU to produce the requested documents and information.

7.2    Order TAMU to preserve all documents and information and enjoin them from deleting, discarding, or hiding any documents or information.

7.3    Order TAMU's investigation into Squadron 17 to stop until the TPIA requests have been complied with.

Respectfully submitted,

**VB Attorneys**

/s/ Brian Beckcom

_____

**Brian Beckcom**
SBN:  24012268
brian@vbattorneys.com
1220 Augusta, Suite 240
Houston, Texas 77057
713/224-7800 (Office)
713/224-7801 (Facsimile)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Granado on behalf of Brian Beckcom
Bar No. 24012268
Michael@vbattorneys.com
Envelope ID: 93578513
Filing Code Description: Petition
Filing Description: Petition for Writ of Mandamus
Status as of 10/28/2024 10:56 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brendan Fradkin | | brendan@vbattorneys.com | 10/25/2024 11:41:36 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 10/25/2024 11:41:36 AM | SENT |
| Patti Artavia | | patti@vbattorneys.com | 10/25/2024 11:41:36 AM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 10/25/2024 11:41:36 AM | SENT |

**EXHIBIT 9**

Received & Filed 11/12/2024 3:23 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Diana Moehlman
Envelope# - 94204236

Cause No. 24-003358-CV-85 _____

| | | |
|---|---|---|
| Brian Beckcom | ) | In the District Court of |
| | ) | |
| vs. | ) | Brazos County, Texas |
| | ) | |
| Texas A&M University | ) | _____ Judicial District |

**Petition for Writ of Mandamus**

*"I assume all texts were deleted."*
- Kathy Banks, Former A&M President

Texas A&M has a recent history of not complying with Texas law as it relates to public information requests. In this Petition for Writ of Mandamus under the Texas Public Information Act, Brian Beckcom ("Petitioner") seeks an order from the Court: (1) compelling Respondent Texas A&M University ("TAMU") produce documents it has thus far failed to produce; and (2) prohibiting TAMU from destroying any documents, emails, or text, like when former TAMU President Kathy Banks encouraged TAMU personnel to destroy texts covered by Texas public information law.

**1. Discovery Control Plan**

1.1 Petitioner requests expedited relief under Level 1 of the Texas Rules of Civil Procedure. At this time, Petitioner requests non-monetary relief only, except for attorney fees and court costs, the amount of which will not exceed $100,000.00

**2. Claim for Relief**

2.1 Petitioner seeks only non-monetary relief and attorney's fees and court costs necessary for the prosecution of this writ and subsequent discovery.

**3. Parties**

3.1 Petitioner Brian Beckcom is an attorney whose address is 1220 Augusta, Suite 240, Houston, Texas 77057.

3.2. Respondent Texas A&M University is a public university that can be served through its Office of General Counsel at Moore / Connally Building, 6th Floor, 301 Tarrow Street, College Station, Texas 77840-7896

**4. Jurisdiction, Venue, and Conditions Precedent**

4.1 This Court has jurisdiction under Texas Government Code § 552.321. Venue is mandatory in Brazos County under Texas Government Code § 552.321(b).

4.2 All conditions precedent have been performed or have occurred.

**5. Facts and Argument**

**5.1 Factual Background**

5.1.1 In late February/early March, TAMU began a retaliatory and unwarranted hazing investigation against Squadron 17, a decorated outfit of the Corps of Cadets. On March 28, 2024, Petitioner Beckcom requested the following of TAMU pursuant to the TPIA:

(1) All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind

related in any manner to any such investigation, along with any other information pertaining to any such investigation.

(2) All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A&M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same.

(3) Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.

(4) Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf

of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same.

5.1.3 TAMU has refused to produce these documents, inaccurately stating that because Petitioner Beckcom knew the individuals who were being falsely investigated, the documents could not be produced. This is untrue, and TAMU knew it was untrue, as they have already produced documents related to a second, also retaliatory investigation against Squadron 17.[1]

5.1.3 In August of this year, the Commandant of the Corps of Cadets was relieved of command, as was the Vice President of Student Affairs. They were removed in part because of this retaliatory and frivolous investigation into Squadron 17 and also because they were pushing a DEI-inspired agenda,[2] including attempting to build transgender bathrooms on the quad and to radically restructure the Corps of Cadets in secret. [3]

5.1.4 TAMU's Open Records Department and the Office of General Counsel have not complied with the law and have refused to produce full and complete information and documents, which is par for the course for TAMU's Open Records Department.

5.1.5 The due date for these responses was May 5, 2024. They are overdue under the TPIA.

---

[1] Counsel for Petitioner, Brendan Fradkin sent an email to TAMU Counsel Claudene Marshall requesting an explanation for why documents were produced with respect to the October investigation but not the March investigation. Ms. Marshall merely stated that "[t]he university's position regarding [the] request [ ]has not changed" and no further explanation was given.

[2] So-called "DEI" is now illegal in Texas as of January 1, 2024 pursuant to Senate Bill 17, which Governor Abbott signed into law.

[3] The former Commandant was allowed to stay on the job for a short time, then "re-assigned" to a made-up job in the Office of the President of TAMU. Based on information and belief, Ramirez was allowed to remain on duty for a few months after being relieved of command for "optics" reasons. Why the taxpayers of Texas are required to continue to pay for personnel that should have been removed immediately is an open question, and the public information request may shed some light on the subject.

5.1.6  Accordingly, this Court should issue a writ requiring compliance with the TPIA and that TAMU should produce the requested documents.

**5.2 TAMU has a history of hiding information subject to the TPIA, so an Order requiring preservation of documents is appropriate.**

5.2.1 At the highest levels, TAMU has a history of attempting to hide information about its own misdeeds. For example, Kathy Banks, the former president of A&M, attempted to delete texts that otherwise would have been accessible under the TPIA, and encouraged others to do so. Some of those she encouraged are still employed by TAMU. [4]

5.2.2 Here too, TAMU may be subject to public ridicule (or worse) for a retaliatory investigation in one of the Corps of Cadets' most prestigious outfits. There is a significant likelihood that TAMU personnel will attempt to hide emails, texts, and written communications about the investigation in order to avoid embarrassment and scandal. 5.2.3 Accordingly, this Court's Order should also require TAMU to preserve all evidence at issue.

6.     **Violation of the Texas Public Information Act**

6.1     The TPIA requires that public information be produced "promptly."[5] The Texas Supreme Court has emphasized that the TPIA's prompt production requirement is a key part of its purpose to promote government transparency.[6] TAMU's failure to provide the

---

[4] https://www.houstonchronicle.com/news/houston-texas/education/article/texas-am-kathleen-mcelroy-investigation-explained-18279212.php

[5] *Austin Bulldog v. Leffingwell*, 490 S.W.3d 240, 243-44 (Tex. App.—Austin 2016, no pet.).

[6] *Jackson v. State Office of Admin. Hearings*, 351 S.W.3d 290, 293 (Tex. 2011).

requested information and perform an adequate search is a clear violation of the TPIA's unambiguous mandate.

7. **Request for Relief**

Petitioner requests that the Court:

7.1    Order TAMU to produce the requested documents and information.

7.2    Order TAMU to preserve all documents and information and enjoin them from deleting, discarding, or hiding any documents or information.

7.3    Order TAMU to pay cost, expenses, and attorney fees for withholding clearly responsive information and documents.

<div align="center">

Respectfully submitted,

**VB Attorneys**

/s/ Brendan Fradkin

</div>

**Brendan Fradkin**
*/s/ Brendan Fradkin*
SBN: 24097706
1220 Augusta, Suite 240
Houston, Texas 77057
        713/224-7800 (Office)
        713/224-7801 (Facsimile)

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Granado on behalf of Brian Beckcom
Bar No. 24012268
Michael@vbattorneys.com
Envelope ID: 94204236
Filing Code Description: Petition
Filing Description: Writ of Mandamus | Brian Beckcom
Status as of 11/13/2024 9:37 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brendan Fradkin | | brendan@vbattorneys.com | 11/12/2024 3:23:59 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 11/12/2024 3:23:59 PM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 11/12/2024 3:23:59 PM | SENT |
| Patti Artavia | | patti@vbattorneys.com | 11/12/2024 3:23:59 PM | SENT |

**EXHIBIT 10**

# Public Information Records (#J003445-101024)

⌄ **Public Information Records Details**

---

This request is for:     Texas A&M University

Summary of Request:     All documents (texts, emails, notes, screen shots, & other communications) regarding the investigation of Squadron 17 from June 1, 2024 to October 10, 2024.

Describe in detail the Record(s) Requested:

From: Patti Artavia
Sent: Thursday, October 10, 2024 2:55 PM
To: open-records@tamu.edu
Cc: Brendan Fradkin ; Brian Beckcom ; Michael Granado
Subject: TPIA Request

Please see attached TPIA request. Thank you.

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118

Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:

● All documents or other materials related to any so-called investigation of Squadron 17 over the past four months, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation sent to or from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from any persons related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation for the past 4 months (from June 1, 2024 to present)

● All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A&M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same

● Any and all materials which show how any investigation of Squadron 17 initiated since June 2024 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.

Date From:

Date To:

Preferred Method to Receive Records:     Electronic via Records Center

Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?:     YES

Do you agree to the redaction of    NO
information that is subject to
discretionary exceptions,
provided such redactions are
clearly labeled on information you
receive?:

## › Category

## ⌄ Clarification(s)

| Clarification(s): | CLARIFICATION REQUESTED 10/11/24 CLARIFICATION RECEIVED 10/16/2024 REVISED COMPLETION DATE 10/30/2024 | STAFF: Please describe any clarifications requested and received. |
|---|---|---|

## › OAG decision requested

## › Exceptions

## › Charges

## ⌄ Message History

Date

On 11/18/2024 5:06:28 PM, Knesha Brashear wrote:
CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J003445-101024
**Body:**

11/18/2024


RE: PUBLIC RECORDS REQUEST of October 10, 2024, Reference # J003445-101024

Dear Brian Beckcom,


The remaining information found responsive to your request that we are not seeking to withhold is available and can be obtained by visiting the Public Records Online Portal and logging in from the " My Request Center" tab.
Per your affirmative response to the "Redaction Statement" giving us permission to redact information subject to mandatory exceptions, we have redacted information excepted under section 552.114 of the Texas Government Code.


Sincerely,


Knesha Brashear
Open Records Office

On 11/13/2024 4:52:28 PM, Knesha Brashear wrote:
CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J003445-101024
**Body:**
11/13/2024

RE: PUBLIC RECORDS REQUEST of October 10, 2024, Reference # J003445-101024

Dear Brian Beckcom,

Additional information found responsive to your request that we are not seeking to withhold is available and can be obtained by visiting the Public Records Online Portal and logging in from the " My Request Center" tab. Per your affirmative response to the "Redaction Statement" giving us permission to redact information subject to mandatory exceptions, we have redacted information excepted under section 552.114 of the Texas Government Code.

We are still processing the remaining information found responsive to your request and expect to have additional records to you on or before Monday, November 18th by the end of day.

Sincerely,

Knesha Brashear
Open Records Office

On 11/6/2024 5:09:13 PM, Knesha Brashear wrote:
CC: brendan@vbattorneys.com; patti@vbattorneys.com; open-records@tamu.edu;
**Subject:** Public Information Records :: J003445-101024
**Body:**
11/06/2024

RE: PUBLIC RECORDS REQUEST of October 10, 2024, Reference # J003445-101024

Dear Brian Beckcom,
Additional information found responsive to your request that we are not seeking to withhold is available and can be obtained by visiting the Public Records Online Portal and logging in from the " My Request Center" tab.

Per your affirmative response to the "Redaction Statement" giving us permission to redact information subject to mandatory exceptions, we have redacted information excepted under section 552.114 of the Texas Government Code.

We are still processing the remaining information found responsive to your request and expect to have additional records to you on or before Wednesday, November 13th  by the end of day.

Sincerely,

Knesha Brashear
Open Records Office

On 10/30/2024 4:51:00 PM, Knesha Brashear wrote:

10/30/2024


RE: PUBLIC RECORDS REQUEST of October 10, 2024, Reference # J003445-101024

Dear Brian Beckcom,

Texas A& M University received a public information request from you on October 10, 2024.   Your request mentioned:

*"From: Patti Artavia*
*Sent: Thursday, October 10, 2024 2:55 PM*
*To: open-records@tamu.edu*
*Cc: Brendan Fradkin < brendan@vbattorneys.com> ; Brian Beckcom < brian@vbattorneys.com> ; Michael Granado < michael@vbattorneys.com>*
*Subject: TPIA Request*

*Please see attached TPIA request. Thank you.*

*Patti Artavia*
*Senior Paralegal/Case Manager*
*2016 AAJ Paralegal of the Year*
*VBAttorneys.com*
*Direct Dial (832) 791-3118*


*Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:*

*● All documents or other materials related to any so-called investigation of Squadron 17 over the past four months, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation sent to or from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from any persons related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation for the past 4 months (from June 1, 2024 to present)*

*● All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A& M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in " DE& I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same*

*● Any and all materials which show how any investigation of Squadron 17 initiated since June 2024 was referred to the Office of the Student Affairs or the Office of Student Conduct,*

**APP'X 118**

*including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere."*

A portion of the information found responsive to your request that we are not seeking to withhold is available and can be obtained by visiting the Public Records Online Portal and logging in from the " My Request Center" tab. Per your affirmative response to the "Redaction Statement" giving us permission to redact information subject to mandatory exceptions, we have redacted and/or withheld information excepted under the following sections of the Texas Government Code: 552.024, 552.114, 552.117, 552.136 and 552.137.

We are still processing the remaining information found responsive to your request and expect to have additional records to you on or before Wednesday, November 6th  by the end of day.

Sincerely,

Knesha Brashear
Open Records Office

On 10/30/2024 2:13:00 PM, Melanie Burns wrote:
CC: openrecords@tamus.edu
**Subject:** Public Information Records :: J003445-101024
**Body: 10/30/2024**

**For Requestor: Brian Beckcom (J003445-101024): REQUEST FOR OAG DECISION**

The Texas A& M University System is requesting a decision from the Office of the Attorney General of Texas regarding your open records request to Texas A& M University.  Attached is a copy of our correspondence being submitted today.

Thank you,

System Open Records

On 10/16/2024 4:57:00 PM, Tricia Bledsoe wrote:
CC: Open-records@tamu.edu; patti@vbattorneys.com
**Subject:** Public Information Records :: J003445-101024
**Body:**
10/16/2024


RE: PUBLIC RECORDS REQUEST, Reference # J003445-101024

Dear Mr. Beckcom,

State and federal law generally prohibits the disclosure of a Texas A& M student's personally identifiable information that is maintained by Texas A& M without the prior written consent of the student.  See https://registrar.tamu.edu/about-us/policies/ferpa.   It is our understanding that your sons ▮▮▮▮▮▮▮▮ are university students who belong to Squadron 17.  In order for the university to provide information responsive to your request and that is identifiable to either/both of your sons, please provide their written consent to the disclosure.  This can be accomplished in one of two ways: your sons can simply send an email to us from their @tamu.edu email address indicating their consent for the university to disclose to you portions of their education records that are responsive to your request; or they can fill out and return the attached FERPA consent.

Once we receive their consent, we can provide responsive information that is personally identifiable to your sons as authorized by state and federal law.

Sincerely,

Tricia Bledsoe
Open Records Office

Date

On 10/16/2024 11:51:04 AM, patti@vbattorneys.com wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Brian@vbattorneys.com], [Open-records@tamu.edu]

Good afternoon, will answer yes as to mandatory redactions and no as to discretionary objections. Thank you.

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118

Follow us onFacebook, Twitter, LinkedIn, and Instagram
Why hire VB Attorneys
Tell me how I'm doing: ReviewVB.com
The best compliment you can give our team is the referral of someone who needs our help.


On Fri, Oct 11, 2024 at 8:43 AM Texas A&M University Public Records Support wrote:


On 10/11/2024 8:43:00 AM, Leslie Kacer wrote:
CC: Open-records@tamu.edu; Patti@vbattorneys.com
**Subject:** Public Information Records :: J003445-101024
**Body:**

October 11, 2024

BRIAN BECKCOM (J003445-101024): REQUEST FOR CLARIFICATION/NARROWING; REDACTION RESPONSES REQUESTED

There are now 2 statements regarding mandatory exceptions and discretionary exceptions you need to select for your open records request. These questions are derived from a form developed by the Office of the Attorney General, dated 10/01/19. Please select " yes" or " no" in regards to these 2 exception questions for your open records request. Selecting " yes" will allow the university to expedite your request by avoiding the necessity of seeking a decision from the Office of the Attorney General.

Statement #1:
Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Statement #2:
Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive? (Yes or No)

Note: This is a request for clarification/narrowing of your request. Section 552.222 provides that a request for information is considered withdrawn if the requestor does not respond in writing to a governmental body's written request for clarification or additional information within 61 days.

Sincerely,

Leslie Kacer
Open Records Office

On 10/11/2024 8:29:17 AM, Leslie Kacer wrote:
CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J003445-101024
**Body:**
Dear Brian Beckcom:

We received your public information request for  Texas A& M University.  Your request was given the **reference number J003445-101024** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Thank you for your interest in  Texas A& M University.

To monitor the progress or update this request please log into the  Public Records Center.

On 10/10/2024 6:50:15 PM, Leslie Kacer wrote:
Request was created by staff

## ⌄ Request Details

| | |
|---|---|
| Reference No: | J003445-101024 |
| Created By: | Leslie Kacer |
| Create Date: | 10/10/2024 8:00 AM |
| Update Date: | 11/18/2024 5:06 PM |
| Completed/Closed: | No |
| Required Completion Date: | Paused |
| | |
| Status: | OAG decision requested |
| Priority: | Medium |
| Assigned Dept: | TAMU_Open Records |
| Assigned Staff: | Open Records University |
| | |
| Customer Name: | Brian Beckcom |
| Email Address: | Brian@vbattorneys.com |
| Phone: | 8327913118 |
| Group: | TAMU |
| | |
| Source: | Email |

EXHIBIT
11

CAUSE NO. 24-003177-CV-85

| | | |
|---|---|---|
| BRIAN BECKOM, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| *Defendant.* | § | 85TH JUDICIAL DISTRICT |

## BUSINESS RECORDS AFFIDAVIT

State of Texas     §
County of Brazos    §

Before me, the undersigned notary, on this day personally appeared Tricia Bledsoe, the affiant, whose identify is known to me. After I administered an oath, the affiant testified as follows:

1. My name is Tricia Bledsoe, and I am over the age of 18 years of age, of sound mind, capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am currently employed as the Director and designated Public Information Officer of Texas A&M University's (TAMU) Office of Open Records (ORO) and in this capacity am the primary custodian of the records identified herein by virtue of my duties and responsibilities.

3. The records identified in this affidavit and attached to Defendant's Plea to the Jurisdiction by exhibit number as business records are as follows:

   **Exhibit 10:** Plaintiff's TPIA request w/ history – J003445
   **Exhibit 18:** J003445 - First production, part one
   **Exhibit 19:** J003445 - First production, part two
   **Exhibit 20:** J003445 - Second production
   **Exhibit 21:** J003445 - Third production
   **Exhibit 22:** J003445 - Fourth production

4. These said 1,421 pages are kept by TAMU in the regular course of business. It was in the regular course of business for an employee or representative of TAMU or its predecessor agency, with knowledge of the act, event or condition recorded, to make the memorandum or record or to transmit information thereof to be included in such memorandum or record, and the memorandum or record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter; or, in the case of documentation given to or received by TAMU, it was in the regular course of business for an employee or representative of TAMU to receive the record and place it in the appropriate files of TAMU. With the exception of the redaction of any personal, private, or confidential information, and any bates numbering or exhibit number identification of any documents by the parties of the records identified by exhibit number above, they are exact duplicates of the originals.

5. TAMU's Office of Open Records is dedicated to the principles of open government and strives to ensure compliance as set forth by the Texas Public Information Act (TPIA). TAMU's ORO oversees the collection process of information requested under the TPIA. The actual collection is done by the department maintaining the information or, in the case of emails, IT for that group. TAMU's ORO reviews, processes and releases information gathered by the respective department and/or IT. TAMU's ORO confirms the applicability of exceptions to disclosure on information requested under the TPIA with the Office of General Counsel of The Texas A&M University System (TAMUS OGC). For information determined to be excepted, TAMU's ORO works with TAMUS OGC to: request a decision from the Office of the Attorney General; confirm the applicability of a prior open records decision from the Office of the Attorney General; confirm TAMU's authority to redact or withhold excepted information without seeking a decision from the Office of the Attorney General per the TPIA; and/or confirm the applicability of the requestor's authorization to redact or withhold excepted information without seeking a decision from the Office of the Attorney General. TAMU's ORO redacts and/or withholds information requested under TPIA only when: authorized by the Office of the Attorney General in a decision/letter ruling; the information is subject to a prior decision of the Office of the Attorney General; the TPIA authorizes the action; and/or authorized by the requestor.

App'x 123

EXECUTED on February $\underline{3}$, 2025.



Patricia Bledsoe, Director
Office of Risk, Ethics, and
Compliance
Open Records
Texas A&M University

SUBSCRIBED AND SWORN BEFORE ME, on February $\underline{3^{rd}}$, 2025 to certify which witness my hand and official seal.

Cindy Patterson
Notary Public, State of Texas

CINDY PATTERSON
Notary Public, State of Texas
Comm. Expires 07-07-2026
Notary ID 12158568

EXHIBIT
12

# 61.01    Public Information Act Compliance

Revised November 10, 2022 (MO  -2022)
Next Scheduled Review:  November 10, 2027
Click to view Revision History.



## Policy Summary

The Texas A&M University System (system) and its members are committed to full compliance with the Texas Public Information Act.

## Policy

1. The system Board of Regents (board) is committed to full and complete compliance with the letter and the spirit of the Texas Public Information Act and to public policy of the state of Texas that "all persons are, unless otherwise expressly provided by law, at all times entitled to full and complete information regarding the affairs of government and the official acts of those who represent them."  It is the board's policy that the system and all members fully comply with the provisions of the Texas Public Information Act.  In the absence of any applicable exception to disclosure under the Act, requested information will be provided as soon as possible.

2. Each chief executive officer (CEO) is designated as that member's Officer for Public Information.  To assist in achieving full compliance with the Act, the chancellor must promulgate a regulation that includes procedures to be used in the receipt and referral of public information requests.  Such procedures must provide for the appointment of a specific agent of the Officer for Public Information at each member to compile and coordinate responses to all public information requests.  The System Office of General Counsel assists members in determining whether requested information is public and in seeking Attorney General decisions in accordance with the Act.  The agent of the Officer for Public Information must notify the CEO and/or other appropriate member or system contacts of requests that may have public relations significance.

3. The chancellor and each member CEO must make every effort to keep the board informed on issues which could appear in the media and about which board members may be questioned.

## Related Statutes, Policies, or Requirements

Tex. Gov't Code, Ch. 552

Regulation *61.01.02, Public Information*

TAMU-04425

## Member Rule Requirements

A rule is not required to supplement this policy.

## Contact Office

General Counsel
(979) 458-6120

TAMIU-0426

EXHIBIT
13

# 61.01.02   Public Information

Revised September 10, 2019
Next Scheduled Review:  September 10, 2024
Click to view Revision History.



## Regulation Summary

This regulation establishes baseline procedures to help members of The Texas A&M University System (system) comply with the Texas Public Information Act.

## Regulation

1.   PUBLIC INFORMATION

1.1   The Texas Public Information Act, Chapter 552, Texas Government Code (the Act), specifies that, with certain exceptions, all information collected, assembled or maintained pursuant to law or ordinance or in connection with the transaction of official business by a governmental body or for a governmental body, if the governmental body owns or has access to the information, is public information and must be available to the public during normal business hours of the governmental body.

1.2   As used in the Act, the term "governmental body" includes boards, committees, institutions, agencies or offices that are within or created by the executive branch of the state government, including the system Board of Regents (board), system members and System Offices, and are under the direction of one or more elected or appointed members (i.e., system board).

1.3   The Act "will be liberally construed in favor of granting a request for information."

2.   THE OFFICER FOR PUBLIC INFORMATION AND DESIGNATED AGENT

2.1   The Act provides that each member chief executive officer (CEO) is the officer for public information, who is responsible for the preservation and care of the member's public records.

2.2   Each CEO must designate an agent to act as public information officer/coordinator (PIO) for that member.  The PIO will compile and coordinate responses to all public information requests the member receives.  ***However, the CEO retains ultimate responsibility for that member's full compliance with the Act.***  Also, each CEO must appoint a backup or alternate PIO to act in the PIO's absence.  Each CEO will also ensure that the identity of the PIO, the PIO's office and mailing address, the member's open records email address, and a link to the member's electronic open records portal are prominently displayed and easily accessible on the member's website.  The System Office of General Counsel (OGC)

TAMU-0422

and the PIOs for the other members must be promptly notified upon the appointment of a new PIO.

2.3 Each member PIO and backup/alternate must complete open records training as required by the Act.

2.4 The PIO will not make any inquiry of a requestor except to establish proper identification, seek clarification to determine what public information is being requested, or seek to narrow the scope of a request for a large amount of information. All requests will be treated uniformly without regard to the position or occupation of the requestor or whether the requestor is a member of the media.

2.5 The PIO must keep an accurate record of all public information requests the member receives for a given year, including the name and contact information of each requestor, the date on which a request is received, the date on which the records are made available or copies provided, the type of information requested, which departments or units were requested to provide information by the PIO, which departments or units provided the requested information, how much is charged to and paid by the requestor for copies and other costs, if any, and any other information necessary to demonstrate the member's compliance with the Act for each request. The PIO must also keep a record of when an Attorney General decision is sought and the decision of the Attorney General for a given request, if any.

2.6 Not later than the end of each month, the PIO must electronically submit to the Office of the Attorney General all necessary information on the number and nature of public information requests the member responded to during the prior month. For example, reports for September of a given year must be submitted to the Attorney General's Office by the end of October of that year.

2.7 Each member PIO must ensure that the member timely makes all other reports to the Office of the Attorney General which are required by the Act.

2.8 Each member PIO must prominently display the sign in the form approved by the Attorney General "that contains basic information about the rights of a requestor, the responsibilities of a governmental body, and the procedures for inspecting or obtaining a copy of public information under" the Act.

2.9 Each member must develop guidelines for public information requests to ensure that the PIO can promptly seek and receive responsive information from the widest reasonable group of departments/units. Members are encouraged to use email and electronic records when possible to expedite responses to public information requests.

3. PUBLIC INFORMATION REQUEST PROCEDURES

3.1 Any public information request to a member must be in writing and directed to that member's PIO. A public information request to a member may only be submitted by one of the following methods to the person designated as that member's PIO: hand delivery, US mail, email, or the member's electronic open records portal.

3.2 After receiving a public information request, the PIO must promptly:

TAMU-0428

(a) Process the request through the member's electronic open records portal.

(b) Send an acknowledgment of receipt to the requestor, including its assigned portal number.

(c) Forward a copy of the request to the member department/unit or widest group of departments/units that may reasonably possess the requested information. The member department/unit or group of departments/units will search for the requested information and notify the PIO by the next business day, if possible, what responsive information each department/unit possesses. A copy of the records containing the responsive information will be forwarded to the PIO as soon as possible.

(d) Notify the CEO and/or other appropriate member or system contacts of requests that may have public relations significance.

(e) Forward a copy of the request and responsive documents to OGC if the PIO has a question regarding the applicability of an exception to disclosure under the Act. See Section 5 for seeking a decision from the Attorney General.

3.3 If the PIO determines, through consultation with OGC, the requested information is public, the PIO must promptly produce to the requestor a copy of the information or produce the information for inspection.

3.4 If the information is unavailable within 10 business days after receiving a written request for information, the PIO must certify this fact in writing to the requestor and set a date and hour within a reasonable time when the information will be available.

4. COST OF COPIES

4.1 If assessed, copy charges will not be excessive. Maximum charges for the reproduction of public information, reflecting rates approved by the Office of the Attorney General, can be found in Texas Administrative Code.

4.2 Public information will be furnished without charge or at a reduced rate if the member determines that a waiver or reduction of the fee is in the public interest because furnishing the information can be considered as primarily benefiting the general public. Requests for reduced charges must be in writing and addressed to the PIO.

5. PUBLIC INFORMATION DECISIONS

5.1 If a member receives a public information request that it (1) considers to be within one of the Act's exceptions to disclosure; and (2) wishes to withhold responsive information from public disclosure, a request for decision must be submitted to the Attorney General within **_10 business days_** after receiving the public information request. In some limited circumstances, the Act may permit the withholding of information without seeking an Attorney General decision, e.g., FERPA.

5.2 The PIO will segregate responsive public information from the information submitted to the Attorney General and will promptly produce the public information to the requestor.

5.3 The member PIO will immediately submit information to OGC for review and for preparation of the Attorney General decision request, including the following:

(a) a copy of the written public information request and information showing when the request was first received by the member;

(b) information showing who at the member first received the request;

(c) a copy of the specific information requested or representative samples of the information if a voluminous amount of information was requested; and

(d) a list of all departments/units that were requested by the PIO to provide responsive information and which departments/units actually provided the information.

OGC will then forward the decision request and the information to the Attorney General.

6. EMPLOYEE PUBLIC INFORMATION REQUESTS

6.1 System employees are not authorized to submit public information requests to members while acting in their official capacity. Any public information request made by a member employee must be submitted in that employee's individual capacity as a private citizen.

6.2 The willful misuse of information received through the Act may subject the employee to the loss of individual indemnification by the state. This regulation does not affect employees' access to information in their official personnel files.

7. ANNUAL SYSTEM MEMBER COMPLIANCE CERTIFICATION

Not later than the last business day of September, members must annually submit a *Public Information Act Compliance Certification* to OGC for the prior fiscal year. The certification will be consistent with the form linked in this regulation.

## Related Statutes, Policies, or Requirements

1 Tex. Admin. Code Ch. 70, *Cost of Copies of Public Information*

Tex. Gov't Code Ch. 552

Attorney General's Open Government website

Attorney General's Public Information Act Handbook 2018

Attorney General's Public Information Act Sign

System Policy *33.04, Use of System Resources*

System Policy *61.01, Public Information Act Compliance*

System Regulation *61.99.01, Retention of State Records*

TAMU-0439

# Appendix

[Annual System Member Public Information Act Compliance Certification Form](#)

# Member Rule Requirements

A rule is not required to supplement this regulation.

# Contact Office

General Counsel
(979) 458-6120

# EXHIBIT
# 14

# Public Information Records (#J001147-032824)

This request is for:          Texas A&M University

Summary of Request:          Documents, communications, other materials regarding Investigation of Squadron 17.

| Describe in detail the Record(s) Requested: | From: Brian Beckcom<br>Sent: Thursday, March 28, 2024 5:31 PM<br>To: Texas A&M University Public Records Support<br>Cc: Patti Artavia ; Brendan Fradkin ; open-records@tamu.edu<br>Subject: Freedom of Information Request related to Squadron 17 |
|---|---|

To whom it may concern:

Please see attached an open records request. Do not send me a form letter with frivolous objections like the last two times. Also, I agree with appropriate redactions and the answer to both of those questions is yes, so do not send me the form email that you utilize to delay the process.

Please remind Dr. Douglas Bell, Joe Ramirez, Patrick Michalis, and anyone else involved in this matter of their legal obligations to preserve any potentially responsive documents.

Texas law mandates the response be sent in 10 days. Do not ask for an extension unless you give me a rational, logical and appropriate reason for any extension. Given the failure to comply with my previous two requests, I expect this request to be answered fully and timely. If it is not, I will proceed appropriately

If you have any questions, please let me know.

-bb

● All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation

● All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A&M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same

● Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.

● Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same.
I agree to pay reasonable fees for the processing of this request.

As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.

Please remind Dr. Bell, Joe Ramirez, and anyone else who possess potentially responsive information of their obligations under Texas law to preserve any such responsive information. Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We look forward to hearing from you.

Sincerely,
/s/ Brian Beckcom
Brian Beckom
Brian@vbattorneys.com

Date From:

Date To:

Preferred Method to Receive Records: Electronic via Records Center

Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?: YES

Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on information you receive?: YES

> **Category**
___

∨ **Clarification(s)**
___

| Clarification(s): | Rec'd Response to Narrowing Request - 4/2<br>Sent Request to Narrow - 4/2<br>Rec. payment for CE 4/18 | STAFF: Please describe any clarifications requested and received. |

> **OAG decision requested**
___

> **Exceptions**
___

> **Charges**
___

∨ **Notes**

| Note | Created | Modified |
|---|---|---|
| Per the requestor direct any future correspondence to Patti@vbattoreys.com for this request. | 4/1/2024 12:55:00 PM by Leslie Kacer | 4/1/2024 12:55:00 PM by Leslie Kacer |

∨ **Message History**

On 5/8/2024 8:36:01 PM, Knesha Brashear wrote:

CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com

**Subject:** Public Information Records :: J001147-032824

**Body:**

05/08/2024

RE: PUBLIC RECORDS REQUEST of March 29, 2024, Reference # J001147-032824

Dear Brian Beckcom,

Texas A& M University received a public information request from you on March 29, 2024.   Your request mentioned:

*"To whom it may concern:*

*Please see attached an open records request. Do not send me a form letter with frivolous objections like the last two times. Also, I agree with appropriate redactions and the answer to both of those questions is yes, so do not send me the form email that you utilize to delay the process.*

*Please remind Dr. Douglas Bell, Joe Ramirez, Patrick Michalis, and anyone else involved in this matter of their legal obligations to preserve any potentially responsive documents.*

*Texas law mandates the response be sent in 10 days. Do not ask for an extension unless you give me a rational, logical and appropriate reason for any extension. Given the failure to comply with my previous two requests, I expect this request to be answered fully and timely. If it is not, I will proceed appropriately*

*If you have any questions, please let me know.*

*-bb*

*● All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation*

*● All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A& M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in " DE& I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same*

*● Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or*

*elsewhere.*

● *Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same. I agree to pay reasonable fees for the processing of this request.*

*As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.*

*Please remind Dr. Bell, Joe Ramirez, and anyone else who possess potentially responsive information of their obligations under Texas law to preserve any such responsive information. Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We look forward to hearing from you.*

*Sincerely,*
*/s/ Brian Beckcom*
*Brian Beckom*
*Brian@vbattorneys.com"*

The information found responsive to your request is available and can be obtained by visiting the Public Records Online Portal and logging in from the " My Request Center" tab. Per your affirmative response to the "Redaction Statement" giving us permission to redact information subject to mandatory and discretionary exceptions, we have redacted and/or withheld information excepted under the following sections  of the Texas Government Code: 552.024, 552.107, 552.114 and 552.137.

Sincerely,

Knesha Brashear
Open Records Office

On 5/2/2024 5:37:00 PM, Knesha Brashear wrote:

Date
CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J001147-032824
**Body:**
05/02/2024


RE: PUBLIC RECORDS REQUEST of March 29, 2024, Reference # J001147-032824

Dear Brian Beckcom,

Texas A& M University received a public information request from you on March 29, 2024.   Your request mentioned:

"● *All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation*

● *All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A& M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in " DE& I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same*

● *Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.*

● *Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same.*
*I agree to pay reasonable fees for the processing of this request.*

*As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.*

*Please remind Dr. Bell, Joe Ramirez, and anyone else who possess potentially responsive information of their obligations under Texas law to preserve any such responsive information. Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We*

TAMU-039

*look forward to hearing from you.*

*Sincerely,*
*/s/ Brian Beckcom*
*Brian Beckom*
*Brian@vbattorneys.com"*

Our apologies for the delay, but we are still processing your request. We expect to have a response to you no later than the close of business on Wednesday, May 8th.

Sincerely,

Knesha Brashear
Open Records Office

Date

On 4/15/2024 5:35:41 PM, Knesha Brashear wrote:

CC: open-records@tamu.edu; patti@vbattorneys.com; brendan@vbattorneys.com
**Subject:** Public Information Records :: J001147-032824
**Body:**
04/15/2024


RE: PUBLIC RECORDS REQUEST of March 29, 2024, Reference # J001147-032824

Dear Brian Beckcom,

Texas A& M University received a public information request from you on March 29, 2024.   Your request mentioned:

*"● All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation*

*● All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A& M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in " DE& I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same*

*● Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.*

*● Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same. I agree to pay reasonable fees for the processing of this request.*

*As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.*

*Please remind Dr. Bell, Joe Ramirez, and anyone else who possess potentially responsive information of their obligations under Texas law to preserve any such responsive information. Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We*

*look forward to hearing from you.*

*Sincerely,*
*/s/ Brian Beckcom*
*Brian Beckom*
*Brian@vbattorneys.com"*

It has been determined that complying with your request will result in the imposition of a charge that exceeds $40. Therefore, a cost estimate is being provided to you as required by Section 552.2615 of the Texas Government Code. Additionally, the estimated charges exceed $100.00; therefore, as allowed by section 552.263(a) of the Government Code, TAMU requires payment of the bond before starting work on your request. As a less expensive way for you to obtain this information, the estimated cost can be reduced significantly by narrowing your request. It may be that viewing the information will be less costly. However, charges for the mandatory redactions may still apply. Your check or money order should be made payable to " Texas A& M University" and forwarded to:

*Texas A& M University*

1280 TAMU

*College Station, TX 77843-1280*

*Attn: Wendy Ramirez*

Your request will be considered automatically withdrawn if you do not either: a) provide the required bond payment within ten business days from the date of this letter; or b) notify us in writing within ten business days from the date of this letter that you:

1. wish to modify your request; OR

2. have sent to the Open Records Division of the Office of the Attorney General a complaint alleging that you are being overcharged for the information you have requested.

Please consider the options indicated above and advise this office of your decision as soon as possible.

Breakdown of responsive information:

- Estimated number of pages requiring mandatory redactions = 952
- 1 minute per page to make redactions = 952 minutes or 15.86 hours
- 15.86 X $15.00 per hour = $237.90 Labor charge
- $237.90 X 20% = $47.58 Overhead
- Total = $285.48

Please note, you can contact the Student Conduct' s Office directly to obtain your son' s student records through the University' s FERPA process.

*Douglas Bell*

douglasb@vpsa.tamu.edu

The university will redact or withhold personally identifiable information from student education records in accordance with Tex. Gov' t Code sec. 552.114 and the Family Educational Rights and Privacy Act, 20 U.S.C. sec. 1232g, and the Department of Education' s FERPA regulations (34 C.F.R. Pt. 99). Please note that the scope of what is " personally identifiable" under FERPA is more expansive and may cover entire records depending on how much a requesting party knows about a particular situation and the students involved, such as in the case of information " requested by a person who the education agency or institution reasonably believes knows the identity of the student to whom the education record relates." See 34 C.F.R. § 99.3, Definition of " Personally Identifiable Information, " (g). This will be particularly applicable to information you requested regarding Squadron 17, such as in items 1, 3, and 4.

Sincerely,

Knesha Brashear
Open Records Office

On 4/1/2024 5:33:01 PM, Brian Beckcom wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Open-records@tamu.edu]

This is another form response.
Date range is 2023 and 2024.
-bb
VBAttorneysLessons from Leaders PodcastMy Bio Video


On Mon, Apr 1, 2024 at 5:30 PM Texas A&M University Public Records Support wrote:

Date

On 4/1/2024 5:30:29 PM, Leslie Kacer wrote:

TAMU-045

CC: Open-records@tamu.edu;
**Subject:** Public Information Records :: J001147-032824
**Body:**
April 1, 2024

RE: PUBLIC RECORDS REQUEST of March 29, 2024, Reference # J001147-032824

Dear Brian Beckcom,

Texas A& M University received a public information request from you on March 29, 2024. Your request mentioned:

*"From: Brian Beckcom< brian@vbattorneys.com>*
*Sent: Thursday, March 28, 2024 5:31 PM*
*To: Texas A& M University Public Records Support< texasam@mycusthelp.net>*
*Cc: Patti Artavia < patti@vbattorneys.com> ; Brendan Fradkin < brendan@vbattorneys.com> ; open-records@tamu.edu*
*Subject: Freedom of Information Request related to Squadron 17*

*To whom it may concern:*

*Please see attached an open records request. Do not send me a form letter with frivolous objections like the last two times. Also, I agree with appropriate redactions and the answer to both of those questions is yes, so do not send me the form email that you utilize to delay the process.*

*Please remind Dr. Douglas Bell, Joe Ramirez, Patrick Michalis, and anyone else involved in this matter of their legal obligations to preserve any potentially responsive documents.*

*Texas law mandates the response be sent in 10 days. Do not ask for an extension unless you give me a rational, logical and appropriate reason for any extension. Given the failure to comply with my previous two requests, I expect this request to be answered fully and timely. If it is not, I will proceed appropriately*

*If you have any questions, please let me know.*

*-bb*

*● All documents or other materials related to any so-called investigation of Squadron 17, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from Dr. Douglas Bell related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation*

*● All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A& M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in " DE& I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of Dr. Douglas Bell, Joe Ramirez, any of the investigators who participated in any questioning of current cadets or students,*

*and any communications between or amongst same*

● *Any and all materials which show how any investigation of Squadron 17 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.*

● *Any texts, emails or other forms of communication , digital or otherwise, between or among Joe Ramirez and Patrick Michaelis related to the subject of investigating the any Corps outfit or individual for hazing or any other infraction, including but not limited to the investigation of 17, and any such materials from anyone acting with or on behalf of these individuals, as well as any communications of any kind to or from Dr. Douglas Bell related to the same. I agree to pay reasonable fees for the processing of this request.*

*As provided by the open records law, I will expect your response within 10 business days. If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.*

*Please remind Dr. Bell, Joe Ramirez, and anyone else who possess potentially responsive information of their obligations under Texas law to preserve any such responsive information. Please direct any future correspondence to the undersigned or Patti@vbattoreys.com We look forward to hearing from you.*

*Sincerely,*
*/s/ Brian Beckcom*
*Brian Beckom*
*Brian@vbattorneys.com"< /brendan@vbattorneys.com> < /patti@vbattorneys.com> < /texasam@mycusthelp.net> < /brian@vbattorneys.com>*

Our office is unable to conduct a search for *"...All documents or other materials related to any so-called investigation of Squadron 17, ..., "* *"...All documents or materials related to the qualifications or training of the individuals..., "* *"...Any and all materials which show how any investigation of Squadron 17..., "* and *"...Any texts, emails or other forms of communication , digital or otherwise, ...."* Therefore, we are requesting that you narrow your request by providing us with a date range, so that we can better assist you with your request.

As provided by section 552.222(d) of the Texas Public Information Act, your request will be considered withdrawn if we do not receive a response from you by the 61st day after the date of this request for clarification/narrowing.

Sincerely,

Leslie Kacer
Open Records Office

Date

On 3/28/2024 5:44:14 PM, System Generated Message:
**Subject:** Texas A&M University Public Information Request :: J001147-032824
**Body:**
Dear Brian Beckcom:

We received your public information request for **Texas A&M University**.  Your request was given the **reference number J001147-032824** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed.

Thank you for your interest in **Texas A&M University**.


To monitor the progress or update this request please log into the Public Records Center.

On 3/28/2024 5:44:13 PM, Leslie Kacer wrote:
Request was created by staff

## ⌄ Request Details

| | |
|---|---|
| Reference No: | J001147-032824 |
| Created By: | Leslie Kacer |
| Create Date: | 3/29/2024 8:00 AM |
| Update Date: | 5/8/2024 10:23 PM |
| Completed/Closed: | No |
| Required Completion Date: | 5/8/2024 |
| | |
| Status: | Activity Assigned |
| Priority: | Medium |
| Assigned Dept: | TAMU_Open Records |
| Assigned Staff: | Open Records University |
| | |
| Customer Name: | Brian Beckcom |
| Email Address: | Brian@vbattorneys.com |
| Phone: | 8327913118 |
| Group: | TAMU |
| | |
| Source: | Email |



EXHIBIT
15

Office of General Counsel

## THE TEXAS A&M UNIVERSITY SYSTEM

October 30, 2024

Open Records Division                                                        *via OAG E-Filing*
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Re:   Request for a Decision regarding a Public Information Request from Brian Beckcom to
      Texas A&M University (J003445-101024)

Dear Open Records Division:

On October 16, 2024[1], Texas A&M University (the "university") received a public information request from Brian Beckcom (the "requestor"). The request, enclosed as Exhibit A, seeks certain documents and communications from university administrators.

We believe that a portion of the requested information is excepted from disclosure under the Texas Public Information Act, Government Code, Chapter 552 ("Act"), as explained below. Therefore, we are requesting a decision regarding this information. Please note that some responsive documents contain information subject to section 552.114 of the Act and those documents will be provided to the requestor once redacted.

### Section 552.107.  Exception: Certain Legal Matters

The information, representative samples of which are enclosed as Exhibit B, are documents that were the basis of communications between Texas A&M System Office of General Counsel ("OGC") attorneys and university administrators, and these documents should be excepted from disclosure under section 552.107(1) of the Act.  The attorney general has provided the following analysis of this exception:

> Section 552.107(1) of the Government Code protects information coming within the attorney-client privilege. When asserting the attorney-client privilege, a governmental body has the burden of providing the necessary facts to demonstrate the elements of the privilege in order to withhold the information at issue. Open Records Decision No. 676 at 6-7 (2002). First, a governmental body must

---

[1] The request was originally received on October 10, 2024. See Exhibit A. The university requested clarification/ narrowing of the request on October 11, 2024, and the requestor provided clarification/narrowing on October 16, 2024. Thus, the 10th business day after receipt of this request is October 30, 2024.

301 Tarrow Street, 6th Floor · College Station, Texas 77840-7896
(979) 458-6120 · Fax (979) 458-6150 · www.tamus.edu/legal

APP'X 149

demonstrate that the information constitutes or documents a communication. *Id.* at 7. Second, the communication must have been made "to facilitate the rendition of professional legal services" to the client governmental body. Tex. R. Evid. 503(b)(1). The privilege does not apply when an attorney or representative is involved in some capacity other than that of providing or facilitating professional legal services to the client's governmental body. *In re Tex. Farmers Ins. Exch.*, 990 S.W.2d 337, 340 (Tex. App.—Texarkana 1999, orig. proceeding) (attorney-client privilege does not apply if attorney acting in a capacity other than that of attorney). Governmental attorneys often act in capacities other than that of professional legal counsel, such as administrators, investigators, or managers. Thus, the mere fact that a communication involves an attorney for the government does not demonstrate this element. Third, the privilege applies only to communications between or among clients, client representatives, lawyers, and lawyer representatives. Tex. R. Evid. 503(b)(1). Thus, a governmental body must inform this office of the identities and capacities of the individuals to whom each communication at issue has been made. Lastly, the attorney-client privilege applies only to a confidential communication, *id.* 503(b)(1), meaning it was "not intended to be disclosed to third persons other than those: (A) to whom disclosure is made to further the rendition of professional legal services to the client; or (B) reasonably necessary to transmit the communication." *Id.* 503(a)(5). Whether a communication meets this definition depends on the intent of the parties involved at the time the information was communicated. *Osborne v. Johnson*, 954 S.W.2d 180, 184 (Tex. App.—Waco 1997, orig. proceeding). Moreover, because the client may elect to waive the privilege at any time, a governmental body must explain that the confidentiality of a communication has been maintained. Section 552.107(1) generally excepts an entire communication that is demonstrated to be protected by the attorney-client privilege unless otherwise waived by the governmental body. *See Huie v. DeShazo*, 922 S.W.2d 920, 923 (Tex. 1996) (privilege extends to entire communication, including facts contained therein).

*See, e.g.*, Tex. Att'y Gen. OR2016-02974 (2016).

We submit that the representative samples set forth in Exhibit B meet the criteria set forth above to demonstrate the elements of the attorney-client privilege necessary to withhold the correspondence in its entirety. This information constitutes communications, satisfying the first element of the privilege test. In the present matter, the information in Exhibit B consists of communications among OGC attorneys and university administrators. Specifically, the communications are among Jerry Brown, Managing Counsel, OGC, Jacob Becker, Assistant General Counsel, OGC, and Meredith Simpson, Chief of Staff, Office of the Commandant, Texas A&M University Corps of Cadets. Second, the communications were sent and received expressly for the purpose of facilitating the rendition of legal services. Third, the communications were among OGC attorneys and university administrators. Finally, at the times this information was communicated, it was the intent of the parties that the information is not disclosed to third persons.

301 Tarrow Street, 6th Floor · College Station, Texas 77840-7896
(979) 458-6120 · Fax (979) 458-6150 · www.tamus.edu/legal

App'x 150

Subsequent to the initial communication of the information, the attorney and client recipients have maintained the confidentiality of the communications. Therefore, the information in <u>Exhibit B</u> is excepted from disclosure under section 552.107(1).

Thank you for your consideration of this matter. If you have any questions, please feel free to contact me.

Sincerely,

Claudene Marshall
Assistant General Counsel

Enclosures:     Exhibits A, B

cc:     Requestor (*without enclosures*)

TAMU Open Records

301 Tarrow Street, 6th Floor · College Station, Texas 77840-7896
(979) 458-6120 · Fax (979) 458-6150 · www.tamus.edu/legal

APP'X 151

**EXHIBIT**

**16**

## Public Information Records Details

| | |
|---|---|
| This request is for: | Texas A&M University |
| Summary of Request: | All documents (texts, emails, notes, screen shots, & other communications) regarding the investigation of Squadron 17 from June 1, 2024 to October 10, 2024. |
| Describe in detail the Record(s) Requested: | From: Patti Artavia<br>Sent: Thursday, October 10, 2024 2:55 PM<br>To: open-records@tamu.edu<br>Cc: Brendan Fradkin ; Brian Beckcom ; Michael Granado<br>Subject: TPIA Request |

Please see attached TPIA request. Thank you.

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118

Pursuant to Section 552.001, et seq., of the Texas Open Records Act, Public Records Information, please produce the following documents:

● All documents or other materials related to any so-called investigation of Squadron 17 over the past four months, including but not limited to texts, emails, interview notes, screen shots, and any other communications related to the investigation sent to or from the Office of the Commandant, the Office of the Vice President of Student Affairs, the Office of Student Conduct, any communications to or from any persons related to the investigation, including phone calls, emails, texts or any other form of communication, any notes of any kind related in any manner to any such investigation, along with any other information pertaining to any such investigation for the past 4 months (from June 1, 2024 to present)

● All documents or materials related to the qualifications or training of the individuals who have participated or will participate in any investigation into Squadron 17, including their resumes, background, application to be part of the Texas A&M University System, conviction records in other student conduct panels on which they have served, any training any such individuals have received in "DE&I" or any related type of training, along with any texts or emails or other forms of communication related to any investigation of Squadron 17, including but not limited to materials in the possession of any of the investigators who participated in any questioning of current cadets or students, and any communications between or amongst same

● Any and all materials which show how any investigation of Squadron 17 initiated since June 2024 was referred to the Office of the Student Affairs or the Office of Student Conduct, including official referral papers and any emails, texts or other forms of communication related to same from anyone in the Office of Student Affairs or Student Conduct or the Office of the Commandant, or elsewhere.

| | |
|---|---|
| Date From: | |
| Date To: | |
| Preferred Method to Receive Records: | Electronic via Records Center |
| Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on information you receive?: | YES |
| Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are | NO |

## Clarification(s)

| Clarification(s): | CLARIFICATION REQUESTED 10/11/24 | STAFF: Please describe any clarifications requested and received. |
|---|---|---|
| | CLARIFICATION RECEIVED 10/16/2024 | |
| | REVISED COMPLETION DATE 10/30/2024 | |

## OAG decision requested

## Exceptions

## Charges

## Message History

**Date**

On 10/16/2024 4:57:00 PM, Tricia Bledsoe wrote:
CC: Open-records@tamu.edu; patti@vbattorneys.com
**Subject:** Public Information Records :: J003445-101024
**Body:**
10/16/2024


RE: PUBLIC RECORDS REQUEST, Reference # J003445-101024

Dear Mr. Beckcom,

State and federal law generally prohibits the disclosure of a Texas A&M student's personally identifiable information that is maintained by Texas A&M without the prior written consent of the student. See https://registrar.tamu.edu/about-us/policies/ferpa. It is our understanding that your sons Gus and Henry are university students who belong to Squadron 17. In order for the university to provide information responsive to your request and that is identifiable to either/both of your sons, please provide their written consent to the disclosure. This can be accomplished in one of two ways: your sons can simply send an email to us from their @tamu.edu email address indicating their consent for the university to disclose to you portions of their education records that are responsive to your request; or they can fill out and return the attached FERPA consent.

Once we receive their consent, we can provide responsive information that is personally identifiable to your sons as authorized by state and federal law.

Sincerely,

Tricia Bledsoe
Open Records Office

On 10/16/2024 11:51:04 AM, patti@vbattorneys.com wrote:
TO: "Texas A&M University Public Records Support"[texasam@mycusthelp.net]
CC: [Brian@vbattorneys.com], [Open-records@tamu.edu]

Good afternoon, will answer yes as to mandatory redactions and no as to discretionary objections. Thank you.

Patti Artavia
Senior Paralegal/Case Manager
2016 AAJ Paralegal of the Year
VBAttorneys.com
Direct Dial (832) 791-3118

Follow us onFacebook, Twitter, LinkedIn, and Instagram
Why hire VB Attorneys
Tell me how I'm doing: ReviewVB.com
The best compliment you can give our team is the referral of someone who needs our help.


On Fri, Oct 11, 2024 at 8:43 AM Texas A&M University Public Records Support wrote:

On 10/11/2024 8:43:00 AM, Leslie Kacer wrote:
CC: Open-records@tamu.edu; Patti@vbattorneys.com
**Subject:** Public Information Records :: J003445-101024
**Body:**
October 11, 2024

BRIAN BECKCOM (J003445-101024): REQUEST FOR CLARIFICATION/NARROWING; REDACTION
RESPONSES REQUESTED

There are now 2 statements regarding mandatory exceptions and discretionary exceptions you need to select for your
open records request. These questions are derived from a form developed by the Office of the Attorney General,
dated 10/01/19. Please select " yes" or " no" in regards to these 2 exception questions for your open records request.
Selecting " yes" will allow the university to expedite your request by avoiding the necessity of seeking a decision
from the Office of the Attorney General.

<mark>Statement #1:</mark>
Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are
clearly labeled on information you receive? (Yes or No)

<mark>Statement #2:</mark>
Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are
clearly labeled on information you receive? (Yes or No)

Note: This is a request for clarification/narrowing of your request. Section 552.222 provides that a request for
information is considered withdrawn if the requestor does not respond in writing to a governmental body's written
request for clarification or additional information within 61 days.

Sincerely,

Leslie Kacer
Open Records Office

On 10/11/2024 8:29:17 AM, Leslie Kacer wrote:
CC: Open-records@tamu.edu
**Subject:** Public Information Records :: J003445-101024
**Body:**
Dear Brian Beckcom:

We received your public information request for  Texas A& M University.  Your request was given the **reference number
J003445-101024** for tracking purposes.  Please refer to this number when making inquiries about your request.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been
completed. Thank you for your interest in  Texas A& M University.

To monitor the progress or update this request please log into the  Public Records Center.

On 10/10/2024 6:50:15 PM, Leslie Kacer wrote:
Request was created by staff

**Request Details**

| | |
|---|---|
| Reference No: | J003445-101024 |
| Created By: | Leslie Kacer |
| Create Date: | 10/10/2024 8:00 AM |

EXHIBIT 54
Beckcom (J003445-101024)

Update Date: 10/30/2024 9:31 AM

Completed/Closed: No

Required Completion Date: 10/30/2024

Status: Activity Assigned

Priority: Medium

Assigned Dept: TAMU_Open Records

Assigned Staff: Open Records University

Customer Name: Brian Beckcom

Email Address: Brian@vbattorneys.com

Phone: 8327913118

Group: TAMU

Source: Email

EXHIBIT
17



KEN PAXTON
ATTORNEY GENERAL OF TEXAS

January 23, 2025



RECEIVED

JAN 27 2025

OFFICE OF
GENERAL COUNSEL

Ms. Claudene Marshall
Assistant General Counsel
Texas A&M University System
301 Tarrow Street, 6th Floor
College Station, Texas 77840-7896

OR2025-002437

Dear Ms. Marshall:

You ask whether certain information is subject to required public disclosure under the Public Information Act (the "Act"), chapter 552 of the Government Code. Your request was assigned ID# 24-044505 (TAMU IDs: J003445-101024 & J003985-111924).

Texas A&M University (the "university") received two requests from the same requestor for information pertaining to a specified incident and complaint. You state the university will release some information to the requestor with redactions made pursuant to the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g.[1] You claim the submitted information is excepted from disclosure under section 552.107 of the Government Code. We have considered the exception you claim and reviewed the submitted representative sample of information.[2] We have also received and considered comments submitted by the requestor. *See* Gov't Code § 552.304 (providing that interested party may submit written comments regarding why information should or should not be released).

---

[1] The United States Department of Education Family Policy Compliance Office (the "DOE") has informed this office FERPA does not permit state and local educational authorities to disclose to this office, without parental consent, unredacted, personally identifiable information contained in education records for the purpose of our review in the open records ruling process under the Act. The DOE has determined FERPA determinations must be made by the educational authority in possession of the education records. We have posted a copy of the letter from the DOE to this office on the Attorney General's website: https://www.texasattorneygeneral.gov/sites/default/files/files/divisions/open-government/20060725-USDOE-FERPA.pdf.

[2] We assume that the "representative sample" of records submitted to this office is truly representative of the requested records as a whole. *See* Open Records Decision Nos. 499 (1988), 497 (1988). This open records letter does not reach, and therefore does not authorize the withholding of, any other requested records to the extent that those records contain substantially different types of information than that submitted to this office.

Section 552.107(1) of the Government Code protects information coming within the attorney-client privilege. When asserting the attorney-client privilege, a governmental body has the burden of providing the necessary facts to demonstrate the elements of the privilege in order to withhold the information at issue. *See* Open Records Decision No. 676 at 6-7 (2002). First, a governmental body must demonstrate the information constitutes or documents a communication. *Id.* at 7. Second, the communication must have been made "to facilitate the rendition of professional legal services" to the client governmental body. TEX. R. EVID. 503(b)(1). The privilege does not apply when an attorney or representative is involved in some capacity other than that of providing or facilitating professional legal services to the client governmental body. *In re Tex. Farmers Ins. Exch.*, 990 S.W.2d 337, 340 (Tex. App.—Texarkana 1999, orig. proceeding) (attorney-client privilege does not apply if attorney acting in capacity other than that of attorney). Governmental attorneys often act in capacities other than that of professional legal counsel, such as administrators, investigators, or managers. Thus, the mere fact that a communication involves an attorney for the government does not demonstrate this element. Third, the privilege applies only to communications between or among clients, client representatives, lawyers, and lawyer representatives. TEX. R. EVID. 503(b)(1). Thus, a governmental body must inform this office of the identities and capacities of the individuals to whom each communication at issue has been made. Lastly, the attorney-client privilege applies only to a confidential communication, *id.*, meaning it was "not intended to be disclosed to third persons other than those: (A) to whom disclosure is made to further the rendition of professional legal services to the client; or (B) reasonably necessary to transmit the communication." *Id.* 503(a)(5). Whether a communication meets this definition depends on the *intent* of the parties involved at the time the information was communicated. *See Osborne v. Johnson*, 954 S.W.2d 180, 184 (Tex. App.—Waco 1997, orig. proceeding). Moreover, because the client may elect to waive the privilege at any time, a governmental body must explain the confidentiality of a communication has been maintained. Section 552.107(1) generally excepts an entire communication that is demonstrated to be protected by the attorney-client privilege unless otherwise waived by the governmental body. *See Huie v. DeShazo*, 922 S.W.2d 920, 923 (Tex. 1996) (privilege extends to entire communication, including facts contained therein).

You state the submitted information consists of communications between attorneys for the university and university employees that were made for the purpose of providing legal services to the university. You indicate the communications were intended to be confidential and have remained confidential. Based on your representations and our review, we find the submitted information consists of privileged attorney-client communications the university may generally withhold under section 552.107(1) of the Government Code. We note, however, one of these otherwise privileged e-mail strings include an e-mail received from a non-privileged party. Furthermore, if the e-mail received from the non-privileged party is removed from the otherwise privileged e-mail string in which it appears and stands alone, it is responsive to the request for information. Therefore, if this non-privileged e-mail, which we have marked, is maintained by the university separate and apart from the otherwise privileged e-mail string in which it appears, then the university may not withhold the non-privileged e-mail under section 552.107(1).

In the event the non-privileged e-mail is maintained separate and apart, this e-mail contains an e-mail addresses subject to section 552.137 of the Government Code.[3] Section 552.137 of the Government Code excepts from disclosure "an e-mail address of a member of the public that is provided for the purpose of communicating electronically with a governmental body" unless the member of the public consents to its release or the e-mail address is of a type specifically excluded by subsection (c). Gov't Code § 552.137(a)-(c). The e-mail address at issue is not a type specifically excluded by section 552.137(c) of the Government Code. Accordingly, the university must withhold the e-mail address we have marked under section 552.137 of the Government Code, unless the owner of the e-mail address affirmatively consents to its disclosure.

In summary, the university may generally withhold the submitted information under section 552.107(1) of the Government Code; however, if the non-privileged e-mail we marked is maintained by the university separate and apart from the otherwise privileged e-mail string in which it appears, then the university may not withhold this non-privileged e-mail under section 552.107(1) of the Government Code. If the e-mail we have marked exists separate and apart from the privileged e-mail string in which it appears, the university must (1) withhold the e-mail address we have marked under section 552.137 of the Government Code, unless the owner of the e-mail address affirmatively consents to its disclosure, and (2) release the remaining information.

This letter ruling is limited to the particular information at issue in this request and limited to the facts as presented to us; therefore, this ruling must not be relied upon as a previous determination regarding any other information or any other circumstances.

This ruling triggers important deadlines regarding the rights and responsibilities of the governmental body and of the requestor. For more information concerning those rights and responsibilities, please visit our website at https://www.texasattorneygeneral.gov/open-government/members-public/what-expect-after-ruling-issued or call the OAG's Open Government Hotline, toll free, at (877) 673-6839. Questions concerning the allowable charges for providing public information under the Public Information Act may be directed to the Cost Rules Administrator of the OAG, toll free, at (888) 672-6787.

Sincerely,

Erin Groff
Assistant Attorney General
Open Records Division

EMG/jxd

---

[3] The Office of the Attorney General will raise a mandatory exception on behalf of a governmental body, but ordinarily will not raise other exceptions. *See* Open Records Decision Nos. 481 (1987), 480 (1987), 470 (1987).

Ref:     ID# 24-044505

Enc.    Submitted documents

c:       Requestor
        (w/o enclosures)

| EXHIBIT |
| 18 |

DIVISION OF STUDENT AFFAIRS
DEPARTMENT OF STUDENT COMMUNITY STANDARDS



## Student Conduct Investigation
## Acknowledgement

| **Name**: | **Pronouns (*Optional* i.e., ze, she, he, they):** |
|---|---|
| **UIN:** | |

| **Classification:** | Freshman | Sophomore | Junior | Senior | Grad/Professional |

**Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable)

| | |
|---|---|
| | |

| **Email:** | **Telephone #:** |
|---|---|

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (***Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules***)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (***Section 24.4.23. Abuse of process, Texas A&M University Student Rules***)

------------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than **10/12/2024**

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

------------------------------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

------------------------------------------------------------------------------------------------

**Participant signature**                    _____**Date:** _____

**APP'X 161**

# Mark A. Dawson

**EXPERIENCE**

*Assistant Director- Department of Multicultural Services*
Division of Student Affairs, Texas A&M University, College Station, TX        December 2023 -Present
- Serve on the leadership team with the Director and represent the department across the division and University. Provide oversight and guidance to functions and initiatives.
- Directly supervises professional and graduate assistant staff, including but not be limited to hiring, training, facilitating meetings/retreats, preparing performance evaluations, as well as, consistent coaching, developmental feedback, assessing/adjusting position duties, and terminating when necessary.
- Facilitates learning and development and identifies development needs, structure for educational curriculum, and coordinates strategies.
- Coordinate academic collaborative efforts focused on helping students demonstrate undergraduate learning outcomes in collaboration with faculty.
- Plans, develops, implements, manages, and co-instructs for credit courses and other academic collaborations.
- Provides advanced professional and specialized skills for planning, developing, implementing, and managing initiatives to help student demonstration undergraduate student learning outcomes, manages high impact practice initiatives, contributes to professional development and coaching of staff.
- Plans, implements, and assesses initiatives to increase student competencies in effectively communicating and engaging with others.
- Facilitates risk reduction and crisis management for the department. Monitors compliance with all department, University, and government standards, policies, and procedures.
- Serves on various committees within the department, Division of Student Affairs and Texas A&M University to interpret and participate in the development of University/Division of Student Affairs/ departmental protocols, policies, and procedures.

*Student Affairs Coordinator- Department of Multicultural Services*
Division of Student Affairs, Texas A&M University, College Station, TX          June 2016 -Present
- Constructed an upper level course(s) that focuses on multiculturalism, critical thinking, and inclusive leadership theories and practices.
- Developed and facilitate experiential learning experiences for students that center skills development and career readiness.
- Developed proposals to obtain funding sources for current and proposed programs and initiatives.
- Collaborated with faculty to create transformative co-curricular educational experiences.
- Worked in partnership with academic and non-academic units to create programs and initiatives to better serve our student body and campus community.
- Supervised full-time staff and graduate assistant.
- Served as a member of the leadership team.
- Served on several Division of Student Affairs and University wide committees.

### *Business Coordinator II- Academic Affairs Business Services*
HR/PR Team, Texas A&M University, College Station, TX                    December 2013- June 2016
- Served as HR Liaison for nine non-academic departments with over 200 employees.
- Coordinated and oversee the on-boarding and off-boarding of all employees
- Reviewed and approve all leave requests
- Received, processed, and completed all bi-weekly and monthly payroll functions
- Developed and delivered programming for division professional development
- Served as chair of the Tradition of Excellence Awards Sub-Committee
- Created and delivered all HR and Payroll related presentations and trainings.
- Served on an Academic Affairs Committee

### *Graduate Assistant Teaching- Department of Sociology*
Graduate Lecturer, Texas A&M University, College Station, TX                    August 2013- December 2013
- Instructor of record for Sociology 205
- Responsible for the creation of all course content
- Preparation of all class lectures, PowerPoint slides, and class activities
- Responsible for the assessment of course objectives and learning outcomes
- Provide insight into sociological thought and foster an understanding of the world through a sociological lens.

### *Graduate Assistant- Academic Affairs Business Services*
HR/PR Team, Texas A&M University, College Station, TX                    October 2011- December 2013
- Assist with research for the division of Academic Affairs
- Facilitate new hire on-boarding, including processing all new hire paperwork
- Enter payroll detail vouchers into QuickBooks as part of our budget verification process
- Assist HR & Payroll Coordinators with routine tasks
- Prepare and maintain personnel files

### *Interlibrary Loan- Lending Department Assistant*
Love Library, San Diego State University, San Diego, CA                    August 2008 - May 2010
- Reviewed and processed loan requests for library books and multi-media items requested by universities and public institutions domestically and internationally
- Processed, packaged, and send out all loan items
- Search and effectively procure items from library collection for distribution
- Received, processed, and re-distributed returned loan items
- Managed and supervised all operational aspects of the lending department
- Responsible for opening and closing the department, and trained incoming student employees

### *Transfer Bridge Mentor*
Educational Opportunity Program, San Diego, CA                    August 2009-August 2009
- Responsible for approximately 30 incoming transfer students during a one-week university program
- Developed and delivered lecture regarding university time management and organization skills
- Provided advice and assistance in accordance with all university related subjects and questions
- Lead multiple group activities and presentations for over 100 students

## EDUCATION

- PhD, Sociology, Texas A&M University, College Station, TX      Expected     May 2025

- BA, *Cum Laude*, San Diego State University, San Diego, CA            May 2010
       Major: Social Science

- AA, Southwestern College, Chula Vista, CA                  May 2008
       Major: Transfer Studies

## PROFESSIONAL SERVICE

| | |
|---|---|
| *Chair*- Traditions of Excellence New Awards Subcommittee | Dec 2015 – Jun 2016 |
| *Organizer*- Traditions of Excellence Awards Selection Committee | Aug 2015 – Jun 2016 |
| *Member*- Academic Affairs Business Services Social Committee | Dec 2013 – Jun 2016 |
| *Staff Participant*- Posse Plus Retreat (every Spring) | Feb 2013 – Present |
| *Member*- Division of Student Affairs Awards Committee | Jun 2016 – Jun 2020 |
| *Member*- First Year Experience Curriculum Committee | Sep 2018 – Jun 2020 |
| *Member*- DSA Activity Resource and Response Team | Jun 2020 – Jun 2023 |
| *Member*- DSA Critical Incident Response Team (CIRT) | Jun 2021 – Present |
| *Directorate Board Member:* Multiracial Network (ACPA) | Mar 2017 – Present |
| *Research & Scholarship Coordinator:* Multiracial Network (ACPA) | Mar 2018 – Mar 2020 |
| *POSSE Mentor*- Houston Posse 6 | Jun 2018 -- Present |
| *Co-Chair*- Multiracial Network (ACPA) | Mar 2022 – Mar 2023 |
| *Member*- DSA Assessment Committee | Sep 2023 – Present |
| *Member*- DSA Risk Management Committee | Sept 2023 – Present |

## PROFESSIONAL CERTIFICATES & AWARDS

- *Supervisory Essentials:* EOD, Texas A&M University - April 2016
- *Mental Health First Aid:* National Council for Behavioral Health – June 2022
- *Threat Evaluation and Reporting:* U.S. Department of Homeland Security – July 2023

## COMMUNITY INVOLVEMENT & MEMBERSHIPS

*Academic Affiliations*
- Ronald E. McNair Scholar
- Sally Casanova Pre-Doctoral Scholar- California State University System Distinction

*Professional Memberships*
- American College Personnel Association (ACPA)

# Tonya M. Driver, Ph.D.

tonyadriver@tamu.edu

## ACADEMIC BACKGROUND

**TEXAS A&M UNIVERSITY**
DOCTORATE OF PHILOSOPHY IN EDUCATION
Adult Education and Human Resource Development
Educational Administration and Human Resource Development
College Station, TX

**TEXAS A&M UNIVERSITY**
MASTER OF EDUCATION
Leadership Education and Studies
Agricultural Education
College Station, TX

**TEXAS A&M UNIVERSITY**
BACHELOR OF BUSINESS ADMINISTRATION
Marketing
Lowry Mays School of Business
College Station, TX

## PROFESSIONAL EXPERIENCE

**TEXAS A&M UNIVERSITY – Department of Multicultural Services**
DEPARTMENT HEAD (LEADERSHIP/MANAGEMENT/RESEARCH/STUDENT SUCCESS)
College Station, TX

Director - Full-time (Aug '15 - Current)

- Provides leadership, vision, and oversight of a comprehensive student services and student programming department which offers student transition, persistence, and skill development experiences to positively impact student success and post-graduation outcomes.
- Provides hands-on direct management to all administrative aspects of a department which includes but is not limited to hiring, supervising and evaluating staff; budget planning and oversight; delegation of tasks; conflict management; planning and goal setting; program assessment. Directly supervise Associate Directors, Assistant Directors, Administrative Professionals, with shared oversight of Business and Marketing Professionals. Indirectly supervise, develop and oversee personnel in areas of responsibility supervised by direct reports.
- Establishes the direction, goals, agendas, implementation strategies, and policies of departments, develops short and long-range goals and strategic plans, directs the efforts of and globally supervises departmental staff, ensures programs, activities, and services comply with university, state, and federal regulations,
- Coordinates department fiscal assessments and budget forecasting, including reviewing, approving and adjusting the departmental budget, determining needs and developing funding requests for departmental programs, creating plans for possible budget reductions, determining personnel salary, title and duty adjustments, and meeting with, presenting about funding needs and financial development initiatives and efforts.
- Administers and oversees operations, budget and funding priorities, oversees communications, promotions, and public relations for departments, assesses department needs with regards to administrative space, equipment, computing resources, and personnel, serves as part of division unit leadership team, serves on various university, division, and department level committees and represents department in state and national associations.
- Assists in maintaining and moving forward an organizational culture through emotionally intelligent strategies and encouraging and rewarding collective staff effort.
- Coordinates department collaborative efforts with student organizations, including advising and adhering to protocols and procedures.
- Serves as a resource, referral, advocate and mentor to support student transition, wellbeing, and development.
- Serves on division and university committees and task forces to develop policies, programs practices and systems dedicated to improving and expanding student experiences.

- Serves as a member of the leadership team of the Division of Student Affairs and work to fulfill the mission and goals of the Division.

Associate Director - Full-time (Aug '10 – Aug '15)
- Provided direct administrative oversight of three functions within the department, including engagement and leadership and office operation (marketing and communications was direct report for three years. Direct management of area operations includes performing upper level administrative duties, setting of policies and operational matters, reviewing and approving contractual agreements, preparing and monitoring annual reports and assessment plans, participating in administrative decision making processes, assisting with annual budget preparation and monitoring fiscal activities of designated areas, maintaining current knowledge of all policies, procedures, rules, and regulations, providing guidance to staff and students to ensure compliance, participating in goal setting, performance evaluations, budget-related decisions, and long-range strategic planning, and serving as departmental representative in the absence of the director.
- Directly supervised staff, including but not limited to: Hiring, training, facilitating meetings/retreats, evaluating personnel in areas of responsibility, consistent developmental feedback, coaching, assessing/adjusting position duties, reprimanding, and terminating when necessary 1 Student Development Specialist IV, 1 Student Development Specialist III, 1 Senior Office Associate, 1 Graduate Assistant, and 1 Communications Specialist.  Indirectly supervise, develop and oversee personnel in areas of responsibility supervised by direct reports including 1 Student Development Specialist III, 1 Graduate Assistants and 6 student peer tutors.
- Represented the Director in their absence, including attending and leading meetings, serving as the point of command for those external to the department, and functioning as the delegated authority for review, recommendation, and approval for the day-to-day operational and business needs of department staff.
- Developed and maintained the departmental strategic plan to maintain department focus on stability and progression.
- Assisted with fiscal assessments and budget forecasting, including reviewing and adjusting the departmental budget, determining needs and developing funding requests for departmental programs, creating plans for possible budget reductions, determining personnel salary, title and duty adjustments, and meeting with and presenting to the Student Advancement Fee Advisory Board about funding needs.
- Developed academic success initiatives facilitating interventions for students exhibiting difficulty with academic transitioning, retention and persistence to graduation.
- Coordinated the reporting of the department's assessment plan to properly document student learning and program evaluation and worked with the responsible staff to craft the assessment plans for individual programs.
- Served as approver of all departmental reports, communications, and correspondence by reviewing, editing, and approving all external and internal documents.
- Coordinated department initiatives/programs/efforts, including academic success strategies targeting students engaged in department groups, sponsored student organization and group advising, protocols and procedures, a funding program and awards ceremony acknowledging staff, faculty and students.
- Facilitated risk reduction and crisis management by managing the department's risk assessment, business continuity, operations, technology, safety and security protocols and procedures.
- Served on department, division and university wide committees/groups including academic scholarship selection, assessment, risk management, student organization advisory, work-life and other ad-hoc working groups as needed.
- Monitored and facilitated the creation of timely communication guides and department web presence.

Interim Associate Director - Full-time (Aug '09 – Aug '10)
- Represented the Director of the Department of Multicultural Services in director's absence, including attending and leading meetings, serving as the head of the chain of command for those external to the department, and functioning as the leadership for review, recommendation, and approval for the day-to-day needs of department staff.
- Assisted the Director in maintaining and moving forward an organizational culture encouraging and rewarding collective staff effort.

- Conducted strategic planning to keep the department focused on stability and progression.
- Assisted with fiscal assessments and budget forecasting, including reviewing and adjusting the departmental budget, determining needs and developing funding requests for departmental programs, creating plans for possible budget reductions, determining personnel salary, title and duty adjustments, and meeting with and presenting to the Student Service Fee Advisory Board about funding needs.
- Reviewed and edited department documents prior to dissemination such as marketing items, student organization policies, and department correspondence.
- Assumed departmental programming duties of Associate Director.
- Maintained duties of Assistant Director.

Assistant Director - Full-time (Aug '07 – Aug '10)
- Supervised Student Engagement and Leadership area staff, including but not limited to hiring, training, facilitating meetings and retreats, preparing performance evaluations as well as consistent developmental feedback, assessing and adjusting position duties, and terminating when necessary two full-time professional staff, one graduate assistant and six tutors.
- Oversaw coordination and advising responsibilities for area specific department sponsored programs and activities, as well as serving as departmental liaison for building collaborative relationships among university and community departments.
- Coordinated outreach conference for precollege students to generate an affinity and preparedness for college, including managing university protocols for working with minors and training student staff on protocols to work with minors and coordinating a large-scale event.
- Developed and facilitated curriculum for student leadership development institutes, including curriculum planning, formulating the roles of Advisory Boards, marketing, interviewing and selecting the institute participants, developing and presenting sessions, and building collaborative relationships with academic departments ensuring adherence to university mission.
- Developed and assisted with data collection and analysis of an IRB approved assessment.
- Developed, managed, and monitored the raising and accounting of funds for programs, services, and student organizations, including annual programs such as the leadership institute, as well as special initiatives
- Advised and developed four student groups, focusing on leadership development, problem solving, program planning, risk management, facilitation, and assessment.
- Coordinated departmental and first-year experience program participation with Freshman Convocation, New Student Conferences, Residence Life, and Freshman Welcome Week.
- Served as student organization recognition manager for department affiliated student groups, including collaborating and communicating with the Department of Student Activities.
- Assessed learning and programmatic outcomes to identify present and future niches to enhance programs.

Program Coordinator - Full-time (Aug '04 - Aug '07)
- Managed the development and coordination of a first-year experience program focusing on academic achievement, personal development and social integration.
- Coordinated a departmental tutoring program, including marketing, hiring and training of student tutors.
- Coordinated outreach effort for precollege students to generate an affinity and preparedness for college.
- Developed and facilitated curriculum for student leadership development institute, including formulating the role of Advisory Boards, marketing, interviewing and selecting students, developing and presenting seminars, and building collaborative relationships.
- Conducted a longitudinal assessment project to assess the learning and needs of students in the first-year experience program, including development of methods to assess matrix and criteria for program success.
- Supervised one student intern, student tutor coordinator and five student tutors.
- Served as the developer, coordinator, collaborator, and instructor of a department specific succeeding in college course for freshmen.
- Facilitated interventions for students exhibiting difficulty with academic transitioning.
- Identified and contacted admitted students from departmental pre-college efforts for channeling into departmental first-year experience program.
- Developed and maintained multiple departmental program and student organization budgets.
- Tracked students in the first-year experience program through graduation.

- Coordinated departmental and first-year experience program participation with Freshman Convocation, New Student Conferences, Residence Life, and Freshman Welcome Week.
- Advised and developed four Texas A&M student organizations, focusing on leadership development, problem solving, program planning, facilitation, and assessment.
- Developed outreach efforts to market departmental programs and services.
- Drafted proposals to secure funding for various programs and services.
- Served as departmental liaison for building collaborative relationships among university and community departments such as Admissions & Records, Center for Academic Enhancement (Student Learning Center), Office of Honors Programs & Academic Scholarships (Honors Programs), Student Counseling Service.
- Served as departmental representative for committees/bodies such as Academic Scholarship Selection Committee, University Advisors & Counselors, Regents Scholar Committee, Century Scholar Selection Committee, Student Activities Advisory Board, Freshman Convocation, Minority Recruitment Leadership Team, and Judicial Board.

Student Development Specialist II - Full-time (Jan '00 - Aug '04)
- Coordinated outreach effort for precollege students to generate an affinity and preparedness for college.
- Assisted in the coordination of a first-year experience program.
- Co-instructed and coordinated administrative functions of a departmental first-year student success course.
- Supervised one graduate assistant.
- Designed and coordinated a high school scholarship program as part of advising role, including development of eligibility criteria, application process, selection committee process, communication with applicants and dissemination of funds to awardees.
- Collaborated to develop the foundational structure of a Black student development institute and contributed to the framework of an Asian American student development institute.
- Tracked students in a first-year experience program through graduation.
- Developed outreach initiatives to enhance the number of students utilizing the department's programs.
- Coordinated the departmental activity recognizing high achieving students of color during Parents' Weekend.
- Designed and coordinated the development of the department's student success planner.
- Developed and maintained the departmental retention document.
- Advised five recognized student organizations.
- Served as departmental representative for committees such as Retention Advisory Council, Academic Scholarship Selection Committee, Buck Weirus Spirit Award, Century Scholar Selection Committee, Student Activities Advisory Board, Freshman Convocation.
- Served as departmental liaison for building collaborative relationships among university and community departments such as Admissions & Records, Residence Life, Center for Academic Enhancement, Corps of Cadets, Honors Programs & Academic Scholarships, Student Counseling Service, Office of Institutional Studies & Planning, Office of graduate studies, Trio Grant Committee.

**TEXAS A&M UNIVERSITY - Department of Admissions and Records**
OUTREACH/RECRUITMENT
College Station, TX

Recruitment Specialist - Full-time (Aug '98 - Jan '00)
- Responsible for outreach, recruiting, counseling, scheduling and supervising events for students concerning Texas A&M University.
- Facilitated the application and admission to the university as well as made recommendations for admission.
- Presented Texas A&M University to multiple constituencies including high school students, counselors, teachers, and public administrators across the state of Texas.
- Developed targeted programs for recruiting. Interacted with university colleges and offices regarding development and revision of informational materials, handbooks and newsletters for creation of publications. Implemented projects for retention purposes and maintained high school and community college counselor contacts as a mechanism for identifying students for recruitment.
- Served as the first recruitment specialist for the Century Scholars program, scholarship program designed and marketed as the "debt free", originally launched in Houston.

- Marketed Texas A&M University to high schools and colleges concerning university programs and opportunities.
- Interviewed applicants to fill recruiting positions in the Austin/Waco/Central/Killeen areas of Texas.

**HOUSTON INDEPENDENT SCHOOL DISTRICT - Holland Middle School**
EDUCATION/TEACHING
Houston, TX

<u>Special Education Teacher</u> - Full-time (Aug '97 - Jun '98)
- Responsible for instruction, counseling, tutoring and supervision of behaviorally and emotionally challenged eighth grade students.
- Developed lesson plans to facilitate learning in five subject areas: English, Social Studies, Math, Science, and Reading.
- Maintained daily records of student behavior and academics used in each student's yearly evaluation.
- Proposed and facilitated day trips to Terrell Middle School as an attitude adjustment effort.
- Performed yearly evaluations of student progress and made recommendations for advancement.
- Coordinated efforts for the Teacher's Aid to play a role in the recognition and affirmation of student needs.

**FUNDED PROJECTS**
*Developing an affirming mental health promotion program*
- College of Education & Human Development – Texas A&M University

*College Completion Initiative ($30,000)*
- Division of Student Affairs – Texas A&M University

*High school outreach initiatives ($210,500)*
- Shell Oil Foundation
- Houston A&M Club
- Reveille Club
- Texas A&M Association of Former Students
- Office of the Dean of Undergraduate Programs and Associate Provost for Academic Services
- Department of Admissions & Records

*Sponsorship of first-year student success program ($18,000)*
- Mays Department Stores
- Houston A&M Club
- Reveille Club
- Texas A&M Association of Former Students
- Academic Quality Enhancement Plan *(first student affairs program to be funded)*
- Office of the Dean of Undergraduate Programs and Associate Provost for Academic Services

*Sponsorship of Student Engagement Initiatives ($14,500)*
- Office of the Dean of Undergraduate Programs and Associate Provost for Academic Services
- Texas A&M Association of Former Students

**PUBLICATIONS**

Preston-Cunningham, T. & Driver, T. (2017). *Leadership Program Spotlight. Concepts and Connections: A Publication for Leadership Educators*, 22(1). National Clearinghouse for Leadership Programs.

Turner-Driver, T. M. (2014). *Spirituality and race in career decision making* (Doctoral Dissertation). Texas A&M University, College Station, TX.

Booker, Jr., L., Turner-Driver, T., Preston- Cunningham, T., Survillion, T., & Stephens, M.  (2011). Moving Up and Out: Transitioning From College to the Workforce. In F. A. Bonner II, A. F. Marbley, & M. F. Howard Hamilton (Eds.), *Millennial Students in College: Implications for Faculty & Student Affairs.* (pp. 245-260). Herndon, VA: Stylus Publishing, LLC.

**TEACHING EXPERIENCE**
Leading & Teaching Adult Learners - ALED 426 (Spring 2024)

Instructed a course focused on planning educational training programs, including leadership programs, to implement with an adult audience; includes needs assessment, instructional design, lesson plan development, evaluation and other items related to leading adults.

Agriculture Leadership Education and Communication - ALED 485, 491 (2019-present)

Co-instruct and develop curriculum for a course focused on developing students as global citizens using the conduit of leadership development, social responsibility, and community responsibility.

First-Year Experience - FYEX 101 (present)

Instructed a semester-long, high school-to-college transition course to facilitate active and engaging learning opportunities for students through presentations, class discussions and activities on various topics.

Agriculture Leadership Education and Communication - ALEC 380, 391 (2009-2015)

Co-instructed and developed curriculum for a course focused on students becoming theoretically knowledgeable and well-rounded in their abilities to synthesize the concepts of personal accountability and social consciousness as it pertains to leadership in modern society.

Succeeding in College - CAEn 101 (2003-2006)

Co-instructed and coordinated a course that focused on critical theories of learning designed for freshman academic, personal and professional enhancement.  Collaborative partnership with the Center for Academic Enhancement (current equivalent is the Academic Success Center).

Excellence uniting Culture Education and Leadership Seminar - CAEn 289 (2000-2002)

Co-instructed and coordinated a special topics course that incorporated a comprehensive and interactive curriculum combined with a three-part team effort, including freshmen who attended the ExCEL Conference, upper-class peer mentors and faculty/staff mentors.  Collaborative partnership with the Center for Academic Enhancement (current equivalent is the Academic Success Center).


**PRESENTATIONS**
Preston-Cunningham, T., Driver, T., & Elbert,C. (2019, July). *A study of the long-term impact of involvement in a program focused on identity and leadership*. Presentation accepted at the International Center for Innovation in Education Conference on Excellence, Innovation, & Creativity in Higher Education & Psychology, Houston, TX.

Driver, T., & Preston-Cunningham, T. (2018, June). *Is it My Spirit or My Race…or Both Which Aid Me in My Career Decision-making?* Presentation accepted at the NCORE, New Orleans, LA.

Zamani-Gallaher, E., Linder, C., Longerbeam, S.,  Driver, T., & Howell, L. (2018, March). *Meet the Editors: ACPA Publications Board*. Presentation accepted at the American College Personnel Association 2018 Annual Convention, Houston, TX.

Preston-Cunningham, T., Elbert. C., & Driver, T. (2017, May). *You See Me, I see me: Self-concept after participation in a leadership development course*. Presentation accepted at the National Conference on Race and Ethnicity, Fort Worth, TX

Carter-Sowell, A., Driver, T., & Battle, J. (2017, March). *Successful Strategies for Courageous Conversations on Campus: Transforming Collegiate Experiences*. Presentation accepted at the National Council for Black Studies Conference, Houston, TX

Preston-Cunningham, T. & Driver, T. (2016, December). *Overview of the Distinguished Gentlemen's Club Leadership Program and Course*. Proposal accepted at the annual NASPA – Student Affairs Administrators in Higher Education Leadership Educators Institute, Long Beach, CA.

Driver, T. (2014, August). *Safeguarding Your Brand: Tools for Crafting, Growing and Sustaining a Positive Image.* Requested presentation at the Excellence uniting Culture Education and Leadership Conference, College Station, TX.

Preston-Cunningham, T. & Driver, T.  (2010, January).  *Utilizing the Light of the Past to Illuminate the Future*. Proposal accepted for presentation at the National Association of Student Affairs Professionals Annual Conference, Raleigh, NC.

Bonner, F. A., II, Marbley, A. F., Hughes, R., Preston-Cunningham, T., Driver, T., & Brown, L.

A., (2009, February). *Professing to Transgress: Faculty and Staff Contesting Hegemony In Academe Through Counternarrative.* A Symposium presented at the Teachers College Winter Roundtable in New York, NY.

Preston-Cunningham, T., Driver, T., (2009, February). *Using Unconventional Partnerships to Incorporate Methods.* Proposal accepted for presentation at the Winter Roundtable Conference, New York, NY.

Paguio, A., & Driver, T. (2004, July). *Institute for the Development of Leaders: A Journey Toward Program Development.* Proposal accepted for presentation at the Noel Levitz National Conference on Student Retention, New Orleans, LA.

Driver, T. (2004, February). *Assessing Our First Year Student Success Program.* Proposal accepted for presentation at the annual Texas A&M University Assessment Conference, College Station, TX.

Driver, T., Paguio, A. (2003, October). *ExCEL: A Student Success Program*. Proposal accepted for presentation at the Houghton Mifflin College Survival Conference, San Antonio, TX.

Driver, T., Moore, R. (2001, July). *ExCEL: A Student Success Program*. Paper proposal accepted for presentation at the Noel Levitz National Conference on Student Retention, New Orleans, LA.

**ADDITIONAL EDUCATION, TRAINING, CREDENTIALS**
Yale School of Management Executive Education Program (2024)
DISC Model of Human Behavior Certified (2023)
Emotional Intelligence Certification (2022)
Search Certification (2021)
Myers Briggs Type Indicator Step I & Step II Certifications (2021)
Strong Interest Inventory and Career & College Counseling Certification (2021)
Murphy-Meisgeier Type Indicator for Children Certification (2021)
Gallup Leading High-Performance Teams course (2019)
Title IX/Sexual Assault Sexual Harassment (2017, 2015, 2014)
Texas A&M System Campus Security Authorities (2017, 2016, 2014, 2013, 2012)
Collaborative Institutional Training Initiative Certified (2016, 2014, 2012, 2009)
Judicial Investigator Training, Texas A&M University (2019, 2016, 2015, 2013, 2012, 2011, 2006)
Child Protection – Programs for Minors on College Campuses (2016, 2015, 2014, 2012, 2011)
Dealing with Difficult not Disciplinable Behavior in Employees (2015)
Positive Management of Performance Problems (2015, 2011, 2006)
Conducting Effective Interviews (2009)
QPR (Question, Persuade and Refer) Gatekeeper Training (2005)
Focus Group Facilitation Training (2005)
Motivation Principles & Practices, Texas A&M University (2005)
Academy of Student Affairs Professionals (2003)
Maximizing Opportunities for Staff (2002)
Prairie View A&M University, Prairie View, TX, 9 hours Business Management (1997-1998)

**AWARDS & ACCOMPLISHMENTS**
Invited to serve as visiting lecturer
Co-Chair of the Campus Life Task Force for the President's Student Recruitment Initiative
Academic Road Map Committee
Strategic Priorities Working Group and peer department for Comprehensive Program Review
MBTI Master Practitioner – MBTI Master Practitioner Credential Program
Managed additional duties related to the vacancy of the Associate Vice President for Student Affairs – Texas A&M
Strategic Enrollment Management Task Force – Texas A&M
Student Success Initiatives Executive Committee – Texas A&M
Co-Chair of First-Year Experience Committee – Texas A&M
Handbooks, Manuals, & Monographies Editor – Association of College Personnel Administrators Publications Board
First-Year Experience First Generation Sub-Committee – Texas A&M
Research and Practice Coordinator – Association of College Personnel Administrators
Comprehensive Program Review Self Study Leader
Grant Reviewer – Association of Leadership Educators

Student Affairs working group for Southern Association of Colleges and Schools Reaffirmation of Accreditation
Quality Enhancement Plan Principal Investigator for student success longitudinal project
Division of Student Affairs Strategic Plan – Challenges and Influences Team
Grant Reviewer – US Department of Education Higher Education
Editorial Review Board – NASPA Journal of College and Character (JCC)
Editorial Review Staff – ALE Journal of Leadership Education (JOLE)
Peer Reviewer – Academy of Human Resource Development (AHRD)
Completed dissertation for Doctor of Philosophy in Educational Human Resource Development
Principal investigator of first year student experience study
Research team for Gifted Blacks in STEM at HBCUs Project
Student Leader Learning Outcomes Working Group – Developed Critical Thinking
The Honor Society of Phi Kappa Phi (*Life Member*)
Golden Key International Honour Society
Collaborated with academic unit for six-year initiative targeting the intersection of identity and leadership
Developed summer bridge program in collaboration with College of Engineering
Kappa Delta Pi International Honor Society in Education
Daily Point of Light Award Honoree
Randy Matson '67 Association of Former Students Award, Texas A&M University
*The Village Community Development Program - Co-Founder/Board of Directors*
Bryan Independent School District Community Engagement Committee
Student Organization Advisor of the Year, Texas A&M University

**REVIEWER & OTHER PROFESSSIONAL ROLES**
Academy of Human Resource Development (AHRD)
- Peer Reviewer (2012-Current)
- International Conference in the Americas Reviewer (2016)

American College Personnel Association (ACPA) College Student Educators International
- Editor of Handbooks, Manuals and Monographs - Publications Board (2017-Current)
- General Programs Team - Coordinator of Research and Practice Posters for the Annual Convention (2018)

American Educational Research Association (AERA)
- Peer Reviewer for the Service Learning and Experiential Education Special Interest Group (2009-2012)
- Peer Reviewer for the Spirituality and Education Special Interest Group (2009-2012)

American Psychological Association (APA)
- Reviewer for the Annual Convention (2019)

Association of Leadership Educators, Inc. (ALE)
- Editorial Review Staff - Journal Of Leadership Education (JOLE) (2012-Current)
- Grant Reviewer (2016, 2017)

City of Bryan Community Development Commission Chair (2019-Current)
National Association of Student Personnel Administrators (NASPA)
- Editorial Board - Journal of College and Character (JCC) (2014-Current)
- Excellence Awards Reviewer (2016)
- Peer Reviewer for the Annual Conference (2009-2017)

National Career Development Association (2022-Current)
National Clearinghouse for Leadership Programs (NCLP)
The Society for the Psychology of Women (2012-2019)
US Department of Education - G5 Reviewer (2017-current)

| | |
|---|---|
| **From:** | Bell Jr, Douglas |
| **Sent:** | Tuesday, October 8, 2024 4:15 PM |
| **To:** | Fleming, John D |
| **Subject:** | RE: Interview Assistance |

Thank you. I will have you down for 6-8

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Fleming, John D <jfleming@vpsa.tamu.edu>
**Sent:** Tuesday, October 8, 2024 3:59 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: Interview Assistance

I can be there until about 0815 Doug. I totally though you were pulling my leg when you mentioned this at lunch! I am happy to help. Count me in.

Sincerely,

**John D. Fleming '94, LtCol USMC (Ret.)** | Director
Don & Ellie Knauss Veteran Resource & Support Center
Division of Student Affairs | Texas A&M University
1251 TAMU, Suite 1500 Memorial Student Center | College Station, TX 77843-1251

ph: 979.845.3161 | jfleming@vpsa.tamu.edu | https://aggieveterans.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
*Serve Well Those Who Have Served!*

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Tuesday, October 8, 2024 3:57 PM
**To:** McMillen, Drew M <dmcmillen@rec.tamu.edu>; Kurten, Jason H <jkurten@tamu.edu>; Burns, Doug <d-burns@dsa.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Fleming, John D <jfleming@vpsa.tamu.edu>; Driver, Tonya <tonyadriver@tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>; Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Interview Assistance

Howdy,
I am attempting to conduct a large-scale interview process, and I am seeking to have volunteer investigators assist with interviewing members of the Corps. We are currently looking to conduct interviews with members of the Corps on Thursday Morning starting at 6:00 am. We are hoping to conclude the interviews by 1:00pm. Are there any individuals who could assist with this large-scale investigation during this time period? Thank you in advance for your consideration.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Bell Jr, Douglas
**Sent:** Monday, October 7, 2024 12:17 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@studentlife.tamu.edu>; McMillen, Drew M <dmcmillen@rec.tamu.edu>; Kurten, Jason H <jkurten@tamu.edu>; Burns, Doug <d-burns@dsa.tamu.edu>; Winkler, Angela M <AngelaW@studentlife.tamu.edu>; McKoin Owens, Melanie E <MelanieM@studentlife.tamu.edu>; Daggers, Libby <libbyd@studentlife.tamu.edu>; Dorsett, Lauren R <LaurenD@studentlife.tamu.edu>; Cox, Kelly <kcox@sls.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; King, Laurell D. <lking@stuact.tamu.edu>; Brown, Lauren M <lbrown@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>
**Cc:** Baker, Stefanie A <stefanieb@studentlife.tamu.edu>; HUSKEY, JEFFREY RAY <jrhuskey@rec.tamu.edu>; Roberts, Darby M <darby@tamu.edu>; Brown, Josh <jhbrown@stuact.tamu.edu>; Jeffery, Justin S <jjeffery@tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Interview Assistance

Howdy,
I am attempting to conduct a large-scale interview process, and I am seeking to have volunteer investigators assist with interviewing members of the Corps.  We are currently looking to conduct interviews with members of the Corps on Thursday Morning starting at 6:00 am.  Are there any individuals who could assist with this large scale investigation?  Thank you in advance for your consideration.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

App'x 174

| | |
|---|---|
| **From:** | Winking, Audrey J |
| **Sent:** | Wednesday, October 9, 2024 8:38 AM |
| **To:** | Fleming, John D; Driver, Tonya; Dawson, Mark; Altendorf, Luke J; Crawford, Dr. Tia; Hearst, Shante; Gros, Steven L.; Fox-Forrester, Susan J; Dorsett, Lauren R |
| **Cc:** | Bell Jr, Douglas |
| **Subject:** | Thursday Investigation Information |
| **Attachments:** | Volunteer Info.docx; Volunteer Availability.xlsx; map to ash 2.png; template - form.pdf; template - notes.pdf |

Howdy,

Thank you so much for your willingness to assist us with this large-scale investigation. We truly could not do this without you and are so appreciative of your help! Below you will find an overview of our plan for the interviews and instructions related to your role (also attached as a word document if that is easier/more accessible for you). Please double check the Volunteer Availability spreadsheet and make sure that we have you marked down accurately!

Overview:
We will be interviewing                     from one outfit in the Corps. In order to limit conversations between interviews, we will be monitoring all of the students in the Ash 2 Classroom until their interviews are completed (which is why we are needing multiple volunteers to conduct the interviews). Student Community Standards staff will check all of the students in when they arrive and the students will remain in the Ash 2 Classroom until they are called for their interview. Audrey will be going over the procedural information in the Acknowledgement Form with the students as a group, but the students will sign those forms individually when they are called for their interviews.

Location:
Please report to the Ash 2 classroom (on the third floor) when you arrive. Attached is a map with some reference points to help you navigate to Ash 2. Ash 2 is circled in red; the arches on the corps quad are circled in blue; Rudder and the MSC are circled in pink; the Student Services Building is circled in purple.
We have separate smaller rooms reserved on the third floor of Ash 2 for the interviews themselves.
We will be utilizing a lounge on the third floor of Ash 2 for the students to review their interview notes after their interview is complete.

Investigator Role/Process:
You (along with SCS staff and other volunteers) will be interviewing the                     cadets individually, along with a co-investigator from the Corps. A SCS staff member in the Ash 2 Classroom will provide you with a pre-filled acknowledgement form for the individual student you will interview. Please call that student and take them to your designated interview room.

Once at your interview room, hand the student their acknowledgment form and have them check the demographic information on the front page. If anything is incorrect, please have them correct it. On the back page, the student needs to initial all the statements in the middle section of the page. On the bottom section, they will initial one or the other, indicating whether they are wanting to participate in the interview or not. Regardless of their decision to participate or not, have them sign and date the form and give it back to you. Attached is an example of this form with the areas that they need to review and fill out.

1

If the student chose not to participate, you will walk them to the lounge and have them sign out with the staff member there. You can hand their signed acknowledgement form to that staff member.

If the student chose to participate, you will then begin going through their interview questions. Please type their responses directly after the question itself (please don't add extra lines/rows into the document) and try to type what they say as verbatim as possible. Attached is an example of this the notes pages which shows you where/how to type their responses to the interview questions. *If you need to prompt the student to elaborate on any of their responses, please do so* (for example, asking for names of people involved/present, when something occurred, how often this occurred, which upperclassmen directed/enforced certain behaviors, etc.).

Once you have gotten through all the questions with the student, you will walk them to the lounge. Have them wait in there while you get their notes pages printed. We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.

Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, then draw your signature on the bottom of **every** page where it says "investigator signature". Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge. You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student.

**Note: We will have some laptops/USB drives available if needed, but if you have a laptop and/or USB that you are able to bring to utilize during the interviews, that would be super helpful!**

Again, we sincerely thank you for helping us conduct this investigation. If you have any questions, please reach out to Audrey or Dr. Bell.

Best,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

2

Below is the information we received from Lt. Col Gardner.  He states that he sent the Tell Somebody form to              . I think we may call the      who            in for a conversation.  I wanted to keep you informed regarding this information.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, September 5, 2024 2:10 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** FW: Hazing in Squadron 17

Dr. Bell,

        Below you will find the email previously forwarded to you and below it a survey from a Sq 17                          . There are no specific dates indicated however the exit survey does list specific names and events.  The areas highlighted in yellow are potentially in violation of student rule 24:

24.4.2. **Harassment.** Behavior that is severe, pervasive, or persistent to a degree that a reasonable person similarly situated would be prevented from accessing an educational opportunity or benefit. This behavior includes, but is not limited to, verbal abuse, threats, intimidation, and coercion. In addition, harassment *may* be conducted by a variety of mediums, including but not limited to, physical, verbal, graphic, written, or electronic. (Please see University Rule 08.01.01.M1. for harassment based on a person's protected status).

24.4.3. **Physical abuse.** Any attempt to cause injury or inflict pain; or causing injury or inflicting pain. Also causing physical contact with another when the person knows or should reasonably believe that the other will regard the contact as offensive or provocative. It is not a defense that the person, group, or *organization* against whom the physical abuse was directed consented to, or acquiesced to, the physical abuse.

24.4.5. **Hazing.** Any act that endangers the mental or physical health or safety of a *student*, or that destroys or removes public or private property; and/or assisting, directing, or in any way causing others to participate in degrading behavior

and/or behavior that causes ridicule, humiliation, or embarrassment for the purpose of initiation, admission into, affiliation with, or as a condition for continued membership in a group or *organization*; or as part of any activity of a recognized student *organization*, student group, Corps of Cadets, Corps outfit, Corps unit, or Corps Special Activities. Previously relied upon "traditions" (including Corps, fraternity/sorority, or any other group or *organization* activity, practice or tradition), intent of such acts, or coercion by current or former members or student leaders of such groups, will not suffice as a justifiable reason for participation in such acts. It is not a defense that the person (or group) against whom the hazing was directed consented to, or acquiesced to, the behavior in question.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Corps Standards and Accountability Director
Military Advisor Parsons Mounted Cavalry
979-458-9317

**Sent:** Friday, August 30, 2024 3:23 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Hazing in Squadron 17

**This Message Is From an External Sender**

This message came from outside your organization.

Sir,

I am having trouble navigating the website to find out how to report hazing in Squadron 17.

You know there is a issue when

This is only a few things and does not even scratch the surface.  I for one do not understand how in 2024 this is still going on.  Nothing about this would be relate to the outside world or military.  If these guys think they are going to do this to enlisted when they get in they are in for a rude awakening. Another          that is also prior                      for the last 30 years is asking the same questions.  Right now we are just trying to figure out the process so we can all file formally complaints before one of             are injuried or in todays time and you hate to say it but flips out and injures themselves or others.

Some of the parents have gotten to together and are trying to figure out this process because this is not right.  I have also encouraged          to file a formal hazing complaint and get his buddies to do the same.  You will fine young men that would be good leaders leave the Corp because of what is going on.  I spent                     in the early 90's and                                          .  Now I have been in                                                   At no time through my career have I been treated like these boys have been treated.  The mental and physical abuse through PT is far beyond some of the bootcamp things I went through.  I also was not trying to get through college at the same time.  In 1993 US Navy had put a stop to cussing at the recruits.  I believe these kids have watched Full Metal Jacket one to many times.

Sir I have never been a helicopter parents but I know how much          loves TAMU and the Corp and wants to continue the spirit,  I hate to see him punch over stuff that is out of his control because someone thinks it is funny and can treat another human this way is sickening.

If a phone call would help my cell phone number is

Thank you for your help,

Sent from my iPad

## Response Summary:

FYI

Douglas Bell

Please excuse any typo, message sent from I-Phone

Begin forwarded message:

> **From:** "Gardner, Jeffery D" <jeff_gardner@corps.tamu.edu>
> **Date:** September 27, 2024 at 11:56:01 AM CDT
> **To:** "Bell Jr, Douglas" <douglasb@vpsa.tamu.edu>
> **Cc:** "Simpson, Meredith M" <msimpson@corps.tamu.edu>, "Washington, Robert Sykes" <rwashington@corps.tamu.edu>
> **Subject: Re: Co-Investigator**
>
>
> Rob Washington
>
>> On Sep 27, 2024, at 11:45 AM, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:
>>
>>
>> Can you please provide a co-investigator for the Squadron 17 cadet
>>              . Thanks in advance.
>>
>> **Douglas Bell, Ph.D.**  | Director of Student Community Standards
>> Student Conduct Office | Division of Student Affairs | Texas A&M University
>> 1257 TAMU | College Station, TX 77843-1257
>> ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
>> - - - - - - - - - - - - - - - - - - - - - -
>> **DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

# Shanté C. Hearst

| E-Mail:

## EDUCATION

**Texas A&M University,** College Station, TX    May 2025, Anticipated
Doctor of Philosophy in Educational Administration (Higher Education Administration)
Certificate in College Teaching

**University of the Pacific,** Stockton, CA    May 2011
Master of Arts, Educational Administration & Leadership (Student Affairs)

**California State University San Bernardino,** San Bernardino, CA    June 2009
Bachelor of Arts, Business Administration (Advertising Management)

## PROFESSIONAL EXPERIENCE

**TEXAS A&M UNIVERSITY**    College Station, TX

**Assistant Director, Department of Student Activities:** June 2017 – present
**Director, Office of Fraternity and Sorority Life:** September 2022 – present

*Fraternity and Sorority Life*
- Develop, manage, & assess the strategic plan, goals, & initiatives for the Office of Fraternity and Sorority Life & the fraternity and sorority community of 58 chapters of 6,200 students
- Supervise five professional staff members & responsible for two graduate assistants, practicum students & student workers
- Strategically manage an $800,000 annual budget. Designed, implemented, & currently manage a student enhancement fee (Greek fee) system & structure (began January 2020).
- Oversee the education & training of student leaders to effectively the manage the dues allocation process
- Provide programmatic oversight to ensure that the office & fraternity and sorority community are meeting compliance requirements
- Provide oversight & direction for the annual chapter assessment program that informs our transition to a chapter coaching model
- Secondary advisor to the four governing councils (IFC, MGC, NPHC & Panhellenic)
- Provide strategic guidance, support, & collaboration to the student organization conduct process
- Serve as the liaison for the Greek Former Student Network (alumni organization)
- Collaborate with departments/offices to implement & assess programs supporting Greek student development
- Serve as liaison for, and manage communications with, internal and external stakeholders
- Served as the primary advisor to the Interfraternity Council (June 2017 – May 2022)
- Collaborated with academic colleges to re-establish accreditation for NPHC's female leadership developed course
- Designed & facilitated inaugural SEC Student Leadership Conference – executed virtually (April 2021)

*COVID-19 Response*
- Provided strategic guidance, support, & decision making in transitioning office and community operations to virtual and digital platforms during COVID-19 – includes strategic transitions back to in-person operations
- Operationalized emergency protocols to mitigate the spread of virus throughout the fraternity & sorority community
- Initiated strategic partnership and collaboration with key stakeholders to provide adequate support for chapter & council operations
- Provided guidance and support to facility management (residential and non-residential) to align with university protocols and CDC guidelines (Note: all chapter facilities operate independent of the institution)

**EASTERN KENTUCKY UNIVERSITY**    Richmond, KY

**Associate Director of Student Life:** July 2015 – June 2017

*Greek Life*
- Supervised the Coordinator of Greek Life
- Revised, maintained & advocated for policies governing fraternities & sororities
- Proficiently managed a $12,000 operating & programming budget
- Advised the Interfraternity Council, National Pan-Hellenic Council & Panhellenic Council (26 chapters)

- Advised Order of Omega Greek Honors Society
- Co-chaired the Greek Housing Taskforce that oversees policies & initiatives related to fraternity/sorority housing

*Community Service Programs*
- Supervised the Assistant Director of Community Service
- Supported the supervision of the AmeriCorps VISTA & the Kentucky Campus Compact Grant
- Provided oversight of community service & civic engagement initiatives including an on-campus food pantry
- Assisted with the planning & coordination of alternate break trips
- Managed a $33,000 operating & programming budget

*Hazing Investigation Committee, Chair*
- Recruited & trained a committee of three investigators – one staff member, one faculty member, & one student
- Interpreted & administered the Student Code of Conduct related to hazing
- Coordinated & facilitated the investigations process for all alleged hazing violations reported
- Oversaw the execution of all sanctions issued by the committee

*Registered Student Organizations (RSO): July 2015 – September 2016*
- Chaired the RSO Risk Management Committee
- Coordinated the online registration and recognition process for registered student organizations via OrgSync™
- Facilitated special trainings & workshops for 300 student organizations
- Advocated for policies governing registered student organizations
- Revised a student organization handbook to assist with organizational management


**MOREHEAD STATE UNIVERSITY**                                              **Morehead, KY**

**Coordinator of Student Organizations, Leadership Development & Greek Life:** October 2013 – July 2015

*Greek Life*
- Advised the Interfraternity, Panhellenic & National Pan-Hellenic Councils (21 chapters)
- Established judicial procedures of integrity & accountability specific to the fraternity/sorority community
- Coordinated, implemented & analyzed a strategic plan with community-wide assessment through EBI/Map Works©
- Co-chaired the Greek Housing Taskforce to re-establish fraternity & sorority housing
- Supervised the bi-annual homecoming NPHC step show & stroll off

*Student Organizations*
- Established & coordinated the online registration/recognition process for student organizations
- Served as a liaison for the Office of Enrollment Services to answer questions about student engagement
- Collaboratively worked with the Center for Regional Engagement to increase student participation in service learning
- Developed publications & maintain marketing plans for the department

*Leadership Development*
- Proficiently managed a $10,000 training & programming budget
- Restructured the infrastructure, curriculum & facilitators training for the Leading Edge leadership program
- Supervised & train Graduate Assistants/Interns
- Assisted with supervision of the Administrative Assistant and student staff
- Maintained the department's website regularly

**Coordinator of Multiculturalism & Inclusion:** July 2011 – October 2013
- Managed a $25,000 programming budget
- Advised the African-American, International & LGBT student organizations
- Coordinated activities to promote professional & social growth towards the retention of faculty & staff of color
- Planned, implemented & assessed monthly cultural awareness programs for faculty, staff, students & local community
- Provided special leadership, inclusion & diversity trainings/workshops for student leaders & athletes
- Coordinated activities to promote educational, cultural & social growth for underrepresented student populations
- Coordinated & executed the semi-annual graduation recognition ceremony for students of color
- Coordinated the 18th Annual Come Together Kentucky Conference – a 3-day statewide LGBT collegiate conference
- Established relationships with the African-American Alumni Club for support of minority retention initiatives
- Collaborated with the Office of First-Year Programs and Retention to implement & assess programs for minority retention initiatives

**Interim Coordinator of Student Activities, Programming & Student Engagement:** October 2011 – September 2012
- Managed a $72,000 operating & programming budget

- Supervised five Student Programming Board (SPB) student coordinators & one Graduate Assistant
- Created a new student coordinator position to oversee marketing & social media efforts for SPB
- Created a reporting system to evaluate & assess the effectiveness of programs & events produced by SPB
- Served as a University liaison to talent agencies as negotiator & reviewer of contracts
- Partnered with the Office of First-Year Programs and Retention to implement & assess New Student Days & Family Weekend
- Coordinated Homecoming activities in collaboration with the Office of Alumni Relations

**UNIVERSITY OF THE PACIFIC**                                                                                                  **Stockton, CA**
**Greek Residence Director (Graduate Assistantship):** August 2009 – May 2011

*Residence Life*
- Managed the daily operations, health and safety for 1 traditional Greek residential facility with 36 residents
- Served in an on-call rotations providing crisis management, intervention & counseling for 2,500 residents
- Coordinated Winter & Spring trainings for Residence Directors & Resident Assistants

*Fraternity & Sorority Life*
- Advised the Multicultural Greek Council (4 chapters) & Order of Omega Greek Honor Society
- Co-advised the College Panhellenic Council (4 chapters)
- Coordinated of the annual Greek Awards process
- Supported health & safety initiatives for the Interfraternity Councils (4 chapters)
- Developed & implemented needs-based programming for a community of 600 students

## UNIVERSITY SERVICE

**TEXAS A&M UNIVERSITY**
*General Service*
- Member, AggieUp/Be a Good Neighbor Committee, November 2020 – present
- Member, Game Day (Football) Coordination Team, August 2017 – present
- Member, Writing for Publication Professional Learning Community, October 2017 – May 2019

*Division of Student Affairs*
- Member, Hazing Prevention Task Force, March 2024 – present
- Member, Howdy Week Committee, June 2020 – present
- Investigator, Office of Student Conduct, October 2017 – present
- Member, Assistant Coordinator for Student Conduct Hiring Committee, May 2021– September 2021
- Member, Residence Life Ad Hoc Committee on Move-In Fall 2021, December 2020 – February 2021
- Member, Activity Resource & Response Team (ARRT), June 2018 – February 2020
- Volunteer, Department of Residence Life Housing Fair, October 2017

*Department of Student Activities*
- Member, Off-Campus Banking Exemption Committee, November 2017 – present
- Member, Advising Planning Committee (AdCo), August 2017 – May 2021
- Subcommittee Co-Chair, COVID-19 Continuity Planning Committee, March 2020 – August 2020
- Volunteer, Fish Camp Directors' Retreat (Extended Orientation), February 2020
- Subcommittee Chair, Hazing Prevention & Education Work Group, May 2018 – December 2019
- Volunteer, Midnight Yell Practice, August 2017 – December 2019
- Member, Retreat Planning Committee, September 2017 – July 2018
- Member, Relief Effort Taskforce, December 2017 – February 2018

**EASTERN KENTUCKY UNIVERSITY**
*Division of Student Affairs*
- Member, Diversity Day Committee, February 2016
- Mentor, Freshman Academy, September 2015 – May 2016

*Office of Student Life*
- Chair, Program Director of Greek Life Hiring Committee, May 2017
- Member, Assistant Director for Facilities and Member Services Hiring Committee, July 2016
- Member, Coordinator for International Student Programs and Services Hiring Committee, November 2015

**MOREHEAD STATE UNIVERSITY**

*General Service*
- Volunteer, Commencement Ceremony, December 2011 – May 2015
- Leader of Ceremonies, Commencement Ceremony, May 2015
- Member, Professional Learning Community for Diversity Initiatives, August 2013 – May 2015
- Judge, Celebration of Student Scholarship Oral & Poster Presentation, April 2013

*Office of the President*
- Member, President's Lecture Series Committee, August 2014 – December 2014
- Member, President's Diversity Council, September 2011 – July 2014

*Division of Student Affairs*
- Member, Assistant Vice President/Dean of Students Hiring Committee, 2015
- Member, Assistant Director of Housing Operations Hiring Committee, 2014
- Member, Student Life Coordinator (Area Coordinator) Hiring Committee, 2012
- Member, Student Conduct Hearing Review Board, October 2012

*Office of Student Activities, Inclusion & Leadership Development*
- Chair, Coordinator of Student Activities, Programming & Student Engagement Hiring Committee, 2014
- Mentor & Advisor, Much More to Me (MM2M) Female Mentoring & Leadership Program, July 2012 – July 2014
- Mentor, Dedicated to Retention and Education at Morehead State (DREAMS) Mentoring Program, August 2011 – July 2014

**UNIVERSITY OF THE PACIFIC**

*General Service*
- Member, Student Conduct Hearing Review Board, August 2010 – April 2011
- Member, Celebration of Student Affairs Month Committee, August 2010 – October 2010

*Office of Housing & Greek Life*
- Member, Paraprofessional Development Committee, August 2010 – May 2011
- Member, Assistant Director of Greek Life Hiring Committee, August 2010 – October 2010
- Member, Social & Special Events Committee, August 2009 – May 2010

## TEACHING

**EDAD 636: Working with Adult Groups.** Guest Lecturer, December 2022

**EDAD 689: Intersectionality: Theory, Praxis and Scholarship.** Teaching Assistant, Spring 2022

**EDAD 618: Practicum Seminar.** Guest Lecturer, October 2021

**EDAD 603: Advanced Student Development Theory.** Guest Lecturer, February 2021

## REFEREED PUBLICATIONS

Stewart, S., Haynes, C., Elgoharry, Y., & **Hearst, S. C.** (in press). *Black liberation research methodology.* In C. Báez (Ed.), Issues of equity: Key concepts in qualitative research. Routledge.

**Hearst, S. C.**, & Bazner Jr., K. J. (2022). Book Review: Pietro A. Sasso, J. Patrick Biddix, & Mónica Lee Miranda. (2020). Supporting Fraternities and Sororities in the Miranda. (2020). Supporting Fraternities and Sororities in the Contemporary Era: Advancements in Practice. Myers Education Press. *Oracle: The Research Journal of the Association of Fraternity/Sorority Advisors, 16*(2), 75-78. https://scholarworks.wm.edu/oracle/vol16/iss02/1

## INVITED TRAININGS

| | |
|---|---|
| 2024 | **Interfraternity Institute (IFI) Senior Fellow,** Indianapolis, IN |
| 2019-2023 | **Pi Kappa Alpha Chapter Leadership Consultant Training FSA Panelist,** Virtual |
| 2021 | **Interfraternity Institute (IFI) Fellow,** Virtual |
| 2021 | **Sigma Alpha Mu Chapter Leaders Day Facilitator,** Virtual |
| 2020 | **Pi Kappa Phi Advisor Symposium Co-Facilitator,** Dallas, TX |
| 2017 | **Kappa Alpha Theta Emerging Leaders Institute Facilitator,** DePauw University, DePauw, IN |

| | |
|---|---|
| 2016 & 2017 | **North-American Interfraternity Conference IMPACT Facilitator** (University of Louisville & Arizona State University) |
| 2016 | **North-American Interfraternity Conference UIFI Facilitator,** University of Indiana, Bloomington, IN |
| 2013-2014 | **Governor's Minority Student College Preparation Program Summer Institute Leadership Facilitator,** Morehead State University, Morehead, KY |

## REFEREED PRESENTATIONS

**Hearst, S. C.**, Simmons, D., & Davenport, M. Y. (2023). *From Collegiate to Career.* Presented at the Delta Sigma Theta 49th Southwest Regional Conference, Austin, TX.

Tirso, R., & **Hearst, S. C.** (2023). *Assessing and Improving Well-being through Collaboration.* Presented at the Texas Association for College and University Personnel Administrators Conference, El Paso, TX.

Tirso, R., **Hearst, S. C.,** & Caruthers, A. (2023). *Assessing and Improving Well-being through Collaboration.* Presented at the Texas Conference on Student Success, College Station, TX.

**Hearst, S. C.**, McCollum, S., Nelson, B., Mackie, T., & Haynes, C. (2022). *Black Women Doctoral Students Create Intersectional Interventions to Address Intersectional Failures of the Academy*. Presented at the Association for the Study of Higher Education Conference, Las Vegas, NV.

Hudock, M., & **Hearst, S. C.** (2021). *Party Culture and Socialization Among Black Undergraduate Students at Predominantly White Institutions*. Presented at the Association for the Study of Higher Education Conference, Virtual.

**Hearst, S. C.** (2018). *In the Pressure Cooker: How to Create a Strategic Plan While All Eyes Are On You*. Presented at the Association of Fraternity and Sorority Advisors Annual Meeting, Indianapolis, IN.

Britt, E. P. & **Hearst, S. C.** (2018). *Tailgate to TailGREAT! Two Approaches for Improving Tailgate Policies*. Presented at the Association of Fraternity and Sorority Advisors Annual Meeting, Indianapolis, IN.

**Hearst, S. C.** & Williams-Johnson, M. A. (2017). *You Don't Even Go Here! Developing Healthy Alumni Relationships*. Presented at the University of Houston ELEVATE Fraternal Leadership Conference, Houston, TX.

Idehen, S., White, A., **Hearst, S. C.,** & Pierre, L. (2015). *Can I Touch Your Hair? Dissecting the Portrayal of Black Women with Natural Hair*. Presented at the American College Personnel Association National Convention, Tampa, FL.

Tidrick, A. & **Hearst, S. C.** (2014). *Promoting Creativity in Programming*. Presented at the Kentucky Fraternity and Sorority Advisors' Conference, Lexington, KY.

**Hearst, S. C.** (2014). *Campus Pride: Supporting our "Alphabet" Community*. Presented at the Kentucky Association of Blacks in Higher Education Annual Conference, Lexington, KY

**Hearst, S. C.** (2013). *I Love Onions!: Intersectionality & Diversity Training*. Presented at the Morehead State University Student Activities Leadership Training, Morehead, KY

**Hearst, S. C.,** Moore, J. C., Lackey, K. L., Young, M., & Davis, C. (2013). *African American Student Leadership Experience: Preparing the Next Generation for Leadership*. Presented at the Kentucky Association of Blacks in Higher Education Annual Conference, Richmond, KY.

**Hearst, S. C.** (2013). *Building Consensus: Leadership for Any Occasion.* Presented at the Morehead State University Emerging Leaders Symposium, Morehead, KY.

## AWARDS & RECOGNITION

| | |
|---|---|
| 2023 | **Special Scholarship in Education**, Delta Sigma Theta Sorority Incorporated, Washington, D.C. **Amount:** $3,500 |
| 2023 | **Department of Student Activities Values Award in Respect,** Texas A&M University, College Station, TX |
| 2023 | **First Place,** GRAB Graduate Research Poster Competition, College Station, TX, **Amount:** $500 |
| 2018 | **Outstanding Fraternity/Sorority Advisor,** Pi Kappa Phi Fraternity, Indianapolis, IN |
| 2018 | **Department of Student Activities Values Award in Excellence,** Texas A&M University, College Station, TX |
| 2015 | **Distinguished Staff Service Award,** Morehead State University, Morehead, KY |
| 2015 | **Hats Off to Women Recipient,** Black Student Union at Morehead State University, Morehead, KY |
| 2013 | **Staff Member of the Year Nominee**, Student Government Association at Morehead State University, Morehead, KY |
| 2013 | **Pan African Network Outstanding New Professional,** American College Personnel Association, Louisville, KY |

2011    **Greek Residence Director of the Year**, Order of Omega at University of the Pacific, Stockton, CA

2009    **William J. Brennan Graduate Assistant Fellowship**, Order of Omega National Headquarters, Jacksonville, FL, **Amount:** $500

## PROFESSIONAL SERVICE & INVOLVEMENT

**American College Personnel Association (ACPA)**

*General Service*
- Program Reviewer, Annual Convention Program Committee, October 2014 & October 2017
- Member, Annual Convention Special Events Committee, November 2014 – March 2016

*Commission of Multicultural Affairs (CMA)*
- Co-Chair, Culture Fest, October 2012 – June 2015

*Pan African Network (PAN)*
- Co-Chair, Awards Committee, May 2017 – March 2018
- Co-Chair, Public Relations Committee, May 2014 – June 2015
- Co-Chair, Awards Committee, May 2010 – March 2012

**Association for Fraternity & Sorority Advisors (AFA)**
- Member, Governance and Nominations Committee, December 2024 – present
- Member, Annual Meeting Programming Committee, December 2017 – December 2018

**Association of Student Conduct Administrators (ASCA)**

**Association for the Study of Higher Education (ASHE)**

**National Association of Student Personnel Administrators (NASPA)**
- Reviewer, Region III Awards Committee, 2020

**Delta Sigma Theta Sorority, Inc. (ΔΣΘ)**
- Member, Undergraduate & University Affairs Taskforce, November 2023 – present
- Member, ad hoc Membership Intake Workteam, April 2024

**Fraternal Values Society**

**Graduate Representative Advisory Board (GRAB)**
- GRAB Research Symposium Chair, 2021-2023
- Treasurer, 2022-2023
- Communications Chair, 2021-2022

**Order of Omega Greek Honor Society**



THE TEXAS A&M
UNIVERSITY SYSTEM

| Contact Information | |
|---|---|
| | Recruiters can reach out to you about this application using the public contact information from your worker profile below. |
| Email | audrey_winking@sco.tamu.edu (Work) |
| Phone Number | |

### Experience

| | |
|---|---|
| Company | Texas A&M University |
| Title | Student Affairs Coordinator |
| Location | Student Conduct Office |
| Start Date | |
| End Date | |
| Responsibilities and Achievements | Supervision and training of full time administrative support staff. Student conduct case administration. Facilitate training and outreach opportunities. |

| | |
|---|---|
| Company | Texas A&M University |
| Title | Associate Coordinator |
| Location | Student Conduct Office |
| Start Date | |
| End Date | |
| Responsibilities and Achievements | Supervision of graduate assistant, including hiring and training. Student conduct administration. Facilitate hazing prevention trainings, hazing education workshops, and ethics and decision making workshops. |

| | |
|---|---|
| Company | Texas A&M University |
| Title | Community Director |
| Location | Residence Life |
| Start Date | |
| End Date | |
| Responsibilities and Achievements | Supervise resident advisors. Manage residence halls, keys, budgets, and more. Advise community council. Serve in on-call duty rotation. Plan events and programs for the on campus residents. |

| | |
|---|---|
| Company | Texas A&M University |
| Title | Graduate Hall Director/Graduate Resident Manager |
| Location | Residence Life |
| Start Date | |
| End Date | |
| Responsibilities and Achievements | |

| | |
|---|---|
| Replace the Experience information in my profile with this information | No |

### Education

| | |
|---|---|
| Country | United States of America |
| School | Texas A&M University |
| Degree | Doctorate |
| Degree Received | |

App'x 187



THE TEXAS A&M
UNIVERSITY SYSTEM

| | |
|---|---|
| **Field of Study** | Higher Education Administration |
| **First Year Attended** | 2018 |
| **Last Year Attended** | |
| **GPA** | |

| | |
|---|---|
| **Country** | United States of America |
| **School** | Texas A&M University |
| **Degree** | Masters |
| **Degree Received** | |
| **Field of Study** | Education Administration |
| **First Year Attended** | 2014 |
| **Last Year Attended** | 2016 |
| **GPA** | |

| | |
|---|---|
| **Country** | United States of America |
| **School** | Maryville University of Saint Louis |
| **Degree** | Bachelors |
| **Degree Received** | |
| **Field of Study** | |
| **First Year Attended** | 2010 |
| **Last Year Attended** | 2013 |
| **GPA** | |

| | |
|---|---|
| **Replace the Education information in my profile with this information** | No |

**Certifications**

none entered

**Language**

none entered

**Skills**

none entered

**Resume / Cover Letter**

**Questionnaire**

1. Default Primary Questionnaire - Internal Career Site 09/22

| Question | Answer(s) |
|---|---|
| If this position is located in the United States and you are selected, would you now or in the future require sponsorship for immigration-related employment authorization (e.g. H1-B, O-1, E-3, TN)? | No |

THE TEXAS A&M
UNIVERSITY SYSTEM

View Submitted Application: Internal: Student
Affairs Coordinator

03:25 PM
04/05/2024
Page 3 of 5

| Question | Answer(s) |
|---|---|
| Texas Government Code, Section 657, as amended, requires that a state agency or institution of higher education must provide employment preference to individuals who qualify for a veteran's employment preference. An individual who qualifies for a veteran's employment preference is entitled to a preference in employment with or appointment to a state agency or institution of higher education over other applicants for the same position who do not have a greater qualification.<br><br>You are not obligated to respond to State Veteran's Preference demographics; however, your response is important to meet federal and state reporting requirements. Information you provide will remain confidential in accordance with applicable federal and state regulations. Your employment will not be adversely affected by information you furnish.<br><br>Do you qualify for State of Texas veteran employment preference based on the four definitions below? | None of the above |
| I am 25 years of age or younger and was under the permanent managing conservatorship of the Texas Department of Family and Protective Services on the day preceding my 18th birthday. If hired and claiming foster child status, you will be required to provide verification of such status. | No |
| To comply with The Texas A&M University System policy on nepotism, answer the following question. Are you related to any current Texas A&M University System employee, official or regent? | No |
| If yes, state his/her name, relationship and the A&M System institution or agency. | |
| Have you ever worked for the State of Texas? | Yes |
| If yes, please indicate the agency and start/end dates of employment. | Texas A&M, August 2014-current |



| Question | Answer(s) |
|---|---|
| Application Terms and Conditions<br><br>I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief and made in good faith. I understand that any falsification, misrepresentation, or omission of fact made herein or at any point in the hiring process may (a) void my application, (b) be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change.<br><br>I authorize Texas A&M System members to conduct checks relating to my employment, education and any licenses. I also authorize all current and prior employers to provide full details concerning my past employment and I release them from all liability that may result from providing such truthful information. I understand that this history check may be required as specified by the appropriate System Member.<br><br>The Texas A&M System members are at-will employers and may dismiss employees with or without cause. I understand that if employed by a member of The Texas A&M System I will be an at-will employee and may be dismissed from employment with or without cause unless I have a legally different status.<br><br>I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire.<br><br>I understand that any offer of employment is contingent upon my completing the U.S. Citizenship and Immigration Services Form I-9 and providing documents to verify my identity and employment eligibility as required by law. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work. I understand that as conditions of employment, I will be required to comply with U.S. export control regulations, clear a background check, and provide the TAMUS member all required employment documentation.<br><br>I acknowledge that by checking the certification statement below, I am ELECTRONICALLY SIGNING the Employment Application and affirming that information contained within this application is accurate and true. | Yes, I have read and consent to the terms and conditions |
| You have responded to the Term and Conditions that you do not consent, which will cause your application to be removed from consideration. | |

## THE TEXAS A&M UNIVERSITY SYSTEM

| Question | Answer(s) |
|---|---|
| Application Terms and Conditions<br><br>I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief and made in good faith. I understand that any falsification, misrepresentation, or omission of fact made herein or at any point in the hiring process may (a) void my application, (b) be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change.<br><br>I authorize Texas A&M System members to conduct checks relating to my employment, education and any licenses. I also authorize all current and prior employers to provide full details concerning my past employment and I release them from all liability that may result from providing such truthful information. I understand that this history check may be required as specified by the appropriate System Member.<br><br>The Texas A&M System members are at-will employers and may dismiss employees with or without cause. I understand that if employed by a member of The Texas A&M System I will be an at-will employee and may be dismissed from employment with or without cause unless I have a legally different status.<br><br>I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire.<br><br>I understand that any offer of employment is contingent upon my completing the U.S. Citizenship and Immigration Services Form I-9 and providing documents to verify my identity and employment eligibility as required by law. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work. I understand that as conditions of employment, I will be required to comply with U.S. export control regulations, clear a background check, and provide the TAMUS member all required employment documentation.<br><br>I acknowledge that by checking the certification statement below, I am ELECTRONICALLY SIGNING the Employment Application and affirming that information contained within this application is accurate and true. | |

Questionnaire
TAMU_U9798_Student Affairs Coordinator

| Question | Answer(s) |
|---|---|
| Select the response that best represents your years of education. | Completed a Master's degree |
| Select the response that best represents your years of experience student affairs work or related specialty area. | 8 |

**App'x 191**

| | |
|---|---|
| Nature | **College Station** |
| Urgency | **Student** |
| Incident Date and Time | |
| Incident Location | **Other On-Campus Quad near Asbury** |

Reported by

| | |
|---|---|
| Name: | **Skylar Latham** |
| Title: | **Student Development Specialist II** |
| Email: | **skylarl@sco.tamu.edu** |
| Phone | **979-847-7272** |
| Address: | **932000583** |
| | **[UNAUTHENTICATED]** |

Involved Parties

███████████████████████
██████

Incident Description
Please describe the incident with as much detail as possible and use specific, concise, objective language. Focus on the Who, What, When, Where, How, and Why of the incident. Indicate specific people, words, phrases, and interactions.

Please try use specific names instead of pronouns (he, she, they, etc.) when referring to people in the body of the report. When possible, we encourage the use of direct quotes, even in incidents when the language may be profane or abusive. For example, "Joe Aggie shook his fist at me and said 'you are a stupid loser'" is more helpful than "Joe Aggie was threatening and used aggressive language with me."
**The Department of Student Community Standards was wrapping up a morning of investigation interviews to which** ████████ **was a participant.** ██████████████████████ **within the Ashbury building, reviewing his notes, and as he prepared to leave expressed concern about missing his** ████████ **meeting and getting** ███████████ **"**██████ **was informed that this is official University business, and he should not be punished by his** ██████ **for being late. I asked the student the name of his** ████████████ **, which he stated is** ██████████ **, Despite staff reassurances** ████████████████████████
**As the remainder of staff began to leave, including myself,** █████ **also began to exit the building. I and two other staff members were not far from the front entrance of Ashbury when we heard a shout and turned to observe what was happening. There we witnessed** ██████ **, who we knew to be him as the cadet was in** ████████ **standing as an** ████████████ **stood in his face. We are unsure of who the** ████████ **was, but the interaction appeared tense.**

*Pending IR #00035453*
*Submitted from 128.194.2.136. Processed by routing rule #167. Routed to Asia Smith, Assistant Director.*
*Copies to: scrs@studentlife.tamu.edu,dbelljr3@tamu.edu*

**APP'X 192**

**Subject:** Re: Investigation Update
**Date:** Thursday, October 10, 2024 at 9:55:27 AM Central Daylight Time
**From:** Jeffery, Justin S
**To:** Bell Jr, Douglas

Thank you.

**Justin Jeffery, Ph.D.** | Assistant Vice President
Division of Student Affairs | Texas A&M University
117 Koldus Bldg. | College Station, TX 77843-1256

(979) 845-4728 | jjeffery@tamu.edu | studentaffairs.tamu.edu

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, October 10, 2024 9:52:45 AM
**To:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** Investigation Update

Howdy,
Currently at 9:30am we have          who remain to be questioned. Many of the direct behavioral questions are being answered with "no comment" "I prefer not to answer" or "I did not witness see that behavior".  They have corroborated some of the incidents regarding doing planks on concrete during FOW.  In addition chains being used on the door to wake them up during FOW, but stated this behavior has not continued.  There is one that has corroborated the Fish Spur incident regarding having to get special wire for their spurs.  I do not have must more details as they are still reviewing notes and we still have some fish to question.

Monday we intend to interview          that have                                              .

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**Subject:** Volunteer Investigators
**Date:** Tuesday, October 8, 2024 at 2:24:37 PM Central Daylight Time
**From:** Bell Jr, Douglas
**To:** Jeffery, Justin S
**CC:** Winking, Audrey J

Below are the times we have volunteer Investigators
6 am – 8 am (Shante Hearst and Steven Gros)
6 am – Susan Fox Forrester
9 am – 2 pm – Lauren Dorsett
SCO Staff that will not hear this case  (Catherine Ritzi and Skylar Lathan)

Jay Taylor/Jeanae Doughty/Jessie Trejo – Support
7 members of the Corps Staff will serve as co-investigator.

I will send out another call in the morning.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station. TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**Wednesday, October 16, 2024 at 09:20:09 Central Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Thursday Investigation Information |
| **Date:** | Wednesday, October 9, 2024 at 8:39:30 AM Central Daylight Time |
| **From:** | Bell Jr, Douglas |
| **To:** | Jeffery, Justin S |
| **Attachments:** | Volunteer Info.docx, Volunteer Availability.xlsx, map to ash 2.png, template - form.pdf, template - notes.pdf |

FYI

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station. TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Wednesday, October 9, 2024 8:38 AM
**To:** Fleming, John D <jfleming@vpsa.tamu.edu>; Driver, Tonya <tonyadriver@tamu.edu>; Dawson, Mark <mdawson@dms.tamu.edu>; Altendorf, Luke J <l-altendorf@exchange.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; Gros, Steven L. <sgros@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>; Dorsett, Lauren R <laurend@studentlife.tamu.edu>
**Cc:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** Thursday Investigation Information

Howdy,

Thank you so much for your willingness to assist us with this large-scale investigation. We truly could not do this without you and are so appreciative of your help! Below you will find an overview of our plan for the interviews and instructions related to your role (also attached as a word document if that is easier/more accessible for you). Please double check the Volunteer Availability spreadsheet and make sure that we have you marked down accurately!

Overview:
We will be interviewing                    from one outfit in the Corps. In order to limit conversations between interviews, we will be monitoring all of the students in the Ash 2 Classroom until their interviews are completed (which is why we are needing multiple volunteers to conduct the interviews). Student Community Standards staff will check all of the students in when they arrive and the students will remain in the Ash 2 Classroom until they are called for their interview. Audrey will be going over the procedural information in the Acknowledgement Form with the students as a group, but the students will sign those forms individually when they are called for their interviews.

Location:
Please report to the Ash 2 classroom (on the third floor) when you arrive. Attached is a map with some reference points to help you navigate to Ash 2. Ash 2 is circled in red; the arches on the corps quad are circled in blue; Rudder and the MSC are circled in pink; the Student Services Building is circled in purple.
We have separate smaller rooms reserved on the third floor of Ash 2 for the interviews themselves. We will be utilizing a lounge on the third floor of Ash 2 for the students to review their interview notes after their interview is complete.

Investigator Role/Process:
You (along with SCS staff and other volunteers) will be interviewing the                    cadets individually, along with a co-investigator from the Corps. A SCS staff member in the Ash 2 Classroom will provide you with a pre-filled acknowledgement form for the individual student you will interview. Please call that student and take them to your designated interview room.

Once at your interview room, hand the student their acknowledgment form and have them check the demographic information on the front page. If anything is incorrect, please have them correct it. On the back page, the student needs to initial all the statements in the middle section of the page. On the bottom section, they will initial one or the other, indicating whether they are wanting to participate in the interview or not. Regardless of their decision to participate or not, have them sign and date the form and give it back to you. Attached is an example of this form with the areas that they need to review and fill out.

If the student chose not to participate, you will walk them to the lounge and have them sign out with the staff member there. You can hand their signed acknowledgement form to that staff member.

If the student chose to participate, you will then begin going through their interview questions. Please type their responses directly after the question itself (please don't add extra lines/rows into the document) and try to type what they say as verbatim as possible. Attached is an example of this the notes pages which shows you where/how to type their responses to the interview questions. *If you need to prompt the student to elaborate on any of their responses, please do so* (for example,

asking for names of people involved/present, when something occurred, how often this occurred, which upperclassmen directed/enforced certain behaviors, etc.).

Once you have gotten through all the questions with the student, you will walk them to the lounge. Have them wait in there while you get their notes pages printed. We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.

Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, then draw your signature on the bottom of **every** page where it says "investigator signature". Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge. You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student.

**Note: We will have some laptops/USB drives available if needed, but if you have a laptop and/or USB that you are able to bring to utilize during the interviews, that would be super helpful!**

Again, we sincerely thank you for helping us conduct this investigation. If you have any questions, please reach out to Audrey or Dr. Bell.

Best,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**Wednesday, October 16, 2024 at 09:20:09 Central Daylight Time**

---

**Subject:** RE: Interview Assistance
**Date:** Tuesday, October 8, 2024 at 3:57:11 PM Central Daylight Time
**From:** Bell Jr, Douglas
**To:** McMillen, Drew M, Kurten, Jason H, Burns, Doug, Crawford, Dr. Tia, Fleming, John D, Driver, Tonya
**CC:** Jeffery, Justin S, Winking, Audrey J

Howdy,
I am attempting to conduct a large-scale interview process, and I am seeking to have volunteer investigators assist with interviewing members of the Corps. We are currently looking to conduct interviews with members of the Corps on Thursday Morning starting at 6:00 am. We are hoping to

conclude the interviews by 1:00pm. Are there any individuals who could assist with this large-scale investigation during this time period? Thank you in advance for your consideration.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station. TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Bell Jr, Douglas
**Sent:** Monday, October 7, 2024 12:17 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@studentlife.tamu.edu>; McMillen, Drew M <dmcmillen@rec.tamu.edu>; Kurten, Jason H <jkurten@tamu.edu>; Burns, Doug <d-burns@dsa.tamu.edu>; Winkler, Angela M <AngelaW@studentlife.tamu.edu>; McKoin Owens, Melanie E <MelanieM@studentlife.tamu.edu>; Daggers, Libby <libbyd@studentlife.tamu.edu>; Dorsett, Lauren R <LaurenD@studentlife.tamu.edu>; Cox, Kelly <kcox@sls.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; King, Laurell D. <lking@stuact.tamu.edu>; Brown, Lauren M <lbrown@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>
**Cc:** Baker, Stefanie A <stefanieb@studentlife.tamu.edu>; HUSKEY, JEFFREY RAY <jrhuskey@rec.tamu.edu>; Roberts, Darby M <darby@tamu.edu>; Brown, Josh <jhbrown@stuact.tamu.edu>; Jeffery, Justin S <jjeffery@tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Interview Assistance

Howdy,
I am attempting to conduct a large-scale interview process, and I am seeking to have volunteer investigators assist with interviewing members of the Corps. We are currently looking to conduct interviews with members of the Corps on Thursday Morning starting at 6:00 am. Are there any individuals who could assist with this large scale investigation? Thank you in advance for your consideration.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station. TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Harrell, Kristen
**Sent:** Thursday, September 12, 2024 5:41 PM
**To:** Ramirez Jr, Joe E
**Cc:** Jeffery, Justin S; Bell Jr, Douglas
**Subject:** Squadron 17 History

Joe:

Please see the summary of the past _____ of Squadron 17 investigations provided by Dr. Bell.

Below that, I have provided an additional list of investigations over the years as far back as our records show. You'll see trends where a couple of incidents happen and then there are 4 – 6-year gaps before another hazing incident is reported. The last few years are the most clustered set of reports we have on record for this outfit.

Below are some of the allegations that have been made regarding Squadron 17 from 2021 to 2024:

- January 2021 – A _____ ) were discovered in the hallway of the _____ by a CTO. The CTO asked why the cadets were in the hallway, and the response from the _____ was they wanted to engage the _____ in stories about the Corps. The CTO sent the _____ to bed and reported the information.

- October 2022 - a written statement was submitted by a _____ student of the Corps of Cadets alleging hazing and harassing behaviors by upperclassmen in Squadron 17 during the Fall semester. The report cites multiple incidents in which a cadet felt unsafe while encountering an upperclassman in the dorm and on the quad on several occasions. This included being locked up on the wall within their hole, being denied finishing meals during chow, _____ requiring PT outside of training hours with no water breaks, and an "Air Out" which consisted of physical training session outside in the middle of the night that included burpees, planks, and low crawls.

- March 2024 – _____ Cadet submitted a report when he _____, sharing information about alleged hazing and other incidents that have been occurring within SQ-17. Former student _____ also shared information about the alleged hazing, including an incident from October 2023 where _____ . During the investigation, the complainant submitted a significant amount of documentation supporting the alleged hazing and other concerning activities that have allegedly taken place within the outfit.

- September 2024 – We have received an additional complaint from a _____ that we are currently looking into. The report includes allegations including excessive PT, unnecessary clothing requirements, inappropriate restrictions on food, studying and personal time, disruption of study time, exposed showering, and other intimidation tactics resulting is fear of returning to their own rooms.

Investigations into organizations are based on reports by students, faculty, staff, and/or members of the community who submit sufficient information to warrant an investigation into events. Each of the following was based on such a report. (The dates reflect the final date the investigation was written, not the reported date).

- October 2006: Hazing
- May 2007: Hazing
- May 2013: Hazing; follow-up occurred in July of 2013 when additional information was needed
- Feb 2014: Hazing
- Sept 2018: Hazing
- Spring 2020 – COVID Isolation: Campus-wide reduction in hazing complaints
- February 2021: Hazing (January '21 reported)
- January 2023: Hazing (October '22 reported)
- March 2024: Hazing
- **September 2024 (reported date): Hazing – investigation pending

Sincerely,

**Kristen Harrell, PhD** | She, her, hers | Assistant Vice President
Office of the Vice President | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.845.4728 | kristenh@tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

2

February 21, 2023

Hiring Committee
Student Life
Texas A&M University
College Station, TX 77843

To the Hiring Committee,

It is with great pleasure that I apply for the SDS II position through the Texas A&M University Student Conduct Office. This position holds a great responsibility in promoting the core values of the university and encouraging the development of students into well-rounded members of their community.

I have had the opportunity of being the graduate assistant for this office for a year and a half. Through my experience, I have become familiar with the university's student rules and processes for case adjudication; specifically, I am familiar with all varying levels of conferences and how to navigate the Maxient program from case creation to case resolution. As a graduate assistant, I have worked with various students from diverse backgrounds and have adjudicated conduct cases. I am also familiar with the variety of campus resources available to students (CAPS, Health Promotions, etc.) and feel confident in helping connect students to these resources when necessary.

I believe that my current experience with the office makes me a strong candidate for this position. I am already familiar with office protocols and programs. Beyond my experience in this office, I also bring an educational background in public policy and administration, specifically education policy and administration. This background, coupled with my career experiences, leaves me feeling confident in my ability to contribute to the office's growth and interact with its various stakeholders.

I would like to thank you for your consideration and look forward to further discussing this position and my qualifications. To contact me, you may reach out via phone or email.

Sincerely,

**Skylar Latham**

# Skylar Latham

## EDUCATION

- **George H.W. Bush School of Government and Public Service at Texas A&M University**, College Station, TX / *Master of Public Service and Administration, Concentrations in Education Policy and Management and State and Local Government Policy and Management* - May 2023
- **Lewis University**, Romeoville, IL / *Bachelor of Arts in Political Science, Minors in Literature and Philosophy* - May 2021

## COMPETENCIES

- Microsoft Office
- Conflict-Mediation
- Communication
- Compass
- Howdy Portal

## EXPERIENCE

**Student Conduct Office at Texas A&M University,** College Station, TX

*Student Conduct Administrator* August 2021 - Present
- Reviewed campus partner reports to determine the possibility of student rule violations
- Facilitated student conduct conferences to determine student responsibility and appropriate sanctions
- Tracked conduct cases via Excel spreadsheet and Maxient
- Facilitated office Ethics and Decision-Making workshop

**Grad Camp at Texas A&M University,** College Station, TX
*Grad Camp Counselor* August 2022

- Collaborated with counseling partner to introduce new graduate students to Texas A&M University
- Supported approximately 55 new graduate students throughout the course of three days
- Worked attentively to answer questions regarding campus in a timely and accurate manner
- Demonstrated knowledge of University resources and traditions through presentations and walking tours

**The Office of Community Engaged Learning at Lewis University**, Romeoville, IL
*Community Engaged Learning Coordinator (Student Position)* January 2020 - May 2021

- Utilized Microsoft Word and Powerpoint for office handouts and presentations
- Assessed office progress and revised protocols to meet goals and fulfill expectations
- Met and communicated regularly with the department director and 20 student-leaders
- Created reports detailing office duties and how they have been performed previously, and how they can be performed moving forward

**Panera Bread, LLC**, Bolingbrook, IL

*Team Lead* May 2016 - May 2021

- Delegated tasks among team members
- Responded to customer concerns and worked to mediate issues as they arose

- Created training plans for new associates
- Regularly checked with supervisors regarding shifts and the progress of trainees

**The Office of Community Engaged Learning at Lewis University**, Romeoville, IL
*Community Engaged Learning Facilitator (Student Position)* August 2019 - January 2020

- Facilitated reflections for approximately 20 students
- Generated reflection plans and activities
- Developed working relationships with faculty partners and planned semester goals for students
- Worked collaboratively with other facilitators to solve problems that arose and generate ideas for classroom activities

**Roscoe Elementary School,** Roscoe, IL
*Classroom Student-Assistant* August 2016 - May 2017

- Aided in the management of approximately 20-second graders
- Designed lesson plans and helped facilitate classroom activities
- Provided one-on-one student instruction
- Participated in after-school activities to further promote student learning

**Paw Prints Preschool,** Machesney Park, IL
*Assistant Student-Preschool Teacher* August 2015 - May 2016

- Designed lesson plans and helped facilitate activities for approximately 18 preschool children
- Provided direct support for one individual child and helped improve writing skills
- Obtained Illinois license to assist in the classroom while simultaneously receiving training on early childhood development

-----Original Message-----
From: Welsh III, Mark A <mwelsh@tamu.edu>
Sent: Friday, October 4, 2024 10:56 PM
To: Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
Subject: Re: Message from "RNP5838799FAAF0"

Thank you Joe!   Mark

Sent from my iPhone

> On Oct 4, 2024, at 9:41 AM, Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu> wrote:
>
> President Welsh - as promised, here is the letter I received from Doug Bell this morning, written by Air Force ROTC Cadre here at Texas A&M. It came to Doug Bell via a student worker in the Office of the Commandant who hand carried it to him in an envelope.
>
> Ready to discuss with you at your convenience.
>
> VR, Joe
>
> BG Joe E. Ramirez, Jr
> United States Army (Retired)
> Vice President for Student Affairs
> Texas A&M University
>
> <20241004094402187.pdf>

1

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, October 10, 2024 4:16 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** RE: Interviews Preliminary Synopsis

I wanted to provide an additional update. We will be interviewing one of the individuals tomorrow morning. I called the second student to move his interview to tomorrow. The second individual is at             and cannot participate until Monday. I informed him to keep the original time we scheduled on Monday. Please let me know if you need any additional information from me.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Bell Jr, Douglas
**Sent:** Thursday, October 10, 2024 4:01 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** Re: Interviews Preliminary Synopsis

We have confirmed that one will be able to meet with us tomorrow and we are waiting or a response from the other. There will not be a Corps staff member present as he is out tomorrow.

Douglas Bell

Please excuse any typo, message sent from I-Phone

On Oct 10, 2024, at 3:39 PM, Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu> wrote:

**Come clarify what that means, Doug. THIS is the priority right now. So please come explain what the issue is.**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, October 10, 2024 3:37 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** RE: Interviews Preliminary Synopsis

I will do what I can, but it is an EXTREME burden to have these two individuals, who are already confirmed for Monday, rescheduled for tomorrow.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Thursday, October 10, 2024 3:34 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** RE: Interviews Preliminary Synopsis

**Do we not have anyone else who can do this?? This is a priority and in my opinion we need to move much quicker than Monday.**

*BG Joe E. Ramirez, Jr*
*United States Army (Retired)*
*Vice President for Student Affairs*
*Texas A&M University*

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, October 10, 2024 3:21 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** RE: Interviews Preliminary Synopsis

Unfortunately, my investigator needs some additional time to prepare as she is recovering from a medical issue and had to go home early today. We have reached out to both individuals and one has already responded. The soonest we can have it completed is Monday.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Sent:** Thursday, October 10, 2024 3:05 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** RE: Interviews Preliminary Synopsis

**Doug – I thought we were interviewing the            tomorrow?? We need to do that as soon as possible.**

*BG Joe E. Ramirez, Jr*

*United States Army (Retired)*

*Vice President for Student Affairs*

*Texas A&M University*

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, October 10, 2024 2:55 PM
**To:** Ramirez Jr, Joe E <jramirez@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** Interviews Preliminary Synopsis

B.G. Ramirez,
I wanted to provide some preliminary information regarding our interview with the fish in Squadron 17. I have reviewed many of the interview notes. Most of the information has been corroborated by more than one      . Some of the behaviors that some of the have corroborated are as follows:

1. Being told that the Standard does not apply to Squadron 17. They have a higher standard for cadets. The current standard is too soft.
2. Fish were required to do elbow planks on bricks during FOW. (many have stated this practice has stopped)
3. Having to "whip out" in the dark" appears to have happened during FOW. An upperclassman was named for this activity.
4. It appears that there has been an incident that occurred

                                                                    .
5.                                                                                     .
6. Fish have been held out of class on occasion.
7. Fish not being able to sleep or lay down during the day.

3

My investigator intends to interview the          who                          on Monday. She will review the notes tomorrow to develop questions for these       individuals,                         in the current interview notes. I will be sure to keep you updated as this process continues.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**App'x 207**

**From:** Hearst, Shante
**Sent:** Monday, October 7, 2024 1:46 PM
**To:** Bell Jr, Douglas
**Subject:** RE: Interview Assistance

I can be available this Thursday from 6-8 AM.

**Shanté Hearst** | Assistant Director
Department of Student Activities | *Fraternity & Sorority Life*
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.5636 | shearst5@tamu.edu | stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Monday, October 7, 2024 12:17 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@studentlife.tamu.edu>; McMillen, Drew M <dmcmillen@rec.tamu.edu>; Kurten, Jason H <jkurten@tamu.edu>; Burns, Doug <d-burns@dsa.tamu.edu>; Winkler, Angela M <angelaw@studentlife.tamu.edu>; McKoin Owens, Melanie E <melaniem@studentlife.tamu.edu>; Daggers, Libby <libbyd@studentlife.tamu.edu>; Dorsett, Lauren R <laurend@studentlife.tamu.edu>; Cox, Kelly <kcox@sls.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; King, Laurell D. <lking@stuact.tamu.edu>; Brown, Lauren M <lbrown@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>
**Cc:** Baker, Stefanie A <stefanieb@studentlife.tamu.edu>; HUSKEY, JEFFREY RAY <jrhuskey@rec.tamu.edu>; Roberts, Darby M <darby@tamu.edu>; Brown, Josh <jhbrown@stuact.tamu.edu>; Jeffery, Justin S <jjeffery@tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Interview Assistance

Howdy,
I am attempting to conduct a large-scale interview process, and I am seeking to have volunteer investigators assist with interviewing members of the Corps. We are currently looking to conduct interviews with members of the Corps on Thursday Morning starting at 6:00 am. Are there any individuals who could assist with this large scale investigation? Thank you in advance for your consideration.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**App'x 208**

**From:** Hearst, Shante
**Sent:** Monday, October 7, 2024 5:12 PM
**To:** Bell Jr, Douglas
**Subject:** RE: Interview Assistance

I see that Steven wasn't included. He's also available 6-8 am if you still need volunteers.

**Shanté Hearst** | Assistant Director
Department of Student Activities | *Fraternity & Sorority Life*
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.5636 | shearst5@tamu.edu | stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Monday, October 7, 2024 12:17 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@studentlife.tamu.edu>; McMillen, Drew M <dmcmillen@rec.tamu.edu>; Kurten, Jason H <jkurten@tamu.edu>; Burns, Doug <d-burns@dsa.tamu.edu>; Winkler, Angela M <angelaw@studentlife.tamu.edu>; McKoin Owens, Melanie E <melaniem@studentlife.tamu.edu>; Daggers, Libby <libbyd@studentlife.tamu.edu>; Dorsett, Lauren R <laurend@studentlife.tamu.edu>; Cox, Kelly <kcox@sls.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; King, Laurell D. <lking@stuact.tamu.edu>; Brown, Lauren M <lbrown@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>
**Cc:** Baker, Stefanie A <stefanieb@studentlife.tamu.edu>; HUSKEY, JEFFREY RAY <jrhuskey@rec.tamu.edu>; Roberts, Darby M <darby@tamu.edu>; Brown, Josh <jhbrown@stuact.tamu.edu>; Jeffery, Justin S <jjeffery@tamu.edu>; Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Interview Assistance

Howdy,
I am attempting to conduct a large-scale interview process, and I am seeking to have volunteer investigators assist with interviewing members of the Corps. We are currently looking to conduct interviews with members of the Corps on Thursday Morning starting at 6:00 am. Are there any individuals who could assist with this large scale investigation? Thank you in advance for your consideration.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Hearst, Shante
**Sent:** Wednesday, October 9, 2024 11:13 AM
**To:** Winking, Audrey J
**Subject:** RE: Thursday Investigation Information

Thank you!

**Shanté Hearst** | Assistant Director
Department of Student Activities | *Fraternity & Sorority Life*
1236 TAMU | College Station, TX 77843-1236

ph: 979.862.5636 | shearst5@tamu.edu | stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Wednesday, October 9, 2024 11:03 AM
**To:** Hearst, Shante <shearst@stuact.tamu.edu>
**Subject:** RE: Thursday Investigation Information

We will have the notes pages ready for you all with the questions! So you'll just need to ask the questions and type their responses. You may need to prompt them with additional follow up questions if they don't elaborate much, but the main questions will be inputted in the notes pages for you ready to go.

Thanks!

**Audrey Winking**  Assistant Director | Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**From:** Hearst, Shante <shearst@stuact.tamu.edu>
**Sent:** Wednesday, October 9, 2024 10:30 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Thursday Investigation Information

Audrey,

Thank you for this information and clear instructions. Two things:
1. Are all of the interview questions already in the notes template? Or will the investigation team need to create those?
2. I will bring my own laptop but will need a USB drive provided by SCS/SCO.

**Shanté Hearst** | Assistant Director
Department of Student Activities | *Fraternity & Sorority Life*

1

1236 TAMU | College Station, TX 77843-1236

ph: 979.862.5636 | shearst5@tamu.edu | stuact.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Wednesday, October 9, 2024 8:38 AM
**To:** Fleming, John D <jfleming@vpsa.tamu.edu>; Driver, Tonya <tonyadriver@tamu.edu>; Dawson, Mark <mdawson@dms.tamu.edu>; Altendorf, Luke J <l-altendorf@exchange.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; Gros, Steven L. <sgros@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>; Dorsett, Lauren R <laurend@studentlife.tamu.edu>
**Cc:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** Thursday Investigation Information

Howdy,

Thank you so much for your willingness to assist us with this large-scale investigation.  We truly could not do this without you and are so appreciative of your help!  Below you will find an overview of our plan for the interviews and instructions related to your role (also attached as a word document if that is easier/more accessible for you).  Please double check the Volunteer Availability spreadsheet and make sure that we have you marked down accurately!

Overview:
We will be interviewing                    from one outfit in the Corps.  In order to limit conversations between interviews, we will be monitoring all of the students in the Ash 2 Classroom until their interviews are completed (which is why we are needing multiple volunteers to conduct the interviews).  Student Community Standards staff will check all of the students in when they arrive and the students will remain in the Ash 2 Classroom until they are called for their interview.  Audrey will be going over the procedural information in the Acknowledgement Form with the students as a group, but the students will sign those forms individually when they are called for their interviews.

Location:
Please report to the Ash 2 classroom (on the third floor) when you arrive.  Attached is a map with some reference points to help you navigate to Ash 2.  Ash 2 is circled in red; the arches on the corps quad are circled in blue; Rudder and the MSC are circled in pink; the Student Services Building is circled in purple. We have separate smaller rooms reserved on the third floor of Ash 2 for the interviews themselves. We will be utilizing a lounge on the third floor of Ash 2 for the students to review their interview notes after their interview is complete.

Investigator Role/Process:
You (along with SCS staff and other volunteers) will be interviewing the                    individually, along with a co-investigator from the Corps.  A SCS staff member in the Ash 2 Classroom will provide you with a pre-filled acknowledgement form for the individual student you will interview.  Please call that student and take them to your designated interview room.

Once at your interview room, hand the student their acknowledgment form and have them check the demographic information on the front page.  If anything is incorrect, please have them correct it. On the back page, the student needs to initial all the statements in the middle section of the page.  On the bottom section, they will initial one or the other, indicating whether they are wanting to participate in the interview

or not.  Regardless of their decision to participate or not, have them sign and date the form and give it back to you.  Attached is an example of this form with the areas that they need to review and fill out.

If the student chose not to participate, you will walk them to the lounge and have them sign out with the staff member there. You can hand their signed acknowledgement form to that staff member.

If the student chose to participate, you will then begin going through their interview questions. Please type their responses directly after the question itself (please don't add extra lines/rows into the document) and try to type what they say as verbatim as possible. Attached is an example of this the notes pages which shows you where/how to type their responses to the interview questions.  *If you need to prompt the student to elaborate on any of their responses, please do so* (for example, asking for names of people involved/present, when something occurred, how often this occurred, which upperclassmen directed/enforced certain behaviors, etc.).

Once you have gotten through all the questions with the student, you will walk them to the lounge.  Have them wait in there while you get their notes pages printed.  We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.

Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, then draw your signature on the bottom of **every** page where it says "investigator signature".  Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge.  You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student.

**Note: We will have some laptops/USB drives available if needed, but if you have a laptop and/or USB that you are able to bring to utilize during the interviews, that would be super helpful!**

Again, we sincerely thank you for helping us conduct this investigation.  If you have any questions, please reach out to Audrey or Dr. Bell.

Best,


**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**App'x 212**

Perfect, I am going to schedule the interview for Wednesday from 2-4pm – I will send you a calendar invite shortly!

Thanks,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Sent:** Monday, September 30, 2024 8:18 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Co-Investigator

Audrey,
I am available on Tuesday from 11am to 1pm and then 2pm to 5pm. On Wed, I have all day open.

**LtCol Robert S. Washington '95, USMC (Ret)** | Operations Planner & RV Company Advisor
Corps of Cadets | Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227
Office ph: 979.862.4311 Mobile ph:910.320.0978
rwashington@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, September 27, 2024 12:53 PM
**To:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** RE: Co-Investigator

Hi Rob,

Can you please send me your availability for Tuesday and Wednesday (October 1st and 2nd)? I

would like to schedule our investigation interview as soon as possible.

Thanks!
Audrey

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Friday, September 27, 2024 12:01 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Fwd: Co-Investigator

FYI

Douglas Bell

Please excuse any typo, message sent from I-Phone

Begin forwarded message:

> **From:** "Gardner, Jeffery D" <jeff_gardner@corps.tamu.edu>
> **Date:** September 27, 2024 at 11:56:01 AM CDT
> **To:** "Bell Jr, Douglas" <douglasb@vpsa.tamu.edu>
> **Cc:** "Simpson, Meredith M" <msimpson@corps.tamu.edu>, "Washington, Robert Sykes" <rwashington@corps.tamu.edu>
> **Subject: Re: Co-Investigator**
>
> Rob Washington
>
> > On Sep 27, 2024, at 11:45 AM, Bell Jr, Douglas <douglasb@vpsa.tamu.edu> wrote:
> >
> > Can you please provide a co-investigator for the Squadron 17 cadet ___. Thanks in advance.
> >
> > **Douglas Bell, Ph.D.**  | Director of Student Community Standards

Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| **From:** | Gardner, Jeffery D |
|---|---|
| **To:** | Bell Jr, Douglas |
| **Cc:** | Utterback, Loyd S.; Simpson, Meredith M |
| **Subject:** | RE: Hazing in Squadron 17 |
| **Date:** | Thursday, September 5, 2024 3:10:50 PM |

Yes Sir.  I provided the tell somebody link and ask that he pass it to any other parents with concerns.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Corps Standards and Accountability Director
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, September 5, 2024 2:41 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** RE: Hazing in Squadron 17

Thank you for this information.  Did you follow up with the          as well?

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Sent:** Thursday, September 5, 2024 2:10 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Utterback, Loyd S. <lutterback@corps.tamu.edu>; Simpson, Meredith M <msimpson@corps.tamu.edu>
**Subject:** FW: Hazing in Squadron 17

Dr. Bell,

       Below you will find the email previously forwarded to you and below it a survey from a Sq 17                 .  There are no specific dates indicated however the        does list specific names and events.  The areas highlighted in yellow are potentially in violation of student rule 24:

**24.4.2. Harassment.** Behavior that is severe, pervasive, or persistent to a degree that a reasonable person similarly situated would be prevented from accessing an educational opportunity or benefit. This behavior includes, but is not limited to, verbal abuse, threats, intimidation, and coercion. In addition, harassment *may* be conducted by a variety of mediums, including but not limited to, physical, verbal, graphic, written, or electronic. (Please see University Rule 08.01.01.M1. for harassment based on a person's protected status).

**24.4.3. Physical abuse.** Any attempt to cause injury or inflict pain; or causing injury or inflicting pain. Also causing physical contact with another when the person knows or should reasonably believe that the other will regard the contact as offensive or provocative. It is not a defense that the person, group, or *organization* against whom the physical abuse was directed consented to, or acquiesced to, the physical abuse.

**24.4.5. Hazing.** Any act that endangers the mental or physical health or safety of a *student*, or that destroys or removes public or private property; and/or assisting, directing, or in any way causing others to participate in degrading behavior and/or behavior that causes ridicule, humiliation, or embarrassment for the purpose of initiation, admission into, affiliation with, or as a condition for continued membership in a group or *organization*; or as part of any activity of a recognized student *organization*, student group, Corps of Cadets, Corps outfit, Corps unit, or Corps Special Activities. Previously relied upon "traditions" (including Corps, fraternity/sorority, or any other group or *organization* activity, practice or tradition), intent of such acts, or coercion by current or former members or student leaders of such groups, will not suffice as a justifiable reason for participation in such acts. It is not a defense that the person (or group) against whom the hazing was directed consented to, or acquiesced to, the behavior in question.

V/R

Lt. Col Jeff Gardner '82, USAF (Ret)
Corps Standards and Accountability Director
Military Advisor Parsons Mounted Cavalry
979-458-9317

---

**Sent:** Friday, August 30, 2024 3:23 PM
**To:** Gardner, Jeffery D <jeff_gardner@corps.tamu.edu>
**Subject:** Hazing in Squadron 17

**This Message Is From an External Sender**

This message came from outside your organization.

| **From:** | Bell Jr, Douglas |
| **To:** | Fox-Forrester, Susan J |
| **Cc:** | Winking, Audrey J |
| **Subject:** | RE: Interview Assistance |
| **Date:** | Monday, October 7, 2024 3:51:36 PM |

Thank you for your response. I am not sure if it will go all day.  If we have enough volunteers, we are hoping that it will be from 6:00am to Noon.  I will confirm by the end of day tomorrow.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Fox-Forrester, Susan J <sforrester@tamu.edu>
**Sent:** Monday, October 7, 2024 3:49 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: Interview Assistance

Dr. Bell:  I am available Thursday morning to help with this investigation.  Just let me know where, and whether I will need to help with any pre-interview work.  Do you expect to go all day?
Please just confirm.
Warmest regards,
Susan

**Susan Fox-Forrester**  | Assistant Director
Student Affairs Planning, Assessment & Research| Texas A&M University
1254 TAMU | College Station, TX 77843-1254

ph: 979.862.5624  |  sforrester@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Monday, October 7, 2024 12:17 PM
**To:** Upshaw-Brown, Jaclyn B <jaclynu@studentlife.tamu.edu>; McMillen, Drew M <dmcmillen@rec.tamu.edu>; Kurten, Jason H <jkurten@tamu.edu>; Burns, Doug <d-burns@dsa.tamu.edu>; Winkler, Angela M <angelaw@studentlife.tamu.edu>; McKoin Owens, Melanie E <melaniem@studentlife.tamu.edu>; Daggers, Libby <libbyd@studentlife.tamu.edu>; Dorsett, Lauren R <laurend@studentlife.tamu.edu>; Cox, Kelly <kcox@sls.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; King, Laurell D. <lking@stuact.tamu.edu>; Brown, Lauren M <lbrown@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>
**Cc:** Baker, Stefanie A <stefanieb@studentlife.tamu.edu>; HUSKEY, JEFFREY RAY

<[jrhuskey@rec.tamu.edu](mailto:jrhuskey@rec.tamu.edu)>; Roberts, Darby M <[darby@tamu.edu](mailto:darby@tamu.edu)>; Brown, Josh <[jhbrown@stuact.tamu.edu](mailto:jhbrown@stuact.tamu.edu)>; Jeffery, Justin S <[jjeffery@tamu.edu](mailto:jjeffery@tamu.edu)>; Gardner, Jeffery D <[jeff_gardner@corps.tamu.edu](mailto:jeff_gardner@corps.tamu.edu)>

**Subject:** Interview Assistance

Howdy,

I am attempting to conduct a large-scale interview process, and I am seeking to have volunteer investigators assist with interviewing members of the Corps.  We are currently looking to conduct interviews with members of the Corps on Thursday Morning starting at 6:00 am.  Are there any individuals who could assist with this large scale investigation?  Thank you in advance for your consideration.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | [dbelljr3@tamu.edu](mailto:dbelljr3@tamu.edu) | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| | |
|---|---|
| **From:** | Winking, Audrey J |
| **To:** | "Fairbairn, Austin J" |
| **Subject:** | RE: Investigation Interview |
| **Date:** | Friday, October 11, 2024 12:37:00 PM |

Yes, thank you so much for resending!

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Fairbairn, Austin J <afairbairn@corps.tamu.edu>
**Sent:** Thursday, October 10, 2024 1:43 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Investigation Interview

Hi Audrey,

Does this one look a little better?

Very Respectfully,

AUSTIN J. FAIRBAIRN, Capt, USAF
Assistant Director of Operations
Texas A&M AFROTC Det 805

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Thursday, October 10, 2024 12:35 PM
**To:** Fairbairn, Austin J <afairbairn@corps.tamu.edu>
**Subject:** RE: Investigation Interview

Hi Austin,

Thank you for sending that over.  For some reason when I open the PDF on my computer, it's really small and when I zoom in to read it the document gets blurry – are you able to try scanning it again or sending in another format?

Thanks!

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Fairbairn, Austin J <afairbairn@corps.tamu.edu>
**Sent:** Thursday, October 10, 2024 10:25 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Investigation Interview

Howdy Audrey,

I have attached a memo with clarifying comments from our 8 Oct 24 investigation interview.
Please let me know if you have any questions.

Thank you!

Very Respectfully,

AUSTIN J. FAIRBAIRN, Capt, USAF
Assistant Director of Operations
Texas A&M AFROTC Det 805
C: 817-807-5064

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, October 4, 2024 5:58 PM
**To:** Fairbairn, Austin J <afairbairn@corps.tamu.edu>
**Subject:** RE: Investigation Interview

Yes, that's perfect!  I will see you then.

Thanks,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Fairbairn, Austin J <afairbairn@corps.tamu.edu>
**Sent:** Friday, October 4, 2024 5:12 PM

**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Re: Investigation Interview

Howdy Audrey,

Is 10-11 available for the 8th of October?

Get Outlook for Android

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, October 4, 2024 4:00:12 PM
**To:** Fairbairn, Austin J <afairbairn@corps.tamu.edu>
**Subject:** Investigation Interview

Good afternoon,

My name is Audrey Winking and I am the Assistant Director for Investigations in the Department of Student Community Standards.  I have received the memorandum that you submitted regarding Squadron 17, and am needing to schedule a time to meet with you to ask some additional questions for our investigation.  Our meeting will take place in the Student Services Building, Suite 309, and will be scheduled for an hour (we may not need the full hour but for planning purposes I wanted to let you know how long to block on your calendar).

Can you please send me your availability for a one-hour interview on Tuesday, October 8th either between 8:30-11am or 2:30-4:30pm?

Thanks, and I look forward to hearing from you soon!

Best,
Audrey

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu



**DEPARTMENT OF THE AIR FORCE**
AIR EDUCATION AND TRAINING COMMAND

10 October 2024

MEMORANDUM FOR  STUDENT CONDUCT OFFICE OF INVESTIGATIONS

FROM:  AFROTC DET 805 ASSISTANT DIRECTOR OF OPERATIONS

SUBJECT:  Witness Statement Update Regarding Squadron 17 Misconduct

1. This memo outlines additional comments for Capt Fairbairn regarding Squadron 17          during the Student Conduct Office meeting on 8 October 2024.

2. The names of cadets initially withheld from our meeting was due to a potential risk of reprisal against them.  I respect their courage to come forward early and in good faith with details of their mistreatment in Squadron 17.  Their decision to trust Air Force personnel is valued, and their right to discretion should be protected.  My concern is that releasing the details associated with their names will lead to an increased risk of reprisal from other Squadron 17 members against them.

3. I believe their names may help corroborate other incidents from Squadron 17 through this investigation, however, I will retain the names for release at a later date when the risk of reprisal or retaliation from other cadets is eliminated.  I ask that the investigating office make every available effort to protect the identity                that had the quality of character to come forward and report their mistreatments.

4. If you have any questions, please contact me by phone at (979) 845-7611 or by email at afairbairn@corps.tamu.edu.

AUSTIN J. FAIRBAIRN, Capt, USAF
Texas A&M University, Detachment 805
Assistant Director of Operations

**App'x 225**

That's perfect, I will see you at 9am on Tuesday!

Thanks,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Binkley, Nicholas <nbinkley@corps.tamu.edu>
**Sent:** Friday, October 4, 2024 5:03 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Investigation Interview

Good afternoon,

I can be available on Tuesday from 0900-1000.

V/R,

NICHOLAS E. BINKLEY, Capt, USAF
Assistant Professor of Aerospace Studies
AFROTC Detachment 805
Texas A&M University
College Station, TX
(979) 458-6969

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, October 4, 2024 4:04 PM
**To:** Binkley, Nicholas <nbinkley@corps.tamu.edu>
**Subject:** Investigation Interview

Good afternoon,

My name is Audrey Winking and I am the Assistant Director for Investigations in the

Department of Student Community Standards.  I have received the memorandum that you submitted regarding Squadron 17, and am needing to schedule a time to meet with you to ask some additional questions for our investigation.  Our meeting will take place in the Student Services Building, Suite 309, and will be scheduled for an hour (we may not need the full hour but for planning purposes I wanted to let you know how long to block on your calendar).

Can you please send me your availability for a one-hour interview on Tuesday, October 8th either between 8:30-11am or 2:30-4:30pm?

Thanks, and I look forward to hearing from you soon!

Best,
Audrey

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**From:** Winking, Audrey J

**To:**

**Subject:** Re: Investigation Interview Notice

**Date:** Thursday, October 10, 2024 5:09:16 PM

Yes, I will see you tomorrow at 9:30 instead of the Monday time!

Thanks,
Audrey

On Oct 10, 2024, at 4:55 PM wrote:

Good Afternoon,

I have received the email and will be in attendance. I also received a phone call, and I was told around 3:00pm today that I could meet with you in the same location at 9:30am tomorrow (10/11/24). Is this still alright?

Very Respectfully,

On Oct 10, 2024, at 12:30, Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:

The Student Conduct Office received a report regarding alleged hazing within Squadron 17. You have been identified as someone who may have been involved in the incident or have witnessed/has additional knowledge related to the incident. In order to gain additional information, you are being asked to participate in the investigation process and an interview date has been scheduled for **Monday, October 14th at 8:30am in the Student Services Bldg., Suite 309.** Your options for participation in this investigation will be reviewed with you prior to being asked to respond to any questions posed by the investigators. The attached Investigation Acknowledgement Form will be reviewed with you during your interview and you will be able to choose your level of participation in the interview process. A copy of the investigation flowchart, which

outlines the process is also attached for your review. Information related to the student conduct code and any alleged violations specific to this investigation can be found here: http://student-rules.tamu.edu/rule24/. Click here to review additional information or FAQs regarding the investigation process.

**Per student rule (*24.4.23. Abuse of Process*), you are required to meet with investigators**. Should this meeting conflict with a scheduled class online or other obligation, please let us know. **Please confirm your receipt of this notice and your intended attendance on the date and time above by replying to this email.**

**Please note that pursuant to section 30.06 of the penal code and University Rule 34.06.02. MI:** while formal administrative hearings/investigations are taking place the carrying of concealed handguns is prohibited in **the Student Services Bldg., Suite 309.** Written communication will be posted outside of the room. Section 30.06 of the penal code states:

> (3) Written communication means:
>
> > (A) a card or other document on which is written language identical to the following: "Pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter this property with a concealed handgun."

If you need an accommodation for a disability, please contact our office. Requests for accommodations may be evaluated in consultation with Disability Resources.

Sincerely,

**Audrey Winking**  Assistant Director│Investigations
Department of Student Community Standards | Division of Student
Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 │audrey_winking@sco.tamu.edu│ sco.tamu.edu

<Acknowledgment Form - Student - Updated 2024.pdf>
<Investigation Flow Chart - Updated 2024.pdf>

Thanks for confirming your attendance for next week, and hope you feel better soon!

Best,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**From:** _____
**Sent:** Wednesday, October 2, 2024 3:30 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Re: Investigation Interview Notice

I will be there, thank you. I apologize for not responding before as I have been sick. Thank you.

Thanks.

On Wed, Oct 2, 2024 at 15:26 Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:

> Due to your missed appointment this afternoon, I have rescheduled your interview for **Wednesday, October 9th at 10:00am**.  All of the other information below will still apply.  As a reminder, _**the University Student Rules require that you attend this meeting**_.  You won't be required to participate (we will go over your options for participating in the interview when you arrive for the appointment), but failure to show up for this meeting could result in charges of violations of University Student Rules.
>
> **Please reply to this email to confirm your receipt of this notice and that you will be attending the interview on October 9th at 10am.**

Thanks,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M
University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 | audrey_winking@sco.tamu.edu | sco.tamu.edu

---

**From:** Winking, Audrey J
**Sen**  Monday, September 30, 2024 9:22 AM
**To:**
**Subject:** Investigation Interview Notice

The Student Conduct Office received a report regarding alleged hazing within Squadron 17.  You have been identified as someone who may have been involved in the incident or have witnessed/has additional knowledge related to the incident. In order to gain additional information, you are being asked to participate in the investigation process and an interview date has been scheduled for **Wednesday, October 2nd at 2:00pm in the Student Services Bldg., Suite 309.** Your options for participation in this investigation will be reviewed with you prior to being asked to respond to any questions posed by the investigators.  The attached Investigation Acknowledgement Form will be reviewed with you during your interview and you will be able to choose your level of participation in the interview process. A copy of the investigation flowchart, which outlines the process is also attached for your review. Information related to the student conduct code and any alleged violations specific to this investigation can be found here:  http://student-rules.tamu.edu/rule24/. Click here to review additional information or FAQs regarding the investigation process.

Per student rule (*24.4.23. Abuse of Process*), you are required to meet with investigators. Should this meeting conflict with a scheduled class online or other obligation, please let us know. **Please confirm your receipt of this notice and your intended attendance on the date and time above by underline replying to this email.**

**Please note that pursuant to section 30.06 of the penal code and University Rule 34.06.02. MI:** while formal administrative hearings/investigations are taking place the carrying of concealed handguns is prohibited in **the Student Services Bldg., Suite**

**309.** Written communication will be posted outside of the room. Section 30.06 of the penal code states:

> (3) Written communication means:
>
>> (A) a card or other document on which is written language identical to the following: "Pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter this property with a concealed handgun."

If you need an accommodation for a disability, please contact our office. Requests for accommodations may be evaluated in consultation with Disability Resources.

Sincerely,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

| | |
|---|---|
| **From:** | Winking, Audrey J |
| **To:** | |
| **Subject:** | Re: Investigation Interview Notice |
| **Date:** | Thursday, October 10, 2024 4:47:20 PM |

Sorry we're playing phone tag, I heard you're sick so we will keep your interview on Monday as originally planned! Hope you feel better soon.

Audrey

> On Oct 10, 2024, at 3:52 PM, Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:
>
> Thank you for your quick response. Is there any way we can move your interview tomorrow? I've been asked to complete this tomorrow if at all possible. We can do anytime between 10:30am-3:00pm tomorrow so let me know what time in there works best for you!
>
> Thanks,
> Audrey

>> On Oct 10, 2024, at 1:02 PM,
>>
>> Dear Audrey Winking,
>>
>> I have received your email and have read the contents. I will be available on the above date and time and will attend the interview. Thank you
>>
>> On Thu, Oct 10, 2024 at 12:30 PM Winking, Audrey J <audrey_winking@sco.tamu.edu> wrote:

>>> The Student Conduct Office received a report regarding alleged hazing within Squadron 17. You have been identified as someone who may have been involved in the incident or have witnessed/has additional knowledge related to the incident. In order to gain additional information, you are being asked to participate in the investigation process and an interview date has been scheduled

for **Monday, October 14ᵗʰ at 11:00am in the Student Services Bldg., Suite 309.** Your options for participation in this investigation will be reviewed with you prior to being asked to respond to any questions posed by the investigators. The attached Investigation Acknowledgement Form will be reviewed with you during your interview and you will be able to choose your level of participation in the interview process. A copy of the investigation flowchart, which outlines the process is also attached for your review. Information related to the student conduct code and any alleged violations specific to this investigation can be found here: http://student-rules.tamu.edu/rule24/. Click here to review additional information or FAQs regarding the investigation process.

**Per student rule (*24.4.23. Abuse of Process*), you are required to meet with investigators**. Should this meeting conflict with a scheduled class online or other obligation, please let us know. ==**Please confirm your receipt of this notice and your intended attendance on the date and time above by replying to this email.**==

**Please note that pursuant to section 30.06 of the penal code and University Rule 34.06.02. MI:** while formal administrative hearings/investigations are taking place the carrying of concealed handguns is prohibited in **the Student Services Bldg., Suite 309.** Written communication will be posted outside of the room. Section 30.06 of the penal code states:

> (3) Written communication means:
>
> > (A) a card or other document on which is written language identical to the following: "Pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter this property with a concealed handgun."

If you need an accommodation for a disability, please contact our office. Requests for accommodations may be evaluated in consultation with Disability Resources.

Sincerely,

**Audrey Winking** Assistant Director|Investigations
Department of Student Community Standards | Division of Student
Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

| From: | Winking, Audrey J |
| --- | --- |
| **To:** | Bell Jr, Douglas |
| **Subject:** | RE: Investigation Logistics |
| **Date:** | Tuesday, October 8, 2024 2:11:00 PM |
| **Attachments:** | map to ash 2.png |
| | template - form.pdf |
| | template - notes.pdf |
| | Volunteer Info.docx |

Made some more updates so here is the latest version of each.

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Winking, Audrey J
**Sent:** Monday, October 7, 2024 4:20 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: Investigation Logistics

Already made an update to the volunteer email info so here is the more up to date version.

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Winking, Audrey J
**Sent:** Monday, October 7, 2024 4:06 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** RE: Investigation Logistics

Here is what I've come up with so far as far as information/instructions for our volunteers.  The "volunteer info" document would be what I would copy/paste into the email, and then I think attaching the other three documents would be helpful.

Happy to review it again tomorrow before we send it out but wanted to at least send you what I've gotten ready so far.

Not for the volunteers email but other logistics/FYIs:
- I have all of their acknowledgement forms pre-filled and printed, ready to go.  I also

printed a few blank ones just in case.

- I have a roster that I made into a sign-in/sign-out sheet already printed and ready to go. I will have the sign-in sheet at the classroom with the monitor there, and will have the sign-out sheet at the lounge with that monitor.

Thanks,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Monday, October 7, 2024 3:37 PM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** Investigation Logistics

Howdy,
I have some additional information for you regarding the logistics on Thursday.
1. Investigations will take place in Ash 2 on the third floor.
2. There are 6-8 investigation rooms reserved for Thursday starting at 6:00 am
3. The classroom is also reserved on the 3rd floor of Ash 2
4. There is a printer on the first floor in the Corps Operation's office for us to print.
5. Lt. Col. Gardner has 7 I investigators from the Corp for this time period.
6. Formation is at 5:45 am,  and we will be pulling          out of formation for interviews.

Please let me know if you have any outstanding questions.

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**Volunteer Investigator Email:**

Howdy,

Thank you so much for your willingness to assist us with this large-scale investigation. We truly could not do this without you and are so appreciative of your help! Below you will find an overview of our plan for the interviews and instructions related to your role. If you have any questions, please reach out to Audrey or Dr. Bell.

Overview:

We will be interviewing _____ from one outfit in the Corps. In order to limit conversations between interviews, we will be monitoring all of the students in the Ash 2 Classroom until their interviews are completed (which is why we are needing multiple volunteers to conduct the interviews). Student Community Standards staff will check all of the students in when they arrive and the students will remain in the Ash 2 Classroom until they are called for their interview. Audrey will be going over the procedural information in the Acknowledgement Form with the students as a group, but the students will sign those forms individually when they are called for their interviews.

Location:

Please report to the Ash 2 classroom (on the third floor) when you arrive. Attached is a map with some reference points to help you navigate to Ash 2. Ash 2 is circled in red; the arches on the corps quad are circled in blue; Rudder and the MSC are circled in pink; the Student Services Building is circled in purple.

We have separate smaller rooms reserved on the third floor of Ash 2 for the interviews themselves.

We will be utilizing a lounge on the third floor of Ash 2 for the students to review their interview notes.

Investigator Role/Process:

You (along with SCS staff and other volunteers) will be interviewing the _____ cadets individually, along with a co-investigator from the Corps. A SCS staff member in the Ash 2 Classroom will provide you with a pre-filled acknowledgement form for the individual student you will interview. Please call that student and take them to your designated interview room.

Once at your interview room, hand the student their acknowledgment form and have them check the demographic information on the front page. If anything is incorrect, please have them correct it. On the back page, the student needs to initial all the statements in the middle section of the page. On the bottom section, they will initial one or the other, indicating whether they are wanting to participate in the interview or not. Regardless of their decision to participate or not, have them sign and date the form and give it back to you. Attached is an example of this form with the areas that they need to review and fill out.

**Volunteer Investigator Email:**

> If the student chose not to participate, you will walk them to the lounge and have them sign out with the staff member there. You can hand their signed acknowledgement form to that staff member.

> If the student chose to participate, you will then begin going through their interview questions. Please type their responses directly after the question itself (please don't add extra lines/rows into the document) and try to type what they say as verbatim as possible. Attached is an example of this the notes pages which shows you where/how to type their responses to the interview questions. *If you need to prompt the student to elaborate on any of their responses, please do so* (for example, asking for names of people involved/present, when something occurred, how often this occurred, which upperclassmen directed/enforced certain behaviors, etc.).

Once you have gotten through all the questions with the student, you will walk them to the lounge. Have them wait in there while you get their notes pages printed. We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.

Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, and draw your signature on the bottom of **every** page where it says "investigator signature". Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge. You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student.

==Note: We will have some laptops/USB drives available if needed, but if you have a laptop and/or USB that you are able to bring to utilize during the interviews, that would be super helpful!==

Again, we sincerely thank you for helping us conduct this investigation. If you have any questions, please reach out to Audrey or Dr. Bell.

Best,



This section will be filled out already! Just have them review it and correct as needed.

## Student Conduct Investigation
## Acknowledgement

| **Name**: | **Pronouns (*Optional* i.e., ze, she, he, they):** |
|---|---|
| **UIN:** | |
| **Classification:** ☐Freshman  ☐Sophomore  ☐Junior  ☐Senior  ☐Grad/Professional | |
| **Address**: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| | |
| | |
| **Email:** | **Telephone #:** |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules**.** Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

**Acknowledge each statement by placing your initials in the space provided:**

_____I acknowledge my responsibility to be truthful.    <span style="color:red">Have the students write their initials by each of these statements!</span>

_____I understand that I have the option not to answer questions or make any statement at all.

_____I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

_____ I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than____ _____

_____I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

_____I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

_____I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

**Initial that which applies:**    <span style="color:red">Students will only initial ONE of these:</span>

_____I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

**Participant signature:**_____ **Date:** _____

<span style="color:red">Regardless of whether they agree to participate, make sure they sign and date!</span>

**APP'X 241**



## Investigation Statement Form

Student Name: EXAMPLE          UIN: EXAMPLE          Interview Date: 10/10/2024

**Investigator Notes**                                                                 **For Student Corrections**

| | |
|---|---|
| 1.  This is the example first question? Please type the student's response to the question here (not in red, no need to change the font color – this is just to show you where to type!).<br><br>2.  This is the example second question? Please type the student's response to the question here. | |

Scroll down to see signature instructions!

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature**: _____

Write your name here
ON FIRST PAGE ONLY!

**Investigator Signature**: Draw your signature on this line on EVERY PAGE!

App'x 242



App'x 243

| From: | Washington, Robert Sykes |
|---|---|
| To: | Winking, Audrey J |
| Subject: | RE: more availability needed |
| Date: | Friday, October 4, 2024 4:00:03 PM |

Good to go. I accepted all of them.

Rob

**LtCol Robert S. Washington '95, USMC (Ret)** | *Operations Planner* **&** *RV Company Advisor*
Corps of Cadets | Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227
Office ph: 979.862.4311 Mobile ph:910.320.0978
rwashington@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, October 4, 2024 3:54 PM
**To:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** RE: more availability needed

Thank you! I sent some holds and am emailing the two staff members now. Once I hear back from them with what times work for them, I will update our calendars. I think an hour each will be sufficient for these two so the time on our calendars will decrease a lot once I know when they're able to meet!

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**From:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Sent:** Friday, October 4, 2024 11:12 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: more availability needed

I am available all day on Tuesday and on Thursday I am **not** available from 3:30pm to 5pm

**LtCol Robert S. Washington '95, USMC (Ret)** | *Operations Planner* **&** *RV Company Advisor*
Corps of Cadets | Office of the Commandant | Division of Student Affairs | Texas A&M University
1227 TAMU | College Station, TX 77843-1227
Office ph: 979.862.4311 Mobile ph:910.320.0978
rwashington@corps.tamu.edu | corps.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**CORPS OF CADETS** | We Make Leaders

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Friday, October 4, 2024 11:00 AM
**To:** Washington, Robert Sykes <rwashington@corps.tamu.edu>
**Subject:** more availability needed

Happy Friday!

We got a memo from the Air Force staff members and I have been asked to interview the staff that wrote the memo to see if we can get names and/or more information.  Can you please send me **your availability for next Tuesday 10/8 and Thursday 10/10** so that I can find times that work for both of us to interview the two staff members?

Thanks!
Audrey

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

**From:** Bell Jr, Douglas
**To:** Harrell, Kristen
**Cc:** Jeffery, Justin S
**Subject:** RE: Squadron 17
**Date:** Thursday, September 12, 2024 5:28:00 PM

Yes,

"PT is far more difficult than other outfits from FOW doing extra pushups and burps off the quad so no one sees.  During this time had cadets pass out numerous times and they took them back to the dorms and told them not to say anything.  Then threaten the cadets if they tell it will be worse.  Like PT this evening they told them it will be the worse and you have to earn your right to go to the game tomorrow.  The ;hollering and cussing at them has run its course they are tired of being called fucking retards.  The squadron requires them as freshman to wear a button up shirt button to the top bottom, tucked into shorts and socks pulled all the way up when they are not on the quad.  This is just another form of hazing.  They will not allow them go to to certain places on campus to eat and use their dining options for lunch.  They are not allowed to go to library's to study they must do that in there rooms with doors open.  I guess the put a card on the door stating they are doing something the upperclassman ripe them off the door and come in and holler at them and cuss them.  These young men are afraid to go back to the dorms after class for the mental abuse they suffer.  They are not allowed to go to church during the week the command staff only lets them go to certain Christian functions that they approve of. " –


In addition, a cadet                    completed an                        and answered the following:
*Describe the hazing event(s) in detail.  Include who was present, what actions took place, when did it occur, where did it occur, and what purpose was given, if any, for the activity that took place.*
Told it's good bull and we should keep our shower doors open as well as the toilet doors open by multiple upperclassmen.
Told to whip out to our FOW                                cadet in dark dorm rooms with the lights off with furniture thrown everywhere so we would trip and then once we whip out they shove us

**Douglas Bell, Ph.D.**  | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

**From:** Harrell, Kristen <kristenh@vpsa.tamu.edu>
**Sent:** Thursday, September 12, 2024 5:20 PM
**To:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>

**Subject:** RE: Squadron 17

Do we have anything on the current allegations?

**Kristen Harrell, PhD** | She, her, hers | Assistant Vice President
Office of the Vice President | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257

ph: 979.845.4728 | kristenh@tamu.edu |
- - - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

---

**From:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Sent:** Thursday, September 12, 2024 5:18 PM
**To:** Harrell, Kristen <kristenh@vpsa.tamu.edu>
**Cc:** Jeffery, Justin S <jjeffery@tamu.edu>
**Subject:** Squadron 17

Below are some of the incidents that have occurred within Squadron -17 since 2021-2024:

- January 2021 – A          and                    cadets                    ) were discovered in the hallway of the Dorm 7 by a CTO. The CTO asked why the cadets were in the hallway, and the response from the          was they wanted to engage the          in stories about the Corps. The CTO sent the          to bed and reported the information.

- October 2022 - a written statement was submitted by a          student of the Corps of Cadets alleging hazing and harassing behaviors by u          in Squadron 17 during the Fall semester. The report cites multiple incidents in which a cadet felt unsafe while encountering an upperclassman in the dorm and on the quad on several occasions. This included being locked up on the wall within their hole, being denied finishing meals during chow,                    , requiring PT outside of training hours with no water breaks, and an "Air Out" which consisted of physical training session outside in the middle of the night that included burpees, planks, and low crawls.

- March 2024 –          Cadet submitted a report when he          , sharing information about alleged hazing and other incidents that have been occurring within SQ-17. Former student          also shared information about the alleged hazing, including an incident from October 2023 where

          During the investigation, the complainant submitted a significant amount of documentation supporting the alleged hazing and other concerning activities that have allegedly taken place within the outfit.

- September 2024 – We have received an additional complaint from a parent that we are currently looking into.

Please let me know if you have any questions or concerns.

**Douglas Bell, Ph.D.** | Director of Student Community Standards
Student Conduct Office | Division of Student Affairs | Texas A&M University
1257 TAMU | College Station, TX 77843-1257
ph: 979.847.7272 | dbelljr3@tamu.edu | sco.tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**DIVISION OF STUDENT AFFAIRS** | One Division. One Mission.

| From: | Winking, Audrey J |
|---|---|
| To: | Fox-Forrester, Susan J |
| Subject: | RE: Thursday Investigation Information |
| Date: | Wednesday, October 9, 2024 9:29:06 AM |

Hi Susan,

Thanks for checking!  It's always a challenge when I am reading things to make sure they make sense to more than just me haha.  Hopefully the following clarification helps but if not let me know!

If you can arrive at 6 (or a couple minutes before), that is fine!  No need to come much earlier.  We will get everyone situated in interview rooms at 6 and will get started as quickly after that as we can.

We are anticipating that we will be done around lunch time, but we can definitely release you by 2 if not sooner!  I'm really hoping it doesn't take that long but it's a little hard to predict.

You will not need to connect your laptop to the printer – that is what the USB/thumb drive will be for!  The runner will take the thumb drive down to the corps office, print the notes, and bring them back to you.

Since the notes pages will be printed, you will physically write your name on the first page and then draw/sign your signature on each page of notes.  We will have pens in each interview room for you all to use for writing/signing the documents.

Thanks again,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Fox-Forrester, Susan J <sforrester@tamu.edu>
**Sent:** Wednesday, October 9, 2024 9:20 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Thursday Investigation Information

Howdy Audrey:  So I do have some questions regarding tomorrow's interviews.
#1:  What time will we actually be starting and what time do you need us there?  And in the afternoon I need to be released as soon as possible – I know the schedule indicated I am available all day, but I originally had planned working away in the afternoon and the reason for

that plan has not changed.  If its possible for me to be released by 2pm that would be great.

#2:  The below is a bit confusing to me.

"Once you have gotten through all the questions with the student, you will walk them to the lounge.  Have them wait in there while you get their notes pages printed.  We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.

Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, and <mark>draw</mark> your signature on the bottom of **every** page where it says "investigator signature".  <u>Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.</u>

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge.  You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student."

My questions are:

A: If I bring my own laptop, we will need to path the printer to our own laptop?  Do you have the printer path information available so I can set that up today if possible?  Or, as later you refer to a USB (thumbdrive?,) are we to transfer notes to a thumbdrive to provide to the "runner" who will then go get the note pages printed elsewhere and return the note pages on paper?

B:  Also stated "Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, and <mark>draw</mark> your signature on the bottom of **every** page where it says "investigator signature"."  It sounds like to me that the note pages will be on paper, so we will print our name (legibly) then physically sign on each of the paper note pages – is that correct?  Or after we print our names, these note pages will then be made digital (scanned somehow) and we will digitally "<mark>draw</mark>" our names on each page and then digitally provide the notes to the students? "Drawing" my signature means digital signature to me, but I think that is not what you meant – or was it?  The rest of the instructions go on to describe "signing" each page and I just wanted clarification as to what to be prepared for.  Thanks.

Let me know if what I am asking isn't clear.

**Susan Fox-Forrester**  | Assistant Director
Student Affairs Planning, Assessment & Research| Texas A&M University
1254 TAMU | College Station, TX 77843-1254

ph: 979.862.5624  |  sforrester@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Wednesday, October 9, 2024 8:38 AM
**To:** Fleming, John D <jfleming@vpsa.tamu.edu>; Driver, Tonya <tonyadriver@tamu.edu>; Dawson, Mark <mdawson@dms.tamu.edu>; Altendorf, Luke J <l-altendorf@exchange.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; Gros, Steven L.

<sgros@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>; Dorsett, Lauren R <laurend@studentlife.tamu.edu>
**Cc:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** Thursday Investigation Information

Howdy,

Thank you so much for your willingness to assist us with this large-scale investigation. We truly could not do this without you and are so appreciative of your help! Below you will find an overview of our plan for the interviews and instructions related to your role (also attached as a word document if that is easier/more accessible for you). Please double check the Volunteer Availability spreadsheet and make sure that we have you marked down accurately!

Overview:
We will be interviewing _____ from one outfit in the Corps. In order to limit conversations between interviews, we will be monitoring all of the students in the Ash 2 Classroom until their interviews are completed (which is why we are needing multiple volunteers to conduct the interviews). Student Community Standards staff will check all of the students in when they arrive and the students will remain in the Ash 2 Classroom until they are called for their interview. Audrey will be going over the procedural information in the Acknowledgement Form with the students as a group, but the students will sign those forms individually when they are called for their interviews.

Location:
Please report to the Ash 2 classroom (on the third floor) when you arrive. Attached is a map with some reference points to help you navigate to Ash 2. Ash 2 is circled in red; the arches on the corps quad are circled in blue; Rudder and the MSC are circled in pink; the Student Services Building is circled in purple.
We have separate smaller rooms reserved on the third floor of Ash 2 for the interviews themselves.
We will be utilizing a lounge on the third floor of Ash 2 for the students to review their interview notes after their interview is complete.

Investigator Role/Process:
You (along with SCS staff and other volunteers) will be interviewing the _____ cadets individually, along with a co-investigator from the Corps. A SCS staff member in the Ash 2 Classroom will provide you with a pre-filled acknowledgement form for the individual student you will interview. Please call that student and take them to your designated interview room.

Once at your interview room, hand the student their acknowledgment form and have them check the demographic information on the front page. If anything is incorrect, please have them correct it. On the back page, the student needs to initial all the statements in the middle section of the page. On the bottom section, they will initial one or the other, indicating

whether they are wanting to participate in the interview or not.  Regardless of their decision to participate or not, have them sign and date the form and give it back to you.  <u>Attached is an example of this form with the areas that they need to review and fill out.</u>

If the student chose not to participate, you will walk them to the lounge and have them sign out with the staff member there. You can hand their signed acknowledgement form to that staff member.

If the student chose to participate, you will then begin going through their interview questions.  Please type their responses directly after the question itself (please don't add extra lines/rows into the document) and try to type what they say as verbatim as possible. <u>Attached is an example of this the notes pages which shows you where/how to type their responses to the interview questions.</u>  *If you need to prompt the student to elaborate on any of their responses, please do so* (for example, asking for names of people involved/present, when something occurred, how often this occurred, which upperclassmen directed/enforced certain behaviors, etc.).

Once you have gotten through all the questions with the student, you will walk them to the lounge.  Have them wait in there while you get their notes pages printed.  We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.

Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, then draw your signature on the bottom of **every** page where it says "investigator signature".  <u>Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.</u>

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge.  You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student.

**Note: We will have some laptops/USB drives available if needed, but if you have a laptop and/or USB that you are able to bring to utilize during the interviews, that would be super helpful!**

Again, we sincerely thank you for helping us conduct this investigation.  If you have any questions, please reach out to Audrey or Dr. Bell.

Best,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

| From: | Winking, Audrey J |
|---|---|
| To: | Fox-Forrester, Susan J |
| Subject: | RE: Thursday Investigation Information |
| Date: | Wednesday, October 9, 2024 9:49:05 AM |

It's definitely been a hectic week and I am anxious to get past tomorrow, but am so appreciative of everyone's help!

We also will have kolaches and coffee!

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Fox-Forrester, Susan J <sforrester@tamu.edu>
**Sent:** Wednesday, October 9, 2024 9:39 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Thursday Investigation Information

Thank you for that clarification Audrey – really thinking of you and appreciate all the coordination you must be doing to pull tomorrow off!  Will bring my laptop and be there few minutes before 6 am.  No guarantee I will be bright-eyed and bushy-tailed, but my eyes will be open!

**Susan Fox-Forrester**  | Assistant Director
Student Affairs Planning, Assessment & Research| Texas A&M University
1254 TAMU | College Station, TX 77843-1254

ph: 979.862.5624  |  sforrester@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Wednesday, October 9, 2024 9:29 AM
**To:** Fox-Forrester, Susan J <sforrester@tamu.edu>
**Subject:** RE: Thursday Investigation Information

Hi Susan,

Thanks for checking!  It's always a challenge when I am reading things to make sure they make sense to more than just me haha.  Hopefully the following clarification helps but if not let me know!

If you can arrive at 6 (or a couple minutes before), that is fine!  No need to come much earlier.  We will get everyone situated in interview rooms at 6 and will get started as quickly after that as we can.

We are anticipating that we will be done around lunch time, but we can definitely release you by 2 if not sooner!  I'm really hoping it doesn't take that long but it's a little hard to predict.

You will not need to connect your laptop to the printer – that is what the USB/thumb drive will be for!  The runner will take the thumb drive down to the corps office, print the notes, and bring them back to you.

Since the notes pages will be printed, you will physically write your name on the first page and then draw/sign your signature on each page of notes.  We will have pens in each interview room for you all to use for writing/signing the documents.

Thanks again,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

---

**From:** Fox-Forrester, Susan J <sforrester@tamu.edu>
**Sent:** Wednesday, October 9, 2024 9:20 AM
**To:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Subject:** RE: Thursday Investigation Information

Howdy Audrey:  So I do have some questions regarding tomorrow's interviews.
#1:  What time will we actually be starting and what time do you need us there?  And in the afternoon I need to be released as soon as possible – I know the schedule indicated I am available all day, but I originally had planned working away in the afternoon and the reason for that plan has not changed.  If its possible for me to be released by 2pm that would be great.
#2:  The below is a bit confusing to me.
"Once you have gotten through all the questions with the student, you will walk them to the lounge.  Have them wait in there while you get their notes pages printed.  We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.
Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, and draw your signature on the bottom of **every** page where it says "investigator signature".  Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge.  You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student."

My questions are:

A: If I bring my own laptop, we will need to path the printer to our own laptop?  Do you have the printer path information available so I can set that up today if possible?  Or, as later you refer to a USB (thumbdrive?,) are we to transfer notes to a thumbdrive to provide to the "runner" who will then go get the note pages printed elsewhere and return the note pages on paper?

B:  Also stated "Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, and draw your signature on the bottom of **every** page where it says "investigator signature"."  It sounds like to me that the note pages will be on paper, so we will print our name (legibly) then physically sign on each of the paper note pages – is that correct?  Or after we print our names, these note pages will then be made digital (scanned somehow) and we will digitally "draw" our names on each page and then digitally provide the notes to the students? "Drawing" my signature means digital signature to me, but I think that is not what you meant – or was it?  The rest of the instructions go on to describe "signing" each page and I just wanted clarification as to what to be prepared for.  Thanks.

Let me know if what I am asking isn't clear.

**Susan Fox-Forrester**  | Assistant Director
Student Affairs Planning, Assessment & Research| Texas A&M University
1254 TAMU | College Station, TX 77843-1254

ph: 979.862.5624  |  sforrester@tamu.edu
- - - - - - - - - - - - - - - - - - - - - - -
**TEXAS A&M UNIVERSITY**

---

**From:** Winking, Audrey J <audrey_winking@sco.tamu.edu>
**Sent:** Wednesday, October 9, 2024 8:38 AM
**To:** Fleming, John D <jfleming@vpsa.tamu.edu>; Driver, Tonya <tonyadriver@tamu.edu>; Dawson, Mark <mdawson@dms.tamu.edu>; Altendorf, Luke J <l-altendorf@exchange.tamu.edu>; Crawford, Dr. Tia <tcrawford@stuact.tamu.edu>; Hearst, Shante <shearst@stuact.tamu.edu>; Gros, Steven L. <sgros@stuact.tamu.edu>; Fox-Forrester, Susan J <sforrester@tamu.edu>; Dorsett, Lauren R <laurend@studentlife.tamu.edu>
**Cc:** Bell Jr, Douglas <douglasb@vpsa.tamu.edu>
**Subject:** Thursday Investigation Information

Howdy,

Thank you so much for your willingness to assist us with this large-scale investigation.  We truly could not do this without you and are so appreciative of your help!  Below you will find an overview of our plan for the interviews and instructions related to your role (also attached as a word document if that is easier/more accessible for you).  Please double check the Volunteer

Availability spreadsheet and make sure that we have you marked down accurately!

Overview:

We will be interviewing _____ from one outfit in the Corps.  In order to limit conversations between interviews, we will be monitoring all of the students in the Ash 2 Classroom until their interviews are completed (which is why we are needing multiple volunteers to conduct the interviews).  Student Community Standards staff will check all of the students in when they arrive and the students will remain in the Ash 2 Classroom until they are called for their interview.  Audrey will be going over the procedural information in the Acknowledgement Form with the students as a group, but the students will sign those forms individually when they are called for their interviews.

Location:

Please report to the Ash 2 classroom (on the third floor) when you arrive.  Attached is a map with some reference points to help you navigate to Ash 2.  Ash 2 is circled in red; the arches on the corps quad are circled in blue; Rudder and the MSC are circled in pink; the Student Services Building is circled in purple.

We have separate smaller rooms reserved on the third floor of Ash 2 for the interviews themselves.

We will be utilizing a lounge on the third floor of Ash 2 for the students to review their interview notes after their interview is complete.

Investigator Role/Process:

You (along with SCS staff and other volunteers) will be interviewing the _____ cadets individually, along with a co-investigator from the Corps.  A SCS staff member in the Ash 2 Classroom will provide you with a pre-filled acknowledgement form for the individual student you will interview.  Please call that student and take them to your designated interview room.

Once at your interview room, hand the student their acknowledgment form and have them check the demographic information on the front page.  If anything is incorrect, please have them correct it. On the back page, the student needs to initial all the statements in the middle section of the page.  On the bottom section, they will initial one or the other, indicating whether they are wanting to participate in the interview or not.  Regardless of their decision to participate or not, have them sign and date the form and give it back to you.  Attached is an example of this form with the areas that they need to review and fill out.

If the student chose not to participate, you will walk them to the lounge and have them sign out with the staff member there. You can hand their signed acknowledgement form to that staff member.

If the student chose to participate, you will then begin going through their interview questions. Please type their responses directly after the question itself (please don't add extra lines/rows into the document) and try to type what they say as verbatim as possible. Attached is an

example of this the notes pages which shows you where/how to type their responses to the interview questions.  *If you need to prompt the student to elaborate on any of their responses, please do so* (for example, asking for names of people involved/present, when something occurred, how often this occurred, which upperclassmen directed/enforced certain behaviors, etc.).

Once you have gotten through all the questions with the student, you will walk them to the lounge.  Have them wait in there while you get their notes pages printed.  We will be using a printer in the Corps Operation's Office on the first floor – a staff member will be in the hallway outside of the interview rooms to be the "runner" who will go get the notes pages printed and bring them back to you to sign.

Once their notes pages have been printed, please legibly write your name on the bottom of the **first** page, then draw your signature on the bottom of **every** page where it says "investigator signature".  Attached is an example of this the notes pages which also shows where to write your name and where you should sign each page.

Once you have signed each page, provide those notes pages to the student to review and sign in the lounge.  You may then leave the student in the lounge and then you will go back to the Ash 2 Classroom to get your next student.

**Note: We will have some laptops/USB drives available if needed, but if you have a laptop and/or USB that you are able to bring to utilize during the interviews, that would be super helpful!**

Again, we sincerely thank you for helping us conduct this investigation.  If you have any questions, please reach out to Audrey or Dr. Bell.

Best,

**Audrey Winking**  Assistant Director|Investigations
Department of Student Community Standards | Division of Student Affairs | Texas A&M University
1172 TAMU | College Station, TX 77843-1257

ph: 979.847.7272 |audrey_winking@sco.tamu.edu| sco.tamu.edu

# Audrey Winking

## EDUCATION:

**Texas A&M University**                                         College Station, TX
  Ph.D. in Educational Administration                   Anticipated: May 2023

**Texas A&M University**                                         College Station, TX
  Master of Education in Educational Administration                 May 2016
  Student Affairs Administration in Higher Education

**Maryville University**                                                 St. Louis, MO
  Bachelor of Arts in Organizational Leadership – Cum Laude      December 2013
  Concentration:  Rehabilitation Services

**Regent's College**                                                London, England
  Study Abroad                                                        June 2011

## EXPERIENCE:

**Texas A&M University – Student Conduct Office**                 College Station, TX
**Associate Coordinator**                                     February 2020 – present
- Review reports for potential violations of the Student Code of Conduct
- Meet with students, witnesses, advisors, and other stakeholders to resolve cases and assign appropriate educational sanctions
- Hire, train, and supervise the Graduate Assistant
- Update and facilitate Hazing Education Workshops and Hazing Prevention Trainings
- Facilitate Ethics and Decision-Making Workshops
- Serve on various working groups and committees, including a multi-office group focused on establishing accommodations in the conduct process for Aggie ACHIEVE students, the Department Unity committee, the Professional Development and Staff Training committee, and a full-time staff search committee
- Additional responsibilities during Summer 2021, including but not limited to:
  - Supervise full-time staff members
  - Supervise, evaluate, and hire student employees
  - Review all incoming reports, determine potential rule violations, assign cases to staff
  - Process incoming investigation reports
  - Prepare paperless process for resuming in-person conduct conferences and panels
  - Draft and send all letters to students
  - Run analytics and sanction reports
  - Collaborate with campus partners for various presentations and trainings

**Texas A&M University – Residence Life**                                 College Station, TX
**Community Director**                                          January 2016 – February 2020

- Supervise 1-2 Graduate Hall Directors
- Supervise 11-16 undergraduate Resident Advisors
  - Includes oversight of multiple buildings, including Corps dorms, for a total of 480-740 residents
- Work through the student conduct process and hold student conduct conferences in hall
- Collaborate with the Student Conduct Office on co-adjudications and serve on conduct panels
- Participate in an on-call duty rotation for all on-campus residence halls (approximately 10,000 residents)
- Refer students to various campus and community resources
- Facilitate training presentations for the RAs and GHDs
- Advise a Community Council and manage the budget (about $1000-$1300 per semester)
- Assist in the recruitment and selection of resident advisors
- Follow through with the department's accountability model for staff members
- Manage the facilities for summer conferences, including meeting with camp and conference sponsors
- Serve on two Residence Education committees (RA Training and Summer Operations)

**Texas A&M University – Residence Life**                                 College Station, TX
**Graduate Resident Manager**                                   May 2015 – December 2015

- Prepared the facility for opening Fall 2015 to house over 1200 primarily freshmen
- Hired and supervised undergraduate student workers (office assistants and resident advisors)
- Developed the RAs' programming model based on the department's academic initiatives
- Planned a program (with a $1000 budget) to take place the first week of classes to build community
- Established a community council for the White Creek Apartments, including recruiting members and officers, creating a constitution, and completing the steps for student organization recognition
- Advised the White Creek Community Council and managed the budget (about $2500 per semester)
- Supervised the 21 RAs' programming efforts (including budget) for the entire White Creek Apartments
- Worked through the student conduct process and held student conduct conferences
- Participated in an on-call duty rotation for on-campus apartments (approximately 2100 residents)
- Served on a Residence Education committee (RA Training and Development)

**Texas A&M University – Athletics**                                      College Station, TX
**Center for Student Athlete Services Intern**                 August 2015 – December 2015

- Worked one on one with 13 student athletes that were high-risk for losing NCAA eligibility
- Created Week at a Glance (WAG) charts for each athlete to help them keep up with coursework
- Completed administrative tasks around the office as needed when not meeting with an athlete

**Association for Student Conduct Administration (ASCA)**                 College Station, TX
**Practicum Intern**                                                May 2015 – July 2015

- Assisted in planning the 2015 Gehring Academy, Title IX workshops, and webinars
- Began a historical project by doing research and setting up the methodology for collecting the data, as well as conducting interviews with the organization's original members

- Attended the Gehring Academy (July 2015) to assist throughout the conference, including helping with registration and set up/clean up
- Attended the ASCA Annual Conference (February 2016 and 2017) and assisted throughout the conference, including helping with registration and collecting items for and setting up the silent auction

**Texas A&M University – Residence Life**                        College Station, TX
**Graduate Hall Director**                                      August 2014 – May 2015

- Co-supervised staff of 15 resident advisors in two separate residence halls (about 450 residents)
- Advised two student organizations (hall councils)
- Served on a Residence Education committee (First Year Experience)
- Developed and used conflict resolution, mediation, and student conduct adjudication skills
- Understood and worked within the student conduct process
- Managed Hall Council and staff programming budgets
- Performed facility management duties, including managing keys for both residence halls
- Participated in duty rotation for half of the university's residence halls

## INVOLVEMENT:

- Conflict Mediation Certificate
- Green Dot Training (Bystander Intervention)
- QPR Training (Question, Persuade, Refer – Suicide Prevention Training)
- Gehring Academy Attendee – 2015, 2019 (Foundations), 2020 (Conflict Resolution), 2021 (Equitable & Inclusive Practices)
- ASCA Annual Conference Attendee – 2016, 2017, 2021
- ASCA Member – Association for Student Conduct Administration
- SWACUHO Conference Attendee (Southwest Association of College and University Housing Officers)
- ACUHO-I Annual Conference Attendee – 2016
- Summer Operations Committee Member
- First Year Experience Committee Member
- Community Director Selection Committee Member
- Resident Manager Search Committee Member
- Graduate Hall Director Selection Committee Member
- Resident Advisor Training and Development Committee Member
- Graduate Hall Director Training and Development Committee Member
- SWACURH 2015 Advisor – Dining and Hospitality Committees (Southwest Affiliate of College and University Residence Halls)
- National Night Out (Texas A&M University Campus Safety Week) Committee Member and Volunteer
- AFSAP Member – Association of Future Student Affairs Professionals

# John D. Fleming

---

PROFESSIONAL SUMMARY

Multi-functional operations specialist who leverages formal education, global leadership, operational experience, and keen innovation to build and lead quality teams who excel at mission accomplishment in demanding environments.

PROFESSIONAL EXPERIENCE

**Operations Director -** 2020 to present
**Texas A&M University Corps of Cadets** – College Station, TX
- Responsible for all operations executed by the largest student organization at Texas A&M University: Academic success, military training, standards and conduct enforcement, wellness and resiliency, performances during nationally recognized collegiate athletic events and parades, international excursion programs.
- Lead an 11 member staff of direct reports in the development/mentorship/overall wellness of 2200 student cadets through classroom instruction, leadership practical application, safety and risk management, and daily interaction.
- Lead planning with six peer directors to synchronize efforts and accomplish the organizational mission.
- Manage budgeting/expenditure of $2M annual state funds.
- Create/update internal strategic goals and standards that nest in university policies/regulations and student rules.
- Build and sustain strong relationships with university partners: Athletic Department, Student and Veteran Affairs, Residence Life, Student Conduct, Medical and Mental Health Services, University Police Department.
- Teach 400 level leadership and ethics classes to senior cadets during fall and spring semesters.

**Cadet Training Officer -** 2016-2020
**Texas A&M University Corps of Cadets** – College Station, TX
- Teach, train, evaluate, and mentor 250 student cadets through formal classroom instruction, leadership practical application, safety and risk management, and career preparation.
- Teach 200 level leader development classes to freshman and sophomore cadets during fall and spring semesters.
- Plan and execute programs and events critical to Corps of Cadets operations and university functions.
- Conduct formal investigations into serious violations of university rules.

**Financial Representative**, 2016
**Northwestern Mutual** – College Station, TX
- Provided advising and facilitation of financial services products for a diverse client base.

**Logistics Director**, 2015
**A.L. Helmcamp Inc. / Cold Creek Construction** – Buffalo, TX
- Managed facility construction, fuel contracting, and equipment readiness and calibration for oil field and highway projects throughout Texas.

**United States Marine Corps – Multiple Locations**                                                                 1995 – 2015

**Commanding Officer,** *Marine Wing Support Squadron-371*
- Responsible for 600 Marines/Sailors and the mission of constructing, operating, securing, and maintaining scalable military airfields and logistics support bases in austere environments. Managed $69M in assets with a $2.6M annual budget.
- Led 13 direct reports in the planning/successful completion of 75 geographically separated domestic and international construction, remote operating location, and disaster response projects requiring synchronization of requirements and relationships between organic work crews, suppliers, contractors, customers, and host nations partners.
- Led a nine-member executive staff in accomplishing all operational and administrative functions required to train, educate, develop, and sustain military personnel and their families through challenging training exercises and overseas deployments.

**Deputy Commander, *Combat Logistics Regiment-1***
- Process improvement lead for a transportation/construction/supply chain unit composed of six functionally diverse organizations totaling 7000 personnel and $460M in assets in support of recurring international deployment requirements.
- Built cross-functional working groups and coached managers in operational planning, personnel administration, physical and electronic security, safety and operational risk management, contracting, legal administration, and communications.
- Organized independent external staffs into a cohesive team that accomplished complex tasks during periods of high stress and limited information availability while revising and introducing streamlined staff procedures.

**Operations Officer, *Combat Logistics Regiment-1 and 1st Marine Logistics Group (Forward Deployed)***
- Led strategic planning, interagency coordination, and partnership development with joint military organizations and contractors to prepare and deploy three 1700 personnel units to meet the operational challenges in Iraq and Afghanistan.
- Utilized real-time intelligence analyses and combat after action reports to conduct transportation, construction, supply chain, and convoy security concept development. As a result, planned and facilitated timely pre-deployment training for units.
- Directed the operations staffs of three subordinate organizations coaching staff leaders in how to harness, channel, and optimize the capabilities of their 1700 personnel logistics force to sustain a customer organization of over 19,000.
- While deployed to Afghanistan, led a 50+ person planning group composed of all branches of the U. S. Armed Forces and three international partner nations; developed and implemented logistics strategies to meet an evolving combat situation faced by a 25,000 personnel task force executing combat operations from 55 separate hubs in an area of 20,000 square miles.

**Training Unit Commander, *CSS Company/Company F/Company I – The Basic School***
- Responsible for 21 direct reports and 350 student officers.
- Provided full-spectrum logistics and combat training support to 11 student units and Federal Law Enforcement agencies.
- Trained, coached, evaluated, and remediated student officers in all aspects of institutional regulations, military training, safety best practices, and professional ethics in preparation for their service in combat operations overseas.
- Led logistics curriculum design, formal platform instruction, and practical application for 2000 student officers annually.

**Commanding Officer, *Company C, Combat Logistics Battalion-8***
- Responsible for 210 Marines/Sailors and the mission of providing daily transportation, construction, and maintenance support to U.S. and Iraqi forces. Managed $2.4M in assets successfully completing +450 combat missions.
- Led eight geographically dispersed direct reports in conducting combat operations, building partnerships with Iraqi military and law enforcement agencies, and completing infrastructure improvement projects across Anbar Province.
- Authored multiple procedural manuals to address rapidly evolving and demanding challenges with supply chain distribution, facility construction, and security operations in uncharted environments that were adopted as higher institutional doctrine.
- Selected as the 2005 Marine Corps Officer Logistician of the Year during deployment.

**Detachment Commander and Staff Officer, *1st Battalion 4th Marines, 11th and 24th Marine Expeditionary Unit***
- Responsible for 135 Marines and the mission of executing beach/port/airfield/railhead/combat service support operations ashore from six U. S. Navy ships during two maritime combat deployments. Coordinated with international military, government, and law enforcement agencies for facility use, route planning, and host nation contracting.
- Managed packaging, transportation, maintenance, and employment of over $2B worth of equipment on six U. S. Navy ships.
- Managed military vehicle rebuild in an industrial manufacturing facility. Increased production and cut cost through supply chain improvements and out-sourcing of engine rebuild to the original manufacturer.
- Senior assistant to the Marine Corps' Chief Executive for Logistics assisting with strategic communications, service-level logistics doctrine development, and congressional testimony.

EDUCATION

**Bachelor of Science**: Kinesiology – Sport Management
**Texas A&M University** - College Station, TX

**Master of Military Studies (MMS)**
**Marine Corps University** - Quantico, VA

# Catherine Ritzi

## Education

August 2017- May  2021
**Sam Houston State University, Huntsville, Texas** - *Bachelor of Arts, English major w/ History minor*
GPA: 3.84

August 2021- May  2024 (In Progress)
**Sam Houston State University, Huntsville, Texas** - *Master of Arts, English*
GPA: 3.88

## Experience

August 2021- May 2024
**Academic Success Center**  - *Graduate Assistant/INRW Instructor/Writing Tutor*

- Created and taught the INRW developmental Reading and Writing course
- Set up appointments via Campus Connect for Freshman using academic support
- Tutored in Writing, Reading comprehension, and Citation Style
- Conducted Research in part with the Academic Success Center, aiding in qualitative coding and instruction creation for modules/faculty workshops based on freshman needs

August 2021- May 2024
**English Dept., Huntsville, Texas**  - *Graduate Assistant*

- Aided in Classroom assignments and Classroom management
- Maintained and properly weighted grades and assignments through Blackboard
- Taught and developed First Year Composition (1301 & 1302), Fall 2023-2024

May 2020 - August 2020
**Spicewood at Quarter Circle 7 Hotel, Alpine, Texas** - *Server*

- Problem solved with fellow servers and kitchen staff to help stressful services.
- Organized server stations and  kept general cleanliness to adjust to rising Covid guidelines
- Navigated busy service hours with customer skills to provide a good atmosphere for customers and to aid to fellow servers

June 2019- January 2020
**Creekside Food Beer Wine, Alpine, Texas** - *Front of House Server*

- Organized customer receipts and kept active count of cashier drawer to ensure a proper log of the days earnings
- Performed quick math skills to do recommended tip percentages, cashback and change for customers during peak times
- Provided a good atmosphere with the maintenance of an outdoor garden as well as customer service skills for the benefit of those who entered.

## Skills

- Customer service
- Proficient in Blackboard

- Proficient if Microsoft Word, PowerPoint, Outlook, Excel, Google Docs, and Canva
- Adept at education-based services

- Proficient in Writing, Editing and Revision
- Three years of experience teaching and designing Developmental Courses

- One and a half years teaching face-to-face
- Proficient in student-facing services

## Honors

- Member of Alpha Lambda Delta
- Member of Alpha Chi
- College of Humanities & Social Sciences Graduate Student Scholarship

- Presidents List Spring 2018-Fall 2019
- Dean's List Spring 2020, Fall 2017



**DEPARTMENT OF THE AIR FORCE**
**AIR EDUCATION AND TRAINING COMMAND**

10 October 2024

MEMORANDUM FOR STUDENT CONDUCT OFFICE OF INVESTIGATIONS

FROM: AFROTC DET 805 ASSISTANT DIRECTOR OF OPERATIONS

SUBJECT: Witness Statement Update Regarding Squadron 17 Misconduct

1. This memo outlines additional comments for Capt Fairbairn regarding Squadron 17          during the Student Conduct Office meeting on 8 October 2024.

2. The names of cadets initially withheld from our meeting was due to a potential risk of reprisal against them. I respect their courage to come forward early and in good faith with details of their mistreatment in Squadron 17. Their decision to trust Air Force personnel is valued, and their right to discretion should be protected. My concern is that releasing the details associated with their names will lead to an increased risk of reprisal from other Squadron 17 members against them.

3. I believe their names may help corroborate other incidents from Squadron 17 through this investigation, however, I will retain the names for release at a later date when the risk of reprisal or retaliation from other cadets is eliminated. I ask that the investigating office make every available effort to protect the identity          that had the quality of character to come forward and report their mistreatments.

4. If you have any questions, please contact me by phone at (979) 845-7611 or by email at afairbairn@corps.tamu.edu.

AUSTIN J. FAIRBAIRN, Capt, USAF
Texas A&M University, Detachment 805
Assistant Director of Operations

**App'x 266**

# Susan Fox-Forrester

sforrester@tamu.edu

## Professional Experience

*Student Affairs Planning, Assessment & Research, Texas A&M University, College Station, TX*

Assistant Director, 2023-Present

- Facilitates the Student Affairs Transformation Experience (SATE) initiative for the Division of Student Affairs, providing guidance in designating, marketing and assessing these high impact co-curricular student experiences.
- Oversees the development of structured reflective practices within the SATE initiative, supervising the Student Learning Coordinator responsible for design, implementation and assessment of reflection within the SATE initiative.
- Provides training and other professional development opportunities for Division of Student Affairs staff regarding student learning in the co-curricular and creating structured reflective practices within student programming and student employment on campus.

Manager of Student Learning, 2022-2023

- Lead assessment of student learning in the co-curricular and employment experiences within the Division of Student Affairs. Included facilitating the mapping of student government leader learning to the University's undergraduate learning outcomes, involving those student leaders in that process.
- Chaired the Committee on Student Learning in the Co-Curricular, within the Division of Student Affairs, which promotes the understanding, implementation, and assessment of student learning through co-curricular experiences. Organized and facilitated professional development opportunities for higher educational professionals interested in student learning within the co-curricular, including thrice yearly student learning orientation workshops and a yearly symposium highlighting topics of interest for student employee supervisors and student organization advisors.
- In collaboration with the Committee on Student Learning in the Co-Curricular, developed a Division of Student Affairs 2024 initiative to designate and promote student experiences within the Division that contain high impact elements (Student Affairs Transformational Experience) and predominantly feature structured reflective practice.

Assessment Coordinator 2013-2022

- Responsible for assisting student organizations and departments within the Division of Student Affairs (DSA) in developing assessments to measure effectiveness and efficiency of operations, and aligning those assessments with departmental, divisional and University strategic planning. Provide results, recommendations and sharing those results through written reports, data visualization and presentations.
- Experienced in guiding and training staff in developing and implementing assessment instruments to measure student learning within student employment and co-curricular experiences. Includes use of rubrics, such as American Association of Colleges and University VALUE rubrics, Student Learning Outcome (TAMU), National Association of College Activities (NACA) NEXT (Navigating Employability and eXperience Tool) and qualitative methods (focus groups).
- Provide feedback to Division of Student Affairs departments regarding assessment plans. Included assistance in developing student learning outcomes and assessments which align with University's undergraduate and graduate student learning outcomes.
- Collaborate in developing and presenting training workshops regarding assessment methods, equity in assessment, survey design, documenting student learning and using online tools to manage and track student engagement and learning in the co-curricular.
- Responsible for maintaining the department website, coordinating the website offering of on-demand online training videos.

Career Services and Testing Director, Sul Ross State University, Alpine, TX, 2010-2013
- Managed, marketed, and delivered career and testing services for approximately 1900 undergraduate and graduate students and alumni. Responsible for creating and meeting budgets for both services, using state and revenue funds. Hired and supervised professional and student staff.
- Designed, delivered, and assessed career planning and job search seminars within classes, learning communities, group workshops and student organizations. Collaborated with professors, advisors and student leaders to identify goals, learning outcomes and subsequent assessments to measure effectiveness.
- Experienced in developing and coordinating career strategy training for students, executing career fairs and other employer recruiting events, both face to face and through web-based, online delivery. Client contacts increased 17% between 2010 and 2013.
- Provided and trained students on electronic portfolio co-curricular transcript, including managing and tracking their learning and competencies developed through co-curricular experiences.
- Developed an interdisciplinary internship process for use by campus departments and employers. Included working with departments, developing outcomes, and post internship assessments.
- Directed campus student employment. Collaborated with hiring departments to define position requirements and online posting. Recommended on-boarding practices, and followed through the complete hiring process.

Site Director, Texas Pre-freshmen Engineering Program (TexPREP), Sul Ross State University, Alpine TX, 2008-2010
- Managed the daily operations of the USDA grant funded TexPREP mathematics enhancement summer program for middle school students through the Rio Grande Research Center at the University. Responsibilities included hiring and onboarding instructors, recruiting participants, and coordinating daily career speakers.
- Created the data collection instrument, coordinated the data collection, and drafted the yearly USDA-CRIS Progress Report for the Program Investigator.

## Education
Master of Education (M.Ed.), Counseling, Sul Ross State University, Alpine, TX
Bachelor of Arts, Organizational Communications, St. Norbert College, De Pere Wi
    Magna Cum Laude

## Skills/Awards/Committee/Volunteer Experiences
- Committee on Student Learning in the Co-Curricular, Division of Student Affairs, Texas A&M University
    - Chair, 2022-present
- The Award of Distinction, Division of Student Affairs, Texas A&M University, 2019
- Staff Development Team, Division of Student Affairs, Texas A&M University, 2015 - present
    - Co-Chair, 2016-2018
- New Student Conference Committee, Texas A&M University, 2017-2022
- Student Organizations Funding Advisory Board, Texas A&M University, 2015-present
- MaroonLink Governance Council, Division of Student Affairs, Texas A&M University, 2015-2018
- Division of Student Affairs Assessment Committee, Texas A&M University, 2013-present
- University Staff Council, Sul Ross State University, 2012-2013
- Facilitator, American University Women Start Smart/Work Smart Salary Negotiation Workshops, 2018 – 2022
- Facilitator, Introduction to CliftonStrengths, Strengths in Teams, 2014-present

## Professional Affiliations and Presentations
- National Association of Student Personnel Administrators (NASPA), 2013 – present
- Student Affairs Assessment Leaders, 2014 -present
    - Chair, External Relations committee, 2018-2019
- National Association of Colleges and Employers (NaCE), 2010-2013
- Summer Advisor & Supervisor Symposium (SASS), Texas A&M University, June 2018
    - Presentation, *To Market, To Market – Translating Student Experiences to the "real world"*

**THE TEXAS A&M UNIVERSITY SYSTEM**

## Contact Information

Recruiters can reach out to you about this application using the public contact information from your worker profile below.

**Email**
catmritzi@tamu.edu (Home)
catmritzi@tamu.edu (Work)

**Phone Number**

## Experience

| | |
|---|---|
| **If you can't find the Company Name, check this box and enter it manually** | Yes |
| **Company Name** | Sam Houston State University. Academic Success Center |
| **Title** | Graduate Assistant (Instructor/Research Assistant/Tutor) |
| **Location** | Huntsville, Texas |
| **Start Date** | |
| **Currently Work Here** | Yes |
| **Responsibilities and Achievements** | • Created and taught the INRW developmental Reading and Writing course<br>• Set up appointments via Campus Connect for Freshman using academic support<br>• Tutored in Writing, Reading comprehension, and Citation Style<br>• Conducted Research in part with the Academic Success Center, aiding in qualitative coding and instruction creation for modules/faculty workshops based on freshman needs |

| | |
|---|---|
| **If you can't find the Company Name, check this box and enter it manually** | Yes |
| **Company Name** | Sam Houston State University, Dept. of English |
| **Title** | Graduate Assistant (Instructor/Teaching Assistant) |
| **Location** | Huntsville. Texas |
| **Start Date** | |
| **Currently Work Here** | Yes |
| **Responsibilities and Achievements** | • Aided in Classroom assignments and Classroom management<br>• Maintained and properly weighted grades and assignments through Blackboard<br>• Taught and developed First Year Composition (1301 & 1302), Fall 2023-2024 |

| | |
|---|---|
| **If you can't find the Company Name, check this box and enter it manually** | Yes |
| **Company Name** | Spicewood at Quarter Circle 7 Hotel |
| **Title** | Server |
| **Location** | Alpine, Texas |
| **Start Date** | |
| **End Date** | |
| **Responsibilities and Achievements** | • Problem solved with fellow servers and kitchen staff to help stressful services.<br>• Organized server stations and kept general cleanliness to adjust to rising Covid guidelines<br>• Navigated busy service hours with customer skills to provide a good atmosphere for customers and to aid to fellow servers |

| | |
|---|---|
| **If you can't find the Company Name, check this box and enter it manually** | Yes |
| **Company Name** | Creekside Food Beer Wine |
| **Title** | Server |
| **Location** | Alpine, Texas |
| **Start Date** | |
| **End Date** | |

THE TEXAS A&M UNIVERSITY SYSTEM

View Submitted Application: TAMU Career
Site: Student Development Specialist II

09:05 AM
10/14/2024
Page 2 of 3



| | |
|---|---|
| **Responsibilities and Achievements** | • Organized customer receipts and kept active count of cashier drawer to ensure a proper log of the days earnings<br>• Performed quick math skills to do recommended tip percentages, cashback and change for customers during peak times<br>• Provided a good atmosphere with the maintenance of an outdoor garden as well as customer service skills for the benefit of those who entered |
| **Replace the Experience information in my profile with this information** | No |

**Education**

| | |
|---|---|
| **Country** | United States of America |
| **School** | Sam Houston State University |
| **Degree** | Masters |
| **Degree Received** | |
| **Field of Study** | English |
| **First Year Attended** | 2021 |
| **Last Year Attended** | 2024 |
| **GPA** | 3.88 |

| | |
|---|---|
| **Country** | United States of America |
| **School** | Sam Houston State University |
| **Degree** | Bachelors |
| **Degree Received** | |
| **Field of Study** | English |
| **First Year Attended** | 2017 |
| **Last Year Attended** | 2021 |
| **GPA** | 3.84 |

| | |
|---|---|
| **Replace the Education information in my profile with this information** | No |

**Certifications**

none entered

**Language**

none entered

**Skills**

Canva
Knowledge of integrating online learning objects into interfaces such as websites, content management systems, and learning management systems (e.g. Blackboard).
Microsoft Excel
Microsoft Word
Organization

| | |
|---|---|
| **Replace the Skills information in my profile with this information** | No |

**Updated+Resume+6.0.docx**

| | |
|---|---|
| **File Name** | Updated+Resume+6.0.docx |
| **Content Type** | application/vnd.openxmlformats-officedocument.wordprocessingml.document |
| **Updated By** | |
| **Upload Date** | 03/25/2024 11:19:18 AM |
| **Comment** | |

**Catherine+LoR.pdf**

| | |
|---|---|
| **File Name** | Catherine+LoR.pdf |


|  |  |
|---|---|
| **Content Type** | application/pdf |
| **Updated By** | |
| **Upload Date** | 03/25/2024 11:19:18 AM |
| **Comment** | |

Catherine+general.pdf

|  |  |
|---|---|
| **File Name** | Catherine+general.pdf |
| **Content Type** | application/pdf |
| **Updated By** | |
| **Upload Date** | 04/01/2024 09:18:30 AM |
| **Comment** | |

Winking, Audrey J  9/30 9:18 AM



can I schedule the sq17 _____ student's interview for wednesday at 2? I am trying to schedule it for 2 hours since the ___ interviews all took so long. but our dept meeting is supposed to be til 2:30 so I wanted to check before scheduling it

9/30 9:18 AM

ye

yes

**This may be identifiable.**



Winking, Audrey J  10/4 3:42 PM

So should I see if they're able to resume? Or are we just holding off til all the 17 stuff is done?

10/4 3:43 PM

Hold off for now...We may need her for 17...we can re-visit on Monday

Winking, Audrey J  10/4 3:44 PM

Ok, sounds good

Monday, October 7

Winking, Audrey J  10/7 9:16 AM

Captains are confirmed for tomorrow morning btw

Winking, Audrey J  10/7 12:01 PM

I rescheduled the thursday morning ████████ o tomorrow afternoon because what he shares may impact questions so I wanted to get him done asap

10/7 12:01 PM

ok

Tuesday, October 8

Winking, Audrey J  10/8 10:33 AM

_____ staff are "protecting the _____ cadets identities"

10/8 10:33 AM

ok...

Protecting them from what????

Winking, Audrey J  10/8 10:35 AM

they don't want to lose their trust because they worry the _____ will stop telling them things if they find out they reported and gave their names. I told them we can't hold the _____ accountable if we can't talk to the _____ to get their names...and I said you were concerned enough to report it, we would like to be able to address it so it stops before the _____ report something even worse to you. he said "i'll reflect on that and will email you if I decide to share their names". I said okay just reflect individually, please don't ask the _____ if you can share their names. our investigation has not been made known to the cadets at this time. so hopefully he doesn't go tell them.

he did give names of _____ cadets that have _____ though

Winking, Audrey J is out of office and may not respond   ✕

Type a message



10/8 10:40 AM

If one is ███████ we do not want to interview him

**Winking, Audrey J** 10/8 10:40 AM

nope two others

he said ██████

10/8 10:41 AM

Ok...Lets check with Meredith before we interview them

**Winking, Audrey J** 10/8 10:44 AM

well and at this point it's not going to happen before thursday. i possibly could call them in for friday but i'll wait til you check with her.

👍 1

Tuesday 4:01 PM

is there a format you would like volunteer schedules

**Winking, Audrey J** Tuesday 4:02 PM

I can make whatever you send me work 😊

Tuesday 4:03 PM

Justin is having me plan a brief training for tomorrow for investigations.

🤪

**Winking, Audrey J** Tuesday 4:03 PM

for our staff? or for who?

Tuesday 4:03 PM

He is asking everyone

**Winking, Audrey J** Tuesday 4:04 PM

I can come to the first part of the one you put on our calendars at 12:30

Tuesday 4:04 PM

So Currently this is who i have:

John Fleming 6:00 to 8:15

**Winking, Audrey J** Tuesday 4:05 PM

> **Bell Jr. Douglas** 10/8/2024 4:04 PM
> John Fleming 6:00 to 8:15

you talked him into helping?!? hah

Tuesday 4:05 PM

Dr. Driver and Mark Dawson 6:00am -10:00am

Luke Altendorf is generally available

Tuesday 4:11 PM

Tia can do 6 to 8 and 10:30 to 12:30pm

Can you stop by my office before you head home

**Winking, Audrey J** Tuesday 4:18 PM

Can you stop by my office before you head home

 Winking, Audrey J  Tuesday 4:18 PM

yess will do wrapping up the interview

Wednesday

 Winking, Audrey J  Wednesday 11:04 AM

do you think i'm good to schedule some █████████ interviews for friday? or do you forsee me needing to do other things with 17 that day?

Wednesday 11:07 AM

things for 17

 Winking, Audrey J  Wednesday 11:08 AM

okay, I have one already scheduled for 3-4 but the other two I will postpone until after I am back from my surgery then since those two haven't been communicated to the students yet

Wednesday 11:10 AM

I think if you would like to schedule some...its ok...We will just be under a time crunch to have 17 wrapped up

 Winking, Audrey J  Wednesday 11:26 AM

okay...i just finished with █████ got done early so i have a few extra minutes in my day now til our meeting at 12:30

 Winking, Audrey J  Wednesday 4:01 PM

IT is here with laptops!

Thursday

 Winking, Audrey J  Thursday 12:46 PM

nvestigations\Active Investigations\Sq-17\B\initial interviews

that's where I have the initial interview notes saved ████████ and the two staff). I still have to format the documents and do signatures, but the content is there if you need to look them over for your synopsis. the ones that end in AW (my initials) are probably more thorough than my co-investigators so I would recommend reading those if you just read one set of notes

Winking, Audrey J  Thursday 1:05 PM



Interesting response

 Winking, Audrey J  Thursday 3:28 PM

I'll do excused absence letters first thing tomorrow morning

Thursday 3:46 PM

█████ can do 9:30am tomorrow



Thursday 3:46 PM

can do 9:30am tomorrow

👍 1

I was unable to contact



Winking, Audrey J   Thursday 3:50 PM

Okay I'll email him real quick before I go back with my PT.

Sent, BCCd you

Thursday 4:10 PM

is at home sick so he cant do it until monday



Winking, Audrey J   Thursday 4:36 PM

Ok, thanks



Jeffery, Justin S   Chat   Shared

**Friday, October 4**

Jeffery, Justin S   10/4 3:00 PM

Free when you are

**Monday, October 7**

10/7 9:20 AM

🕯 1

Jeffery, Justin S   10/7 9:23 AM

The one from the ROTC staff?

Yes, he's aware.

10/7 9:24 AM

Jeffery, Justin S   10/7 9:24 AM

Thank you

FYI we have one of the _____ scheduled for Thursday Morning

🕯 1

I just want to say this is not IDEAL as it relates to conducting our investigation.

Jeffery, Justin S   10/7 11:53 AM

Understood.

Jeffery, Justin S   10/7 3:54 PM

Kari Simmons (my assistant) can help with breakfast order for Thursday if that's helpful?"

10/7 3:54 PM

That would be extremely helpful

Jeffery, Justin S   10/7 3:55 PM

Plan for around 20 people to be safe?

10/7 3:55 PM

yes

**Tuesday, October 8**

Jeffery, Justin S   10/8 9:42 AM   Edited

Good morning - What's the location for Thursday?

App'x 276



Search (Ctrl+E)

**Jeffery, Justin S**  Chat  Shared  ⊞

10/8 9:43 AM

Ash 2 on the Quad...we will be sending an email out this afternoon

Jeffery, Justin S  10/8 9:43 AM

I can't find that listed anywhere (trying to coordinate for food delivery)

10/8 9:44 AM

ASH 2 is #1405 on the campus map

👍 1

Jeffery, Justin S  10/8 9:46 AM

Got it . Thanks

Tuesday 10:35 AM

ROTC staff are "protecting the ▮▮▮▮ cadets identities"

Jeffery, Justin S  Tuesday 10:40 AM  Edited

disappointed but not surprised

Jeffery, Justin S  Tuesday 3:46 PM

John Fleming can do 6 - 8:15am

👍 1

How do we feel about pulling in others and doing a brief training tomorrow? We've done it before....

Tuesday 3:48 PM

There is not much time for Audrey to pull together a brief training when she has 5 interviews tomorroww

Jeffery, Justin S  Tuesday 3:51 PM

Kristen has offered to do the training if needed.

Tonya can do Thursday

Let's get an email out to collect exact times for folks

Tuesday 3:53 PM

email who...I sent you an email today with the exact time for folks who have already volunteered

No need for kristen to get involved I will conduct any training that is needed

I dont have any adiditonal people to email

Jeffery, Justin S  Tuesday 3:57 PM

Ok

Mark Dawson and Tonya Driver - 6am - 10am

Tuesday 3:59 PM

I think I have enough for 6:00am...I will need people from 9:00am/10:00am to 1:00pm or when we are done

Jeffery, Justin S  Tuesday 3:59 PM

Ok.

Tuesday 3:59 PM

We are attempting to have the inverviews last an hour and a half. but it depends on their responses....We have a lot of questions

Due to the number of alleged incidents

👍 1

Jeffery, Justin S  Tuesday 4:02 PM

Luke is available (generally)

**App'x 277**

Jeffery, Justin S  Tuesday 4:02 PM

 Luke is available (generally)

Jeffery, Justin S  Tuesday 4:08 PM

Thommy Mcgowan (finance) is not trained here but has an extensive background in investigations - he is available and will 6 - 10am if we want to go that route

Tuesday 4:08 PM

ok...Let me and Audrey get together to set schedules and I will let you know



**Investigation Statement Form**

Student Name: EXAMPLE                    UIN: EXAMPLE                    Interview Date: 10/10/2024

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1. This is the example first question? Please type the student's response to the question here (not in red, no need to change the font color – this is just to show you where to type!).<br><br>2. This is the example second question? Please type the student's response to the question here. | |

Scroll down to see signature instructions!

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature**: _____

Write your name here ON FIRST PAGE ONLY!

**Investigator Signature**: Draw your signature on this line on EVERY PAGE!

App'x 279

**From:** Douglas Bell
**To:** Bell Jr, Douglas
**Subject:** Screenshot 2024-10-14 at 5.32.36 PM
**Date:** Monday, October 14, 2024 5:33:57 PM

**This Message Is From an External Sender**
This message came from outside your organization.



Jun 26, 2023 at 3:54 PM

Douglas Bell – Student Community Standards

Wednesday 9:59 AM

Morning! Meetings ran over this AM so I didn't make VPM. Can we touch base today? CMDT has some questions about tomorrow and next steps.

Wednesday 5:21 PM

n the initial group.
mentioned in memo
and won't be there in the morning



Douglas Bell

Please excuse any typo, message sent from I-Phone

| | |
|---|---|
| **From:** | Douglas Bell |
| **To:** | Bell Jr, Douglas |
| **Subject:** | Text |
| **Date:** | Tuesday, October 15, 2024 9:52:36 AM |
| **Attachments:** | IMG_7343.PNG |
| | IMG_7344.PNG |
| | IMG_7345.PNG |
| | IMG_7346.PNG |
| | IMG_7347.PNG |
| | IMG_7348.PNG |
| | IMG_7349.PNG |
| | IMG_7350.PNG |
| | IMG_7351.PNG |
| | IMG_7352.PNG |

**This Message Is From an External Sender**

This message came from outside your organization.





















Douglas Bell

Please excuse any typo, message sent from I-Phone


THE TEXAS A&M
UNIVERSITY SYSTEM

View Submitted Application: View Submitted
Application

09:33 AM
10/14/2024
Page 1 of 2

| Contact Information | |
| --- | --- |
| | Recruiters can reach out to you about this application using the public contact information from your worker profile below. |
| **Email** | skylarl@sco.tamu.edu (Work) |
| **Phone Number** | |

| Experience | |
| --- | --- |
| **Company** | Texas A&M University |
| **Title** | Graduate Assistant - Student Conduct Office |
| **Location** | |
| **Start Date** | |
| **End Date** | |
| **Responsibilities and Achievements** | Reviewed campus partner reports, determining the possibility of student rule violations. |
| | Facilitated student conduct conferences, determining student responsibility and appropriate sanctions. |
| | Tracked conduct cases via Excel spreadsheet and Maxient. |
| | Facilitated office Ethics and Decision-Making workshop. |
| **Replace the Experience information in my profile with this information** | No |

| Education | |
| --- | --- |
| **Country** | United States of America |
| **School** | Texas A&M University |
| **Degree** | Masters |
| **Degree Received** | |
| **Field of Study** | Public Administration |
| **First Year Attended** | 2021 |
| **Last Year Attended** | 2023 |
| **GPA** | |

| | |
| --- | --- |
| **Country** | United States of America |
| **School** | Lewis University |
| **Degree** | Masters |
| **Degree Received** | |
| **Field of Study** | Political Science |
| **First Year Attended** | 2017 |
| **Last Year Attended** | 2021 |
| **GPA** | |

| **Replace the Education information in my profile with this information** | No |
| --- | --- |

| Certifications | |
| --- | --- |
| | none entered |

| Language | |
| --- | --- |
| | none entered |

| Skills | |
| --- | --- |
| | none entered |

Latham Cover Letter (1).pdf

**APP'X 292**



| | |
|---|---|
| **File Name** | Latham Cover Letter (1).pdf |
| **Content Type** | application/pdf |
| **Updated By** | Ann Perez |
| **Upload Date** | 04/04/2023 03:09:00 PM |
| **Comment** | |

Latham Resume.pdf

| | |
|---|---|
| **File Name** | Latham Resume.pdf |
| **Content Type** | application/pdf |
| **Updated By** | Ann Perez |
| **Upload Date** | 04/04/2023 03:09:00 PM |
| **Comment** | |

| Interviewers | 6:00-6:30 | 6:30-7:00 | 7:00-7:30 | 7:30-8:00 | 8:00-8:30 | 8:30-9:00 | 9:00-9:30 | 9:30-10:00 | 10:00-10:30 | 10:30-11:00 | 11:00-11:30 | 11:30-12:00 | 12:00-12:30 | 12:30-1:00 | 1:00-1:30 | 1:30-2:00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John Fleming | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Dr. Driver | | | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Mark Dawson | | | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Luke Altendorf | | | | | | | | | | | | | | | | |
| Tia Crawford | | | | | ■ | ■ | ■ | ■ | | | | | | ■ | ■ | ■ |
| Shante Hearst | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Steven Gros | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Susan Fox-Forrester | | | | | | | | | | | | | | | | |
| Lauren Dorsett | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | |

Note: We are hoping to be done by 12 or 1pm, but it will depend on how many students choose to answer questions, how much information they share, how long their interviews, go, etc.



# Energizing institutional assessment activities with students as partners: Assessment Institute 2021



# Contents

**Abstract** ............................................................................................................ **3**

Interaction ................................................................................................... 3

Over to you: Locating yourself in the partnership conversation ........................ 3

Acknowledgements ......................................................................................... 3

**Partnership** ........................................................................................................ **4**

Over to you: Describing partnership ............................................................... 4

**Partnership values** ............................................................................................ **5**

Over to you: The values that matter to you ...................................................... 6

**Good practice principles** ................................................................................. **6**

Over to you: Power ........................................................................................ 6

**Benefits** ............................................................................................................. **7**

Over to you: Leveraging benefits .................................................................... 7

**Challenges** ......................................................................................................... **8**

Over to you: Reaching out .............................................................................. 9

**Real examples** ................................................................................................. **10**

1. Students act as pedagogical consultants (Bryn Mawr and Haverford Colleges, Pennsylvania, US) .......... 10

2. Students consulting on teaching (SCoT) (Brigham Young University, US) .................................... 10

3. Implementing a Student Consultant Program (Lingnan University, Hong Kong) ........................... 11

4. Partnership pedagogy shapes curriculum transformation (University of Western Sydney, Australia) ........ 11

5. Institutional model to enable student partnership (University of Queensland, Australia) ........................... 12

6. Engaging student voices in institutional assessment and inquiry (North Carolina A&T, US) ....................... 13

7. Students are engaged in institutional research (Western Carolina University, US) ................................... 14

8. Black and minority ethnic (BME) students advise senior managers (Kingston University, UK) ................. 14

9. Institutional research in the degree program (University of Tuebingen, Germany) ................................... 15

Over to you: Imagining possibilities ............................................................... 15

**My Story: From students as data to students as partners** ......................... **16**

Data from students: Student learning outcomes in a science degree ................ 16

Partnering with students: Making sense together and taking action .................. 17

Over to you: Role of students ........................................................................ 18

**10 steps for getting started** ............................................................................ **19**

Over to you: Your first step ........................................................................... 19

**5 resources to grow your knowledge** ............................................................ **20**

Over to you: Your resources .......................................................................... 20

**About me** ......................................................................................................... **20**



# Abstract

There are many ways students can contribute to and enhance our assessment practices that strengthen outcomes of such work. In this session, we will assume partnering with students is a good thing to do. We will focus our attention on how we do it, what it can look like, how to face up to challenges that arise and recognize the benefits that emerge. Informal yet informative, come along to listen, share and learn together to advance our collective commitment to thinking differently about the role of students in assessment efforts.

This resource was created for faculty and staff members as part of my 2021 Assessment Institute workshop. It is pitched for a those new or coming into the conversation about engaging students as partners in learning and teaching. This resource leans into the arena of institutional assessment (evaluation in Australian and UK contexts), and quality enhancement and assurance. For the more experienced, I believe you will be gain more insights and have practices to share.

## Interaction

This resource prompts you to pause and reflect with the 'Over to you" text boxes. In some of these text boxes you will also see a link to a 'padlet' which is an online chalkboard that enables public sharing and reflection. In the workshop, we will draw on shared information in the workshop to learn from and with each other. You can start adding to the padlets now or wait until the workshop.

Padlet 1: https://padletuq.padlet.org/kmatthews118/wi5pyjuqd8z6e0q6

Padlet 2: https://padletuq.padlet.org/kmatthews118/esyxafzdbew0uu43

---

Over to you: Locating yourself in the partnership conversation

Where are you on the partnership journey? Have you engaged in partnership with students already or are you thinking about it? What have you learned so far or what do you want to learn?

Padlet 1: https://padletuq.padlet.org/kmatthews118/wi5pyjuqd8z6e0q6

---

## Acknowledgements

To you – readers and workshop participants who contribute to the assessment community. It is wonderful to return to the Assessment Institute. I am grateful for technology that allows us to engage and interact, but I do miss spending time in Indianapolis in October with my US-based assessment friends.

To Mick Healey for collecting and sharing case studies of practices from across the globe. See https://www.healeyheconsultants.co.uk/ for resources. Several case studies included here are from him and are used with permission.

To Alison Cook-Sather for her generosity, collaboration, and scholarly vision that has inspired partnership with students in higher education. Her Students as Learners and Teachers (SaLT) program has inspired work at my university (and many others): https://tli-resources.digital.brynmawr.edu/programs-and-opportunities/salt-program/. Check out her 2021 Assessment Institute talk and resources and note many parts of this resource are excerpts from co-authored work with Alison.



# Partnership

Engaging students as partners covers a wide range of activities, both in and out of the classroom. One of the most cited definitions for teaching and learning partnerships is:

*A collaborative, reciprocal process through which all participants have the opportunity to contribute equally, although not necessarily in the same ways, to curricular or pedagogical conceptualization, decision-making, implementation, investigation, or analysis.*

This definition comes from Cook-Sather, Felten, and Bovill (2014, p 6-7)[1] and their book is a must read for anyone interested in engaging with students in partnership. They make clear the contributions of students (p. 27):

*Students are neither disciplinary nor pedagogical experts. Rather, their experience and expertise typically is in being a student — something that many faculty [staff] have not been for many years. They understand where they and their peers are coming from and, often, where they think they are going.*

For many, including myself (Matthews, Cook-Sather & Healey 2018, p.24)[2], the idea is disruptive to the status quo of higher education:

*It is a radical cultural shift from staff making decisions to benefit students toward a mindset where students and staff are working together – as colleagues, as partners, as trusted collaborators – with shared goals.*

---

## Over to you: Describing partnership

A faculty member new to the idea of engaging students as partners asks you what it is all about. How would you describe partnership to them?

What questions would you ask them to get a conversation about partnership started?

---

[1] Cook-Sather, A., Bovill, C., & Felten, P. (2014). *Engaging students as partners in learning and teaching: A guide for faculty*. Jossey Bass.

[2] Matthews, K. E., Cook-Sather, A., & Healey, M. (2018). Connecting learning, teaching, and research through student–staff partnerships: Toward universities as egalitarian learning communities. In *Shaping higher education with students: Ways to connect research and teaching*. Edited by Tong, Vincent C. H., Standen, Alex, and Sotiriou, Mina. London, United Kingdom: UCL Press.23-29. https://www.jstor.org/stable/j.ctt21c4tcm.7?seq=1#metadata_info_tab_contents



# Partnership values

Partnership is values-driven and relational. Below is a list of values evoked in partnership literature and practices. I use colours to cluster values evoked by different scholars.

1. *Authenticity*: the rationale for all involved to invest in partnership is meaningful and credible.

2. *Honesty*: all involved are honest about what they can contribute to partnership and about where the boundaries of partnership lie.

3. *Inclusivity*: there is equality of opportunity and any barriers (structural or cultural) that prevent engagement are challenged.

4. *Reciprocity*: all involved have an interest in and stand to benefit from working and/or learning in partnership.

5. *Empowerment*: power is distributed appropriately and ways of working and learning promote healthy power dynamics.

6. *Trust*: all involved take time to get to know one-another and can be confident they will be treated with respect and fairness.

7. *Courage*: all involved are encouraged to critique and challenge practices, structures and approaches that undermine partnership, and are enabled to take risks to develop new ways of working and learning.

8. **Plurality**: all involved recognise and value the unique talents, perspectives and experiences that individuals contribute to partnership.

9. *Responsibility*: all involved share collective responsibility for the aims of the partnership, and individual responsibility for the contribution they make.

10. *Mutual respect:* the different views, perspectives and contributions of students and faculty/staff are recognised and taken seriously.

11. *Reciprocity:* an equity in exchanges and interactions with a balance of 'give and take' where different experiences and standpoints are shared.

12. *Shared responsibility:* students and faculty/staff orientations to teaching and learning shifts as more and different responsibility is assumed as students are recognised as active members in the university community.

13. *Agency:* illuminating the power and value of all involved to disrupt hierarchical power dynamics

14. *Accountability:* practice values of partnership, recognise power, and 'tend the space' of co-learning

15. *Affinity:* impacts sense of place and agency toward recentering of learning and shared success as goals of higher education

16. *Affirmation:* Acknowledging the journey of learning together that encourages the process of re-seeing and re-thinking in the partnership relationship

17. *Recognition:* Prioritising human relationships where people are valued (moving beyond 'I see you' and 'I hear you')

18. *Vulnerability:* acknowledging the personal and emotional impact (risk) arising from uncertainty (like a global pandemic)



## Over to you: The values that matter to you

What values resonate with you, and why? What values would you add? Which values energize you?

Padlet 1: https://padletuq.padlet.org/kmatthews118/wi5pyjuqd8z6e0q6

# Good practice principles

Good practice should aspire to:

**1. Foster inclusive partnerships**

Ideally, institutions will direct attention to the experiences of a diversity of students as the focus of partnership work, while also offering a plethora of partnership opportunities that specifically seek to include students and staff from all backgrounds in meaningful, power-sharing learning partnerships that shape the university.

**2. Nurture power-sharing relationships through dialogue and reflection**

Power, whether discussed or left unspoken, is always a factor in student-staff partnership interactions. Those in partnership should aspire to share power.

**3. Accept partnership as a process with uncertain outcomes**

Partnership gives primacy to the co-creation of shared goals and outcomes that are mutually decided during the process of partnership. As such, the outcomes of students and staff engaging as partners are unknown at the beginning of the joint endeavour.

**4. Engage in ethical partnerships**

Engaging in partnership should be governed by ethical guidelines; conducted in an ethical process and for ethical outcomes.

**5. Enact partnership for transformation**

Transformation begins through our own active reflection and ongoing dialogue with others about who engages and why in partnership, what it means for higher education, and how we advocate for SaP more widely.

## Over to you: Power

There is a power dynamic between students and faculty/staff. Partnership seeks to re-shape that dynamic. What energizes you about re-shaping the power dynamics between yourself and students?

Padlet 1: https://padletuq.padlet.org/kmatthews118/wi5pyjuqd8z6e0q6



# Benefits

A published literature review on Students as Partners in university teaching and learning (2011 to 2015) reported a range of beneficial outcomes for both students and staff[3].

**For students:**

- increased student engagement/motivation/ownership for learning
- increased student confidence/self-efficacy
- increased understanding of the 'other's' experience (e.g. students understanding staff experiences)
- enhanced relationship or trust between students and staff
- increased student learning about their own learning (metacognitive learning, self-evaluation, self-awareness)
- raised awareness of graduate attributes or employability skills or career development
- increased sense of belonging to university or discipline or community
- improved student content/discipline learning (actual or perceived)
- positively shifted identity as student/learner/person/professional
- enhanced student-student relationships

**For faculty/staff:**

- enhanced relationship or trust between students and staff
- development of new or better teaching or curriculum materials
- increased understanding of the 'other's' experience (e.g. staff understanding student experiences)
- new beliefs about teaching and learning that change practices for the better
- re-conceptualisation of teaching as a collaborative process to foster learning

## Over to you: Leveraging benefits

Which of the listed benefits of engaging students as partners would energize (or grab the attention of) your institutional leadership (or those who fund your assessment work)?

---

[3] Mercer-Mapstone, L., Dvorakova, S.L., Matthews, K.E., Abbot, S., Cheng, B., Felten, P., Knorr, K., Marquis, E., Shammas, R., and Swaim, K. (2017) A Systematic Literature Review of Students as Partners in Higher Education, *International Journal for Students as Partners* 1(1). https://mulpress.mcmaster.ca/ijsap/issue/view/306



# Challenges

There will be challenges. Knowing some of these challenges before you start can inform your planning and strengthen your resilience for when challenges do arise. Below are five common challenges and how you might reframe them as opportunities (from Cook-Sather & Matthews, 2021[4]).

**1. Resistance and reluctance**
Some students and staff/faculty question partnership or see it as an imposition.

> **Reframe**: There are good reasons why some people will resist the idea (they don't believe in it, it takes more energy, they see teaching as the lecturer's job or hold fixed beliefs about roles, it can introduce conflict with different perspectives, etc).

> **Resilience idea**: Start small. Communicate your intentions about why you are engaging in partnership to open up dialogue about student concerns, excitement and questions. Give it time and be explicit and transparent.

**2. Time**
There is not enough time to engage in partnership practices.

> **Reframe:** Investing time up front in developing partnership practices can save you time later, since learning experiences/insights/outcomes will likely be more meaningful and impactful (better).

> **Resilience idea**: Rethink fixed notions of time (schedule) to attend to how you direct your energy and attention.

**3. Curriculum constraints**
Accreditation or institutional reporting requirements mean you cannot change the institutional assessment framework or metrics.

> **Reframe:** Accept what can't be changed and focus on what you can co-create.

> **Resilience idea:** Invite your students to consider with you how to meet the institutional requirements, and work within the given constraints to engage in co-creation.

**4. Inclusivity**
Selecting a small number of students to partner as co-designers, consultants or co-inquirers necessarily means other students are being excluded.

> **Reframe**: Embrace equity as a guiding principle, which might mean including all students or it might mean inviting traditionally underrepresented and underserved students into partnership.

> **Resilience idea:** Open a dialogue with students about what inclusivity might mean in any given context where their input and choice contribute to criteria for selection.

**5. Resources and support**
Your institution or department does not have programs to support partnership practices.

> **Reframe:** Sometimes you can do more, at least initially, within and between the existing structures than within new ones.

> **Resilience idea**: Consider how you might use existing institutional structures (e.g. independent studies) and redeploy existing resources (e.g. departmental budget lines for teaching assistants, curricular innovation funds).

---

[4] Cook-Sather, A., & Matthews, K.E., (2021). Pedagogical partnership: engaging with students as co-creators of curriculum, assessment, and knowledge. In (eds) *University Teaching in Focus*: *A learning-centred approach* [pps. 243-259], Routledge



## Over to you: Reaching out

Challenges will always surface in partnership. Who can you reach out to discuss and seek support in navigating challenges?

*Want to stay connected with an international community committed to partnership?*

*Join the 'Students as Partners Network':*
*https://itali.uq.edu.au/advancing-teaching/initiatives/students-partners*



# Real examples

All the below case studies where sourced from Mick Healey's website[5], see resources section for the handout: *Students as partners and change agents*.

## 1. Students act as pedagogical consultants (Bryn Mawr and Haverford Colleges, Pennsylvania, US)

Most models of new faculty orientation and academic development assume that faculty learning is the purview of faculty colleagues or teaching and learning centre staff. *Students as Learners and Teachers (SaLT),* the signature program of the Teaching and Learning Institute (TLI) at Bryn Mawr and Haverford Colleges, challenges that assumption by inviting undergraduate students to work as pedagogical consultants to new and continuing faculty members. Between 2006 and 2021, over 300 faculty members and 200 student consultants have participated in over 400 pedagogical partnerships: semester-long (or yearlong) collaborations focused on pedagogical or curricular affirmation and revision.

For partnerships focused on classroom practice, students are not enrolled in the courses for which they serve as consultants and often have no experience in the subject matter of the courses. Each student consultant establishes with the faculty member a focus for their collaboration, which typically shifts over time as the partnership unfolds; visits one class session each week and takes detailed observation notes on particularly pedagogical goals or challenge(s) the faculty member has identified; surveys or interviews students in the class (if the faculty member wishes), either for mid-course feedback or at another point in the semester; meets weekly with the faculty member to discuss observation notes, the student and faculty partners' different perspectives on classroom practice, and other feedback and implications; and participates in weekly meetings with one another and with the director of SaLT. For partnerships focused on course design and redesign, faculty work with individual or groups of students who have taken the course to develop or revise course content, assignments, and methods of assessment. For full-semester partnerships, student consultants work approximately six hours per week at $10.75 per hour.

Feedback from participants suggests that these collaborations build confidence in both partners, deepen partners' learning experiences and meta-cognitive awareness, recast the responsibility for education as one that is shared by faculty and students, and contribute to more inclusive and responsive curricula and practices.

*Further information:* Cook-Sather (2011; 2014; 2016; 2018b); Cook-Sather & Abbot (2016); Cook-Sather, Bovill, & Felten (2014); www.brynmawr.edu/tli/; Personal correspondence with Alison Cook-Sather (acooksat@brynmawr.edu)

## 2. Students consulting on teaching (SCoT) (Brigham Young University, US)

Like the Student Observer Program at Carleton, SCOTs are trained students interested in making a contribution to the Brigham Young University (BYU) learning experience. They have been taught to serve as excellent feedback resources to instructors, supplementing student evaluations and peer reviews. SCOTs, who come from different departments, can serve in any of the following roles:

1. *Recorder/Observer.* The SCOT records, in writing, what went on in the classroom and gives the record to the instructor.

2. *Faux Student.* The SCOT takes notes as if he or she were a student in the class and returns the notes to the instructor.

---

[5] see https://www.healeyheconsultants.co.uk/



3. *Filmmaker.* The SCOT films the class for the instructor. The instructor may invite the SCOT to watch and discuss the video.

4. *Interviewer.* The instructor leaves the classroom for fifteen minutes while the SCOT conducts an interview with the class. The SCOT asks the students to respond verbally and in writing to questions: What helps your learning? What hinders your learning? What suggestions do you have?

5. *Primed Student.* The SCOT meets with the professor prior to class to receive instructions on what to watch for (e.g., How often are students getting involved in the discussion? Which activities are most engaging?)

6. *Student Consultant.* The instructor asks the SCOT for feedback and suggestions about classroom activities or particular areas of interest.

7. *Other.* The SCOT can assist with classroom research, reflective teaching, action research, etc.

*Further information:* http://ctl.byu.edu/services/students-consulting-teaching-scot

## 3. Implementing a Student Consultant Program (Lingnan University, Hong Kong)

"To enhance teaching and learning, Lingnan University's Teaching and Learning Center partnered with the Teaching and Learning Initiative at Ursinus College (USA) to develop faculty-student partnerships in the form of pedagogical "student consultants." Through regular classroom observations, consultation, dialogue, discussion, and critical reflection, student consultants provide faculty across disciplines with feedback from the perspective of trained students who are not enrolled in their courses. Partnerships allow faculty insight into how their teaching practices and assignments are perceived and received by their students. Through partnership, a new forum is created where students and teachers can collaborate on how they both function as teachers and learners. As the program is not formally evaluative and strictly confidential, faculty are challenged to take risks in their pedagogy and reassess the traditional roles of student and teacher. At the same time, this program offers students opportunities to participate in and take ownership of their education. This program emphasizes interactions between students and teachers in the exploration, discussion and solving of pedagogical issues and, as a result, better teachers and better students will emerge.

To implement the Student Consultant Program at Lingnan, two Ursinus College students trained four Lingnan University students to participate in the observation process. Over three days, Lingnan students formally observed various classes across disciplines and engaged in reflective discussions with faculty in the analysis of their classroom practices and experiences. The results were immediately transformative: organizers saw newly empowered students transforming the classroom and taking ownership of their education. At the same time, faculty were empowered by the affirmation of what works in their classrooms and received feedback on what could be improved. As we continue to refine a four-year curriculum that will prepare students to become global citizens, the Student Consultant Program is an innovative way of enhancing teaching excellence through dialogue and collaboration between faculty and students" (Ho *et al.*, 2014). A consultant observes at least one class a week for one term (Pounder *et al.*, 2015).

*Further information*: Ho *et al.* (2014) http://conference.herdsa.org.au/2014/s339.php; http://study.ln.edu.hk/tdg/projects/tg14a3; Pounder *et al.* (2015)

## 4. Partnership pedagogy shapes curriculum transformation (University of Western Sydney, Australia)

Partnership Pedagogy is the co-creation of curriculum by our staff with our students and our external partners. It is a signature concept in the shaping of curriculum transformation at Western, enabling the University and its students to remain critically engaged with emerging social challenges and complex future



work environments. Western's pedagogy involves any (or all) of these overlapping aspects of curriculum co-creation done via a genuine partnership between staff and students and external partners:

- Co-designing curriculum – where to the overall conception of the curriculum is thought through and consolidated between all partners. The course goals, purpose or curriculum elements are formulated via ongoing dialogue between partners. This includes but is not limited to selecting pedagogy, considering outcomes, devising content, conceptualising learning activities or assessment strategies.

- Co-developing curriculum resources – collaboration between all partners in the production of any of a range of tasks, resources or artefacts to be used in the teaching and learning activities specified by the curriculum. This includes but is not limited to developing classroom activities, audio, video resources, apps or computer simulations, text or image-based resources. It may include re-purposing professional materials so as to provide students with access to contemporary tools and authentic resources during their studies.

- Co-delivering curriculum – delivering curriculum as a collaboration with all partners either on or off campus. This includes but is not limited to workplace placements, guest lectures, mentoring students, participating in simulations, acting as clients for student consulting teams, participating in student conferences, or collaborating in cooperative research projects.

- Co-credentialing and co-assessing curriculum – a collaboration between all partners to design assessment tasks and standards both on and off campus. This includes but is not limited to setting questions, determining criteria, marking or supervising assessment activities. The co-credentialing aspect may also embed certification or accredited activities within the curriculum to enable students to attain external certification within a unit or course.

The 21C project is working towards the implementation of Partnership Pedagogy through

- the implementation of a set of course design principles 🖼 that will enable the University to articulate measures of impact for Partnership Pedagogy;

- a revitalised Course Design and Approvals policy;

- a set of Professional Learning modules – one focused on Partnership Pedagogy and the other, co-created by the 21C Student Curriculum Partners #partnerUp: co-creating curriculum with students [available soon]

- a suite of resources to showcase how Partnership Pedagogy is expressed in existing Western curricula; and

- participation in relevant University committees dedicated to Partnership.

*Further information:*
https://www.westernsydney.edu.au/learning_futures/home/21st_century_curriculum_project2/21C_project/partnership_pedagogy; Barrie & Pizzica (2019); See also Western Sydney University 21 Century SaP Project https://sites.google.com/view/wsu21c-saps

## 5. Institutional model to enable student partnership (University of Queensland, Australia)

The Student-Staff Partnership (SSP) Projects model fosters partnership through a project-driven approach to enable students and staff/faculty to engage to enhance the 1) teaching and learning, 2) governance and strategy, and 3) student experience environments at the University. Students *or* staff can submit project proposals to request student partner funding for grants of up to 50 hours in a semester. Students can then apply and are selected to engage in a project.



The projects are designed iteratively and collaboratively between student and staff partners, with project aims co-created tentatively during induction sessions and refined as the partnership progresses, as illustrated in the Figure:



1,100+ students and 600+ staff members have collaborated on 500+ projects since 2018. The projects range in focus and include partnerships on institutional assessment activities and learning analytic efforts to visualise data in meaningful ways for students.

*Further information*: https://employability.uq.edu.au/student-staff-partnerships; Coombe et al (2018); Dwyer (2018); Khouri et al (2017); Matthews (2017). Contact Kelly Matthews (k.matthews1@uq.edu.au)

## 6. Engaging student voices in institutional assessment and inquiry (North Carolina A&T, US)

The Wabash-Provost Scholars Program was initially developed as a way to "dig deeper" into Wabash National Study results through student-based focus groups. The Program trains undergraduate students to conduct focus group sessions with their peers, obtain and analyze qualitative and quantitative data, develop written summary reports, and lead scholarly presentations on their work and experiences. Wabash-Provost Scholars directly contribute to the knowledge base regarding the student learning environment at NC A&T State University, while developing valuable research and presentation skills. Comprised of students from a wide variety of majors, the program illustrates how 'high impact practices', such as undergraduate research experiences can be made available to *all* students, regardless of discipline, while also providing valuable service to the university. The students work alongside faculty and administrators in guided campus inquiry. Since 2007, a total of 49 Scholars have been trained. Scholars earn service hours for their work, which can be used to satisfy NC A&T State University service hour graduation requirements. The Wabash-Provost Scholars regularly develop written reports and make presentations on their institutional assessment activities.

*Further information:* Hornsby and Simkin (2011); http://www.ncat.edu/~atl/wabash-provost-scholars/



## 7. Students are engaged in institutional research (Western Carolina University, US)

Western Carolina University's Human Services Department includes an undergraduate minor in Leadership. Selected Leadership students (primarily second and third year) participated in a class entitled Leadership, Research, and Social Change, a course based on the Wabash Provost Scholars program and related work at North Carolina A&T State University. This model is reliant upon the concept of "institutional scholarship of teaching and learning or SoTL" wherein, "institutional assessment efforts are reframed as a communal inquiry process grounded in … SoTL … instead of focusing directly on improving retention and graduation rates – common institutional goals – what if institutional assessment was instead undertaken as a discovery process that involved faculty members, students, and administrators?" (Hornsby, Simkins, Brown, & Hampton, 2010, p. 1). This focus was used to address the institutional SoTL question of, "why do students stay at Western Carolina University?" Students used their leadership skills and worked as a research team to address their question. They developed a focus group study, collected and analyzed focus group interview data, and offered suggestions to university administrators, faculty, and staff in a public forum based on research results. Upon reflection, students felt that "it was so exciting to be a part of this study in helping to better our university." They also described that research and recommendations were "present[ed] to those who can fix the problem." Another student explained, "In the beginning of this process, I did not think that this research was actually going to make a difference in the things that happened at WCU and I did not think we were actually going to find some solutions. My opinion about this was changed drastically when we actually started doing the focus groups… I feel that the research we are doing will have a great effect …"

*Further information*: Freya Kinner (fkinner@email.wcu.edu)

## 8. Black and minority ethnic (BME) students advise senior managers (Kingston University, UK)

The Academic Development Student Advisory Panel (ADSAP) was established in 2011 at Kingston University to advise senior managers within the Academic Development Centre (ADC) on strategies to understand and improve the experience of BME students. Approximately 8 – 10 students are involved with membership altering at the end of the academic year. The work is unpaid.

Since its inception ADSAP has engaged in a number of areas including:

- Advising the senior manager responsible for the development and implementation of the university's Review of the Academic Framework

- Participating in a study tour to one of the university's partner institutions in the US (University of North Carolina at Charlotte) to learn about and exchange views and experiences on: BME student attainment in higher education; academic mentoring for ethnic minorities; student engagement; and student societies

- Advising the staff team responsible for developing and implementing a new university wide pre-entry summer school scheme aimed at widening participation cohorts;

- Advising the staff team responsible for development and implementation of a new university wide first year academic mentoring scheme

- Providing ten hours of talking head footage (HD quality) of student perceptions and advice for staff and students on: staff-student relationships; transition into first year; final year and post graduate programmes; assessment and feedback; plagiarism; and academic skills centres.

The students have given joint conference presentations and engaged in formal meetings with members of university senior staff including Vice Chancellor, Deputy Vice Chancellor and Chair of Governors.

*Further information*: Michael Hill (R.Hill@kingston.ac.uk)



## 9. Institutional research in the degree program (University of Tuebingen, Germany)

Since 2007 students from across the University of Tuebingen have been able to take an 8-week, 40 in class hours, course for credit entitled 'Data collection, analysis and strategic planning' in which they learn about institutional research and undertake projects to enhance practices in the university. Project partners, usually a university service provider, have included enrolment services, university libraries, the Language Centre, the Computing Centre, dining services, and sports services.  This outcome presents a win-win situation for the institution, students and instructors alike.

*Further information*: Buettner (2014) http://www.heirnetwork.org.uk/wp-content/uploads/2014/10/Buettner.pdf

## Over to you: Imagining possibilities

After reading a selection of examples, what possibilities can you imagine for engaging students as partners to advance quality assurance and enhancement in your university/assessment office?

Padlet 2: https://padletuq.padlet.org/kmatthews118/esyxafzdbew0uu43

Have you got a great example? Why not contribute a short case study to Mick Healey's collection? Contact details at https://www.healeyheconsultants.co.uk/



# My Story: From students as data to students as partners

We all have our learning journeys. I came into higher education research and development to make a difference for students and teachers. The role of students is crucial. My perspective on the role of students has evolved from valuing students as a source of data to working with students in partnership. I share my journey now (excerpt from a 2018 article[6]).

## Data from students: Student learning outcomes in a science degree

In 2008 I developed a survey tool, the *Science Students Skills Inventory* (SSSI), to capture students' perceptions of their learning outcomes across a science degree program. Academic staff (faculty) espoused what they believed students were learning and this was being debated as part of a curriculum review process at The University of Queensland (UQ) in Australia (large, comprehensive research-intensive institution typically ranked in the top 50 of global university league tables). This coincided with a national government-funded project that sought to articulate the discipline-specific learning outcomes of students from differing undergraduate degree programs, called the "Learning and Teaching Academic Standards" (LTAS) project, which produced a statement of "Science Threshold Learning Outcomes" based on an extensive consultation period (with university academics, industry, alumni) intended to[7]:

*provide a foundation for articulating and developing the higher education science curriculum, and for improving learning and teaching in science at the university level.*

In other words, the university staff in the sciences and the national scientific community were developing statements of learning outcomes expected of students graduating with a bachelor's degree in science that ultimately emphasized disciplinary content knowledge (and applying that knowledge) along with several skills (e.g. teamwork, oral communication, written communication, ethical thinking, and quantitative). The rationale for developing the SSSI was predicated on the value of students' perceptions as one key source of evidence to inform curriculum development and design, with the instrument being published because of interest beyond UQ (see Matthews and Hodgson[8] for initial instrument and early comparative study of results across two Australian research-intensive universities). Importantly, the underlying assumption of the SSSI was a valuing of students' perceptions to signal that what students think about their learning is relevant, it matters, and such views should be informing curriculum design and development.

Since its development, the SSSI has been used consistently at UQ to inform curriculum development (see Faculty of Science[9] for formal review submission featuring trend data from the SSSI in 2008, 2011, 2014) and in research published in the top science and higher education journals: comparative analysis of a traditional and interdisciplinary curriculum[10]; comparison of student and academic perceptions[11]; analysis of dual or double degree science students with single degree students[12]; focused analysis of a specific

[6] Matthews, K. E. (2018). Engaging students as participants and partners: An argument for partnership with students in higher education research on student success. *International Journal of Chinese Education*, 7(1), 42-64.

[7] Yates, Brian, Sue Jones, and Jo Kelder. "Learning and Teaching Academic Standards Project: Science.". *Sydney: Office for Learning and Teaching.* http://www.olt.gov.au/resource-learning-and-teaching-academic-standards-science-2011, 2011: 16.

[8] Matthews, Kelly E., and Yvonne Hodgson. "The Science Students Skills Inventory: Capturing graduate perceptions of their learning outcomes." *International Journal of Innovation in Science and Mathematics Education* 20, no. 1 (2012).

[9] Faculty of Science. "Bachelor of Science Curriculum Review Submission." *Brisbane: The University of Queensland.* http://espace.library.uq.edu.au/view/UQ:715983, 2015.

[10] Matthews, Kelly E., Jennifer Firn, Susanne Schmidt, and Karen Whelan. "A comparative study on student perceptions of their learning outcomes in undergraduate science degree programmes with differing curriculum models." *International Journal of Science Education* 39, no. 6 (2017): 742-760.

[11] Matthews, Kelly E., and Lucy D. Mercer-Mapstone. "Toward curriculum convergence for graduate learning outcomes: academic intentions and student experiences." *Studies in Higher Education* 43, no. 4 (2018): 644-659.

[12] Dvorakova, Lucie S., and Kelly E. Matthews. "Graduate learning outcomes in science: variation in perceptions of single-and dual-degree students." *Assessment & Evaluation in Higher Education* 42, no. 6 (2017): 900-913.



outcome[13]; comparison of assessed outcomes with perceptions[14]; comparison across research intensive universities[15] ; and the SSSI has recently been adapted for use in Mathematics[16].

In exploring science-specific graduate learning outcomes at the whole of degree program level (e.g. scientific content knowledge; writing skills; oral communication; teamwork skills; quantitative skills; ethical thinking) across various indicators (e.g. importance; assessed; included; improvement; future use), my intention was to guide curriculum development. The results were visualised and used in disciplinary meetings to indicate how students were perceiving the outcomes espoused by the disciplinary community. They sparked conversation, debate, reflection, action, and target measures for the BSc Review.

In this example of drawing on the SSSI in a relatively simple yet compelling manner, students' views in a quantitative sense impacted on curriculum planning and development at UQ. Because scientist come from a tradition of understanding knowledge and truth as objective, this approach to bring in the "student voice" (as frequently discussed by institutional leaders) with students as participants in research -- as research subjects -- was powerful. When I started using the SSSI in 2008, I spent a great deal of time rationalising why I was drawing on students as a source of data to inform curriculum planning and development and debating the merits of students' perceptions versus performance data from learning assessment instruments. By 2014 the sense that students' views offered insights and were generative was more accepted and as such, I needed to have fewer of these conversations at UQ. Nationally, I was invited in 2016 to keynote at the *Australian Council of Deans of Science* annual meeting of national teaching and learning leaders on the topics of "Student voice in science curriculum review" where academics understood that students were one source of data being drawn on to inform teaching, learning, and curriculum work, and this peak body for university science education wanted to better understand how to capture and action evidence from students[17].

## Partnering with students: Making sense together and taking action

In 2015 I was awarded an *Australian Learning and Teaching Fellowship* on "engaging students as partners in curriculum development". Building on my applied research that captured students' perspectives as a source of data to inform academic curricular decision-making, the Fellowship allowed me to think of students as more active, ongoing contributors and collaborators in my research that acknowledged the unique expertise that students could bring to bear on understanding how students experience learning. The key here is that I was working with students in a shared learning process that allowed students to gain research and analytic skills while learning about how the university makes sense of student generated data and offered me fresh insights into the experiences of students to better inform research conclusions and draw more grounded implications for curriculum development in practice. In other words, working in partnership was a reciprocal learning process of mutual benefit for students and myself[18].

During the analysis phase of the BSc Review, I partnered with a BSc honours student to make sense of the SSSI data and draw implications for academics involved in the review to consider. When looking over the student SSSI results, the student was able to offer her student-insider perspective on the curriculum to

[13] Matthews, Kelly E., Peter Adams, and Merrilyn Goos. "The influence of undergraduate science curriculum reform on students' perceptions of their quantitative skills." *International Journal of Science Education* 37, no. 16 (2015): 2619-2636; Mercer-Mapstone, Lucy D., and Kelly E. Matthews. "Student perceptions of communication skills in undergraduate science at an Australian research-intensive university." *Assessment & Evaluation in Higher* Education 42, no. 1 (2017): 98-114.

[14] Matthews, Kelly E., Peter Adams, and Merrilyn Goos. "Quantitative skills as a graduate learning outcome: exploring students' evaluative expertise." *Assessment & Evaluation in Higher* Education 42, no. 4 (2017): 564-579.

[15] Matthews, Kelly E., Yvonne Hodgson, and Cristina Varsavsky. "Factors influencing students' perceptions of their quantitative skills." *International Journal of Mathematical Education in Science and Technology* 44, no. 6 (2013): 782-795; Varsavsky, Cristina, Kelly E. Matthews, and Yvonne Hodgson. "Perceptions of science graduating students on their learning gains." International Journal of Science Education 36, no. 6 (2014): 929-951.

[16] King, Deborah, Cristina Varsavsky, Shaun Belward, and Kelly E Matthews. "Investigating students' perceptions of graduate learning outcomes in mathematics." *International Journal of Mathematical Education in Science and Technology* 48, no. sup1 (2017): S67-S80.

[17] Matthews, Kelly E. "Student Voice in Curriculum Review: Students as Partners." In *Australian Council of Deans of Science Education Conference*. 2016b.

[18] Cook-Sather, Alison, Catherine Bovill, and Peter Felten. *Engaging students as partners in learning and teaching: A guide for faculty*, (San Francisco: John Wiley & Sons, 2014); Healey, M., A. Flint, and K. Harrington. *Students as partners in learning and teaching in higher education*, (York: Higher Education Academy, 2014).



explain particular patterns or trends. Because I was not a student in the BSc, I could not understand how certain learning outcomes were being developed or assessed across courses or year levels. While doing this work, the student identified her particular interest in scientific communication skills, which she wanted to explore in further depth. We worked together to publish a paper[19], which contributed to the literature while value adding to the student's academic experience with a tangible publication for her CV and supporting my own academic progression dependent on high quality publications. We also worked together as co-inquirers and collaborators on another paper that compared student and academic perceptions of learning outcomes from a science degree program[20] published in one of the highest ranked journals in the field of higher education. Through this process, we discussed, debated, and wrote as colleagues who brought differing, yet important insights to the work being published in an enjoyable process of collaboration that resulted in high quality outputs.

In the meantime, I partnered with another undergraduate student in the BSc. As a dual or double degree student, she felt her science degree and her arts degree were not well aligned and she wanted to explore the extent of this issue with other dual degree students. While this was not a topic of particular interest to me, I appreciated her concern. Following a literature review, she found similar issues raised in differing contexts but little about the experience of students that drew on student-sourced research. We drew on the BSc review SSSI data analysis of single versus dual degree students and found some striking patterns that signalled dual degree students were not attaining learning outcomes to the same extent as single degree students reported[21]. Not only did we publish this work in a high-rated journal, but the student was also empowered by what she had learned and presented her views to the formal BSc Review Committee panel of high-powered international leaders. She drew on data and shared her story in ways that influenced the panel, who made a direct recommendation about dual degree students in their formal report following their visit. By partnering with this student, she got an insider view that students rarely get and was able to draw on her new knowledge to influence curriculum policy in ways that few students and most academics could.

## Over to you: Role of students

How do you see the role of students in higher education? And how has that perspective about students shaped how you interact with students?

Padlet 2: https://padletuq.padlet.org/kmatthews118/wi5pyjuqd8z6e0q6

---

[19] Mercer-Mapstone, Lucy D., and Kelly E. Matthews. "Student perceptions of communication skills in undergraduate science at an Australian research-intensive university." *Assessment & Evaluation in Higher Education* 42, no. 1 (2017): 98-114.

[20] Matthews, Kelly E., and Lucy D. Mercer-Mapstone. "Toward curriculum convergence for graduate learning outcomes: academic intentions and student experiences." *Studies in Higher Education* 43, no. 4 (2018): 644-659.

[21] Dvorakova, Lucie S., and Kelly E. Matthews. "Graduate learning outcomes in science: variation in perceptions of single-and dual-degree students." *Assessment & Evaluation in Higher Education* 42, no. 6 (2017): 900-913.



# 10 steps for getting started

From an individual perspective, getting started in partnership means forming relationships with a shared purpose or goal. In terms of institutional assessment or research (or scholarship of teaching and learning), the below 10 steps offer guidance[22].

1.  Start on a small scale by working with two or three students where there is a specific yet meaningful contribution for students to make to the research endeavour. (A small group of students might build student confidence to contribute more actively)

2.  Start the partnership by explicitly discussing the idea of working in partnership and the values underpinning how the collaboration will work, while establishing through dialogue appropriate boundaries and expectations.

3.  Decide on personal learning goals, ways of working, and timelines together at the beginning of the partnership, and revisit and revise together as needed.

4.  Discuss the idea of expertise and acknowledge the expertise students possess by nature of being a student in contrast to the different, yet equally valuable expertise that researchers possess—emphasis the mutual learning process.

5.  Listen more than talk. Pose open questions often and invite questions. Establish earlier on that dialogue is essential. Be okay with silence and listen.

6.  Create time to nurture the learning relationship that pays attention to the *process* of collaborating.

7.  Be flexible to change focus or outcomes based on student contributions so the collaborative process can become co-owned as a powerful way to build student agency.

8.  Celebrate effective processes of working together along with achievement of research outcomes or outputs.

9.  Take seriously what students say through ongoing negotiation and dialogue while also sharing your thinking based on your expertise.

10. Create space for reflection about the partnership as a learning process for yourself and students.

## Over to you: Your first step

What is the next action you will take to advance your partnership practice with students? For example, if you are new, will you read more or reach to colleagues?

---

[22] These are from: Matthews, K. E. (2018). Engaging students as participants and partners: An argument for partnership with students in higher education research on student success. *International Journal of Chinese Education*, *7*(1), 42-64.



## 5 resources to grow your knowledge

Here is a list of 5 selected resources. Not an exhaustive list but rather a joining the conversation list with some seminal and thoughtful resources on the practice of partnership with students.

- Engagement through partnership: Students as Partners in learning and teaching in higher education: Report with case studies, models, and values for partnership in context of student engagement

- Students as Partners: Engaged Learning Resources: Blog post with overview of student partnerships

- Mick Healey on Student as Partners: Video (7 mins) discussing on partnership in higher education

- Peter Felten on engaging students as partners in learning and teaching: Video (5 mins) on key ideas from must read Cook-Sather, Bovill and Felten 2014 book

- Pedagogical Partnerships: a how-to guide: Open access book with practical resources co-authored by students and faculty members.

The *International Journal for Students as Partners* (IJSaP) is open access publication with case studies, reflective essays, research articles and more that all illuminate partnership. It is co-edited by students and faculty/staff with submissions led by students and faculty/staff.

### Over to you: Your resources

Share any resources (from your work or others) on engaging students as partners in institutional assessment.

Padlet 2: https://padletuq.padlet.org/kmatthews118/esyxafzdbew0uu43

## About me

I am currently an Associate Professor of Higher Education and an elected member of the Academic Board at The University of Queensland in Australia. My attention is focused on nurturing learner-teacher relationships that foster meaningful learning opportunities in higher education. I am internationally known for my scholarship on engaging students as partners and collaborative leadership that creates learning communities advancing a shared goal for more human-centred and relational curriculum, pedagogy and assessment practices in universities.

Recognised for teaching practices with both individual and team awards, I teach undergraduate students and university lecturers in the areas of pedagogy and curriculum. I have collaborated on 25+ projects worth $2.7 million and publish extensively across a range of academic genres and outlets. I am an Australian Learning and Teaching Fellow, and an inaugural co-editor for the *International Journal for Students as Partners.* As an elected Vice-President for the *International Society for the Scholarship of Teaching and Learning* (2016-19), I co-authored the society's first strategic plan. My new, open-access book with Mick Healey and Alison Cook-Sather, *Writing about Learning and Teaching in Higher Education* is now available + a new Guidebook (also open-access*), Student Partnerships in Assessment*, with Catherine Bovill and Tim Hinchcliffe.

Connect with me on Twitter (@kellymatthewsUQ) or LinkedIn. Learn more about my research in this podcast conversation.



## Contact details

**Kelly Matthews**
Twitter    @kellymatthewsUQ
Email    **k.matthews1**@uq.edu.au
Web    https://researchers.uq.edu.au/researcher/1754

CRICOS Provider Number 00025B

# 2021 AssessmentInstitute

*Leading Improvements in Higher Education*

# Program Book

# October 24-27, 2021

Presented by

The Office of

Planning and Institutional Improvement

at

IUPUI

# Table of Contents

Welcome ...........................................................................................................1

Institute Organizers .......................................................................................2

Institute Partners ...........................................................................................4

Sponsors .........................................................................................................5

Virtual Schedule Overview ...........................................................................9

Institute Live Schedule
        Pre-Institute Workshops ...............................................................11

        Concurrent, Plenary, and Keynote Sessions ..............................20

Pre-Recorded Sessions .............................................................................178

## Welcome from Stephen P. Hundley, Chair of the Assessment Institute

Welcome to the 2021 Assessment Institute hosted by IUPUI and held virtually Sunday, October 24, 2021, through Wednesday, October 27, 2021. As you know, we offered complimentary registration this year as our way of supporting the higher education community during times of resource constraints and travel limitations. More than 10,000 attendees from all 50 states and more than 46 countries registered for this year's event. This year's attendance positions IUPUI's Assessment Institute as *the* global gathering place focused on higher education assessment and improvement in 2021. We are so pleased you have joined us.

Even though we are engaging with each other virtually, we strive to offer an inclusive venue for attendees. Individuals are joining us from all institutional types, from several disciplines and areas of study, and from all corners of our campuses, including colleagues in student affairs, community engagement, enrollment management, and global learning. Everyone—from newcomers to advanced practitioners—is welcomed and valued at the Assessment Institute.

I know you will find the 400+ unique educational offerings as part of this year's program to be informative and inspiring. Presenters have worked hard to develop and deliver content addressing both enduring and emerging issues in higher education assessment and improvement. Our robust program represents an embarrassment of riches, and I realize there may be competing sessions you wish to attend simultaneously. Fortunately, we are recording most sessions and will be posting them to our website after the Institute for future viewing.

Please consult assessmentinstitute.iupui.edu for session recordings, handouts, and other resources. Our website also features information about *Assessment Update*, an award-winning bi-monthly publication from Wiley; *Trends in Assessment*, an edited volume from Stylus with contributions from more than 40 Assessment Institute leaders; and *Leading Improvements in Higher Education*, our award-winning podcast service.

Finally, our program benefits tremendously from the generous involvement of many individuals and organizations. I acknowledge with gratitude my colleagues at IUPUI, including our campus leadership, for their ongoing support of the Assessment Institute. Thanks to track leaders responsible for shaping content of our 11 dedicated tracks, including securing outstanding track keynote presenters. National associations and research organizations also collaborate with us to make intellectual contributions to our annual program. I appreciate the investment made by our many sponsors; their involvement helps defray costs associated with producing this event. Truly special thanks to colleagues in both our University Information Technology Services unit and in my home office, Planning and Institutional Improvement, for all they have done over the past few months to help us prepare for such a dynamic 2021 Assessment Institute.

Please reach out to me at shundley@iupui.edu when I may answer questions or provide additional information. I wish for you, your colleagues, and your families continued health and wellbeing during these challenging times. Again, thank you for joining us this year.

Best regards,

Stephen P. Hundley, Ph.D.
Senior Advisor to the Chancellor for Planning and Institutional Improvement
Professor of Organizational Leadership
Chair, Assessment Institute
Executive Editor, *Assessment Update*
Host, *Leading Improvements in Higher Education* Podcast
IUPUI

# Assessment Institute Organizers

**Institute Chair:**

- Stephen P. Hundley, IUPUI

**Manager of Assessment Institute Operations:**

- Angela Bergman, IUPUI

**Founding Chair:**

- Trudy W. Banta, IUPUI

**Institute Coordinators:**

- Chad Beckner, IUPUI
- Greg Brenner, IUPUI
- Aaron Buck, IUPUI
- Gary Curto, Indiana University
- Linda Durr, IUPUI
- Michele Trent, IUPUI
- Ross Wilkerson, Indiana University
- Shirley Yorger, IUPUI

**Community Engagement Track Coordinators:**

- Tony Chase, IUPUI
- Jillian Martin, Washington University in St. Louis
- Kristin Norris, IUPUI

**Diversity, Equity, & Inclusion Track Coordinators:**

- Michele J. Hansen, IUPUI
- Corinne C. Renguette, IUPUI

**Faculty Development Track Coordinators:**

- Seonmi Jin, Indiana University—Bloomington
- Krista Hoffman-Longtin, IUPUI
- Megan Palmer, IUPUI

**Global Learning Track Coordinators:**

- Leslie Bozeman, IUPUI
- Hilary Kahn, IUPUI
- Darla Deardorff, Association of International Education Administrators (AIEA)
- Dawn Whitehead, Association of American Colleges and Universities (AAC&U)

**Graduate/Graduate Professional Education Track Coordinators:**

- Peter Altenburger, IUPUI
- Jeff Barbee, The Ohio State University, College of Medicine
- Susan N. Kahn, Texas A&M University
- Sarah Zahl, Marian University

**HIPs in the States Track Coordinators:**

- Jo-Ellen Becco, Pikes Peak Community College
- Amy T. Cicchino, Auburn University
- Jerry Daday, IUPUI
- Brandi Gilbert, IUPUI
- Tom Hahn, IUPUI
- Matt Lexow, Southwest Tennessee Community College
- Ken O'Donnell, California State University, Dominguez Hills
- Amy Powell, IUPUI
- Robin Schofield, Pikes Peak Community College
- Jennifer Thorington-Springer, IUPUI

**Learning Improvement Track Coordinator:**

- Keston H. Fulcher, James Madison University

**National Institute for Learning Outcomes Assessment (NILOA) Track Coordinator:**

- Gianina R. Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign

**STEM Education Track Coordinators:**

- Nicholas Curtis, Marquette University
- Wayne J. Hilson, Jr.
- Darrell D. Nickolson, IUPUI
- H. Anne Weiss, Purdue University

**Student Affairs and Co-Curricular Programs and Services Track Coordinators:**

- Zachary Clark
- Caleb J. Keith, IUPUI
- Sonia Ninon, IUPUI
- Linda Wardhammar, IUPUI

**Student Partnership and Engagement in Assessment Track Coordinators:**

- Nicholas Curtis, Marquette University
- Robin Anderson, James Madison University

# Assessment Institute Partners

**Founding Institute Organizer:**

- IUPUI

**Signature Institute Partner:**

- National Institute for Learning Outcomes Assessment (NILOA)

**Contributing Institute Partners:**

- *Assessment Update*
- Association for the Assessment of Learning in Higher Education (AALHE)
- Association for Authentic, Experiential, and Evidence-Based Learning (AAEEBL)
- Association for Institutional Research (AIR)
- Association of American Colleges and Universities (AAC&U)
- Center for Assessment & Research Studies (CARS) – James Madison University
- Center for Postsecondary Research (CPR)/National Survey of Student Engagement (NSSE)
- Council for the Advancement of Standards in Higher Education (CAS)
- Credential Engine
- *Enrollment Management Report*
- Grand Challenges in Assessment Project
- HBCU Collaborative for Excellence in Educational Quality Assurance (HBCU-CEEQA)
- Higher Education Data Sharing Consortium (HEDS)
- HIPs in the States
- *Improving Student Learning at Scale*
- *Leading Improvements in Higher Education Podcast*
- Learning Improvement Community
- National Association for Campus Activities (NACA)
- *Research & Practice in Assessment*
- Student Affairs Assessment Leaders (SAAL)
- *Student Affairs Today*
- *Trends in Assessment*

# Sponsors

**Diamond Virtual Sponsor:**
Providing Support for the Assessment Institute Welcome Session, Plenary Session, and the Institute Podcast

**Center for Assessment and Research Studies (CARS)**
**James Madison University**
Phone: (540) 568- 6706
Email: fulchekh@jmu.edu
http://www.jmu.edu/assessment
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852**

---

**Platinum Virtual Sponsor:**
Providing Support for the Diversity, Equity, & Inclusion Track

**AEFIS**
Phone: (877) 674-3122
https://www.aefis.com
Suzanne Carbonaro, Director of Academic Partnerships
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448**

---

**Platinum Virtual Sponsor:**
Providing Support for the Faculty Development Track

**Association of American Colleges & Universities (AAC&U)**
Phone: (202) 387-3760
Email: information@aacu.org
https://www.aacu.org
**Virtual Sponsor Booth Hours:**
10/25/2021 from 3:00 PM – 5:15 PM Eastern
10/26/2021 from 3:00 PM – 5:15 PM Eastern
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89364698864**

---

**Platinum Virtual Sponsor:**
Providing Support for the Community Engagement Track

**Collaboratory**
Phone: (888) 506-0065
https://cecollaboratory.com/
Lauren A. Wendling, Director of Institutional Success, lwendling@cecollaboratory.com
Kristin Medlin, Director of Research and Development, kmedlin@cecollaboratory.com
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81451930665**

---

**Platinum Virtual Sponsor:**
Providing Support for the Student Partnership and Engagement in Assessment Track
**ExamSoft**
Phone: (866) 429-8889
Email: info@examsoft.com
https://examsoft.com
**Virtual Sponsor Booth Hours:**
10/25/2021 from 12:15 PM – 1:15 PM Eastern: **https://iu.zoom.us/j/85150817698**
10/26/2021 from 1:30 PM – 3:00 PM Eastern: **https://iu.zoom.us/j/81509113126**
10/27/2021 from 2:30 PM – 3:00 PM Eastern: **https://iu.zoom.us/j/86462390114**

---

**Platinum Virtual Sponsor:**
Providing Support for the HIPs in the States Track

**Student Opportunity Center**
Phone: (888) 351-5290
Email: community@studentopportunitycenter.com
https://studentopportunitycenter.com
**Virtual Sponsor Booth Hours:**
10/25/2021 from 12:15 PM – 4:15 PM Eastern
10/26/2021 from 12:15 PM – 4:00 PM & 5:30 – 6:00 PM Eastern
10/27/2021 from 12:15 – 3:15 PM & 4:15 PM – 5:15 PM Eastern
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88030075203**

---

**Platinum Virtual Sponsor:**
Providing Support for the Student Affairs and Co-Curricular Programs and Services Track

**Suitable**
Phone: (215) 578-8027
Email:  michael@suitable.co
https://www.suitable.co
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846**

---

**Platinum Virtual Sponsor:**
Providing Support for the Global Learning Track

**Territorium**
Email: hi@territoriumlife.com
https://www.territorium.com
**Virtual Sponsor Booth Hours:**
10/25/2021 from 2:30 PM – 5:15 PM Eastern
10/26/2021 from 2:30 PM – 5:15 PM Eastern
10/27/2021 from 2:30 PM – 5:15 PM Eastern
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83354893505**

---

**Platinum Virtual Sponsor:**
Providing Support for the Learning Improvement and Innovation Track

**Weave**
Phone: (877) 932-8340
https://www.weaveeducation.com
Kathy Farrelly, Director, Customer Engagement
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/89312175626

---

**Gold Virtual Sponsor:**

**Anthology, Inc.**
Phone: (561) 923-2500
Email: contact@anthology.com
https://www.anthologyinc.com
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/86749788025

---

**Gold Virtual Sponsor:**

**Crowdmark**
Phone: (647) 525-6301
https://crowdmark.com
Sheila Cassidy, Director of Operations, sheila@crowdmark.com
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/84778016419

---

**Gold Virtual Sponsor:**

**eLumen**
Phone: (612) 444-3291
Email: info@elumenconnect.com
https://elumenconnect.com
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/84050295727

---

**Gold Virtual Sponsor:**

**National Survey of Student Engagement (NSSE)**
**Center for Postsecondary Research**
**Indiana University School of Education**
Phone: (812) 856-5824
https://nsse.indiana.edu
Bob Gonyea, Associate Director, IU Center for Postsecondary Research
Jillian Kinzie, Associate Director, IU Center for Postsecondary Research and NSSE Institute
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/88191218955

---

**Gold Virtual Sponsor:**

**Nuventive**
Phone: (412) 847-0280
Email: learnmore@nuventive.com
https://nuventive.com
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197**

---

**Gold Virtual Sponsor:**

**Stylus Publishing, LLC**
Phone: (703) 887-6133
http://www.styluspub.com
https://styluspub.presswarehouse.com//landing/AssessmentInst2021
Patricia Webb, Marketing Manager
**Virtual Sponsor Booth Hours:** Please visit Stylus Publishing's Assessment Institute **website**

---

**Gold Virtual Sponsor:**

**Watermark**
Phone: (800) 311-5656
Email: info@watermarkinsights.com
http://www.watermarkinsights.com
Leigh Choate, VP Marketing, lchoate@watermarkinsights.com
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811**

---

**Gold Virtual Sponsor:**

**Xitracs Accreditation Management and Assessment Reporting System**
**A Division of Concord USA, Inc.**
Phone: (770) 200-7465
http://www.xitracs.com
**Virtual Sponsor Booth Hours:** 10/25/2021 – 10/27/2021 from 12:15 PM – 6:00 PM Eastern Each Day
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85728963903**

---

# Virtual Schedule Overview

| Sunday, October 24, 2021 | | | | |
|---|---|---|---|---|
| **Eastern** Time Zone 11:00 AM – 6:00 PM | **Central** Time Zone 10:00 AM – 5:00 PM | **Mountain** Time Zone 9:00 AM – 4:00 PM | **Pacific** Time Zone 8:00 AM – 3:00 PM | **Activity** |
| 11:00 AM – 1:30 PM | 10:00 AM – 12:30 PM | 9:00 AM – 11:30 AM | 8:00 AM – 10:30 AM | **Pre-Institute Workshops – Group A (2 ½ hours)** |
| 1:30 PM – 2:30 PM | 12:30 PM – 1:30 PM | 11:30 AM – 12: 30 PM | 10:30 AM – 11:30 AM | **Break** |
| 2:30 PM – 5:00 PM | 1:30 PM – 4:00 PM | 12:30 PM – 3:00 PM | 11:30 AM – 2:00 PM | **Pre-Institute Workshops – Group B (2 ½ hours)** |
| 5:00 PM – 5:30 PM | 4:00 PM – 4:30 PM | 3:00 PM – 3:30 PM | 2:00 PM – 2:30 PM | **Assessment Institute Welcome Session** |
| 5:30 PM – 6:00 PM | 4:30 PM – 5:00 PM | 3:30 PM – 4:00 PM | 2:30 PM – 3:00 PM | **Special Interest Group Gatherings** |

| Monday, October 25, 2021 | | | | |
|---|---|---|---|---|
| **Eastern** Time Zone 11:00 AM – 6:00 PM | **Central** Time Zone 10:00 AM – 5:00 PM | **Mountain** Time Zone 9:00 AM – 4:00 PM | **Pacific** Time Zone 8:00 AM – 3:00 PM | **Activity** |
| 11:00 AM – 12:00 PM | 10:00 AM – 11:00 AM | 9:00 AM – 10:00 AM | 8:00 AM – 9:00 AM | **60-Minute Concurrent Sessions** |
| 12:15 PM – 1:15 PM | 11:15 AM – 12:15 PM | 10:15 AM – 11:15 AM | 9:15 AM – 10:15 AM | **60-Minute Concurrent Sessions** |
| 1:30 PM – 2:30 PM | 12:30 PM – 1:30 PM | 11:30 AM – 12:30 PM | 10:30 AM – 11:30 AM | **60-Minute Concurrent Sessions** |
| 2:30 PM – 3:00 PM | 1:30 PM – 2:00 PM | 12:30 PM – 1:00 PM | 11:30 AM – 12:00 PM | **Break** |
| 3:00 PM – 4:00 PM | 2:00 PM – 3:00 PM | 1:00 PM – 2:00 PM | 12:00 PM – 1:00 PM | **Plenary Keynote Presentation and Panel Discussion** |
| 4:15 PM – 5:15 PM | 3:15 PM – 4:15 PM | 2:15 PM – 3:15 PM | 1:15 PM – 2:15 PM | **60-Minute Concurrent Sessions** |
| 5:30 PM – 6:00 PM | 4:30 PM – 5:00 PM | 3:30 PM – 4:00 PM | 2:30 PM – 3:00 PM | **30-Minute Concurrent Sessions** |

*Virtual Schedule Overview Continued*

| Tuesday, October 26, 2021 | | | | |
|---|---|---|---|---|
| *Eastern* **Time Zone** **11:00 AM – 6:00 PM** | *Central* **Time Zone** **10:00 AM – 5:00 PM** | *Mountain* **Time Zone** **9:00 AM – 4:00 PM** | *Pacific* **Time Zone** **8:00 AM – 3:00 PM** | *Activity* |
| 11:00 AM – 12:00 PM | 10:00 AM – 11:00 AM | 9:00 AM – 10:00 AM | 8:00 AM – 9:00 AM | **Track Keynote Presentations** |
| 12:15 PM – 1:15 PM | 11:15 AM – 12:15 PM | 10:15 AM – 11:15 AM | 9:15 AM – 10:15 AM | **60-Minute Concurrent Sessions** |
| 1:30 PM – 2:30 PM | 12:30 PM – 1:30 PM | 11:30 AM – 12:30 PM | 10:30 AM – 11:30 AM | **60-Minute Concurrent Sessions** |
| 2:30 PM – 3:00 PM | 1:30 PM – 2:00 PM | 12:30 PM – 1:00 PM | 11:30 AM – 12:00 PM | **Break** |
| 3:00 PM – 4:00 PM | 2:00 PM – 3:00 PM | 1:00 PM – 2:00 PM | 12:00 PM – 1:00 PM | **60-Minute Concurrent Sessions** |
| 4:15 PM – 5:15 PM | 3:15 PM – 4:15 PM | 2:15 PM – 3:15 PM | 1:15 PM – 2:15 PM | **60-Minute Concurrent Sessions** |
| 5:30 PM – 6:00 PM | 4:30 PM – 5:00 PM | 3:30 PM – 4:00 PM | 2:30 PM – 3:00 PM | **30-Minute Concurrent Sessions** |

| Wednesday, October 27, 2021 | | | | |
|---|---|---|---|---|
| *Eastern* **Time Zone** **11:00 AM – 6:00 PM** | *Central* **Time Zone** **10:00 AM – 5:00 PM** | *Mountain* **Time Zone** **9:00 AM – 4:00 PM** | *Pacific* **Time Zone** **8:00 AM – 3:00 PM** | *Activity* |
| 11:00 AM – 12:00 PM | 10:00 AM – 11:00 AM | 9:00 AM – 10:00 AM | 8:00 AM – 9:00 AM | **Track Keynote Presentations** |
| 12:15 PM – 1:15 PM | 11:15 AM – 12:15 PM | 10:15 AM – 11:15 AM | 9:15 AM – 10:15 AM | **60-Minute Concurrent Sessions** |
| 1:30 PM – 2:30 PM | 12:30 PM – 1:30 PM | 11:30 AM – 12:30 PM | 10:30 AM – 11:30 AM | **60-Minute Concurrent Sessions** |
| 2:30 PM – 3:00 PM | 1:30 PM – 2:00 PM | 12:30 PM – 1:00 PM | 11:30 AM – 12:00 PM | **Break** |
| 3:00 PM – 4:00 PM | 2:00 PM – 3:00 PM | 1:00 PM – 2:00 PM | 12:00 PM – 1:00 PM | **60-Minute Concurrent Sessions** |
| 4:15 PM – 5:15 PM | 3:15 PM – 4:15 PM | 2:15 PM – 3:15 PM | 1:15 PM – 2:15 PM | **60-Minute Concurrent Sessions** |
| 5:30 PM – 6:00 PM | 4:30 PM – 5:00 PM | 3:30 PM – 4:00 PM | 2:30 PM – 3:00 PM | **30-Minute Concurrent Sessions** |

# 2021 Assessment Institute Live Schedule

## Sunday, October 24, 2021

## PRE-INSTITUTE WORKSHOPS

| Session: 01A | | Sunday, October 24, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 1:30 PM | 10:00 AM - 12:30 PM | 9:00 AM - 11:30 AM | 8:00 AM - 10:30 AM |

### Assessment 101 – Part 1 of 2 (Learning Outcomes)

What should students know and be able to do when they graduate?  How do you know if they know and can do them?  What data should you collect to improve student learning and inform planning and decision making?  Assessment 101 methods help undergraduate, graduate, and professional programs at large and small schools answer these questions.  Participants learn how to design an assessment plan with data collection and follow-up activities for one academic program. Designed to help new or experienced assessment practitioners or faculty with their own assessment or to support their colleagues. Supports general education assessment and accreditation efforts.

**Wanda Baker, Council Oak Assessment**

*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/88212998889*

| Session: 01B | | Sunday, October 24, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 1:30 PM | 10:00 AM - 12:30 PM | 9:00 AM - 11:30 AM | 8:00 AM - 10:30 AM |

### Jumpstarting General Education Program Review: A Systems Thinking Approach to the Self-Study

Often overlooked in the discussion of a general education program development and assessment is the issue of program review.  The Association for General and Liberal Studies (AGLS) offers a "Guide to Assessment and Program Review" intended to stimulate a collaborative discussion for the improvement of a general education program.  At the heart of the "Guide" is a set of twenty systems analysis questions aimed at improving program quality.  This workshop focuses on the initial stage of the self-study and provides attendees an opportunity to "test-drive" the tool and practice some basic general education program evaluation steps.

**Jody DeKorte, Purdue University Global; Harriet Hobbs, Clinton College; and Christine Robinson, University of North Carolina at Charlotte**

*Presentation Type: Pre-Institute Workshop*
*Audience Level: Beginners*
*Primary Track: General Education (GE)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/86836046852*

| Session: 01C | | Sunday, October 24, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **11:00 AM - 1:30 PM** | **10:00 AM - 12:30 PM** | **9:00 AM - 11:30 AM** | **8:00 AM - 10:30 AM** |

## Designing and Implementing a Sustainable Assessment Process: Practical Strategies for Balancing Accountability and Improvement

The principal purpose of assessment is continuous improvement of student learning. However, in most institutions, the design and implementation of assessment, and outcome of the process are often linked primarily to compliance with external requirements such as accreditation and/or state mandates. This approach renders systematic enhancement of student learning and programmatic improvement as simply byproducts of the assessment process. This presentation provides practical strategies for developing, implementing and sustaining a systematic institutional assessment processes aimed, primarily, at cultivating a culture of continuous improvement of student learning, while also addressing accountability needs especially amid the current COVID-19 pandemic.

**Felix Wao, University of Oklahoma**
*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/84012931954*

| Session: 01D | | Sunday, October 24, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **11:00 AM - 1:30 PM** | **10:00 AM - 12:30 PM** | **9:00 AM - 11:30 AM** | **8:00 AM - 10:30 AM** |

## A Gentle Introduction into Learning Outcomes Assessment: Developing Statements, Curriculum Maps, and Measures

Effective program delivery requires clear, meaningful learning outcomes statements that are aligned with curricula and measured with appropriate assessments. Meeting this criteria can be perplexing and, at times, overwhelming. This highly interactive session will be a gentle introduction to assessment basics, beginning with a brief overview of widely-used learning taxonomies to develop/evaluate learning outcomes. Then, curriculum mapping will be presented as a tool to determine the extent to which learning outcomes are integrated in academic programs. Last, this session will cover the different purposes of assessments (diagnostic, formative, and summative), formats, and the evidence those formats provide (direct or indirect).

**Mike Rudolph, John Eric M. Novosel-Lingat, and Kaitlyn Mathews, University of Kentucky**
*Presentation Type: Pre-Institute Workshop*
*Audience Level: Beginners*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/81145846929*

| Session: 01E | | Sunday, October 24, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **11:00 AM - 1:30 PM** | **10:00 AM - 12:30 PM** | **9:00 AM - 11:30 AM** | **8:00 AM - 10:30 AM** |

## Developing Effective Evaluation Tools to Promote Feedback and Discussion Beyond the Classroom

This interactive workshop will explore the use of evaluation tools to promote feedback and discussion beyond the classroom. Covering 3 main areas: Instructor Feedback, Peer-to-Peer Feedback, and Self-Reflection, the workshop will examine a variety of rubric styles and discuss their use for effective feedback beyond simply data collection. Methods for peer-to-peer feedback, with sample instruments and interaction with digital platforms, will be provided. The integration of self-reflection across the evaluation process will be discussed, along with quantifying these methods for QIPs and data collection across the institution.

**Dana Scott and Eric Schneider, Thomas Jefferson University**
*Presentation Type: Pre-Institute Workshop*
*Audience Level: Beginners*
*Primary Track: Assessment Methods (AM)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/81731261426*

| Session: 01F | | Sunday, October 24, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 11:00 AM - 1:30 PM | 10:00 AM - 12:30 PM | 9:00 AM - 11:30 AM | 8:00 AM - 10:30 AM |

### A Simple Framework for Assessing Student Services and Administrative Units

This presentation will focus on a simple, stress-free framework to assess non-academic units to achieve continuous improvement. Participants will learn how to use commonly available data to improve their departments' value-added functions. This presentation will center around a lecture of the simplified process, demonstration of the elements of the process (for a variety of student services and administrative functions), and hands-on work on defining each step of the process (with presenter feedback). Participants will also be provided with an editable version of an assessment manual, complete with templates for assessment planning and reporting.

**Edward Hummingbird, Southwestern Indian Polytechnic Institute**
*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/86972641116*

| Session: 01G | | Sunday, October 24, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 11:00 AM - 1:30 PM | 10:00 AM - 12:30 PM | 9:00 AM - 11:30 AM | 8:00 AM - 10:30 AM |

### Integrating HIPs into Every Stage of Project-Based Learning: Onboarding Students, Scaffolding Transparent Assignments, Engaging Community Partners, and Managing Projects and Deliverables

This highly interactive workshop explores key facets of implementing Project Based Learning [PBL]. The three-part session includes an introduction to PBL with models and strategies for new and intermediate practitioners. Presenters will share project-based innovations with attention to onboarding students, engaging community partners, then managing projects and deliverables. The session includes exercises with asset-based language to respectfully engage shareholders and shape real-world, transparent assignments. A panel of students and community partners will share their PBL experiences. Attendees will leave with models for optimizing high impact practices through PBL, a refined eye for asset-based language, and practical strategies for re-tooling and implementing PBL.

**Mary D'Alleva, California State University, East Bay; Kelley Ditzel, Lillian Sirmans, and Zayne Kemler, Georgia College & State University; Tiana Iruoje, Indiana University Bloomington; Barbara Coleman, Life Enrichment Center; Pamela Peek, Boys & Girls Club of Baldwin & Jones County; Debbie Oesch-Minor, Jeremiah Jordan, Emily Humphrey, and Geralyn Humphrey, IUPUI; and Michael Williams II, SALAMAT Cookies**
*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/84470483120*

| Session: 01H | | Sunday, October 24, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 11:00 AM - 1:30 PM | 10:00 AM - 12:30 PM | 9:00 AM - 11:30 AM | 8:00 AM - 10:30 AM |

### An Introduction to Assessment and Navigating the Assessment Institute

New to the Assessment Institute and/or new to assessment? Want to make the most of your time here? This introductory workshop is intended for individuals new to assessment and the Institute to learn assessment basics. Beginning with basic terms, concepts, and a brief history of assessment, we'll explore the core principles of effective assessment, emerging trends, and lessons learned. Designed to be interactive throughout, participants can raise questions, hear from colleagues, learn about successful efforts on a wide range of campuses (with a special emphasis on community colleges), and identify resources (including many from the National Institute for Learning Outcomes Assessment) available when the need arises. We will wrap up our time together by talking about how to navigate the many conference offerings in ways that make the most of your time and energy.

**Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign; and Faon Grandinetti, College of DuPage**

*Presentation Type: Pre-Institute Workshop*
*Audience Level: Beginners*
*Primary Track: NILOA (NI)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/83103791750*

---

| Break Session | | Sunday, October 24, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM – 2:30 PM | 12:30 PM – 1:30 PM | 11:30 AM – 12:30 PM | 10:30 AM – 11:30 AM |

### BREAK SESSION

---

| Session: 02A | | Sunday, October 24, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 2:30 PM - 5:00 PM | 1:30 PM - 4:00 PM | 12:30 PM - 3:00 PM | 11:30 AM - 2:00 PM |

### Assessment 101 – Part 2 of 2 (Measures, Targets, Sampling, Data Collection, Action Planning)

What should students know and be able to do when they graduate? How do you know if they know and can do them? What data should you collect to improve student learning and inform planning and decision making? Assessment 101 methods help undergraduate, graduate, and professional programs at large and small schools answer these questions. Participants learn how to design an assessment plan with data collection and follow-up activities for one academic program. Designed to help new or experienced assessment practitioners or faculty with their own assessment or to support their colleagues. Supports general education assessment and accreditation efforts.

**Wanda Baker, Council Oak Assessment**

*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/82025352343*

| Session: 02B | | Sunday, October 24, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 2:30 PM - 5:00 PM | 1:30 PM - 4:00 PM | 12:30 PM - 3:00 PM | 11:30 AM - 2:00 PM |

### Using Universal Design in Assessments and Assignments to Increase Equity

Faculty and assessment professionals will learn about our model of culturally relevant assessment that encourages universal design in assessments and assignments. We discuss simple changes in assignments that increase equity by allowing all students to fully demonstrate their learning. Participants will leave the workshop with an understanding of best practices that support increased equity in the assessment of student learning and practical ways in which assignments can be modified to increase equity.

**Karen E. Singer-Freeman and Christine Robinson, University of North Carolina at Charlotte; and Harriet Hobbs, Clinton College**

*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/87916547532

| Session: 02C | | Sunday, October 24, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 2:30 PM - 5:00 PM | 1:30 PM - 4:00 PM | 12:30 PM - 3:00 PM | 11:30 AM - 2:00 PM |

### Exploring Motivation of Faculty to Increase Assessment Actions

Motivation can be a major influence for engagement in assessment work and data-informed action for improvement. This presentation will draw connections between Self-Determination Theory (SDT) as a framework to understand faculty behavior and engagement with assessment activity. After presenting research on SDT in relation to both faculty responsibilities and assessment challenges, connections and implications for practice will be provided. Audience members will have the opportunity to engage in reflective activities, group discussion, and Q&A in order to understand and plan to act on practical implications to increase faculty use of assessment results in institutional practice.

**Joseph D. Levy, National Louis University**

*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/81509108559

| Session: 02D | | Sunday, October 24, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 2:30 PM - 5:00 PM | 1:30 PM - 4:00 PM | 12:30 PM - 3:00 PM | 11:30 AM - 2:00 PM |

### Connecting the Dots: Helping Faculty Tell Their Learning Improvement Story

This interactive workshop is designed for assessment professionals and faculty to learn how to craft learning improvement stories. The presenters will introduce the Learning Improvement Community, discuss the significance of learning improvement stories, and describe best storytelling practices. Participants will work in small groups to strengthen learning improvement stories using the resources, examples, and tools presented. Practitioners will have an opportunity to plan strategies to solicit stories and support story writing. The session will end with the dissemination of resources that include directions for submitting stories to the Learning Improvement Community website.

**Jill A. Kern, Brown University; Katie Boyd, Auburn University; Yao Zhang Hill, University of Hawai'I at Mānoa, and Kelsey Kirland, Old Dominion University**

*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/82989391385

| Session: 02E | | Sunday, October 24, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 2:30 PM - 5:00 PM | 1:30 PM - 4:00 PM | 12:30 PM - 3:00 PM | 11:30 AM - 2:00 PM |

### The Role of Assessment and IE/IR Professionals in Building Equity-Minded Decision Cultures

Data-informed decision cultures committed to diversity, equity, and inclusion (DEI) require commitment and collaboration across the institution. Each administrative and academic unit provides unique expertise essential to the pursuit of environments supportive of student success. In this workshop we explore the intersection of DEI and the institution's data function, including assessment, institutional effectiveness, and institutional research; develop common understanding of relevant concepts and terms; explore what it means to frame our work with an equity lens; and identify the ways in which we can contribute to efforts to diversify our field. Join us for a safe space to learn together.

**Leah Ewing Ross, Association for Institutional Research (AIR); Michele J. Hansen, IUPUI; Bethany Miller, Macalaster College; and Cyndi Langin, Columbia University**

*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/86847443114*

| Session: 02F | | Sunday, October 24, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 2:30 PM - 5:00 PM | 1:30 PM - 4:00 PM | 12:30 PM - 3:00 PM | 11:30 AM - 2:00 PM |

### Using the CAS Standards for Excellence in Program and Service Delivery: Considering How Institutional Priorities Can Influence Application

Many use the CAS Standards to ascertain the extent to which their programs align with standards developed across 42 different higher education associations. One primary use of the standards is delivering an effective self-assessment and program review process, however, the Standards are useful in other ways as well. This session focuses on the many different ways CAS Standards can be used. The specific steps CAS recommends (not requires) for self-assessment and program review will be explained to help participants explore how CAS can become part of their department, unit, division, and institutional culture. Participants will be challenged to identify how the Standards can be useful in their unique institutional context.

**Stacy Andes, Villanova University; Dan Bureau, Louisiana State University; Kellie Dixon, North Carolina Agricultural and Technical State University; Renardo Hall, Millersville University; Nicole Long, University of Delaware; Darby Roberts, Texas A&M Universiy; and Jennifer Wells, Kennesaw State University**

*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment / Assessment Methods (LA/AM)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/81237567994*

| Session: 02G | | Sunday, October 24, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 2:30 PM - 5:00 PM | 1:30 PM - 4:00 PM | 12:30 PM - 3:00 PM | 11:30 AM - 2:00 PM |

### High-Impact Practices in the Community College

This workshop is for those who want to implement High-Impact Practices in their community colleges. We will explore the basics of High Impact Practices, including some emerging HIPs, highlight the benefits for students and faculty as we review community college data (successes and opportunities), and map out how to scale HIPs with fidelity. Participants will produce assignment and implementation plans during the workshop. Think interactive, practical, real educators sharing some of the most effective equity practices for community college students we have ever experienced. Join us to learn what all the buzz is about!

**Jo-Ellen Becco and Robin Schofield, Pikes Peak Community College; Dallas M. Dolan, Community College of Baltimore County; and Matthew Lexow, Southwest Tennessee Community College**

*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/81364149494*

| Session: 02H | | Sunday, October 24, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 5:00 PM | 1:30 PM - 4:00 PM | 12:30 PM - 3:00 PM | 11:30 AM - 2:00 PM |

## Assessment as a Scholar Practitioner

The National Association for Campus Activities (NACA) empowers members to amplify the campus experience through inclusive learning, meaningful connections, and engaging entertainment that transforms college communities. In order to "transform," our members must be able to use existing data to inform their practices and create their own data by conducting assessment on the fly. In this session you will learn more about NACA, how to apply others' research to your everyday job, and how to measure learning with less formal, indirect ways.

**Sarah Keeling, National Association for Campus Activities (NACA); and Kayla Loper, Oklahoma State University**

*Presentation Type: Pre-Institute Workshop*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/82450651680*

# ASSESSMENT INSTITUTE WELCOME SESSION

| Session: 03A | | Sunday, October 24, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:00 PM - 5:30 PM | 4:00 PM – 4:30 PM | 3:00 PM - 3:30 PM | 2:00 PM - 2:30 PM |

## Assessment Institute Welcome Session

Join us virtually to kick-off this year's Institute by honoring Alverno College, the recipient of the 2021 Trudy W. Banta Lifetime Achievement Award and to thank all of our presenters for their excellent contributions to the program!
*Zoom Webinar Attendee Link:* **https://iu.zoom.us/j/85342276939**

## Stephen P. Hundley – Welcome and Introductions

Senior Advisor to the Chancellor, Professor of Organizational Leadership, Chair, Assessment Institute, Executive Editor, *Assessment Update*, and Host, *Leading Improvements in Higher Education* Podcast, IUPUI

## FEATURED

## Trudy W. Banta

Vice Chancellor and Professor of Higher Education Emerita, IUPUI

## Peter Ewell

Senior Consultant, National Center for Higher Education Management Systems (NCHEMS)

## Pat Hutchings

Senior Scholar, National Institute for Learning Outcomes Assessment (NILOA) and Senior Scholar, Bay View Alliance (BVA)

## Joseph Foy

Vice President for Academic Affairs, Alverno College

## Heather Mernitz

Professor of Physical Sciences and Chair of the Council for Student Assessment, Alverno College

## Sister Kathleen O'Brien

Provincial Coordinator, School Sisters of St. Francis and Senior Vice President for Academic Affairs Emerita, Alverno College

**Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University**

---

# SPECIAL INTEREST GROUP VIRTUAL GATHERINGS

| Sessions: 04A – 04L | | Sunday, October 24, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM – 6:00 PM | 4:30 PM – 5:00 PM | 3:30 PM – 4:00 PM | 2:30 PM – 3:00 PM |

*Session: 04A*
**Community Engagement Special Interest Group**
**Anthony Chase and Kristin Norris, IUPUI; and Jillian Martin, Washington University St. Louis**
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/81808576015*

*Session:  04B*
**Diversity, Equity, & Inclusion Special Interest Group**
**Michele J. Hansen and Corinne C. Renguette, IUPUI**
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/87590471296*

*Session: 04C*
**Faculty Development Special Interest Group**
**Megan Palmer and Krista Hoffmann-Longtin; and Seonmi Jin, Indiana University—Bloomington**
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/88485799655*

*Session: 04D*
**Global Learning Special Interest Group**
**Leslie Bozeman and Hilary Kahn, IUPUI; Dawn Whitehead, Association of American Colleges and Universities (AAC&U); and Darla Deardorff, Association of International Education Administrators (AIEA)**
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/87950595828*

*Session: 04E*
**Graduate/Professional Education Special Interest Group**
**Susan N. Kahn, Texas A&M University**
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/81213734943*

*Session: 04F*
**HIPs in the States Special Interest Group**
**Jerry Daday, IUPUI**
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/86365306619*

*Session: 04G*
**Learning Improvement Special Interest Group**
**Keston H. Fulcher, James Madison University**
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/89560848053*

*Session: 04H*
**National Institute for Learning Outcomes Assessment (NILOA) Special Interest Group**
**Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois**
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/86511953992*

*Session: 04I*
**STEM Education Special Interest Group**
**Wayne J. Hilson, Jr.**
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/87096553019*

*Session: 04J*
**Student Affairs and Co-Curricular Programs and Services Special Interest Group**
Zachary Clark; Caleb J. Keith, A. Sonia Ninon, and Linda Wardhammar, IUPUI
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/83369568763*

*Session: 04K*
**Student Partnership and Engagement in Assessment Special Interest Group**
Nicholas Curtis, Marquette University; and Robin Anderson, James Madison University
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/87863012096*

*Session: 04L*
**General Institute Orientation Special Interest Group**
Stephen P. Hundley, IUPUI
*Zoom Meeting Attendee Link:* *https://iu.zoom.us/j/87186228813*

# Monday, October 25, 2021

# 60-MINUTE CONCURRENT SESSIONS

| Session: 05A | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

**Assessing Experience and Community Impacts Across Institutions: Lessons Learned from Local and Network-Wide Analysis of Community Partnership Programs**
The Educational Partnerships for Innovation in Communities Network, known as EPIC-N, is an international nonprofit association that unites the human capital of member universities with local governments and communities to improve the quality of life and social wealth for all involved. This session addresses how EPIC-N is approaching stakeholder analysis across institutions, and how network-level metrics are aggregated for insights pertaining to community impact, which is a common challenge across community engagement programs. This unique approach includes mapping the community impact of completed projects to the United Nations Sustainable Development Goals.
**Marshall Curry, EPIC-N; Mazi Ferguson, University of South Florida; Laura Martin, The University of Mississippi; and Gilbert Siame, University of Zambia**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Community Engagement (CE)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/87506845857*

| Session: 05B | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### Data, Equity, and Assessment at Community College of Philadelphia

In 2020, in response to data needs from the Office of Assessment and Evaluation, the Community College of Philadelphia's Office of Institutional Research re-developed our public Academic Performance Measures dashboard to focus on equity in both progress and academic outcomes. Please join us for an introduction to the equity dashboard and a discussion of responsibly using disaggregated data to inform decision-making, target programming, and better understand an institution's student body.

**Elizabeth J. Gordon and Sean Morris, Community College of Philadelphia**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/85747821345*

| Session: 05C | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### Collecting and Reporting Gender and Sexual Orientation Data in Assessment and Evaluation

In this workshop, we will share strategies for LGBTQIA-affirming data collection and reporting in a higher education context. We begin by explaining the importance of inclusive data practices around sexual orientation and gender in data collection. We will also discuss the challenges to questions on legal or assigned sex and how to navigate this as needed in your data collection. We then provide empirically based recommended actions for collecting, sharing, and using sex, gender, and sexual orientation data in higher ed contexts, as well as strategies for advocating for more inclusive data collection and reporting practices. Participants will leave the workshop with an understanding of concrete strategies for more gender and sexual orientation inclusive data, assessment, and evaluation strategies and tools.

**Tegra Myanna and Brandy L. Simula, Georgia Institute of Technology**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86164228202*

| Session: 05D | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### Change Management Strategies for Building an Assessment Culture

It is difficult to build a culture of assessment in higher education because many faculty view assessment as an external demand for accountability and not a useful tool for faculty-led program improvements.  There are many ways to engage faculty that can shift these perspectives and focus on assessment as a meaningful process. In this presentation, we discuss how we apply change management strategies as our approach to building a culture of assessment at our institution. We focus on strategies that work well for engaging faculty in program assessment, creating a common assessment vocabulary, and developing support for meaningful assessment.

**Courtney E. Broscious and Niti Pandey, Eastern Connecticut State University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82413725802*

| Session: 05E | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

## International Stress to Success:  A Transitional Guide to Thrive In and Out of the Classroom

Do your international students find orientation programs overwhelming? Assessments of the international students in the College of Business and Technology at East Tennessee identified a multitude of international student needs not met by orientation programs. This led to the development of a required, four semester International Student Seminar to help students develop academic, professional, and cultural skills, to nurture the international student community, and to support international students' acculturation and integration into the campus and regional communities. Join us to learn how this approach can help support and develop your international students. Participants will receive planning resources and sample materials.

**Ricki A. Kaplan and Karen Tarnoff, East Tennessee State University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84685329140*

| Session: 05F | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

## Enhancing Learning and Retention: An Integrated Assessment Program in Predoctoral Dental Education

Integration and retention of concepts across courses and academic years can be difficult to achieve and assess. For graduate/professional level healthcare programs, integration and retention of basic science concepts in clinical courses is essential for multiple reasons: meeting accreditation standards, preparing students to pass examinations required for licensure, and most importantly, appropriately preparing students to practice in their field. This webinar will detail the program at Rutgers School of Dental Medicine to ensure integration of basic and clinical sciences throughout the curriculum, including integration in course-level assessments and multiple cumulative high-stakes examinations, including a final competency examination.

**Kim Fenesy, Ken Markowitz, and Emily Sabato, Rutgers School of Dental Medicine**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83494116589*

| Session: 05G | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

## High-Impact Practices: Show Me the Data!

There are 11 so-called High-Impact Practices (HIPs), but how often do we investigate whether these practices are truly high impact? The danger is that HIPs become dogma, we fail to interrogate them, and we don't know how useful they truly are. We summarize literature on HIPs, suggest methods to investigate, and share findings from our work. We must continually assess practices that engage our students because fidelity of implementation varies at every campus. Participants take away practical tools: literature DOI links, a methodological outline, and resources to examine whether your HIPs are really HIP.

**Rajeeb Das and Erika Schmitt, Texas A&M University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87755158402*

| Session: 05H | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **11:00 AM - 12:00 PM** | **10:00 AM - 11:00 AM** | **9:00 AM - 10:00 AM** | **8:00 AM - 9:00 AM** |

### The Use of Reflection in HIPs: Undergraduate Research in Research Methods

Undergraduate research is a hallmark high-impact practice, and there are many benefits for both faculty and students who participate in this activity. However, it can be challenging to design a course embedded research project in a way that engages students and covers all required material. Research methods courses can be ideal environments in which to embed these projects, given the nature of the content. This presentation describes assessment results from two research methods courses utilizing different approaches to data collection in undergraduate research. Results from the courses are discussed, as well as characteristics of course design that ensure a high-impact experience.

**Jocelyn Evans, University of West Florida; and Sara Evans, Kennesaw State University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/81782700690*

| Session: 05I | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **11:00 AM - 12:00 PM** | **10:00 AM - 11:00 AM** | **9:00 AM - 10:00 AM** | **8:00 AM - 9:00 AM** |

### Bringing Quality and Equity to CBL at Scale: One Campus' Approach

This interactive session explores the process UW-Parkside used to institutionalize community-based learning and bring it to scale while ensuring both quality and equity. We will share strategies we used to grow institutional buy-in, develop program learning goals, create CBL course designation criteria, implement an effective year-long professional development program, reward the teaching and submission of faculty assessment reports, create a tracking and assessment process of student learning, and share student success stories, all through an equity lens. Participants will be asked to join in best-practice activities to explore obstacles and applications at their own institution.

**Amy Garrigan, Debra Karp, and Penny Lyter, University of Wisconsin-Parkside**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/81927573240*

| Session: 05J | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **11:00 AM - 12:00 PM** | **10:00 AM - 11:00 AM** | **9:00 AM - 10:00 AM** | **8:00 AM - 9:00 AM** |

### Getting in the Arena: Building Diversity, Equity and Inclusion (DEI) Capacity in the Division of Student Affairs at IUPUI

Since summer 2020, the Division of Student Affairs (DoSA) at IUPUI has embarked on a journey to build capacity around diversity, equity, and inclusion (DEI) and develop its first diversity strategic plan. The division used an assessment tool from a third-party vendor to establish a baseline of professional competency and perceptions around DEI beliefs, policies, practices, and procedures. The division also contracted a local consultant to lead cultural competency training and conduct focus groups with professional staff and student employees and one-on-one interviews with selected DoSA leaders. We will discuss the process, results, and lessons learned.

**Tonya Hall and A. Sonia Ninon, IUPUI**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/85090439683*

| Session: 05K | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### How Learning Science Influences Assessment of Learning and Development

Social, emotional, and cognitive neuroscience findings continue to influence what we know about how students learn. As such, those findings can inform how we assess learning in meaningful ways. This update of learning science will invite us to both affirm and question traditional ways we think about learning and development assessment as well as the ways in which we design learning opportunities for student's in- and out-of-class. In addition, this session will focus on some additional post-COVID brain development impact assumptions that may influence how we continue to plan learning experiences and their assessment.

**Marilee Bresciani Ludvik, University of Texas Arlington**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/81047730529*

| Session: 05L | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### Assessing Community Impacts of Local Government/University Partnerships Using Ripple Effects Mapping

Ripple Effects Mapping is an assessment method to understand impacts of large-scale community engagement efforts. We will showcase how this method has helped local governments that participated in UW-Madison's UniverCity Year program, an effort to make university resources available to local governments. These partnerships are driven by the locality but include stakeholders from the nonprofit, for-profit, and civic sectors, and projects are defined exclusively by community participants.

**Josset Gauley and Gavin Luter, University of Wisconsin-Madison**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/83870190649*

| Session: 05M | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### Assessment of CUREs in General Chemistry Lab

In an effort to build STEM identity and improve equity in undergraduate research experiences, the Chemistry Department at Lewis University has overhauled its General Chemistry Lab curriculum to accommodate a semester long course-based undergraduate research experience (CURE). Assessment of the CURE focuses on curriculum, student perceptions, student skills, and facilitator and peer mentor perceptions. Analysis of the curriculum reveals significant opportunity for research practices in the lab, survey data reveals student-reported gains consistent with direct evidence from lab reports, and interviews with graduate assistants and peer research mentors reinforce the planned and student reported benefits of the curriculum.

**Teresa J. Bixby, Lewis University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education (SE)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/89605383915*

| Session: 05N | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

## Students as Researchers and Participants: A Model of Inclusive, Equity-Centered Assessment Research

Students are often absent from conversations about how to support, assess, and document their learning. While likely unintended, this exclusion denies us the opportunity of learning about students from/with students. In this session, the Curious Aggies student research team (and their staff partners) invite participants to consider the value of engaging students as partners in assessment research. Co-designed and conducted by students, the Curious Aggies project examined the extent to which learning outcomes are known by students at our large, public, research-intensive university. Come hear what we learned and discuss partnering with students as assessment researchers.

**Kara Moloney, Leah Kalish, Jennifer Burke Reifman, and Mahalia White, University of California, Davis**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/85440485612*

| Session: 05O | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

## Incorporating Assessment Practices and Results into Faculty Development: A Dual Department Approach

Co-presenters representing two departments, the Center for Faculty Excellence and the Office of Academic Assessment, will discuss a dual department approach to developing and delivering assessment-focused faculty development opportunities. The presenters will discuss a combined approach of offering assessment-based workshops and discuss ways to integrate assessment practices and results into various faculty development opportunities. Presenters will also discuss the benefits of collaborating across departments to offer faculty development and ways to identify opportunities and key time-frames to incorporate assessment data and practices into faculty development offerings.

**Kristen B. Hidinger and Jessica M. Turos, Bowling Green State University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Faculty Development (FD)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/82643460088*

| Session: 05P | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

## COVID-19 and Assessment: Student Learning in a Pandemic

In March 2020, institutions shifted to remote instruction and assessment practices followed with 97% of institutions making some assessment-related change (Jankowski, 2020). In this session, we highlight findings from the NILOA survey of assessment-related changes during the pandemic, reflect upon the impact of those changes, and discuss how to document learning impacts. Further, we reflect on the past year and a half in assessment - in both academic and student affairs - addressing alternative demonstrations, documenting learning in equitable ways, concerns over cheating, online assessments, and student-focused assessment.

**Joseph D. Levy, National Louis University; Natasha Jankowski, New England College; and Marjorie Dorimé-Williams, University of Missouri – Columbia**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: NILOA (NI)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/85466606190*

| Session: 05Q | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

## Growing Pains: Transforming General Education Assessment in 3 Years

When it comes to assessing General Education, many institutions face common challenges. This presentation centers intense faculty and staff collaboration to produce a university-wide framework. Presenters will share how they instituted a new general education assessment plan through a three-phase process in 3 years. The result of which ended with a faculty centered committee, thorough methodology, creation of rubrics, and over 100 tools to assess our 14 SLOs. Specifics of essential elements and obstacles faced will be shared and discussed to help participants create unique solutions to the common challenges.

**Rebecca de Mayo, Angela Insenga, and Amanda Thomas, University of West Georgia**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: General Education (GE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81655214720*

| Session: 05R | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

## Compliance to Culture: Creating Meaningful Assessment of Student Learning

Alverno faculty will share their experiences with creating a meaningful culture of assessment of student learning through mentorship, scholarship, institutional organization and shared assessment processes. The session will highlight the faculty-based system of assessment and ways to establish a shared culture of assessment in higher education.

**Randa Suleiman, Paul Smith, Linda Olszewski, and Leslie Henry, Alverno College**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/89891406463*

| Session: 05S | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

## Rogue One: An Assessment Story That is Leading to New Hope for a Community College

The hard work that faculty and staff undertake on behalf of our students is a Force for good. But we've all experienced disturbances in the Force, and sometimes accreditors call for renewed focus on assessment efforts. Join us to find out how our leadership team (Rogue One) took a unique approach to changing the assessment culture at our institution by using professional development to refocus efforts on the 'why' versus the 'how'. Educating the whole team on best practices in assessment, with an eye to improving learning for all students, is bringing New Hope to Rogue Community College.

**Juliet Long, Rogue Community College; and Sheri Popp, Weave Education**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by Weave*
*Audience Level: Beginners*
*Primary Track: Community Colleges (CC)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82867690250*

| Session: 05T | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| **11:00 AM - 12:00 PM** | **10:00 AM - 11:00 AM** | **9:00 AM - 10:00 AM** | **8:00 AM - 9:00 AM** |

## Curated Resources for High-Quality Assessment Practice

How do you elevate assessment from a fill-in-the-box activity to a process that supports better decision making for student learning? In this session, JMU Professor Sara J. Finney facilitates a conversation with three PhD students from the Assessment & Measurement doctoral program. They share resources that they built over a year to facilitate the following:

- Identifying evidence-informed programming and pedagogy
- Finding existing psychometrically-sound outcome measures
- Using a questioning approach to increase value for assessment
- Gathering useful data to address hypotheses about lack of student learning

Free resources will be available to use on your campus.

**Sarah Alahmadi, Holly Buchanan, Sara J. Finney, and Chris Patterson, James Madison University**

*Presentation Type: 60-Minute Sponsor Session - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Beginners*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81175231739*

---

| Session: 06A | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

## Advancing P-12 Engagement through Data: An Indiana University System Approach

In fall 2020, community engagement and assessment professionals across eight Indiana University (IU) campuses established a working group to collect and leverage community engagement data to better understand how the IU system is addressing P-12 education initiatives throughout the state. In the proposed session, participants will learn from a panel of faculty, staff, and students who are involved in this initiative. Presenters will share the background of the system-wide initiative, how they are aligning their individual campuses to contribute, internal and external stakeholders involved, and data collection and dissemination efforts.

**Seonmi Jin, Indiana--University Bloomington; Kristin Norris, IUPUI; Ellen Szarleta, Indiana University Northwest; Lauren A. Wendling, Collaboratory; and Constance Peterson-Miller, Indiana University South Bend**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Community Engagement (CE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81317454246*

| Session: 06B | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Intentionally Create a Welcoming Climate for Transgender/Nonbinary Students

This research-based session provides an opportunity for open discussion related to the transgender and non-binary communities in higher education. The session provides an in-depth review of the campus climate for transgender and non-binary students, overviews their perspectives regarding their identity and experiences on campus, their level of comfort with being open on campus, sense of inclusion and welcome, and experience with harassment. The session will focus on strategies for intentionally creating a more inclusive campus environment.

**Aaric Guerriero, Froedtert Health; and Jon Humiston, Higher Education Consultant**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Zoom Webinar Attendee Link: CANCELLED***

| Session: 06C | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Measuring Equity:  An Inside Look at Creating an Instrument

Presenters from the Gephardt Institute for Civic and Community Engagement at Washington University in St. Louis will discuss the importance of measuring equity and how they measure this important value.  They will go in-depth about the process, the review, and the creation of the instrument they use to evaluate and assess equity. Participants will have the opportunity to discuss with fellow colleagues about how equity is being, or not being, measured in their organizations and ways to create an equity instrument for their own programs.

**C. Taylor Brown, Jillian Martin, Aaron Pevitz, and Rose Shapiro, Gephardt Institute for Civic and Community Engagement at Washington University in St. Louis**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Zoom Webinar Attendee Link:*** https://iu.zoom.us/j/89822448372

| Session: 06D | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Actionable Data: Creating Unit Level Metrics to Achieve Institutional Outcomes

Performance measures can demonstrate whether an institution is meeting its goals and mission. Although many institutions have clear processes for collecting data at the institutional level, collecting data at the departmental and divisional level as well as aligning them with the institutional metrics are often overlooked. As a result, outcomes are often hindered. This presentation will focus on how Binghamton University has established an integrated data collection and tracking process that is designed to collect data on key performance indicators at the department, division, and institutional levels to support institutional planning and achieve institutional intended outcomes.

**Nasrin Fatima, Binghamton University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
***Zoom Webinar Attendee Link:*** https://iu.zoom.us/j/88359395319

| Session: 06E | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### How to Embed A Virtual Study Abroad Learning Objective into a Course for Added Student Benefits: Personally and Professionally

Do you want to introduce your students to other cultures and guide them to explore new destinations? Although travel restrictions have impacted our ability to take students abroad, we can still guide them toward cultural experiences for personal and professional growth. Learn how to embed a virtual study abroad (VSA) learning outcome into your class and review the results of one added to a graduate-level hospitality marketing class. Using the data collected, along with the challenges and successes experienced, you will leave with an ability to design your own VSA assignment, which may lead to alumni and international professional connections.

**Sherry Andre, Florida International University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/81146157739](https://iu.zoom.us/j/81146157739)

| Session: 06F | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Gratitude and Grit: The Impact of Positive Psychology Interventions on Retention and Well-Being in an Online Graduate Program

As the field of higher education continues to evolve, educators also need to continually innovate as proactive agents ready to engage with ever-changing student interests, cultural demands, and societal needs. Positive psychology provides evidence-based practices that can not only enhance the well-being of students, but can also improve persistence in life and education. The online Master of Arts in Psychology program at Indiana Wesleyan University is featured in this workshop with special emphasis on the use of gratitude, grit, and other positive psychology interventions as practical applications for engaging student imagination, measuring effective learning, and improving retention.

**Lindsay Buechel and David Stefan, Indiana Wesleyan University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/82700048174](https://iu.zoom.us/j/82700048174)

| Session: 06G | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Innovative Approaches to Adapting VALUE Rubrics to Foster Learner Feedback in High-Impact Practices

Providing clear feedback is a known contributor to positively impacting student achievement. Yet, finding the right instruments and processes to give quality feedback in real-time can be daunting. Learn from assessment professionals from Thomas Jefferson University and Lincoln Land Community College (LLCC) who have designed and digitized processes at their institutions to quantify qualitative assessment across disciplines. A common component of these assessment practices is the use of AAC&U VALUE Rubrics. As a launching point, VALUE Rubrics served to delineate relevant criteria for use in assessing high impact practices (HIPs) and reflective processes in multiple disciplines and across platforms.

**Suzanne Carbonaro, AEFIS; Dana Scott, Thomas Jefferson University; and Colin E. Suchland, Lincoln Land Community College**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/82606953045](https://iu.zoom.us/j/82606953045)

| Session: 06H | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Employers' Perspectives on Beyond-the-Classroom Experiences

Engagement in and reflection on high-impact and other significant beyond-the-classroom (BTC) experiences (internships, study abroad, service learning, etc.) positively impact undergraduate student success. One way that student success can be measured is through post-graduation employability and career readiness. Since the employers' perspective on the benefits of participation in BTC experiences for career readiness is understudied, employers who frequently hire University of South Carolina graduates were surveyed for their perceptions. This presentation uses the local data to explore employers' perspectives on the relationship between beyond-the-classroom experiences and career readiness during the recruitment and hiring process.

**Keah Tandon, University of South Carolina**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
**Zoom Webinar Attendee Link:** *https://iu.zoom.us/j/89097065023*

| Session: 06I | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### From Initiation to Continuation: Creating Maintainable Gateway-to-Capstone ePortfolio Initiatives

Increasingly, universities are utilizing ePortfolios to document and assess student learning throughout an entire program of study. Although the benefits of programs such as these are well-established, maintaining such initiatives can be challenging. This interactive session will introduce one department's Gateway-to-Capstone initiative and discuss three challenges faced in moving from initiation to continuation: creating a sustainable assessment strategy, maintaining commitment to the project, and developing a practical system for ongoing training. The presenters will introduce the strategies utilized to address these challenges and engage participants in interactive activities designed to identify and develop strategies for creating maintainable ePortfolio initiatives.

**Maria Brann, Elizabeth Goering, and Kim White-Mills, IUPUI**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
**Zoom Webinar Attendee Link:** *https://iu.zoom.us/j/82100381738*

| Session: 06J | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Reframing the Experiences of Students in Recovery: Opportunities and Challenges of Narrative Interviewing

An extensive body of literature has highlighted the struggles that students in recovery face on college campuses, including an environment often hostile to sobriety. We present a novel technique for understanding the journey of college students in recovery through a research project that collected self-recorded narratives. We discuss the challenges and benefits of allowing students to record their own stories without an interviewer present, including how this project enabled the researchers to highlight areas of resilience. We discuss interim findings and the potential of applying this methodology to other areas in student affairs.

**Mackenzie Hogan, Ahmed Hosni, and Tori Rehr, The Ohio State University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
**Zoom Webinar Attendee Link:** *https://iu.zoom.us/j/83896976640*

| Session: 06K | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Supplemental Instruction as an Assessment Outcome: A Case Study

What do you do when several students in your 100- and 200-level courses are stopping work altogether or underperforming? This is what the faculty discovered was happening in the online collaborative BS in Informatics when the program began its assessment process. After partnering with the Office of Online Education, the program began piloting a Supplemental Instruction (SI) program consisting of upper-level Informatics students to help introductory-level students succeed at the beginning of the program. We will discuss the early results of this pilot program during the 2020-2021 year and share how an SI program can assist your students.

**Chris Foley and Hitesh Kathuria, Indiana University—Bloomington; Andrew Britt and Mary Mahank, Indiana University East; and Hossein Hakimzadeh, Indiana University South Bend**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/83499647521](https://iu.zoom.us/j/83499647521)

| Session: 06L | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Organically Cultivated Integration of Instruction and Assessment

Often the value of assessment practices vary widely within institutions causing a dilemma for assessment practitioners. Presenters describe how Learning Organization building blocks (Garvin and colleagues, 2008)* inspired institutional effectiveness leadership to cultivate partnerships and collaborations across the institution, such as with the teaching-Learning and career centers to lead an institutional initiative for enhancing students' specific critical thinking skills demonstrated through effective writing in the disciplines. Further, by attending to instructional strategies and materials, and integration of instruction and assessment processes grew organically. The results of interviewing program faculty members to determine their perspectives of the key contributors to this integration will be presented by a program faculty member.

**Teresa Flateby, Higher Education and Assessment Consultant**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/82474118310](https://iu.zoom.us/j/82474118310)

| Session: 06M | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Toward EPIC Change: Promoting Diversity, Equity, and Inclusion in STEM Academic Departments

Project EPIC is an NSF-ADVANCE funded initiative to increase the representation and career success of women, particularly women of color, in STEM disciplines at IUPUI. This presentation will demonstrate evidence-informed strategies and assessment tools to improve project activities designed to address diversity, equity, and inclusion in STEM. Special attention is given to the use of Department Dashboards to collate data on diversity representation, department policies and practices, and climate, serving as a needs assessment for STEM departments. Presenters will engage participants in an interactive discussion on effective strategies that faculty and academic administrators can use to improve departmental/institutional climate.

**Howard Mzumara and Peggy S. Stockdale, IUPUI**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education (SE)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/83001708097](https://iu.zoom.us/j/83001708097)

| Session: 06N | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Reflections from the Field: The Challenges and Successes of Engaging Students in Assessment

This panel discussion will engage in a conversation with practitioners with a strong history of partnering with students in assessment on their campuses. Panelists will represent the breadth of institutional assessment areas, including curriculum and student affairs. Questions to be considered include, how to substantively engage students in assessment processes; how to navigate differences in knowledge, power, and commitment across assessment partners; and the key logistics to consider when planning student partnerships for your own campus.

**Kristen J. McKinney, UCLA; Julie McDevitt, Texas A&M University San Antonio; Alison Cook-Sather, Bryn Mawr and Haverford Colleges; and Catherine Bovill, University of Edinburgh**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/83357130292

| Session: 06O | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Introduction to the Learner-Centered Approach to the Co-Curriculum Model

The Learner-Centered Approach to the Co-Curriculum Model provides a means through which to reconsider assessment in student affairs. The model was developed to encourage and support practitioners as they shift the approach of their work from either a programming- or assessment- oriented perspective to a learner-centered orientation, thereby enhancing student learning. This session will provide an overview of the model, including its five tasks and associated considerations. Attendees of this session will also benefit from the subsequent session, Putting the Learner-Centered Approach to the Co-Curriculum Model into Action, which builds upon this foundational understanding by highlighting practical applications of the model.

**Kara L. Fresk, Lion Leadership, LLC; Caleb J. Keith, IUPUI; and Hannah Keith, Zeta Tau Alpha Fraternity**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/83296306634

| Session: 06P | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Sustaining Excellence: What's Next for our 2021 (and past 2016) EIA Designees

Join us as we listen to our 2021 Sustained Excellence in Assessment Designees discuss how they've evolved integrated institution-level assessment for over 10 years now at their respective institutions. Emphasizing the point that there's no one right way to do assessment, each institution's journey to not only integrate assessment data from across the institution and also use assessment results to guide program and curricular improvement is different and deserves to be celebrated!

**Jaclyn Zacharias, Capella University; Stacie Garrett, Cameron University; Jordan Trachtenberg, Rose-Hulman Institute of Technology; Jennifer Kilbourne, Community College of Baltimore County; Stephen P. Hundley, IUPUI; and Kate McConnell, Association of American Colleges and Universities (AAC&U)**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: NILOA (NI)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/85894087860

| Session: 06Q | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### Preparing to Launch an Institutional Effectiveness Plan: Key Considerations

Launching an institutional effectiveness plan is a complex endeavor, with decisions around what data to collect and when, what technology to use, and how best to engage and communicate expectations to an institution-wide audience. What should an assessment director consider when undergoing this process? In this session, the presenters share lessons learned from a recent institutional effectiveness plan launch, examining three challenges: collaborating with various stakeholders, establishing a timeline with deliverables, and leveraging technology to collect data.

**Karen D. Matthews and Gregory C. Spengler, University of Maryland Baltimore; and Katherine Houseman, Anthology, Inc.**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/89617925251*

| Session: 06R | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### NSSE's 3rd Decade: Highlighting New Emphases in Assessment and Student Engagement

The National Survey of Student Engagement (NSSE) is excited to enter our 3rd decade of assessment to improve educational quality and student outcomes. This session will highlight NSSE's suite of surveys – the Faculty Survey of Student Engagement (FSSE) and Beginning College Survey of Student Engagement (BCSSE) and new emphases, including survey items on effective teaching and sense of belonging and data visualization tools. We'll also introduce enhancements including Topical Modules to assess inclusiveness and cultural diversity, advising, and quality in online education and HIPs. Join us to exchange ideas with staff and other NSSE users.

**Allison BrckaLorenz, Jim Cole, Robert Gonyea, Alexander McCormick, Jillian Kinzie, and Shimon Sarraf, Indiana University—Bloomington**

*Presentation Type: 60-Minute Sponsor Session - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86196972582*

| Session: 06S | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### High-Impact Practices in the Co-Curriculum

To ensure access to HIPs and to focus on quality, in the last few years many campuses have focussed on integrating HIPs into program plans, and begun tagging and coding HIP courses. While important quality measures, these processes have typically overlooked the co-curriculum, leaving an undiscovered and/or unevaluated trove of experiential opportunities. The next wave of HIPs quality and assessment work will focus on the co-curriculum. This presentation will discuss strategies for extending HIPs tagging and coding schemes to the co-curriculum, HIPs assessment in the co-curriculum, and creating a coherent university-wide HIPs plan.

**Claire Jacobson, Student Opportunity Center; and Erin L. Webster Garrett, Virginia Commonwealth University**

*Presentation Type: 60-Minute Sponsor Session - Sponsored by Student Opportunity Center*
*Audience Level: Advanced*
*Primary Track: Emerging Trends in Assessment/HIPs in the States (ET/HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82213418975*

| Session: 06T | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### The Value of Comprehensive Learner Records

Learners acquire knowledge, skills, and competencies in different ways and places during their higher education journey. For years, the field has discussed the importance of assessing all learning experiences and holistically capturing them, using competencies and skills as the language of record. We will talk with Guillermo Elizondo, CEO of Territorium, the global leader in comprehensive learner record (CLR) and digital wallet technologies, in this session. Guillermo will speak about how his personal story as an entrepreneur while attending college influenced the trajectory of the company's mission.

**Guillermo Elizondo and Kiko Suárez, Territorium**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by Territorium*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
**Zoom Webinar Attendee Link: https://iu.zoom.us/j/89859558258**

| Session: 06U | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### AEFIS Virtual Sponsor Booth

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448**

| Session: 06V | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025**

| Session: 06W | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852**

| Session: 06X | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Collaboratory Virtual Sponsor Booth**
Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/81451930665**

| Session: 06Y | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Crowdmark Virtual Sponsor Booth**
Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/84778016419**

| Session: 06Z | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**eLumen Virtual Sponsor Booth**
Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/84050295727**

| Session: 06AA | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**ExamSoft Virtual Sponsor Booth**
Meet virtually with an ExamSoft representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by ExamSoft*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/85150817698**

| Session: 06AB | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**National Survey of Student Engagement (NSSE) Virtual Sponsor Booth**
Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/88191218955**

| Session: 06AC | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Nuventive Virtual Sponsor Booth**
Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197**

| Session: 06AD | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Student Opportunity Center Virtual Sponsor Booth**
Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88030075203**

| Session: 06AE | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Suitable Virtual Sponsor Booth**
Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846**

| Session: 06AF | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Watermark Virtual Sponsor Booth**
Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811**

| Session: 06AG | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Weave Virtual Sponsor Booth**
Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89312175626**

| Session: 06AH | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Xitracs, by Concord USA, Inc. Virtual Sponsor Booth

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85728963903**

---

| Session: 07A | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### A Community-Led Process to Generate Community Impact Metrics

How can we bring together staff, students, and community partners to co-create our assessment methodology and to identify what matters, and why? We draw on student training workshops and co-curriculum, regular partner interactions through network meetings, feedback surveys, and the Community Advisory Board. Using existing scholarship on assessment and partnerships, panelists will pay special attention to creating inclusive, research-based processes, and balancing co-creation, shared governance, and power, without overburdening partners in design and praxis. We will present an overview of how we incorporate community partner voice into co-creating our impact metrics and programmatic alignment with support from our graduate students.

**Michelle Duso, Ashley Greene, prabhdeep kehal, and Anar Parikh, Brown University**

*Presentation Type: 60-Minute Concurrent Session*

*Audience Level: Intermediate*

*Primary Track: Community Engagement (CE)*

**Zoom Webinar Attendee Link: https://iu.zoom.us/j/85967673116**

| Session: 07B | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Applying Indigenous Knowledge Systems for Equity-Centered Assessment

Higher education and, thus, assessment have been influenced by colonizing practices built upon dominant Western paradigms of knowledge creation. This colonization has minimized non-dominant ways of knowing and contributed to inequitable outcomes for students. To center equity in assessment practice, Indigenous Knowledge Systems (IKS) can be integrated to ground assessment in an ethos of equality and liberation. In this session, presenters will argue for the use of IKS in assessment practice. In doing so, they will articulate the tenets and characteristics of IKS, describe the benefits of using IKS, and lead a discussion regarding ways to apply IKS to each.

**Gavin Henning, New England College; and Anne Lundquist, Anthology, Inc.**

*Presentation Type: 60-Minute Concurrent Session*

*Audience Level: Intermediate*

*Primary Track: Diversity, Equity, & Inclusion (DV)*

**Zoom Webinar Attendee Link: https://iu.zoom.us/j/82759809703**

| Session: 07C | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### A Framework to Approach Equity Work in Higher Education—Within and Beyond Assessment

Social justice and equity-building work in higher education and assessment often seems to face the challenge of well-intentioned folks not knowing where to begin, what to do, or how to do it. There is a theoretical understanding of the pervasiveness of issues of racism, sexism, classism, ableism, sexism, patriarchy, colonization and cultural imperialism, capitalism, etc. to name a few. However, the question often asked is what sustainable, repeatable, and responsive framework/strategy can higher education folks--especially assessment professionals—deploy to champion social justice and equity daily? Attend this session to learn one such framework for empowered action and successful impact.

**Divya Bheda, ExamSoft Worldwide LLC; Peter Felten, Elon University; and Natasha Jankowski, New England College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/82570173225

| Session: 07D | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Challenges and Opportunities of Online Assessment: How a Network of Research Universities Collaborated to Improve Practice

The Bay View Alliance is an international network of research universities focusing on the improvement of student learning. At the outset of Covid-19, these institutions canvassed faculty narratives, resources, and on-campus support centers for best practice recommendations in assessing student learning in online contexts. From these myriad sources, the BVA distilled a set of seven "assessment design principles" and launched on-campus programs aimed to enhance faculty skills. This webinar will focus on the results of several programs at multiple member campuses that relied on these design principles to prepare faculty for an historically difficult semester in Fall 2020.

**Joshua D. Potter, University of Kansas**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/83900078720

| Session: 07E | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Promoting and Assessing Human Rights-Based Social Work Teaching Practice and Curriculum Development

The global COVID-19 pandemic is revealing structural inequities related to human rights in international and domestic contexts, highlighting a fundamental need to strengthen human rights education in all disciplines. In this session, presenters will describe the assessment of MSW students' knowledge of and engagement with the human rights framework using scales developed by McPherson & Abell (2012). Presenters will apply the study's findings to curriculum development related to human rights and global practice with particular emphasis on Covid-19. Upon completion, attendees will be able to identify potential opportunities for rights-based teaching practices and capacity-building at the institutional level.

**Jessica Lee, Kim Moffett, and Pious Malliar Bellian, Indiana University—Bloomington**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/82176793393

| Session: 07F | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## An Introduction to the Council for the Advancement of Standards in Higher Education

This session will provide an overview of the Council for the Advancement of Standards in Higher Education (CAS) and how its standards can inform the development, implementation and assessment of programs and services. The history and modern-day function of the organization will be explored. An overview of the 47 functional area standards, as well as our cross-functional frameworks, will be provided. Opportunities for incorporating CAS into institutional priorities such as accreditation and addressing efficiencies in a challenging budget time will be discussed. Participants will be able to explain the structure and components of our standards and how they can implement them in their respective institutions.

**Stacy Andes, Villanova University; Dan Bureau, Louisiana State University; and Renardo Hall, Millersville University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment/Assessment Methods LA/AM*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81277886985*

| Session: 07G | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## The Student Experience: Online HIPs During a Pandemic

The pandemic has altered many high-impact student academic experiences. In this session, we have invited undergraduate students who have experienced higher education's pivot to online High-Impact Practices (eHIPs) at multiple institutions. We will ask this diverse student panel about what worked, what didn't work, and how we can be more supportive and inclusive in these spaces in the future.

~~Cancelled~~

**Natalia Leal Toro and Michael Aldarondo-Jeffries, University of Central Florida**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: CANCELLED*

| Session: 07H | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Re-Thinking High-Impact Practices During a Global Pandemic

Due to the pandemic, this panel of high-impact practices enthusiasts from Middle Tennessee State University had to quickly adapt their on-ground experiential learning assignments to the virtual environment. Their goal is to share techniques and strategies they used in their classrooms to maintain HIPs integrity regarding service-learning, free listening, and song writing while adapting to COVID restrictions.

**Odie Blackmon, Janet K. McCormick, and Carol Swayze, Middle Tennessee State University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86579052910*

| Session: 07I | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Genuine Access: Preparing Underserved Students to Benefit from HIPs

Our colleagues and professional peers know the benefits of high-impact practices, but higher education as a whole can do a better job at guiding our under-served students to being more receptive, prepared, and ready to participate in high-impact practices. Educators and students from Indiana University, The University of Mississippi, and California State University Dominguez Hills will share communication and peer advising strategies for involving students from historically under-served populations in HIPs.

**Tiana Iruoje, Indiana University—Bloomington; Ken O'Donnell, California State University-Dominguez Hills; and Kristina Phillips, The University of Mississippi**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
**Zoom Webinar Attendee Link:** [https://iu.zoom.us/j/82187148884](https://iu.zoom.us/j/82187148884)

| Session: 07J | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Measuring the Co-Curricular Impact: Affinity, Sense of Belonging, Resiliency and Academic Habits

Expectations to enhance student success and support institutional retention efforts create pressure to measure the direct and indirect impact of co-curricular initiatives. This presentation provides an overview of the creation, implementation, and analysis of a home-grown survey to measure the co-curricular impact on affinity, sense of belonging, resiliency, and academic habits. Select findings from the pilot survey completed in January 2020 will be shared, along with ways these findings can measure impact and identify strategic student development efforts. This session should particularly benefit co-curricular assessment professionals, co-curricular leaders, and institutional research professionals.

**D. Scott Tharp, DePaul University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
**Zoom Webinar Attendee Link:** [https://iu.zoom.us/j/89439425978](https://iu.zoom.us/j/89439425978)

| Session: 07K | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Learning Improvement at Community Colleges

Assessment professionals and educators are increasingly interested in assessment that explicitly connects outcome assessment, improvement action, and evidence of improvement in student learning. To guide this process, we share the Tenets of Learning Improvement. While the tenets are designed to be inclusive, more dialogue is needed from our community college colleagues. Participants in this session will engage in a structured conversation that outlines the scope and mechanisms for enacting assessment to improve student learning: what learning improvement is, who needs to be involved, what it takes, etc. Reading the tenets prior to the session isn't required but recommended.

**Kathleen Gorski, Waubonsee Community College; and Julie Morrison, Glendale Community College, AZ**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
**Zoom Webinar Attendee Link:** [https://iu.zoom.us/j/83184299498](https://iu.zoom.us/j/83184299498)

| Session: 07L | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Setting the Stage for Intentional Learning Improvement

In a typical assessment cycle, student learning outcome data are collected, analyzed, and shared to help determine program improvements. Yet, how well do we evidence authentic improvement of learning as a result of the instructional and programmatic changes made? How might we develop a collaborative approach that positions learning at the center of our work? Join us as we discuss our implementation of a Learning Improvement (LI) approach. We will focus on identifying strategies for initiating and implementing a LI approach; these strategies will address gaining institutional support and developing effective partnerships among educational/faculty developers, assessment practitioners, and faculty leadership.

**Linda M. Townsend and Pamela Tracy, Longwood University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87841089401*

| Session: 07M | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Beyond Content Knowledge: Transferable Skills Related to Peer Leadership in a Peer-Led Team Learning (PLTL) Program

Peer-led team learning has proven to be a great way to enhance the skills of workshop peer leaders in a multitude of academic programs. Their role as a peer leader has improved their leadership and management skills, personal growth through increased confidence and motivation, and increased content knowledge, as well as others. These skills were found to follow them through the rest of their career. These peer leader experiences have influenced them to put it on their LinkedIn Profile. This shows how much these experiences have benefitted them. This study examines the transferable skills that the peer leaders might have acquired through their PLTL experience.

**Tony Chase, Danka Maric, Anusha Rao, and Pratibha Varma-Nelson, IUPUI**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education (SE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/85951925166*

| Session: 07N | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Involving Students in the Assessment Process: An Equity-Centered Assessment Practice

Have you been inspired to bring equity to the center of your assessment practice? Aren't sure where to begin? One place to start is by involving students in your assessment process. Join this panel of practitioners to hear tangible examples of how three institutions have done so in the past year. You'll walk away with practical, actionable ways to practice equity-centered assessment right away!

**Ann Damiano, Utica College; Kellie Dixon, North Carolina Agricultural and Technical State University; Annemieke Rice, Anthology, Inc.; and Caitlyn Walsh, Student Organization Data Specialist Senior**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81561269750*

| Session: 07O | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Using Zoom Poll and Chat for Simple Student Affairs Assessments

As with the higher education academic curriculum, the Student Affairs co-curriculum also made a hurried transition to electronic means in the past year, frequently migrating to Zoom videoconferencing technology. Zoom provides features such as poll and chat to increase engagement with content, but these features can also be used to collect simple assessment data for Student Affairs programs and events. Best practices for use of Zoom poll and chat for Student Affairs assessment purposes is discussed, and tips as well as caveats for use are presented.

**Kristin Balicki, Charlene H. Herreid, and Nick Jensen, New York University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/88417169323*

| Session: 07P | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Breaking Learning Barriers through Academic and Non-Academic Assessment

As institutions of higher education are responding to rapid transformations, a need to understand how to break learning barriers and bring educational equity to their institutions, along with meeting the demands for evidence of student achievement. HBCU Collaboration for Excellence in Educational Quality Assurance (HBCU-CEEQA) came together to serve as a catalyst in helping to address shared challenges and solutions related to accreditation and other external accountability expectations with the aim of changing the narrative about HBCUs and addressing some of the unique learning barrier on their campuses.

**Mark Howse, Morehouse School of Medicine; Franz Reneau, Georgia Institute of Technology; Shae Robinson, University of Alabama; and Shontell Stanford, Interdenominational Theological Center**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: NILOA (NI)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/84272366180*

| Session: 07Q | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Assessing Your Assessment

It's easy to think of Assessment as something we do. In reality, Assessment is often a complex system that requires ongoing review, care, and feeding. We often think about what it is we are trying to accomplish with assessment, but rarely think about whether the assessment system has the capability and capacity to meet the desired outcomes. While we spend time trying to use and improve the data and results from assessment, we often overlook the opportunity to learn and improve our assessment system. This presentation will help you to take a systematic look at your assessment system.

**Kimberly Paddock-O'Reilly and Lee Van Dusen, Logan University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/82713734995*

| Session: 07R | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Future of Competency-Based Education: Meeting Emerging Higher Education Needs through Outcomes-Based Education

Alverno administrators and faculty will discuss the future of competency-based education in meeting the emerging needs of higher education. This pre-recorded session with live Q&A will focus on the ways in which competency-based education can address the demands of flexible digital approaches to teaching and learning, diversity, equity and inclusion initiatives, and the growth of graduate education.

**Jodi Eastberg, John Savagian, Desiree Pointer-Mace, and Ronett Jacobs, Alverno College**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Competency-Based Education & Assessment (CB)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86708865943*

| Session: 07S | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Shifting the Narrative: Moving Competency-based Assessment Dialog To "I Want To Do It"

Regularly assessing on a per-student basis can seem daunting but when the college is focused on supporting the continuous improvement process then the dialog for assessment shifts. Learn how Honolulu Community College is developing its assessment culture through the implementation of the eLumen assessment system. The eLumen tool supports the institution's key objectives: regularly gathering per student assessment data, encourage data-informed and thoughtful conversations, create action plans so that real change is made. In this interactive session, you will hear about Honolulu Community College's assessment journey and strategies for achieving its goal of true continuous improvement.

**Chiara Logli, Honolulu Community College; and Rachel Dwiggins-Beeler, eLumen**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Competency-Based Education & Assessment (CB)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87378317413*

| Session: 07T | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### VALUE on Your Campus: Faculty Perspectives on Using VALUE as an Assessment Tool

VALUE, the Valid Assessment of Learning in Undergraduate Education, has been used by faculty on campuses and classrooms for over a decade now. Institutions use VALUE rubrics for a wide range of different purposes, from faculty development to program assessment. Join the Association of American Colleges and Universities for this panel discussion show casing four institutions and the innovative ways they have been using VALUE on their campus as well as how they disseminate VALUE based data to create more meaningful learning on campus.

**Chad Bebee, Vincennes University; Brad Best and Jamii Claiborne, Buena Vista University; Pamela Ingleton, Mohawk College of Applied Arts & Technology; Kate McConnell, Association of American Colleges and Universities (AAC&U); and Brandon Weger, Illinois Eastern Community Colleges**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by Association of American Colleges and Universities (AAC&U)*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/85004105370*

| Session: 07U | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### AEFIS Virtual Sponsor Booth

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/83400527448**

| Session: 07V | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/86749788025**

| Session: 07W | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/83232259852**

| Session: 07X | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Collaboratory Virtual Sponsor Booth

Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/81451930665**

| Session: 07Y | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Crowdmark Virtual Sponsor Booth

Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/84778016419**

| Session: 07Z | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### eLumen Virtual Sponsor Booth

Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [eLumen](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/84050295727](https://iu.zoom.us/j/84050295727)**

| Session: 07AA | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [National Survey of Student Engagement (NSSE)](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/88191218955](https://iu.zoom.us/j/88191218955)**

| Session: 07AB | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Nuventive](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/85051977197](https://iu.zoom.us/j/85051977197)**

| Session: 07AC | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Student Opportunity Center Virtual Sponsor Booth

Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Student Opportunity Center](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/88030075203](https://iu.zoom.us/j/88030075203)**

| Session: 07AD | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Suitable](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/87509975846](https://iu.zoom.us/j/87509975846)**

| Session: 07AE | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**Watermark Virtual Sponsor Booth**

Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811***

| Session: 07AF | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**Weave Virtual Sponsor Booth**

Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89312175626***

| Session: 07AG | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**Xitracs, by Concord USA, Inc. Virtual Sponsor Booth**

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/85728963903***

| Break Session | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 2:30 PM – 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM – 1:00 PM | 11:30 AM – 12:00 PM |

**BREAK SESSION**

# VIRTUAL SPONSOR BOOTHS DURING BREAK

| Virtual Sponsor Booth | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**AEFIS Virtual Sponsor Booth**

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448***

| Virtual Sponsor Booth | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **2:30 PM - 3:00 PM** | **1:30 PM - 2:00 PM** | **12:30 PM - 1:00 PM** | **11:30 AM - 12:00 PM** |

### Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025**

| Virtual Sponsor Booth | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **2:30 PM - 3:00 PM** | **1:30 PM - 2:00 PM** | **12:30 PM - 1:00 PM** | **11:30 AM - 12:00 PM** |

### Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852**

| Virtual Sponsor Booth | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **2:30 PM - 3:00 PM** | **1:30 PM - 2:00 PM** | **12:30 PM - 1:00 PM** | **11:30 AM - 12:00 PM** |

### Collaboratory Virtual Sponsor Booth

Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81451930665**

| Virtual Sponsor Booth | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **2:30 PM - 3:00 PM** | **1:30 PM - 2:00 PM** | **12:30 PM - 1:00 PM** | **11:30 AM - 12:00 PM** |

### Crowdmark Virtual Sponsor Booth

Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84778016419**

| Virtual Sponsor Booth | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **2:30 PM - 3:00 PM** | **1:30 PM - 2:00 PM** | **12:30 PM - 1:00 PM** | **11:30 AM - 12:00 PM** |

### eLumen Virtual Sponsor Booth

Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84050295727**

| Virtual Sponsor Booth | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88191218955**

| Virtual Sponsor Booth | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197**

| Virtual Sponsor Booth | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## Student Opportunity Center Virtual Sponsor Booth

Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88030075203**

| Virtual Sponsor Booth | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846**

| Virtual Sponsor Booth | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## Territorium Virtual Sponsor Booth

Meet virtually with a Territorium representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Territorium*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83354893505**

| *Virtual Sponsor Booth* | | *Monday, October 25, 2021* | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## Watermark Virtual Sponsor Booth

Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811*

| *Virtual Sponsor Booth* | | *Monday, October 25, 2021* | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## Weave Virtual Sponsor Booth

Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89312175626*

| *Virtual Sponsor Booth* | | *Monday, October 25, 2021* | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## Xitracs, by Concord USA, Inc. Virtual Sponsor Booth

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85728963903*

# PLENARY SESSION

| Session: 08A | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Plenary Keynote Presentation and Panel Discussion**
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/81889957601

**Stephen P. Hundley – Welcome and Introductions**
Senior Advisor to the Chancellor, Professor of Organizational Leadership, Chair, Assessment Institute, Executive Editor, *Assessment Update*, and Host, *Leading Improvements in Higher Education* Podcast, IUPUI

**Keston H. Fulcher – Recognition of Diamond Sponsorship**
Executive Director, Center for Assessment and Research Studies (CARS) and Professor of Graduate Psychology, James Madison University

**Jonathan R. Alger – Plenary Keynote Presenter**
President, James Madison University

**PANEL**

**Stephen P. Hundley – Moderator**
Senior Advisor to the Chancellor, Professor of Organizational Leadership, Chair, Assessment Institute, Executive Editor, *Assessment Update*, and Host, *Leading Improvements in Higher Education* Podcast, IUPUI

**Jonathan R. Alger – Plenary Keynote Presenter**
President, James Madison University

**Gianina Baker**
Acting Director, National Institute for Learning Outcomes Assessment (NILOA), University of Illinois Urbana-Champaign

**Keston H. Fulcher**
Executive Director, Center for Assessment and Research Studies (CARS) and Professor of Graduate Psychology, James Madison University

**Heather Mernitz**
Professor of Physical Sciences and Chair of the Council for Student Assessment, Alverno College

**Sister Kathleen O'Brien**
Provincial Coordinator, School Sisters of St. Francis and Senior Vice President for Academic Affairs Emerita, Alverno College

**Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University**

# VIRTUAL SPONSOR BOOTHS DURING PLENARY SESSION

| Session: 08B | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**AEFIS Virtual Sponsor Booth**
Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448***

| Session: 08C | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Anthology, Inc. Virtual Sponsor Booth**
Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025***

| Session: 08D | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Association of American Colleges and Universities (AAC&U) Virtual Sponsor Booth**
Meet virtually with an Association of American Colleges and Universities (AAC&U) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Association of American Colleges and Universities (AAC&U)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89364698864***

| Session: 08E | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth**
Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852***

| Session: 08F | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Collaboratory Virtual Sponsor Booth**
Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Collaboratory](https://iu.zoom.us/j/81451930665)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/81451930665](https://iu.zoom.us/j/81451930665)***

| Session: 08G | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Crowdmark Virtual Sponsor Booth**
Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Crowdmark](https://iu.zoom.us/j/84778016419)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/84778016419](https://iu.zoom.us/j/84778016419)***

| Session: 08H | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**eLumen Virtual Sponsor Booth**
Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [eLumen](https://iu.zoom.us/j/84050295727)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/84050295727](https://iu.zoom.us/j/84050295727)***

| Session: 08I | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**National Survey of Student Engagement (NSSE) Virtual Sponsor Booth**
Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [National Survey of Student Engagement (NSSE)](https://iu.zoom.us/j/88191218955)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/88191218955](https://iu.zoom.us/j/88191218955)***

| Session: 08J | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Nuventive Virtual Sponsor Booth**
Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Nuventive](https://iu.zoom.us/j/85051977197)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/85051977197](https://iu.zoom.us/j/85051977197)***

| Session: 08K | | Monday, October 25, 2021 | |
| --- | --- | --- | --- |
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Student Opportunity Center Virtual Sponsor Booth**
Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88030075203***

| Session: 08L | | Monday, October 25, 2021 | |
| --- | --- | --- | --- |
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Suitable Virtual Sponsor Booth**
Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846***

| Session: 08M | | Monday, October 25, 2021 | |
| --- | --- | --- | --- |
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Territorium Virtual Sponsor Booth**
Meet virtually with a Territorium representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Territorium*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83354893505***

| Session: 08N | | Monday, October 25, 2021 | |
| --- | --- | --- | --- |
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Watermark Virtual Sponsor Booth**
Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811***

| Session: 08O | | Monday, October 25, 2021 | |
| --- | --- | --- | --- |
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Weave Virtual Sponsor Booth**
Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89312175626***

| Session: 08P | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Xitracs, by Concord USA, Inc. Virtual Sponsor Booth**

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** *https://iu.zoom.us/j/85728963903*

# 60-MINUTE CONCURRENT SESSIONS

| Session: 09A | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**Presenting the Anti-Racism Scorecard - Operationalizing Anti-Racism in Higher Education Community Engagement**

In support of racial justice, higher education is moving beyond statements of solidarity toward action to support anti-racist work on campus. Examples of how anti-racist work actually manifests through community-university partnerships will be critical to help position - through research and action – higher education's role in developing a more just and equitable society for all. This presentation will share our journey to develop the Anti-Racist Community Engagement Scorecard, a set of metrics to assess and measure anti-racist engagement and practices in higher education community engagement.

**Stella Smith, Prairie View A&M University; Kristin Medlin and Lauren A. Wendling, Collaboratory**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Community Engagement (CE)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/86431563372*

| Session: 09B | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**If It Feels Normal, It's Not Equity: Assessment for Racial Equity**

Assessment is the epicenter of racially disparate outcomes in higher education. Pursuing the ideas of historian Dr. Ibram X. Kendi, that standardized tests are the most effective racist policies ever devised, I've identified quantitative assessment models as the beating heart of racial oppression in higher education. Grounded in the eugenicist myth of objectivity and normalized over decades of practice, points are the problem. One antidote is "assessment for racial equity," my name for a three-decade synthesis of culturally relevant teaching, the innocent classroom, authentic assessment, not-yet grading, contract grading, grading for equity, ungrading, and my own qualitative assessment techniques.

**Patrick Morriss, Foothill College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/84458688872*

| Session: 09C | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Advancing Equity in Higher Education: Institutional Practices and HLC's Role

The Higher Learning Commission (HLC) conducted the Equity in Access and Success survey in January and February 2020 with the goals of capturing a broad overview of the equity-related perspectives and practices among member institutions and gathering recommendations for defining HLC's own role in advancing equity in higher education. The survey findings and recommendations form a rich narrative about diversity, equity, and inclusion practices on campuses and will help HLC, as part of its EVOLVE 2025 strategic plan, develop policies and practices that are responsive to the needs of the membership for advancing equitable access and success in higher education.

**Hoa Khuong and Karen Solomon, Higher Learning Commission**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81022227335*

| Session: 09D | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Team Teaching as a Vehicle for Faculty Development: Blending Assessment and Educational Psychology to Drive Performance Improvement

Beyond ensuring the work gets done, academic leaders are uniquely in position to guide faculty growth through hands-on academic assignments, if well structured. Herein, we describe a practical process for leaders to offer faculty development through a team-teaching framework, applying quality improvement practices integrating assessment and educational psychology. Elements connected to establishing a quality learning environment, clear expectations, classroom management, and communication strategies will be shared through interactive case scenarios. Examples rooted in health professional education will outline best practices in designing faculty development in team formation that can result in better experiences for faculty members and students.

**David Fuentes, University of Portland; Jeremy Hughes, Chicago State University College of Pharmacy; and William Ofstad, West Coast University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87870764986*

| Session: 09E | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### A Rubric for Assessing Behavioral Dimensions of Intercultural Learning

In any global learning experience, incorporating an effective tool to help students acquire and increase intercultural competence and to assess their intercultural learning is a challenge. Adopting the standard instruments created for that purpose is not always the best solution. In this interactive session, presenters will explain how a study abroad program imagined and developed its own rubric for behavioral skills associated with intercultural research. Participants will examine how the rubric has been and could be used for assignment development and formative assessment at different institutional levels across disciplines and departments.

**Eva Infante Mora, Consortium for Advanced Studies Abroad (CASA) in Seville, Spain; and Melina Ivanchikova, Cornell University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81298752162*

| Session: 09F | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Comprehensive Learner Record: Empowering Embedded Assessment of Competency to Determine Student Readiness for Real-World Problems

Recognizing a preparation-to-practice gap, professional organizations called for a transformation from traditional lecture-based learning, focused on learning concepts, to experiential learning emphasizing competencies. American Association for Colleges of Nursing shared their 2019 vision on how nursing education needs to improve the quality of patient care, requiring a profound pivot in assessing and reporting learning outcomes. Comprehensive Learner Record (CLR) provides a holistic approach to assessment that tracks achievement of competencies across learners' experiences. In this session, learn about CLR in assessment and how the University of Rochester School of Nursing developed CLR while shifting to a competency-based curriculum during COVID-19.

**Suzanne Carbonaro, AEFIS; Joellen Shendy, Workday; and Andrew B. Wolf, University of Rochester**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86845634550*

| Session: 09G | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Cultivating Capstone Conversations

To meet the promise of HIPs to promote earning gains, universities must consider the contexts and micro-cultures of units implementing HIPs. The rush to create high-impact practices has led many institutions to create capstone requirements, but find that poorly defined capstones do not promote enhanced student learning or equitable student outcomes. We invite the audience to define their HIPs and explore relationships among HIPs, signature works, and capstone experiences tied to assessment and labor practices at different types of institutions. Participants generate conversation-starters for assessment discussions about capstone experiences that address this overlapping labor and assessment issues.

**Olivia Anderson, University of Michigan; Caroline Boswell, University of Wisconsin Green Bay; Morgan Gresham, University of South Florida St. Petersburg; Matt Laye, College of Idaho; and Dawn Smith-Sherwood, Indiana University of Pennsylvania**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86578459385*

| Session: 09H | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Student Panel: Competency-Based Education from a Learner Perspective

Both graduate and undergraduate students will share their perspectives about outcomes-based education. We will explore how outcomes connect to career readiness and professional experiences, allowing students to integrate and transfer their learning beyond a program curriculum. We will also explore how a student-centered approach opens opportunities for students to directly impact learning and assessment of learning.

**Mikelene Ray, Mariah Erby, Grace Parlier, Merub Irfan, Harry Anderson, Benetria McGowan, and Joseph Foy, Alverno College**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Competency-Based Education & Assessment (CB)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81312470586*

| Session: 09I | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Embedding HIPs in the Fabric of your Institution with a Cross-Functional Steering Committee

The Community College of Baltimore County (CCBC) has been embedding high-impact practices in general education courses as a means of improving the success of all students, especially minoritized groups. Five years of data show significant improvements in semester-to-semester retention, and that embedding HIPs in general education classes is helping to close equity gaps. One challenge with HIPs work is keeping the momentum going and keeping HIPs in the center of discussions of equity. Come and learn about a mechanism that has been successful at CCBC, a cross-functional HIPs Steering Committee.

**Dallas M. Dolan, Monica Walker, Jennifer Kilbourne, and Vell Lyles, Community College of Baltimore County**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/81337639115](https://iu.zoom.us/j/81337639115)

| Session: 09J | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Where Do We Begin? An Entry-Level Conversation About Out-of-the-Classroom Assessment

The presenters will share strategies for building a campus-wide assessment plan that has a strong foundation and framework, with flexibility for customization. Participants new to assessment or seeking a refresher will learn key steps in assessment design, evaluate strengths and limitations for implementing standardized approaches, and leave with strategies to adapt for their campuses.

**Cindy Cogswell, Ohio University; and Jennifer Nailos, The University of Texas at Austin**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/82459348573](https://iu.zoom.us/j/82459348573)

| Session: 09K | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Using Online Tutorials to Close the Loop for Information Literacy Competency

After receiving disappointing data about graduating students' abilities to cite their work, the librarians at Cal Poly Pomona sought to respond to these findings by creating a series of online tutorials that detailed why we cite and how to create citations in a variety of different styles. Each tutorial contained a brief assessment quiz to aid in gauging student understanding. This presentation will discuss the process, challenges, and successes of this attempt to close the loop on a shortcoming revealed by previous assessment.

**Shonn M. Haren, California State Polytechnic University, Pomona**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/88586720231](https://iu.zoom.us/j/88586720231)

| Session: 09L | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Using Multiple Assessment Measures for Implementing Ethical and Equitable Reforms

This session describes strategies for assessing reform initiatives that affect students' educational pathways at community colleges and other open-access institutions that serve a broad range of learners from diverse social and cultural backgrounds. Participants will learn why ethical and equitable changes to placement, developmental education, curricular pathways, and other reforms require multiple types of assessment data collected locally over time. The session will take attendees through the process of using both quantitative and qualitative assessment measures to pilot student-centered reforms, scale up and implement wide-scale change, and use ongoing assessment to make subsequent revisions to curriculum and instruction.

**Joanne Baird Giordano, Salt Lake Community College; and Cassandra Phillips, University of Wisconsin Milwaukee at Waukesha**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88375458174*

| Session: 09M | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Assessing Engineering Student Writing with the AAC&U VALUE Written Communication Rubric

As part of a National Science Foundation-funded grant, a multi-institutional team created a tutor-training program, Writing Assignment Tutor Training in STEM (WATTS), which takes an interdisciplinary approach to improving student writing. To assess writing cross-institutionally, the assessment team selected the AAC&U VALUE Written Communication Rubric because it is a validated and normed tool with generalizability across disciplines while capturing the elements of writing that meet our project goals. This session will discuss the rationale for the rubric selection, the process used to analyze the baseline data, and the preliminary outcomes characterizing the writing in similar engineering courses across four institutions.

**Annwesa Dasgupta, The University of Mississippi; Johanna Bodenhamer, Corinne Renguette, and Brandon Sorge, IUPUI**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education (SE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82822394269*

| Session: 09N | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Energizing Institutional Assessment Activities with Students as Partners

Relationships with students matter. There are many ways students can contribute to and enhance our assessment practices that strengthen outcomes of such work. In this session, we will assume partnering with students is a good thing to do. We will focus our attention of how we do it, what it can look like, how to face up to challenges that arise, and recognize the benefits that emerge. Informal yet informative, come along to listen, share, and learn together to advance our collective commitment to thinking differently about the role of students in assessment efforts.

**Kelly E. Matthews, University of Queensland**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86254096480*

| Session: 09O | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### Seeking Continuous Improvement Through Use of the EIA and Communities of Practice

During this session participants will learn how the universities across The Texas A&M University System have utilized the National Institute of Learning Outcomes Assessment (NILOA) Excellence in Assessment (EIA) as an internal tool of enlightenment. Combined with a model for Communities of Practice (COP), this has resulted in a shift of mindset from compliance and accountability to one of quality and continuous improvement.

**Shonda A. Gibson, The Texas A&M University System**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/86317019883*

| Session: 09P | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### Unified Vision: Merging Assessment and Strategic Planning Data, Developments, and Distribution

Florida A&M University has enhanced its data culture with its robust assessment system -- aligning the assessment with strategic plans, including university, college/school, and division plans. In this presentation, FAMU will share how it has aligned these two frequently separated functions to form cohesive and integrated planning and assessment processes.

**Brandi N. Newkirk and Melanie Wicinski, Florida A&M University; and Bailey Watson, Nuventive**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Use of Technologies in Assessment (UT)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/85493120812*

| Session: 09Q | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### Combining Assessment and Program Review: A Comprehensive Approach to Strategic Program Health

In 2018-2019, the Undergraduate College at National Louis University undertook a pilot initiative to develop a new annual program review process. The goal was to combine two annual reporting cycles - program review (including program health metrics like enrollment growth, persistence, and completion) and assessment of student learning - into a single cycle that provided program chairs and faculty with a more holistic view of program performance. Now a mature initiative in its third year of implementation, the team that developed and oversees the process shares lessons learned and key features.

**Nate Flint, Joseph D. Levy, and Margaret Stemler, National Louis University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/87899370017*

| Session: 09R | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### Exploring the TRUE VALUE of Mapping: Using Data for Decision Making

Almost all educators engage in curriculum mapping of some sort—to fulfill institutional/programmatic assessment/accreditation expectations that ensure competency/content coverage in curricula. However, apart from trying to ensure that 1) our maps are current, 2) our learning outcomes up-to-date, and possibly 3) our curriculum is well scaffolded and not duplicative, maps are often not used for practical assessment purposes—i.e., to gather data around student assessment performance (to improve our curriculum and/or engage in early student intervention and remediation). Attend this session to learn about how you can use mapping and ExamSoft technology to advance student success.

**Divya Bheda, Alison Fanizzi, and Amanda Krzyzanowski, ExamSoft Worldwide LLC**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by* [ExamSoft](#)
*Audience Level: Intermediate*
*Primary Track: Assessment Methods/Student Partnership and Engagement in Assessment AM/ST*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/87653901783](https://iu.zoom.us/j/87653901783)

| Session: 09S | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### Advancing Educational Equity with the Anthology Platform

Higher education is laden with inequitable student outcomes – from access to completion, and engagement to outcomes. To shift towards equity, the conversation must center equity and use data to examine and change institutional systems and practices. Despite a fierce commitment to this mission, many institutions still struggle to put their equity-centered principles into action. In this session, we'll review 5 key ways that the Anthology platform helps member institutions advance this important cause.

**Annemieke Rice and Jenna Ralicki, Anthology, Inc.**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by* [Anthology, Inc.](#)
*Audience Level: Intermediate*
*Primary Track: Assessment Methods/Diversity, Equity, & Inclusion (AM/DV)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/84504589869](https://iu.zoom.us/j/84504589869)

| Session: 09T | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### AEFIS Virtual Sponsor Booth

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by* [AEFIS](#)
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link:* [https://iu.zoom.us/j/83400527448](https://iu.zoom.us/j/83400527448)

| Session: 09U | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by* [Anthology, Inc.](#)
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link:* [https://iu.zoom.us/j/86749788025](https://iu.zoom.us/j/86749788025)

| Session: 09V | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Association of American Colleges and Universities (AAC&U) Virtual Sponsor Booth

Meet virtually with an Association of American Colleges and Universities (AAC&U) representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Association of American Colleges and Universities (AAC&U)*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/89364698864**

| Session: 09W | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/83232259852**

| Session: 09X | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Collaboratory Virtual Sponsor Booth

Meet virtually with a Collaboratory representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/81451930665**

| Session: 09Y | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Crowdmark Virtual Sponsor Booth

Meet virtually with a Crowdmark representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/84778016419**

| Session: 09Z | | Monday, October 25, 2021 | |
| --- | --- | --- | --- |
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### eLumen Virtual Sponsor Booth

Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84050295727**

| Session: 09AA | | Monday, October 25, 2021 | |
| --- | --- | --- | --- |
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88191218955**

| Session: 09AB | | Monday, October 25, 2021 | |
| --- | --- | --- | --- |
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197**

| Session: 09AC | | Monday, October 25, 2021 | |
| --- | --- | --- | --- |
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846**

| Session: 09AD | | Monday, October 25, 2021 | |
| --- | --- | --- | --- |
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

### Territorium Virtual Sponsor Booth

Meet virtually with a Territorium representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Territorium*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83354893505**

| Session: 09AE | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Watermark Virtual Sponsor Booth

Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** *https://iu.zoom.us/j/81025384811*

| Session: 09AF | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Weave Virtual Sponsor Booth

Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** *https://iu.zoom.us/j/89312175626*

| Session: 09AG | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Xitracs, by Concord USA, Inc. Virtual Sponsor Booth

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** *https://iu.zoom.us/j/85728963903*

# 30-MINUTE CONCURRENT SESSIONS
## (20-Minutes for Presentation; 10-Minutes for Discussion)

| Session: 10A | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Alternative Impact and Evaluation Approaches for Community-Engaged Academic Programming – Outcome Harvesting and Process Tracing

We present a research design approach and initial outcomes for community, student, and faculty/departmental learning and impact for community-engaged programming for Romance Languages and Literatures at the University of Notre Dame. Understanding the range of impacts from department-wide investments in community-engaged approaches is challenging; most assessments focus on student learning – with community outcome domains and departmental shifts less understood. Coupling outcome harvesting/process tracing approaches, researchers use mixed-methods data collection to triangulate learning and community outcomes across the range of stakeholders. This information will be used to understand impacts of programming and identify potential improvements, particularly in light of COVID adaptations.

**Rachel Parroquin and Danielle Wood, University of Notre Dame**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Community Engagement (CE)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/89728238843*

| Session: 10B | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### What Does Equity in Assessment Mean in the Context of English Language Learners?

Equity in assessment has multiple dimensions. The sudden move to online education brought forth issues of equity in online proctoring software. However, there are other aspects of equity in assessment. The literature, although scarce, includes some areas for consideration to ensure equity in assessment. We have identified the different dimensions of equity in assessment. These concerns impact all learners and add an additional layer when assessing English language learners (ELL). In this presentation, we will present the different dimensions of equity in assessment and their definitions and implications and how it relates and informs equity when assessing English language learners.

**Eliana El Khoury, Athabasca University**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/85149174895*

| Session: 10C | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Building on Past Assessment: A Fresh Look at Data to Enhance Support for Students with Children**

Students with children are an invisible and underserved population on college campuses. As a group they face multiple challenges in navigating their college experience that could be mitigated with institutional support. BIPOC students with children, in particular, could benefit from institutional policies and programs that help close achievement gaps. Building on a previous study, we conducted a content analysis of programs and services – childcare, library, mentoring, etc. – to assess the level of access to these important services across the California State University system. We also highlight services offered online during remote learning and provide context for Cal Poly Pomona's own efforts.

**Marisol Cardenas and Julie Shen, Cal Poly Pomona**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83838489814*

| Session: 10D | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Cultivating Assessment Leaders During a Pandemic: Developing an Effective Online Training and Support System**

This presentation illustrates effective strategies to cultivate assessment leaders during the pandemic through different strategies, including an intensive online training program, i.e., the Assessment Leadership Institute, that offers a safe environment to actively practice facilitative assessment leadership skills; expert consultants (Assessment Leadership Fellows) that provide long-term (6-month) individualized support; and a scholarship venue via the Assessment for Curricular Improvement Poster Exhibit. We present evaluation results collected from multiple sources of evidence to review the effectivity of the strategies. Attendees will take away concrete strategies to organize professional development activities or events to support faculty assessment leaders on their campus.

**Adrian Alarilla and Yao Zhang Hill, University of Hawai'i at Mānoa**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87337067873*

| Session: 10E | | Monday, October 25, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**"Show Me the Money! Making Bank with Assessment Data on Global Learning"**

Campus internationalization is one of the top priorities of institutions across the country, and in particular, community colleges. Yet assessing the impact of those efforts lags behind the strides made in assessing other areas of the higher educational experience. This presentation will focus on an award winning initiative at Harper College to transform global learning on our campus through intentional faculty development tied to global learning outcomes and assessment. In its third iteration, the Global Region of Focus initiative has a proven track record of success. We will share data on its impact on student retention and completion.

**Richard F. Johnson and Nellie Khalil, Harper College**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86030470053*

| Session: 10F | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

## Backward Design of an Objective Structured Clinical Examination Series for Measuring Student Competency

Competency-based assessment, defined as the attitudes, skills, and knowledge components needed for mastery of a complete activity, has become common in health professions education. Central to competency-based assessment are entrustable professional activities (EPAs), discrete units of work that together describe a profession's key responsibilities. This program will present one institution's approach to competency-based assessment through backward design and development of an objective structured clinical examination (OSCE) series, grounded in achieving competence in profession-defined EPAs. The purpose of this program is to provide a framework for competency-based assessment that can be adapted by assessment leaders for their home institution.

**Robert D. Beckett, Manchester University College of Pharmacy, Natural and Health Sciences**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Graduate/Professional Education (GR)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/87498572096*

| Session: 10G | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

## High-Impact Practices: Pathways to Social Reproduction or Social Mobility?

Evidence from a national longitudinal undergraduate study will illustrate the different ways HIPs impact post-graduation outcomes of early career earnings and graduate degree attainment — key indicators of social mobility. Through a socioeconomic lens, results shed light on who has access to HIPs and the subsequent benefits they provide. Additional findings provide an understanding among those who do participate in HIPs and how the impact differs depending on one's socioeconomic background.  Implications for policy and practice are offered based on the results. Attendees are invited to share their own strategies on how to ensure HIPs serve as pathways to social mobility.

**Lucas Schalewski, University of Arizona**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/81536226879*

| Session: 10H | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

## Assessing the Impact of High-Impact Practices: A Critical Quantitative Approach to Assess Access, Equity, and Outcomes of HIP Participation

While much is known about the impact of high-impact practices (HIPs), much work remains to fully understand how all students can benefit from HIPs. In this session, researchers from California State University, Long Beach, share their critical quantitative approach to assess HIP participation and components that truly make HIPs "high-impact" at their large, urban, public HIS and AANAPISI institution. Focusing on access, equity, and student success, their research contributes to HIP theory, research, and practice. Attendees will gain insight into best practices for approaching this work and learn techniques to measure, collect, manage, and assess HIPs at their institution.

**Kaitlyn N. Stormes, University of California, Los Angeles; and Kelly Young, California State University, Long Beach**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/83389647736*

| Session: 10I | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## Promoting Co-Curricular Assessment Using Strategic Planning

Strategic planning appeals to co-curricular units because of its ability to address non-student learning outcomes. Engaging units in the strategic planning process is integral to starting a process where units set goals and objectives in a structured manner. Once this process is complete, developing an assessment plan becomes much easier. This presentation will discuss a new workshop series from the UNM Office of Assessment & APR devised to engage co-curricular units in strategic planning, with an eye toward developing an assessment plan in the near future.

**Samuel J. Hatch and William Slauson, University of New Mexico**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Emerging Trends in Assessment (ET)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/89483384159*

| Session: 10J | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## When Emergency Response Becomes Normal: Transitioning from Crisis Response to Crisis Management

When the pandemic sent everyone home in March 2020, most people expected our emergency response to last a few weeks to a few months at most. Over a year into the pandemic, the IU Richard M. Fairbanks School of Public Health continues to support state and local efforts in response to COVID-19, all while continuing our regular marketing and communication efforts. Now that emergency response is our new normal, our team will share strategies and tactics for maintaining marketing and recruitment efforts, while leading state and local efforts.

**Amanda Briggs and Adrianne Robertson, IUPUI**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link:* **CANCELLED**

| Session: 10K | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## Articulating the Value of the Student Experience: Adopting 'Graduate Attributes' as a Framework for Curriculum and Assessment

Inspired to create a distinctive learning experience for its students, Lindenwood University embarked on a creative campus-wide project to 'Reimagine Institutional Learning Outcomes.' This project resulted in a new value proposition for Lindenwood students, called the Lindenwood Graduate Attributes. Not only have these attributes created a clearer and more exciting way to articulate the value of the Lindenwood experience, but they have also underpinned a new curricular framework for general education and a new assessment plan for the institution. This presentation outlines the collaborative process to envision the Lindenwood Graduate Attributes and shares the story of how these were implemented.

**Bethany Alden-Rivers, Robyne Elder, Ana Londono, Roger Nasser, Melissa Qualls, Kathi Vosevich, and Mark Valenzuela, Lindenwood University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86370843389*

| Session: 10L | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## Leveraging PowerBI to Visualize Institutional Effectiveness Assessment Processes

This presentation includes a demonstration of two interactive PowerBI visualizations designed to facilitate and keep track of the Institutional Effectiveness Assessment process at Florida State University. These resources provide quick and easy access to information about assessment completion status for all campus units, reporting expectations by location/modality, and assessment organizational tree. Both reports are intended to be used by senior leadership, assessment office personnel, and assessment coordinators from campus units to stay informed regarding the timeliness, quality, and completeness of assessment reports.

**Caitlyn Jessee, Florida State University**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Use of Technologies in Assessment (UT)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81345100316*

| Session: 10M | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## Effective Video Assessment Use for STEM Courses in Remote Teaching - Mexico Case Study with Business and Engineering Students

Teaching remotely presents a set of new challenges for teachers wishing to help our students learn, this is especially true in a difficult course like Statistics. Before we decide how we will carry out assessments, we should plan to build community that will help our students learn and help us better assess the expected learning. Searching for tools that would help with assessment during remote teaching lockdown led to the creative use of video, voice feedback, and interactive slides to first build a learning community that, in turn, resulted in improved student learning and more effective assessments.

**Carlos A. Gonzalez-Campos, CETYS Universidad**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education (SE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83477289678*

| Session: 10N | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## The CUR for Student Success: Building a Collaborative, Equity-Based Undergraduate Research Program Focused on Student Success

California State University, Chico designed a multi-tiered Undergraduate Research and Assessment program for students to analyze, collect, and present data from campus partners in student success initiatives. This program, targeting historically underrepresented students, not only introduces them to research and provides an identity as a researcher, the theoretic foundations of the research creates moments for reflection on their own success, attitudes, and behaviors while providing campus student success programs information to make data-driven changes. During this presentation, campus partners will share how Chico State's program was formed and provide an opportunity for your campus to consider how to similarly integrate Undergraduate Research for student success.

**Ellie Clifford Ertle, Joanna Herrera, and Nathaniel M. Millard, California State University Chico**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84035831978*

| Session: 10O | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Anxiety Levels in College Students: The Impact and Evidence-Based Remedies

Each semester, communication with students frequently involves discussions of stress and anxiety. While informal advising and mentoring from faculty may help decrease students' anxiety, it is helpful to know what evidence-based strategies for stress and anxiety reduction can decrease students' anxiety. A literature review was conducted in June 2020 to gain information regarding anxiety and stress in college students. Current research demonstrates that biofeedback, meditation, mindfulness, and sleep education all assist with decreasing anxiety in college students.

**Kristen L. Maisano, St. Catherine University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83341478044*

| Session: 10P | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Welcoming New Graduate Students During COVID: Assessing Virtual Orientations

The COVID-19 pandemic caused institutions of higher education across the globe to quickly re-adjust normed plans and processes to online platforms. Due to the pandemic, the Graduate School at a large university quickly pivoted from delivering two in-person orientations for newly admitted graduate students to two virtual orientations for the first time in history. To better serve future graduate students in their virtual orientation experience, the presenters assessed the virtual graduate student orientation. The session discusses the successes in planning/delivering a virtual orientation, areas of improvement, strategies for assessing virtual orientations, and future recommendations for planning virtual orientations at universities.

**Austin Boyd and Sarah Narvaiz, University of Tennessee**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82151881823*

| Session: 10Q | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Proactive Academic Coaching: Supporting First-Year College Students and Addressing Barriers to Student Success

During academic year 2019-2020, a team consisting of a professional advisor/success coach, faculty member, and undergraduate student conducted an assessment project to study the efficacy of a new student support services program for high-risk students at the University of Northern Colorado (UNC). The Bears First program, which was launched in fall 2019, uses a holistic advising model to improve first-year success outcomes for students most at risk of attrition. This presentation, "Proactive Academic Coaching: Supporting First-Year College Students and Addressing Barriers to Student Success," will discuss the project's assessment process, key findings, and implications for practice and program improvement.

**Samantha J. Black, Jake Henderson, and Darren Ilett, University of Northern Colorado**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81282163097*

| Session: 10R | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### How to Develop a Systematic Quality Improvement Plan (SQIP)

Colleges or Schools of Nursing collect a lot of data, not only for overall university assessment plans, but also for external accreditation organizations and Boards of Nursing. The goal is to use the data to make informed decisions to improve student learning outcomes and program quality (Oermann, 2017). How does a new assessment coordinator wrap their head around all this data? This workshop focuses on the steps and resources available to develop a systematic quality improvement plan (SQIP). The SQIP aligns accreditation standards with data elements, responsible party, evaluation frequency, expected level of achievement, actual outcomes, and action plan.

**Juliann Perdue, California Baptist University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88134122495*

| Session: 10S | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Developing a New Online FYE Program in the Post-COVID-19 World

Yamagata University is a medium-sized Japanese national comprehensive university. We started the new FYE program in 2017, and the objective of the FYE is to enhance students' four core learning skills in the areas of basic research, teamwork, presentation, and report writing. As assessment activities, student satisfaction surveys and learning outcome assessment surveys were administered. In 2020, an on-demand FYE course was urgently developed and utilized under COVID-19. This on-demand course reflected the improvements that will be conducted in 2021. In this presentation, we will share our assessment methods, results, and lessons learned from our FYE program over three years.

**Takahiro Abe, Douglas Gloag, Takao Hashizume, Satoko Imaizumi, Katsumi Senyo, and Tetsuya Shiroishi, Yamagata University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87502847910*

| Session: 10T | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Using Content Analysis to Revise Academic Program Review Self-Study Guidelines

Thorough, data-informed self-study reports are fundamental to meaningful program reviews. This session outlines the revision of the self-study report guidelines to create a template intended to yield reviews that are strategic, forward looking, data-informed, and aligned with college and university missions. We conducted a content analysis of the external reviewer reports from program reviews that were completed between the years 2012-2020. Findings allowed us to identify common issues addressed in program reviews and compare these themes to what programs are currently addressing in their self-studies. Findings additionally guided the creation of a streamlined and more reflective template with critical guiding questions to address key programmatic issues.

**Fashaad Crawford, Stephany Dunstan, Pierre Gremaud, Pete Knepper, and Matthew Lengen, North Carolina State University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83935241884*

| Session: 10U | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**AEFIS Virtual Sponsor Booth**
Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448**

| Session: 10V | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**Anthology, Inc. Virtual Sponsor Booth**
Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025**

| Session: 10W | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth**
Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852**

| Session: 10X | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**Collaboratory Virtual Sponsor Booth**
Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81451930665**

| Session: 10Y | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**Crowdmark Virtual Sponsor Booth**
Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84778016419**

| Session: 10Z | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

### eLumen Virtual Sponsor Booth

Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [eLumen](eLumen)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:** [https://iu.zoom.us/j/84050295727](https://iu.zoom.us/j/84050295727)*

| Session: 10AA | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

### National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [National Survey of Student Engagement (NSSE)](National Survey of Student Engagement (NSSE))*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:** [https://iu.zoom.us/j/88191218955](https://iu.zoom.us/j/88191218955)*

| Session: 10AB | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

### Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Nuventive](Nuventive)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:** [https://iu.zoom.us/j/85051977197](https://iu.zoom.us/j/85051977197)*

| Session: 10AC | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

### Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Suitable](Suitable)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:** [https://iu.zoom.us/j/87509975846](https://iu.zoom.us/j/87509975846)*

| Session: 10AD | | Monday, October 25, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

### Watermark Virtual Sponsor Booth

Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Watermark](Watermark)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:** [https://iu.zoom.us/j/81025384811](https://iu.zoom.us/j/81025384811)*

| Session: 10AE | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Weave Virtual Sponsor Booth
Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Weave](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/89312175626](https://iu.zoom.us/j/89312175626)***

| Session: 10AF | | Monday, October 25, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Xitracs, by Concord USA, Inc. Virtual Sponsor Booth
Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Xitracs, by Concord USA, Inc.](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/85728963903](https://iu.zoom.us/j/85728963903)***

# Tuesday, October 26, 2021

# KEYNOTE SESSIONS

| Session: 11A | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### Scholar Activism through Communal Bonding
In this keynote, Dr, Jerome E. Morris will discuss the concept of communal bonding as the foundation to scholar activism. Dr. Morris has advanced communal bonding in his scholarship on how communities and schools engage with each other for mutual benefit. As an extension, Dr. Morris will use communal bonding to discuss how faculty and administrators can use this concept to promote scholar activism and as a frame for university-community partnerships and collaborations. Further, Dr. Morris will offer implications for assessment and evaluation of community engagement for university faculty and administrators.
### Jerome E. Morris, The University of Missouri - St. Louis
*Presentation Type: Keynote Session - Sponsored by [Collaboratory](#)*
*Audience Level: Intermediate*
*Primary Track: Community Engagement (CE)*
***Zoom Webinar Attendee Link: [https://iu.zoom.us/j/87125051895](https://iu.zoom.us/j/87125051895)***

| Session: 11B | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### Becoming an Equity-Centered Practitioner: Recognizing, Disrupting, and Reframing

As assessment practitioners, we operate within multi-layered systems that include our department, college or university, U.S. higher education, and the broader society. Equity-centered assessment is one tool to disrupt and dismantle power and oppression rooted in such systems. Effectively engaging in equity-centered assessment starts with each one of us individually. Using a model based on recognition, disruption, and reframing, the presenters will discuss how each of us can take the first steps to engage in equity-centered assessment. Participants will have the opportunity to reflect on their own identity, positionality, power and experiences and will leave with concrete suggestions and strategies they can implement immediately as they work to become equity-centered practitioners.

**Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign; Gavin Henning, New England College; and Anne Lundquist, Anthology, Inc.**

*Presentation Type: Keynote Session - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
**Zoom Webinar Attendee Link: https://iu.zoom.us/j/86164572338**

| Session: 11C | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### Evaluating Faculty Development Programs: A 50-Year Retrospective

This keynote explores the evolution of faculty development program evaluation, especially how teaching and learning centers ("CTLs") measure their impact. It offers a chronological look at models and studies over five decades, from the pre-1970s to 2021, examining a sampling of influential work.  How have evaluation models, criteria, and practices progressed over the decades?  What do centers now need to develop and sustain robust evaluation practices?  How do center directors navigate evaluation challenges in a changing higher education landscape?  We will explore positive practices and highlight important questions for future research and practice.

**Mary Deane Sorcinelli, University of Massachusetts Amherst**

*Presentation Type: Keynote Session - Sponsored by Association of American Colleges and Universities (AAC&U)*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
**Zoom Webinar Attendee Link: https://iu.zoom.us/j/86073472082**

| Session: 11D | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### Assessing Global Learning: A Dutch Perspective

This keynote will focus on assessment of international learning at higher education institutions in the Netherlands. At these institutions, assessment is guided by the Certificate of Quality in Internationalization (CeQuInt), which was developed jointly by eleven European countries.  We will zoom in on the case of The Hague University of Applied Sciences, which has combined Global Learning with internationalization at home, to ensure that all students benefit from internationalized curricula, also those students who are enrolled in programs that are delivered in Dutch.  The Hague University of Applied Sciences has developed a professional development model that incorporates action research with lecturers to 'unpack' internationalization, 'craft' internationalized learning outcomes and determine their assessment. The current focus on Collaborative Online International Learning (COIL) has intensified the discussion on assessment of international and intercultural learning, both locally and through international collaboration.

**Jos Beelen, The Hague University of Applied Sciences in The Netherlands**

*Presentation Type: Keynote Session - Sponsored by Territorium*
*Audience Level: Intermediate*
*Primary Track: Global Learning (GL)*
**Zoom Webinar Attendee Link: https://iu.zoom.us/j/84546459256**

| Session: 11E | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **11:00 AM - 12:00 PM** | **10:00 AM - 11:00 AM** | **9:00 AM - 10:00 AM** | **8:00 AM - 9:00 AM** |

## High-Impact Practices: Long-Term Implications for Learning, Life Outcomes, and Equity

This presentation explores aspects pertaining to high impact practices necessary to close longitudinal equity gaps in higher education. It also explores the necessity of social and cultural capital for students to acquire knowledge, appropriate attitudes and perspectives, values, skills, taste, and abilities to cultivate meaningful relationships, which has become increasingly more essential in the digital age. Key components of quality signaling, network building, and sub-networks needed to gain a competitive advantage in the marketplace will also be discussed. Dr. Hal Weary is an Assistant Professor in the Department of Music at California State University, Dominguez Hills. Throughout his career in higher education, he has developed a track record of success educating, connecting, and preparing students to successfully navigate the changing landscape of the music industry in the 21st century. He has developed partnerships with prominent Los Angeles based music companies, which provide workshops, internships, and career opportunities to students.

**Hal Weary, California State University, Dominguez Hills**
*Presentation Type: Keynote Session - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
**Zoom Webinar Attendee Link: https://iu.zoom.us/j/85736619114**

| Session: 11F | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **11:00 AM - 12:00 PM** | **10:00 AM - 11:00 AM** | **9:00 AM - 10:00 AM** | **8:00 AM - 9:00 AM** |

## Reimaging STEM Education: Conceptualizing and Assessing Learning that is Integrated, Interdisciplinary, and Inclusive

The complexity of STEM learning accompanied by the limited outcomes-based assessment knowledge of STEM faculty often leads to oversimplified approaches of conceptualizing and assessing learning. With an overreliance on cognitive learning domains over affective learning domains, STEM education and learning is further stifled to achieve the outcomes needed for a future generation of engineers and scientists. A unique opportunity to build a new engineering program was afforded in 2017 at Wake Forest University that bridged a rich liberal arts education and removed the traditional disciplinary silos of engineering education. A unique engineering curriculum was built to be integrated, interdisciplinary, and inclusive, as well as being designed to map to the student outcomes required for ABET accreditation. Shared visioning, facilitated coaching, and collaborative execution has led to an innovative conceptualization of cognitive and affective learning developmentally mapped across the curriculum and a budding assessment process that engaged all the faculty. The current state of the curriculum covers learning and assessment that ranges from engineering fundamentals to character education to professional identity development. The end result being 40% female students and about 80% retention.

**Olga Pierrakos, Wake Forest University**
*Presentation Type: Keynote Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education (SE)*
**Zoom Webinar Attendee Link: https://iu.zoom.us/j/81787370922**

# 60-MINUTE CONCURENT SESSIONS

| Session: 12A | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### Civic Learning and Democratic Engagement: Results from the Longitudinal Assessment of Three Student Cohorts

Civic engagement is an important student learning outcome, but what exactly is it? In this session we distinguish between political and apolitical civic engagement and provide resources for the assessment of political civic engagement. We'll discuss the knowledge, skills, values, and actions that constitute civic learning and democratic engagement and share results from our administration of the Political Engagement Survey to three different cohorts, each measured at two different times during their college career.

**Abraham Goldberg, Dena Pastor, and Chris Patterson, James Madison University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Community Engagement (CE)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/86375380926](https://iu.zoom.us/j/86375380926)

| Session: 12B | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### Strategic, Scenario, and Post-Crisis Planning:  Choices, Challenges, and Changes

Using IUPUI as a case study, this session profiles three planning approaches undertaken by the institution:  strategic planning, in which campus-wide goals and objectives were developed to guide the campus toward its vision; scenario planning, in which various stakeholder collaborated to address COVID-19 implications; and post-crisis planning, in which pandemic-related lessons, challenges, and opportunities were examined.  This session describes the various planning processes, outlines stakeholder engagement strategies, discusses how to align planning throughout the institution, and provides recommendations on how to integrate and adapt planning to various contexts.

**Karen Lee, Margie Smith-Simmons, and Stephen P. Hundley, IUPUI**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/88408791300](https://iu.zoom.us/j/88408791300)

| Session: 12C | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### Skilling it! Assessing University of New Mexico's General Education by Essential Skill

Are you shifting to a skill-based General Education (GE) assessment process? The University of New Mexico has recently done just that! Two years ago, we moved from a content area GE model to a skill-based one. We will be sharing ideas from our newly revamped GE assessment experience. Our session will cover the logistical steps of our transition, the assessment process requirements and cycle, rubric design, involvement of key faculty and staff, data analysis and results use, as well as some exciting next steps! Join us to learn about our process and discuss how you assess GE at your institutions!

**Charla Orozco and Julie A. Sanchez, University of New Mexico**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: General Education (GE)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/89635212562](https://iu.zoom.us/j/89635212562)

| Session: 12D | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### It Takes a Village: Improving Campus Assessment Culture through Inter-office Cooperation

We describe the benefits of cooperation with other offices to improve teaching and learning. The Office of Assessment and Accreditation, Center for Teaching and Learning, Library, and Communication Across the Curriculum each support high-quality professional development opportunities for faculty. We created a Faculty Showcase and are currently designing a Foundational Concepts of Teaching and Learning Series to increase awareness of professional development opportunities and disseminate resulting improvements in teaching and learning. Those who attend this talk will learn about ways to build cooperation between different offices that support faculty development and can be used to increase the reach of each office to enhance faculty awareness about best practices in pedagogy and curriculum.

**Karen E. Singer-Freeman, Heather Bastian, Rebecca A. Croxton, Heather McCullough, Christine Robinson, and Natasha Stracener, University of North Carolina at Charlotte**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/81913535872*

| Session: 12E | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### Data Integration and Sharing of the Spartan Experience Record

A common barrier described in the creation of Co-Curricular Records (CCR) and Comprehensive Learner Records (CLR) is the many important choices to make surrounding data integration and sharing. Michigan State University's Spartan Experience Record (SER) platform was designed by campus partners to be interoperable, allowing us to share data in a consistent and purposeful way on a very large, decentralized campus. Join us to learn about our process and approach to data decisions, the creation of Application Program Interfaces (API) for the SER and reporting, and suggestions for making decisions to support your institution's goals for your CCR or CLR.

**Sarah A. Schultz and Korine Steinke Wawrzynski, Michigan State University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Competency-Based Education and Assessment (CB)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/89888810570*

| Session: 12F | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### Lessons from the "Cocoa Scholars" to Promote Admission, Retention, and Success of Black Doctoral Students

Issues of diversity and equity in undergraduate education have received considerable attention in the wake of the dual pandemic-COVID-19 and racial injustice. Additional focus is needed to address the continuous underrepresentation of Black doctoral graduates. According to the 2018 Survey of Earned Doctorates, Black graduates account for 7% of the 35,404 U.S. doctorate degree holders. Inequities in the graduate admissions criteria and lack of representation contribute to the attrition of Black doctoral students. Despite this, the Cocoa Scholars were able to redefine their doctoral experience by building academic and social capital to thrive in predominately white educational environments.

**Jhenai Chandler, Santa Fe College; Jesse Ford, University of North Carolina Greensboro; and Dawn Matthews, North Carolina Central University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Graduate/Professional Education (GR)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/89477919863*

| Session: 12G | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Lights, Camera, Action: Using Video to Engage Students Online and Improve Instructor Assessment**

This session showcases ways to successfully integrate video into synchronous, asynchronous, and hybrid course models grounded in HIP (high-impact practice). Despite the difference in course, college, and creative content, the methods yielded consistent results with regard to student feedback and instructor assessment. This session moves beyond editing or platform choices and instead focuses on practiced methods to provide students with a personalized, human learning experience in a time of remote learning. Presenters will provide tangible ways to expand on methods and pedagogies already in place, regardless of position within the University.

**Jenae Burkart, Jocelyn Evans, Andrea Nelson, and Kylie Pugh, University of West Florida**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81923857817*

| Session: 12H | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Leadership Frames and Institution-Wide HIPs Assessment: Advancing Your HIPs Goals Toward Sustainability**

Understanding student access to and engagement with HIPs requires strategic leadership and stepping outside of traditional silos. We propose the use of Bolman and Deal's Four Frames of Leadership (1991) as a foundation for institution-wide assessment efforts. Specifically, we provide ways to invoke the Structural, Human Resources, Political, and Symbolic frames using illustrations drawn from a California State University Long Beach multi-methods interdisciplinary project (HIPS@theBeach) aimed at creating sustainable practices for the ongoing delivery and assessment of inclusive HIPs experiences.

**Beth Manke and Kelly Young, California State University, Long Beach**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88678288800*

| Session: 12I | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Branching Out: Engaging Faculty Across Indiana Institutions During the Pandemic**

Reaching faculty across the state and across institutions for professional development during the pandemic became an essential focus for LEAP Indiana in 2020. Co-chairs for the LEAP Indiana Programming Committee will share how their small subcommittee assessed the need for, developed and implemented multiple statewide events, and considered effectiveness of the programming. These informal assessments led to future LEAP Indiana programming that will launch in the upcoming year.

**Molly Hare, Indiana State University; and Rachel Kartz, Ivy Tech Community College - Hamilton County**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82040573772*

| Session: 12J | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### Prepared to Be WOWed: Promoting Sense of Belonging through One of IUPUI's Signature Campus Traditions

Every year, the Division of Student Affairs staff and other campus partners collaborate to plan Weeks of Welcome (WOW), a signature campus tradition held the first two weeks of the fall and spring semesters.  During this session, the presenters will discuss how their institution offered opportunities to create sense of belonging among students in virtual, hybrid, and socially distant fall and spring semesters. They will also examine the relationship between participation in this campus tradition, sense of belonging, and student retention using a statistical analysis called propensity score matching, logistic regression models, and survey results.

**Tonya Hall, A. Sonia Ninon, and Brett Watson, IUPUI**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86813125968*

| Session: 12K | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### Championing Student Success Through Assessment Opportunities

As an online university that serves working adults, our mission is to provide the support and flexibility adults need to achieve their goals. Over the last decade, our university has developed multiple avenues to earn a degree. As part of these flexible paths, alternative assessments have provided our students the opportunity to earn credit for their prior work or life experience. In this presentation we will discuss the multiple alternative assessments at our university and how we are improving the student experience through offering these choices in a centralized location.

**Jody DeKorte, Michele Riley, and Kathy Ingram, Purdue University Global**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87016107969*

| Session: 12L | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### The Hows, Whys and Whats of Conducting Comprehensive Program Reviews

The Comprehensive Program Review is a process that ensures each degree program offered by the institution undergoes a comprehensive cyclic process of assessment of quality, potential, and sustainability for the purpose of enhancing academic quality and students' experience, and ensuring resources are used efficiently and allocated to support the mission of the institution and its strategic plan. The review is not only based on areas where there is a wealth of objective quantitative data available, which may represent a dangerous flaw in any review. Rather, both qualitative and quantitative assessment methods are used to evaluate the overall academic program effectiveness.

**Zeinab Amin, The American University in Cairo**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82045452139*

| Session: 12M | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### People + Technology = Outcomes Assessment: A Systems Approach

For years, Cuyahoga Community College struggled to implement an effective approach to institutional outcomes assessment. In 2011, a multiple-pronged approach was developed by the Office of Learning Outcomes Assessment in conjunction with faculty leadership. This initiative focused on several key strategies including faculty engagement, shared-governance collaborations, streamlined assessment technologies, and professional development for faculty, staff, and administration. This approach has led to a 50% increase in participation from faculty and garnered support for expansion of the scope of outcomes assessment.

**Holly Craider, Anne Distler, Jodi Hupp, Amanda Nolan, and Pat Stansberry, Cuyahoga Community College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Use of Technologies in Assessment (UT)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82701242248*

| Session: 12N | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Student-Focused Assessment: Leading with Learners

Imagine, if you will, that students and their learning were the center of assessment efforts. How might assessment processes and practices look different? And why would it matter? In this session, learn about the literature on student involvement and partnership in assessment when students become the focus of assessment. Together we will explore the what, the why, and the how of student-focused assessment. Through sharing examples and resources from before and during COVID-19, this presentation repositions assessment where students are not simply the vessels from which learning data are extracted, but active partners in the process of learning and assessment.

**Natasha Jankowski, New England College; and Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87977910375*

| Session: 12O | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Pre-Norming: A Multi-Step Approach to Increasing Assessment Validity through Faculty Engagement

Effective rubric norming sessions guide participants to reach a consensus on applying rubric language to increase the validity of assessment data. Norming sessions are challenging if participants do not have a common understanding of the rubric language. Palo Alto College implemented "pre-norming sessions" months prior to the norming session to provide faculty and staff time for deep conversations about the institutional rubrics. Participants shared "key assignments" and discussed rubric implications both in disciplines and with the larger group. This session introduces attendees to our College's pre-norming process and provides evidence of its effectiveness.

**Melissa Elston, John LaPete, and Amanda Harrison, Palo Alto College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86281274167*

| Session: 12P | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### The Power of Research Partnerships: Leveraging Faculty Expertise in Support of Academic Programs and Student Supports

This session highlights an innovative Faculty Fellows program at the University of Cincinnati (UC). Selected through a competitive application process, faculty from the UC School of Education will partner with practitioners from two offices—the Learning Commons and the Center for the Enhancement of Teaching and Learning (CET&L)—to improve student success programming and examine patterns of attrition and student success within 29 general education courses. The session will not only share preliminary findings, but also highlight best practices for meaningful research-practice partnerships focused on university success and assessment.

**Amy Farley, Christopher Swoboda, Megan Bucks, Bryan Smith, University of Cincinnati**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/86733364968*

| Session: 12Q | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### Reengineering Technology: Innovative Way of Building a Diversified Rubric from Word Clouds and Concept Mapping

Concept mapping is very well known in higher education where students use such in critical thinking, problem solving, and deeper understanding of theories. Its visual representation helps to reach all different types of learners. Evidently, concept mapping may have limited use besides classroom assignments. When an exclusive use of a standardized rubric is not an option, merging innovative tools can become handy. Word Art Clouds, a technology tool (app) is used to generate key terms among saturation. This presentation will focus on how a diversified assessment rubric was built from concept mapping and word clouds for assessing students' learning.

**Miriam Ansong, Access Health Institute Academy International**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Use of Technologies in Assessment (UT)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/83525429243*

| Session: 12R | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

### Explore Options to Develop Your Assessment Skills: Workshop, Certificate, or PhD?

If you are interested in learning more about assessment then consider one of JMU's professional development opportunities. For those just beginning we offer a national award-winning Assessment 101, a weeklong workshop focused on foundational knowledge and skills. For those who may have assessment as a component of their jobs, the certificate program offers four courses to help you be more effective. If you would like to be a leader in assessment practice, then consider our PhD program in Assessment and Measurement. The sessions two facilitators have decades of experience working in higher education assessment and are also graduates of JMU's PhD program.

**Keston H. Fulcher and Robin Anderson, James Madison University**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Beginners*
*Primary Track: Assessment Methods/Faculty Development (AM/FD)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/82848388505*

| Session: 12S | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### How To Build A Data-Driven, Competency-Based, Co-Curricular Experience That Students Love

The University of Pittsburgh developed the Outside the Classroom Curriculum (OCC) which is a campus-wide hub of experiences, programs, and events at Pitt that helps students to make the most of their collegiate experience. Pitt partnered with Suitable to transform their student experience, engage more students (in-person and virtually), and leverage Suitable data to elevate outcomes. We invite you to hear our story of the OCC; from where it started, to what is today, and Amy's vision for the initiative into the future.

**Amy Vaught, University of Pittsburgh; and Mark Visco, Jr., Suitable**

*Presentation Type: 60-Minute Sponsor Session - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Competency-Based Education & Assessment / Student Affairs and Co-Curricular Programs and Services (CB/SA)*
**Zoom Webinar Attendee Link: https://iu.zoom.us/j/84756308515**

| Session: 12T | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### AEFIS Virtual Sponsor Booth

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448**

| Session: 12U | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025**

| Session: 12V | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852**

| Session: 12W | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Collaboratory Virtual Sponsor Booth**
Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** *https://iu.zoom.us/j/81451930665*

| Session: 12X | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Crowdmark Virtual Sponsor Booth**
Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** *https://iu.zoom.us/j/84778016419*

| Session: 12Y | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**eLumen Virtual Sponsor Booth**
Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** *https://iu.zoom.us/j/84050295727*

| Session: 12Z | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**National Survey of Student Engagement (NSSE) Virtual Sponsor Booth**
Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** *https://iu.zoom.us/j/88191218955*

| Session: 12AA | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Nuventive Virtual Sponsor Booth**
Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** *https://iu.zoom.us/j/85051977197*

| Session: 12AB | | Tuesday, October 26, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Student Opportunity Center Virtual Sponsor Booth**
Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:* https://iu.zoom.us/j/88030075203**

| Session: 12AC | | Tuesday, October 26, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Suitable Virtual Sponsor Booth**
Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:* https://iu.zoom.us/j/87509975846**

| Session: 12AD | | Tuesday, October 26, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Watermark Virtual Sponsor Booth**
Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:* https://iu.zoom.us/j/81025384811**

| Session: 12AE | | Tuesday, October 26, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Weave Virtual Sponsor Booth**
Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:* https://iu.zoom.us/j/89312175626**

| Session: 12AF | | Tuesday, October 26, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

**Xitracs, by Concord USA, Inc. Virtual Sponsor Booth**
Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:* https://iu.zoom.us/j/85728963903**

| Session: 13A | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Assessing Experiences of Public Safety as a Catalyst for Community Engagement

Presenters from the Gephardt Institute for Civic and Community Engagement will share their experiences of assessing public safety at Washington University in St. Louis, engaging participants with the potential of university-wide assessment to serve as a means of catalyzing community engagement and institutional change.

**C. Taylor Brown, Jillian Martin, Aaron Pevitz, and Rose Shapiro, Gephardt Institute for Civic and Community Engagement at Washington University in St. Louis**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Community Engagement (CE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86741284429*

| Session: 13B | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Beyond Satisfaction: Designing Deeper Measures for Inclusive Teaching Programs

This webinar presents examples from three institutions where practitioners designed evaluation tools for measuring the impacts of diversity, equity, and inclusion programs focused on inclusive teaching or instructor professional development. Beyond examining participation and satisfaction, each project aims to measure less tangible traits that show meaningful changes in knowledge, attitudes, or behaviors. We share our methodological strategies for designing effective evaluation and assessment tools, including our perceived successes and challenges, and provide interactive opportunities. Participants will practice using a logic model framework and mapping outcomes to survey questions, and we will share tools for applying these concepts to other projects.

**Amy Cardace and Melina Ivanchikova, Cornell University; Melissa Ko, Stanford University; Rebekah LeMahieu and Jennifer Todd, Colorado State University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/89297571927*

| Session: 13C | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Assessment Integration: It's Delightful, It's Delicious, It's De-Silo'd

Assessment professionals recognize that assessment connects diverse areas like teaching and learning, strategic planning, institutional research, and diversity, equity, and inclusion. Building these connections institutionally can be a challenge given the siloed nature of higher education. This presentation will elucidate the strategies Glendale Community College, AZ uses to de-silo assessment. We will demonstrate how we used this de-siloing approach to support our institution's DEI initiative. Regardless of your institutional structure or assessment integration needs, our goal by the end of the session is for you to have identified a way to adapt our core methodology for implementation at your institution.

**Julie Morrison, Cheryl Colan, and L. Alexander Patrick, Glendale Community College, AZ**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82218887901*

| Session: 13D | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Advancing Student Feedback Form Questions to Improve Instruction by Linking Questions to Effective Teaching Practices

For more than 20 years, Waubonsee Community College had full-time faculty use the same question bank for Student Feedback Form creation. It was time for a change. Waubonsee charged ahead in an effort to improve the quality of questions, focus on actionable feedback, increase specific student feedback, increase accessibility, deliver student feedback to faculty faster, identify professional development opportunities, and most importantly, link feedback to effective teaching practices. How did this all occur? Was it all successful? Can it be done on a campus near you? Find out all this and more.

**Justin Hoshaw, Waubonsee Community College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginners*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87302610069*

| Session: 13E | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Global Learning Assessment Roundtable

This semi-structured session will provide attendees and presenters with an opportunity to share strategies, discuss challenges, and receive feedback on ideas related to the assessment of global learning. It is open to faculty, staff, administrators and students of any level of experience with global learning and/or assessment.

**Leslie Bozeman and Hilary Kahn, IUPUI; Darla Deardorff, Association of International Education Administrators (AIEA); and Dawn Whitehead, Association of American Colleges and Universities (AAC&U)**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84412779799*

| Session: 13F | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Early Assessment of Competency-Based Preceptor Evaluations of Students on Clinical Rotations

Reliability in evaluation of students in clinical settings has always been difficult due to the nature of clinical rotations. A student has dozens of individuals evaluating them in different settings and times throughout their clinical year. Our department recently changed to a competency-based evaluation as opposed to relative measures such as Strongly Agree. We will discuss development of this evaluation and use of Fleiss' Kappa and other strategies to assess inter-rater reliability. Early assessment shows that our competency-based evaluation provides fair to moderate reliability. We will also be discussing methods to increase reliability and benchmarking of intervention thresholds.

**Raymond V. Contreras and Rebecca Rebman, IUPUI**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83747296329*

| Session: 13G | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### The Pandemic's Influence on Long-term Improvements to Presenting Undergraduate Research

The Office of Undergraduate Research (OUR) at Purdue University facilitates multiple institutional conferences for undergraduate students to present the research they conduct with campus mentors to the larger community. Pre-pandemic restrictions, these conferences focused on traditional in-person dissemination methods, but Covid-19 restrictions prevented conferences from continuing as historically constructed. The OUR updated conference models support students' successful presentations of their research and enables a larger audience to participate. Presenters will detail their successful pre-Covid-19, Covid-19-restricted, and post-Covid-19 (projected) models for facilitating undergraduate researcher presentations. These strategies may be transferable to other high-impact practices that use public dissemination of students' activities.

**Amy Childress, JJ Sadler, and Craig Zywicki, Purdue University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83820022113*

| Session: 13H | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Virginia Commonwealth University's Experiential Learning Data Dashboard: A Key Tool for Forwarding Equity-Based Institutional Change

At Virginia Commonwealth University (VCU) the creation of an experiential learning data dashboard has been a driver behind implementing and framing an undergraduate graduation requirement as an equity initiative. This presentation will focus on the impact institutional data collection and visualization can play in change initiatives. Leaders at Virginia Commonwealth University will share lessons learned from the development and ongoing maintenance of a REAL data dashboard, a first-of-its-kind collection of student enrollment and participation data in courses incorporating high-impact practices. Participants will consider whether and how similar data resources could promote the adoption of initiatives at their home institutions.

**Christopher Rillstone and Erin L. Webster Garrett, Virginia Commonwealth University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/85210780136*

| Session: 13I | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

## Preliminary Impressions from Delivering on the Promise of High-Impact Practices

This session will focus on a forthcoming book from Stylus Publishing that compiles leading scholarship, methodologies, and evidence-based practices within the field of high-impact practices. The purpose of the volume is to elevate the HIPs within the scholarly literature, and to encourage faculty, staff, and administrations to employ methodologies and data to examine the equity and efficacy of HIPs as well as their influence on student success and learning. In this session, preliminary impressions from the work will be shared related to equity and access for traditionally underserved students, fidelity of implementation, tracking and assessment of experiences, and building capacity while maintaining rigor in these high quality experiences.

**Jerry Daday, IUPUI; Jillian Kinzie, Indiana University—Bloomington; Ken O'Donnell, California State University Dominguez Hills; Carleen Vande Zande, University of Wisconsin System Office; and John Zilvinskis, Binghamton University, State University of New York**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/88645462795*

| Session: 13J | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

## Backward Designing Student Affairs Assessment: Putting the University First When Telling Our Story

All too often, Student Divisions view assessment results as a defense against budget reductions and external critique. This presentation will offer a developmental process to integrate assessment practice into divisions by inspiring continual improvement, reducing administrative anxiety related to self-examination, and translating work into languages understood by key stakeholders. This multi-year, multipronged strategy is helpful for leaders and influencers. Participants will learn about the reorientation of a large student affairs division at a public institution to include key stakeholders. The session will emphasize how assessment may be used as a tool to "knit together" a large and diverse organization.

**Cindy Cogswell, Ohio University; and Jason Pina, New York University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/85486253039*

| Session: 13K | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

## Improving Learning Outcomes through Better Assignments:  AAC&U's VALUE ADD (Assignment Design and Development) Tool

What faculty ask students to do in assignments strongly affects how well they do it. Indeed, assignments are not only key as an assessment of learning, but they are also integral as an act of pedagogy, a teaching strategy that can be both improved and mastered. With both learning and assessment in mind, this session will highlight a new tool from AAC&U called the "VALUE ADD (Assignment Design and Development) Tool for Critical Thinking". This tool is intended to help faculty develop and/or revise an assignment designed to produce student work that develops and accurately demonstrates students' critical thinking abilities.

**C. Edward Watson, Association of American Colleges and Universities (AAC&U)**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/83965251539*

| Session: 13L | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Measuring Learning Improvement of Information Literacy within a Discipline through Mixed Method Assessment

While information literacy belongs to everyone, scattered throughout a curriculum, teaching faculty only have control of their individual courses. Librarians often partner with faculty to develop information literacy programs for specific disciplines, scaffolding skills throughout the curriculum. Using a case study of how an information literacy program was developed and assessed for an undergraduate business program as a guide, this presentation will engage participants, regardless of discipline, providing advice and strategies on forming partnerships between teaching faculty and librarians, forming an assessable information literacy program within any discipline, and developing a program of assessment that can be scaffolded within the curriculum.

**Katharine V. Macy, IUPUI**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82286340011*

| Session: 13M | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## The Road Less Traveled: Encouraging Diversity and Inclusion in STEM Fields and Other Special Topics by Leveraging Lived Experience

Higher education institutions must address systemic racism, social and economic inequity, and the underrepresentation of specific populations in power positions. One factor that postsecondary education must address is the low percentage of underrepresented students who pursue STEM careers. General education courses, including composition, have both the opportunity and obligation to encourage all students to consider STEM careers but encounter roadblocks, including curriculum and assessment limitations, faculty comfort, and student reluctance. This session explores how leveraging personal experiences in teaching and learning can overcome these obstacles while promoting equity and preparing students for an increasingly diverse world.

**Barbara Green, Teresa Marie Kelly, Stephanie Thompson, and Josef Vice, Purdue University Global**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education (SE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86018581077*

| Session: 13N | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### The Value of Student Partnership in Developing Program-Level Outcomes and an Assessment Plan for Marquette's University Honors Program

Substantive student participation is increasingly understood to be important to assessment work. This session will detail our student-faculty partnership work to develop new program-level outcomes and a detailed, portfolio-based assessment plan. We will also share how we engaged in the work of backward design, using the assessment plan to identify current strengths, gaps, and challenges. Attendees of this presentation will leave the session understanding the value and contribution of student partnership to all stages of assessment development. Participants will also understand the benefits of participation for students, including leadership development and an increased sense of efficacy in their learning.

**Kate Gustafson, Andrew Hirsh, Biluge Ntabala, Ashley Sanchez, and Amelia A. Zurcher, Marquette University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
*Zoom Webinar Attendee Link:* ***https://iu.zoom.us/j/86535801354***

| Session: 13O | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Running an Assessment MOOC: Reflection After 5 Years & 8,000+ Students

Knowing higher education professionals - especially in student affairs - lack training and experience in assessment, the Student Affairs Assessment Leaders created a free, massive open online course (MOOC) as a structured development opportunity for all interested parties. This session will describe the history and design of the course, as well as outcome and operational data signaling success over five years. After sharing tips to leverage the course for individual and group professional development, attendees will engage in activities to plan to use the information shared to enhance assessment capacity at their institution. Time will also be allotted for questions and answers.

**Emily Langdon, University of California Merced; Joseph D. Levy, National Louis University; and Vince Nix, Lamar University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link:* ***https://iu.zoom.us/j/83406134185***

| Session: 13P | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Putting Learning in Learning Analytics: An Alternative Approach

What if analytic models included evidence of learning? And what if that learning came from both academic and student affairs? How might administrative decision-makers approach determining models for supporting student learning differently? Join this panel discussion that builds upon the work of a Comprehensive Learner Record with embedded evidence of student learning to explore the concept of Achievement Analytics - an approach to analytics that begins with actual achievements of student learning. Panelists will discuss the future of analytics as well as implications for equitable models of learning support.

**Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign; Natasha Jankowski; New England College; Amelia Parnell, National Association of Student Personnel Administrators (NASPA); and Andrew B. Wolf, University of Rochester**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: NILOA (NI)*
*Zoom Webinar Attendee Link:* ***https://iu.zoom.us/j/88273815174***

| Session: 13Q | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Value and Usability of Implementation Fidelity

Implementation fidelity, appearing frequently in assessment literature* has the potential for positively impacting assessment practices and for providing possible evidence for documenting the effectiveness of teaching practices in new or revised programs with common strategies. In fact, the process allows programs or institutions to ascertain the degree to which a carefully constructed intervention or program is being implemented as planned and the intervention is producing the desired results (e.g. student learning). However, the processes published may appear overwhelming. After explaining the ideal implementation fidelity process, presenters will "discuss" with attendees, possible modifications of fidelity to enable its usability, while preserving its credibility.

**Teresa Flateby, Higher Education and Assessment Consultant**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Emerging Trends in Assessment (ET)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88241435110*

| Session: 13R | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## How We Built This—Accessibility and Assessment: Supporting Students in the New Normal

How We Built This? Series provides a forum for assessment leaders to share their sustainable assessment processes within AEFIS, in a spin-off active dialogue inspired by NPR's "How I Built This" podcast series. In this episode, leaders in student accessibility will provide context that will help you answer key questions about what your students need, how you can provide resources to support what students need, and ignite thought leadership about how assessment can be an on-ramp to individualized learning.

**Suzanne Carbonaro, AEFIS; Tracy Kaiser-Goebel, Montgomery County Community College; and Colin E. Suchland, Lincoln Land Community College**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods / Student Partnership and Engagement in Assessment (AM/ST)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86833352055*

| Session: 13S | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Making Assessment Accessible and Sustainable

A core challenge assessment professionals face is a lack of sustained commitment from our colleagues. One way to increase faculty and staff commitment to assessment is by making the process easier for them. This presentation will show how one institution uses the Nuventive Improvement Platform to streamline the program review and learning outcome assessment processes, making it easier for faculty and staff to understand and engage in assessment.

**Scott Mannas and Allison E. Tifft, Tulsa Community College; and Denise Raney, Nuventive**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88402672181*

| Session: 13T | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

### AEFIS Virtual Sponsor Booth

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448**

| Session: 13U | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

### Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025**

| Session: 13V | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

### Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852**

| Session: 13W | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

### Collaboratory Virtual Sponsor Booth

Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81451930665**

| Session: 13X | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

### Crowdmark Virtual Sponsor Booth

Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84778016419**

| Session: 13Y | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### eLumen Virtual Sponsor Booth

Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84050295727*

| Session: 13Z | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### ExamSoft Virtual Sponsor Booth

Meet virtually with an ExamSoft representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by ExamSoft*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81509113126*

| Session: 13AA | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88191218955*

| Session: 13AB | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197*

| Session: 13AC | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Student Opportunity Center Virtual Sponsor Booth

Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88030075203*

| Session: 13AD | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846***

| Session: 13AE | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Watermark Virtual Sponsor Booth

Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811***

| Session: 13AF | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Weave Virtual Sponsor Booth

Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89312175626***

| Session: 13AG | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Xitracs, by Concord USA, Inc. Virtual Sponsor Booth

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85728963903***

| Break Session | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 2:30 PM – 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM – 1:00 PM | 11:30 AM – 12:00 PM |

### BREAK SESSION

# VIRTUAL SPONSOR BOOTHS DURING BREAK

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## AEFIS Virtual Sponsor Booth

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/83400527448

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/86749788025

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/83232259852

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## Collaboratory Virtual Sponsor Booth

Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/81451930665

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**Crowdmark Virtual Sponsor Booth**
Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/84778016419

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**eLumen Virtual Sponsor Booth**
Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/84050295727

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**ExamSoft Virtual Sponsor Booth**
Meet virtually with an ExamSoft representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by ExamSoft*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/81509113126

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**National Survey of Student Engagement (NSSE) Virtual Sponsor Booth**
Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/88191218955

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**Nuventive Virtual Sponsor Booth**
Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/85051977197

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**Student Opportunity Center Virtual Sponsor Booth**
Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88030075203***

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**Suitable Virtual Sponsor Booth**
Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846***

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**Territorium Virtual Sponsor Booth**
Meet virtually with a Territorium representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Territorium*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83354893505***

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**Watermark Virtual Sponsor Booth**
Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811***

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**Weave Virtual Sponsor Booth**
Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89312175626***

| Virtual Sponsor Booth | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

## Xitracs, by Concord USA, Inc. Virtual Sponsor Booth

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85728963903***

---

| Session: 14A | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Building Better Feedback: A Qualitative Approach to Meta-Assessment of Program Learning Outcomes

Helping faculty develop a meaningful and aligned system of program learning outcomes, curricula, and assessments that produce reliable and valid information is essential for successful closing of the loop. However, promoting a culture of engaging in meaningful assessment that produces action can be challenging. This session highlights the importance of providing detailed yet accessible and constructive feedback to faculty on assessment materials and describes the approach adopted at the University of Kentucky. A mixed-methods process of inquiry that was used to evaluate our practices in providing feedback, including our findings and lessons learned, will be shared.

**Mike Rudolph, John Eric M. Novosel-Lingat, Yan Wang, and Kaitlyn Mathews, University of Kentucky**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/82426879741***

| Session: 14B | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Writing Learning Outcomes for Social Justice Education

Having well written learning outcomes are critical for designing and assessing your curricular and co-curricular social justice education experiences. This session will prepare participants to write measurable learning outcomes for social justice education experiences using Tharp's (2020) Matrix of Cultural Consciousness to help identify learning priorities and Peggy Maki's best practices for writing learning outcomes. The session will conclude with an interactive activity to review learning outcome examples. This session is especially useful for individuals expected to design and assess social justice education experiences on their campus.

**D. Scott Tharp, DePaul University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/89764473802***

| Session: 14C | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Asset-Minded Overview of Student Diversity

The college student population is becoming more diverse and it is incumbent upon assessment professionals to engage in practices that reflect the variety of needs of this diverse group of learners. An asset-minded perspective enables faculty and staff to understand student achievement by asking better questions and engaging more effectively in work that promotes equity and inclusion. Participants in this session will be able to define asset-minded perspective, apply techniques to shift inquiry from a deficit mindset to an asset mindset, and identify opportunities to apply an asset-minded approach in their learning environment.

**Katie Busby and Norris Edney, III, The University of Mississippi; and JuWan Robinson, Auburn University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81489018384*

| Session: 14D | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Navigating Assessment of Effectiveness of Teaching: Two Context-Specific Approaches

As the validity of student course evaluations has been called into question, more universities seek to improve the quality of other strategies for assessing effectiveness of faculty teaching. In this session, participants will hear about processes from two North American universities for engaging faculty in discussions about peer review of teaching and teaching effectiveness. While both institutions aim to support faculty as they develop, refine, and improve performance assessment processes to make them more meaningful, differing contexts require different solutions. In this session, participants will be encouraged to consider their own contexts to create customized faculty assessment approaches for their own institutions.

**Carolyn M. Ives, Thompson Rivers University; and Erin Whitteck, University of Missouri - St. Louis**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83039882419*

| Session: 14E | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Assessment in Development: Teaching in Global Classrooms in Nursing Education

Developing global competencies in nursing students can occur in short-term study abroad experiences. While highly impactful, this strategy alone unintentionally limits opportunities with participation barriers such as compressed 12-month curriculums, SES, work and family obligations, and recent COVID-19 challenges. We created innovative strategies for "virtual global classrooms" to expand scope and augment learning for developing cultural competence, promoting international collaborations and "whetting the appetites" of students for future global experiences. We will discuss how we moved from initial qualitative to planned quantitative data assessments to determine the impact of virtual global classrooms on outcomes in an undergraduate nursing clinical course.

**Jeanie Bochenek, Tara King, and Dianne Morrison-Beedy, The Ohio State University College of Nursing**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/85123707885*

| Session: 14F | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Implementation of an Independence Scale for Daily Clinical Assessment and Entrustment Decisions at Two US Dental Schools

Dental education presents unique assessment challenges when attempting to measure the outcome of students' daily clinical activity. Inspired by an emerging trend in graduate medical education focused on entrustable professional activities, an Independence Scale for daily formative assessment was adapted and implemented at two US dental schools. The Independence Scale measures how much guidance a student received from their instructor during each dental procedure. These assessments are captured directly in the Electronic Health Record management system at the end of each patient encounter and can be used to make better entrustment decisions related to dental students' clinical competence.

**Nicole Kimmes and Courtney Schapira, University of New England College of Dental Medicine; and Timothy Treat, Indiana University School of Dentistry**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/84258929680

| Session: 14G | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Social and Racial Justice as HIPs in the Community College

Pikes Peak Community College is experiencing a culture shift through High Impact Practices, to include social and racial justice initiatives and equity results for students. Explore the social and racial justice landscape of the community college. Participate in designing assignments or program frameworks that promote social and racial justice in the community college, or in similar contexts.

**Robin Schofield and Gina Swanson, Pikes Peak Community College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/84550093728

| Session: 14H | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Building a HIPS-Based General Education Program through Backward Design

Fusing HIPs into General Education (GE) goes beyond best practices in the classroom and must include institutional commitment at multiple hierarchical levels to provide meaningful learning experiences across the curriculum. This presentation will focus on the efforts at California State University, San Bernardino to transform GE leading with a student outcome centered approach. We will explore building HIPs such as diversity and inclusion, first year seminars, written communication, and collaboration with a specific exploration of global perspectives as a GE HIP.

**Janelle Gilbert and Kevin Grisham, California State University, San Bernardino**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link:* https://iu.zoom.us/j/84311720583

| Session: 14I | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Equitable Impacts on College Students' Success through Combinations of HIPs with Skills Enhancement: Multi-Year Results from Quasi-Experimental Evaluations of a Campus-Wide QEP**

Attendees will learn how a four-year university: (1) is integrating HIPs with marketable skills assessments into curricula of 57 departments through its QEP and (2) used causal-inference designs to identify impacts on student success among large and diverse Fall17 to SP19 students and multiple at-risk student groups. The most common HIPs and skills assessments used by faculty and staff will be presented, followed by presenting multi-year results—from matched group-comparison designs—demonstrating short- and long-term impacts on retention, cumulative GPA, and graduation. Two break-out groups will focus on attendees' use of and application (or potential use/application) of HIPs/marketable skills.

**Gina Branton and Scott Peecksen, University of North Texas**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/86052035114*

| Session: 14J | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**The Impact of Living- Learning Communities on Student Outcomes: A Mixed Methods Approach**

In collaboration with campus partners, Housing and Residence Life hosts 13 residential-based learning communities (RBLCs). Funded by a Program Review and Assessment grant, three Division of Student Affairs staff examined the impact of RBLCs on student outcomes using a statistical analysis called propensity score matching, an external survey tool, interviews with staff, and a series of focus groups with students. We utilized a research-based best practice model to identify 1) what outcomes are most impactful, 2) what aspects of RBLC processes are influencing these outcomes, and 3) how to use this information to improve the RBLC experience at IUPUI.

**Emily E. Braught, Sydney Lease, and A. Sonia Ninon, IUPUI**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/87443414038*

| Session: 14K | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Improvements in Learning through an Institutional Effectiveness and Center for Teaching and Learning Collaboration**

In this session, hear how a Community College established a collaborative partnership between Institutional Effectiveness and the Center for Teaching and Learning. This partnership ensures a continuous improvement model of learning outcomes assessment. This is accomplished by the development of professional learning cohorts for the faculty and the use of assessment data to inform learning experiences of the students. Furthermore, the work of the Center for Teaching and Learning with the faculty is integrated into the Institutional Effectiveness assessment cycle.

**Tina Babb and Lori Petty, Amarillo College**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/81256738640*

| Session: 14L | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Six Questions to Guide Your Learning Improvement Process

Why is learning improvement so rare, given that "using results for improvement" is a foundational purpose of assessment? This mystery has vexed the assessment community for decades. In this session, the authors contend that learning improvement at scale is possible. By asking six questions, we can illuminate often hidden links among assessment, changes to the learning environment, and leadership that make such improvement possible.

**Keston H. Fulcher and Caroline Prendergast, James Madison University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/87373406825*

| Session: 14M | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Creating a Tool to Measure Student Learning of Food-Energy-Water Concepts

Concept inventories are validated assessments designed to evaluate student understanding of concepts and learning. No valid and reliable concept inventory currently exists for interdisciplinary environmental programs. The overall objective of this research is to develop and test a Next Generation Concept Inventory (NGCI) assessment tool that includes interdisciplinary, systems-level concepts related to the Food-Energy-Water (FEW) Nexus using short answer written response items. This presentation introduces the need for an interdisciplinary concept inventory, describes the initial steps in concept inventory development, and presents preliminary data from a content analysis of environmental course materials and semi-structured student interviews.

**Steve Anderson, Lydia R. Horne, Amanda Manzanares, and Chelsie Romulo, University of Northern Colorado; and Shirley Vincent, Vincent Evaluation Consulting**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: STEM Education (SE)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/85812547804*

| Session: 14N | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Partnerships in a Pandemic: Equity and Trust as a Foundation for Learning and Assessment

Our session aims to engage participants in conversations about how student-faculty pedagogical (and also assessment) partnerships functioned during the first year of the pandemic. Our preliminary research suggests that the pandemic, unexpectedly, contributed to a growing sense of trust and mattering in partnerships, particularly among students of color. We will explore examples from our research and draw on session participant experiences to consider how lessons from pandemic partnerships can contribute to more equitable learning and assessment into the future.

**Sophia Abbot, George Mason University; Peter Felten, Elon University; and Susannah McGowan, Georgetown University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/89157379753*

| Session: 14O | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Succession Planning and Organizational Development through Assessment: Practical Strategies to Develop a Leadership Pipeline

Professional development for both staff and faculty members is a critical component of creating a strong pipeline for a sustainable organization and enduring excellence. This session will combine work in employee training, organizational development, inclusive diversity strategies, and institutional effectiveness (assessment) to provide attendees with practical tools they can implement immediately as they work to lead their departments, develop their employees, and establish a culture of growth.  Attendees will work through case scenarios, participate in a self-evaluation of their skills as leaders in growing talent, and take away actionable elements to strengthen their leadership pipeline, applicable even in virtual arenas and settings.

**David Fuentes, University of Portland**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: Leadership for Assessment (LA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88378367981*

| Session: 14P | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Compounding Error: What is Missing and Ill-Defined in Assessment Scholarship and the Path Forward

At last year's Assessment Institute, we examined the disconnect between assessment practice-based literature and the scholarly conversations unfolding on assessment within academic journals, by way of a content analysis of assessment specific scholarly articles. In this session presenters will unpack the disconnect between assessment practice and scholarly writing, followed by a review of suggested gaps in the literature. Attendees will explore different writing outlets and hopefully connect with others interested in writing projects in the field of assessment.

**Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign; Cindy Cogswell, Ohio University; Marjorie Dorimé-Williams, University of Missouri - Columbia; and Pamelyn Shefman, Alvin Community College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: NILOA (NI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87589934449*

| Session: 14Q | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Increasing Chairs' Engagement in Programmatic Assessment through the Institutional Effectiveness Mid-Year Retreat

The development of a culture of assessment is key to the successful collection, documentation, and use of assessment data to improve student learning and program quality. While activities generated by offices of institutional effectiveness in the development of this culture are crucial, they remain non-consequential if there is no concerted grassroots effort from program and department leaders. This workshop examines the role of the IE Mid-year Assessment Retreat in empowering department chairs to oversee programmatic assessment by warranting a sustained effort in the collection, analysis, and documentation of programmatic assessment data, at Oakwood University.

**Zachary Y. Mngo and Tanisha Lewis, Oakwood University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82574927233*

| Session: 14R | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Re-Imagining Benchmarking as Stewards of Place: Identifying Peers in the Context of Communities

What constitutes a "peer" for institutions that consider themselves to be Stewards of Place and who want to understand their impacts within the context of their community partnerships? This session will introduce the idea of Placemarking, which enhances traditional benchmarking methodologies and metrics to also include the community context in which institutions reside (socioeconomic and demographic indicators) as well as how institutions work in partnership with their communities (e.g., its people, organizations, issues, and assets). Placemarking allows institutions to better align their identity and image, advocate on behalf of both institutional and community priorities, and foster collaborative planning.

**Kristin Medlin, Collaboratory; Kristin Norris, IUPUI; Emily Janke, UNC Greensboro**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use/Community Engagement (ID/CE)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/84344270528*

| Session: 14S | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Picking the Provost's Pocket: Navigating Politics and Finance to Secure New Assessment Technology

Howard University's Institutional Research & Assessment team invented their assessment processes from the ground up before starting the search for the right technology. What did it take to navigate the political and financial realities to secure the best solution for their needs? Though this session is sponsored by Watermark, Howard's story shows how any team can navigate their own internal systems to bring assessment technology on board. Attendees will learn how to get budget for your technology project; the secrets for cultivating a faculty "fan base" for new processes and tools; and the tips to keep faculty engaged, happy, and open to new technology.

**Glenn Phillips, Howard University**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/81380949548*

| Session: 14T | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### AEFIS Virtual Sponsor Booth

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** *https://iu.zoom.us/j/83400527448*

| Session: 14U | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** *https://iu.zoom.us/j/86749788025*

| Session: 14V | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Association of American Colleges and Universities (AAC&U) Virtual Sponsor Booth**

Meet virtually with an Association of American Colleges and Universities (AAC&U) representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Association of American Colleges and Universities (AAC&U)*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/89364698864**

| Session: 14W | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth**

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/83232259852**

| Session: 14X | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Collaboratory Virtual Sponsor Booth**

Meet virtually with a Collaboratory representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/81451930665**

| Session: 14Y | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Crowdmark Virtual Sponsor Booth**

Meet virtually with a Crowdmark representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/84778016419**

| Session: 14Z | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### eLumen Virtual Sponsor Booth

Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84050295727**

| Session: 14AA | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88191218955**

| Session: 14AB | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197**

| Session: 14AC | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Student Opportunity Center Virtual Sponsor Booth

Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88030075203**

| Session: 14AD | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846**

| Session: 14AE | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **3:00 PM - 4:00 PM** | **2:00 PM - 3:00 PM** | **1:00 PM - 2:00 PM** | **12:00 PM - 1:00 PM** |

**Territorium Virtual Sponsor Booth**
Meet virtually with a Territorium representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Territorium*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83354893505***

| Session: 14AF | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **3:00 PM - 4:00 PM** | **2:00 PM - 3:00 PM** | **1:00 PM - 2:00 PM** | **12:00 PM - 1:00 PM** |

**Watermark Virtual Sponsor Booth**
Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811***

| Session: 14AG | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **3:00 PM - 4:00 PM** | **2:00 PM - 3:00 PM** | **1:00 PM - 2:00 PM** | **12:00 PM - 1:00 PM** |

**Weave Virtual Sponsor Booth**
Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89312175626***

| Session: 14AH | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **3:00 PM - 4:00 PM** | **2:00 PM - 3:00 PM** | **1:00 PM - 2:00 PM** | **12:00 PM - 1:00 PM** |

**Xitracs, by Concord USA, Inc. Virtual Sponsor Booth**
Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85728963903***

| Session: 15A | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Environmental Attitudes and the Service-Learning Classroom: A Case Study from the University of Southern Mississippi

Can academic service-learning pedagogies deployed in environmentally focused courses across the curriculum substantially improve students' pre-existing environmental attitudes? This research question assumes particular importance in the Gulf South region of the United States, where widely perceived anti-environmental attitudes coexist alongside a recent history of spectacular socio-environmental disasters—from Hurricanes Katrina and Harvey (2005, 2017) to the B.P. Oil and New Orleans Nurdle Spills (2010, 2020). Drawing on data collected through an ongoing study at the University of Southern Mississippi, this presentation highlights the potential for academic service-learning courses to improve undergraduates' pre-existing environmental attitudes in statistically significant ways.

**Christopher D. Foley, Rachel Gisewhite, and Alen Hajnal, University of Southern Mississippi**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Community Engagement (CE)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/87857849416*

| Session: 15B | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## The Equity Scorecard Project: Examining Student Persistence

The Diversity and Inclusion Action Committee within the College of Social and Behavioral Sciences launched the Equity Scorecard project in the Summer of 2020 as a means to examine student persistence. The Equity Scorecard project is designed to identify students who are persisting above and below the college persistence goal in order to better inform the future. Participants will gain insight on the process used, the collaborative analysis from the Diversity and Inclusion Action Committee, and the next steps to examine equitable access and student persistence over time.

**Elliot Cook, Misty LaCour, and Julia Nyberg, Purdue University Global**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/82675218283*

| Session: 15C | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Assessing Structures for Serving and Indicators of Servingness: Equity-Minded Assessment at a Hispanic Serving Institution (HSI)

Garcia et al. (2019) outline structures for serving and three types of related indicators of servingness within a Hispanic Serving Institution (HSI): 1) Academic outcomes, 2) Nonacademic outcomes, and 3) Experiences within the structures. Systematic assessment of structures for serving and indicators is critical to understand how HSIs are achieving the mission of servingness and identify actions for continuous improvement. Recommendations for assessment practice will be shared with examples that other HSIs and those seeking to advance equity-minded assessment at their campus can utilize.

**Marla Franco and Lucas Schalewski, University of Arizona**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/82055013335*

| Session: 15D | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**I Think I Can…, I Will: Faculty Self-Efficacy for Developing a Meaningful Student Learning Assessment Process**

Since confidence, self-efficacy, and motivation are intertwined and "affect the amount of time that people are willing to devote to learning" (National Research Council: 48, 1999), an effective faculty training model should emphasize self-efficacy. Previous research has documented that self-efficacy of faculty increases when they participate in teaching development programs (Noben, et al., 2021). In this interactive presentation, workshop participants will consider how self-efficacy, a belief in one's ability or competence to perform a specific task (Gist, 1987), impacts faculty engagement with assessment processes. Participants will discuss strategies for improving faculty confidence in the assessment process.

**Cecelia G. Martin, University of Western States; and David Williams, University of South Alabama**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88610959259*

| Session: 15E | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**Utilizing Design Thinking and Virtual Study Abroad to Help Learners Improve Cultural Intelligence**

This presentation will highlight the pedagogical moves and assessment techniques used to improve cultural intelligence for teacher certification candidates who attend two colleges in different countries. Professors will share how design thinking and liberatory design were used in a virtual study abroad course, and how gains were measured using the CQ Cultural Intelligence Assessment. Participants will be given course materials and syllabi and will walk away with practical strategies for intercultural learning opportunities.

~~Cancelled~~

**Lynn A. Murray-Chandler, Darbi Roberts, and Colleen Tapley, Southern New Hampshire University; Eva Cano Fernandez, Jean Choi, Marian De la Morena Toboada, and Guadalupe Dorado Escribano, Universidad Camillo Jose Cela**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link: CANCELLED*

| Session: 15F | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**Graduate Student Civic Engagement: A Case Study in Data, Assessment, and Evaluation as Problem Solving Tools**

Presenters from the Gephardt Institute for Civic and Community Engagement at Washington University in St. Louis will describe their use of data, assessment, and evaluation in the development of graduate student engagement strategies. The outlined process will serve as a case study for participants as they apply the lessons discovered through the Gephardt Institute's graduate student engagement efforts to a related problem at their own institutions. From stating the problem, to changing the strategies, to preparing next steps, participants will have the opportunity to develop, in small groups, a parallel student engagement plan utilizing data, assessment, and evaluation.

**C. Taylor Brown, Jillian Martin, Aaron Pevitz, and Rose M. Shapiro, Gephardt Institute for Civic and Community Engagement at Washington University in St. Louis**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88156541370*

| Session: 15G | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### What Are You Doing to Include Everyone in ePortfolio Practice? A Primer in Equitable ePortfolio Practices

For two years, a task force created by the Association for Authentic, Experiential and Evidence-Based Learning has investigated digital ethics and ePortfolios. The work resulted in principles promoting ethical ePortfolio practices to educators, staff, students, and platform providers. In this session, task force members will use these principles to discuss diversity, equity, inclusion, belonging, and decolonization (DEIBD) within ePortfolio practice. Attendees will reflect on current local practices, guided by questions that challenge the status quo. Attendees will engage in storytelling and constructive discussion. Then, attendees will learn about recommended equitable ePortfolio practices and practice applying them.

**Amy T. Cicchino, Auburn University; Morgan Gresham, University of South Florida St. Petersburg; Kristina Hoeppner, Catalyst IT; Megan Mize, Old Dominion University; and Christine Slade, The University of Queensland**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/84055630158*

| Session: 15H | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### HIPs and hipS: Scaling High-Impact Practices Across Campus

Colleges don't always share common definitions of high-impact practices (HIPs). Some "hips" might be more accurately defined without the capital letter definitions of the Association of American Colleges and Universities (AACU) to include uncounted teaching and learning activities. Defining HIPs broadly comes with assessment implications and opportunities to create pathways to include a series of hips in preparing students with skills for HIPs. This presentation offers to refine the language of HIPs by including other hips and scaling assessment potentials, and creating curricula in achieving student high-impact learning. It invites further dialogue from the participants to expand the scope of HIPs/hips.

**Mark E. St. Andre, University of Utah; Tsu-Ming Chiang, Georgia College & State University; and Patrick Lee Lucas, University of Kentucky**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/89808592683*

| Session: 15I | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Using CAS for Self-Assessment and Program Review

This session will provide an overview of how institutions may enact self-assessment and program review using the CAS Standards. These standards are provided for 47 functional areas, often found within the student affairs, student services, or student success areas. Self-assessment is the opportunity for a unit to examine carefully how it is doing at what it believes to be important. Using the CAS Standards can permit a unit to reflect on performance against nationally developed conditions for good performance. Participants will be able to explain the value of CAS for use in assessing programs and services as well as describe the steps that comprise the CAS recommended model for self-assessment and program review.

**Kellie Dixon, North Carolina Agricultural and Technical State University; Nicole Long, University of Delaware; Darby Roberts, Texas A&M University; and Jennifer Wells, Kennesaw State University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment/Assessment Methods LA/AM*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/86005238075*

| Session: 15J | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## The VALUE Institute: An Assessment Approach to Co-Curricular Learning

This session will focus on showcasing the multiple ways student affairs professionals can utilize AAC&Us VALUE rubrics in co-curricular assessment, as well as provide space for Student Affairs assessment leaders to share feedback with attendees on how VALUE resources can have better alignment with best practices in Student Affairs specifically.

**Britt Spears, Association of American Colleges & Universities (AAC&U)**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/89001003299*

| Session: 15K | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## The Next Generation of Learning Outcomes: Meeting our Students' and Society's Pressing Needs

There are 16 VALUE rubrics currently in existence—from written and oral communication to integrative and life-long learning. These rubrics have been developed by a VALUE (Valid Assessment of Learning in Undergraduate Education) campus-based assessment approach managed by the Association of American Colleges and Universities (AAC&U). However, are these existing, common, institutional, general education, and regional accreditation learning outcome expectations adequate for our next generation of learners/contributing members of society? Attend this session to be part of a rich discussion that offers for consideration a new/additional set of learning outcomes that would serve our future society and population better.

**Divya Bheda, ExamSoft Worldwide LLC**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/83931497472*

| Session: 15L | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Revise and Resubmit: A Backstage Look at the Manuscript Review Process

This session provides an overview of the review process for an academic research journal. Through the lens of Research & Practice in Assessment (RPA), participants will learn about prospective topics, types of manuscripts that are generally published, and the stages of the review process. Participants will also discuss the benefits of serving as a reviewer for a journal and the developmental approach that journals like RPA take in providing feedback to authors. Finally, the presenters will offer an example of a manuscript in different stages of the review process. This session will be led by two associate editors of RPA.

**Sarah Gordon, Arkansas Tech University; and Gina B. Polychronopoulos, George Mason University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83633886474*

| Session: 15M | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Breakout Rooms, Chat, and Polling, Oh My! The Development and Validation of Remote COPUS

As the global pandemic forced instructors to transition to new teaching modalities, the Students Assessing Teaching and Learning (SATAL) program promptly identified the need to adjust some assessment protocols to better document remote instruction. In this webinar, we will first describe the SATAL program, a faculty-student partnership, then we will introduce Smith et al.'s (2013) Classroom Observation Protocol for Undergraduate STEM (COPUS) modified codebook, ROPUS, for remote instruction, and we will practice the new codes through different scenarios. Lastly, we will compare our in-person and remote observation data highlighting the codes used in each environment.

**Tea Pusey, Adriana Signorini, and Avreen Bal, University of California, Merced**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education (SE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81208595762*

| Session: 15N | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Students as Partners in Assessment: Principles and Practices

This session will share the findings of a recent student partnership project at Dublin City University (www.dcu.ie/teu/sapia) and resources to help others get started with student partnership in assessment.  We conducted a literature review to examine the topic and used these findings to pilot a variety of partnership methods in modules in 2020/2021. These methods were evaluated and showed that students felt engaged in their assessment, they had input or a voice in the assessment process, and, through this, they felt they performed better in assessments.

**Rob Lowney and Fiona O'Riordan, Dublin City University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82944284612*

| Session: 15O | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Let's Not Wait for the Next Pandemic: Engaging Faculty to Adapt Existing Assessment Approaches to Meet Emerging Questions

University Studies, Portland State University's signature general education program, grounds well established, faculty-owned assessment practices within a commitment to meaningful and continuous faculty support. When courses moved to remote delivery, our usual assessment focus was no longer relevant. Rather than set assessment aside, we adapted existing approaches to address emerging faculty questions about the student learning experience. In this session, we will present how we pivoted our assessment protocols and what we learned, and we will engage participants in dialogue to open future possibilities for context-driven, meet-the-moment revisions at their institutions.

**Rowanna L. Carpenter, Seanna Kerrigan, and Vicki Reitenauer, Portland State University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: General Education (GE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82029193937*

| Session: 15P | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Equity-Centered Assessment in Action: Exemplars of Practice

The intersection of equity and assessment is one of the hottest topics in assessment practice. Authors from the forthcoming Stylus book titled, Reframing Assessment to Center Equity: Theories, Models, and Practices in US Higher Education, highlight concrete examples of equity-centered assessment across the college enterprise at the course-, program-, and institutional-levels. In this session, the presenters will provide an overview of key concepts related to equity-centered assessment, share exemplars of equity-centered assessment in action, and reflect on the book writing process.

**Gavin Henning and Natasha Jankowski, New England College; Anne Lundquist, Anthology, Inc.; Erick Montenegro, Credential Engine; and Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: NILOA (NI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81338147133*

| Session: 15Q | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### HIP Health: Taking the Pulse of High-Impact Practices

How healthy are your HIPs? This session summarizes findings of a 2019-2020 qualitative study exploring how HIPs are understood, valued, and experienced by administrators, faculty, and staff to identify incentives and barriers to institutional implementation. Panelists discuss how the individual and institutional experiences of participants reflect the integrity of HIPs at an institution, pointing to the vitality of not only high-impact practices, but of a high-impact institution. Through interactive activities, participants will consider the study's findings in the context of their own institutions, discussing implications, recommendations, and approaches to taking the pulse of HIPs at home.

**Kathie Campbell, Salt Lake Community College; Taunya Dressler and Shari Lindsey, University of Utah**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84925895130*

| Session: 15R | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Increasing Equity in Work-Based High-Impact Practices

This presentation focuses on three strategies for increasing equity in work-based high-impact practices. Presenters will discuss how strategies such as virtual and required internships, project-based learning and student employment can increase access to work-based opportunities and improve career development. Attendees at campuses with geographic constraints, as well as those with large numbers of students who cannot participate in traditional internships may especially benefit from these strategies, although the takeaways can be widely applied to all attendees interested in improving students' career outcomes.

**Claire Jacobson, Student Opportunity Center; and Carina Beck, Montana State University**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Emerging Trends in Assessment/HIPs in the States (ET/HP)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/89525280582***

| Session: 15S | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### AEFIS Virtual Sponsor Booth

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448***

| Session: 15T | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025***

| Session: 15U | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Association of American Colleges and Universities (AAC&U) Virtual Sponsor Booth

Meet virtually with an Association of American Colleges and Universities (AAC&U) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Association of American Colleges and Universities (AAC&U)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89364698864***

| Session: 15V | | Tuesday, October 26, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth**

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852*

| Session: 15W | | Tuesday, October 26, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**Collaboratory Virtual Sponsor Booth**

Meet virtually with a Collaboratory representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81451930665*

| Session: 15X | | Tuesday, October 26, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**Crowdmark Virtual Sponsor Booth**

Meet virtually with a Crowdmark representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84778016419*

| Session: 15Y | | Tuesday, October 26, 2021 | |
| --- | --- | --- | --- |
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**eLumen Virtual Sponsor Booth**

Meet virtually with an eLumen representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84050295727*

| Session: 15Z | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88191218955**

| Session: 15AA | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197**

| Session: 15AB | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Student Opportunity Center Virtual Sponsor Booth

Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: Sponsor Unavailable at this Time**

| Session: 15AC | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846**

| Session: 15AD | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Territorium Virtual Sponsor Booth

Meet virtually with a Territorium representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Territorium*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83354893505**

| Session: 15AE | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**Watermark Virtual Sponsor Booth**
Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811*

| Session: 15AF | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**Weave Virtual Sponsor Booth**
Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89312175626*

| Session: 15AG | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**Xitracs, by Concord USA, Inc. Virtual Sponsor Booth**
Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85728963903*

# 30-MINUTE CONCURRENT SESSIONS
## (20-Minutes for Presentation; 10-Minutes for Discussion)

| Session: 16A | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**James Madison University's Approach to Assessing Community Engagement: An Open Dialogue**
Join Dena Pastor, Associate Director of Assessment Operations at James Madison University, and other attendees in an open dialogue about how to assess community engagement. Bring questions you have about planning for assessment, developing civic outcomes, measurements, methodology, and lessons learned.
**Dena Pastor and Abraham Goldberg, James Madison University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Community Engagement (CE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87801956272*

| Session: 16B | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

### Assessing Cultural Competencies Within the First Year

Research has shown that drop-down survey responses are sometimes inconsistent with open-text responses on Campus Climate survey data; suggesting potential differences between one's commitments to equity when asked to select a response, as opposed to expressing one's personal perspective. This presentation argues for a need to collect more qualitative data using behavior-based questions in order to probe deeper into student beliefs and values. It is not enough to ask students about their beliefs, we also need to ask for specific examples about their actions. An example of how this has been done and the results will be discussed.

**Brian T. Harlan, California Institute of the Arts; and Maria Victoria Perez, Mills College**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/89677084122*

| Session: 16C | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

### Civic Identity Assessment in the First-Year Seminar: Reader and Rubric Reliability

At Warren Wilson College, the key graduate outcome — development of a civic identity — is embedded in First-Year Seminars. At the end of this course, each student writes a reflection that becomes a key artifact for program assessment. The assessment process is daunting: many readers score them on four criteria using a Likert scale. Key challenges include scores that are inflated and scores that are inconsistent between readers. Here, we will present our current best practices to address these: adjustments to design aspects of the rubric, and an extensive "flipped classroom"-style norming process for standardization.

**Annie Jonas, Langdon J. Martin, and Brooke Millsaps, Warren Wilson College**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88298680625*

| Session: 16D | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

### Have Your Cake and Eat It Too: Using Program Assessment Training for Faculty Development and Faculty Buy-In

This presentation describes the efforts of a large university to develop detailed rubrics for scoring embedded assessments used to score General Education outcomes across the curriculum; the secondary purpose was to develop the assessment rubrics in a manner that increased faculty engagement and buy-in for the programmatic assessment process. Since assessment is a faculty driven process, intentionally involving faculty at all stages of the process not only allowed us to capitalize on their expertise, but also use this as an opportunity to further their knowledge of the assessment process and increase engagement and ownership of it.

**Mukul Bhalla, American InterContinental University; and Jean Mandernach, Grand Canyon University**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88335346329*

| Session: 16E | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

## Global Competencies Americans May Never Possess

Are there global competencies American students cannot be expected to possess? If the answer is yes, what are the implications for institutional programming and assessment? Based on interviews with 90 American and Majority World leaders who work in international development, this session will explore how American cultural norms often fight against development of key global competencies in our students. We will also discuss distinct assets that Americans and individuals from the Majority World frequently possess and how these assets can be tapped to help young adults create more synergistic collaborations.

**Andrea G. Nelson Trice, Regis University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/89287209471*

| Session: 16F | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

## Advanced Degree Institutional Learning Achievement Investigation: Methods and Opportunities for Action

This presentation describes the process and results of an institutional assessment project that investigated advanced degree program learning achievement through a meta-analysis of 2018-2020 program assessment reports. Our analysis shows a high level of learning achievement with 95% to 97% of advanced degree students meeting expectations of Institutional Learning Objectives. We provide recommendations for programs to overcome challenges relating to the quality of program assessment and achievement results identified in some reports. Additionally, the presentation highlights our communication and collaboration strategies among key constituencies on campus in an effort to enhance the quality of graduate program learning assessment.

**Maura H. Stephens-Chu and Yao Zhang Hill, University of Hawai'i at Mānoa**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84762519973*

| Session: 16G | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

## How Undergraduate Student Research Supports Student Graduation: Results of a Mixed-Methods Study

Previous research indicates that students at California State Polytechnic University, Pomona who participate in undergraduate research (UR) are nearly twice as likely to graduate compared to their peers who do not participate. A mixed-methods study was conducted to investigate why participation in UR is associated with higher graduation rates. Research participation data across four years was combined with survey and focus group data on mentoring, sense of belonging, and self-efficacy to help elucidate this relationship. The presentation will describe the study, its results, and the implications for designing effective undergraduate research programs.

**Winny Dong, Cal Poly Pomona; and Courtney Koletar, Cobblestone Applied Research & Evaluation, Inc.**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84514694057*

| Session: 16H | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Immersion of High-Impact Practices: Evolution of an Education Leadership Program

The proposed presentation will share how an accreditation process and self-study prompted the immersion of high-impact practices throughout an online educational leadership program to: 1) increase candidate's leadership knowledge and skills; 2) apply and connect leadership theory to practice through integrated field experiences; 3) experience diverse school settings; and 4) increase leadership potential and visibility as prospective leadership candidates. Presenters will share the following integrated high-impact practices used throughout the program: ePortfolios and key reflections for program-level assessment, data-driven action research project, internship in diverse settings, and engagement in virtual reality school-based educational issues.

**Julie Gray and Aneta H. Walker, University of West Florida**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83782870953*

| Session: 16I | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Implementing Equity-Minded High-Impact Educational Practices

The benefits of high-impact learning practices are well-documented; however, relative to their more privileged counterparts, historically underserved populations face greater barriers in accessing these beneficial learning experiences. This session will present existing high-impact learning literature, explore the often-overlooked pitfalls in their implementation, and focus on equal access and outcomes for historically underserved populations. In order to rectify inequities, this presentation will suggest a new direction in high-impact learning research that should systematically catalog existing, more accessible, modified high-impact practices and, subsequently, evaluate their effectiveness.

**Sarah Greenman, Hamline University; and Valerie Chepp, Cleveland Clinic**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/89073208606*

| Session: 16J | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Assessment without Limits: Reframing Consultation Meetings with Faculty and Student Affairs Educators

A primary responsibility of assessment professionals is serving as consultants to faculty and student affairs educators as they seek to directly and indirectly assess student learning. However, for many assessment professionals, this can be a frustrating part of the job, and they can invest a lot of time and energy in an assessment project that ultimately goes nowhere. Using Kwik's (2020) Limitless model, this session will focus on "unlimiting" assessment consultation meetings and better serving faculty and student affairs educators. I will share strategies that seek to remove individual limits, build collaborative relationships, and ensure successful assessment projects.

**Tony Ribera, Marian University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83141982909*

| Session: 16K | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

## Curriculum Mapping 2.0

Curriculum Mapping 2.0 showcases Franklin University's ability to create cohesive curriculum that ensures academic quality and responds to changes in society, professions, and the business community. In 2020-21 Franklin University transitioned from the Introduction, Reinforcement, and Assessment curriculum mapping model to build an infrastructure that aligns Institutional Learning Outcomes, Program Learning Outcomes, and Course Learning Outcomes. Join us as we share best practices from this transformational initiative.

**Kelly Evans-Wilson and Yuerong Sweetland, Franklin University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/83342166844*

| Session: 16L | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

## Advancing Institutional Assessment: Lessons from Excellence in Assessment 2021 Designees

The Excellence in Assessment (EIA) Designation program recognizes institutions for their efforts in intentional integration of institution-level learning outcomes assessment. The EIA designation evaluation process is directly and intentionally built from NILOA's Transparency Framework and is co-sponsored by VSA Analytics, National Institute for Learning Outcomes Assessment (NILOA), and Association of American Colleges and Universities (AAC&U). This presentation will share information on the EIA Designation and application process, as well as engage 2021 EIA designees in reflecting on lessons learned and promising practices at their respective institutions.

**Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign; Caron Inouye, Maureen Scharberg, and Julie Stein, California State University, East Bay; Anne Marie Karlberg and Tresha Dutton, Whatcom Community College**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginners*
*Primary Track: NILOA (NI)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/82854595329*

| Session: 16M | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

## Affordable, Accessible, and On Point: Specialized Regional Conferences as Professional Development Opportunities

Specialized regional conferences can provide an affordable and accessible opportunity for subject librarians to grow and maintain professional networks; share knowledge; and learn new services, strategies, and technologies. We analyzed five years of data from the participant surveys of the Great Lakes Science Boot Camp, a regional conference for STEM librarians, to understand what they found most valuable about their experience. This session will offer insights into effective programming for small or regional conferences for librarians, especially specialized conferences. It may also help library administrators seeking to justify costs associated with conference attendance as professional development opportunities for library employees.

**Jennifer Hart, The University of Chicago Library; Karen Hum and Bethany McGowan, Purdue University Libraries**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: STEM Education (SE)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/83613442873*

| Session: 16N | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Student Assessment Scholars as Catalysts for Continuous Improvement

Embracing its commitment to experiential learning, Lindenwood University launched a new internship program for students to work as agents of continuous improvement. Modelled on similar programs at other institutions, Lindenwood's Student Assessment Scholars program provides a one-year real-world experience for students to engage in institutional quality enhancement. Following six weeks of qualitative research training, the Student Assessment Scholars are deployed to gather data and insights through focus groups with other Lindenwood students. Findings from these focus groups are shared with their clients for continuous improvement purposes.

**Bethany Alden-Rivers and Kaitlyn Maxwell, Lindenwood University**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
**Zoom Webinar Attendee Link: https://iu.zoom.us/j/88246855535**

| Session: 16O | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Documenting Change and Supporting Course Redesign with the COPUS Classroom Observation Tool

This presentation explores the COPUS (Classroom Observation Protocol Undergraduate STEM) observation tool in the context of an interdisciplinary project to increase active learning in undergraduate classrooms. Participants will learn how the tool is used to document teaching practices and how it can facilitate faculty development. We will share how we employ the COPUS to measure changes in classroom practices over time to evaluate the impact of a large-scale university teaching initiative. Participants will be invited to consider ways that the COPUS could be used in their professional contexts, its advantages and limitations, and hypothesize about how the COPUS data could inform research questions.

**Carolyn Aslan, Amy Cardace, and Lisa Sanfilippo, Cornell University**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
**Zoom Webinar Attendee Link: https://iu.zoom.us/j/81413457429**

| Session: 16P | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Implementing a Summative Competency-Based Assessment to Measure Physical Examination Skills in Medical Students

Due to safety concerns during the COVID-19 pandemic, the NBME (MD licensing) and NBOME (DO licensing) eliminated the licensure exam that measures physical examination skills for medical students. These licensing agencies have now suspended these assessments indefinitely, leaving this type of assessment up to medical schools. In this presentation, we describe the creation of a high stakes summative competency-based assessment that measures patient care skills. We will also share our longitudinal process for collecting student performance data in clinical skills assessments, as this data was aligned with the competency assessment data to provide comprehensive targeted feedback for students.

**Michael Summers and Sarah Zahl, Marian University College of Osetopathic Medicine**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Graduate/Professional Education (GR)*
**Pre-Recorded Link: https://iu.mediaspace.kaltura.com/media/t/1_rtfq70ax**

| Session: 16Q | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## Strengthening Partnerships through Collaborative Assessment

In 2019, the Lang Center administered a community partnership impact assessment survey to learn the extent to which the relationship between Swarthmore College and our community partners enhances the organization's capacity to deliver its mission and (co)create economic impact. The survey gave us insight into impacts, areas for growth, and challenges that might not otherwise be brought into the informal, ongoing conversations that are commonly a feature of our partnerships. We repeated the survey in 2021.  We will share our findings, describe how community partners and students were engaged in the interpretation of results, and the changes that we are seeing as a result.

**Ashley Henry and Jennifer M. Magee, Swarthmore College**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Community Engagement (CE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87648580846*

| Session: 16R | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## Collect Once, Assess Twice: An Intentional Collaboration Between Academic Affairs and Student Affairs

Much has been written over the years about the great divide between Academic Affairs and Student Affairs. This presentation shares an intentional collaboration between these two divisions at a large university on the west coast where assessment data were collected once but assessed twice. Using video cover letters as artifacts, the institution was able to assess two learning outcomes, namely, oral communication, and conveyance of career-related skills. This session shares the background, challenges, and successes associated with building faculty and staff buy-in to facilitate this deliberate and concerted endeavor.

**Marisol Cardenas and Jocelyn S. Chong, Cal Poly Pomona**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82807775138*

| Session: 16S | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## Promoting Self-regulated Learning via Online Self-Assessment

This longitudinal case study reports on outcomes of an assessment initiative during a faculty professional development program conducted at University of Passau, Germany. The study investigates the development of self-regulated learning through self-assessment in a university instructor. The participant was involved in a variety of self-assessment techniques throughout the tutorials. Empirical data on accuracy of self-assessment were collected through verbal self-report, written self-rating of understanding, systematic generation of questions by participant, external observation of performance, and quantifiable measures (self-quiz). Evidence suggests that the participant had difficulty to accurately self-assess through self-report. Formative assessment and feedback had a positive impact on the development of self-assessment accuracy.

**Sima Caspari-Sadeghi, University of Passau**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84311762313*

| Session: 16T | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### AEFIS Virtual Sponsor Booth
Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448**

| Session: 16U | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Anthology, Inc. Virtual Sponsor Booth
Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025**

| Session: 16V | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth
Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852**

| Session: 16W | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Collaboratory Virtual Sponsor Booth
Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81451930665**

| Session: 16X | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Crowdmark Virtual Sponsor Booth
Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84778016419**

| Session: 16Y | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### eLumen Virtual Sponsor Booth

Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84050295727*

| Session: 16Z | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88191218955*

| Session: 16AA | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197*

| Session: 16AB | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Student Opportunity Center Virtual Sponsor Booth

Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88030075203*

| Session: 16AC | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846*

| Session: 16AD | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**Watermark Virtual Sponsor Booth**
Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Watermark](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/81025384811](https://iu.zoom.us/j/81025384811)*

| Session: 16AE | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**Weave Virtual Sponsor Booth**
Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Weave](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/89312175626](https://iu.zoom.us/j/89312175626)*

| Session: 16AF | | Tuesday, October 26, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**Xitracs, by Concord USA, Inc. Virtual Sponsor Booth**
Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Xitracs, by Concord USA, Inc.](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/85728963903](https://iu.zoom.us/j/85728963903)*

# Wednesday, October 27, 2021

## KEYNOTE SESSIONS

| Session: 17A | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **11:00 AM - 12:00 PM** | **10:00 AM - 11:00 AM** | **9:00 AM - 10:00 AM** | **8:00 AM - 9:00 AM** |

**The Whole is More than the Sum of its Parts:  Opportunities, Issues and Trends in the Assessment of Interprofessional Education**
This keynote presentation will be a discussion of opportunities, issues, and trends in the field of interprofessional education.
**Andrea Pfeifle, The Ohio State University; and Barbara Maxwell, Indiana University Interprofessional Practice and Education Center and Indiana University School of Medicine**
*Presentation Type: Keynote Session*
*Audience Level: Intermediate*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link: [https://iu.zoom.us/j/86937139817](https://iu.zoom.us/j/86937139817)*

| Session: 17B | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **11:00 AM - 12:00 PM** | **10:00 AM - 11:00 AM** | **9:00 AM - 10:00 AM** | **8:00 AM - 9:00 AM** |

### Are They Ready?: Preparing Learners for the Future of Work through High-Impact Practices

Currently, workplaces across industries are undertaking massive shifts due to increased use of technologies, the expansion of artificial intelligence, and a reconsideration of the value of employees. In this keynote, Dr. Katie Linder will offer social and economic contexts for these changes and share some of the ways that higher education stakeholders can use high-impact practices to keep our learning environments relevant for the future of work. Participants will walk away with a deeper awareness of the skills students and instructors need to develop in order to stay current, as well as strategies for making learning across modalities intentional and meaningful through high-impact practices in the midst of rapidly changing educational expectations.

### Katie Linder, Kansas State University

*Presentation Type: Keynote Session - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
***Zoom Webinar Attendee Link:*** **https://iu.zoom.us/j/86383473828**

| Session: 17C | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **11:00 AM - 12:00 PM** | **10:00 AM - 11:00 AM** | **9:00 AM - 10:00 AM** | **8:00 AM - 9:00 AM** |

### Re-Positioning the Learning Improvement Effort

Assessment is designed to improve student learning, but unfortunately there isn't much evidence that student learning has actually improved. To correct this, a fresh learning improvement effort is underway. The movement is making steady progress within the field but has not radically transformed the discipline or any institution (yet!). In this talk, I'll explore possible impediments to the movement underway, ask a few tough questions, and offer ideas for re-positioning the effort to maximize the likelihood of success.

### Megan Good, James Madison University

*Presentation Type: Keynote Session - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
***Zoom Webinar Attendee Link:*** **https://iu.zoom.us/j/88359864636**

| Session: 17D | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **11:00 AM - 12:00 PM** | **10:00 AM - 11:00 AM** | **9:00 AM - 10:00 AM** | **8:00 AM - 9:00 AM** |

### Centering Healing in the Assessment Process

This track keynote discusses an emerging trend in the assessment field—healing-centered assessment. Building off literature specific to trauma-informed teaching and learning in both P-12 and postsecondary spaces, this keynote reflects on local and national events in the last year and explores the future as we ponder what healing-centered assessment practice is and how to sustain it into the future. This keynote also serves as an introduction to the National Institute for Learning Outcomes Assessment (NILOA) track sessions, of which many discuss emerging developments in national projects of interest to assessment practitioners, such as the Degree Qualifications Profile (DQP) 3.0.

### Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign

*Presentation Type: Keynote Session*
*Audience Level: Intermediate*
*Primary Track: NILOA (NI)*
***Zoom Webinar Attendee Link:*** **https://iu.zoom.us/j/85843588190**

| Session: 17E | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### Trends in Student Affairs Assessment: Leadership, Scholarship, & Allyship

Moderated by Caleb J. Keith, this session will engage a panel of student affairs and co-curricular leaders, scholars, and practitioners in conversations about the state of student affairs and co-curricular education. Topic will include leadership perspectives and strategies, publication themes and opportunities, useful resources, and attention to issues of diversity, equity, and inclusion, all focused on ensuring student success.

**Caleb J. Keith and Eric A. Weldy, IUPUI; Ciji Heiser, Western Michigan University; Joseph D. Levy, National Louis University; and Heather Strine-Patterson, Appalachian State University**

*Presentation Type: Keynote Session - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/82258387359***

| Session: 17F | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 11:00 AM - 12:00 PM | 10:00 AM - 11:00 AM | 9:00 AM - 10:00 AM | 8:00 AM - 9:00 AM |

### Students Partnership in Assessment: Signalling What and Who We Value in Assessment

Bamber (2013) argues that we indicate what we value by what we assess. I would argue that we also indicate who we value by who we involve in the assessment process. Many assessment initiatives involve students by asking them to complete questionnaires indicating their relative satisfaction or engagement with aspects of their higher education experience, but students are often only marginally engaged in this process. In this presentation, I will explore why students should be more meaningfully involved in assessment processes. I will provide examples of how student partnership in assessment can change the nature of what we are assessing as well as the ownership of responsibility over changes that need to be made as a result of assessment outcomes.

**Catherine Bovill, University of Edinburgh**

*Presentation Type: Keynote Session - Sponsored by ExamSoft*
*Audience Level: Intermediate*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/88195537532***

# 60-MINUTE CONCURRENT SESSIONS

| Session: 18A | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Aligning Higher Education Community Engagement with the UN Sustainable Development Goals

In 2015, 17 Sustainable Development Goals (SDGs) were adopted by all United Nations Member States as a universal call to action to end poverty, protect the planet, and ensure that all people enjoy peace and prosperity by 2030. Higher education is uniquely positioned to respond to the 17 SDGs, particularly through the work faculty, staff, and students conducted alongside community partners to address pressing needs and respond to evolving challenges. This workshop will align partnership efforts with SDG progress to reify the strategic value of higher education community engagement and strengthen capacity to educate students on issues of global concern.

**Jessica Givens, Arizona State University; and Kristin Medlin, Collaboratory**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Community Engagement (CE)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/85604957698***

| Session: 18B | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

## Assessing Sense of Belonging for Student Success: New Findings from NSSE

Sense of belonging influences student persistence and success. NSSE 2020 findings from 521 bachelor's granting colleges and universities show most first-year students feel comfortable being themselves and feel valued and a part of the community at their institution, yet notable differences were found for traditionally marginalized subpopulations. This session will provide an overview of findings through an interactive discussion and publicly available data visualization. Facilitators will provide examples of how institutions have used their data to assess and impact belongingness. Participants will identify actions their institution can take to influence the sense of belonging on their campus for marginalized student populations.

**Allison BrckaLorenz, Colleen Lofton, and Jillian Kinzie, Indiana University—Bloomington**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86377436001*

| Session: 18C | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

## Assessing the Impact of General Education Diversity Courses

Carroll Community College recently revised its General Education curriculum. As an outgrowth of this endeavor, the College's General Education Committee commenced a comprehensive review of General Education diversity courses at the institution. This session will share Carroll's experience, with particular focus on the process of establishing measures of student learning appropriate to diversity courses, which, when combined with additional institutional metrics, allow us to assess the effectiveness of these courses in a meaningful way. The session also will address the ways that Carroll used assessment results to design faculty development opportunities intended to enhance content and student engagement in diversity courses.

**Michelle Kloss, Carroll Community College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86034822175*

| Session: 18D | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

## The Cure for OUR UREs: Training Faculty Mentors of Course-Based Undergraduate Research Experiences

CURE-Purdue is a faculty development program, piloted in 2019 by the Purdue University Office of Undergraduate Research. Course-Based Undergraduate Research Experiences (CUREs) support numerous positive outcomes, notably affective/cognitive gains and expanding students' access to research. While Covid-19 delayed the second iteration of faculty development, our second cohort of faculty participated in revised faculty development and are now facilitating their CUREs. Within this session, presenters will share their evaluation model and highlight adaptations of the program—from in-person to hybrid—to accommodate the Covid-19 restricted environment. Adaptations present long-term models for successful CURE training, and may transfer to other faculty development programs.

**Amy Childress, Stephanie Gardner, and Craig Zywicki, Purdue University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/85943926821*

| Session: 18E | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

## Global Engagement Survey: Considering Critical Reflection, Cultural Humility, and Global Citizenship through Engaged Global Learning

The Global Engagement Survey (GES) is a multi-institutional assessment tool that employs quantitative and qualitative methods to better understand relationships among program variables and student learning in respect to global learning goals identified by the Association of American Colleges and Universities (AAC&U, 2014), with adaptations particularly relevant to community-engaged global learning. The GES therefore considers global learning in respect to the three components of global citizenship, cultural humility, and critical reflection. The GES is used to assess global learning through experiences close to home and abroad, in person and virtual. The global learning goals are the same, but how we pursue them has necessarily changed drastically.

**Joy Das, Cornell University; Nora Pillard Reynolds, Haverford College; Erin Sabato, Quinnipiac University; and Maureen Vandermaas-Peeler, Elon University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/89608569038*

| Session: 18F | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

## Supporting Students' Non-Cognitive Skills in Graduate Education

Growing research shows a link between non-cognitive skills and positive student outcomes in higher education. Due to this research, we've seen increased programs to better understand students' non-cognitive skills and impact the ways that students can use them to support student success in college. While little research addresses the impact of non-cognitive skills in graduate education, we are working to apply this knowledge to this population, specifically by using Anthology's Graduate Student Inventory. This session will highlight this assessment and the ways in which Logan University is using the data to bolster student skills and use of resources.

**Shelley Sawalich, Logan University; and Emily Siegel, Anthology, Inc.**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/81714418203*

| Session: 18G | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

## Food for Thought: Using Project-Based Learning to Collaborate on the Topic of Food Insecurity

What do you get when you cross students in a Composition class with students in a Statistics class? Students who have learned the value of collaboration, of course! It's no joke: deep learning occurs when students are presented with "real-life" problems, and the learning goes even deeper when they're able to work with their peers in other disciplines. If you've ever wondered how to not only collaborate with a colleague outside your discipline but how to get students in entirely different courses to collaborate, join us, and we'll share our advice and experiences with you!

**Krysten Anderson and Ashley Morgan, Roane State Community College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/89782990218*

| Session: 18H | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

## Lessons Learned: Assessment Coach, Mentor, and Director

This workshop will focus on lessons learned from being an assessment coach, mentor and director. Presenters will provide insight as to the administrative and faculty perspective on receiving coaching, mentoring, and directing from the office of assessment, while creating a partnership of assessment in a shared governance environment. The co-presenters will provide insight on lessons learned with a new dean and a new director of assessment and how to build a coaching, mentoring, and directing environment, while allowing the assessment process to remain under faculty control.

**Paul J. Antonellis, Jr. and Laura Douglass, Endicott College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87911435404*

| Session: 18I | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

## The NSSE Engagement Indicators and Student Success (Rates of Retention and Graduation)

The National Survey of Student Engagement (NSSE) is a widely used instrument for measuring student engagement. Research suggests survey responses are linked to learning and student success (Kilgo et al., 2015; Kuh et al., 2017; Pike, 2013; Price & Tovar, 2014; Shinde, 2010). This session presents the results of a study using OLS regression to examine the relationships between institutional averages on the NSSE and institutional rates of student success (first-year retention and graduation). Results may call for a reconsideration of the current use of NSSE, with less emphasis on engagement benchmarks and more emphasis on individual item responses.

**Phillip K. Haisley, University of Colorado, Colorado Springs**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: General Education (GE)*
*Zoom Webinar Attendee Link: CANCELLED*

| Session: 18J | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

## The Integration of Program Theory, Implementation Fidelity, and Equity-Minded Assessment

Program theory and implementation fidelity are key components of outcomes assessment, yet they are often overlooked. We contend that it is only after program theory is articulated that professionals can collect relevant, useful outcomes data. Moreover, valid inferences from outcomes data are contingent on knowing what programming students experienced. This "expanded" assessment practice has potential to afford better-designed, more impactful programming to students. These components are also effective strategies for engaging in equity-minded assessment. We will discuss each concept and demonstrate how both inform program improvement as well as showcase how these processes facilitate equity-minded assessment.

**Sara J. Finney, James Madison University; and Gavin Henning, New England College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86565342135*

| Session: 18K | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Teaching and Learning Applications of Adaption-Innovation Theory

Adaption-Innovation (AI) theory posits that we are all creative problem solvers; however, we have different preferences for how we work through problems. This session will build understandings around how to help faculty use adaptive and innovative problem solving preferences to work more effectively with students and build better curriculum. Activities and discussion will be used to frame adaption-innovation theory and illustrate concrete strategies for applying the theory to the design of transparent instructional content and facilitation of problem-based learning activities for individual and cooperative groups of students.

**Matt Spindler and Kristina Wendricks, Northeast Wisconsin Technical College**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81173933011*

| Session: 18L | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Bloom's Alignment Across an Institution

Student Learning Outcomes are at the heart of assessment, however they are not always written in a manner conducive to accurately assessing. For student learning outcomes to be best utilized they should utilize a verb (often from Bloom's Taxonomy) to measure the level of achievement faculty believe students should attain.  This session focuses on the utilization of a content analysis across all student learning outcomes at a four-year, public university to investigate whether alignment between program level and Bloom's level exists.

**Coral Bender and Tara Rose, Louisiana State University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83067314505*

| Session: 18M | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Credential Transparency: Differentiating Using Assessment and Outcome Information

With nearly 1 million credentials offered in the U.S., we need greater credential transparency—a common understanding of what different credentials mean, how they are assessed, their outcomes, and more. Credential transparency helps the public and can also incent institutional leaders to prioritize high-impact practices. This session will offer an overview of how Credential Engine and its partners are advancing credential transparency; including an overview of some of the quality assurance and competency frameworks in the Credential Registry—a public repository of credential data. Participants will share strategies for using national initiatives to improve assessment practices and outcomes

**Jeff Grann and Erick Montenegro, Credential Engine**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88902321193*

| Session: 18N | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Student-Faculty Partnership in Assessing Equitable and Inclusive Teaching Practices

For 14 years, the Students as Learners and Teachers (SaLT) program has supported undergraduate students working in semester-long, one-on-one partnerships with faculty focused on developing inclusive and equitable classroom environments and pedagogical practices. When the global pandemic intersected with the Black Lives Matter movement in the summer of 2020, this focus informed the development of trauma-informed, anti-racist approaches to creating equitable and inclusive classroom environments, pedagogical approaches, and forms of assessment. This workshop will focus on how pedagogical partnerships support (a) formative assessment of faculty teaching and (b) the development of equitable approaches to assessment of enrolled students.

**Alison Cook-Sather, Bryn Mawr and Haverford Colleges; and Bilikisu Hanidu, Haverford College**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83692546997*

| Session: 18O | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Assessing Faculty Development Efforts - From Satisfaction to Impact

Many colleges and universities are turning to high-impact practices to improve the educational experiences they offer students, thereby improving student outcomes. To reach high-impact practices at scale requires assessing a spectra of efforts to improve teaching practice. In this session, we will describe conceptual tools for identifying the foci of change strategies and for assessing training at various levels of change; use case studies to provide examples of how to apply these tools to align objectives with appropriate assessment practices; and practice applying these tools to faculty development programming, both in case study examples and at participants' own institutions.

**Kimberly LeChasseur and Kristin Wobbe, Worcester Polytechnic Institute**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86085782934*

| Session: 18P | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

### Engaging Faculty in Developing a Student Course Evaluation Survey as a Measure of Teaching Effectiveness and Learning

Every effort to improve student success should include leadership from and intensive engagement with faculty. This presentation illustrates how faculty across multiple campuses can be brought together to develop an effective district-wide, faculty driven student friendly course evaluation survey. Scholarly research, input from faculty, administrators, and students all contributed to this district-wide effort in measuring student perceptions of effective teaching and learning. Participation in scenarios for how to initiate a project like this will be offered. Suggestions on possible individual, programmatic, and institutional use of the data from this survey will also be discussed.

**Laura Snelson, Research and Evaluation Specialist; and Sally Wilson, Iowa Valley Community College**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81273829296*

| Session: 18Q | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

## Catalyzing Student Success in High Stakes Assessments: Five Critical Strategies for Educators to Adopt

High stakes testing for certification and licensure continues to be a reality for several disciplines as the means to assure professional readiness and prep for emerging practitioners—be they teachers, lawyers, doctors, nurses, engineers, etc. As educators who are test creators and graders, we have a responsibility to ensure that we are supporting our students and are truly assessing their learning. Afterall, educators have a key role to play in supporting students through assessment prep, readiness, successful performance, and more. Attend this session to learn five key strategies that you can consider and adopt to advance student success and equity.

**Divya Bheda, ExamSoft Worldwide LLC**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by ExamSoft*
*Audience Level: Intermediate*
*Primary Track: Assessment Institute/Student Partnership and Engagement in Assessment AM/ST*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/89691241242*

| Session: 18R | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

## Taking Action and Making Improvement in Graduate Education

Historically, assessment for learning improvement focused on undergraduate education. As accreditors and institutions continue to pursue high quality education for all students, graduate programs are building or revising their own assessment processes. The hurdles and challenges of assessment work are the same at all levels, and one particularly wicked problem is using assessment data to plan for and take action that will improve outcomes for students. Southeastern Louisiana University is making strides in this area. Join us to hear about their journey and how their assessment process and use of action plans is helping them improve graduate education.

**John Boulahanis, Southeastern Louisiana University; and Tisha Paredes, Weave Education**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods/Graduate/Professional Education (AM/GR)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88057781971*

| Session: 18S | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

## AEFIS Virtual Sponsor Booth

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448*

| Session: 18T | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 12:15 PM - 1:15 PM | 11:15 AM - 12:15 PM | 10:15 AM - 11:15 AM | 9:15 AM - 10:15 AM |

## Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025*

| Session: 18U | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth**

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/83232259852

| Session: 18V | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Collaboratory Virtual Sponsor Booth**

Meet virtually with a Collaboratory representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/81451930665

| Session: 18W | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Crowdmark Virtual Sponsor Booth**

Meet virtually with a Crowdmark representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/84778016419

| Session: 18X | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**eLumen Virtual Sponsor Booth**

Meet virtually with an eLumen representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/84050295727

| Session: 18Y | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**National Survey of Student Engagement (NSSE) Virtual Sponsor Booth**

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/88191218955

| Session: 18Z | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Nuventive Virtual Sponsor Booth**
Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/85051977197**

| Session: 18AA | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Student Opportunity Center Virtual Sponsor Booth**
Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/88030075203**

| Session: 18AB | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Suitable Virtual Sponsor Booth**
Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/87509975846**

| Session: 18AC | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Watermark Virtual Sponsor Booth**
Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/81025384811**

| Session: 18AD | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* **Time Zone** | *Central* **Time Zone** | *Mountain* **Time Zone** | *Pacific* **Time Zone** |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

**Weave Virtual Sponsor Booth**
Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/89312175626**

| Session: 18AE | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **12:15 PM - 1:15 PM** | **11:15 AM - 12:15 PM** | **10:15 AM - 11:15 AM** | **9:15 AM - 10:15 AM** |

## Xitracs, by Concord USA, Inc. Virtual Sponsor Booth

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85728963903***

_____

| Session: 19A | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

## Utilizing Campus and Community Feedback and Participation to Update the First-Year Community Engaged Learning Requirement Model at The College of New Jersey

Since 2006, The Center for Community Engagement at The College of New Jersey has facilitated the first-year community engaged learning graduation requirement that requires first-year students to participate in eight hours of service, learning, and reflection. Previously, the design was a one-day student-led model. In 2019, the requirement was redesigned to include three in-class sessions and one half-day of service. This presentation will share data and anecdotal evidence that led to this change and how feedback from campus and community partners was utilized.

**Brittany Aydelotte and Megan Teitelbaum, The College of New Jersey (TCNY)**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Community Engagement (CE)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/86784670207***

| Session: 19B | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

## Moving Through: Strategies to Address Resistance toward Adopting Equity-Minded Assessment

This session provides a case study for navigating resistance toward adopting an equity-minded assessment process. Despite extensive literature citing the importance of equity-minded practices for addressing persistent disparities in educational outcomes among underrepresented groups, how to navigate faculty resistance to equity-minded assessment is scarcely mentioned. This session offers practical advice based on strategies used at Northern Illinois University to navigate resistance to incorporating equity-minded practices into program level assessment.

**Therese Arado, Katy Jaekel, Brandon Lagana, Alecia Santuzzi, and Carrie Zack, Northern Illinois University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/84197093269***

| Session: 19C | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Curriculum Mapping for Diversity & Inclusion: A Technical and Reflective Process

Focusing on curriculum as a point of entry for meaningful diversity, equity, and inclusion work, this session offers an overview of a consultative curriculum mapping service. Curriculum Mapping for Diversity and Inclusion is a four-stage process informed by best practices in the fields of teaching & learning and assessment. This session's presenters will highlight the key strategies and core elements of this process, as well as the lessons learned by their experience piloting the service with multiple academic programs.

**Kathleen Landy and Melina Ivanchikova, Cornell University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link:* **https://iu.zoom.us/j/86825868484**

| Session: 19D | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Civic Identity Development in a Critical Service-Learning Context: (De)constructing Identity, Power, and Privilege Using the Civic-Minded Graduate Rubric 2.0

Critical service-learning (CSL) enhances community-engaged service-learning and civic identity development. The Civic-Minded Graduate Rubric 2.0 is a useful tool for assessment that would benefit from further treatment of identity, power, and privilege. In this interactive working session, we will review CSL principles then collaboratively consider a critique of the rubric with the goal of deepening our understanding of its use in CSL contexts. We will conclude the session by discussing ways in which we might use the rubric in our assessment efforts to fulfill the promise of social-justice-oriented civic learning in community engaged contexts.

**Audrey Hudgins, Seattle University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Community Engagement (CE)*
*Zoom Webinar Attendee Link:* **https://iu.zoom.us/j/82520161426**

| Session: 19E | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## What's your SAUCE? Think Community!

Our world is continuously growing based on technology and the advancement of savvy personnel. In order to focus on the current society, it is imperative that we build collaboration within a specific community that ideally deals with like-minded tech professionals future and current. Over the last few decades, cellular devices, iPads, iPods, computers, and most importantly the internet have completely overhauled the way people interact in society and the way educators work in schools.

Our focus of this the presentation will be to deliver our special SAUCE of how we have integrated practices and methods around the next generation of technology professionals in our community and leadership development. Secret sauce" has come to mean that thing that you do that is unique, different, and special. We will be looking at ways that we incorporate, High Impact Practices (HIPS) into our tech-savvy community currently and in the future building; collaboration, development, hands-on experiences, study abroad opportunities and an overall welcoming environment.

In addition, we will talk about how we ensure that our first-year students are advancing in not only their studies but for leadership involvement as well. Our world is continuously growing based on technology and the advancement of savvy personnel. There will be no return to chalkboards and writing letters because technology has changed the way we view a

lot of things. We are here to STAY!

**Trèon D. McClendon and Tiana Iruoje, Indiana University—Bloomington**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: General Education (GE)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/84747079010](https://iu.zoom.us/j/84747079010)

| Session: 19F | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Using New Education Standards to Increase Rigor and Student Summative Assessment of Performance in Level I Fieldwork During COVID-19 Pandemic

The purpose of this session is to discuss the current accreditation standards for graduate occupational therapy standards and the relationship with level I fieldwork summative assessment of student performance in prep for practice. The COVID-19 pandemic is challenging the current climate in fieldwork education and ensuring that summative assessment of student performance is authentic and genuine. Occupational therapy students, academic fieldwork coordinators (AFWC), site coordinators, and fieldwork educators (fieldwork stakeholders) are having to be flexible and collaborate in designing fieldwork education experiences. This is especially true for the development of non-traditional (not on-site) level I fieldwork experiences until the pandemic is neutralized.

**Julie Bednarski, Annie Derolf, and Jayson Zeigler, IUPUI**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/88578464075](https://iu.zoom.us/j/88578464075)

| Session: 19G | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

## Building HIPs from the Beginning: Why and How

One of the biggest challenges for higher education leaders, faculty, and staff is finding the time and energy to stay on top of the new innovations and changes impacting teaching and learning. We will share an overview of the most relevant trends and strategic initiatives tied to equity and High-Impact Practices. Our interactive presentation will provide practical implementation steps, assessment plans, persistence and retention data, and a realistic/pragmatic plan for getting a HIP program started at your institution. We will share lessons learned and provide opportunities for interaction through a digital format. Think ENERGY, FUN & ready to implement tools!

**Jo-Ellen Becco and Patricia Diawara, Pikes Peak Community College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link:* [https://iu.zoom.us/j/89216294875](https://iu.zoom.us/j/89216294875)

| Session: 19H | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### The HIP Section of a First-Year Seminar

In this session, we will explore the curriculum of a First Year Seminar Course centered on High-Impact Practices called: University Perspectives: "The HIP Section." The course was first taught in the Fall 2020 semester in a remote setting employing an undergraduate chat moderator. The purpose of the course was to introduce students to HIPs and guide them to participate in various HIP activities on our campus. At the conclusion of the class, students presented ePortfolios. During this session, student evaluations, retention, and success data will also be explored.

**Deborah Korth, Cole Campbell, Amy Marek, and Leonardo Vasquez Lazo, University of Arkansas**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88695135648*

| Session: 19I | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Impacting a High-Impact Practice: How Are Librarians Teaching and Assessing First-Year Instruction?

First-year seminars are a high-impact practice routinely involving librarians teaching Information Literacy concepts, benefiting students as they progress through college. While there are many case studies about what librarians teach and assess at the first-year, it can be hard sometimes to discern the commonalities. For example, how do librarians regularly assess student learning? What concepts are commonly taught? This presentation reports the results of a survey which sought to determine how and what librarians are teaching and assessing at the first-year. Results can help inform individual teaching as well as larger discussions about librarian involvement in first-year instruction.

**Sara Lowe, IUPUI**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84576708378*

| Session: 19J | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Social Media and Assessment: Education, Engagement, and Disruption

Social media is a technology that can't be ignored by anyone working in higher education and student affairs. Too often, we use it as a one-way tool for promotion, but it can also be a window into culture, climate, and change over time. Join us to learn more about social media, the data it can collect, and how to create an engagement and learning assessment strategy for social media at your institution.

**Lesley D'Souza, Western University; and Joseph D. Levy, National Louis University**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Use of Technologies in Assessment (UT)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82653179496*

| Session: 19K | | Wednesday, October 27, 2021 | |
| --- | --- | --- | --- |
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Implementing and Assessing a Major Curricular Overhaul in an Uncertain and Rapidly Changing Environment

Major redesign of curricular content and programmatic delivery approaches typically takes several years of planning by college personnel in order to ensure quality in the revision. External factors related to both the COVID-19 pandemic and accreditation triggered an ultra-rapid revision process, beginning in March of 2020 with a new curriculum rolling out in Fall 2020. Principles of agile project management and design thinking were used in iterative cycles of piloting, assessment, and improvement to inform the rapid changes. Herein, we discuss the full-circle assessment process that determined the needed revisions and evaluation of the curriculum implemented.

**Paul Fina and Edward Ofori, Chicago State University College of Pharmacy**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83576807788*

| Session: 19L | | Wednesday, October 27, 2021 | |
| --- | --- | --- | --- |
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Developing Student Critical Thinking through Higher-Order Questioning (HOQ)

In this highly interactive session, participants will use general question prompts provided by the facilitator to develop their own content-specific higher-order questions. Participants will explore each of the five components of AAC&U's Critical Thinking rubric to guide the questioning process. Research has shown that Higher-Order Questions (HOQs) require advanced cognitive demand and help students develop critical thinking skills. Higher-Order Questions (HOQs) are questions that students cannot answer with a yes or no response or by providing information quoted from a textbook. Participants will leave this session with actual questions that they can take back and use with their students.

**Simeco A. Vinson, Georgia College & State University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82683255194*

| Session: 19M | | Wednesday, October 27, 2021 | |
| --- | --- | --- | --- |
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### A Collaborative Approach to Preparing Learners with Digital Skills for the 21st Century Workforce

As post-secondary programs engage learners in the wake of COVID-19, 2021 has become a year for skills-driven hiring. Greater Washington Partnership (GWP) is a civic alliance of CEOs dedicated to making the National Capital Region – from Baltimore to Richmond – the most economically dynamic region to live, work, and grow. In 2018, GWP launched Capital CoLAB ("Collaborative of Leaders in Academia and Business") a network of 24 higher-education institutions including the University of Maryland, Baltimore County. Listen in to their strategic assessment plan aligned to skills essential to employers using Comprehensive Learner Record (CLR) with ed tech leader AEFIS.

**Sherri N. Braxton, Bowdoin College; Suzanne Carbonaro, AEFIS; and Deb Hodge, Greater Washington Partnership, Capital CoLAB**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education (SE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83996469889*

| Session: 19N | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

### Adapting Assessment Practices to Continue Engaging Student Voices During the Pandemic: Virtual Focus Groups as a Viable Option

Academic year 2020-2021 provided assessment challenges due to the pandemic and corresponding adjusted-learning environments. Previous face-to-face focus groups conducted by a team of trained undergraduate students to gather student voices were no longer a feasible, safe option. This session will discuss how one institution adapted their student focus group process to meet the needs of a more virtual environment. During this session, we will discuss lessons learned, strategies for adapting assessment practices to meet challenging times, and future implications. We also will review how to conduct virtual focus groups.

**Jessica M. Turos, Bowling Green State University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/83850235023*

| Session: 19O | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

### Putting the Learner-Centered Approach to the Co-Curriculum Model into Action

The Learner-Centered Approach to the Co-Curriculum Model allows student affairs practitioners and co-curricular educators—along with their respective units—to place learning at the center of their work, which ultimately ensures alignment among learning goals, interventions, and assessment methods. This integrated model of the scholarship of teaching and learning with student affairs practice will ultimately contribute to richer and more measurable learning for students in postsecondary education. This session aims to assist participants by providing a brief overview of the Learner-Centered Approach to the Co-Curriculum Model and then devoting time to focus on practical applications and considerations for practitioners and leaders.

**Kara L. Fresk, Lion Leadership, LLC; Caleb J. Keith, IUPUI; and Hannah Keith, Zeta Tau Alpha Fraternity**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/89318672771*

| Session: 19P | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **1:30 PM - 2:30 PM** | **12:30 PM - 1:30 PM** | **11:30 AM - 12:30 PM** | **10:30 AM - 11:30 AM** |

### Democracy and Assessment: Building A Better Future

This session provides space for assessment practitioners to explore the relationship between assessment and democracy while engaging in dialogue on the history of assessment and consider alternative assessment conceptions to assessing democratically-related learning outcomes beyond civic engagement. Building upon the work begun in a four-part webinar series exploring democracy and assessment, re-imagining democratically focused learning outcomes, and re-thinking means to assess those outcomes, this session provides an update and entry point to the conversation on how assessment can proactively support a Democratic society.

**Natasha Jankowski, New England College; Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign; and Institutional Representatives; Ereka Williams, Winston-Salem State University; Michael Seelig, CUNY-Medgar Evers College; and Divya Bheda, Examsoft**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: NILOA (NI)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/87387492372*

| Session: 19Q | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**Connecting Assessment to Learning Improvement at Scale**

This session highlights resources that connect assessment with learning improvement. Attendees will discover key readings, the Learning Improvement Community, and an intense team-based professional development opportunity.

**Keston H. Fulcher and Bill Hawk, James Madison University; and Monica Stitt-Bergh, University of Hawai'i at Mānoa**

*Presentation Type: 60-Minute Sponsor Session - Center for Assessment and Research Studies (CARS) - James Madison University*

*Audience Level: Intermediate*

*Primary Track: Assessment Methods/Learning Improvement (AM/LI)*

*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82606807429*

| Session: 19R | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**From Convocation to Commencement: Connecting the Student Experience to Drive Outcomes and Assessment**

Temple University has been undergoing a campus-wide digital transformation to promote student engagement across the campus. In partnership with Suitable, Temple constructed a new strategic vision for their student experience; one that provides a roadmap for students to succeed at TU and beyond, starting at convocation and guiding students all the way through commencement. This new student experience is called Temple Together and it began with a focus on the first year experience for new students. It is designed to be more accessible, inclusive, and be available in virtual/hybrid formats. We welcome your participation to hear how this institutional evolution has been going and where it's headed.

**Betsy Leebron Tutelman and Jennifer Ibrahim, Temple University; and Mark Visco, Jr., Suitable**

*Presentation Type: 60-Minute Sponsor Session - Sponsored by Suitable*

*Audience Level: Intermediate*

*Primary Track: Assessment Methods / Student Affairs and Co-Curricular Programs and Services (AM/SA)*

*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87595521327*

| Session: 19S | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**AEFIS Virtual Sponsor Booth**

Meet virtually with an AEFIS representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448*

| Session: 19T | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**Anthology, Inc. Virtual Sponsor Booth**

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025*

| Session: 19U | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth**

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852*

| Session: 19V | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**Collaboratory Virtual Sponsor Booth**

Meet virtually with a Collaboratory representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81451930665*

| Session: 19W | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**Crowdmark Virtual Sponsor Booth**

Meet virtually with a Crowdmark representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84778016419*

| Session: 19X | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**eLumen Virtual Sponsor Booth**

Meet virtually with an eLumen representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84050295727*

| Session: 19Y | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/88191218955**

| Session: 19Z | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/85051977197**

| Session: 19AA | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Student Opportunity Center Virtual Sponsor Booth

Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/88030075203**

| Session: 19AB | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern Time Zone** | **Central Time Zone** | **Mountain Time Zone** | **Pacific Time Zone** |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

### Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link:*** **https://iu.zoom.us/j/87509975846**

| Session: 19AC | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**Watermark Virtual Sponsor Booth**
Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Watermark](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/81025384811](https://iu.zoom.us/j/81025384811)*

| Session: 19AD | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**Weave Virtual Sponsor Booth**
Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Weave](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/89312175626](https://iu.zoom.us/j/89312175626)*

| Session: 19AE | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 1:30 PM - 2:30 PM | 12:30 PM - 1:30 PM | 11:30 AM - 12:30 PM | 10:30 AM - 11:30 AM |

**Xitracs, by Concord USA, Inc. Virtual Sponsor Booth**
Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Xitracs, by Concord USA, Inc.](#)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/85728963903](https://iu.zoom.us/j/85728963903)*

| Break Session | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 2:30 PM – 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM – 1:00 PM | 11:30 AM – 12:00 PM |

**BREAK SESSION**

# VIRTUAL SPONSOR BOOTHS DURING BREAK

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**AEFIS Virtual Sponsor Booth**
Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [AEFIS](#) .*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/83400527448](https://iu.zoom.us/j/83400527448)*

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

### Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025**

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

### Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852**

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

### Collaboratory Virtual Sponsor Booth

Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81451930665**

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

### Crowdmark Virtual Sponsor Booth

Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84778016419**

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

### eLumen Virtual Sponsor Booth

Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84050295727**

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
| --- | --- | --- | --- |
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

### ExamSoft Virtual Sponsor Booth

Meet virtually with an ExamSoft representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by ExamSoft*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86462390114**

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
| --- | --- | --- | --- |
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

### National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88191218955**

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
| --- | --- | --- | --- |
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

### Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197**

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
| --- | --- | --- | --- |
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

### Student Opportunity Center Virtual Sponsor Booth

Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88030075203**

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
| --- | --- | --- | --- |
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

### Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846**

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**Territorium Virtual Sponsor Booth**

Meet virtually with a Territorium representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by [Territorium](#)*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/83354893505](https://iu.zoom.us/j/83354893505)***

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**Watermark Virtual Sponsor Booth**

Meet virtually with a Watermark representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by [Watermark](#)*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/81025384811](https://iu.zoom.us/j/81025384811)***

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**Weave Virtual Sponsor Booth**

Meet virtually with a Weave representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by [Weave](#)*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/89312175626](https://iu.zoom.us/j/89312175626)***

| Virtual Sponsor Booth | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 2:30 PM - 3:00 PM | 1:30 PM - 2:00 PM | 12:30 PM - 1:00 PM | 11:30 AM - 12:00 PM |

**Xitracs, by Concord USA, Inc. Virtual Sponsor Booth**

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by [Xitracs, by Concord USA, Inc.](#)*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/85728963903](https://iu.zoom.us/j/85728963903)***

| Session: 20A | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Lessons from the Past, Opportunities for the Future:  Findings and Impact of Two 10-Year Retrospectives (1999-2010 and 2010-2020)

Since 1981, the Lang Opportunity Scholarship (LOS) Program selects Swarthmore College students to become Lang Scholars each year. As its central feature, the Program offers each Scholar the opportunity and related funding to conceive, design, and carry out a project that creates a needed social resource and/or effects a significant social change or improved condition of a community in the United States or abroad. The Program was imagined and endowed by Eugene M. Lang '38. In this session, we will share the findings of two 10-year "retrospective" assessments (1999-2010 and 2010-2020) and subsequent program improvements that resulted.

**Jennifer M. Magee, Swarthmore College; and Andrea Taylor, Taylor Consulting, LLC**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Community Engagement (CE)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81371152178*

| Session: 20B | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Culturally Responsive Lens for an Equitable Assessment Cycle

Assessment is about measuring learning for accountability and continuous improvement. However, it can also be a tool for promoting equity by developing culturally responsive assessment, if the goal is to use assessment to improve learning for all students, including the underrepresented populations. COVID19 has accelerated the adoption of online learning. How do we value and insert students' cultural identities and diversity in course design and assessment? How do we do this effectively online? This is a story about an assessment unit that posed these questions to their own practice to reinvent the assessment cycle for equitable assessment, from outcomes to data analysis.

**Rashid Mosley and Mamta Saxena, Northeastern University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81402837489*

| Session: 20C | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Becoming an Aware Assessor: Equity-Centered Assessment in Action

Centering equity in assessment requires assessors to engage multiple stakeholders, perspectives, and methods and be curious and reflective at all stages of the assessment process, from determining outcomes to implementing change. It also requires them to consider their own identity, privilege, and power, using this reflective awareness to foster wise, equity-centered action. This session will explore what it means to be an "aware assessor." Participants will engage in reflective introspection and dialogue to illuminate concrete ways to put equity-centered assessment into practice.

**Danielle Acheampong, University of California-Los Angeles (UCLA); Marilee Bresciani Ludvik, University of Texas Arlington; and Anne Lundquist, Anthology, Inc.**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82718741389*

| Session: 20D | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Emerging from the Shadow of COVID: Assessing Institutional Needs for Instructor Development

As institutions emerge from COVID and lurch toward their new normals, instructors wish to strengthen skills they gained during the pandemic and acquire new ones to teach students whose lives the pandemic upended. In addition, institutions – like UW-Green Bay – wish to address equity issues that have always been around but have gained new urgency. This session will discuss lessons learned from conducting a needs analysis to determine priorities among administrators, instructors, and students to help prioritize the work of the Center for Teaching and Learning. We will also discuss how participants can adapt findings to their campuses.

**Todd Dresser and Luke Konkol, University of Wisconsin-Green Bay**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84369533175*

| Session: 20E | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Using National and Global Ranking Systems to Assess and Benchmark Institutional Performance

This interactive session explores how national and international ranking systems can be used by higher education institutions to assess and benchmark various aspects of international performance. Participants will gain a general understanding of the full breadth and depth of ranking systems (over 20 global ranking systems alone) and their specific indicators, from student outcomes to research citation impact to how environmentally friendly the campus might be. Participants will then brainstorm areas where a national and global comparison would be helpful and gain the tools to navigate ranking systems effectively.

**Mary Quinn Griffin and Molly Watkins, Case Western Reserve University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82318593383*

| Session: 20F | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Pathways to Student Success: Digging into Transfer versus FTIC Student Engagement

This study of 90,000 undergraduate students investigates which co-curricular, extracurricular, pre-entry, and demographic factors contribute to transfer versus first-time freshmen student retention and success at a large, public, research university in the southeast with a high transfer population. It examines which student-level engagement activities, in the library as well as total engagements in academic support and extracurricular activities, of transfer students versus first-time freshmen contribute to student success as measured by year 1 to year 2 retention, cumulative 4-year GPA, and time to graduation. The results help institutions understand what engagements they should emphasize with incoming transfer students.

**Rebecca A. Croxton and Anne Moore, University of North Carolina at Charlotte**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87808509519*

| Session: 20G | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Virtual Poverty Simulation as a High-Impact Practice

The Poverty Simulation is a 3-hour interactive workshop that breaks down conceptions about poverty by allowing participants to step into real life roles, situations, and challenges of low-income individuals. A team of six students in the Honors Core program at the University of West Florida participated in a High-Impact Project that involved converting the in-person experience to a virtual platform. The students: created online webpages, constructed online links and materials, developed operational instructions, and conducted practice sessions with faculty members. The team showcased their project by leading the virtual poverty simulation they developed for about 40 of their classmates.

**Patricia Barrington, Angela Blackburn, Chrystina Hoffman, Susan James, Erin King, Andrea Nelson and Aneta H. Walker, University of West Florida**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/87297472000*

| Session: 20H | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Evaluating the Effectiveness of High-Impact Programs in Student Affairs and Academic Programs with Matched Pair Analysis: University of Utah, Indiana University-Purdue University Indianapolis (IUPUI), and Western Kentucky University (WKU)

The University of Utah (Utah), Indiana University-Purdue University Indianapolis (IUPUI), and Western Kentucky University (WKU) present case studies of how matched pair analysis has been used to evaluate the effectiveness of some of their high-impact programs in student affairs and academic programs. Utah has done this kind of analysis with their academic learning communities and co-curricular programs. IUPUI presents results of matched pair analysis in their residential-based learning communities (RBLCs). Western Kentucky University (WKU) demonstrates this kind of analysis with their study abroad program. The data requirements, techniques, and tools for conducting these analyses are discussed.

**Angela Byrd, Western Kentucky University; A. Sonia Ninon, IUPUI; and Mark E. St. Andre, University of Utah**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82063001365*

| Session: 20I | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Participation in Community College High-Impact Practices Among Underserved Students

Using data from the 2017-2019 Community College Survey of Student Engagement, student participation in 11 High-Impact Practices will be disaggregated by race and ethnicity, along with first-generation and transfer status. This analysis will closely follow the guidelines found in the report, "A Comprehensive Approach to Assessment of High-Impact Practices" published by the National Institute for Learning Outcomes Assessment (NILOA) with partnership from the Association of American Colleges and Universities (AAC&U).

**John Zilvinskis, Binghamton University, State University of New York**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/83316458023*

| Session: 20J | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **3:00 PM - 4:00 PM** | **2:00 PM - 3:00 PM** | **1:00 PM - 2:00 PM** | **12:00 PM - 1:00 PM** |

### Level-Up Your Assessments to Go Beyond Bloom's Taxonomy Using a New Assessment Framework

Measuring student performance has long been a focus of assessment activities in experiential learning, but measuring student performance on objectives is just one way to measure learning and assess the effectiveness of educational assessments. Using an emerging adapted framework, we will show how you can evaluate beyond learner competence on stated objectives, and move toward evaluating impact of the learning experience on self and community, which are both facets of equity minded assessment. Participants will explore the framework's "levels" of assessment and think about how to adapt it to fit their own institutions.

**Sarah K. Jacobs and Kirstin Moreno, Oregon Health & Science University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Emerging Trends in Assessment (ET)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/89090138113*

| Session: 20K | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **3:00 PM - 4:00 PM** | **2:00 PM - 3:00 PM** | **1:00 PM - 2:00 PM** | **12:00 PM - 1:00 PM** |

### Dissolving Blockers: How to Engage and Motivate A Love of Learning

This session focuses on the influences that can block or distract from a student's love of learning. Family, peers, institutions, socio-economic circumstances, and the culture that surrounds students can serve to disrupt their journey. Professor Sean Nixon shares personal stories of dealing directly with education and career blockers and provides tips and strategies for helping students navigate through them. Through audience participation and Q & A, you will leave with a greater understanding of how student engagement and motivation can be blocked by outside influences and the positive role you can play in guiding them back to a love of learning.

**Sean Nixon, SUNY Ulster - Ulster County Community College**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84304847782*

| Session: 20L | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **3:00 PM - 4:00 PM** | **2:00 PM - 3:00 PM** | **1:00 PM - 2:00 PM** | **12:00 PM - 1:00 PM** |

### Assessing for Deep Learning with Universal Design for Learning (UDL)

Since the pandemic forced campus closings, many worry about academic integrity and engaging students from remote locations. Teaching and assessment strategies based on the Universal Design for Learning framework can minimize the chance of cheating while maximizing learning, help ensure that online assessments are authentic and equitable, and help you manage your own and your students' stress levels during these unprecedented times. Participants will discover and practice UDL-inspired instructional strategies and assessment methods that enhance and measure student learning in a way that both engages them and helps them to learn more, and more deeply.

**Mary Ann Tobin, The Pennsylvania State University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81178937527*

| Session: 20M | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### The Case for Grades

Course grades have been widely disparaged as a measure of learning, but what does the evidence say?  In this session we look at the case for and against grades and show that for some institutions, grades can be considered foundational to assessment and should not be ignored. Topics include the specificity of learning outcomes, reliability of grade data, calculating student academic ability and course difficulty, deriving curriculum maps from grades, and examples of improvements found using grade data. The importance of grade data for accessibility and equity are addressed in the context of writing assessment, based on published validity studies.

**David A. Eubanks, Furman University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84538770433*

| Session: 20N | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Engaging Students in Meaningful Assessment: Connections and Communication

The importance of students' role in the development and implementation of assessment has become increasingly prominent in higher education. The advantages of their participation include more meaningful assessment and increased learning for both students and faculty/staff. This session will provide examples of decisions and practices that guide students' development of connections among assessment, curriculum, and pedagogy. In addition, common forms of assessment-related communication between faculty/staff and students can be used to invite student participation in assessment processes and decisions. Both connections and communication can promote student partnerships in assessment and new learning for both students and faculty/staff.

**Amy Driscoll, Portland State University; and Dan Shapiro, California State University,  Monterey Bay**
*Presentation Type: 60-Minute Concurrent Session - Sponsored by Stylus Publishing, LLC*
*Audience Level: Intermediate*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86570188322*

| Session: 20O | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### DQP 3.0: A Look Back in a Move Toward the Future

Over 800 colleges and universities documented the impact and use of the Degree Qualifications Profile (DQP) as faculty and staff assessed student learning, aligned and mapped curriculum, and reviewed educational practices.  This session will review the history of the DQP, discuss how the current DQP 3.0 differs from its predecessors, and include experiences of two institutions who worked with the DQP and their lessons learned. Implications for assessment will be explored as faculty and assessment practitioners continue to enhance student learning and experiences by differentiating the level of learning that takes place at the associate, bachelor's, and master's degree levels.

**Amber Garrison Duncan, Lumina Foundation; and Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign; Paul Gaston, Kent State University & Consultant to Lumina Foundation; Stephanie Poczos, National Louis University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: NILOA (NI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/85351444337*

| Session: 20P | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### VALUE 101

VALUE is a campus-based assessment approach developed and led by AAC&U. VALUE rubrics provide needed tools to assess students' own authentic work, produced across students' diverse learning pathways, fields of study and institutions. We will present the VALUE rubrics and the VALUE ADD tools as Open Educational Resources through an equitable lens with a goal of ensuring students' learning is reflected, and to determine whether and how well students are meeting graduation level achievement in learning outcomes that both employers and faculty consider essential. This session will focus on displaying ways in which faculty, deans, and assessment leaders can utilize these two VALUE resources in their regular assessment process.

**Britt Spears and Hannah Schnieder, Association of American Colleges & Universities (AAC&U)**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by Association of American Colleges and Universities (AAC&U)*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods/Global Learning (AM/GL)*
***Zoom Webinar Attendee Link: SESSION CANCELLED***

| Session: 20Q | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Building a Culture of Community Engagement Through Data: Planning for Success

Advancing a coordinated approach to engagement poised to move the needle on topics of key institutional and community priority requires a strategic approach to data. When done well, institutions can use engagement data to successfully increase understanding of and buy-in for engaged work, advocate for its recognition in promotion and tenure policies, and ultimately develop a broader acceptance of engagement as a key strategy for accomplishing institutional goals. This presentation will share an analysis of how 40+ institutions are actively working to build a culture of engagement through the strategic collection and use of engagement data on their campuses.

**Lauren A. Wendling and Kristin Medlin, Collaboratory**
*Presentation Type: 60-Minute Sponsor Session - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use/Community Engagement (ID/CE)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/87449153148***

| Session: 20R | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### AEFIS Virtual Sponsor Booth

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448***

| Session: 20S | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

### Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025***

| Session: 20T | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth**

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852*

| Session: 20U | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Collaboratory Virtual Sponsor Booth**

Meet virtually with a Collaboratory representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81451930665*

| Session: 20V | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Crowdmark Virtual Sponsor Booth**

Meet virtually with a Crowdmark representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84778016419*

| Session: 20W | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**eLumen Virtual Sponsor Booth**

Meet virtually with an eLumen representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84050295727*

| Session: 20X | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88191218955**

| Session: 20Y | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197**

| Session: 20Z | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846**

| Session: 20AA | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Territorium Virtual Sponsor Booth

Meet virtually with a Territorium representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Territorium*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83354893505**

| Session: 20AB | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

## Watermark Virtual Sponsor Booth

Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811**

| Session: 20AC | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Weave Virtual Sponsor Booth**

Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Weave](https://)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/89312175626](https://iu.zoom.us/j/89312175626)***

| Session: 20AD | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 3:00 PM - 4:00 PM | 2:00 PM - 3:00 PM | 1:00 PM - 2:00 PM | 12:00 PM - 1:00 PM |

**Xitracs, by Concord USA, Inc. Virtual Sponsor Booth**

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by [Xitracs, by Concord USA, Inc.](https://)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
***Zoom Virtual Sponsor Booth Link: [https://iu.zoom.us/j/85728963903](https://iu.zoom.us/j/85728963903)***

| Session: 21A | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**Community Engagement Track Open Discussion Session**

Join the conversation! Conference attendees and presenters are invited to a dialogue with the Community Engagement track leaders to discuss the current state of the field and reflect upon the Assessment Institute. Let's share thoughts, ideas, and paths forward!
**Tony Chase and Kristin Norris, IUPUI; and Jillian Martin, Gephardt Institute for Civic and Community Engagement at Washington University in St. Louis**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginners*
*Primary Track: Community Engagement (CE)*
***Zoom Webinar Attendee Link: [https://iu.zoom.us/j/84792193194](https://iu.zoom.us/j/84792193194)***

| Session: 21B | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

**Using Equity-Focused Rubric Reviews to Motivate and Guide Teaching Innovation**

Peralta Community College District and Stanford's Bioengineering Department have created and used equity-focused rubrics to support review of course design and assessment strategies. Join the presenters as they share the rubrics, the review processes, and examples of courses and assessments that were redesigned to increase learning equity. Participants will discuss equity-related issues that impact how learners show what they know, especially given the effects of ongoing racial injustice and the ongoing COVID-19 pandemic. Moreover, the group will brainstorm how equity-based rubric review can be integrated into their contexts to promote more evidence-based inclusive practice.
**Kevin Kelly, San Francisco State University; and Melissa Ko, Stanford University**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Zoom Webinar Attendee Link: [https://iu.zoom.us/j/89735933929](https://iu.zoom.us/j/89735933929)***

| Session: 21C | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Assessing a Summer Bridge Program: Centering Student Voice and Student Learning

Summer bridge programs (SBPs) are a popular manifestation of institutional investments in student success. Research suggests they are a viable vehicle for supporting diverse minoritized student constituencies (e.g., Black, Latinx, first-generation), however there is a substantial lack of empirical evidence that directly examines student outcomes within these settings. This study used focus groups to promote student-centered assessment and understand the learning experiences of students in a SBP. Findings illustrate students' positive perspective of the program supporting their college transition, academic preparation, and development of social networks. We present implications for research, praxis in support programs, and student-centered approaches to assessment.

**Marjorie Dorimé-Williams and Michael Williams, University of Missouri – Columbia**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/83357650537*

| Session: 21D | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Growing Faculty Capacity for Equity-Centered Program-Level Assessment of Student Learning Outcomes

In fall 2020, the Assessment Team at UC Davis launched a pilot year-long cohort-based coaching program designed for undergraduate academic departments interested in concurrently enacting their commitment to equity in courses and programs; and developing skills to implement (and document) intentional, meaningful, equity-centered, utilization-focused program-level assessment of student learning.

**Ann Glazer, Kara Moloney, and Tiffany Hodgens, University of California, Davis**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/81774541376*

| Session: 21E | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Building an Assessment Ecosystem for Remote and On-Site International Internships

This session will provide an overview of the assessment ecosystem developed for the International Internship Program with the Institute for Study Abroad (IFSA). We'll begin by covering the basic components of an ecosystem, using this as a metaphor for student learning assessment and program evaluation. We'll share some of the assessment tools we developed, key findings from our assessment data, and lessons learned as we developed a remote international internship program. This session will also leave time for Question and Answers, as well as provide space for participants to apply the information to programs at their own institution.

**Andrew J. Young and Valerie Grimsley, Institute for Study Abroad (IFSA)**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/87161454748*

| Session: 21F | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Methods and Resources to Support Graduate Student Learning in Assessment, Evaluation, and Research Courses

Conference participants will learn methods and resources to support graduate students engaged in assessment, evaluation, and research (AER) coursework. This session will present qualitative findings from a study exploring graduate student (n = 43) perceptions of their own AER learning and development, in addition to an overview of the literature on this topic. Participants will consider implications for teaching, syllabus development, and program development in graduate programs focused on teaching research.  Participants will reflect on how the results of the present study impact their own work in teaching and learning related to AER, both personally and professionally.

**Annie Cole, Modern Classrooms Project; and Rebecca Smith, University of Portland**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Graduate/Professional Education (GR)*
*Zoom Webinar Attendee Link:* **https://iu.zoom.us/j/86127423224**

| Session: 21G | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Using Writing to Activate and Assess Student Learning in Gateway Biology During a Global Pandemic

HIP writing-to-learn projects were initially designed and implemented to strengthen student learning using short low-stakes writing tasks to reinforce key concepts. Surprisingly, writing had other unanticipated benefits. Peer review helped to foster community and sense of belonging. These low-stakes assignments also primed students for success on longer writing assignments. Further, collaboration with the campus Student Writing Center helped to build a success cadre for students, to model effective study habits and to reduce faculty workload. Using writing-as-assessment allowed the instructor to regularly monitor student progress and intervene as needed. Resultantly, course retention and student performance were improved.

**Eileen Kogl Camfield, University of California, Merced; Kirkwood Land, University of the Pacific; and NaTasha Schiller, BioAgilytix**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link:* **https://iu.zoom.us/j/86538848978**

| Session: 21H | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Ensuring Equitable Evaluation: Digital Ethics in ePortfolio Assessment

AAEEBL's (Association for Authentic, Experiential and Experience-Based Learning) digital task force produced a set of principles promoting ethical ePortfolio practices for institutions, educators, staff, students, and platform providers. In this session, task force members focus on one such principle, exploring digital ethics in ePortfolio assessment. First, facilitators will situate issues of ethical assessment in ePortfolio practice within the larger framework of the digital ethics principles. Next, attendees reflect on current local assessment practices, guided by stimulus questions that encourage participants to reflect on assessment practice using a framework of equity and digital ethics. Then, attendees exchange ePortfolio assessment strategies in a constructive space. Finally, the session shares crowdsourced suggestions for ensuring equity in ePortfolio assessment practices.

**Amy T. Cicchino, Auburn University; Morgan Gresham, University of South Florida St. Petersburg; Kristina Hoeppner, Catalyst IT; Megan Mize, Old Dominion University; and Christine Slade, The University of Queensland**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/86730768772*

| Session: 21I | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Cultivating a Culture of Evidence

Establishing a culture of evidence has been a goal of many assessment leaders in student affairs divisions regardless of campus type or size. Identifying how this can be accomplished remains a struggle for many. Spurlock & Johnston (2012) developed a rubric that guides assessment leaders in evaluating where their departments/divisions land related to a culture of evidence. The Office of Student Life Assessment and Strategic Initiatives at the University of Tennessee, Knoxville will share tactics any campus can adopt to strengthen the value of assessment by all staff.

**Melissa A. Brown and Noelia Pacheco-Diaz, The University of Tennessee**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/81341006407*

| Session: 21J | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Engagement & Retention in Student Affairs: Exploring Factors of Student Success

The University of North Texas has been collecting data on student interactions, including event attendance and office visits, for approximately ten years. Specific patterns of interest to data analysts and campus leadership are the relationships between student interactions and student success factors, such as retention and GPA. In light of the big data movement, do historical retention theories continue to represent the experiences of our modern, diverse students? Join us as we dive into the data and discuss.

**Shafayat Islam, Sara Hillis Ousby, and Sam Williamson, University of North Texas**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link:* *https://iu.zoom.us/j/82043737690*

| Session: 21K | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Assessing the Higher Education System in the United Arab Emirates (UAE): Online Teaching, Assessments, and Students' Academic Achievement

This research study examines teaching approaches and assessment tools and assesses students' academic success at the higher education institutions in the United Arab Emirates (UAE) during online teaching, as well as students' perception of the transition to online learning and how it relates to students' academic success. A mixed-method research design was adopted to achieve the purpose of this study. Data analysis revealed that the higher education system in the UAE adopted appropriate teaching and assessment approaches to online learning. Furthermore, students who perceived the transition to online learning positively achieved high academic success.

**Nahla M. Moussa, American University in the Emirates**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84033940106*

| Session: 21L | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## The Future Ready Skills Translator: Identifying, Aligning, and Assessing Demand-Led Skills

Mohawk College's Future Ready Skills Translator (FRST) facilitates more precise and rigorous translation of skills expectations to better align college curriculum. Engaging employers, faculty, staff, and students, the FRST process generates custom program, job, or sector-based skills profiles based on the 16 skills represented by the AAC&U's VALUE Rubrics. Within our current research, these profiles serve as the outcomes for skills-based AI simulations, allowing for the authentic demonstration, assessment, and improvement of demand-led skills. This session will provide an overview of the innovative FRST translation process and how a multi-stakeholder collaboration can support iterative curriculum development and embedded skills assessment.

**Pamela Ingleton, Mohawk College of Applied Arts & Technology**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84406890872*

| Session: 21M | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## 'It Is How It Is': Student and Faculty Perceptions of STEM Assessment Practice

Classroom assessment is seldom known to explicitly engage student voice in conception of assessment purpose and use; this is notably so in STEM fields where objectivity of discipline attempts to be reflected in assessment practice. The current study sought to understand the qualitative experience of undergraduate STEM students and professors at a large public university relative to their classroom assessment experience. Semi-structured interviews, classroom observations, and syllabi were collected in order to gauge participant perceptions of power, motivation, and affective reactions to assessment experience. This session will share participant experiences and suggestions for future practice in STEM classroom assessment.

**Manisha Kaur Chase, University of California-Los Angeles (UCLA)**
*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education/Student Partnership and Engagement in Assessment (SE/ST)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/89546381249*

| Session: 21N | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Using Assessment Strategies to Elevate Student Success on Licensure Examinations

Pharmacy and nursing students take NAPLEX and NCLEX licensure exams to demonstrate minimal competency in their chosen field. Parallel assessment mechanisms in both professions help students and programs guide approaches to test-taking, learning and comprehension, and curriculum navigation. The session will discuss a pharmacy program's pathway-to-excellence plan that uses validated progress tests, workshops, and self-awareness discussions sessions. A nursing program's approach requiring students to take a high level of accountability, develop action plans, and develop awareness of course educational outcomes as aligned with the NCLEX outcomes will also be discussed. Assessment strategies, successes, future directions, and challenges will be shared.

**David Fuentes, University of Portland; Rahul Garg, Jeremy Hughes, and Mohd Shahid, Chicago State University College of Pharmacy**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Competency-Based Education and Assessment (CB)*
**Zoom Webinar Attendee Link:** *https://iu.zoom.us/j/87900156707*

| Session: 21O | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Blue is Blue, but Cyan is Not Cerulean: What Test Users Need to Know About Concordances

Universities rely on test score concordance tables to make high-stakes admission decisions, and, yet, misconceptions abound as test users often conflate concordant scores with equated scores. When a university chooses tests and test scores solely based on concordances, they are opening up their institution and admitted students to risks. Using the example of high-stakes English proficiency scores used for admission purposes, presenters will explain how concordances are created and what should be considered before presuming two linked scores can be used interchangeably. Concordances that compare English language tests will be explored with a consideration of their limitations.

**Tony Clark, Cambridge Assessment English; and Misty E. Wilson, IELTS USA**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: General Education (GE)*
**Zoom Webinar Attendee Link:** *https://iu.zoom.us/j/82995894428*

| Session: 21P | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## The Past, Present, and Future of Learning Recognition & Incremental Credentialing in Higher Education

Learning recognition was in an upswing prior to the pandemic, and now, even more, plays a critical role in how we respond to the evaluation of learning and credential attainment. Join us for a discussion where panelists will dive into current issues and trends surrounding learning recognition and incremental credentialing. Additionally, panelists will share a model developed from feedback from the field of how incremental credentialing can address inequities in education and work and meet the needs of the learn-and-work ecosystem (licenses, industry certifications, certificates, badges, microcredentials, etc.).

**Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign; Bitsy Cohn, Senior Consultant; Ashley Frank, Patricia Pillsworth, and Nan Travers, SUNY Empire State College**

*Presentation Type: 60-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: NILOA (NI)*
**Zoom Webinar Attendee Link:** *https://iu.zoom.us/j/85695979268*

| Session: 21Q | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Expanding Professional Learning for Assessment and Improvement

Professional learning in higher education is a precious commodity given shrinking budgets and changes to the higher-ed landscape. To support assessment development efforts, AEFIS and Student Affairs Assessment Leaders (SAAL) are partnering to broaden the scope for assessment professional development nationwide. Together, they're expanding SAAL's "Applying & Leading Assessment in Student Affairs" course and resources to AEFIS Academy - an open online community dedicated to professional learning and networking in assessment, strategic planning, and best practices for teaching and learning. Learn how AEFIS and SAAL collaboration will support those leading assessment activities, and keep higher education leaders current in their work.

### Suzanne Carbonaro, AEFIS; and Joseph D. Levy, National Louis University

*Presentation Type: 60-Minute Sponsor Session - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods / Student Affairs and Co-Curricular Programs and Services (AM/SA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/85779384077*

| Session: 21R | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Will Remote Assessment Ever Replace In-Person?

Recent events have rapidly changed the way we think about remote assessment. What was once revolutionary is becoming commonplace--even as the number of in-person courses return.

Despite growing comfort with newer assessment technologies, educators continue to have questions about the efficacy and security of assessing students remotely. At the same time others are looking for new ways to incorporate the efficiencies gained by technology into the classroom. In this session, we will discuss the pros and cons of in-person vs remote assessment and invite you to share your perspectives on the future of assessment in higher education

### Michelle Caers, Crowdmark

*Presentation Type: 60-Minute Sponsor Session - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Emerging Trends in Assessment/Learning Improvement (ET/LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/85983326012*

| Session: 21S | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### AEFIS Virtual Sponsor Booth

Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83400527448*

| Session: 21T | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Anthology, Inc. Virtual Sponsor Booth

Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/86749788025*

| Session: 21U | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth

Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83232259852*

| Session: 21V | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Collaboratory Virtual Sponsor Booth

Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81451930665*

| Session: 21W | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### Crowdmark Virtual Sponsor Booth

Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84778016419*

| Session: 21X | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

### eLumen Virtual Sponsor Booth

Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84050295727*

| Session: 21Y | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## National Survey of Student Engagement (NSSE) Virtual Sponsor Booth

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88191218955**

| Session: 21Z | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Nuventive Virtual Sponsor Booth

Meet virtually with a Nuventive representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197**

| Session: 21AA | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Student Opportunity Center Virtual Sponsor Booth

Meet virtually with a Student Opportunity Center representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Student Opportunity Center*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88030075203**

| Session: 21AB | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Suitable Virtual Sponsor Booth

Meet virtually with a Suitable representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846**

| Session: 21AC | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **4:15 PM - 5:15 PM** | **3:15 PM - 4:15 PM** | **2:15 PM - 3:15 PM** | **1:15 PM - 2:15 PM** |

## Territorium Virtual Sponsor Booth

Meet virtually with a Territorium representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Territorium*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/83354893505**

| Session: 21AD | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Watermark Virtual Sponsor Booth

Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811*

| Session: 21AE | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Weave Virtual Sponsor Booth

Meet virtually with a Weave representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89312175626*

| Session: 21AF | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 4:15 PM - 5:15 PM | 3:15 PM - 4:15 PM | 2:15 PM - 3:15 PM | 1:15 PM - 2:15 PM |

## Xitracs, by Concord USA, Inc. Virtual Sponsor Booth

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
*Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85728963903*

# 30-MINUTE CONCURRENT SESSIONS
## (20-Minutes for Presentation; 10-Minutes for Discussion)

| Session: 22A | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Integrating New Community Engagement Program Development with Accreditation and Strategic Planning

Implementing a new university-level Community Engagement plan is a complex prospect. This session will describe efforts at Lindenwood University to transition informal community engagement activities across an institution into a consolidated, long-range initiative. Among other barriers and challenges addressed, integrating a community engagement strategy, identity, and program into existing strategic planning and accreditation activities is key to sustainable success. During this session, we will describe these barriers and discuss integrated planning elements, collaborative efforts, and creative problem-solving measures designed to overcome these initial challenges.

**Michael Leary, Lindenwood University**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Community Engagement (CE)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/85809007062***

| Session: 22B | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### The SEID Project: Using Data to Evaluate Student Equity, Inclusion, and Diversity Outcomes in the Academic Classroom and Across Programs

The Student Equity, Inclusion, and Diversity Project was launched at Maryland Smith in Fall 2019 in response to anecdotal evidence of student inequity the academic classroom. Supported by the Office of Transformational Learning, student interns applied their research, critical thinking, and data analysis skills to systematically examine existing – and collect new – data to identify opportunities for improving instructional and assessment practices in the classroom and across programs. This presentation will share the design, implementation, and process of launching the project, lessons learned, and next steps. Attendees will leave the session with a framework and toolkit to adapt at their own institutions.

**Leslie Lindsey and Katish Sussman, Robert H. Smith School of Business, University of Maryland**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Zoom Webinar Attendee Link: CANCELLED***

| Session: 22C | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Under-Represented Minority (URM) Application Completion: Using Data to Reveal Opportunities to Improve Equity in Higher Education Admissions

After implementing a new Data Reporting model, the Division of Graduate Studies at SUNY Oswego found disparities in the number of URM (under-represented minority) applicants who successfully complete their graduate school applications compared to their non-URM counterparts. A survey was developed to find root causes for these disparities, and updated application fields were implemented to collect more demographic data about all prospective students. This session will address our findings in completion rates, summarize our survey responses, and highlight the resulting efforts made to improve equity for URM applicants.

**Christine Clay, SUNY Oswego**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82925325949*

| Session: 22D | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Ensuring Quality: A Faculty-Driven Rubric Project

The impetus to update our University's rubrics was driven by a change in our LMS. As such, we thought it prudent to also use it as an opportunity to improve rubric quality. Our online University is composed of seven schools and each school was given the latitude to approach this project as they deemed best. Using a standard rubric template and best practices, each School used these tools to develop their processes for revising the rubrics. In this presentation we will discuss the School of General Education's faculty-driven, cross-disciplinary approach in planning, management, faculty training, and review.

**Celine Hall and Kathy Ingram, Purdue University Global**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84779304124*

| Session: 22E | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Improving Student Learning through Integration of Successful Assessment Practices Implemented at Japanese Universities

Would you like to improve student learning through integration of successful assessment practices implemented at Japanese universities? This presentation will explore enhanced management of teaching and learning through the application of Japanese higher education policies on visualization and assessment of student learning outcomes. The authors will illustrate the state of assessment practices across Japan as well as cases of degree- and institutional-assessment for improvement of student learning at Japanese universities. The authors will then elucidate the connection between assessment in Japan and the US and help participants reflect on their assessment practices from the lens of Japanese practices.

**Satoshi Ozeki, Asahikawa Medical University; Toru Hayashi, Kanazawa University; and Yugo Saito, Niigata University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Global Learning (GL)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84514385680*

| Session: 22F | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Certificates and Assessment: A Link Between Student Learning and Industry Credentials

As more graduate programs rely on certificate options, there is a growing need to assess student learning, particularly in those certificates that build toward industry credentials or certification in a given field or discipline. Lewis University has collected assessment data and tracked student learning in a certificate program as it compares to effectively achieving desired industry credentials. Data and implications will be shared from the Certificate in Professional and Executive Coaching, which aligns directly with the ICF (International Coaching Federation) core competency model for the coaching industry. Assessment of certificate programs is an important factor in a thorough assessment process.

**Sheila Boysen, Michael Cherry, and Lesley Page, Lewis University**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Graduate/Professional Education (GR)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/83666064361*

| Session: 22G | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Using HIPs to Study HIPs: Designing and Implementing a Student-Centered and –Led Assessment Project

High-impact practices (HIPs), like Undergraduate Research Experiences (URE), are linked to a range of educational benefits, especially for first-generation students, students of color, and those from low-income backgrounds. Mentorship is critical to UREs, yet details about mentorship models at Minority-Serving Institutions are limited. As such, faculty mentors may implement pedagogies and approaches based on a deficit perspective, especially when working with minority and underrepresented student populations. This presentation describes a multi-disciplinary, multi-methods student-centered and –led assessment project that utilizes the community cultural wealth framework (Yosso, 2005) and the participatory research approach to study HIPs at a large state institution with one of the most diverse student populations in the United States.

**Kimberly R. Kelly, Claudia M. Lopez, Claudine Maloles, Beth Manke, and Christie Nolasco, California State University, Long Beach**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/82655841409*

| Session: 22H | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Utilizing Online Teaching Strategies to Improve Student Outcomes

Learning science principles were used to modify a large asynchronous medical terminology course and student outcomes were assessed. This prospective, quasi-experimental study included consenting students in the experimental (n=288) and control (n=217) courses. Overall design, size, and assessments were held consistent. Outcomes included grades, satisfaction, and engagement. Students in the modified course had significantly higher course grades and satisfaction. There were no between-course differences for summative exam scores or engagement. Without changing major elements of the course, modifications based on learning science resulted in improved student outcomes. Future research should focus on using modifications preparing students for summative assessments.

**Kimberley S. Scott, The Ohio State University**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/82371971113*

| Session: 22I | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Implementation and Impact of a Value Intervention in an FYE Course**

Nashville State Community College collaborated with the University of Virginia's Motivate Lab to implement a value affirmation intervention in our FYE course in fall 2019. We reached over 600 students in over 60 sections of the on-ground course. We continued our collaboration in 2020-21, by developing a virtual version of the intervention. Session participants will role-play a shortened version of the intervention and then see the qualitative data (pre- and post-mindset surveys) and qualitative data (reflection coding results) from our fall 2019 study. We hope our experience will help you consider value interventions in your HIPs.

**Jessica Rabb, Nashville State Community College**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: HIPs in the States (High-Impact Practices, including ePortfolios) (HP)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/81503736892*

| Session: 22J | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Preparing Educators to Assess Co-curricular Learning in Virtual Environments**

At our institutions, students learn much from co-curricular activities, such as internships, community service, and other learning communities. In this session, we describe our approach to helping co-curricular educators develop assessments that document student learning, improve students' experiences, and showcase their successes. We will outline our methods, which focus on learning assessment techniques that are tailored to the virtual environment, easy to implement, offer immediate insights, and avoid survey fatigue. We will demonstrate several activities that we have used with co-curricular educators and discuss how you can apply these techniques to your own context.

**Suzanne Horwitz and Katherine Simeon, Northeastern University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/89006148626*

| Session: 22K | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Degree of Difference: What Do Learning Outcomes Say About Higher Education?**

Students enter college with the expectation they will know and do more when they leave than when they arrived—and learning outcomes should define that change. An analysis of 15,000 learning outcomes sought to determine if there is a meaningful difference between learning experiences at various institutions and programs. We'll discuss the impact of the results and offer action steps.

**Annemieke Rice and Matt Jackson, Anthology, Inc.**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Learning Improvement (LI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/84855124310*

| Session: 22L | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## A Milestone Model for Faculty Involvement in Outcome-Based Education

The Department of Defense (DoD) recently released policy guidance outlining a six-step milestone framework to implement outcomes based (military) education at DoD education institutions. Our institution is implementing this milestone approach, based on annual and biennial report templates providing evidence for external and internal stakeholders of compliance and effectiveness with regard to quality delivery of education and student achievement of mission-driven Program Level Outcomes. Our current emphasis is aimed at creating a structure for broad-based faculty involvement in preparation for this new process and subsequently in the design, delivery, and implementation of course and program learning outcomes.

**Robert Antis and Ilaria De Santis, Joint Forces Staff College**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/83618327791*

| Session: 22M | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## Cultivating Future Food System Leaders:  Optimizing the Quality of an Applied STEM Capstone Field Experience

Capstone course field experiences can provide students with rich opportunities to consolidate learning, gain real world experience, and demonstrate program learning outcomes. But how do we ensure that we are optimizing the potential of these capstone experiences for students as well as project partners? This presentation focuses on an applied STEM capstone course for majors in Agricultural Food Systems (AFS) at Washington State University. The presenters will share how the use of assessment results and research evidence has informed continuous improvement in the applied capstone and AFS curriculum and will share strategies for implementing these practices.

**Holly E. Henning, Washington State University**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education (SE)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/89672271415*

| Session: 22N | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## Developing Students' Emotional Intelligence through Self-Initiated Portfolio Assignments

Emotional intelligence (EI) is important for students and professionals. Portfolio assignments requiring self-identified strategies to enhance EI were used in a pharmacy program. EI changes (Emotional Intelligence Appraisal tool) from the first to third professional years were determined. Each semester, students (two class years, N=136) identified three personal improvement strategies to implement.  Improvement in EI scores were significantly related to activities implemented. For successful implementation of all activities, 73% to 94% improved their score in that area; with failure to implement any strategies, 73% to 88% had a score decrease. Targeted portfolio activities can help develop EI skills in graduates.

**Marie A. Abate, West Virginia University School of Pharmacy**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Partnership and Engagement in Assessment (ST)*
***Zoom Webinar Attendee Link:*** *https://iu.zoom.us/j/85891699983*

| Session: 22O | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Earning Faculty Buy-In with SAME (Simplify, Automate, Motivate and Educate)

One fundamental challenge of assessing general education is earning faculty buy-in for the process. Failure to achieve this buy-in has a range of negative consequences. This challenge can be addressed by SAME: Simplification of the GENED assessment process, Automation of the GENED assessment process, Motivation of the faculty involved in the process and Education of the involved faculty.

**Michael LaBossiere, Florida A&M University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Faculty Development (FD)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/86335351030*

| Session: 22P | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### Using Evidence-Based Storytelling to Better Tell Your Institutional Assessment Story

A focus on evidence-based storytelling can position assessment professionals to better tell institutional assessment stories using evidence of student learning specific to institutional context and audience. Join us as we define and discuss evidence-based storytelling as a means to use evidence from assessment to foster institutional change, advance learning, and create arguments about the effectiveness of learning experiences within institutions of higher education. To assist institutions in the practice of sharing assessment data, we will also review a Toolkit that utilizes a collaborative, field-tested peer review process to meet current accountability and transparency demands.

**Gianina Baker, National Institute for Learning Outcomes Assessment (NILOA) and University of Illinois Urbana-Champaign; and Natasha Jankowski, New England College; Cindy Cogswell, Ohio University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Advanced*
*Primary Track: NILOA (NI)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/82621812755*

| Session: 22Q | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

### How Visual Co-Curricular (Learning) Records Promote Metacognitive Outcomes

Students experience a wide range of learning moments through curricular and co-curricular learning in college. Visual records can prompt students to recall details of their experiences, such as learning outcomes, when preparing to succeed in a job interview or apply for graduate school. Students translate information from visual records into a compelling narrative, and do so in different ways. We present results from a survey and follow-up interviews with 5 students from 2 universities that use visual records. The findings show how different metacognitive processes lead to demonstrations of integrated learning. Nuances provide insights for postsecondary educators in all sectors.

**Bill Heinrich, Orbis; and Patrice Ludwig, James Madison University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Student Affairs and Co-Curricular Programs and Services (SA)*
*Zoom Webinar Attendee Link: https://iu.zoom.us/j/88043187875*

| Session: 22R | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Preserving Leadership during COVID-19: The Use of Kirkpatrick's Evaluation Model to Analyze the Impact on Behavior and Results of a Leadership Program**

Nowadays, because of globalization, continuing leadership education is critical for fostering leadership skills among employees to communicate, motivate, and lead during a crisis (Udin et al, 2019). However, based on the number of resources spent on training, evaluation becomes imperative for organizations (Ely et al., 2010). Consequently, organizations need to confirm that the training provides their employees with the change of behavior and performance results to support organizational goals. This article analyzes the evaluation process of Shafer Leadership Academy and makes recommendations for identifying the impact of the training on the behavior and results of participants using Kirkpatrick's evaluation model.

**Luis Eduardo Orozco, Ball State University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment in Online Courses and Programs (AO)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/87227332505***

| Session: 22S | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Designing, Delivering, and Evaluating a HIP Capstone Course for Senior Undergraduate Instructional Design and Technology Students**

This presentation will describe the process for designing, delivering, and evaluating a HIP capstone course for senior undergraduate IDT students. The capstone course enabled students to demonstrate their mastery of the Instructional Design and Technology knowledge, skills, and abilities they had developed during their academic program. Students were led through an authentic learning experience to solve a performance improvement project for a "real client" and develop their e-Portfolio. Students were empowered to work collaboratively with the client during the course and given the opportunity to showcase their analysis, design, critical thinking, problem solving, communication, collaboration, planning, and evaluation skills.

**Holley L. Handley and Tony Tolson, University of West Florida**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Competency-Based Education and Assessment (CB) /HIPS in the States (HP)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/81565499418***

| Session: 22T | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Preparing for a Successful Accreditation Visit: Tangible and Adaptable Planning Procedures**

This presentation takes theoretical approaches and links them to practical initiatives for planning and preparing institution-level accreditation materials for review. Research suggests more than 30% of lost time in project management is attributed to wasteful techniques, poor planning, lack of prioritization, or unrealistic expectations. This session seeks to mitigate these barriers by presenting tangible tactics and planning strategies shown to improve efficiencies and complete tasks. Participants will emerge with procedures and key strategies directly related to their institutional accreditation planning needs.

**Taylor Boyd and Anca Enache, Grand Valley State University**
*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Accreditation (AC)*
***Zoom Webinar Attendee Link: https://iu.zoom.us/j/85005749000***

| Session: 22U | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**AEFIS Virtual Sponsor Booth**
Meet virtually with an AEFIS representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by AEFIS*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/83400527448

| Session: 22V | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Anthology, Inc. Virtual Sponsor Booth**
Meet virtually with an Anthology, Inc. representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Anthology, Inc.*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/86749788025

| Session: 22W | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Center for Assessment and Research Studies (CARS) - James Madison University Virtual Sponsor Booth**
Meet virtually with a Center for Assessment and Research Studies (CARS) - James Madison University representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Center for Assessment and Research Studies (CARS) - James Madison University*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/83232259852

| Session: 22X | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Collaboratory Virtual Sponsor Booth**
Meet virtually with a Collaboratory representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Collaboratory*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/81451930665

| Session: 22Y | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| *Eastern* Time Zone | *Central* Time Zone | *Mountain* Time Zone | *Pacific* Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

**Crowdmark Virtual Sponsor Booth**
Meet virtually with a Crowdmark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Crowdmark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link:** https://iu.zoom.us/j/84778016419

| Session: 22Z | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**eLumen Virtual Sponsor Booth**

Meet virtually with an eLumen representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by eLumen*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/84050295727**

| Session: 22AA | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**National Survey of Student Engagement (NSSE) Virtual Sponsor Booth**

Meet virtually with a National Survey of Student Engagement (NSSE) representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by National Survey of Student Engagement (NSSE)*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/88191218955**

| Session: 22AB | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**Nuventive Virtual Sponsor Booth**

Meet virtually with a Nuventive representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Nuventive*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85051977197**

| Session: 22AC | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**Suitable Virtual Sponsor Booth**

Meet virtually with a Suitable representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Suitable*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/87509975846**

| Session: 22AD | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| **Eastern** Time Zone | **Central** Time Zone | **Mountain** Time Zone | **Pacific** Time Zone |
| **5:30 PM - 6:00 PM** | **4:30 PM - 5:00 PM** | **3:30 PM - 4:00 PM** | **2:30 PM - 3:00 PM** |

**Watermark Virtual Sponsor Booth**

Meet virtually with a Watermark representative and learn how they can help your institution.
*Presentation Type: Virtual Sponsor Booth - Sponsored by Watermark*
*Audience Level: Intermediate*
*Primary Track: Virtual Sponsor Booth*
**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/81025384811**

| Session: 22AE | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## Weave Virtual Sponsor Booth

Meet virtually with a Weave representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Weave*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/89312175626**

| Session: 22AF | | Wednesday, October 27, 2021 | |
|---|---|---|---|
| Eastern Time Zone | Central Time Zone | Mountain Time Zone | Pacific Time Zone |
| 5:30 PM - 6:00 PM | 4:30 PM - 5:00 PM | 3:30 PM - 4:00 PM | 2:30 PM - 3:00 PM |

## Xitracs, by Concord USA, Inc. Virtual Sponsor Booth

Meet virtually with a Xitracs, by Concord USA, Inc. representative and learn how they can help your institution.

*Presentation Type: Virtual Sponsor Booth - Sponsored by Xitracs, by Concord USA, Inc.*

*Audience Level: Intermediate*

*Primary Track: Virtual Sponsor Booth*

**Zoom Virtual Sponsor Booth Link: https://iu.zoom.us/j/85728963903**

# Pre-Recorded Sessions

Because the Assessment Institute offered complimentary registration and a virtual engagement for its 2021 program, we received a record number of session proposals.  To be as inclusive and accommodating as possible—especially during these challenging times—we invited several presenters to consider pre-recording their session and making their content available to 2021 Assessment Institute attendees *prior* to this year's event, held virtually October 24-27, 2021.  These pre-recorded sessions complement the more than 300 presentations taking place live during the 2021 Assessment Institute.

Please click on one of the below sessions to view the recordings.  Several presenters have also provided handouts to accompany their session.  If you have questions for the presenters, please contact them directly using their contact information provided at the end of their presentation.

| *Session: 01PR* | *Pre-Recorded Session* |
|---|---|

### Academic Program Review (APR): Meeting the Needs of our Institution and Our Academic Units

The University of New Mexico has recently transformed our APR process with institutional input that includes an internal assessment plan of our processes and services, an external survey with our constituents, steering committee oversight, and academic affairs initiatives. We would like to share and discuss the successes and lessons learned as we have navigated these changes. This includes logistical coordination, data centric reviews, campus involvement, impact of  PR's, messaging, feedback, and meeting HLC requirements.

**Samuel Hatch and Julie Sanchez, University of New Mexico**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Assessment Methods (AM)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_94kmxnga*

| *Session: 02PR* | *Pre-Recorded Session* |
|---|---|

### Putting the AIR-EDUCAUSE-NACUBO Joint Statement on Analytics into Practice

Three higher education associations (AIR, EDUCAUSE, and NACUBO) crafted a Joint Statement on Analytics, a call-to-action to higher education leaders that describes the urgency of a collaborative analytics approach and outlines guiding principles for heightening analytics' role in an institution's strategic efforts. This session will present the Statement and help participants develop ideas for collaboratively moving analytics forward at their own institutions.

**Christine Keller, Association for Institutional Research (AIR); Keith McIntosh, University of Richmond; Jason Simon, University of North Texas; and Orkun Toros, University of Texas at Dallas**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Advanced*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_mnmzg1t8*

| Session: 03PR | Pre-Recorded Session |
|---|---|

### An Assessment Story: The Common Liberal Arts Experience, Debunking a Misconception

The common liberal arts experience, in the form of general education programs, is an essential feature of American universities. While most educators value general education, many students do not. Students view general education requirements as interfering with their major requirements. We aim to set the story straight using assessment records — is there a disconnect between general education and academic programs? We examined the learning outcomes of the general education program at a liberal arts university and cross-examined them with the learning outcomes of all undergraduate programs. Results will be presented, debunking the misconception, in a compelling assessment story.

**Daigo Blanco-Murakoshi, Brian Leventhal, and Yelisey A. Shapovalov, James Madison University**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: General Education (GE)*
*Pre-Recorded Session Link:* [https://iu.mediaspace.kaltura.com/media/t/1_aoeit7py](https://iu.mediaspace.kaltura.com/media/t/1_aoeit7py)

| Session: 04PR | Pre-Recorded Session |
|---|---|

### An Institutional Model to Advance Use of Existing Student Data: A Review of the Student Data Insights Strategy Team

Assessment professionals often face challenges of information siloes and lack of purposeful use of existing data. An innovative Student Data Insights Strategy Team was used to leverage existing research and data across departments and develop tailored, action-oriented recommendations to improve student outcomes. Organized on the theme of supporting low-income students and COVID-19's disruptions, the multi-department strategy team utilized institutional data and follow-up focus group insights to host equity-minded discussions with faculty, staff, and administrators.  This session shares methods and best practices for implementing multi-departmental strategy teams to improve data use and equity-minded approaches that reduce siloes and support student success.

**Lucas Schalewski and Kendra Thompson-Dyck, University of Arizona**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:* [https://iu.mediaspace.kaltura.com/media/t/1_ecgilo8o](https://iu.mediaspace.kaltura.com/media/t/1_ecgilo8o)

| Session: 05PR | Pre-Recorded Session |
|---|---|

### An Integrative, Multi-Method Approach to Curriculum Redesign

Presenters will outline a comprehensive model for intensive program and course curriculum redesign. A multi-method process used to integrate program and institutional assessment outcomes into revised undergraduate curricula are highlighted. Approaches to ensure alignment between a traditional, face-to-face format and an accelerated, online format throughout the redesign process and beyond are also provided. This documented procedure helps ensure that improvement occurs without compromising quality of curriculum or consistency between delivery formats. The curriculum produced as a result of this approach is fresh, rigorous, and aligned between traditional and online formats. Curriculum and development managers will benefit from learning these strategies.

**Dana Hirn Mueller and Julie M. Luker, Concordia University, Saint Paul**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:* [https://iu.mediaspace.kaltura.com/media/t/1_db02pkic](https://iu.mediaspace.kaltura.com/media/t/1_db02pkic)

| Session: 06PR | Pre-Recorded Session |
|---|---|

### Applying Learning Science and Machine Learning to Close Equity Gaps and Improve Career Readiness

In this interactive presentation, we explain how equity gaps can be closed and career-readiness improved by applying learning science to the design, delivery, and assessment of low-cost, easy-to-administer micro-interventions that can be embedded into existing in- and out-of-class online and face-to-face offerings. We will share machine learning analytic as well as some other assessment methodology successes and failures from two different HSIs. In these examples, participants will be able to critique applied learning science theory as it relates to selected assessments, as well as the methodology used to connect this work to institutional performance indicators. Additional educators contributing to this presentation are Lisa Nagy, Ashley Perguson, Catherine Robert, and Mitchell Strahlman from the University of Texas Arlington, as well as Sandy Kahn, Lisa Gates, and Robyn Saiki from San Diego State University.

**Henry Anderson, Marilee Bresciani Ludvik, Kimshi Hickman, Danielle Klein, Amanda Olsen, Catherine Roberts, Pete Smith, University of Texas Arlington; Nina Potter and Stephen Schellenberg, San Diego State University; and Shiming Zhang, University of Texas Houston Medical School**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Advanced*
*Primary Track: Emerging Trends in Assessment (ET)*
*Pre-Recorded Session Link:* [*https://iu.mediaspace.kaltura.com/media/t/1_lo3uqcuu*](https://iu.mediaspace.kaltura.com/media/t/1_lo3uqcuu)

| Session: 07PR | Pre-Recorded Session |
|---|---|

### ArgoNurse Peer Mentoring Program HIP

The ArgoNurse Peer Mentoring Program is a near-peer mentoring program. Senior nursing students are paired with incoming junior nursing students (dyads). Mentor/Mentee dyads are also assigned to a faculty mentor (triad) for support and trouble shooting. The mentoring program aims to provide the mentoring dyad with a mentoring toolkit; mentor/mentee training, and faculty mentors to support a positive transition to nursing school and to foster meaningful connections between junior and senior ArgoNurses. This program is designed to enhance an overall positive collegiate experience through engagement in diverse activities that foster cognitive and psychosocial development.

**Angela C. Blackburn, Brandy Strahan, Tina Taylor, and Karen White Trevino, University of West Florida**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: General Education (GE)*
*Pre-Recorded Session Link:* [*https://iu.mediaspace.kaltura.com/media/t/1_5jrd1qrz*](https://iu.mediaspace.kaltura.com/media/t/1_5jrd1qrz)

| Session: 08PR | Pre-Recorded Session |
|---|---|

### Assessing Affective Learning Outcomes in Online Environments

The Griffith University Affective Learning Scale (GUALS) developed by Rogers et al. (2018) was used to assess online course data. This session will incorporate assessment data from two online cohorts of doctoral students and a professional certification MOOC. As recent politically-charged events have demonstrated, higher education institutions cannot afford to continue graduating and certifying valueless leaders. This presentation responds to research calls from Hansen, 2019; Hundley et al. 2019; Norris and Weiss, 2019; and Zahl et al. 2019 to respectively: assess growth mindsets, and to integrate affective learning outcomes based on reflection and introspection, transdisciplinary learning and assessment, and measurements of attitudes, skills and values unique to professional roles.

**Joseph D. Levy, National Louis University; and Vince Nix, Lamar University; Misty Song, Abilene Christian University; and Muzhen Zhang, Northwestern University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Pre-Recorded Session Link:* [*https://iu.mediaspace.kaltura.com/media/t/1_zdcrkj1d*](https://iu.mediaspace.kaltura.com/media/t/1_zdcrkj1d)

| Session: 09PR | Pre-Recorded Session |
|---|---|

### Assessment for Data Geeks: Applying Business Intelligence, Relational Databases, and Dashboard Reporting to Assessment

This session will examine learning outcomes assessment in academic programs from the perspective of a data analyst and business intelligence engineer. How are the alignments between course assignments and learning outcomes - whether internal or accreditation standards - documented in a database-friendly format? How can these relationships be combined with performance from learning management systems to describe results? How can dashboard software assist in putting the pieces together to make reports that are interactive, automated, and manageable? These questions will be explored in a practical session focused on the intersections between assessment and business intelligence.

**Nate Flint, National Louis University**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Use of Technologies in Assessment (UT)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_oijmeddp*

| Session: 10PR | Pre-Recorded Session |
|---|---|

### Weaving A Web: Building A Culture of Assessment

This interactive session will share the case of a private, urban, religiously affiliated institution and our efforts to develop a culture of assessment. This grassroots effort by leaders of various academic and co-curricular units has cultivated a web-like network that connects seemingly disparate units through discussing best practices, sharing findings, and taking action collaboratively. Presenters will share challenges and tools for engaging in this work to build or enhance a culture of assessment at your institution. Participants will have the opportunity to reflect and discuss specific experiences from their campuses as the presenters share examples from their case study.

**Betsi Burns, Shannon Howes, Jessica Mansbach, Rachel Shefner, Stacy Wenzel, and Hilary Zimmerman, Loyola University Chicago**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_6m6kauzh*

| Session: 11PR | Pre-Recorded Session |
|---|---|

### Assessment in the Time of COVID-19: Leveraging Technology and Faculty Engagement for Successful Assessment Practice During Remote Learning

General Education Assessment programs balance the collection of extensive data with limited resources.  During the COVID-19 pivot to remote learning, assessment continued, but new approaches to existing technology resources were necessary. With support and engagement from faculty, student work was collected directly from the Learning Management System and shared through cloud-based document storage. Electronic data collection greatly reduced the time necessary to analyze data. Outcomes attainment information was available to faculty within weeks promoting near real-time feedback to inform course-level intervention plans. Participants will learn about this step-wise approach to streamlining assessment.

**Karen Beck, Glenda Breaux, and Elizabeth A. Shrader, Community College of Baltimore County**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Use of Technologies in Assessment (UT)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_39bk8myz*

| Session: 12PR | Pre-Recorded Session |
|---|---|

## Assessment of Preclinical Courses in Preparing International Dentists for Clinical Trainings in the U.S. Dental School

Historically, candidates were accepted into the International Dentist Program based significantly on performances on the bench test. Then, Summer Intensive course was another 6-week intensive course to train the students. With COVID-19 pandemics, the bench test was not feasible in 2020. Concerns in readiness were raised. The course proactively started in Spring to allow more time and smooth transitioning into clinics. Feedback through CourseEval in the past 3 years will be used to compare the effectiveness of the courses to prepare them for all clinical competencies. Data will be collected for future enhancement of course effectiveness.

**Sopanis Cho, Ashok Das, and Sean Stone, Indiana University School of Dentistry**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Competency-Based Education and Assessment (CB)*
***Pre-Recorded Session Link:*** *https://iu.mediaspace.kaltura.com/media/t/1_tcl7s8jr*

| Session: 13PR | Pre-Recorded Session |
|---|---|

## Better Data for Better Decisions with the Postsecondary Data Partnerhips

The National Student Clearinghouse has a long tradition of being higher ed's trusted data partner. This session, will take an engaging look into the "future is now" direction of the Clearinghouse's innovative services designed to support Higher Education through this era of digital transformation. In particular, we'll explore the Postsecondary Data Partnership, or PDP, a nationwide effort to help colleges and universities gain a fuller picture of student progress, meet various accreditation requirements, and help students progress and complete. This session will explore the PDP dashboards through cases that explore identification of equity gaps, and assess the impact of reforms.

**Ken McVearry and Lisa Stich, National Student Clearinghouse**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Pre-Recorded Session Link:*** *https://iu.mediaspace.kaltura.com/media/t/1_3efb8kce*

| Session: 14PR | Pre-Recorded Session |
|---|---|

## Broadening the Lens: Capturing Co-Curricular Learning Experiences

Co-curricular experiences reinforce the institution's mission and values, while helping students gain applicable knowledge outside of a formal classroom setting. For online learners, engagement in co-curricular campus experiences can be limited by geographic access and time constraints. As more students are attending classes virtually, an opportunity exists to engage students in online co-curricular activities and assess the learning. This session identifies challenges, opportunities, and measures addressed to assess learning in online and on-campus activities that occur outside of a classroom setting.

**Alisa V. Fleming and Sam Rodriguez-Flores, University of Phoenix**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
***Pre-Recorded Session Link:*** *https://iu.mediaspace.kaltura.com/media/t/1_nv3rwa7r*

| Session: 15PR | Pre-Recorded Session |
|---|---|

### Build it Right the First Time: Modeling Survey Data for Business Intelligence (BI) Tools

Over the past decade, business intelligence (BI) applications have emerged as powerful tools for sharing and visualizing assessment results. There are countless data visualization resources, but there are few guides for the structuring of survey data for use in for BI tools. Analysts accustomed to building visualizations based on "flat files" often struggle when asked to visualize or present data using BI software. This session will guide participants through the data modeling process for a typical survey using Microsoft Power BI. Interactive knowledge checks will allow participants to test their understanding and resolve misconceptions.

**Betty J. Harper, Shannon Lee, and Carly Sunseri, The Pennsylvania State University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_nqlwm2y4*

| Session: 16PR | Pre-Recorded Session |
|---|---|

### Building a Better Exam: Using Educational Theory to Standardize Assessment Construction and Review Processes

Assessments should be valid and reliable. This is challenging when there are multiple authors with various levels of expertise creating assessment items. We created a pilot to operationalize established best practices into a workflow to streamline assessment creation and bring uniformity to the process utilizing past student performance. Job aids and additional supports were provided to faculty. Data were collected on creation time, blueprint consistency, performance, and post-assessment item adjustments before and after initiation. By placing emphasis on an educationally sound approach to assessment creation and review, faculty can confidently build assessments based on past-item performance and intentional proactive review.

**Sarah E. Raake, Benjamin C. Stephens, and Kimberly K. Daugherty, Sullivan University College of Pharmacy and Health Sciences**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Beginners*
*Primary Track: Use of Technologies in Assessment (UT)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_hvf9g6jq*

| Session: 17PR | Pre-Recorded Session |
|---|---|

### Using Student Self-Assessment as a First-Year Transition and Retention Tool

In the restructure of a first-year seminar course, a new tool was implemented for students to conduct a self-assessment of their transition to college. The TIGA (Tiger Intrusive Group Advising) assessment was created as a way for intervention strategies to be implemented and students to be connected to resources based on their own self-assessment in their transition experience. Strengths and weakness of this approach will be discussed, and an example survey template and communication timeline will be shared. Participants will engage in a discussion on developing strategies to bring students into assessment and retention practices on their own campuses.

**Amanda L. Martin, Louisiana State University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_cr2xtqrn*

| Session: 18PR | Pre-Recorded Session |
|---|---|

### Cathartic Assessment: Discussion-Based Planning and Reporting during a Pandemic

In an era of budget cuts, heightened faculty fears over the future of programs, and more enrollment questions than normal, Jacksonville University decided to design and implement a discussion-based approach to assessment for the 2020-2021 academic year. This decision—which was made to minimize the bureaucratic feeling of sending out templates and providing deadlines—has led to enhanced faculty and staff understanding of assessment without the stress of prolonged back and forth reviews and evaluations. Moreover, and, in this case, more importantly, the discussion-based approach has led to expressions of cathartic relief.

**William Miller, Jacksonville University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_mlg5s6r4*

| Session: 19PR | Pre-Recorded Session |
|---|---|

### Community College Students Deriving Value from a First-Year Seminar

In a case study aimed to better understand how community college students perceived a first-year seminar curriculum designed with the following four steps: reflect, visualize, write, and plan, students recorded instances of perceived personal growth and skill application through writing assignments. Students also incorporated visual mediums in response to photo prompts specific to this study. Assignments of 16 student volunteers were collected and analyzed from two virtually delivered sections for which I was the instructor. Of the 16 participants, nine took part in a voluntary interview about their experience at the end of the term.

**Claire Maxson, Ivy Tech Community College**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Community Colleges (CC)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_wuhf9dh7*

| Session: 20PR | Pre-Recorded Session |
|---|---|

### Competency-Based Theological Education: Key Transferable Principles Emerging from a Single Case Study

Competency-based education (CBE) continues to gain interest among the academy and policyholders, with a hope that CBE will respond successfully to many challenges faced by postsecondary educational institutions. Theological institutions are finding their niche, referring to the educational philosophy as Competency-Based Theological Education (CBTE). Little research has been conducted on CBTE. This session will share transferable principles that were discovered through a single-case study exploring the perception of and experience with CBTE among selected senior administrators, faculty, and students of a Masters of Divinity program at a Christian, faith-based seminary located in North America.

**Karla L. McGehee, New Orleans Baptist Theological Seminary**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Competency-Based Education and Assessment (CB)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_tb8qbwgr*

| Session: 21PR | Pre-Recorded Session |
|---|---|

## Course Snapshot Tool: A Curriculum Review Process

This session will describe Course Snapshot, a tool that regularly tracks course trends and modifications, with the goal of maintaining and improving curricular content and adapting to student learning needs. The process involves instructors completing an online survey following each term identifying course content updates, topic overlaps, gaps, and learning activities. Course strengths and assessment activity trends are explained. Course evaluation themes and use of student feedback are recorded. A committee reviews reports to identify program trends and recommend changes to appropriate stakeholder groups. This session will facilitate discussion on ways to adapt and improve this process in other programs.

**Beth Janetski, Beth Martin, Emily Tarter, and Denise L. Walbrandt Pigarelli, University of Wisconsin-Madison School of Pharmacy**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Emerging Trends in Assessment (ET)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_bmddubo3*

| Session: 22PR | Pre-Recorded Session |
|---|---|

## Creating, Implementing, and Assessing a Community College General Education Curriculum

Community College of Beaver County (CCBC), a small, rural community college, spent three years developing and implementing a comprehensive general education curriculum. This session presents the process CCBC used to achieve this goal through a step-by-step approach that emphasizes three phases: creation, implementation, and assessment. This step-by-step approach makes CCBC's plan easily adaptable to any institution of higher education that is exploring how to update, embed, and assess general education competencies across courses and programs—even in the middle of a global pandemic!

**Katie Thomas, Community College of Beaver County**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: General Education (GE)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_q1q6b4et*

| Session: 23PR | Pre-Recorded Session |
|---|---|

## Dashboards: A Means to Discovering and Reporting Vital Insight into the Student Learning Experience

Mastering data is one of the great challenges in Higher Education. Indiana Wesleyan University has been on a journey to provide program leaders with clean, clear, and accessible data to inform the program review process. After spending a year evaluating procedures and practices, the program review process has been recrafted. Gone are the countless hours sifting through spreadsheets and reports created from the university survey system. Dashboards are at the center of the new process. Program leaders no longer have to request special reports or wait on data to be analyzed. Time can now be spent on understanding the student learning experience and measuring student's success in meeting outcomes. Participants will discover the steps Indiana Wesleyan University has taken to streamline processes and improve the ability of faculty to gain insight into the student learning experience.

**Connie Crump, Becky Hartley, and Aaron Metzcar, Indiana Wesleyan University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Use of Technologies in Assessment (UT)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_ncl25pvp*

| Session: 24PR | Pre-Recorded Session |
|---|---|

## Data Pathways: Innovative Strategies for Visualizing and Interpreting Assessment Results

Georgia Southern University has a wealth of meta-assessment data collected through the annual peer-review of academic program and core course assessment documents. Over the past two years, the Office of Institutional Assessment and Accreditation has progressed from rudimentary tracking of peer-review scores and trends to more nuanced and sophisticated analyses of distributions. Unique and innovative data visualizations highlight progress and opportunities for growth supporting targeted decision making for resource development and allocation. This model can be adapted to academic or administrative assessment data at the course, program, or institutional level.

**Delena Gatch, Jaime O'Connor, and Brad Sturz, Georgia Southern University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:* [https://iu.mediaspace.kaltura.com/media/t/1_31plfoyt](https://iu.mediaspace.kaltura.com/media/t/1_31plfoyt)

| Session: 25PR | Pre-Recorded Session |
|---|---|

## Designing Adaptable Classroom Assessments

How can we design classroom assignments that accurately assess learning and are flexible in times of emergency? Adaptable assessment design accomplishes this by allowing students to demonstrate learning utilizing their strengths. This separation of assessment of content from assignment structure lowers external barriers, minimizes confounding variables, and is particularly important for marginalized students. Adaptable assessments also provide flexibility in times of crisis, because they are focused directly on learning outcomes and can, therefore, take different forms based on the current circumstances. This session demonstrate how adaptable assessment design can be used to design effective and engaging learning activities and assessments.

**Suzanne Wakim, Butte Community College**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Pre-Recorded Session Link:* [https://iu.mediaspace.kaltura.com/media/t/1_fytm2a4t](https://iu.mediaspace.kaltura.com/media/t/1_fytm2a4t)

| Session: 26PR | Pre-Recorded Session |
|---|---|

## Designing Collaborative Assessment that is Inclusive and Actionable

In this session, attendees will discuss how relationship building is critical to assessment efforts in higher education. This interactive session will introduce and discuss our guiding framework, the Collaborative Assessment Model (CAM). CAM emphasizes the interpersonal and situational contexts where data are envisioned, collected, analyzed, and applied. Leaning on realist evaluation frameworks and situational management theories, CAM is positioned to assure assessments meet four central standards. Namely that assessment is 1) Aligned, 2) Actionable, 3) Inclusive, and 4) Sustainable. Attendees will discuss examples of CAM practices at Yale, and then examine and identify next steps in their own work.

**Meghan Bathgate and Jennifer Claydon, Yale University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Emerging Trends in Assessment (ET)*
*Pre-Recorded Session Link:* [https://iu.mediaspace.kaltura.com/media/t/1_3e9j1bce](https://iu.mediaspace.kaltura.com/media/t/1_3e9j1bce)

| Session: 27PR | Pre-Recorded Session |
|---|---|

## Weekly Learning Outcomes: Transforming Student Experience

Weekly Learning Outcomes.  We as educators take them seriously.  We consider student learning targets, think about Bloom's Taxonomy, map to the weekly assessments, draft language that is measurable, clear and concise, yet often, Weekly Learning Outcomes are overlooked by students as meaningless high browed blathering.  No more!  We have cracked the code!  Learn how we have built a weekly "Target" that not only upholds our institution's Weekly Learning Outcomes standards, but is actually considered a crucial part of weekly learning by students who now use them to guide their own learning paths.  It's a win/win for the learning community!

**Tracy Marshall, Walsh College**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_edyvnq7e*

| Session: 28PR | Pre-Recorded Session |
|---|---|

## Early Alert: From Black Box to Collective Understanding

Early Alert is a referral practice to help support students experiencing academic struggles in their courses. We have been utilizing the practice for over a decade and yet faculty and staff never knew how it works, why we do it, and if it is really helping. Through the use of tableau dashboards and inter-institutional collaboration, we are finally able to take a critical look at outcomes. Join us to learn how the wide use of data enabled discussions around the equity and efficacy of Early Alert and how collectively we found areas for improvement to better support students.

**Erika Larson, Laura Perrigo, and Ian Whitman, University of Colorado Denver**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_8hzxc161*

| Session: 29PR | Pre-Recorded Session |
|---|---|

## Using Program Reviews to Plan Strategic Improvements for an Office of Assessment and Accreditation

Program Review is an important mechanism toward continuous improvement. However, at many institutions, program reviews are only completed by academic departments. In this session, we describe our process for units that do not provide direct instruction to students and share a case study of how the process informed improvements for the Office of Assessment and Accreditation. Participants will leave with a model for adopting a program review process to non-teaching units and ideas of ways to incorporate feedback from external evaluators to improve the functioning of offices of assessment and accreditation.

**Karen E. Singer-Freeman and Christine Robinson, University of North Carolina at Charlotte**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Accreditation (AC)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_2yf22dl9*

| Session: 30PR | Pre-Recorded Session |
|---|---|

### When One Assessor's "Great" is Another Assessor's "Okay": The Value of Building an LMS-based Assessor Calibration System

"I know exceptional work when I see it," is a mentality that often runs afoul of efforts toward calibration. Defining what specifically denotes exceptionalism from mediocrity is a challenge, especially for student learning outcomes with numerous assessors. Creating online training courses for assessors allows for explicit transmission of student learning outcome definitions, communication of the common indicators of proficiency, practice of calibration activities, and promotion of social moderation among the assessment community. While exploring the use of Canvas (or another LMS) for calibration purposes, this presentation will explain how to recognize calibration concerns, support well-defined solutions, and create effective calibration activities.

**Colleen J. Karnas-Haines, University of North Carolina at Charlotte**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Use of Technologies in Assessment (UT)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_2tc7dc45*

| Session: 31PR | Pre-Recorded Session |
|---|---|

### Engaging in Outcomes-Based Program Review that Connects to Institutional Performance Indicators

Outcomes-based program review (OBPR) is important, and when done well, it can inform meaningful decisions and prioritize limited resource re-allocations during economic downturns. The COVID-19 pandemic and resulting economic downturn has upended much of how we work within higher education. As such, what does OBPR look like now? How can it be leveraged to inform improvements needed to change the direction of your institutional performance indicators, close equity gaps, and inform reallocation of resources? This session presents several OBPR models that participants will explore and critique, thus creating an opportunity for them to refine or affirm their own institutional practices.

**Marilee Bresciani Ludvik, University of Texas Arlington**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Advanced*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_n4396q50*

| Session: 32PR | Pre-Recorded Session |
|---|---|

### Establishing a More Robust and Equitable Process for Peer Reviews of Teaching

As research continues to support rampant bias in standard end-of-course evaluations (SETs), institutions are struggling on how to respond. One response is to reduce the emphasis on SETs for reappointment, promotion, and tenure decisions and rely more heavily on peer reviews of teaching. However, many peer review programs lack the rigor and consistency necessary to be meaningful and reliable. This presentation reviews the literature on bias in SETs and describes a process for establishing more effective peer review of teaching programs.

**Michelle Bartlett and Diane D. Chapman, North Carolina State University**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Faculty Development (FD)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_2grz30fy*

| Session: 33PR | Pre-Recorded Session |
|---|---|

### Evaluating Essential Chemistry Laboratory Skills Utilizing Shimadzu Instruments:  A Novel Partnership Driving Student Success at Walsh University

Walsh University's new collaboration with Shimadzu and the utilization of new instruments in the integrated laboratory course enhanced student learning and achievement in chemistry. Assessments were designed to evaluate students' competency in discipline specific skills, particularly focusing on program learning outcomes for demonstrating knowledge of the structure of materials. The assessment data showed that students exceeded the standard in the utilization of the analytical instruments for the structural, material, or trace element analysis through Pyrolysis GC-MS, DSC, FTIR, and ICP. This evaluation is critical to our 5-year assessment plan and results indicate student growth and success in chemistry.

**Amy J. Heston and Timothy J. Smith, Walsh University**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: STEM Education (SE)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_hicfsdqh*

| Session: 34PR | Pre-Recorded Session |
|---|---|

### Excavating Assessment Data: Digging into Student Artifacts

Assessing student learning is an important element of institution-wide assessment. One approach is to conduct double-blind reviews of student artifacts to assess mission critical competencies. This session will provide institutions with a framework for conducting similar assessments regardless of student levels, modalities, and programs of study. First, we will explore the value of assessing students in this way, then we will explain how to select valid and relevant assignments. In the interactive portion of our session, we will walk through how we approach the vetting assignments and then wrap up with the next steps in  our process.

**Sonya Berges and Sarah Parker, Grand Canyon University**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_tgpvq797*

| Session: 35PR | Pre-Recorded Session |
|---|---|

### Seven Ways to Get Your Assess in Gear: Engaging Your Institution in Assessment

Need new ways to get your community to feel positive about assessment? At Glendale Community College in Arizona, we "Get Our Assess In Gear" to create strategies to engage our community in assessment. Drop in on a conversation with GCC's assessment leaders about our successful implementation of seven of these strategies. Be prepared to asynchronously engage in the conversation and with other attendees by posting to our shared Padlet your plans to adapt our strategies or your recommended engagement practices. Access the slide deck, which includes the Padlet link, here: https://tinyurl.com/21gccai.

**Caryn Bird, Julie Morrison, Pam Nelson, and Krysten Pampel, Glendale Community College, AZ**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_j431e7cm*

| Session: 36PR | Pre-Recorded Session |
|---|---|

**Extended Assessment Cycle as a Catalyst for Connecting Assessment Results with Curricular Improvements**

Pursuing better connections between assessment results and curricular improvements, Clemson University's College of Agriculture, Forestry, and Life Sciences piloted an extended 3-year assessment cycle that gave faculty more time to identify trends, share results with relevant groups, and implement strategies to improve. This session will (a) describe how the new approach was implemented; (b) share initial impacts on relationships among assessment coordinators, teaching faculty, and curriculum committees, and; (c) discuss lessons learned along the way.

**Kayla Steele Payne, Clemson University**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Emerging Trends in Assessment (ET)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_zc17rfok*

| Session: 37PR | Pre-Recorded Session |
|---|---|

**From Emergency Innovations to a New Possibility: Comparing In-Person and Online Assessment Training for New Assessment Practitioners**

When a pandemic hits, one must be creative when facilitating programs, including facilitation of professional development opportunities. In this session, we discuss the transition from facilitating an in person to a completely online weeklong assessment workshop. We then provide a brief overview of pre and post-test assessment results, comparing effectiveness of the in-person and online workshops. We end with lessons learned and ideas for the future of a specific assessment training offered by James Madison University, Assessment 101. Participants will engage in conversation about strengths and benefits of in-person vs. online assessment training.

**Keston H. Fulcher, Jemma King, Chris Patterson, and Yelisey Shapovalov, James Madison University**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_4z7zwstk*

| Session: 38PR | Pre-Recorded Session |
|---|---|

**Grading, Evaluating, Assessing Academic Writing: Know the Distinctions**

Grading, evaluating, and assessing writing each call for a unique and specific set of skills to perform these tasks competently. Whether one teaches or works in administration, gaining better appreciation for the art and science of these tasks can deepen appreciation for their unifying role in contributing to institutional effectiveness. Additionally, better understanding about the distinctions in these tasks can inform more meaningful professional development initiatives.

**Robert McTyre, Spring Arbor University**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_fgx4ya2u*

| Session: 39PR | Pre-Recorded Session |
|---|---|

## HIPs and COVID-19 Across The Texas A&M University System

This session offers participants a glimpse into HIPs across The Texas A&M University System, as well as approaches to addressing common challenges and barriers related to delivery and assessment of HIPs in online and/or hybrid modalities.

**David Allen, Texas Christian University; John Gardner, Prairie View A&M University; Shonda A. Gibson, The Texas A&M University System; Elizabeth Patterson, Texas A&M University - Texarkana; and Laurie Sharp, Tarleton State University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_dbfa61d9*

| Session: 40PR | Pre-Recorded Session |
|---|---|

## How Leaders May Drive or Crash Assessment

Leaders often manage assessment practices through the monitoring of data collection rather than the monitoring of completed assessment cycles. The common misstep can lead to data fatigue, data dumping, and the inability to move strategic initiatives forward using true data informed practices. Through this presentation, participants will better understand how to lead their team toward identifying and explaining what data is important, inventory and prioritize data based on strategic initiatives, and understand and implement monitoring of completed assessment cycles.

**Kimberly Paddock-O'Reilly and Lee Van Dusen, Logan University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_fzrdb9hg*

| Session: 41PR | Pre-Recorded Session |
|---|---|

## When Student Learning Outcomes Aren't Enough: A Case Study about Staff Learning

During this session, a case study will be presented to demonstrate how one department built staff learning outcomes and a survey instrument to assist leadership in addressing gaps in staff learning. The learning outcomes were built on CAS Standards, ACPA/NASPA competencies, transformational leadership theory, and student development theory (Chickering's Seven Vectors). The information garnered from the survey allowed departmental leadership to pinpoint in which areas staff need additional training and which factors contribute to staff satisfaction or dissatisfaction.

**Bema Kyeadea-Amponsah, Pennsylvania State University; Janel Esparza, Long Beach State University; and Jacquelynn Thomas, University of California, Berkeley**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_a5awkt4b*

| Session: 42PR | Pre-Recorded Session |
|---|---|

### Ideation, Creation, and Implementation: Using Excel to Visualize Institutional Data and Inform Improvement

Student data is abundantly available to university administrators, and many have vested interests in understanding the insights derived from institutional data. However, too often, the data collected from extensive administrative effort goes underutilized. To understand the dynamics of student learning and success, we walk through, from inception to rollout, how we created an interactive Excel dashboard that visualizes and connects student learning with student experiences and success at multiple institutional levels (e.g., college, department, major, cohorts). Specifically, we elaborate on our rationale for creating the dashboard and discuss why and how we used the Microsoft Excel platform.

**Joshua Acosta, Katie Boyd, and Ana Kriletic, Auburn University**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_iklulc70*

| Session: 43PR | Pre-Recorded Session |
|---|---|

### Impact of DHFYE on Student Retention, Persistence, and Graduation at CSU, Dominguez Hills

First-Year Experiences for students provide access to a network of numerous support systems that work collaboratively with their advising home to provide a foundation of support. Our Dominguez Hills First-Year Experience has been scaled up for the past 3 years. Our evaluation of key components and activities for first-year programs provides an overview of our successful implementation, some with varying degrees of challenges. Retention data shows that year-to-year retention was higher for first-year student participants, compared to other freshmen group cohorts.

**Maria Grandone and Alma Melena, California State University, Dominguez Hills**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_vttra85n*

| Session: 44PR | Pre-Recorded Session |
|---|---|

### Increasing Graduate Recruitment in a Virtual Landscape

To increase graduate recruitment at the IU Richard M. Fairbanks School of Public Health, the marketing team developed and implemented a cross-functional marketing strategy that utilized the strengths of a fully virtual academic experience. The strategy included email, virtual information sessions, paid social media advertising, web updates, and paid search engine marketing. While the pandemic has shed light on and piqued interest in the field of public health, increasing the visibility of our academic programs and the public health careers they can lead to ultimately makes the discovery process easier for potential students.  As a result of these efforts, FSPH graduate headcount has grown 18% within the past year.

**Amanda Briggs and Adrianne Robertson, IU Richard M. Fairbanks School of Public Health (at IUPUI)**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_qkdhaeoj*

| Session: 45PR | Pre-Recorded Session |
|---|---|

### Inquiry-Based Assessment Practices for Academic Programs

This session will describe how academic programs can use inquiry-based research projects for program assessment. The session will build on the work of "data labs" from the Bonner Center for Civic Engagement and the Center for Inquiry at the University of Rochester and Wabash College to demonstrate how programs can evaluate student learning through open-ended inquiry. This session will provide strategies and examples of inquiry-based assessment that can be used in your academic program.

**Lirim Neziroski, Prairie State College**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Emerging Trends in Assessment (ET)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_1doxaq9w*

| Session: 46PR | Pre-Recorded Session |
|---|---|

### Investigating Longitudinal Growth of Students' Information Literacy Skills

First-year students traversing our general education program must satisfy an information literacy requirement by completing a high-stakes assessment. By randomly sampling first-year students to complete a version of the exam and re-assessing the same group their sophomore year, we track student learning over time throughout their general education experience. During this session, we present the results of a study in which we determine if students' information literacy skills improve over time to show long-term learning gains. Furthermore, we discuss the benefits of a longitudinal assessment design and how to calculate and interpret question-level statistics to assess instructional sensitivity.

**Riley K. Herr and Brian Leventhal, James Madison University**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Competency-Based Education and Assessment (CB)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_041mg3wz*

| Session: 47PR | Pre-Recorded Session |
|---|---|

### Leadership and Collaboration: Key Ingredients for Successful Program Assessment

COVID-19 only delayed the implementation of a year-long program assessment process within one College of Education. One goal of our recommended annual cycle was to develop sufficient capacity for assessment and improvement. We will share findings and how we used these data to improve student learning. We will also share how we attempted to reward, recognize, and promote assessment in our college.

**Colleen S. Mulholland and Stephanie L. Schmitz, University of Northern Iowa**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Leadership for Assessment (LA)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_lm55d839*

| Session: 48PR | Pre-Recorded Session |
|---|---|

### Leadership in Assessment on Your Campus

Assessment involves all programs, all departments, everything that goes on at the institution. And the assessment department is usually a small number of individuals who gather all the information needed to document the assessments. So are those individuals the "leaders" of assessment on campus? By default, yes they are. But how can leadership skills be used by these individuals to enhance the value of the assessment systems? Join us as we discuss specific actions and activities that can be used by assessment leaders to engage more of the faculty, staff, and students for a fuller, more enriched assessment program.

**Patricia Butterbrodt, Lincoln Memorial University - College of Veterinary Medicine**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_fkwan52y*

| Session: 49PR | Pre-Recorded Session |
|---|---|

### Lessons Learned from 5 Years of General Education Assessment at a Community College

Assessment of the General Education program at Delta College has undergone significant transformation in the past five years. Delta College is a community college serving 10,000 students annually, in academic transfer and career programs. Delta College has developed an integrated general education model that is embedded in all degrees, instead of the traditional distributed model. This session will address common problems and share solutions that have been implemented to create a sustainable faculty led college-wide assessment plan. We will share our outcomes, assessment methods, results, and lessons learned from a completed assessment cycle and recent re-accreditation by the Higher Learning Commission.

**Maureen Donegan, Micheal Faleski, and Natascha Rivet, Delta College**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: General Education (GE)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_c3nux4ej*

| Session: 50PR | Pre-Recorded Session |
|---|---|

### Lessons Learned through Revising Institutional and General Education Outcomes, Assessment Rubrics, and Software Simultaneously

The presentation will describe one university's general education change journey, the decision making process, change management strategies, and insights gained focusing on improvements in institution-wide assessment methods and tools.

**Glynis Bradfield, Laura Carroll, and Anneris Coria-Navia, Andrews University**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: General Education (GE)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_ju4epe5w*

| Session: 51PR | Pre-Recorded Session |
|---|---|

### Lessons Learned: Curriculum Map as an Assessment Tool

During this session, participants will learn about the steps taken to use curriculum mapping as an assessment tool--what worked well, challenges encountered, and recommendations going forward at the graduate and undergraduate level. The program will demonstrate how the program curriculum map can be linked to the general educational outcomes and aligned with intuitional outcomes (Banta, 2014; Hundley & Kahn, 2019). Curriculum mapping will reveal program strengths and weaknesses before beginning the assessment process, avoiding costly mistakes in the assessment process. The mapping process will assist in determining which outcomes are assessed, when the outcome is assessed, and in which course the outcome will be assessed, creating a comprehensive cycle for assessment.

**Paul J. Antonellis, Jr. and Laura Douglass, Endicott College**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_vnqjgxsf*

| Session: 52PR | Pre-Recorded Session |
|---|---|

### Leveraging Existing Technologies and Faculty Expertise to Build Learning Outcomes Assessment Momentum and Culture

The University of Utah's Office of Learning Outcomes Assessment (LOA) has developed a learning outcomes assessment workshop series that features four different faculty members every semester. At the same time, we have built, in collaboration with our office of Teaching and Learning Technologies, an assessment system leveraging application programming interfaces (API's) in our curriculum and course management systems that helps make the work of assessment easier for faculty. The presentation will focus on how these two efforts over the past 4 years have begun to create a culture of assessment ownership on our campus.

**Mark E. St. Andre, University of Utah**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Leadership for Assessment (LA)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_3d9dzf0l*

| Session: 53PR | Pre-Recorded Session |
|---|---|

### Low Cost but High Impact:  Data Visualizations and Analytics on a Budget

SUNY Oswego launched a new data visualization initiative in 2020 to help monitor the graduate enrollment process and measure the impact of digital marketing expenditures. This initiative produced cost-effective data connectors to multiple data sources and interactive visualizations/dashboards, which led to valuable discoveries and an increase in professional staff productivity. We'll share strategies, tactics, and lessons learned from this initiative as well as a roadmap for where our journey is going next.

**Rick Buck, Pranay Chapagain, and Christine Clay, State University of New York at Oswego**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_2vj3eh9d*

| Session: 54PR | Pre-Recorded Session |
|---|---|

### Making Major Decisions: Effect of a First-Year Seminar for Exploratory Students on Major Declaration

Exploratory students enter college without a declared major but are actively searching for one that best fits their values, interests, and skills. A first-year seminar (FYS) was created for exploratory students that provided them with guided support in their major exploration process. This session investigates the effect of a FYS for exploratory students on major declaration in the first year via their change in major certainty over the course. Factors influencing their major declaration were examined using multiple logistic regression. Findings show that change in major certainty is a significant predictor for major declaration within the first  year.

**Cassandra R. Kepple, Dawn Y. Matthews, and Juanita Washington, Florida State University**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_dx3tezgs*

| Session: 55PR | Pre-Recorded Session |
|---|---|

### Miscommunication in Healthcare: A Policy Analysis

Accreditation agencies refer to undergraduate students within medical education as medical students, and accreditation agencies for graduate medical education refer to graduate students as residents, and both have varying communication competencies for the students. Both agencies have added communication competencies due to research in communication, yet with the competencies being added, no direct assessment of outcomes are defined.

**Ramona Dorough, UT Southwestern Medical Center and University of Texas at Arlington**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: General Education (GE)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_zul6bboh*

| Session: 56PR | Pre-Recorded Session |
|---|---|

### Newly Improved: Transitioning Assessment Reporting to the Nuventive Improvement Platform

In 2019, A&M-Commerce underwent an exploratory process of collaborating with campus assessment partners to research and select an online assessment tool for use in collection of annual outcomes assessment reporting. After selecting the Nuventive Improvement Platform, the IER team worked closely with Nuventive to configure their assessment solution into a platform that would increase the efficiency of annual reporting while also introducing an enhanced element of quality review. After one cycle of implementation, immediate gains in efficiency were noted at A&M-Commerce, and additional opportunities to use the platform to address quality improvement can be identified.

**Mary Rosene, Alison Soeder, and Tracy Stewart, Texas A&M University-Commerce**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_090otegd*

| Session: 57PR | Pre-Recorded Session |
|---|---|

### Outcomes-Oriented Goal Writing for the Assessment of Administrative and Academic Support Services

Assessment professionals often work with university staff to assess the work of administrative and academic support services, but it can be challenging to write goals which truly reflect quality improvements rather than simply tasks completed. Facilitators in this workshop will share a taxonomy of goals developed to suggest a range of categories of possible quality improvements. They will discuss a method for writing outcomes-oriented goals for annual assessment that focus on the desired impact or quality improvement a unit would like to see as a result of its actions rather than merely describing the work that they do.

**Mary Rosene, Alison Soeder and Tracy Stewart, Texas A&M University-Commerce**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_wmab263t*

| Session: 58PR | Pre-Recorded Session |
|---|---|

## Photovoice as an Innovative Assessment Tool: Giving Voice to Students During the Pandemic

In Spring 2020, COVID-19 required universities to pivot and adopt alternative methods of instruction and delivery of student services and programming. By necessity, decisions were often made swiftly and with little input from students. To understand the diversity in students' experiences, the California State University, Long Beach launched a Photovoice project in which over 600 students documented through photographs and narratives how the pandemic, campus services, and altered instruction are affecting them. This presentation not only outlines findings from our project, but also provides instructions for using Photovoice as an assessment tool to give voice to students.

**Stevie De La Fuente, Beth Manke, and Grace Ocular, Brian Trimble, California State University, Long Beach**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Use of Technologies in Assessment (UT)*
***Pre-Recorded Session Link:*** *https://iu.mediaspace.kaltura.com/media/t/1_kp0j7uvk*

| Session: 59PR | Pre-Recorded Session |
|---|---|

## Planning for Automating Outcomes in Canvas

The year our university switched to Canvas as our LMS, the College of Arts and Sciences piloted converting outcomes collection from a manual process to an automated process through Canvas. In the year-long process, we partnered with stakeholders across campus and learned how to transform our outcomes. In addition to the collection and collation process, we were able to work toward consistency in assessment across formative and summative levels, as well as across disciplines. In this session, we will discuss who we needed to talk to, which questions we needed to ask, and what materials we needed to develop.

**Katherine B. Cottle, Gabrielle Gaul, and Lucia Nemeth, Wilmington University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment in Online Courses and Programs (AO)*
***Pre-Recorded Session Link:*** *https://iu.mediaspace.kaltura.com/media/t/1_ymxl3z23*

| Session: 60PR | Pre-Recorded Session |
|---|---|

## Playing the Long Game: Using Communication Skills and Strategies to Create a Culture Which Embraces and Celebrates Assessment

Often campus-wide assessment initiatives and plans can seem authoritarian and prescriptive in nature, leading to resistance from stakeholders and an overall negative campus culture. This organizational leadership approach can hinder the overall goal of improving student learning. However, there can be other leadership styles, skills, and strategies applied to transform negative campus cultures into ones that actively embrace and engage assessment goals. This session will present organizational and strategic communication skills that can be implemented to further the goals of assessment programs and assessment leaders.

**Sheri Barrett and Ashley Vasquez, Johnson County Community College**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
***Pre-Recorded Session Link:*** *https://iu.mediaspace.kaltura.com/media/t/1_a0wqnrl4*

| Session: 61PR | Pre-Recorded Session |
|---|---|

## Practice What We Preach - Assessment Mindset and Accreditation Visits

Ferris State University's accreditation by the Higher Learning Commission was successfully reaffirmed in 2020-21. Implementing strategies within an assessment cycle framework, Ferris utilized a process grounded in transparency, collaboration, and continuous improvement to execute the reaffirmation process. This session will describe the process developed, including campus mobilization, evidence identification and evaluation, communication strategies, and more. Participants will examine how their institutional culture and technologies can be leveraged to develop successful reaffirmation processes. Lessons learned through an assessment mindset will highlight how participants can positively impact continuous improvement on their campus while meeting HLC criteria...and having fun along the way!

**Jeff Ek, Jennifer Hegenauer, and Mandy R. Seiferlein, Ferris State University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Accreditation (AC)*
***Pre-Recorded Session Link:*** *https://iu.mediaspace.kaltura.com/media/t/1_6vpezb9c*

| Session: 62PR | Pre-Recorded Session |
|---|---|

## Silo Busting: Equity and Inclusion as Drivers -- An Interdisciplinary Assessment Approach Using Transparency in Teaching and Learning (TILT)

When considered within an institutional framework of faculty development, the assessment of student learning with inclusion and equity as drivers position the TILT framework as an effective and sustainable method that optimizes both faculty engagement with semester assessment projects and improved student outcomes at the course and program level.

The two cornerstones of TILT are: 1) promoting students' conscious understanding of how they learn; and 2) enabling faculty to gather, share, and promptly benefit from current data about students' learning by coordinating their efforts across disciplines.

**Kimberly Hamilton Bobrow, Chaitanya (CK) Pai, and Michael Pence, Manchester Community College**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Diversity, Equity, & Inclusion (DV)*
***Pre-Recorded Session Link:*** *https://iu.mediaspace.kaltura.com/media/t/1_y19oz4it*

| Session: 63PR | Pre-Recorded Session |
|---|---|

## Pushing Pedagogy into Practice: A Course Design that Delivers

How does pedagogy and theory impact your course delivery? Or does it? In all actuality, pedagogy and teaching/learning theories should be the foundation of both the teaching and learning environment. Recognizing these important functions aides in creating a quality classroom with impactful learning outcomes. While using this approach, faculty and students alike have a clear description of course layout and flow. Incorporating pedagogy and learning theories in a meaningful way provides an avenue to link teaching strategies, course activities, and assessments back to course/program learning outcomes. Incorporating these key principles will create and enrich the teaching and learning environment, improve satisfaction with course delivery, and improve student learning.

**Stephanie Pratt, Indiana University Kokomo School of Nursing**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
***Pre-Recorded Session Link:*** *https://iu.mediaspace.kaltura.com/media/t/1_gmylxad1*

| Session: 64PR | Pre-Recorded Session |
|---|---|

### Reflecting on Assessment Amidst a National Pandemic

Mercy College requires academic programs to submit annual assessment plans and findings reports with evidence of student learning. In the context of the COVID-19 pandemic, questions arose regarding the College's expectations for student learning assessment and annual findings reporting. The College modified expectations for AY19-20 program-level student learning assessment. This session will focus on modifications made, the faculty's response, and how the results will aid in future improvement.

**Victoria M. Ferrara and Susan Waddington, Mercy College**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_f3zowp8y*

| Session: 65PR | Pre-Recorded Session |
|---|---|

### Re-Thinking Relations Among Writing Centers and Offices for Research and Sponsored Programs: Assessing the Effectiveness of Writing Center Methods to Integrate High-Impact Practices

This session will engage participants in a conversation about combining high-impact practices. A Director of a Center for Writing Excellence and an Executive Director of Research and Sponsored Programs will share their joint effort to integrate the teaching and mentoring of writing with advocacy for student research and professional development. The co-presenters will discuss how their offices have worked together to support the writing of scholarship applications, conference proposals, and cover letters for high-impact learning experiences (including internships and study abroad).

**Jonathan J. Rylander and Catherine Chan, University of Wisconsin-Eau Claire**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_a480zy0t*

| Session: 66PR | Pre-Recorded Session |
|---|---|

### Retrospective Analysis of Summative Assessment through Item Analysis for Improved Student Outcomes and Recruitment

Several assessment software applications have been developed that are increasingly adapted as remote testing tools and allow extensive data acquisition. The objective of this study is to investigate the data as tool to understand and improve student and institutional success. As a case in discussion, the focus will be on using item analysis techniques to provide some reflections for both faculty and administration about the quality of summative assessment. The potential value of such data analytics of assessment for improved student recruiting and better student outcomes will be discussed.

**Mythily Srinivasan, Indiana University School of Dentistry, IUPUI**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Graduate/Professional Education (GR)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_a5e8s1tf*

| Session: 67PR | Pre-Recorded Session |
|---|---|

### SAILing Forth! Faculty-Led Assessment of Institutional Learning Outcomes

Institutional learning outcomes (ILOs) are created to inspire and articulate a shared vision of knowledge, skills, and abilities students are expected to develop. To align student learning with the university's institutional learning outcomes, twelve faculty representing seven disciplines (tourism management, social work, education, communication, sociology, human services, and cooperative education) came together to investigate whether an institutional rubric can be used to assess students' achievement of Critical Thinking and Investigation, Citizenship, and Lifelong Learning. As part of the Strategic Assessment of Institutional Learning (SAIL) pilot project, faculty collaboratively developed rubrics and assessed students' assignments to understand students' experiences with the ILO's.

**Lorry-Ann Austin, Catharine Dishke Hondzel, Evangelia (Lian) Dumouchel, Alana Hoare, Carolyn Hoessler, Oleksandr (Sasha) Kondrashov, Blair McDonald, Jamie Noakes, and Robin Reid, Thompson Rivers University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: General Education (GE)*
*Pre-Recorded Session Link:*  *https://iu.mediaspace.kaltura.com/media/t/1_p4tvbjjv*

| Session: 68PR | Pre-Recorded Session |
|---|---|

### Save the Baby!: How COVID-19 Admission Trends in Higher Ed May Compromise the Success of International Students

In response to COVID-19, institutions of higher education have changed long-held admission policies to remove barriers for applicants. In light of test optional policies, admission professionals will need to rely even more on evidence of language proficiency to determine whether an international student applicant has the needed level of language to be successful in a given program. However, this may be complicated by recent trends to expand how applicants can prove English proficiency. This session provides insights into the role English proficiency plays in student success and the potential negative consequences of enrolling unprepared English language learners.

**Tony Clark, Cambridge Assessment English; and Misty E. Wilson, IELTS USA**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: General Education (GE)*
*Pre-Recorded Session Link:*  *https://iu.mediaspace.kaltura.com/media/t/1_xfxssla2*

| Session: 69PR | Pre-Recorded Session |
|---|---|

### Showcasing Assessment Excellence Online: Strategies for Organizing a Successful Online Poster Exhibit

In this presentation, we share with fellow assessment practitioners how we organized an online assessment poster exhibit at a large public research-intensive university. We will present the strategies used to recruit and support presenters in producing high quality posters, and strategies used to publicize and promote the event to attract attendees. Participants will leave with resources and templates to support assessment poster development for faculty and concrete tips to organize an assessment showcase poster event that provides a positive learning experience for both presenters and attendees.

**Adrian Alarilla, Yao Zhang Hill, and Maura Stephens-Chu, University of Hawai'i at Mānoa**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Pre-Recorded Session Link:*  *https://iu.mediaspace.kaltura.com/media/t/1_jegfje7w*

| Session: 70PR | Pre-Recorded Session |
|---|---|

## Starting Over:  Reinventing Your General Education Assessment Process

In developing a comprehensive assessment process for their general education programs, those responsible for assessment must ask and answer several questions related to how their general education competencies support and meet their institutional mission and satisfy their regional accreditors.  In answering these questions, our faculty determined that we needed to overhaul our general education assessment process. In this session, we will share Leavell College's journey to develop from scratch a new assessment process that would work in our setting. The principles we learned can help other institutions seeking to develop or revise a general education assessment process.

**Karla McGehee and Sandra F. Vandercook, Leavell College of New Orleans Baptist Theological Seminary**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: General Education (GE)*
*Pre-Recorded Session Link:  [https://iu.mediaspace.kaltura.com/media/t/1_kalk0pfz](https://iu.mediaspace.kaltura.com/media/t/1_kalk0pfz)*

| Session: 71PR | Pre-Recorded Session |
|---|---|

## Stepping into Assessment

To facilitate the transition to a new assessment management system, a stepwise approach to implementation was developed. Key information was pre-uploaded for each unit/program and users were initially allowed "view only" access. Workshops and training materials were developed for introductory (viewing/downloading) and advanced (adding/editing content) use. A survey was used to collect assessment plan and assessment report information from each unit/program and then uploaded to the new platform for the users. This transition also provided an opportunity to re-invigorate the assessment committees and incorporate their voices in the customization of the assessment process at the institution.

**Nancy Smith and Nathan Reese, Lincoln University**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link:  [https://iu.mediaspace.kaltura.com/media/t/1_auhvx92n](https://iu.mediaspace.kaltura.com/media/t/1_auhvx92n)*

| Session: 72PR | Pre-Recorded Session |
|---|---|

## Strategic Gap Analysis and Risk Assessment for Continuous Improvement of Student Learning Outcomes within the Context of COVID-19

This presentation will discuss strategic gap analysis and risk assessment processes for the continuous improvement of student learning outcomes within the context of COVID-19. Unlike gap analysis that focuses on lagging (past/present gaps), strategic gap analysis, while addressing present gaps, focuses on future gaps anticipating future problems and trends. Analysis of the strategic gaps allows for the assessment of the risk of the current and future gaps. Using Strategic Gap Analysis that mirrors Criteria for Accreditation, the institution can determine risk factors beyond accreditation requirements, including the impact of COVID-19 on student learning outcomes.

**Lisa Bunu-Ncube and Sumie Song, North Park University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Accreditation (AC)*
*Pre-Recorded Session Link:  [https://iu.mediaspace.kaltura.com/media/t/1_pi2lox9f](https://iu.mediaspace.kaltura.com/media/t/1_pi2lox9f)*

| Session: 73PR | Pre-Recorded Session |
|---|---|

## Strategies for Digitally Launching a Presence on a Second Campus

In 2020, the IU Richard M. Fairbanks School of Public Health expanded from one campus (IUPUI) to a second campus (IU Fort Wayne). The strategy, tactics, and assets needed to launch and support a presence on a second campus were created digitally. Working from home, the team developed a marketing strategy, web content for two websites, digital collateral, email and social media campaigns, and a communications plan for collaborating with the IU Fort Wayne marketing team. This presentation explains how small teams can expand to multiple campuses during a crisis.

**Amanda Briggs and Adrianne Robertson, Indiana University Richard M. Fairbanks School of Public Health**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment Methods (AM)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_7xd4qe0b*

| Session: 74PR | Pre-Recorded Session |
|---|---|

## Teaching for Justice And Assessing for Mastery

Teaching for justice includes what we teach, how we teach, and how we assess. In this session, participants will explore how mastery-based learning, project-based assessment tasks, and advancing racial, gender, and intersectional justice complement one another in a higher education course. We will discuss the mindset shifts necessary for designing, teaching, and assessing for justice and how leader support can facilitate widespread practice of these strategies. Participants will experience equitable assessment in action throughout the presentation, and will have an opportunity to share challenges and ask questions.

**Lindsay Lyons, Education Consultant**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Competency-Based Education and Assessment (CB)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_uwxrs752*

| Session: 75PR | Pre-Recorded Session |
|---|---|

## The Impact of Course Delivery Mode on Student Evaluations of Teaching

Issues of bias have caused researchers to express concerns about using student evaluations of teaching for faculty evaluation in higher education. This mixed-methods study examined whether there is a significant difference in student evaluation of teaching ratings between online and face-to-face courses and explored faculty perceptions of their use. Findings indicated that course delivery mode can significantly impact student evaluations of teaching, and that faculty perceive student evaluations of teaching to be useful for collecting student feedback but not an accurate means of assessing teaching effectiveness for online courses. This study illuminates several important considerations for implementing faculty evaluation processes.

**Jeanette G. Dias, University of Colorado Colorado Springs**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_gw6gfpef*

| Session: 76PR | Pre-Recorded Session |
|---|---|

### The Power of the Pivot: Using Pivot Tables and Charts to Simplify Data Analysis

Requiring no special pre-existing knowledge, this webinar exemplifies the power of Excel for data analysis. Participants who attend this webinar will learn how to start their analysis process using Pivot Tables and Charts in Excel. Presenters will use examples from the University of New Mexico "Faculty Experience with COVID-19" Survey as well as a live survey of attendees to illustrate the simplicity and accessibility of these tools. To end, presenters will highlight basic visualization principles to help simplify graphics and clarify data stories.

**Charla E. Orozco and Samuel Hatch, University of New Mexico**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_31msg8ew*

| Session: 77PR | Pre-Recorded Session |
|---|---|

### The Role of Feedback and Holistic Scoring in Building a Growth Mindset and Improving Learning

This session will present a set of principles and strategies identified based on the qualitative results of a case study exploring program changes designed to influence student mindset, self-efficacy and persistence. The role of targeted feedback and holistic scoring strategies will be highlighted for use across any discipline. Participants will engage in example activities. Participants will leave the session with a set of principles for developing a growth mindset culture in their setting and practical feedback strategies and holistic scoring methods for immediate implementation. Tips for building these across courses will be shared for a broader application.

**Kim Chappell, Fort Hays State University**
*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_riik8gjw*

| Session: 78PR | Pre-Recorded Session |
|---|---|

### The Role of Teamwork and Reflection in the Development of Criteria-Based Rubrics to Assess Course Outcomes in Online Undergraduate General Education Courses

At Purdue University Global, School of General Education, we recently undertook a project to create consistent, criteria-based assessment rubrics for all courses. This presentation will include the goals, process, and lessons learned from this project that will ultimately lead to improved learning from assignments and consistency in scoring for our courses. Rubrics were produced as a tool to measure student learning outcomes in our courses. The use of standardized rubrics with detailed criteria assessed across various levels of student performance is an important step in improving inter-rater reliability in scoring while also providing a road-map to success for student learners.

**Tyra Hall-Pogar, Kate Scarpena, and Amy Smith, Purdue University Global**
*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_ot7abcju*

| Session: 79PR | Pre-Recorded Session |
|---|---|

**Tightening the Interdependent Structure Between the University-Level Offices, College-Level Offices, and Faculty**

The presenters will share the organizational structure change in assessment practices from loosely to more tightly coupled at a large public institution. This model helps "connect the dots" both vertically and horizontally. Vertically, the methods of establishing expectations and interactions between university and college professionals and faculty to support assessment practices will be presented. Horizontal collaborations among assessment professionals and between these professionals and faculty will be discussed. The background, rationale, and value of this structure will be addressed. Audiences may adapt this interdependent model to enhance the effectiveness of their structure or duplicate it to build a new structure.

**Christine Robinson, University of North Carolina at Charlotte; and Rong Wang, Xi'an Jiaotong-Liverpool University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_z7f3yrle*

| Session: 80PR | Pre-Recorded Session |
|---|---|

**True or False: Exams are a Waste of Time?**

For many classes, a midterm and final with a mixture of multiple choice, true/false, and matching questions are just par for the course. However, with the increase in online courses, cheating technologies, and limited ways to ensure students aren't using their text/notes, are they really the right way to assess our students? In this session, we will discuss why traditional testing doesn't always work, review some raw and real feedback from students on how they view exams, and provide other ways to assess your students' learning, especially for large class sizes.

**Lamia N. Scherzinger and Lisa Angermeier, IUPUI**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_pk0f3uvw*

| Session: 81PR | Pre-Recorded Session |
|---|---|

**Understanding Covid Consequences through Surveys**

Preparation for Covid-19 restrictions was done in a vacuum of data. After the restrictions and flexibility were put into place, the university needed to find out from its students, faculty, and staff how they were impacted by "this unprecedented event." A series of surveys were deployed and this presentation looks at the data across these main constituent areas for "common ground" of needs, frustrations, and consequences of such an abrupt change to business as usual, especially as it impacted student learning and student support services.

**Janet Thiel and Kathleen Marino, Georgian Court University**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Institution-Wide Data Collection/Use (ID)*
*Pre-Recorded Session Link: https://iu.mediaspace.kaltura.com/media/t/1_4qnhhv1l*

| Session: 82PR | Pre-Recorded Session |
|---|---|

### Using Appreciative Inquiry to Build Collaborative Leadership Among Assessment and Accreditation Leaders in a Public University System

Appreciative Inquiry (AI) is a strengths-based, positive approach that is effective at breaking down barriers, operational silos, and promoting cross-disciplinary and inter-institutional teamwork – a common challenge in higher education. An example of using AI to improve collaborative leadership is reflected in the work of the Councils of Assessment and Accreditation within the University of North Carolina System (UNC). The leadership team of these two Councils used principles of AI to facilitate conversations and connections between institutional effectiveness leaders at the 17 institutions within the UNC System.

**Krissi Hewitt, North Carolina School of Science and Mathematics; Christine Robinson, University of North Carolina at Charlotte; and Amy Strickland, Western Carolina University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Leadership for Assessment (LA)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_d4hu7er5*

| Session: 83PR | Pre-Recorded Session |
|---|---|

### Using Assessment Data to Improve Curriculum Mapping and Assessment Practices

Establishing a comprehensive curriculum map is a key component of creating a highly effective curriculum. Evaluating student performance based on each component of the curriculum map is an essential element of assessing curriculum effectiveness and facilitating continuous curriculum improvement. This session will share how a pharmacy program leveraged data available from assessment technologies (ExamSoft, Canvas, Enflux) to create a comprehensive course assessment report for faculty to evaluate the effectiveness and assessment alignment for each of their courses.  Presenter will also share how aggregate course data were presented to faculty to facilitate a review of the effectiveness of a newly implemented curriculum.

**Michelle Kibiger, Manchester University**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Use of Technologies in Assessment (UT)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_ir7i9b0e*

| Session: 84PR | Pre-Recorded Session |
|---|---|

### Using Embedded Course Assessments to Assess General Education Outcomes

"Assessment," when said out loud, may cause eye-rolling and grumbling amongst faculty. Those who have had the pleasure to work on assessment may find it tedious work that produces little reward.  Faculty who are new to assessment may find the entire concept confusing and unsure where to begin. How do you get faculty buy-in? Make it easy to do! Today, we will demonstrate how we developed strategies for implementing a general education, institutional-wide data collection process; how a learning management system can be leveraged for collecting embedded course assessments; and how to evaluate data for informed decision-making.

**Patricia Davis, Chanda Deaton, Yan He, and Julie Saam, Indiana University Kokomo**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: General Education (GE)*
*Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_rnru0yfx*

| Session: 85PR | Pre-Recorded Session |
|---|---|

### Using Meta-Assessment to Improve Assessment Practices

Moving assessment practices away from merely an act of compliance to something more meaningful and actionable is a challenge for many institutions. This can hamper completion of important work as well as closing of the loop to better support student success. This presentation will walk attendees through the collaborative steps taken at a completely online institution to conduct meta-assessment of its assessment activities, the opportunities identified, changes implemented, and the impacts of those changes.

**Heather Hussey and Elaine Willerton, Northcentral University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Assessment in Online Courses and Programs (AO)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_hl1j3gv1*

| Session: 86PR | Pre-Recorded Session |
|---|---|

### Effective Assessment that Supports Teaching and Learning

Do they remember it? Do they understand it? Can they demonstrate it? Can they explain it? Can they apply it? Can they solve it? Can they expand on it? By clarifying the role of assessment in our courses and developing and communicating a transparent assessment plan, we can offer opportunities for students to demonstrate their learning while gaining insights into their progress toward mastery and how to offer responsive teaching. This session will focus on native Canvas assessment tools as well as proprietary tools for integration.

**Karen D. Harris, Rutgers University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Leadership for Assessment (LA)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_ibtchz0m*

| Session: 87PR | Pre-Recorded Session |
|---|---|

### Incorporating Diversity Into Course Content and Assessing Results Using Multiple Viewpoints

Diversity in course content includes historic and contemporary definitions of terms; brief biographies of authors with a variety of ages/races/gender/locations; and exposure to global and local sites. Student learning elements include exposure to practices involving critical thinking intellectual traits; positive psychology; engagement; and dialogue. These teaching and learning processes set the stage for student writing and oral presentations on an ethical judgment issue (Capstone HORT 4090) or an essay on a sustainable landscape issue (HORT 3080) that include identifying multiple viewpoints embedded within a topic or issue. Results from these assignments are used to assess demonstration of diversity.

**Ellen Vincent and Kayla Payne, Clemson University**

*Presentation Type: 60-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Global Learning (GL)*
*Pre-Recorded Session Link:* *https://iu.mediaspace.kaltura.com/media/t/1_ha61bwvj*

| Session: 88PR | Pre-Recorded Session |
|---|---|

**Integrating Authentic Assessment Processes for Enhanced Results in Faculty RPT, Program Evaluation, and Accreditation**

Faculty and administrators in all settings face the ongoing dilemma of balancing the professional emphasis on student learning with the administrative task of documenting student performance related to reappointment, promotion, and tenure. Add in the additional escalating requirement for accountability and accreditation, and both faculty and administrators are placed in a "no win" situation. However, as academics, we need to work toward solutions and seek effective processes across all areas of higher education. One such potential solution to this issue of #messydata is the use of student generated authentic assessments for RPT, program evaluation, and accreditation. This solution, combined with an effective implementation of process improvement guidelines and personal reflective practice, has a great potential to enhance faculty self-assessment, promote program evaluation, and enhance the accreditation process.

**Ray Francis, Central Michigan University; and Mark Deschaine, The University of Mississippi**

*Presentation Type: 30-Minute Prerecorded Concurrent Session*
*Audience Level: Intermediate*
*Primary Track: Accreditation (AC)*
**Pre-Recorded Session Link:  TBD**

| Session: 89PR / 16P | Pre-Recorded Session |
|---|---|

**Implementing a Summative Competency-Based Assessment to Measure Physical Examination Skills in Medical Students**

Due to safety concerns during the COVID-19 pandemic, the NBME (MD licensing) and NBOME (DO licensing) eliminated the licensure exam that measures physical examination skills for medical students.  These licensing agencies have now suspended these assessments indefinitely, leaving this type of assessment up to medical schools.  In this presentation, we describe the creation of a high stakes summative competency-based assessment that measures patient care skills. We will also share our longitudinal process for collecting student performance data in clinical skills assessments, as this data was aligned with the competency assessment data to provide comprehensive targeted feedback for students.

**Michael Summers and Sarah Zahl, Marian University College of Osetopathic Medicine**

*Presentation Type: 30-Minute Concurrent Session*
*Audience Level: Beginner*
*Primary Track: Graduate/Professional Education (GR)*
**Pre-Recorded Session Link:  https://iu.mediaspace.kaltura.com/media/t/1_rtfq70ax**



**Facilitator Script 2017–18**

The American Association of University Women (AAUW) believes that pay equity and equal opportunity are a matter of simple fairness. AAUW is a leader in the fight to end pay discrimination and open doors for women in the workplace. To close the gender pay gap, AAUW operates two salary negotiation workshop programs, AAUW Start Smart and AAUW Work Smart.

**AAUW and the Fight for Fair Pay**

Founded in 1881, AAUW advances equity for women and girls through advocacy, education, philanthropy, and research. Annually, AAUW publishes *The Simple Truth about the Gender Pay Gap*, which explains that women working full time in the United States typically are paid just 80 percent of what men are paid, a gap of 20 percent. Nationally, Asian American women are paid 87 cents for every dollar paid to a white, non-Hispanic man. White women are paid 79 cents, African American women are paid 63 cents, Native Hawaiian and Other Pacific Islander women are paid 59 cents, American Indian and Alaska Native women are paid 57 cents, and Hispanic women are paid just 54 cents on the dollar.

AAUW is leading the charge by offering a salary negotiation workshop, AAUW Start Smart. Using the lens of the gender pay gap, AAUW Start Smart is designed to empower women with the skills and confidence they need to successfully negotiate their salary and benefits. The workshop curriculum utilizes the latest research and negotiation strategies to help women navigate the complexities of job offers and promotion opportunities.

In every two-hour workshop participants will gain confidence in their ability to negotiate through facilitated discussion and will role-play and learn skills that they will use for the rest of their working lives, such as
- How to identify and articulate their personal value
- How to develop an arsenal of persuasive responses and other negotiation strategies
- How to conduct objective market research to benchmark a target salary and benefits
- How the pay gap affects their economic security and life goals

Negotiation ensures that women are putting a fair price on their work and sets a benchmark for future salary increases. By negotiating fair and equitable salaries, women are better positioned to pay off debt, such as student loans and mortgages, and to save for retirement—leading to greater economic security.

**Room Setup Recommendations**
- Use an appropriately sized and flexible space to accommodate participants and the workshop facilitator comfortably; a workshop should have no more than 40 participants. The setup for the room can be classroom or theater style. Round tables work as well.

**Equipment**
- Whiteboard or flip chart with markers
- Computer with Microsoft PowerPoint (or other compatible presentation software)
- Projector and/or screen connected to a computer
- Hand-held slide advancer (optional)

**Materials**
- Attendance sheet (if applicable)
- Name tags for participants (optional)
- Facilitator script
- Participant workbook
- PowerPoint presentation

**Facilitator Notes**

This workshop is designed to be accessible to both experienced and new facilitators. Like good negotiators, facilitators don't become great facilitators without practice. Read the script, take notes in the margins, but otherwise become comfortable with the lessons contained within the script.

The language provided is given as a suggestion—and to help you fully understand the concepts you are teaching. That doesn't mean you have to read the script word for word. Instead, you should use your own words to share and explain what's contained within the script.

To help more experienced facilitators we have created a supplementary summary of the workshop to assist facilitators who are comfortable with the curriculum.

REMEMBER: **Facilitators are required to attend a refresher webinar at least once a year.** To register for your annual refresher visit the Facilitator Portal at salary.aauw.org.

**Key**

| Workbook/Script Alignment | Script |
|---|---|
| Slide 1<br>Workbook 1 | Welcome to the AAUW salary negotiation workshop script! Let us explain how it is organized to help your facilitation.<br><br>*In this column you'll find the script along with facilitator instructions. Plain text (see above) is scripted language that you can use to guide the workshop. Italicized sections denote instructions for the facilitator.*<br><br>On the left side, you'll see several helpful items, including a thumbnail image of the current slide and the correlating workbook page number.<br><br>We hope that the script and materials will help you empower women to confidently and successfully negotiate their salaries and benefits. |

**Arrival**

- *Distribute materials as participants arrive, or place materials on tables before the start of the workshop. All participants should receive a printed workbook, if applicable.*
- *Ensure that the PowerPoint is displaying the first slide.*
- *Ask participants to complete the preworkshop survey at the back of the workbook, if applicable.*
- *Collect the preworkshop surveys before starting the workshop, if applicable.*

| Workbook/Script Alignment | Script |
|---|---|
| <br><br>Slide 1<br>Workbook 1 | Hi, my name is [*insert name*], and I will be facilitating today's AAUW Start Smart salary negotiation workshop.<br><br>*Tell your story. In two or three sentences, share why you became an AAUW facilitator, why you are interested in closing the gender pay gap, a story about your workforce experience, or negotiating for a salary (take no more than 2 minutes). Draft your story below.*<br><br>_____<br><br>_____<br><br>_____<br><br>Please turn to your neighbor and introduce yourself. Share why you're interested in this workshop.<br><br>*Give participants 30 seconds to introduce themselves to their neighbors.*<br><br>This workshop is designed to empower you to successfully and confidently negotiate your salary and benefits and make sure your compensation is aligned with your worth and market value.<br><br>Whether you are negotiating a salary for a new job or for a promotion or raise, your purpose is to be a highly objective, persuasive, and strategic negotiator.<br><br>Your workbook is a tool for our time together and a resource for you to use after the workshop. Before we get started please make sure you've turned in your pre-workshop survey.<br><br>*Collect any remaining preworkshop surveys.*<br><br>As you learn new skills today, spread the word using the hashtag #AAUWStartSmart. |
| Slide 2<br>Workbook 3 | To accomplish our goal we need to set expectations for our time together. There are a few key expectations I have set up for our workshop.<br><br>One, be present and engaged.<br><ul><li>We have a lot of content to cover in a short amount of time. Let's avoid distractions like cell phones or side conversations.</li></ul>Two, be an active participant and active listener.<br><ul><li>Listen to understand, not to respond.</li><li>Be mindful of others so that we can include everyone in the conversation.</li></ul>Three, be you.<br><ul><li>Use your knowledge and experiences. Your viewpoint is valuable in helping you and your fellow participants leave with newfound perspectives.</li><li>Acknowledge your social and cultural experiences and the differences that may exist among us.</li></ul>Four, respect the confidentiality of personal stories, anecdotes, struggles, or anxieties shared today. |

| | |
|---|---|
| <br>Slide 3<br>Workbook 3 | This workshop is organized into 4 steps:<br>• One: Know Your Value (and how to articulate it).<br>• Two: Know Your Target Salary Range and Benefits (using objective research and data).<br>• Three: Know Your Strategy (and how to be persuasive).<br>• Four: Practice, Practice, Practice! (because only with practice will you become a great negotiator). |

**Learning Opportunity: The Gender Pay Gap and How It Affects You [6 minutes]**

| Workbook/Script Alignment | Script |
|---|---|
| <br>Slide 4<br>Workbook 4 | It's important to understand the gender wage gap and how salary negotiation plays a role in your career. |
| <br>Slide 5<br>Workbook 4 | The gender pay gap is how we describe the inequality in what men and women are paid nationally.<br><br>The pay gap affects women from all backgrounds, at all ages, and at all levels of educational achievement, although earnings and the gap vary depending on a woman's individual situation.<br><br>Nationally, women are paid 80 cents for every dollar men are paid. That's among people who work full time. |
| Slide 6<br>Workbook 5 | But women of color are disproportionately affected by the pay gap.<br><br>Compared with white men<br>• Hispanic or Latina women are paid only 54 cents on the dollar.<br>• African American women are paid only 63 cents on the dollar.<br>• White women are paid only 79 cents on the dollar.<br>• Asian American women are paid only 87 cents on the dollar.<br>• Native Hawaiian and Other Pacific Islander women are paid only 59 cents on the dollar.<br>• American Indian and Alaska Native women are paid only 57 cents on the dollar.<br><br>The gender pay gap also exists for women compared with men of the same race or ethnicity.<br><br>*The gender pay gap affects other groups as well, including mothers and the LGBTQ community. For more information, refer participants to AAUW's publication, "The Simple Truth."* |
| Slide 7<br>Workbook 5 | But what causes the pay gap?<br><br>*Ask participants to name different causes of the gender pay gap. You can use the participant responses to help move you through this slide, instead of spending time reading each bullet.*<br><br>Despite the fact that women have made enormous gains in educational attainment and labor force involvement in the last several decades—gains that have helped close the wage gap over time—unequal pay remains pervasive because<br>• Women are paid less for the same work. |

| | |
|---|---|
| | • Women are overrepresented in low-wage jobs and underrepresented in high-wage ones.<br>• Women's work, such as in health care, education, and public administration, is devalued because women perform it.<br>• Women, because they are often caregivers, are discriminated against and face barriers that result in lower pay.<br><br>*For more information, refer to these notes:*<br>• *Women are paid less for the same work, in some cases as a result of direct discrimination. The pay gap also reflects an undervaluing of women's work. Frequently, women earn less than men for performing work of equal value. Jobs requiring similar skills, qualifications, or experience tend to be poorly paid and undervalued when they are dominated by women rather than by men.*<br>• *Women are overrepresented in low-wage jobs and underrepresented in high-wage ones. This results in segregation in the labor market. On one hand, women and men often predominate in different sectors. On the other hand, within the same sector or company women predominate in lower-valued and lower-paid occupations. Women are underrepresented in managerial and senior positions.*<br>• *Women, because they are often caregivers, are discriminated against and face barriers that result in lower pay. Women are expected to reduce their working hours or exit the labor market to carry out child or elderly care. Women are also expected to shoulder more of a burden in the balance of work and private life: Domestic responsibilities are still not equally shared among women and men. The task of looking after dependent family members is largely borne by women. Consequently, women can have more career interruptions or work shorter hours than men. But even if women aren't caregivers, they can face discrimination if it's assumed they might become caregivers in the future.* |
| Slide 8<br>Workbook 7 | So, how does the gender pay gap impact us?<br><br>The gender pay gap begins to affect women right out of college.<br><br>On the basis of today's national pay gap the National Women's Law Center determined that over a 40-year career women would lose $418,800 compared with men.<br><br>• African American women lose $840,040 over the course of a 40-year career compared with white men.<br>• Latinas lose $1,043,800 over the course of a 40-year career compared with white men.<br><br>On average, women employed full time in the United States lose a combined total of more than $840 billion every year due to the pay gap. These lost wages mean women and their families have less money to support themselves, save and invest for the future, and spend on goods and services. Families, businesses, and the economy suffer as a result.<br><br>Over the long term the pay gap means having less money for<br>• Food and housing<br>• Child care<br>• Retirement savings<br>• Paying off student loans and other debt<br>• Quality of life items, such as homes, cars, travel, computers, cell phones, and more |

| | |
|---|---|
|  Slide 9<br>Workbook 7 | Does negotiating make you anxious? What do you see as your biggest challenge about negotiating your salary and benefits? Why?<br><br>*Give the participants 1 minute to write down their answers. Then ask for 2-3 examples, taking time to validate their responses. If necessary, list some common anxieties, including*<br>  &bull; *Getting fired*<br>  &bull; *Losing a job offer or promotion*<br>  &bull; *Getting a reputation for not being a team player*<br>  &bull; *Being disliked*<br>  &bull; *Fearing that employers will assume you have child-care plans or responsibilities that will affect your commitment to your job*<br><br>You are not alone in feeling anxiety—and what you're feeling is completely appropriate. Hopefully, with the skills you learn today, you will feel prepared to negotiate objectively and confidently and be positioned for success. |

**Negotiation Step 1: Know Your Value [8 minutes]**

| Workbook/Script Alignment | Script |
|---|---|
|  Slide 10<br>Workbook 8 | The first step in preparing to negotiate is to know your value. In other words, can you confidently and articulately share the value that you bring and the contribution you will make to your position and make it resonate with your employer? |
|  Slide 11<br>Workbook 8 | As you begin your career, you may not think that you bring a lot to the table. But, what employers are looking for are your transferable skills such as communication, problem-solving, and teamwork.<br><br>You already have experiences that speak to what an employer is looking for, even if you haven't held a job before.<br><br>Take time to identify and articulate your accomplishments, skills, and work experiences and how they demonstrate value or bring value to a company or organization. This is critical not only for successful career exploration but also for the creation of convincing résumés and cover letters.<br><br>In your workbook write down examples of accomplishments, contributions, skills, and work experiences that demonstrate your value.<br><br>*Give participants 30 seconds to write things down.*<br><br>You're not done. Take 1 thing you wrote down and think about what you did to make it happen. What role did you play? What were some positive results? If applicable, pull exact numbers to support your case so it is quantifiable.<br><br>The way you articulate your contributions is to say something like this: "As a result of my effort to do [identify your action], I have achieved [results] which provided the following specific benefits to the company, [fill in numerical data or other positive outcome]."<br><br>Try writing one of these statements in your workbook. When you're done turn to your neighbor and share your statement aloud. Give feedback to your neighbor. |

| | |
|---|---|
| | *Give participants 2 minutes to compose their answers and share with their neighbors. Facilitate 2 or 3 examples.*<br><br>*Experienced facilitators can ask a participant to volunteer to share an accomplishment, contribution, skill, or work experiences and then guide the participant through the exercise aloud. This way, you're able to model the process of following how to take a skill and end up with a compelling value statement.* |
| <br>Slide 12<br>Workbook 8 | You are your own brand—and you should feel comfortable talking about your accomplishments. No one is going to be a better advocate for you…than you!<br><br>At home, repeat this until you've developed a list of value statements. Next we need to learn how to connect them to what employers want. |
| <br>Slide 13<br>Workbook 9 | In your workbook on page 9, you will find a résumé for Olivia Taylor, a fictitious job seeker. We'll follow her as she reviews her résumé, a job posting, and finds comparable salaries to research.<br><br>Looking at Olivia's résumé, underline accomplishments, skills, and work experiences that she could use to demonstrate her value.<br><br>*After 60 seconds ask participants what they would articulate about Olivia's value.* |
| <br>Slide 13<br>Workbook 10 | Now let's connect the dots. On page 10 of your workbook, you will find the job that Olivia is looking for. The job posting can help you figure out what value statements and job experiences to include in your resume.<br><br>In other words, the job posting can help us hone our value statements so we're even better prepared to talk to our employer.<br><br>Which of Olivia's accomplishments, skills, and work experiences align with the job posting? Are there some areas that don't match up?<br><br>*Ask the group to share what they identified. Possible responses may include*<br>• *Years of experience*<br>• *Overseeing client relations*<br>• *Excellent communication skills*<br>• *Knowledge of social media*<br>• *Familiarity with sports*<br><br>When you're preparing for your negotiation, make sure to connect your accomplishments, skills, and work experience to the job. This will help you<br>• devise persuasive responses during your negotiation and<br>• justify any request to increase your salary. |

**Negotiation Step 2: Know Your Target Salary and Benefits [30 minutes]**

| Workbook/Script Alignment | Script |
|---|---|
| <br>Slide 14<br>Workbook 11 | Step 2 of your preparation is to ground yourself in objective research to determine how much you are worth.<br><br>You are "worth" whatever other comparably qualified and comparably placed people in your field are worth. It doesn't matter how much you made at your first job, nor does it matter what your last salary was. You have a "market value," just like a house, car, or the crafts on Etsy have a market value. You're "worth" whatever other people with your background, credentials, schooling, skills, and zip code are being paid to do the job. |
| <br>Slide 15<br>Workbook 11 | We recommend using these 6 steps to know your target salary and benefits:<br>• One, research and identify a comparable job title.<br>• Two, find the salary range and establish your target salary.<br>• Three, identify your target salary range.<br>• Four, create a realistic budget.<br>• Five, determine your resistance or "walk-away" point.<br>• Six, determine the value of your benefits.<br><br>We will walk through each step continuing to use Olivia Taylor as our model.<br><br>For this section we will work extensively in the workbook on pages 11–17. |
| <br>Slide 16<br>Workbook 12 | Step number 1: Research and find a comparable and aligned job title.<br><br>You should use multiple resources for your research. We use Salary.com to begin our salary research because it uses employer-reported data instead of individually reported data.<br><br>Once you're on Salary.com input a job title or keyword and location to search for positions within an industry.<br><br>*Other sources of objective, market-based salary data are listed in page 14 of the workbook. You may want to highlight that Payscale.com, the Bureau of Labor Statistics, and industry-specific compensation surveys are the most objective data sources.* |
| <br>Slide 17<br>Workbook 12 | For today's workshop, we have already compared several job titles with the given job posting and selected "Public Relations Specialist I" as the appropriate job title to use.<br><br>*Point out the connections between the job posting at Team Player Sporting Goods and Salary.com's job description, such as the similar job duties and required education and experience. Remind participants that they may need to review multiple job titles on Salary.com to find the one that matches the job they are applying for* |
| <br>Slide 18<br>Workbook 12 | Step number 2: Find the salary range and establish your target salary.<br><br>With our selected job title we can determine Olivia's target salary using Salary.com's data.<br><br>A target salary is the salary that we want to achieve through negotiations. It is our desired salary.<br><br>*Participants may ask how to calculate an hourly wage from an annual salary (or vice versa). To figure out an exact hourly wage from an annual salary, you need to figure out how many hours a week you work. If you work 40 hours a week, divide the annual salary by 2,080 (or multiply an hourly wage by 2,080 to determine the annual salary). If you work 37.5 hours a week, divide the annual salary by 1,950 (or multiply an hourly wage by 1,950 to determine the annual salary).* |

| | |
|---|---|
|  Slide 19 Workbook 12 | When we view salary data a bell curve appears showing a range of salaries.<br>    • The graph shows how many people receive a particular salary. The median, or the midpoint, is the salary that the most people are paid in this position. As you go further out from this point, fewer people receive the salaries on both sides of the median.<br><br>*Point out the midpoint on the slide.*<br><br>Pay attention to the midpoint: The midpoint represents the salary for an employee who is fully qualified to hold this position and who requires minimal or no training. |
|  Slide 20 Workbook 13 | *Point out the employer's ranges on the next slide.*<br><br>Meanwhile, employers almost always create a budgeted salary range based on the midpoint. But an employer can choose to lead, lag, or match the market when it comes to compensation.<br><br>Knowing this, we can set a target salary. Your chosen target salary is a personal choice, but since we know what your potential employer is thinking, we can establish an appropriate, objective, research-based target salary.<br><br>If we are qualified for the position, we could set our target salary at or just above the midpoint.<br><br>This is where your value becomes a guide—the more qualified you are you may be able to ask for a higher target salary, but keep in mind your employer's salary range.<br><br>If you're fully qualified for the position you can set your target salary near the midpoint. You may have room to increase your target salary, but it will depend on the value you are bringing to the company.<br><br>*Point out the range of possible target salaries on the slide.* |
|  Slide 21 Workbook 13<br><br>*RETURN TO PREVIOUS SLIDE:*<br><br> Slide 20 Workbook 13 | Step number 3: Identify a target salary range.<br><br>When you are ready to share your desired salary in a negotiation, studies suggest that you will be more successful if you put your target salary at the bottom of a range instead of asking for it outright. Giving a range can also suggest that you're more cooperative and flexible. Let's call this our "target salary range."<br><br>To create a target salary range, put your target salary as the anchor, or bottom of the range and stretch it upward—but never more than 20 percent. A smaller range may be more appropriate, particularly if you are entry or midlevel in your career.<br><br>Working with your neighbor create a target salary for Olivia and discuss what factors you are taking into account.<br><br>*Wait for participants to respond.*<br><br>*Point out the target salary range on the **PREVIOUS (Slide 20)** slide and see how it compares with what they came up with. Then continue to Slide 22.*<br><br>*We suggest a target salary of $50,000; an appropriate range may be $50,000 to $55,000 (about a 10 percent range). As long as the participants do not set a higher end over 20* |

| | |
|---|---|
| | *percent of their selected target salary, their ranges will be fine. A smaller target salary range is also acceptable; it all depends on the comfort level of the participant.* |
|
Slide 22
Workbook 15 | Now we'll move on to step number 4: Create a realistic budget.

It is important to know your monthly budget while preparing to negotiate. Creating a personal budget is not only essential for your financial health, but it is also very important in determining your bottom line.

Raise your hand if you already have a monthly budget.

Since some of us haven't made a budget in a while, I am going to share a guideline for creating a smart, healthy budget. You will find many more budgeting resources and financial literacy tools in your workbook.

Your budget should be based on the city where you will be living and the salary you expect to receive. This will most likely be different from the budget you have now.

A popular budgeting guideline is the 50/20/30 rule. Applying this rule, 50 percent of your income (or less) should go toward paying for the absolute necessities of life, including housing, food, transportation, and utilities.

The next 20 percent (or more) of your take-home pay should be directed toward financial goals and obligations. Financial obligations include your contributions for the future, such as retirement and emergency savings, and debt reduction, such as student loans and credit card debt. Budgeting for this category puts you in a better financial position for the future.

The last 30 percent of your income is for flexible spending and personal choices. These are your discretionary expenses like shopping, personal care, hobbies, entertainment, et cetera.

The 50/20/30 rule is meant to be flexible based on your particular situation and needs. It's a guideline to help you have a proportionally healthy budget. You may find the percentages fluctuate slightly based on the cost of living in your area.

Olivia's sample monthly budget can be found on page 16 in your workbook. We are assuming that Olivia lives in Washington, D.C., and has roommates.

*Give participants 1 minute to look over the sample budget.*

What is rent like where you'll be living? If you don't know, where could you find out?

*Wait for responses, such as Craigslist, apartment websites, newspapers, or other local media.*

After building up an emergency fund, what are some things you'll want to save for?

When you create your own budget, what are the priorities you'll need to include in the flexible spending category?

*Participants may respond with ideas such as Starbucks once a week, getting a massage once a month, funds to have a pet, and more.*

What are some other items you'll need to include in your own budget?

*Solicit answers from the group and facilitate a brief discussion on the sample budget.* |

| | |
|---|---|
| | Olivia's total monthly budget is $2,740. Let's use this budget to help us in step 5. |
| <br><br>Slide 22<br>Workbook 15 | Once you have determined your target salary, it's important to estimate your monthly take-home pay after taxes and other deductions.<br><br>If you find your budget is greater than your target salary, you may want to reexamine your budget to reduce expenses or assess whether the job is a realistic fit for your needs.<br><br>Remember, you need to be able to set salary targets on the basis of objective data and reasoning. Your budget can inform those goals but should not be a reason to increase your target salary outside of a range that you can justify through your objective reasons. On the other hand, if your budget is below your targeted salary that should not be a reason to decrease what you're willing to accept.<br><br>*Refer participants to the resources in their workbook for this step.* |
| <br><br>Slide 23<br>Workbook 13 | In step number 5 we'll determine your resistance or "walk-away" point.<br><br>A final number to keep in mind when negotiating is your "resistance point." The resistance point is the lowest salary you are willing to accept and still take the offer. Identifying a resistance point helps prevent you from accepting an offer that you may later regret. Without a resistance point, you won't know when to push back in the negotiation.<br><br>Your resistance point can be informed by your budget and personal situation but shouldn't be based on it. Provided you are qualified for the job, you may want to start at the median since many employers use the median salary to set their own starting salary offer.<br><br>But you may consider other values in determining your resistance point, such as<br>• Available benefits<br>• Other job offers that you have received<br>• How long you've been looking for a job<br>• The experience you will gain<br>• Your promotion potential<br>• Opportunities to go back to school<br>• Networking opportunities<br>• Your devotion to the mission of the organization<br><br>To set a resistance point look at the salary range, the job posting, and Olivia's résumé.<br><br>Working with your neighbor determine what you would set as a minimum salary for Olivia.<br><br>*Ask for a few responses from participants.*<br><br>*Based on a median salary of $49,343 and a target salary of between $50,000 and $55,000, a resistance point may be between $42,500 and $47,500. If participants have difficulty selecting a resistance point in this range, direct them with the following information:*<br>• *The candidate can go back to school to gain more skills and get a higher salary later.*<br>• *She may not have experience in sports merchandizing but does have relevant experience in another field and demonstrated adaptability.* |

| | |
|---|---|
| <br>Slide 24<br>Workbook 13 | Let's move on to step number 6: Factor in the value of benefits.<br><br>Benefits are an important part of your compensation package and can be negotiated. You should be negotiating for other items in your compensation package, especially if your employer cannot meet your target salary.<br><br>Some benefits, like health insurance or vacation accrual, are usually standard for all employees, but some are more open to negotiation. Rather than ask for more of everything, focus on what you might actually be able to get. Give your benefits the same objective analysis as your salary.<br><br>What are some benefits that would make a salary offer (or compensation package) more enticing?<br><br>*Wait for participants to name some benefits. Possible responses could include*<br>• *Health insurance*<br>• *Dental or vision insurance*<br>• *Retirement accounts and matching contributions*<br>• *Transportation assistance*<br>• *Tuition assistance*<br>• *Student loan assistance*<br>• *Parking*<br>• *Stock options*<br><br>Salary.com can show you the monetary value of benefits a job might have in a certain location, but you should also talk to people in your field or industry. Ask them what benefits are typically offered. Talk to people who work at the company where you are interviewing. Consider what's valuable to you and what you should negotiate for other than your salary. |
| | When you're at home, use all the steps we just learned to research and benchmark your salary and benefits for your specific job title and location. Do your research as you prepare your pitch! |

**Negotiation Step 3: Know Your Strategy [40 minutes]**

| Workbook/Script Alignment | Script |
|---|---|
| Slide 25<br>Workbook 18 | Creating a negotiation strategy requires you to take the objective data and value statements you prepared and use them strategically. |
| Slide 26<br>Workbook 18 | During your negotiation, you should<br>• Have your notes in front of you as you follow up with the employer, including a prioritized list of what you want to negotiate for and in what order.<br>• Remain positive and flexible, as this will allow your employer to better engage with you. Your flexibility will help you listen and then advocate for yourself.<br>• Remember that negotiation isn't a confrontation or battle; it's a conversation. As the conversation continues, you will increasingly learn more about what your employer needs and wants. If you listen carefully, build on every exchange, and remain flexible, you can move toward your target.<br>• Don't get personal, and be careful of oversharing. The employer doesn't care that you have student loans to pay off or that you're financially supporting a parent. Your |

salary will be based on your capability to get the job done, the company's budget, market rates for your job, and your ability to successfully negotiate for a higher salary.

- Anticipate your employer's reactions and responses ahead of time – that way, you'll already have your own responses prepared.
- And finally, oftentimes, employers find the hiring process difficult and time-consuming. If they've chosen you, they want to make it work.

You may have several conversations before concluding the negotiation, as each party considers the requests, offers, and counteroffers that are going back and forth. Remember, remain positive and flexible throughout the process.

If you get to a point at which you feel like you need time on your own to consider an offer, you should always feel free to ask for it.



Slide 27
Workbook 18

Your negotiation strategy can differ depending on whether you are looking for a new job or preparing to ask for a raise or promotion.

In today's workshop, we will cover preparing to negotiate for a new job offer.



Slide 28
Workbook 18

**Deflection Strategies**

It's important to do your best to avoid discussing your salary or negotiating until you have received a job offer. During the interview, or even in the application stage, you may be asked about your salary history or salary expectations. You want to deflect those questions until you have an offer. Make it clear that you want to learn more about the job before you share your salary expectations and that your requirements are negotiable and depend on the salary offered and the benefits package.

Let's practice deflecting these types of questions. Open to page 18 in your workbook.

If an interviewer asks, "What are your salary expectations for this role?"

You could deflect by saying something like

- "I'd rather talk about that after I've received a job offer."
- "I'd like to see if I'm a good fit first before we discuss salary."
- "What do you usually pay someone in this position?"
- "I'd like to learn more about the role before I set my salary expectations. As we move forward in the interview process, I would hope and expect that my salary would line up with market rates for similar positions in this area."

If the interviewer asks, "Can you share your salary history with me?" how would you respond?

*Ask someone to read the example responses from the workbook.*

- *"This position is not exactly the same as my last job. So let's discuss what my responsibilities would be here and then determine a fair salary for this job."*
- *"I'd appreciate it if you could make me an offer based on whatever you have budgeted for this position, and we can go from there."*
- *"I'm really not comfortable with revealing that information but I am interested in discussing some of the other ways I can help the company."*

| | |
|---|---|
| | Some cities and states prohibit asking for someone's salary history. Make sure you research local pay equity laws prior to going in for an interview.<br><br>If you are no longer able to deflect, try to get your employer to share their target range first. If you convince the employer to share their salary offer first, then you've set yourself up well for the next phase of the negotiation. When and if you share your own salary requirements, provide your target salary range and emphasize that your salary expectations are negotiable and are based on data for comparable positions in your location.<br><br>If you find that your salary requirements were too low, you can bring that up during the negotiation with something like, "Now that I've learned more about this position, my salary requirements have changed…" – and provide your target salary range.<br><br>Your workbook has space for you to write additional responses. Remember to do your best to deflect naming your target salary range until after you have an offer.<br><br>Let's practice. With a neighbor, identify who will be the employee and who will be the employer. Now, pretend that you're in an interview and use the script in your workbook to simulate deflection. When you're finished, switch roles and try again.<br><br>*Give the participants about 3 minutes to practice.* |
| | Some of you may encounter online forms that require you to share your salary history or desired salary. There is not a clear method for how to handle these. We recommend that you leave these fields blank or write "zero" or "N/A." If the field requires a figure, then put down your target salary or target salary range. Even if you have to share a number you can always say that your expectations changed as you gained a better understanding of the role, the company, and the full package.<br><br>*You will likely get questions from participants at this point. Spend no more than 3 or 4 minutes answering questions so that you have time for the rest of the workshop.* |
| <br>Slide 29<br>Workbook 19-20 | **Responding to an Offer Persuasively**<br>Once you've received an offer the negotiation has begun. This is why it is critical to prepare and practice your response ahead of time.<br><br>When you receive your job offer you should receive the starting salary number as well. If not, ask what the starting salary is, along with the benefits package. Get the offer in writing so you can take your time to review it.<br><br>Listen carefully. Pause, reflect, and do not respond immediately—no matter what the offer is.<br><br>At this point you can start negotiating right away or thank them and ask for time to consider the offer. You may want to ask for more information about benefits, such as health care costs or retirement benefits.<br><br>**If you get an offer at or above your target salary**, congratulations! You should look at the overall package and decide whether you want to negotiate further or focus more on benefits. Usually you'll want to negotiate—it's expected—but you want to make sure you can clearly spell out the value you're bringing in.<br><br>**If you get an offer below your target salary** you should definitely attempt to negotiate upward. More, consider what benefits may bridge the gap and make the offer more acceptable. In these situations, if you cannot negotiate above your resistance point, then you |

| | |
|---|---|
| | might need to consider whether this job is a realistic fit for you to be able to meet your needs. |
| <br>Slide 30<br>Workbook 20-22 | Anticipating how your employer will react and preparing persuasive responses are important for negotiation and the best way to prepare and practice your strategy.<br><br>Anticipate employer objections by brainstorming 3–5 different ways that the employer might respond during a negotiation. Use your value statements and the information you gathered in your research to prepare talking points for each potential response.<br><br>Remember that the decision makers either already hired you or offered you the job and want you there, so remind them why during the negotiating process.<br><br>Let's practice.<br><br>Let's say you get an offer that's below your target of $50,000 a year. You get offered $45,000.<br><br>You could say, "I'm thrilled to receive an offer and excited about the possibility of joining your team. As I reviewed the offer I was hoping there was some flexibility on the salary, given my qualifications and work experience. What flexibility do you have?<br><br>Maybe the employer then asks, "How about $48,000?"<br><br>Then you could refer back to your research, and one or two of your value statements by saying, "Based on my research of similar positions in this area, and my related experience, I was thinking $50,000–55,000 per year." And then the back and forth of negotiating would move on from there.<br><br>Turn to page 20 of your workbook.<br><br>I want you to practice drafting persuasive language in response to a job offer. Pretend that your employer has offered you a salary under your target salary, and draft 2 or 3 persuasive responses.<br><br>*Give them 2 minutes to think of responses. Then ask for a few responses from participants. If you have time, ask participants to work with a partner to draft persuasive responses to the above prompt.*<br><br>There are more examples in your workbook on page 21.<br><br>*There might be more discussion or questions at this point. Try not to spend more than 3 or 4 minutes before you move on. You may say that you'll take 1 or 2 more questions so you can be respectful of everyone's time and that you'll answer more questions at the end of the workshop.* |
| <br>Slide 31<br>Workbook 22 | **Assess Benefits**<br>After negotiating your salary you should consider your strategy to negotiate for better benefits.<br><br>The strategy is similar to the techniques we've already discussed.<br><br>Negotiating benefits is one way to make an unacceptable salary offer more acceptable. It's also a way to maximize your value during the negotiation. |

| | In situations where you are not able to negotiate a salary, negotiating benefits can help make up for any shortcomings in salary.<br><br>There are examples of the types of benefits you might want to think about in your workbook on page 27. Use the same skills we've talked about for your salary to prepare for this part of the negotiation. |
|---|---|
| <br>Slide 32<br>Workbook 22 | **Concluding the Negotiation**<br>Once the negotiation has concluded make sure to get everything in writing. Read it carefully before signing to make sure everything you discussed is included.<br><br>Thank your new employer and reiterate your excitement about this new role! |
| <br>Slide 33<br>Workbook 22 | **Can Negotiating Backfire?**<br>In most cases your negotiation will proceed positively. However, research shows that the stereotypes that women face in the workplace play into why women don't negotiate as often as men. Is anyone familiar with the concept of the "double bind"?<br><br>*Ask participants to respond.*<br><br>The double bind is about what roles women are allowed to play in society:<br>• Women receive conflicting demands around behavior expectations, especially at work.<br>• Women often have two choices, to be either respected or liked.<br>• Likeable women are sometimes seen as "incompetent" and may not be given stretch assignments.<br>• When women step outside of cultural expectations and are assertive or advocate for themselves in a negotiation, they are sometimes seen as "unlikeable."<br><br>It's unfair, but it is reality. You're supposed to negotiate, but you're also working against negative stereotypes.<br><br>Trust your gut. You are experienced enough to know when you are risking your job, your career, or your future. If you sense the conversation is going in a way that feels risky, you can back off. You can stop the discussion at any time. |

**Negotiation Step 4: Practice, Practice, Practice! [30 minutes]**

| Workbook/Script Alignment | Script |
|---|---|
| <br>Slide 34<br>Workbook 23 | Practice is an important step in preparing for salary negotiation. |



Slide 34
Workbook 23

*If you have at least 45 minutes left in your workshop or other flexibility, proceed with the following example role-play. Otherwise, skip to the next part of the script.*

*For this section you will model an example role-play for participants before they practice. We recommend you play the role of the employee and ask for a volunteer to read the role of employer (the exercise is in the workbook and below). If you are cofacilitating, the other facilitator can model the employer role.*

Before we get started I want to share how your negotiation may go. We're going to do some role-playing exercises to let you test out what you've learned.

**Example Role-Play**
*Shake hands.*

**Olivia (employee)**: Hello! Thank you for meeting with me today. I am so excited to talk about your offer and review the details about joining the organization.

**Maya (employer)**: Well, we think you are an excellent candidate for the position and would fit in well at our company. Given that, we hope you will accept our offer of $58,000 a year plus benefits.

**Olivia**: Thank you. I am confident I will bring value to the organization. However, according to my research, the market rate in the area for someone in this position with my demonstrated skill set is $60,000–68,000 per year. Would you consider an offer within that range?

**Maya**: Hmm. Going above $58,000 is close to the maximum salary I can offer for this position.

**Olivia**: I appreciate that. However given my experience increasing revenue by 15 percent in my current position and experience with reducing expenses, I hope we can work together to come to a salary that reflects my qualifications.

**Maya**: You are very qualified and we are impressed with your track record. The best I can offer you is $62,000.

**Olivia**: Thank you. I'm also interested in discussing what benefits are available.

**Maya**: Sure. What are you looking for?

**Olivia**: Do you offer funding for professional development that would enhance my work and increase my value to the organization?

**Maya**: Yes, we can offer you up to $500 toward professional development annually.

**Olivia**: Thank you! This is a very generous offer. Can I please have this in writing and give you an answer by the end of the week?

**Maya:** Absolutely!

*Shake hands.*

| | |
|---|---|
| <br>Slide 35<br>Workbook 24 | *Start from here if you do not have enough time for the example role-play.*<br><br>Now it's your turn! We are going to do a role-play exercise of a negotiation between an employee and employer, and we are going to do it twice so that each of you plays the employee role and the employer role.<br><br>You will be pairing up and taking turns with your partner. You'll have 5 minutes for each round of role-playing.<br><br>Turn to your workbook and use it as a reference during your negotiation. We want this role-play to be as realistic as possible, so prepare to speak persuasively about your value, skills, and experience.<br><br>*If there are an odd number of participants, step in for anyone who is not matched up.*<br><br>Now that you've decided who is playing the employee and employer for this first round, I'm going to show you each the salary range you'll use for the practice negotiation. We'll do this again with another set of salary ranges for round 2. |
| <br>Slide 35<br>Workbook 24-25 | Before we start keep these tips in mind.<br><br>When you are an employer: **Do** pay your new hire a fair salary. Good pay attracts and keeps good employees. **Don't** give away the farm. You can't pay what you can't afford.<br><br>When you are the employee refer to your workbook for example language and what you've prepared, but **do** have your target salary in mind, **do** sell yourself and aim high (but be realistic), and **don't** share your desired salary first. Instead, deflect by letting the employer know that you'd like to better understand the job responsibilities and requirements.<br><br>The next slide will have the employee target salary range for this first round. Everyone playing the role of employer, close your eyes. |
| <br>Slide 36<br>Workbook 24 | Employees, write down this target salary range in your workbook.<br><br>*Their range will be on the PowerPoint slide.*<br><br>Assume that you have already been offered the job and have done your research. |
| <br>Slide 37<br>Workbook 24 | Now, employees, close your eyes. |

| | |
|---|---|
|  **Role-Play Round 1**<br><br>Employer Salary Range<br>**$28,000–$38,000**<br>↑ Starting Offer ↑ Maximum Budgeted<br><br>Slide 38<br>Workbook 25 | Employers, open your eyes and write down the range on the slide.<br><br>*Their range will be on the PowerPoint slide.*<br><br>This is the salary range that you are authorized to negotiate within for this position. Assume that these numbers are based on your organization's budget and what you think the job is worth. The top of the range is your maximum budgeted amount.<br><br>Remember, you don't want to lowball your employee. Good salaries retain good employees! |
| **Sample Starting Language**<br><br>Employees: "Thank you for this opportunity to work for your company."<br><br>Employers: "We're happy to work with you. Before we discuss your start date, can you share with me your desired salary?"<br><br>Slide 39<br>Workbook 24-25 | You can all open your eyes.<br><br>You have 5 minutes for this first round. Begin!<br><br>*Give the group 5 minutes to negotiate.*<br><br>Now it's time to switch roles. Employers, close your eyes. |
| **Role-Play Round 2**<br><br>Employee Target Range<br>**$40,000–$48,000**<br>↑ Target Salary<br><br>Slide 40<br>Workbook 24 | Employees, write down this target salary range in your workbook.<br><br>*Their range will be on the PowerPoint slide.*<br><br>Assume that you have already been offered the job and have done your research.<br><br>Remember, you want your employer to offer a salary first. Once she does you should use what you've prepared to respond. If you offer a counteroffer, aim high but be realistic. |
| **PRACTICE MAKES PERFECT**<br><br>Slide 41<br>Workbook 24 | Employees, close your eyes. |
| **Role-Play Round 2**<br><br>Employer Salary Range<br>**$35,000–$46,000**<br>↑ Starting Offer ↑ Maximum Budgeted<br><br>Workbook 25<br>Slide 42 | Employers, open your eyes and write down this range.<br><br>*Their range will be on the PowerPoint slide.*<br><br>This is the salary range that you are authorized to negotiate within for this position. Assume that these numbers are based on your organization's budget and what you think the job is worth. |
| **Sample Starting Language**<br><br>Employees: "Thank you for this opportunity to work for your company."<br><br>Employers: "We're happy to work with you. Before we discuss your start date, can you share with me your desired salary?"<br><br>Slide 43<br>Workbook 24-25 | *Switch slides before continuing.*<br><br>You can open your eyes.<br><br>You have 5 minutes for this second round. Begin!<br><br>*Give the group 5 minutes to negotiate. Then stop the discussions and have a 5-minute debrief with participants. To debrief, ask the following:* |

| | |
|---|---|
| | <ul><li>*Raise your hand if you agreed upon a number.*</li><li>*By a show of hands, how many of you hit your target salary?*</li><li>*What would you do differently next time?*</li><li>*What did you learn about negotiating during this role-play?*</li><li>*What else did you learn?*</li></ul>*Point out throughout the answers how the participants were objective, persuasive, and strategic.* |
| | I hope that was a valuable exercise for you! Don't be afraid to grab a friend and practice when you get home. This kind of practice can really help keep you calm and controlled as you start negotiating in real life. |

**Closing [5 minutes]**

| | |
|---|---|
| <br>Slide 44<br>Workbook 26 | We covered 4 major steps of salary negotiation today:<ul><li>Step 1: Know Your Value</li><li>Step 2: Know Your Target Salary and Benefits</li><li>Step 3: Know Your Strategy</li><li>Step 4: Practice, Practice, Practice!</li></ul> |
| <br>Slide 45<br>Workbook 26 | Turn to page 26 of your workbook.<ul><li>What was an "aha" moment for you during this workshop today?</li><li>What is one thing you will do to practice what you learned in today's workshop?</li></ul>*Ask participants to share their answers aloud.* |
| <br>Slide 46<br>Workbook 26 | **Next Steps**<br>I know you want a job, and you may be inclined to take anything offered. But stop! In whatever job or raise you are offered, ask for a fair and equitable salary. We will never close the gender pay gap if we do not ask for what is fair and just!<br><br>In addition to using your new skills, you should join the AAUW community. AAUW provides numerous fellowships and grants as well as ongoing advocacy around Title IX and equal pay for you to get involved with. Become a Two-Minute Activist to get started.<br><br>AAUW is committed to empowering women and girls, and we provide many ways for you to take action and learn how to be a leader. By becoming a member of AAUW you can make a difference for women and girls around the country and the world.<br><br>Be sure to follow AAUW on Facebook, Twitter, Instagram, and Tumblr and tell us how you use AAUW Start Smart by using the hashtag #AAUWStartSmart! Plus, get involved by becoming a Two-Minute Activist with AAUW. |



Slide 46
Workbook 26

**Survey**

I hope you've learned a lot today and that you'll keep practicing and take even more steps to pursue negotiation and leadership.

*If you are using AAUW's online registration, please say the following:* You will receive an email to take a post-workshop survey. Your feedback will help us improve this workshop for future students. Today you learned how to Start Smart. Tomorrow, you will start to work toward getting paid what you are worth!

*If you are not using AAUW's online registration, please say the following: B*efore you leave please complete the post-workshop survey in the back of your workbook. Your feedback will help us improve this workshop for future students. Today you learned how to Start Smart. Tomorrow, you will start to work toward getting paid what you are worth!

*If there is a volunteer taking pictures, make sure she or he gets photos of the facilitator with a few participants to post on social media.*

# Luke J. Altendorf

l-altendorf@tamu.edu

| | |
|---|---|
| **Education** | Oklahoma State University, Stillwater, OK<br>**M.S. in Counseling and Student Personnel**<br>Emphasis: Higher Education Student Personnel Administration, May 1985<br><br>Oklahoma State University, Stillwater, OK<br>**B.S. in Journalism/Public Relations,** May 1987 |
| **Professional Experience** | **Division of Student Affairs**<br>**Texas A&M University, College Station Texas** |

*Director of Strategic Collaborations for Student Affairs*
*August 2023 to Present*
Created, implemented and oversaw, projects as directed by the Vice President for Student Affairs. Oversees and implements special projects for the Office of the Vice President for Student Affairs and Division of Student Affairs including but not limited to: Qatar Leadership Exchange Program, Development of a leadership training course for aspiring supervisors, creating a hub of information for volunteer and learning opportunities in the Division of Student Affairs and maintain current opportunities, and assisting with Hispanic Servicing Institution (HSI) status related projects. Creates and implements program and event concepts, execution of all program and event details, and assessment of program and event outcomes. Establishes the direction, goals, agendas, and implementation strategies for the position. Develops short and long-range goals and strategic plans to ensure the continuance of quality programs. Enhances the development of new programs and services to meet customer needs and the needs of Office of the Vice President for Student Affairs. Ensures that programs, activities, and services comply with University, State, and Federal regulations. Stays current on best practices in student affairs and proactively share updates and needs for the Division of Student Affairs. Creates content and data to support needs within the Division of Student Affairs. Oversees communications, promotions, and public relations for the programs of the position.

*Director, Memorial Student Center*
*August 2009 to August 2023*
Serves as the senior administrator of the department and leads the leadership team with direct responsibility for departmental operations which includes: administers a $7 million budget, manages 30 full-time and 30 student employees, advises and administering 18 programming committees and service areas (business office, box office, art gallery, performing arts area, and marketing support office). Supervision of the programming office, which is composed of 1,400 student volunteers involved in 18 committees and service areas that produce more than 200 programs and events annually. Responsible for overseeing MSC fundraising and donor stewardship, program and budget development, policies and procedure formulation, strategic planning, risk management, and human resource management. Work in an environment of a student/staff partnership with many projects in collaboration with the academic side of the university. Responsible for programs, services, facilities and leadership development opportunities for the Texas A&M University community. Served as an instrumental part of the MSC Renovation User Committee (three-year $125M project). Assisted with fundraising efforts for the $20M building capital campaign.

# Luke J. Altendorf

**Professional Experience Continued**

*Director, Memorial Student Center and University Center Complex*
*December 2006 to August 2009*
Served as the senior administrator of the department and lead the senior management team with

direct responsibility for departmental operations which included: administering a $12 million budget, managing 90 full-time and 150 student employees, advising and administering 24 programming committees and service areas, supervising eleven operating areas in five buildings (business office, box office, frame shop, hotel, theatre complex, conference services, building services, two art galleries, performing arts area, IT and marketing support offices). Supervision of the programming office, composed of 1,100 student volunteers involved in 24 committees and service areas that produce more than 200 programs and events annually. Oversaw MSC fundraising and donor stewardship, program and budget development, policies and procedure formulation, strategic planning, risk management, and human resource management. Worked in an environment of a student/staff partnership with many projects in collaboration with the academic side of the university. Responsible for programs, services, facilities and leadership development opportunities for the Texas A&M University community. Developed a unified department after the combination of three independent departments (Memorial Student Center, University Center Complex, and Rudder Theatre Complex).

*Memorial Student Center (MSC)*
*Texas A&M University, College Station, Texas (continued)*

*Interim Director, July 2005 to November 2006*
Served as the senior administrator of the department (Memorial Student Center) and led the senior management team with direct responsibility for departmental operations which included administering a $6.2 million budget, managied 50 full-time and 50 student employees, advised and administered 24 programming committees and service areas, supervised six operating areas which include an accounting office, box office, frame shop, two art galleries, performing arts area, and IT support office.

*Senior Associate Director, September 1999 to July 2005*
Directed a comprehensive college union programming operation, supervised 13 full-time and 15 student employees, managed budgets exceeding $4 million and educated students through their involvement in producing and managing programs and services; oversaw construction and renovation of department and acquisition of furnishings; responsible for the department's risk management efforts and advised the diversity initiatives of students.
> *Associate Director, November 1993 - August 1999*
> *Director of the L.T. Jordan Institute for International Awareness, April 1990 - August 1999*
> *Assistant Director, September 1989 - October 1993*
> *Student Development Specialist II, September 1988 - August 1989*
> *Student Development Specialist I, June 1987- August 1988*
> *(Each advancement due to promotion)*

Other responsibilities included: strategic planning; late night programming; designing of departmental publications; serving on the Memorial Student Center Council; diversity training and recruiting; coordinating international internships and living abroad experiences in three countries and administering an overseas loan fund; overseeing international programming grants to student organizations and academic departments; coordinating International Fellowship Programs; coordinating and co-teaching a two-week leadership seminar in Italy; teaching an international leadership seminar for academic credit; conducting marketing research; training students in the areas of: program conceptualization; negotiation; promotion; personnel

selection; interpersonal and leadership skills development; goal setting; training and motivation; and financial management; administering accrued funds from a million dollar endowment; coordinating and assisting with staff personnel selection. Projecting and administering departmental budgets; negotiating contracts; serving on various University and departmental committees; taught credit-bearing freshmen leadership courses; advisory assignments have included Public Relations Committee, Operations Committee, Film Committee, Pageant Committee, Political Forum Committee, Opera and Performing Arts Society, Variety Show, Madrigal Dinner, International Programs, Travel Committee, Concert Committee, and Black Awareness Committee.

**Oklahoma State University, Stillwater, Oklahoma**
**Student Union**
*Assistant Coordinator of Building Services, February 1987 - June 1987*
*Information Specialist, September 1986- January 1987*
*Relief Assistant Building Manager, March 1984 - September 1986*
*Manager of Student Union Theater, Summer 1984*

**Professional & Civic Involvement**

**Oklahoma State University Student Union (Continued)**
Responsible for evening and weekend management of the OSU Student Union; supervised work of fourteen employees; provided customer service to guests, faculty and students to insure their programming needs were met; responsible for safety and security of the building and its occupants; served as liaison to management for evening and weekend operations; scheduled office staffing; assisted in development and implementation of department's $130,000 budget; organized and designed systems to increase productivity within the department; facilitated the communication and administration of department; received and confirmed reservations of meetings for students, conferences, faculty, staff and other users of the building; directed telephone and desk inquiries to appropriate information sources; and analyzed data for planned computerization of the current system; coordinated all physical room arrangements for meetings and banquets; provided security for the building and its guests; and supervised facilities crews, information assistants, and theater staff during weekend hours; supervised and trained student staff; worked as liaison with conferences; and, directed theater maintenance.

**Association of College Unions International** (ACUI)
*ACUI Development Council Board Member 2005-2012*
*International Membership Committee 2003-2005*
*Region 12 Games Tournament Host Director - 2005*
*Albuquerque, International Conference Planning Team 2002*
*Dallas International Conference Host Committee 1999*
**Association of College Unions International** (ACUI)
*Region 12 Conference Chair 1998*
*Region 12 Membership Coordinator 1994-1997*
*International Nominations Committee 1995-96*
*Region 12 Data Coordinator: ACUI 1991-94*
*Presenter at many regional and international conferences*

# Luke J. Altendorf

**Professional & Civic Involvement**

**Leadership Brazos Alumni Association**
*Chair:* 1996-97 Responsible for coordinating and training volunteers to accomplish the Bryan/College Station Chamber of Commerce's leadership programs.

*Curriculum Co-chair: Junior Leadership Brazos* 1994 & 1995. Responsible for coordinating an eight-week program for area high school juniors. Modeled after the Leadership Brazos program.

*Participant: Leadership Brazos Program 1992-93.* One of thirty community leaders selected to participate in the Bryan/College Station Chamber of Commerce program designed to identify, educate and motivate potential leaders to become involved in the future of the community. Program aimed at developing a pool of well-informed and well-motivated individuals qualified to assume present and future leadership roles in the cities.

**Brazos Valley United Way** Allocations Panel 1998, 1999.

**Active member of church community** - served on the building committee that completed a $5.5 million dollar, 36,000 square ft. expansion and raised $2.5 million in donations. Participated in the entire process from developing the master plans to project completion and ribbon-cutting ceremony (2001-2005)

**Honors & Awards**

**International Excellence Award** 1993 for strengthening and enhancing international education at Texas A&M University.

**Outstanding Professional Staff Award** Texas A&M University Association of Former Student 1992: was one of two recipients of this award.

ACUI Region 12 **Shirley Bird Perry Outstanding Professional Award** 2000.

**Fish Camp Namesake** 1993

**University Activities**

**President:** Texas A&M University Chapter of Phi Beta Delta International Honor Society 1995-96: A fraternal organization designed to network university faculty, staff and students with one another and other universities who are involved in or have an interest in international educational activities. 1994-95 & 1992-93 Vice President

**Chaired** the Texas A&M University International Education Fee Scholarship Committee and the Study Abroad Fellowship Committee: Responsible for the selection of student recipients of the $170,000 fund.

**Advisory Committee** to the Academy of Future International Leaders of the International Center of the George H. W. Bush Presidential International Center, Bill and Irma Runyon Art Committee (Chair), the Champe Fitzhugh Jr. International Honors Leadership Seminar, and the Texas A&M University College Station/Doha Qatar Exchange program.

**Advised** the Texas A&M Magic Club and a Greek Letter Social Fraternity

**Served** on the Risk Management Committee, International Programs Enhancement and Coordination Committee, Academic Convocation Committee, the Freshman Convocation Committee, and the Student Activities Advisory Board, Sponsored Education Committee, and the University Recruitment Committee.
**Fall 2024** - Instructor for Hullaballoo U. First Year Experience Course, University Disciplinary Appeals Panel member.

**January 2020**

N⁰ 42



National Institute for Learning Outcomes Assessment

# A New Decade for Assessment: Embedding Equity into Assessment Praxis

Erick Montenegro
& Natasha A. Jankowski

# Contents

**Abstract** . . . . .3

**A New Decade for Assessment: Embedding Equity into Assessment Praxis** . . . . .4

**What Equity-Minded Assessment Is and Is Not** . . . . .6
    Culturally Responsive Assessment . . . . .6
    Socially Just Assessment . . . . .7
    Critical Assessment . . . . .9

**Bringing it All Together: Equity-Minded Assessment** . . . . .9
    1. Meaningful Student Involvement . . . . .10
    2. Data Disaggregation, Exploration, and Action . . . . .11
    3. Context-Specific Approaches and Responses . . . . .12
    4. Embedded in All Things Assessment . . . . .13

**The Barriers and Challenges to Equity in Assessment** . . . . .14

**Looking to the Decade Ahead** . . . . .16
    Professional Development: The Key to Unlocking the Potential of Equity-Minded Assessment . . . . .16
    Focusing on Equity and Assessment . . . . .18

**Final Thoughts** . . . . .18

**References** . . . . .20

**About the Authors** . . . . .24

**About NILOA** . . . . .25

**NILOA Mission**

The National Institute for Learning Outcomes Assessment (NILOA), established in 2008, is a research and resource-development organization dedicated to documenting, advocating, and facilitating the systematic use of learning outcomes assessment to improve student learning.



# Please Cite As:

Montenegro, E., & Jankowski, N. A. (2020, January). *A new decade for assessment: Embedding equity into assessment praxis* (Occasional Paper No. 42). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA).

# Abstract

Entering into a new decade with an even more diversified college student population will not only require more assessment models involving students but also deeper professional development of institutional representatives key to student learning. Reflecting upon the conversations over the last three years around culturally responsive assessment and related equity and assessment discussions, this occasional paper highlights questions, insights, and future directions for the decade ahead by exploring what equitable assessment is and is not; the challenges and barriers to equitable assessment work; where the decade ahead may lead; and next steps in the conversation on equity and assessment.

# A New Decade for Assessment: Embedding Equity into Assessment Praxis

Erick Montenegro & Natasha A. Jankowski

In addition to being the dawn of a new decade, January 2020 marks the three-year anniversary of the National Institute for Learning Outcomes Assessment's (NILOA) equity conversation. Working to bring the field of assessment in alignment with practices that support the success of diverse learners, NILOA's equity work focuses on being collaborative. The conversation on equity in assessment began with the launch of Occasional Paper 29 titled *Equity and Assessment: Moving Towards Culturally Responsive Assessment*. The goal of the paper was to open a dialogue on the relationship between equity and assessment by presenting the concept of culturally responsive assessment. *Equity and Assessment* implored the field of assessment to examine assessment processes in order to be responsive to both issues of equity and the needs of diverse learners, focusing on embedding culturally responsive assessment into processes and practices. Using the paper as a space for dialogue on the assumptions from which assessment operates, Montenegro & Jankowski (2017) sought to encourage assessment work to be reflective of the students served and to ultimately use assessment data to address learning, persistence, and attainment gaps.

Since 2017, the message of *Equity and Assessment* has spread beyond the confines of those initial pages. While our original focus was upon exploring culturally responsive assessment, what we did not expect was the interest in intersections of assessment and equity related work. Through inviting responses to the paper introducing the concept of culturally responsive assessment, practitioner authors brought multiple related elements into the conversation, widening the dialogue space to explore the relationships between equity and assessment. These practice and thought leaders introduced various elements to consider—challenges to overcome, promising practices to move the needle, and supports needed in advancing equity-minded assessment work. As became clear through the conversations, an assessment process that is not mindful of equity can risk becoming a tool that promotes inequities, whether intentional or otherwise, leading to a broadening of the conversation from culturally responsive assessment to how assessment could address equity in education (Zamani-Gallaher, 2017).

In over 15 published responses to *Equity and Assessment* from May 2017 to November 2019, respondents in the field set forth common themes in their exploration of equitable assessment, specifically culturally responsive assessment. For one, respondents noted the need for models or frameworks to inform this work and raise additional awareness (Henning & Lundquist, 2018a; Laird & BrckaLorenz, 2017; Tullier, 2018; McArthur 2017; Rudnick, 2019). Questions regarding where to start, how to scale, and who to involve arose (Fisler, 2017), with people doing the work offering answers to these questions, such as beginning by disaggregating data to identify areas of need (Wright, 2017; Williams, R., 2018), and aligning equitable practices to larger institutional goals to promote sustainability, alongside identifying potential partners (Levy & Heiser, 2018). Additionally, respondents noted considerations for culturally responsive assessment throughout assessment processes including the learning outcomes phase (McArthur, 2017; Henning & Lundquist, 2018a; Levy & Heiser, 2018; Laird & BrckaLorenz, 2017;

> An assessment process that is not mindful of equity can risk becoming a tool that promotes inequities, whether intentional or not.



Williams, E., 2018; Tullier, 2018); questions to ask during data collection to choose appropriate sources of evidence and include student voices in the assessment process (Wright, 2017; Williams & Perrone, 2018; Meyerhoff, 2019; Clark & Arimoto, 2018); and data analyses to check biases, dive deeper into the data, and make meaningful comparisons (Levy & Heiser, 2018; Williams & Perrone, 2018; Williams, R., 2018; Roberts, R., 2019). However, NILOA has not been the only vehicle driving the equity conversation forward.

Indeed, we have seen the field respond to the call for equitable and culturally responsive assessment through various means. For one, we have seen an increased focus on equity at many higher education assessment conferences either through conference themes on equity, diversity, and inclusion such as the 2019 Association for Assessment of Learning in Higher Education (AALHE) conference and the 2020 Higher Education Assessment Conference sponsored by New England College, and/or specific presentation tracks discussing equity in assessment (e.g., 2019 Assessment Institute, 2019 Assessment in Higher Education Conference, and the pre-conference track at the 2020 Association for Institutional Research (AIR) Forum to name a few). Coupled with increases in publications on the topic, including special issues of academic journals devoted to equity in assessment (e.g., *New Directions for Institutional Research* Spring 2018 issue, AALHE's Fall 2019 and Spring 2020 issues of *Intersection*). Additionally, the Council for the Advancement of Standards in Higher Education (CAS) and Campus Labs launched their Socially Just Assessment podcast, while the Student Affairs Assessment Leaders (SAAL) and CAS launched the Assessment for Social Justice Project (ASJP) (Henning, 2018) bringing together multiple organizations across higher education to explore social justice and assessment. We have even been fortunate to learn that various consortia of institutions across the country have used the concepts presented in *Equity and Assessment* to structure their assessment plans, including a group of Tribal Colleges and Universities utilizing elements of culturally responsive assessment to advance work within their unique mission and contexts. Relatedly, our equity work helped launch the Historically Black Colleges and Universities (HBCU) Collaboration for Excellence in Educational Quality Assurance (HBCU-CEEQA). Since the Fall of 2017, HBCU-CEEQA has grown to include over 70 members from over 35 colleges and universities across the United States, focused on assessing student learning and being accountable to stakeholders, while also remaining true to the special mission of HBCUs and the students they serve (Orr, 2018). And in partnership with CAS and Campus Labs, NILOA released a call for equity related case studies to better explore culturally responsive assessment in practice, cases which will be released throughout the year.



Through these important voices in the equity in assessment conversation we have learned much and have heard the need for further direction regarding what exactly equity in assessment is and is not, along with what it looks like for different stakeholders across all levels of higher education. It is for these reasons that as opposed to a paper focused on deepening and developing culturally responsive frameworks in assessment, we instead provide an overview of the various conversations on equity and assessment that emerged over the course of the past three years, with implications for future directions on where the larger conversation on the relationship between equity and assessment might lead in the decade ahead. We present what we gleaned from the insightful questions, comments, and perspectives shared through conference presentations, webinars, authored guest responses, and other literature to address: 1) what equitable assessment is and is not; 2)

**App'x 554**

the challenges and barriers to equitable assessment work; 3) where the decade ahead may lead; and 4) next steps for NILOA and the field of assessment as it relates to issues of equity.

## What Equity-Minded Assessment Is and Is Not

What has become evident as more and more assessment practitioners and thought leaders engage with the equity conversation is the desire for a unifying definition of what is meant by equitable assessment. For example, NILOA's conceptualization of equity in assessment, along with others (Singer-Freeman, Hobbs, & Robinson, 2019) revolves around culturally responsive assessment. Furthermore, CAS and Campus Labs approach the discussion from a socially just assessment perspective (Henning, 2018; Henning & Lundquist, 2018b). Thought leaders have also conceptualized equitable assessment through a critical perspective (Heiser, Prince, & Levy, 2017; Hanson 2019). Other efforts include decolonized assessment (Eizadirad, 2019), bias free assessment (Gibbs & Stobart, 2009), assessment of learning outcomes relevant to indigenous peoples and their cultures (Small & Willson, 2018), and assessment that ultimately aims to do no harm. But what exactly does all of this mean? Questions have been posed aiming to uncover differences and similarities among approaches, and practitioners have requested direct translations of what exactly these terms mean for everyday practice. For the sake of cataloging the conversation thus far, brief explorations of culturally responsive, socially just, and critical assessment are presented below.

*Culturally Responsive Assessment*

NILOA began with cultural responsiveness for various epistemological and practical reasons. First, cultural responsiveness is a concept that has been associated with evaluation and assessment since the 1970's (Stake, 1975) and gaining prominence in the 1990's (Hood & Hopson, 2008). However, the conversation emerging from the evaluation community examined assessment and cultural responsiveness from the perspective of item validity in test development. Nevertheless, it provides a space from which to build upon an existing conversation within assessment on issues of cultural appropriateness. Additionally, the term "culturally responsive" is practical in nature and connected with teaching and learning. Stemming from Ladson-Billings' (1995a; 1995b) seminal conceptualization of culturally relevant pedagogy, cultural responsiveness calls for practices which respond to the needs of the contexts in which we teach and learn; including the needs of the students we serve. If assessment is an integral and connected part of the teaching and learning process, then conversations on culturally responsive pedagogy are appropriately positioned to help better explore culturally responsive assessment and is also well aligned with NILOA's prior work in transparency of assignments and assignment design (Hutchings, Jankowski, & Baker, 2018).

However, the focus upon culture left readers curious. Whose culture are we being responsive to: the department/institution or the students? How does this translate to the tools used and the policies in place? Both are very important questions, but the answers depend on context. The reality is that *culturally responsive assessment is fully dependent on the context in which you are assessing*. It is a process that requires reflection and planning. What worked at one institution, program, or classroom may not work the same at another. However, as posited by Montenegro and Jankowski (2017), it is impossible to do without direct

> Culturally responsive assessment is fully dependent on the context in which you are assessing. It is a process that requires reflection and planning.



**App'x 555**

involvement of students, noting that in its core, culturally responsive assessment must:

1. Be mindful of the student population(s) being served and involve students in the process of assessing learning;
2. Use appropriate student-focused and cultural language in learning outcomes statements to ensure students understand what is expected of them;
3. Develop and/or use assessment tools and multiple sources of evidence that are culturally responsive to current students; and
4. Intentional improvement of student learning through disaggregated data-driven change that examines structures, demonstrations of learning, and supports which may privilege some students' learning while marginalizing others.

These considerations guide and inform assessment work at each step of the culturally responsive assessment process to ensure responsiveness to the needs of students and implementation of meaningful improvements. Some of the elements of culturally responsive assessment are expanded upon in socially just assessment.

*Socially Just Assessment*

Socially just assessment stems from the work of SAAL, CAS, Campus Labs, and other partners in the Assessment for Social Justice Project. Socially just assessment includes the elements mentioned in the previous section and refocuses them within a framework that analyzes the interplay between culture, bias, power, and oppression in the assessment process. Socially just assessment calls for the acknowledgement that assessment takes place within various departmental and institutional cultures which impact the processes we follow (Heiser, Henning, & Lundquist, 2018; Henning & Lundquist, 2018b). There typically are norms, resource constraints, timelines, procedures in place which influence assessment plans and how those plans are subsequently executed. In addition, personal biases can influence the types of tools used, the sources of evidence to which more weight is assigned, and the interpretations drawn from assessment data along with possible solutions on how to go about improving student learning. Heiser et al. (2018) also note that the paradigms used to approach assessment—whether conscious or subconscious—work to affect decisions made and questions asked (e.g., asset-based versus deficit-based perspectives toward different initiatives, student populations, sources of data).



Socially just assessment uses the concept of deconstructed assessment to not only understand why our students are achieving, persisting, or stopping-out in the ways they are, but to also understand the underpinning structures of why these things are happening in the first place (Henning & Lundquist, 2018b). In order to do this, there must be an understanding that learning and assessment operate under dynamics of power and oppression (Henning & Lundquist, 2018a; Heiser et al., 2018). In other words, assessment is not an apolitical process. We need to first understand how systems of power and oppression influence how students experience college, engage with the learning process, and build knowledge before we can understand how to better assess their learning. This also helps draw appropriate interpretations and conclusions from the data. Power and oppression can play into the assessment process when selecting whose voices to include in assessment and the methods we use or processes we follow. Typically, assessment is

planned and carried out by faculty and administrators, and changes are implemented according to what faculty and administrators assume to be most appropriate. Seldomly are students involved to verify that the assumptions in play are real, appropriate, or meet their needs.

The perspectives we include in assessment and decisions of who has a voice at the table privileges certain ways of knowing while potentially oppressing those who are not represented. For example, culturally responsive assessment stresses that the student voice must be included in assessment because students have been typically treated as the object of the assessment; a mere passive participant in a process that has important ramifications for their success (Montenegro & Jankowski, 2017). As argued by Zerquera, Reyes, Pender, and Abbady (2018), "Many of the assessment approaches employed today are misaligned with social justice agendas, failing to adequately inform decisions about how best to support marginalized student populations within higher education" (p. 17), reinforcing the need to actively involve students throughout the process of assessment. With this in mind, socially just assessment raises awareness on how assessment can be a process inherent of structures of power and oppression (Henning & Lundquist, 2018b).

Socially just assessment reminds practitioners to be mindful of how the ways in which data are analyzed can also privilege or oppress. Far too often, if a specific student population has a small sample size in assessment data, they are removed from analyses (American Indian College Fund, 2019). This inherently marginalizes specific populations because they are silenced from analyses, even though much can be learned from the experiences of the students behind the small 'n' (Montenegro & Jankowski, 2017; Heiser et al, 2018).

Furthermore, assessment needs to be more aware of the types of comparisons made between learners (Levy & Heiser, 2018). Far too often, we compare the outcomes of students of color to those of white students. White students are then normed as the population to which others should strive. Or we examine theories of white male student persistence, pipeline approaches to education and learning, and assume them to be the theory that should guide our practice to help "the other students" be more like the "successful students." These comparisons, especially if not worded or contextualized appropriately, can send the message that non-white students should strive to be like their white peers without examining the unique experience of non-white students. The point raised in social justice focused assessment is that "cultural and social differences influence whether and how students perform academically and socially at their institution" (Dorimé-Williams, 2018, p. 42) as well as that "flawed assessment and implementation processes disadvantage students" while "inaccurate interpretation and reporting of results can lead to policies with a discriminatory impact" (Dorimé-Williams, 2018, p. 51).

The end goal of socially just assessment is to advance social justice. In other words, assessment should strive to serve as a mechanism that helps close opportunity, persistence, and attainment gaps between different student populations. Socially just assessment should challenge structures of privilege within institutions and society writ large to better serve and support learners. The goal of assessment is to make data informed decisions on how to improve teaching and learning, so the goals of social justice and assessment are very similar. It takes a conscious, intentional approach to make it happen, alongside potentially hard conversations. Indeed, socially just assessment echoes the same values expressed in culturally responsive assessment but bounds them within an exploration of

> Assessment should strive to serve as a mechanism that helps close opportunity, persistence, and attainment gaps between different student populations.



how power and oppression impact assessment.

*Critical Assessment*

At its most fundamental level, equitable assessment requires approaching assessment through a critical lens. Both culturally responsive assessment and socially just assessment operate from a critical perspective. They strive to challenge the status quo; raise questions of privilege, power, and oppression; and work to remedy injustices whether purposeful or accidental. Heiser et al. (2017), as well as Hanson (2019) brought forth various elements of critical inquiry which can be applied to the assessment process. In short, critical assessment calls for:

1. Disregarding the objectivity myth and accepting that assessment is inherently subjective and guided by the biases and experiences of those conducting assessment;
2. Varying the types of evidence used to assess learning outcomes to not privilege specific ways of knowing or preferred ways to demonstrate knowledge;
3. Including the voices of students, especially those who belong to minoritized populations or those whose voices can often be left unheard, throughout the assessment process; and
4. Using assessment to advance the pursuit of equity across previously identified institutional parameters that demonstrate disparate outcomes across student populations.

What these four tenets outline is the important role that context plays in critical assessment. The context of the institution/program, the person(s) conducting the assessment, and the learners need to be understood and reflected upon in order to properly create and execute an assessment plan that will yield appropriate and equitable results. However, simply being attentive to issues of equity during the assessment process is not enough. Results must then be used to improve equity imperatives for the student populations experiencing inequitable outcomes, in part because the learning outcomes that institutions list are learning outcomes to which all students strive. Thus, assessment efforts must be consequential to issues of equity. Culturally responsive assessment and socially just assessment centralize these tenets of critical assessment. There certainly are nuances between them, but they each strive to meet the same end goal: increase equity in assessment.



## Bringing it All Together: Equity-minded Assessment

Nomenclature aside, each of the above perspectives on equity and assessment are rooted in the same core notion of being mindful of equity and actively working to address inequities. At its core, equitable assessment calls for those who lead and participate in assessment activities to pay attention and be conscious of how assessment can either feed into cycles that perpetuate inequities or can serve to bring more equity into higher education. From this point on, this paper will use the term equity-minded assessment, similar to how Bensimon (2006) speaks of equity-mindedness, as it encompasses a shared perspective on equity across the various conversation spaces unfolding. Here, we draw out principles and elements of culturally responsive assessment, socially just assessment, and

critical assessment that have emerged over the past three years of conversation.

*1. Meaningful Student Involvement*

Being mindful of equity brings a necessary and embedded focus to questioning the assessment process to ensure we are not succumbing to biases or established norms while simultaneously excluding important voices and perspectives. One of the easiest means by which to check assumptions is to actively involve students in the process of assessment. In the face of changing enrollments in higher education, continued and widening opportunity, persistence, and attainment gaps for different student populations (Condron, Tope, Stiedl, & Freeman, 2013), the "typical" or "traditional" way is simply not working for specific groups of students. Equity-minded assessment is about challenging what we think and exploring what others think, need, and are affected by which we may not understand or experience. Just as authentic assessment requires the use of multiple sources of evidence (Kuh et al., 2015), equity-minded assessment invites multiple voices to the table to determine learning outcome statements (Tkatchov, 2019), inform the appropriateness of assessment (Gipps & Stobart, 2009), and make sense of the results.

A good starting place is with statements of learning outcomes—both in ensuring they are measurable and that faculty, staff, and students understand and can make sense of those outcomes. If learning outcome statements serve as the point from which educational experiences are designed, and the learning outcome statements themselves are not inclusive or include biases, then the educational design will as well (Rodrigues & Raby, 2019). Further, students can be involved in determining what could be changed to further their learning. Institutions are positioned to make more impactful changes by engaging with students about what would best support their learning as opposed to trial and error, or implementing "what worked for me when I was a student." Experiences and perspectives come with biases which can be embedded into the assessment process. If we do not reflect on these biases, and take action to challenge them, then we risk acting upon assumptions which may not be appropriate for students—even with the best intentions.

Listening to the voices of those historically silenced is an essential element of equity-minded assessment. Fully complementing this is ensuring that everything, from learning outcomes to data collected and reports are 1) written in a way that can be understood by students and other stakeholders; and 2) are disseminated and communicated through channels which can be easily found by students and stakeholders. In other words, equitable assessment is transparent.

A forthcoming equity case study of Capella University, notes that equity-minded assessment requires transparency in the assessment process as well as in educational design—students should know what is being assessed, how it is being assessed, and how well they achieved the assessment's expectations. If students are to be active participants in assessment, then we need to ensure students are also informed of assessment results, improvements or changes made due to assessment data, and what this means for students. Capella believes, equitable assessment practice means that all learners have an equal and unbiased opportunity to demonstrate their knowledge and achievements through assessment processes that use differentiated methods, transparency, accountability, and fairness from design to measurement to improvements and dissemination of results. (NILOA's Transparency Framework can offer additional insight on how to make

> Listening to the voices of those historically silenced is an essential element of equity-minded assessment.



assessment a more transparent process by making information accessible and engaging.)

### 2. Data Disaggregation, Exploration, and Action

A second element of equity-minded assessment involves exploring assessment data to uncover potential learning gaps between student populations to make data informed changes in order to close those gaps. In other words, equity-minded assessment requires *meaningful* data disaggregation and subsequent action. In reviewing data, students can be an active part of the conversation such that their needs and lived realities are present, heard, and acted upon. Consider the noise added to data on a particular learning outcome if collected results are not a demonstration of students' learning on that particular outcome but are instead based on social capital related to navigating assessment tasks? Should curricular changes be made based on data about structural inequities as opposed to learning? Another forthcoming equity case study from the University of North Carolina at Charlotte notes ways to identify false evidence of achievement gaps in data analysis. The exploration revealed that differences in student grades were reflective of students' ability to navigate college instead of demonstration of competence or achievement of an outcome. This led assessment professionals to turn their attention to making assignments more equitable for assessing learning instead of the "hidden curriculum"; a similar sentiment echoed by R. Roberts (2019) who urged assessment practitioners not to make decisions from assessment data which only reflects students' ability to navigate assessments (e.g., ask questions and have good test-taking skills) instead of their actual learning.

As learned from the National Association of System Heads (NASH) project on taking high-impact practices to scale, meaningful data disaggregation is a good first step towards examining equity issues but is not by itself a practice of equity-minded assessment. Simply examining disaggregated data without examining if the assessment process is equitable will lead to continued inequities. Meaningful disaggregation involves deeper analyses by specific student characteristics, alongside the intersection between and among them (Roberts, J., 2019). To enable a place where practitioners can dive deeper into the data, we first need to gather assessment data at a level and in a manner which can be meaningfully disaggregated. It is incredibly difficult to disaggregate data at an institution-level if data do not exist. To address issues of disaggregation, institutions might work in a data sharing consortium in order to explore disaggregation options, or instead undertake focus groups with students by verbally exploring differences in experience.



The first step is evaluating the depth of assessment data on hand and what can realistically be done with it. Before collecting more data, it is always wise to fully explore the data already collected and determine if it should still be collected or if something else is needed. This can be done in partnership with institutional research or institutional effectiveness staff as well as assessment professionals (should you be at an institution with so many positions!). Further, we should consider siloed data which may provide additional insight if connected to data on student learning whether in the Student Information System, Learning Management System, course related systems, or other data sets managed by student affairs and related units. Then, we can begin to determine what analyses to run.

An assessment plan that can yield the data needed would include shared definitions, variables, and student characteristic data, which takes time and conversations to determine. We cannot expect to collect all of the data in one round of assessment, but

over time we can begin to collect data that allows us to explore the intersection of various student characteristics. For example, a deeper dive into our data can show that low-SES male Latinx students are disproportionately less likely to attain a specific learning outcome compared to both their low-SES female Latinx peers and their high-SES Latinx counterparts. Or we might find that low-SES full-time commuter students are lagging behind both their full-time residential peers and their high-SES full-time commuter peers in attainment of a particular learning outcome in certain programs based on curricular paths. Here, both SES and the residential/commuter characteristics are of importance, coupled with student voice as to why this might be the case.

A cautionary note: In equity-minded assessment, data related conversations should be interrogated to ensure that data are not weaponized to facilitate self-fulfilling prophecies where results are used as "proof" that students are unprepared or disinterested; where someone can take assessment data and say "see, I told you they can't learn!" To support equity-minded assessment discussions informed by data, professional development may be needed prior to data discussions to interrogate biases and assumptions. An important aspect of meaningful disaggregation is thus knowing which questions to ask and what to do with the different findings, as well as who to have participate in the process. This takes practice, patience, and thrives from collaborating with and learning from others who have different experiences, skills, and perspectives than our own. For faculty and assessment practitioners to become comfortable with such conversations, administrators need to provide spaces with facilitated discussions on structural barriers, inequities, and practices which can affect student outcomes. Gansemer-Topf, Wilson, and Kirk (2019) offer various questions assessment practitioners can ask of the data to critically interrogate data collection and analysis processes.

Second cautionary note: While small samples can inform assessment through trend data collected over time, equity-minded assessment is responsive to student needs by examining and helping individual students, when they need it (Maki, 2017a). We cannot disregard data simply because it is from a small sample. Generalizability is important for publications but not as much for equity-minded institutional improvement or decision-making. If the capstone for a major/program has three students in it who will graduate and all three students struggled with attaining the program learning outcomes, should something be done, or is the "sample size" (in this case the population of graduates – not a sample, but an often confused point in these conversations) too small to incite action, when none of the graduating students met the learning of interest? If ten students out of 500 are not meeting an outcome, it may not be statistically significant, but it is significant to those students' and their families and has implications for retention and persistence. Thus, it is worth exploring. Further, looking at the same student in multiple points through their learning journey in relation to learning outcomes provides information not simply on one data point at the end of a program, but many throughout, in order to examine learning progression over time. Such an approach shifts the unit of analysis from a student to instances of demonstrated learning, thus one 'n' may have many associated data points.

### 3. Context-Specific Approaches and Responses

Third, equity-minded assessment requires that we address issues of equity within our specific context. It is impractical and unlikely that assessment professionals working to

> Simply examining disaggregated data without examining if the assessment process is equitable will lead to continued inequities.



advance equity and assessment within their institutions will be able to fix the entirety of the educational system in the United States. In addition, there are many areas and issues to explore within a specific institutional context on equity and assessment, and it is unwise to tackle them all at once. Determining an issue of equitable assessment that can bring faculty, staff, and students together in a space of productive discomfort will lead to more equitable assessment in the future than charging ahead with full disruption of assessment processes in the name of equity. Some possible ways to begin include exploratory analyses—done to see if there are inequities within assessment data and inquire about how they can be fixed—or purposeful analyses to see if a recent change intended to close a learning outcomes gap among specific populations achieved its intended purpose. Starting with changing student demographics as a point of exploration of learning success or of questions that faculty have about students and their learning opens space to examine learning while bringing an intentional equity lens to the discussion. Additionally, equity-minded assessment efforts can align to ongoing department, program, or institutional initiatives to help meet overarching student success and learning goals, thus helping to inform a larger issue that the institution needs to address or is already addressing. Whatever the case, assessment efforts must be mindful of inequities which matter in a specific context and assessment professionals need to sensitively navigate institutional initiative space, working to make the case and connect the dots between equity and assessment for faculty, staff, and administrators (Jankowski & Slotnick, 2015).

### 4. Embedded in All Things Assessment

Finally, equity needs to be embedded within and throughout the entirety of any assessment effort. In her Assessment Institute keynote remarks, Tia B. McNair (2019) said that those doing equity work need to *live* equity work. In other words, doing equity work is not something we can step in and out of. It is a mentality and approach that remains central so that we do not lose sight of it, that others are able to follow by example, and we are always being critical, reflective, and questioning processes, biases, assumptions, within ourselves, others, and the processes followed. This equity-mindedness needs to actively permeate the entire assessment process, and the practice of assessment professionals. To do equity-minded assessment we need to:



1. check biases and ask reflective questions throughout the assessment process to address assumptions and positions of privilege;
2. use multiple sources of evidence appropriate for the students being assessed and assessment effort;
3. include student perspectives and take action based on perspectives;
4. increase transparency in assessment results and actions;
5. ensure collected data can be meaningfully disaggregated and interrogated; and
6. make evidence-based changes that address issues of equity that are context-specific.

Equity-minded assessment refers to ways we ensure assessment processes and practices are appropriate for *all* students and that we ultimately do no harm in the process. While it can be challenging to consider the vast differences and needs of our student populations in our practices, our task as educational providers is to strive to help *every* student succeed.

What "ensuring that our assessments are appropriate for *all* students" means is that equitable assessment should work to ensure that learning outcomes, and how we assess those outcomes, are done in ways which do not privilege certain students over others; that data-informed changes are not benefiting one student group over others; and that assessment efforts are not conducted with only one dominant perspective or voice leading the process. Once we are aware of inequity in learning or assessment, we should strive to address it instead of ignoring it; or worse, blaming students. Equitable assessment means that we interrogate changes for possible disparate impacts on different student populations and their learning, that we examine the changes with data collected on various characteristics of interest to examine if learning improved, and provide students with multiple opportunities to advance in their learning before leaving our institutions (Maki, 2017a). This means that the learning gains we desire are not only for future students, but the students who are in the active process of learning (Maki, 2017b).

## The Barriers and Challenges to Equity in Assessment

Assessment with an embedded focus on equity is attainable, but there are barriers to advancing the work. Some of those barriers deal with discomfort with engaging in conversations about privilege, power, oppression, and marginalization. In her book *White Fragility: Why It's so Hard for White People to Talk About Racism*, DiAngelo (2018) explores the various cognitive barriers some can encounter when equity and related concepts are discussed. With the many lessons of this book in mind, R. Roberts (2019) notes that assessment practitioners who avoid equity simply because it is uncomfortable or an inconvenience makes assessment practitioners accomplices to practices which perpetuate inequities; especially through sustaining "barriers to student success, retention, graduation, and, most of all, learning" (p. 3). In her response to *Equity and Assessment*, R. Roberts (2019) provides a rich personal experience that exemplifies this behavior:

> I recently attended a training focused on equity and data-informed improvements to instruction…The group excitedly followed along during the first day of our training when we reviewed information about the efficacy of the proposed improvements that we could all bring to our colleges. However, when the presentation shifted to a review of national data about inequity, the room exploded with anxiety. Suddenly, several white people had seemingly random objections, others had comments they believed were crucial about all the aspects of inequity outside of their control, or comments about how "other faculty" on their campuses would never tolerate reflecting on campus-wide or course-specific data on inequity. The presenter repeatedly had to intervene to redirect the conversation… *She reminded us of the challenging but extremely important truth that there are some things as instructors and even administrators that are absolutely within our control when it comes to improving equity* (emphasis added) (pp. 1-2).

The last sentence is invaluable. Equity work is not someone else's responsibility. We each play a role in equity-minded assessment. There are elements we control within our spheres of work and influence which can alleviate the mechanisms through which inequities exist and persist. However, responsibility is diverted with comments such as "this is not a problem at my institution" or "I can see why this would matter for Minority-Serving Institutions but not us." Choosing not to see an issue does not mean it is not still there,

Equitable assessment should work to ensure that learning outcomes, and how we assess those outcomes, are done in ways which do not privilege certain students over others.



nor can only one type of institution approach assessment in an equity-minded perspective.

A very real barrier to this work, which most can relate to, is initiative fatigue (Kuh & Hutchings, 2015). At many institutions, people are wearing multiple hats often being the lifeline of various projects, students, and other stakeholders in addition to their daily job responsibilities. For those who work in assessment offices, most are often understaffed, without much authority to convene faculty or directly impact policy and practices across the institution. Assessment professionals have to contend with accreditation requirements and various external calls for accountability while addressing issues of ongoing need internal to the institution. Being asked to be the "assessment person" supporting one more institutional initiative can be a significant load to bear. Adding further responsibility to be the sole driver of equitable assessment can further stretch thin assessment staff, thus, finding partners in the work before implementation can be key to further success.

Institutional culture plays an important role too; specifically the culture around assessment. For example, if the assessment culture is about compliance/reporting or positivist-based scientific views of measurement, then equity might not be an important part of the conversation aside from item validity or reporting required disaggregated data (Jankowski, 2017). However, if the culture of assessment is focused around improving learning and teaching, then equity can be a fruitful approach. The point being that depending on the culture of assessment, the conversation around equity-minded assessment can be difficult; often requiring someone to lead and facilitate the discussion in language that resonates with the institutional context. An example of such facilitated approaches are Assignment Charrettes—intensive assignment design workshops that are led by faculty— or the Transparency in Learning and Teaching in Higher Education (TILT Higher Ed) project that helps faculty add transparency in their pedagogy to improve student learning (Winkelmes, 2016). This way, our assessments and the use of assessment data can both lead to more equitable learning outcomes.



Another challenge is determining how much to involve students in the assessment process, coupled with the comfort-level of faculty, staff, and administrators regarding student involvement in assessment. Assessment practitioners, in partnership with others within the institution, will need to determine how much and in what ways to involve and recruit students to be part of different stages of the assessment process. While students may initially lack assessment literacy (Smith, Worsfold, Davies, Fisher, & McPhail, 2013), or an understanding of assessment, student involvement in assessment as active participants with agency over their learning has proven beneficial to student learning and the overall student experience (Jankowski, Baker, Brown-Tess, & Montenegro, forthcoming; Singer-Freeman & Bastone, 2019). While recruitment of students may be difficult—because just like faculty and staff students wear multiple hats and are rather busy— students may be more likely to participate if they understand the impact(s) and/or benefits of their involvement. No one wants to waste their time or, worse, share their thoughts and see no action taken in response; thus adding to feelings of being unheard or unseen.

As the roles of students in assessment are explored for a particular institution, measurement related concerns towards active involvement of students in the design, administration, and analysis of assessment related information may arise. Most of these concerns stem from conflicts of interest and issues of objectivity and bias from involving the students who are being assessed in the process of measuring their own learning. However, student

involvement in assessment at an institution-level involves a variety of students in the process (Maki, 2017b; Damiano, 2018), and involving students as part of the assessment process within a course can position assessment as a formative opportunity for learning, not just summative demonstrations (Hattie, 2009). Involving students in the process of measuring learning supports learning outcomes of quantitative reasoning along with written and oral communication as well as involves students in undergraduate research (Truncale et al., 2018; Welsh, 2013). However, equity will not be attained through placement of a token student on institutional assessment committees or connections with student governance without a wider involvement of students from throughout the institution.

## Looking to the Decade Ahead

We are not tasked with changing the world with one assessment effort or verifying that learning outcome statements are culturally appropriate with every individual student. We are not expected to survey every single student about intended data-informed changes, nor does equity-minded assessment call for every single student to participate in data analysis. Instead, equity-minded assessment is ultimately about being responsive, aware, and intentional in order to not perpetuate inequalities.

We are aware of the various challenges to this work. In part, there are data issues including a lack of common definitions by which institutions gather and report student characteristics, coupled with a lack of data by which to disaggregate—in ways that intersect with multiple student identities— but also intersect with data on learning. In part, there is a design issue for embedding equity in assessment as well as the means by which to be transparent to students about the assessment and learning process. While some faculty and staff actively engage in universal design for learning and structure curricular and co-curricular learning experiences such that access and success are not student characteristic dependent, it is not widespread enough to occur for every student, every time. And finally, in part we are not measuring in ways that provide the data needed to address issues of equity. It is to address these challenges in the coming decade that we turn.

*Professional Development: The Key to Unlocking the Potential of Equity-Minded Assessment*

Professional development can break down barriers to equity-minded assessment. It can bridge perceived gaps between assessment and context (Levy & Heiser, 2018), and between knowledge and knower. We cannot assess what students know without also attempting to understand how culture, context, and the influence of both impact learning and how we assess that learning (Fisler, 2017; Montenegro & Jankowski, 2017). Levy and Heiser (2018) suggest that "Institutions may want to create a meta-assessment rubric or checklist to help ensure assessment practice is following proper process as intended by the institution in accordance with institutional goals and values" (p. 3). The goal being that by maintaining a clear vision on good assessment practice, biases may be limited. However, Tharp (2019) argues the need for individual professional development on issues of equity, making the case that for issues of equity to be examined within an institution, individuals must spend time working on understanding their own assumptions and biases first. Thus, we need to both examine processes and practices and ensure there are checkpoints on implementation, as well as provide support for individuals to explore issues of equity in order to meaningfully implement processes and practices in equitable ways.

> We need to both examine processes and practices and ensure there are checkpoints on implementation, as well as provide support for individuals to explore issues of equity in order to meaningfully implement processes and practices in equitable ways.



The truth is that many of us are not comfortable with or well-versed in conversations about equity. However, the best way to acquire a skill is not by avoiding it, but by immersing ourselves in it. Having conversations about race/racism or power/oppression—even if they are just reflective and introspective—can be uncomfortable. None of us want to find that our practices may be marginalizing students or contributing to inequitable outcomes. But that fear—or worse yet, complacency and comfort in current practices because they work for "most" students—prohibits progress and perpetuates inequities and inequality. Addressing equity is everyone's job at the institution, and difficult conversations cannot be passed to someone else. Equity work requires assessment professionals to be courageous and continuously seek ways to develop skills in equitable assessment, but everyone in the institution has a role to play.

Professional development is an important partner in equity work because it allows faculty, staff, and administrators the space to improve their own learning and understanding in order to improve the learning of students; all the while helping programs and institutions better meet student success goals. Equity focused professional development should be communicated as important and supported with targeted incentives to engage all stakeholders, not just the willing. As R. Roberts (2019) explains, "To develop this self-awareness…educators should participate in ongoing training in understanding and supporting equity and how it relates to inquiries about culturally-responsive outcomes, classrooms, and professional development" (p. 3). In truth, doing equity work is a continuous process—much like assessment—because our student populations change with enrollment trends, and gaps in learning change continuously. This means that equity work, and especially our own continuous development in this area, is a life-long process that requires "sustained engagement, humility, and education" (DiAngelo, 2018, p. 9) regardless of race/ethnicity and background. Equity-minded assessment requires a certain comfort with being uncomfortable; with having tough conversations, engaging in reflective practices, and implementing a critical mindset throughout.



Relatedly, we could all benefit from professional development on how to involve student voice to ensure biases are in check and equity is embedded throughout assessment practice. Biased assessments fail students. They can be unfair to learners who are not fluent in specific cultural norms and exclude the experiences of linguistically, culturally, and socioeconomically diverse learners (Williams & Perrone, 2018). Professional development helps practitioners engage in practices that maintain a conscious understanding of how practices and decisions are influenced and, in turn, influence the assessment effort.

In the coming decade, research is needed on effective equity focused professional development supports for various levels within an institution. What might be the role of centers for teaching and learning in working with faculty in partnership with assessment professionals on issues of equity and assessment in the classroom? Note: see Levesque-Bristol et al., 2019 and Kinzie, Landy, Sorcinelli, & Hutchings, 2019 for some ideas on how centers for teaching and learning could be involved. Where will assessment professionals find support on issues of equity-minded measurement and data collection? What is the role of institutional researchers in equitable assessment and what professional development supports will they need? What professional development might accreditation related positions need to address issues of equity? And where will administrators find models for supporting equitable assessment through professional development? It is our hope that the decade ahead provides answers and resources to the

wide-scale professional development needs to fully support equity-minded assessment across an entire institution's assessment process.

*Focusing on Equity and Assessment*

Since the launch of the equity and assessment conversation, many threads of related discussion have emerged. In the coming decade, assessment professionals will continue to unpack issues of equity and measurement; data definition, collection, and disaggregation; decolonizing assessment and learning outcomes; and indigenous approaches to assessment. Student affairs will lead in socially just assessment, and groups such as HBCU-CEEQA will provide insight into the equity-minded practices that have been unfolding for years within the confines of their member institutions but have not been acknowledged or implemented more broadly at predominantly white institutions. And while the use of multiple sources of evidence can be helpful to culturally responsive assessment, it should not be taken as a simple solution, and instead an opportunity to explore equity in design and measurement and how to offset different sources of bias, if possible. It is our intention that over the course of this decade, we will work to elevate the institutions who have been doing equitable assessment and have models and answers to scholarly questions, but whom have been silenced or not asked to join the assessment conversation thus far.

We expect a challenging of measures of institution-level assessment around areas such as climate, which have been historically presented in ways that ensure "white" students are comfortable and experiencing "enough" diversity, as opposed to understanding diverse student experiences or what an equitable climate entails (Phillips & Jones, 2019). And if our practice is guided by theory and our theories are inequitable, we have a responsibility in the coming decade to develop theories that address as well as interrogate the norms around student behavior, engagement, and what a "good" student does to demonstrate their learning in ways that address diverse student populations and their experiences. Discussions on how to embark on equitable comparison groups along with related supports and possible changes to see success are all rife for unpacking in the decade ahead—if as a discipline of assessment we focus on equity and assessment, at all levels of assessment from classroom to program to college to general education and institution. We will continue to see examples of ways in which students can be involved in assessment, ranging from curating their own collections of evidence related to learning outcomes, participating in transparent assessment design, or simply helping to rewrite learning outcome statements in student-focused language. It is not enough to tell our students about the intentional design through transparency approaches if the design itself remains flawed and inequitable. Assessment is an ongoing process of improvement helping to continuously refine teaching and learning, as well as assessment processes and practices, and a focus on equity can help us attain this goal.

## Final Thoughts

The equity in assessment conversation is far from over and it will become an increasingly important practice for higher education as our student populations continue to diversify. NILOA will continue to embed equity-minded assessment as a central thread in our efforts. This is especially true as we continue our partnerships with others working in the equity space. We pledge to continue the dialogue on equity-minded assessment and

> We have a responsibility in the coming decade to develop theories that address as well as interrogate the norms around student behavior, engagement, and what a "good" student does to demonstrate their learning in ways that address diverse student populations and their experiences.



to continue supporting and learning from the field so that we may advance this work together. We must all reflect on how our privilege(s) and positionality within society, the institution, and the classroom intersect with that of students and assessment processes and practices. We look forward to continued reflection by assessment professionals on the ways that current assessment efforts either centralize issues of equity or serve to perpetuate them (Felder, 2017), showcasing examples of implementation, and pushing the scholarly conversation forward towards wider understanding and action.



# References

American Indian College Fund (2019). *Creating visibility and healthy learning environments for Native Americans in higher education: Declaration of native purpose in higher education: An Indigenous higher education equity initiative.* Denver, CO: Author. Retrieved from https://collegefund.org/wp-content/uploads/2020/01/Creating-Visibility-and-Healthy-Learning-Environments-for-Natives-in-Higher-Education_web.pdf

Bensimon, E. M. (2006). Learning equity-mindedness: Equality in educational outcomes. *The Academic Workplace, 1*(17), 2-21.

Clark, I., & Arimoto, M. (2018, April). *An inclusive learning environment* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse-ClarkArimoto.pdf

Condron, D. J., Tope, D., Steidl, C. R., & Freeman, K. J. (2013). Racial segregation and the Black/White achievement gap, 1992 to 2009. *The Sociological Quarterly, 54*, 130-157.

Damiano, A. (2018, April). *Bringing student voices to the table: Collaborating with our most important stakeholders.* Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA).

DiAngelo, R. (2018). *White fragility: Why it's so hard for White people to talk about racism.* Boston, MA: Beacon Press.

Dorimé-Williams, M. D. (2018). Developing socially just practices and policies in assessment. *New Directions for Institutional Research*, (177), 41-56. DOI:10.1002/ir.20255.

Eizadirad, A. (2019). Decolonizing educational assessment models. In A. Eizadriad (Ed.), *Decolonizing educational assessment: Ontario elementary students at the EQAO.* Champ , Switzerland: Palgrave Macmillan.

Felder, P. P. (2017, May). *On the importance of culturally responsive assessment* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse-Felder.pdf

Fisler, J. (2017, December). *Questions & thoughts to continue the conversation on culturally responsive assessment* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse-Fisler.pdf

Gansemer-Topf, A. M., Wilson, J., & Kirk, M. (2019). Numbers may not lie, but they can hide: Critically examining our "number" narratives. *Intersection, 2019*(2), 5-10.

Gipps C., & Stobart, G. (2009). Fairness in assessment. In C. Wyatt-Smith & J. J. Cumming (Eds) E*ducational assessment in the 21st century.* Dordrecht, Netherlands: Springer.

Hanson, J. M. (2019). Feminist evaluation: A theoretical framework for culturally responsive higher education assessment. *Intersection, 2019*(2), 28-32. Retrieved from https://www.aalhe.org/assets/docs/Intersection/AAHLE_fall_2019_Intersection_final.pdf

Hattie, J. (2009). *Visible learning: A synthesis of over 800 meta-analyses relating to achievement.* New York, NY: Routledge.

Heiser, C. A., Henning, G., & Lundquist, A. (2018). *Beyond culturally responsive assessment: Socially just assessment* (Webinar Presentation, May 30, 2018). Campus Intelligence. Retrieved from https://www.campusintelligence.com/types/upcoming-webinars/beyond-culturally-responsive-assessment-social-just-assessment/

Heiser, C. A., Prince. K., & Levy, J. D. (2017). Examining critical theory as a framework to advance equity through student affairs assessment. *The Journal of Student Affairs Inquiry, 3*(1), 1-17. Retrieved from https://jsai.scholasticahq.com/article/1621-examining-critical-theory-as-a-framework-to-advance-equity-through-student-affairs-assessment

Henning, G. W. (2018). *The assessment for social justice project.* Council for the Assessment of Standards in Higher Education (CAS) Blog. Retrieved from https://www.cas.edu/blog_home.asp?Display=82

Henning, G. W., & Lundquist, A. E. (2018a). *Moving towards socially just assessment* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse-HenningLundquist.pdf

Henning, G. W., & Lundquist, A. E. (2018b). *Deconstructed assessment: Using assessment to foster social justice* (Webinar Presentation, July 17, 2018). Campus Intelligence. Retrieved from https://www.campusintelligence.com/types/upcoming-webinars/deconstructed-assessment-using-assessment-to-foster-social-justice/

Hood, S., & Hopson, R. K. (2008). Evaluation roots reconsidered: Asa Hillard, a fallen hero in the "Nobody Knows My Name" project, and African educational excellence. *Review of Education Research*, *78*(3), 410-426.

Hutchings, P., Jankowski, N. A., & Baker, G. R. (2018). Fertile ground: The movement to build more effective assignments. *Change: The Magazine of Higher Learning*, *50*(6), 13-19. Retrieved from https://www.tandfonline.com/doi/abs/10.1080/00091383.2018.1540816

Jankowski, N. A. (2017). Moving toward a philosophy of assessment. *Assessment Update*, *29*(3), 10-11.

Jankowski, N. A., Baker, G. R., Brown-Tess, K., & Montenegro, E. (in press). *Student-focused learning and assessment: Involving students in the learning process in higher education*. New York, NY: Peter Lang Publishing.

Jankowski, N. A., & Slotnick, R. (2015). The five essential roles of assessment practitioners. *Journal of Assessment and Institutional Effectiveness*, *5*(1), 78-100.

Kinzie, J., Landy, K., Sorcinelli, M. D., & Hutchings, P. (2019). Better together: How faculty development and assessment can join forces to improve student learning. *Change: The Magazine of Higher Learning*, *51*(5),46-54. Retrieved from https://naspa.tandfonline.com/doi/full/10.1080/00091383.2019.1652076#.Xi87-c5KiUk

Kuh, G. D., & Hutchings, P. (2015, March). *Addressing assessment fatigue by keeping the focus on learning*. Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/Viewpoint-KuhHutchings.pdf

Kuh, G. D., Ikenberry, S. O., Jankowski, N. A., Cain, T. R., Ewell, P. T., Hutchings, P., & Kinzie, J. (2015). *Using evidence of student learning to improve higher education*. San Francisco, CA: Jossey-Bass.

Ladson-Billings, G. (1995a). Toward a theory of culturally relevant pedagogy. *American Educational Research Journal*, *32*(3), 465-491.

Ladson-Billings, G. (1995b). But that's just good teaching! The case for culturally relevant pedagogy. *Theory Into Practice*, *34*(3), 159-165.

Laird, T. F. N., & BrckaLorenz, A. (2017, May). *First and next steps: Moving towards culturally responsive assessment* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse-LairdBrckaLorenz.pdf

Levesque-Bristol, C., Flierl, M., Zywicki, C., Parker, L. C., Connor, C, Guberman, D., Nelson, D., Maybee, C., Bonem, E., FitzSimmons, J., & Lott, E. (2019, February). *Creating student-centered learning environments and changing teaching culture: Purdue University's IMPACT program*. Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/05/OccasionalPaper38.pdf

Levy, J., & Heiser, C. (2018, March). *Inclusive assessment practice* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse_LevyHeiser.pdf

Maki, P. (2017a). *Real-time student assessment: Meeting the imperative for improved time to degree, closing the opportunity gap, and assuring student competencies for 21st-century needs*. Sterling, VA: Stylus.

Maki, P. (2017b, February). *Real-time student assessment: Prioritizing enrolled students' equitable progress toward achieving a high-quality degree*. Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/Viewpoint-Maki.pdf

McArthur, J. (2017, December). *Opportunities for social justice within & through assessment* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse-McArthur.pdf

McNair, T. B. (2019, October). *Why equity and assessment must be inextricably linked for student success*. Keynote for the Assessment Institute annual meeting, Indianapolis, IN.

Meyerhoff, L. (2019, March). *Redefining putting students first* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse-Meyerhoff.pdf

Montenegro, E., & Jankowski, N. A. (2017, January). *Equity and assessment: Moving towards culturally responsive assessment* (Occasional Paper No. 29). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/02/OccasionalPaper29.pdf

Orr, V. F. (2018, November). *Assessment, accountability, and student learning outcomes at Historically Black Colleges and Universities*. Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/02/CEEQA_Report.pdf

Phillips, G. A., & Jones, S. M. (2019). *Assessing diversity, equity, and inclusion in higher education*. Research Paper presented at the Association for the Study of Higher Education (ASHE) Conference, Portland, OR.

Roberts, J. (2019). An argument for employing an equity mindset in higher education assessment. *Intersection, 2019*(2), 11-15. Retrieved from https://www.aalhe.org/assets/docs/Intersection/AAHLE_fall_2019_Intersection_final.pdf

Roberts, R. (2019, September). *Making culturally-responsive sense of assessment data: Inquiry about equity* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/09/EquityResponse-Roberts.pdf

Rodrigues, A. A., & Raby, P. (2019). Lessons learned from indigenizing a media program at an Ontario Community College. *College Quarterly, 22*(1). Retrieved from http://collegequarterly.ca/2019-vol22-num01-winter/indigenizing-a-media-program.html

Rudnick, D. L. (2019, November). *Culturally responsive assessment is just good assessment* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/11/EquityResponse_Rudnick.pdf

Singer-Freeman, K., & Bastone, L. (2019). Increasing equity in general education using self-relevant writing. *Intersection, 2019*(2), 24-27. Retrieved from https://www.aalhe.org/assets/docs/Intersection/AAHLE_fall_2019_Intersection_final.pdf

Singer-Freeman, K., Hobbs, H., & Robinson, C. (2019). Theoretical matrix of culturally relevant assessment. *Assessment Update, 31*(4), 1-2, 15-16.

Small, S. B., & Wilson, E. (2018). Institutionalizing indigenous learning outcomes at Confederation College. In F. Deller, J. Pichette, & E. K. Watkins (Eds.), *Driving academic quality: Lessons from Ontario's skills assessment projects* (pp. 65-80). Toronto, ON Canada: Higher Education Quality Council of Ontario.

Smith, C. D., Worsfold, K., Davies, L., Fisher, R., & McPhail, R. (2013). Assessment literacy and student learning: the case for explicitly developing students 'assessment literacy'. *Assessment & Evaluation in Higher Education*, *38*(1), 44-60.

Stake, R. E. (1975). *Program evaluation, particularly responsive evaluation*. Urbana, IL: Center for Instructional Research and Curriculum Evaluation at the University of Illinois Urbana-Champaign.

Tharp, D. S. (2019). Cultural consciousness in data-driven efforts: Why it matters and how to do it. *Intersection*, *2019*(2), 20-23. Retrieved from https://www.aalhe.org/assets/docs/Intersection/AAHLE_fall_2019_Intersection_final.pdf

Tkatchov, M. (2019). Equity in "authentic" assessments: A closer look at defining and assessing learning outcomes in competency- based education. *Intersection*, *2019*(2), 16-19. Retrieved from https://www.aalhe.org/assets/docs/Intersection/AAHLE_fall_2019_Intersection_final.pdf

Truncale, N. P., Chalk, E. D., Pellegrino, C., & Kemmerling, J. (2018, March). *Implementing a student assessment scholars program: Students engaging in continuous improvement*. Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/04/AiP_TruncaleChalkPellegrinoKemmerlingMarch2018.pdf

Tullier, S. (2018, October). *Epistemological considerations for student affairs* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse-Tullier.pdf

Welsh, J. (2013). *Student involvement in assessment: A 3-way win*. Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/Viewpoint-Welsh.pdf

Williams, E. (2018, February). *First thing's first: Privilege, power, and pedagogy the antecedent of assessment* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse-EWilliams.pdf

Williams, R. (2018, December). *Culturally responsive assessment: What to tackle first* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse-RWilliams.pdf

Williams, S., & Perrone, F. (2018, April). *Linking assessment practices to indigenous ways of knowing* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/EquityResponse-WilliamsPerrone.pdf

Winkelmes, M. (2016, March). *Helping faculty use assessment data to provide more equitable learning experiences*. Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/Viewpoint-Winkelmes.pdf

Wright, M. (2017, May). *Steps in the right direction: Additional strategies for fostering culturally responsive assessment* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA). Retrieved from https://www.learningoutcomesassessment.org/wp-content/uploads/2019/08/Equity-Response_Wright.pdf

Zamani-Gallaher, E. (2017, May ). *What is equity?* (Video Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment.

Zerquera, D., Reyes, K. A., Pender, J. T., & Abbady, R. (2018). Understanding practitioner-driven assessment and evaluation efforts for social justice. *New Directions for Institutional Research*, (177), 15-40.

# About the Authors

**Erick Montenegro** is a Doctoral Candidate in Education Policy, Organization and Leadership at the University of Illinois Urbana-Champaign. Erick also serves as the Communications Coordinator and Research Analyst for NILOA where he is responsible for NILOA's integrated communications effort including developing media, maintaining the website, promoting activities that benefit NILOA and its partners, and providing access to resources for NILOA's various audiences and stakeholder groups. As a research analyst, Erick conducts timely assessment research and leads NILOA's equity initiative. Erick received a dual BS in marketing and business administration with a concentration in international business, and an EdM in education policy, organization and leadership with a concentration in higher education both from the University of Illinois. His research interests include issues of equity in assessment, culturally responsive assessment, outcomes assessment practices at Minority-Serving Institutions, and issues affecting Latinx students in higher education.

**Dr. Natasha Jankowski** is NILOA's Executive Director and a Research Associate Professor with the Department of Education Policy, Organization and Leadership at the University of Illinois Urbana-Champaign. She is co-author, along with her NILOA colleagues, of the books *Using Evidence of Student Learning to Improve Higher Education*, and, *Degrees That Matter: Moving Higher Education to a Learning Systems Paradigm*. Her main research interests include all things assessment, organizational evidence use, and evidence-based storytelling. She holds a PhD in higher education from the University of Illinois, an MA in higher education administration from Kent State University, and a BA in philosophy.

## About NILOA

- The National Institute for Learning Outcomes Assessment (NILOA) was established in December 2008.
- NILOA is co-located at the University of Illinois and Indiana University.
- The NILOA website contains free assessment resources and can be found at http://www.learningoutcomesassessment.org.
- The NILOA research team has scanned institutional websites, surveyed chief academic officers, and commissioned a series of occasional papers.
- NILOA's Founding Director, George Kuh, founded the National Survey for Student Engagement (NSSE).
- The other co-principal investigator for NILOA, Stanley Ikenberry, was president of the University of Illinois from 1979 to 1995 and of the American Council of Education from 1996 to 2001.



## NILOA Staff

**Natasha Jankowski,** *Executive Director*

**Gianina Baker,** *Assistant Director*

**Katie Schultz,** *Project Manager*

**Erick Montenegro,** *Communications Coordinator and Research Analyst*

**Verna F. Orr***, Post-Doctoral Researcher*

## NILOA Senior Scholars

**Peter Ewell**, *Senior Scholar*

**Pat Hutchings***, Senior Scholar*

**Jillian Kinzie,** *Senior Scholar*

**George Kuh**, *Founding Director and Senior Scholar*

**Paul Lingenfelter,** *Senior Scholar*

**David Marshall***, Senior Scholar*

**Nan Travers***, Senior Scholar*

## NILOA Sponsors

**Lumina Foundation for Education**

**University of Illinois, College of Education**

Follow us on social media:

 @NILOA_web

 @LearningOutcomesAssessment

Sign up to receive our monthly NILOA Newsletter and stay up to date with our research and publications.





**For more information, please contact:**

National Institute for Learning Outcomes Assessment (NILOA)
University of Illinois Urbana-Champaign
51 Gerty Drive
Suite 196, CRC, MC-672
Champaign, IL 61820

learningoutcomesassessment.org
niloa@education.illinois.edu
Phone: 217.244.2155

# Staff Application for Cadet Training Officer I

Posting number: S01132FY16

Submitted June 09, 2016 at 01:43 AM (confirmation number: CN000259462)

## Personal Information

Contact Information

| | |
|---|---|
| **First Name** | John |
| **Middle Name** | Douglas |
| **Last Name** | Fleming |

**Other Name Used in Employment**

**Address1**

**Address2**

**City**

**State**

**Zip Code/Postal Code**

**Home Phone or Preferred Contact Number**

**Work Phone**

**Email**

General Information

If this position is located in the United States and you are selected, would you now or in the future require sponsorship for immigration-related employment authorization (H1-B, O-1, E-3, TN)?    No

Have you ever been convicted of a felony or required to register as a sex offender?    No

If yes, please explain

Are you related to any current Texas   No
A&M System employee (for any
System member) or System official
(for any System member) or to any
System regent (for any System
member?)

If yes name and position held

Are you currently employed by a      No
Texas A&M System agency or
university?

If yes, name of System agency or
university and position held

Preference Information

Are you eligible for Veteran's         Yes
Preference? Documentation
Required.

Are you eligible for Former Foster    No
Child Preference? Documentation
Required.

# Education & Training

High School

Did you graduate from high school    Yes
or receive a GED Certificate?

If you have not graduated or
received a GED, select highest level
completed?

Education

| | |
|---|---|
| Name of School | Texas A&M University |
| City | College Station |
| State | TX |
| Number of Credit Hours Completed | 164 |
| Major | Kinesiology |
| Minor | |
| Did you graduate? | Yes |
| Diploma or degree earned | Bachelor of Science |

| | |
|---|---|
| **Name of School** | Marine Corps University |
| **City** | Quantico |
| **State** | VA |
| **Number of Credit Hours Completed** | 46 |
| **Major** | Military Studies |
| **Minor** | |
| **Did you graduate?** | Yes |
| **Diploma or degree earned** | Master of Military Studies |

**Training and Additional Information**

| | |
|---|---|
| **Other education/training/skills** | 20 years experience training and mentoring young men and women in operational military settings as well as formal live-in educational environments. Previously vetted by Texas A&M University to teach 100 and 200 level academic courses. |
| **Computer skills (hardware and software)** | Fluent in microsoft Office applications |
| **Current professional licenses/certifications/registrations** | Texas general Lines Insurance License |
| **Related volunteer experience** | Christian Youth leader. Study leader for Valor (A Campus Crusade for Christ ministry) in College Station. Volunteer for Horses for Heroes, a veterans horsemanship program at Texas A&M University. |
| **Other skills and talents related to the position you are applying for** | Extensive experience with article 15 procedures, equal opportunity, sexual assault prevention and response, and substance abuse control. Previous legal officer for a regiment and special court martial convening authority as a squadron commander. |

# Employment History

**Previous Employers**

| | |
|---|---|
| **Employer** | Northwestern Mutual |
| **Address** | 111 University Drive E #103 |
| **City** | College Station |
| **State** | TX |
| **Telephone** | 979-846-3100 |
| **Supervisor Name** | Casey Wright |

APP'X 578

| | |
|---|---|
| Type of Business | Financial Services |
| Job Title | Financial Representative |
| Employment Begin Date | 01/18/2016 |
| Employment End Date | |
| Average Hours Worked Per Week | 40 |
| Duties | Serving clients through creating and implementing financial security strategies. |
| Monthly or Hourly Salary | 100% commission |
| Reason For Leaving | Not the right fit for me. |
| Employer | A.L. Helmcamp Inc. / Cole Creek Construction LLC |
| Address | 4120 U.S. 79 |
| City | Buffalo |
| State | TX |
| Telephone | 903-626-5911 |
| Supervisor Name | Tracy Schieffer |
| Type of Business | General Contracting |
| Job Title | Logistics Manager |
| Employment Begin Date | 01/11/2016 |
| Employment End Date | 08/28/2015 |
| Average Hours Worked Per Week | 40 |
| Duties | Fuel contracting, job site infrastructure development. |
| Monthly or Hourly Salary | $1400 / week |
| Reason For Leaving | Great people and work, but too much travel. |
| Employer | Department of Naval Science, Texas A&M University |
| Address | Military Sciences Building, 1227 |
| City | College Station |
| State | TX |
| Telephone | 979-845-1775 |
| Supervisor Name | Colonel Paul Timoney |
| Type of Business | Military Instruction |

APP'X 579

| | |
|---|---|
| **Job Title** | Naval Science Instructor |
| **Employment Begin Date** | 08/01/2014 |
| **Employment End Date** | 12/12/2014 |
| **Average Hours Worked Per Week** | 40 |
| **Duties** | Taught Naval Science 101 and 210. Lead and mentor members of Navy/Marine ROTC and Corps of Cadets. Military adviser for B & C Batt, Texas Aggie Band. |
| **Monthly or Hourly Salary** | $8800 / month |
| **Reason For Leaving** | Retired from active duty. |
| **Employer** | USMC - Marine Wing Support Squadron 371 |
| **Address** | P.O. Box 99210 |
| **City** | Yuma |
| **State** | AZ |
| **Telephone** | 928-269-6062 |
| **Supervisor Name** | Colonel Chris McPhillips |
| **Type of Business** | Military Airfield Construction |
| **Job Title** | Commanding Officer |
| **Employment Begin Date** | 06/01/2012 |
| **Employment End Date** | 07/01/2014 |
| **Average Hours Worked Per Week** | 40 |
| **Duties** | Lead, train, mentor 600+ Marines and Sailors. Construct, maintain, and operate scaleable airfields in austere environments. |
| **Monthly or Hourly Salary** | $8800 / month |
| **Reason For Leaving** | Transfer orders |
| **Employer** | USMC - Combat Logistics Regiment 1 |
| **Address** | Building 12074 |
| **City** | Camp Pendleton |
| **State** | CA |
| **Telephone** | 760-725-6429 |
| **Supervisor Name** | Colonel James Caley |

APP'X 580

| | |
|---|---|
| Type of Business | Military Logistics |
| Job Title | Deputy Commander |
| Employment Begin Date | 04/01/2011 |
| Employment End Date | 05/31/2012 |
| Average Hours Worked Per Week | 40 |
| Duties | Second in command of 7,000 personnel. Manged all staff functions, deployment training and preparation, and higher headquarters liaison. |
| Monthly or Hourly Salary | $8400 / month |
| Reason For Leaving | Transfer orders. |
| Employer | USMC - 1st Marine Logistics Group |
| Address | Building 140121 |
| City | Camp Pendleton |
| State | CA |
| Telephone | 760-725-5966 |
| Supervisor Name | Colonel Edward Bowen |
| Type of Business | Military Logistics |
| Job Title | Operations Officer |
| Employment Begin Date | 06/01/2009 |
| Employment End Date | 03/31/2011 |
| Average Hours Worked Per Week | 40 |
| Duties | Planned/supervised logistics training for multiple units deploying to Iraq and Afghanistan. Personally deployed to Afghanistan and led logistical planning for a joint task force. |
| Monthly or Hourly Salary | $7333 / month |
| Reason For Leaving | Transfer Orders |
| Employer | USMC-The Basic School |
| Address | 24164 Belleau Avenue |
| City | Quantico |
| State | VA |
| Telephone | 703-784-5207 |
| Supervisor Name | Major General George W. Smith Jr. |

App'x 581

| | |
|---|---|
| **Type of Business** | Military Officer Training |
| **Job Title** | Company Commander |
| **Employment Begin Date** | 11/01/2005 |
| **Employment End Date** | 05/31/2009 |
| **Average Hours Worked Per Week** | 40 |
| **Duties** | Provided all transportation, maintenance, supply, AAV, and artillery support for student field training. Academic lead for logistics curriculum. Lead three student companies through six-month education and training cycles. Chair the Dean's student performance review board and the Annual Institutional Effectiveness Survey. |
| **Monthly or Hourly Salary** | $7275 / month |
| **Reason For Leaving** | Transfer Orders |

## Professional References

**Professional References**

| | |
|---|---|
| **First Name** | Colonel Paul |
| **Last Name** | Timoney |
| **Email** | |
| **Primary Phone** | 979-446-8631 |
| **How do you know this reference?** | Former employer |
| **First Name** | Casey |
| **Last Name** | Wright |
| **Email** | |
| **Primary Phone** | 979-587-1569 |
| **How do you know this reference?** | Current Employer |
| **First Name** | MajGen George W. |
| **Last Name** | Smith Jr. |
| **Email** | george.w.smith2@usmc.mil |
| **Primary Phone** | 951-733-0583 |
| **How do you know this reference?** | Former employer |

## Documents needed to Apply

APP'X 582

- Other Document 1 (PDF | 29.6 KB)

  LtCol Fleming Bio

- Resume (PDF | 69.5 KB)

  Resume

- Other Document 2 (PDF | 1.89 MB)

  A&M transcript

- Other Document 3 (PDF | 2.47 MB)

  MMS transcript

## Supplemental Questions

\* Where did you see this position advertised?

○ The Chronicle of Higher Education

○ HigherEd Jobs

○ Workplace Diversity

○ Work in Texas

○ Higher Education Recruitment Consortium (HERC)

○ Job Fair

○ GettingHired.com

○ RecruitMilitary.com

◉ This Website

○ Other

If you selected Other, please let us know where you saw the position advertised.

\* This position requires that you be authorized to wear a military uniform. Are you able to meet this requirement?

◉ Yes

○ No

\* This position requires some duty in the field and on cadet trips. Are you able to meet this requirement?

◉ Yes

○ No

App'x 583

* Are you able to attend meetings and conferences concerning cadets/students and with cadet/student groups at times beyond usual working hours, to include weekends?

◉ Yes

○ No

* Select which of the following best represents your educational training.

○ Completed high school diploma or GED

○ 15 college credit hours

○ 30 college credit hours

○ 45 college credit hours

○ 60 college credit hours

○ 75 college credit hours

○ 90 college credit hours

○ 105 college credit hours

○ 120 or more college credit hours

○ Completed a Bachelor's degree

◉ Completed a Master's degree

○ Completed a Doctoral degree

* Select the response that best represents your years of full or part time military experience (Active Duty, Guard Reserve, or State Guard/Militia).

○ None

○ Less than one

○ 1

○ 2

○ 3

○ 4

○ 5

○ 6

○ 7

○ 8

○ 9

App'x 584
7/6/2016

○ 10

○ 11

◉ 12 or more

---

## Certification

---

I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief. I understand that any falsification, misrepresentation, or omission of fact made herein or at any point in the hiring process may be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change.

I authorize Texas A&M System members to make checks relating to my employment, education and any licenses. I also authorize all current and prior employers to provide full details concerning my past employment. I understand that this application and all attachments are the property of Texas A&M System members as applicable. I understand a criminal history check may be required as specified by the appropriate System Member.

The Texas A&M System members are at-will employers and may dismiss employees with or without cause. I understand that if employed by a Texas A&M System component member I will be an at-will employee and may be dismissed from employment with or without cause unless I have a legally different status.

For positions located in the United States, I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire.

I understand that any offer of employment for a position located in the United States is contingent upon my completing the U.S. Citizenship and Immigration Services Form I-9, providing eligible documents to verify my identity, and employment eligibility verified by E-Verify, an internet-based system operated by the Department of Homeland Security and U.S. Citizenship and Immigration Services. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work.

☑ I certify that I have read and agree with these statements.

Please enter your initials to verify your identity. JDF

08/01/2016

App'x 585
7/6/2016

# LIEUTENANT COLONEL JOHN D. FLEMING

Lieutenant Colonel Fleming completed Officer Candidates School through the Platoon Leaders Class program in 1994. After earning his Bachelor of Science degree from Texas A&M University he was commissioned a second lieutenant in the United States Marine Corps in 1995. Upon graduation from The Basic School he was designated a Motor Transport Officer and attended the Motor Transport Officer Course at Camp Johnson, NC.

Lieutenant Colonel Fleming's first operating forces tour started in 1996 and included billets as a truck platoon commander, Truck Company, Headquarters Battalion, 1st Marine Division, and Motor Transport Officer, 1st Battalion, 4th Marines. Lieutenant Colonel Fleming deployed for WESTPAC 1-98 with the 11th Marine Expeditionary Unit (MEU) Special Operations Capable (SOC) as the motor transport officer for Battalion Landing Team 1/4 and as the Team Embarkation Officer for the USS Tarawa. During this deployment he participated in Operations SOUTHERN WATCH, DESERT THUNDER and SAFE DEPARTURE.

In 1999 Lieutenant Colonel Fleming was assigned to the G3 Operations section of Marine Corps Logistics Base Albany, GA as a project officer on the MK48 rebuild line. His other billet assignments in Albany included Aide de Camp to the MATCOM commanding general, and executive officer of Headquarters Battalion.

In 2001 Lieutenant Colonel Fleming reported to Amphibious Warfare School in Quantico, VA. After graduating with honors in May of 2002, he reported to 2nd Transportation Support Battalion (TSB), 2nd FSSG at Camp Lejeune, NC. In August of 2002, Lieutenant Colonel Fleming deployed with the 24th MEU (SOC) as the Transportation Support Detachment Commander for MEU Service Support Group (MSSG)-24. During a 9-month deployment he participated in numerous exercises and operations to include Operation DYNAMIC RESPONSE in Kosovo, and Operation IRAQI FREEDOM.

In July of 2003, Lieutenant Colonel Fleming assumed duties as the assistant operations officer (S-3A) for 2nd TSB and in June of 2004 took command of Company C, 2nd TSB. In October of 2004 Company C was detached from 2nd TSB and attached to Combat Logistics Battalion (CLB)-8. While deployed for OIF 04-06 in direct support of Regimental Combat Team-8 in Fallujah, Iraq Lieutenant Colonel Fleming was selected as the 2004 Marine Officer Logistician of the Year.

In November of 2005 Lieutenant Colonel Fleming reported to The Basic School where he served as the commanding officer of Combat Service Support Company, India Company, the Reserve Warrant Officer Basic Course, and Fox Company.

In July of 2008 Lieutenant Colonel Fleming reported to Marine Corps University for duty as a student at the Marine Corps Command and Staff

College. After graduating with a Masters of Military Studies he reported to 1st Marine Logistics Group (MLG) at Camp Pendleton in July of 2009 for duty as the Operations Officer of Combat Logistics Regiment 1 (CLR-1.)

In June of 2010 Lieutenant Colonel Fleming was assigned as the 1st MLG future operations officer and deployed to Afghanistan in support of Operation ENDURING FREEDOM 10.2. Upon his return in March 2011 Lieutenant Colonel Fleming returned to CLR-1 and served as the executive officer until June of 2012 when he assumed command of Marine Wing Support Squadron-371 in Yuma, Arizona. After two years serving as the Commanding Officer of the Sandsharks, LtCol Fleming relinquished command, was assigned to Headquarters and Headquarters Squadron, MCAS Yuma, Arizona, and subsequently assigned to temporary duty on the Navy/Marine ROTC Staff at Texas A&M University.

Lieutenant Colonel Fleming retired from the Marine Corps on 1 March 2015 and has since worked as the Logistics Manager for a General Contractor and as a Financial Representative.

Lieutenant Colonel Fleming's awards include the Bronze Star Medal, Meritorious Service Medal with 2 gold stars, and the Navy and Marine Corps Commendation medal with 2 gold stars.

Lieutenant Colonel Fleming is                                    of McAllen, Texas. They are the proud

# JOHN D. FLEMING

www.linkedin.com/pub/john-d-fleming

## SUMMARY OF QUALIFICATIONS

**Leader and Operations Manager** regarded for training and employing high quality teams who consistently achieve superior results. Former Marine Corps Lieutenant Colonel who conducted domestic and global operations in Afghanistan, Africa, Kosovo, and Iraq. Earned the prestigious Marine Corps Officer Logistician of the year honor from a pool of over 1000 qualified candidates. Leverages diverse education, global leadership/team-building, and operational experience to manage logistics operations in demanding environments. Areas of expertise include:

- Organizational Leadership
- Process Improvement
- Logistics / Supply Chain Management

- Operations Management
- Safety & Risk Management
- Transportation & Construction Planning

- Decision Making
- Formal Academic Instruction
- Training / Discipline / Mentorship

## PROFESSIONAL EXPERIENCE

**Northwestern Mutual – College Station, Texas**                    2016
Financial Representative

**A.L. Helmcamp Inc. / Cold Creek Construction – Buffalo, Texas**     2015
Project Manager

**United States Marine Corps – Multiple Locations**               1995 – 2015

**Naval Science Instructor**
- Taught Naval Science 101 and 210 at Texas A&M University. Provided daily leadership and mentorship to student members of the Navy/Marine ROTC program and the Texas A&M Corps of Cadets.

**Commanding Officer**
- Selected to lead a 600 person organization charged with the critical mission of constructing, operating, and maintaining scalable military airfields and logistics support bases in austere environments.
- Synchronized operations and relationships between organic work crews, suppliers, contractors, and customers. Completed 75 geographically separated domestic and international construction, remote operating location, and disaster response projects in a two year period. Managed $69M in assets with a $2.6M annual budget.
- Led the implementation of a new enterprise supply chain management software system that cut cost across all maintenance areas by 40%, increased transportation fleet readiness by 60%, and improved response to customer requirements by 25%.

**Deputy Commander**
- Process improvement lead for a transportation/construction/supply chain unit composed of six functionally diverse organizations totaling 7000 personnel and $460M in assets.
- Built cross-functional working groups and coached managers in operational planning, human resources, physical and electronic security, safety and operational risk management, contracting, legal administration, and communications.
- Organized independent external staffs into a cohesive team that accomplished complex tasks during periods of high stress and limited information availability while revising and introducing streamlined staff procedures.

**Operations Officer**
- Conducted transportation, construction, and supply chain concept development, strategic planning, and interagency coordination in support of the war efforts in Iraq and Afghanistan.
- Directed the operations staffs of three subordinate organizations coaching junior leaders in how to harness, channel, and optimize the capabilities of their 1700 personnel logistics force to sustain a customer organization of over 19,000.

- While deployed to Afghanistan, led a diverse 50+ person planning group composed of all branches of the U.S. Armed Forces as well as three international partners; developed and implemented logistics strategies for a 25,000 personnel task force executing combat operations from 55 separate hubs in an area of 20,000 square miles.

**Training Unit Commander**

- Academic lead of the logistics curriculum for a formal U. S. Marine Corps program of instruction that served 2000 students annually. Chaired the Annual Institutional Effectiveness survey and Student Performance Review Board.
- Supervised 21 mid-level managers in teaching institutional regulations, military operations, safety best practices, discipline, and professional ethics during nine overlapping six-month academic and field training courses.
- Personally trained, coached, evaluated, and remediated 350 junior leaders in all aspects of organizational leadership and management in preparation for their service in combat operations overseas.

**Commanding Officer**

- Led 210 transportation, construction, and maintenance specialists and managed $2.4M worth of assets successfully completing over 450 projects with a 100% customer fill rate and zero safety mishaps over a seven month period.
- Authored multiple procedural manuals for conducting supply chain distribution, facility construction, and security operations in uncharted environments that were adopted as higher institutional doctrine.
- Trained and coached junior leaders to be technical logistics experts and confident leaders in demanding environments.

**Logistics Specialist**

- Led 135 transportation, construction, and maintenance specialists during two international combat deployments.
- Managed military vehicle rebuild in an industrial manufacturing facility. Increased production and cut cost through supply chain improvements and out-sourcing of engine rebuild to the original manufacturer.
- Senior assistant to the Marine Corps' Chief Executive for Logistics assisting with strategic communications, service-level logistics doctrine development, and congressional testimony.
- Managed packaging, transportation, operations, and maintenance of over $2B worth of equipment across six U. S. Navy ships during two maritime deployments to Europe and the Middle East.

## EDUCATION / COMMUNITY INVOLVEMENT

### Education

Marine Corps Command and Staff College, Master of Arts in Military Studies
Texas A&M University, Bachelor of Science in Kinesiology

### Military Education

Marie Corps Commander's Course
Naval Senior Legal Officer's Course
Naval Security Manager's Course
Marine Corps Senior Logistics Planner's Course
Marine Corps Amphibious Warfare School
Marine Corps Tactical Logistics Officer's Course
Marine Corps Team Embarkation Officer's Course
Marine Corps Motor Transportation and Maintenance Management Course
Extensive training in cultural awareness for countries in Europe, the Middle East, and Africa

### Community Involvement

Volunteer Leader, Valor ROTC Cadet and Veterans Ministry
Member, Texas Aggie Corps of Cadets Association
Region 6 Volunteer, Team Rubicon
Brazos Valley Representative for The Gratitude Initiative
Committee Member, Marine Corps Scholarship Foundation, Lone Star State Campaign

# John D. Fleming

May 31, 2024

Dr. Kristen Harrell
Assistant Vice President, Student Affairs
1098 Houston Street
College Station, TX 77840

Dear Dr. Harrell,

As an active-duty Marine officer one of my responsibilities was to interview individual Marines towards the end of their enlistment contract. Our conversation centered around that Marine's future. Would they reenlist in the Marine Corps, or would they leave active duty to attend school and start a new life? Most chose the latter. I loved those conversations because I got to hear the dreams and aspirations of young people who had volunteered to serve their nation during a time of war. Listening to the descriptions of how these men and women would translate the values and skills learned through military service to their education and career pursuits made me proud to have played a small role in developing the people who form the foundation our communities and our nation.

The Director position requires a caring professional with a passion for developing veterans and their families and a proven student-centered approach to leading organizations. I was a teacher my entire 20 years in the Marine Corps in formal and informal settings. I cared deeply about teaching, training, and developing my Marines so they could win in the unforgiving environments I led them. I also cared deeply for preparing and equipping families for long periods of separation and uncertainty. As a member of the Commandants staff, I am equally as passionate about developing student cadets to be well educated leaders for our state and nation and global ambassadors for our university. In both settings described the student is the focus. If students are equipped with knowledge and resources and empowered with confidence and a sense of belonging there is no limit to what they can accomplish.

The Director position also requires a seasoned leader adept at charting a strategic course for the organization, building and sustaining programs, stewarding critical resources, and building trust-based relationships with internal and external partners. As a Marine officer and as a member of the Commandant's staff I have been responsible for creating a vision for success and then building the teams and support structure necessary to turn that vision into reality. Logistically supporting combat operations in Afghanistan and adjusting the Corps of Cadets experience to comply with COVID restrictions are radically different mission sets. But they both require a leader who will think beyond the current problem, create and sustain lasting partnerships by installing value and purpose in every member of the team, and skillfully manage the actions required for the organization to keep advancing forward.

I am excited to share with you my vision for the Don and Ellie Knauss Veteran Resource and Support Center. Building upon the VRSC's 14 years of tremendous success I believe the right team will make Texas A&M the first choice for every veteran and military-connected student seeking a welcoming and supportive environment where they can add a world class education to their proud military experience.

Sincerely,

John D. Fleming

# John D. Fleming

PROFESSIONAL SUMMARY

Multi-functional operations specialist who leverages formal education, global leadership, operational experience, and keen innovation to build and lead quality teams who excel at mission accomplishment in demanding environments.

PROFESSIONAL EXPERIENCE

**Operations Director -** 2020 to present
**Texas A&M University Corps of Cadets** – College Station, TX
- Responsible for all operations executed by the largest student organization at Texas A&M University:  Academic success, military training, standards and conduct enforcement, wellness and resiliency, performances during nationally recognized collegiate athletic events and parades, international excursion programs.
- Lead an 11 member staff of direct reports in the development/mentorship/overall wellness of 2200 student cadets through classroom instruction, leadership practical application, safety and risk management, and daily interaction.
- Lead planning with six peer directors to synchronize efforts and accomplish the organizational mission.
- Manage budgeting/expenditure of $2M annual state funds.
- Create/update internal strategic goals and standards that nest in university policies/regulations and student rules.
- Build and sustain strong relationships with university partners: Athletic Department, Student and Veteran Affairs, Residence Life, Student Conduct, Medical and Mental Health Services, University Police Department.
- Teach 400 level leadership and ethics classes to senior cadets during fall and spring semesters.

**Cadet Training Officer -** 2016-2020
**Texas A&M University Corps of Cadets** – College Station, TX
- Teach, train, evaluate, and mentor 250 student cadets through formal classroom instruction, leadership practical application, safety and risk management, and career preparation.
- Teach 200 level leader development classes to freshman and sophomore cadets during fall and spring semesters.
- Plan and execute programs and events critical to Corps of Cadets operations and university functions.
- Conduct formal investigations into serious violations of university rules.

**Financial Representative**, 2016
**Northwestern Mutual** – College Station, TX
- Provided advising and facilitation of financial services products for a diverse client base.

**Logistics Director**, 2015
**A.L. Helmcamp Inc. / Cold Creek Construction** – Buffalo, TX
- Managed facility construction, fuel contracting, and equipment readiness and calibration for oil field and highway projects throughout Texas.

**United States Marine Corps – Multiple Locations**                                    1995 – 2015

**Commanding Officer,** *Marine Wing Support Squadron-371*
- Responsible for 600 Marines/Sailors and the mission of constructing, operating, securing, and maintaining scalable military airfields and logistics support bases in austere environments.  Managed $69M in assets with a $2.6M annual budget.
- Led 13 direct reports in the planning/successful completion of 75 geographically separated domestic and international construction, remote operating location, and disaster response projects requiring synchronization of requirements and relationships between organic work crews, suppliers, contractors, customers, and host nations partners.
- Led a nine-member executive staff in accomplishing all operational and administrative functions required to train, educate, develop, and sustain military personnel and their families through challenging training exercises and overseas deployments.

**Deputy Commander,** *Combat Logistics Regiment-1*
- Process improvement lead for a transportation/construction/supply chain unit composed of six functionally diverse organizations totaling 7000 personnel and $460M in assets in support of recurring international deployment requirements.
- Built cross-functional working groups and coached managers in operational planning, personnel administration, physical and electronic security, safety and operational risk management, contracting, legal administration, and communications.
- Organized independent external staffs into a cohesive team that accomplished complex tasks during periods of high stress and limited information availability while revising and introducing streamlined staff procedures.

**Operations Officer,** *Combat Logistics Regiment-1 and 1st Marine Logistics Group (Forward Deployed)*
- Led strategic planning, interagency coordination, and partnership development with joint military organizations and contractors to prepare and deploy three 1700 personnel units to meet the operational challenges in Iraq and Afghanistan.
- Utilized real-time intelligence analyses and combat after action reports to conduct transportation, construction, supply chain, and convoy security concept development.  As a result, planned and facilitated timely pre-deployment training for units.
- Directed the operations staffs of three subordinate organizations coaching staff leaders in how to harness, channel, and optimize the capabilities of their 1700 personnel logistics force to sustain a customer organization of over 19,000.
- While deployed to Afghanistan, led a 50+ person planning group composed of all branches of the U. S. Armed Forces and three international partner nations; developed and implemented logistics strategies to meet an evolving combat situation faced by a 25,000 personnel task force executing combat operations from 55 separate hubs in an area of 20,000 square miles.

**Training Unit Commander,** *CSS Company/Company F/Company I – The Basic School*
- Responsible for 21 direct reports and 350 student officers.
- Provided full-spectrum logistics and combat training support to 11 student units and Federal Law Enforcement agencies.
- Trained, coached, evaluated, and remediated student officers in all aspects of institutional regulations, military training, safety best practices, and professional ethics in preparation for their service in combat operations overseas.
- Led logistics curriculum design, formal platform instruction, and practical application for 2000 student officers annually.

**Commanding Officer,** *Company C, Combat Logistics Battalion-8*
- Responsible for 210 Marines/Sailors and the mission of providing daily transportation, construction, and maintenance support to U.S. and Iraqi forces.  Managed $2.4M in assets successfully completing +450 combat missions.
- Led eight geographically dispersed direct reports in conducting combat operations, building partnerships with Iraqi military and law enforcement agencies, and completing infrastructure improvement projects across Anbar Province.
- Authored multiple procedural manuals to address rapidly evolving and demanding challenges with supply chain distribution, facility construction, and security operations in uncharted environments that were adopted as higher institutional doctrine.
- Selected as the 2005 Marine Corps Officer Logistician of the Year during deployment.

**Detachment Commander and Staff Officer,** *1st Battalion 4th Marines, 11th and 24th Marine Expeditionary Unit*
- Responsible for 135 Marines and the mission of executing beach/port/airfield/railhead/combat service support operations ashore from six U. S. Navy ships during two maritime combat deployments.  Coordinated with international military, government, and law enforcement agencies for facility use, route planning, and host nation contracting.
- Managed packaging, transportation, maintenance, and employment of over $2B worth of equipment on six U. S. Navy ships.
- Managed military vehicle rebuild in an industrial manufacturing facility.  Increased production and cut cost through supply chain improvements and out-sourcing of engine rebuild to the original manufacturer.
- Senior assistant to the Marine Corps' Chief Executive for Logistics assisting with strategic communications, service-level logistics doctrine development, and congressional testimony.

<div align="center">EDUCATION</div>

**Bachelor of Science**: Kinesiology – Sport Management
**Texas A&M University** - College Station, TX

**Master of Military Studies (MMS)**
**Marine Corps University** - Quantico, VA

THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: John Fleming (Internal) (C-100130123)

John D. Fleming_VRSC Director_31 May 2024.pdf

For: R-073678 Director

**Jobs Applied to** 4

## Overview

### Overview

| | | |
|---|---|---|
| **Current Job** | 4 years | |
| **Total Jobs** | 12 | |
| **Total Experience** | 28 years | |

Experience

TAMU System

Operations Director
August 2020 - Current (4 years, 3 months)
College Station, TX

- Responsible for all operations executed by the largest student organization at Texas A&M University: Academic success, military training, standards and conduct enforcement, wellness and resiliency, performances during nationally recognized collegiate athletic events and parades, international excursion programs.
- Lead an 11 member staff of direct reports in the development/mentorship/overall wellness of 2200 student cadets through classroom instruction, leadership practical application, safety and risk management, and daily interaction.
- Lead planning with six peer directors to synchronize efforts and accomplish the organizational mission.
- Manage budgeting/expenditure of $2M annual state funds.
- Create/update internal strategic goals and standards that nest in university policies/regulations and student rules.
- Build and sustain strong relationships with university partners: Athletic Department, Student and Veteran Affairs, Residence Life, Student Conduct, Medical and Mental Health Services, University Police Department.
- Teach 400 level leadership and ethics classes to senior cadets during fall and spring semesters.

TAMU System

Cadet Training Officer
August 2016 - May 2020 (3 years, 10 months)
College Station, TX

• Teach, train, evaluate, and mentor student Cadets through formal classroom instruction, practical application, and career preparation.
• Manage budgeting and expenditure of state funds for local operations, interstate travel, and international programs.
• Lead planning and execution of programs and events critical to Corps of Cadets operations and University functions.

Northwestern Mutual

Financial Representative
January 2016 - July 2016 (7 months)
College Station, TX

• Provided advising and facilitation of financial products for a diverse client base.

A.L. Helmcamp Inc.

THE TEXAS A&M
UNIVERSITY SYSTEM

Logistics Manager
January 2015 - August 2015 (8 months)
Buffalo, TX

• Managed facility construction, fuel purchasing, and equipment readiness and calibration for oil field and highway projects all over Texas.

NROTC - Texas A&M University

Naval Science Instructor
August 2014 - December 2014 (5 months)
College Station, TX

• Taught Naval Science 101 and 210 at Texas A&M University. Provided daily leadership and mentorship to student members of the Navy/Marine ROTC program and the Texas A&M Corps of Cadets.

United States Marine Corps

Commanding Officer
June 2012 - July 2014 (2 years, 2 months)
Yuma, AZ

• Selected to lead a 600 person organization charged with the critical mission of constructing, operating, and maintaining scalable military airfields and logistics support bases in austere environments.
• Synchronized operations and relationships between organic work crews, suppliers, contractors, and customers. Completed 75 geographically separated domestic and international construction, remote operating location, and disaster response projects in a two year period. Managed $69M in assets with a $2.6M annual budget.
• Led the implementation of a new enterprise supply chain management software system that cut cost across all maintenance areas by 40%, increased transportation fleet readiness by 60%, and improved response to customer requirements by 25%.

United States Marine Corps

Deputy Commander
May 2011 - May 2012 (1 year, 1 month)
Camp Pendleton, CA

• Process improvement lead for a transportation/construction/supply chain unit composed of six functionally diverse organizations totaling 7000 personnel and $460M in assets.
• Built cross-functional working groups and coached managers in operational planning, human resources, physical and electronic security, safety and operational risk management, contracting, legal administration, and communications.
• Organized independent external staffs into a cohesive team that accomplished complex tasks during periods of high stress and limited information availability while revising and introducing streamlined staff procedures.

United States Marine Corps

Operations Officer
August 2009 - April 2011 (1 year, 9 months)
Camp Pendleton, CA & Afghanistan

• Conducted transportation, construction, and supply chain concept development, strategic planning, and interagency coordination in support of combat operations efforts in Iraq and Afghanistan.
• Directed the operations staffs of three subordinate organizations coaching junior leaders in how to harness, channel, and optimize the capabilities of their 1700 personnel logistics force to sustain a customer organization of over 19,000.
• While deployed to Afghanistan, led a diverse 50+ person planning group composed of all branches of the U. S. Armed Forces as well as three international partners; developed and implemented logistics strategies for a 25,000 personnel task force executing combat operations from 55 separate hubs in an area of 20,000 square miles.

Marine Corps University
Student

THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: John Fleming (Internal) (C-100130123)

July 2008 - July 2009 (1 year, 1 month)
Quantico, VA

Master degree student

Earned Master in Military Studies (MMS)

United States Marine Corps

Training Unit Commander
October 2005 - June 2008 (2 years, 9 months)
Quantico, VA

• Academic lead of the logistics curriculum (transportation, maintenance, construction, operational energy, supply chain management) for a formal U. S. Marine Corps program of instruction that served 2000 students annually.
• Supervised 21 mid-level managers in teaching institutional regulations, military operations, safety best practices and professional ethics during nine overlapping six-month academic and field training courses.
• Personally trained, coached, evaluated, and remediated 350 junior leaders in all aspects of organizational leadership and management in preparation for their service in combat operations overseas.

United States Marine Corps

Commanding Officer
March 2004 - September 2005 (1 year, 7 months)
Camp Lejeune, NC & Iraq

• Led 210 transportation, construction, and maintenance specialists and managed $2.4M in assets successfully completing 450 combat missions with a 100% customer fill rate and zero safety mishaps over a seven-month period.
• Authored multiple procedural manuals for conducting supply chain distribution, facility construction, and security operations in uncharted environments that were adopted as higher institutional doctrine.
• Trained and coached junior leaders to be technical logistics experts and confident leaders in demanding environments.

United States Marine Corps

Logistics Specialist
May 1995 - February 2004 (8 years, 10 months)
Qunatico, VA, Camp Pendleton, CA, Camp Lejeune, NC, Twentynine Palms, CA, Kuwait, Jordan, Africa, Albany, GA, Kosovo, UAE, Iraq

• Led 135 transportation, construction, and maintenance specialists during two international combat deployments.
• Managed military vehicle rebuild in an industrial manufacturing facility. Increased production and cut cost through supply chain improvements and out-sourcing of engine rebuild to the original manufacturer.
• Senior assistant to the Marine Corps' Chief Executive for Logistics assisting with strategic communications, service-level logistics doctrine development, and congressional testimony.
• Managed packaging, transportation, operations, and maintenance of over $2B worth of equipment across six U. S. Navy ships during two maritime deployments to Europe and the Middle East.

Websites

none entered

Attachments (Resume/CV, References, Cover letter, etc.)
John D. Fleming_VRSC Director_31 May 2024.pdf

Skills

**APP'X 595**



THE TEXAS A&M
UNIVERSITY SYSTEM

- Communication / Organizational Skills
- Operations Management
- Logistics / Supply Chain Management
- Human Relations
- Process Improvement
- Organizational Leadership
- Decision Making
- Transportation & Construction Planning
- Safety & Risk Management

Education

Marine Corps University

Masters
Military Science
From 2001
To 2002

Texas A&M University

Bachelors
Kinesiology
From 1991
To 1995

Certifications

none entered

Candidate Information

**Added By**    John Fleming

## Screening

### Screening Questions

**Questionnaire**    1. Default Primary Questionnaire - Internal Career Site 09/23



THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: John Fleming (Internal) (C-100130123)

**Respondent** John Fleming
**Submission Date** 05/31/2024

| Question | Answers |
|---|---|
| If this position is located in the United States and you are selected, would you now or in the future require sponsorship for immigration-related employment authorization (e.g. H1-B, O-1, E-3, TN)? | **Answers** No |
| Texas Government Code, Section 657, as amended, requires that a state agency or institution of higher education must provide employment preference to individuals who qualify for a military employment preference. An individual who qualifies for a military employment preference is entitled to a preference in employment with or appointment to a state agency or institution of higher education over other applicants for the same position who do not have a greater qualification.

You are not obligated to respond to State Military Preference demographics; however, your response is important to meet federal and state reporting requirements. Information you provide will remain confidential in accordance with applicable federal and state regulations. Your employment will not be adversely affected by information you furnish.

Do you qualify for State of Texas military employment preference based on the six definitions below? If claiming a military employment preference, you may be required to provide your DD-214 or similar document verifying your eligibility for the employment preference selected. | **Answers** Disabled Veteran. The individual is defined as a veteran (1) who is classified as disabled by the U.S. Department of Veterans Affairs or the branch of the service in which the veteran served and (2) whose disability is service-connected. |
| I am 25 years of age or younger and was under the permanent managing conservatorship of the Texas Department of Family and Protective Services on the day preceding my 18th birthday. If hired and claiming foster child status, you will be required to provide verification of such status. | **Answers** No |
| To comply with The Texas A&M University System policy on nepotism, answer the following question. Are you related to any current Texas A&M University System employee, official or regent? | **Answers** No |
| Have you ever worked for the State of Texas? | **Answers** Yes |
| If yes, please indicate the agency and start/end dates of employment. | **Answers** Texas A&M University 2016-present |

App'x 597

## THE TEXAS A&M UNIVERSITY SYSTEM

| Question | Answers |
|---|---|
| **Application Terms and Conditions** | **Answers**   Yes, I have read and consent to the terms and conditions |
| I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief and made in good faith. I understand that any falsification, misrepresentation, or omission of fact made herein or at any point in the hiring process may (a) void my application, (b) be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change. | |
| I authorize Texas A&M System members to conduct checks relating to my employment, education and any licenses. I also authorize all current and prior employers to provide full details concerning my past employment and I release them from all liability that may result from providing such truthful information. I understand that this history check may be required as specified by the appropriate System Member. | |
| The Texas A&M System members are at-will employers and may dismiss employees with or without cause. I understand that if employed by a member of The Texas A&M System I will be an at-will employee and may be dismissed from employment with or without cause unless I have a legally different status. | |
| I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire. | |
| I understand that any offer of employment is contingent upon my completing the U.S. Citizenship and Immigration Services Form I-9 and providing documents to verify my identity and employment eligibility as required by law. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work. I understand that as conditions of employment, I will be required to comply with U.S. export control regulations, clear a background check, and provide the TAMUS member all required employment documentation. | |
| I acknowledge that by checking the certification statement below, I am ELECTRONICALLY SIGNING the Employment Application and affirming that information contained within this application is accurate and true. | |

## Background Check History

Background Check History

| Status Date | Overall Status | Package Name | Package Status | Results URL | Comments | Updated On | Business Process |
|---|---|---|---|---|---|---|---|
| 08/05/2024 | Not Applicable | Other (Outside of Workday) | | | | | Background Check for Job Application: John Fleming - R-073678 Director (Filled) |



**APP'X 598**

View Job Application: John Fleming (Internal) (C-100130123)

02:41 PM
10/11/2024
Page 7 of 15

THE TEXAS A&M
UNIVERSITY SYSTEM

| Status Date | Overall Status | Package Name | Package Status | Results URL | Comments | Updated On | Business Process |
|---|---|---|---|---|---|---|---|
| 07/31/2020 | Passed | TAMU Background | Ready for Review | | | | Background Check for Job Application: John Fleming - R-029838 Assistant Commandant (Filled) |
| 07/29/2019 | Passed | TAMU Background | Ready for Review | | | | Background Check for Job Application: John Fleming - R-021276 Task Worker-Commandant Duty Officer-3 (Filled) |
| | | | | | | 07/26/2019 08:57 AM | Background Check for Job Application: John Fleming - R-021276 Task Worker-Commandant Duty Officer-3 (Filled) |

## Questionnaire Results

**Initial Application**

**Questionnaire**   1. Default Primary Questionnaire - Internal Career Site 09/23

**Respondent**   John Fleming
**Submission Date**   05/31/2024

| Question | Answers |
|---|---|
| If this position is located in the United States and you are selected, would you now or in the future require sponsorship for immigration-related employment authorization (e.g. H1-B, O-1, E-3, TN)? | **Answers**   No |
| Texas Government Code, Section 657, as amended, requires that a state agency or institution of higher education must provide employment preference to individuals who qualify for a military employment preference. An individual who qualifies for a military employment preference is entitled to a preference in employment with or appointment to a state agency or institution of higher education over other applicants for the same position who do not have a greater qualification.<br><br>You are not obligated to respond to State Military Preference demographics; however, your response is important to meet federal and state reporting requirements. Information you provide will remain confidential in accordance with applicable federal and state regulations. Your employment will not be adversely affected by information you furnish.<br><br>Do you qualify for State of Texas military employment preference based on the six definitions below? If claiming a military employment preference, you may be required to provide your DD-214 or similar document verifying your eligibility for the employment preference selected. | **Answers**   Disabled Veteran. The individual is defined as a veteran (1) who is classified as disabled by the U.S. Department of Veterans Affairs or the branch of the service in which the veteran served and (2) whose disability is service-connected. |



02:41 PM
10/11/2024
Page 8 of 15

THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: John Fleming (Internal) (C-100130123)

| Question | Answers |
|---|---|
| I am 25 years of age or younger and was under the permanent managing conservatorship of the Texas Department of Family and Protective Services on the day preceding my 18th birthday. If hired and claiming foster child status, you will be required to provide verification of such status. | **Answers** No |
| To comply with The Texas A&M University System policy on nepotism, answer the following question. Are you related to any current Texas A&M University System employee, official or regent? | **Answers** No |
| Have you ever worked for the State of Texas? | **Answers** Yes |
| If yes, please indicate the agency and start/end dates of employment. | **Answers** Texas A&M University 2016-present |
| Application Terms and Conditions | **Answers** Yes, I have read and consent to the terms and conditions |
| I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief and made in good faith. I understand that any falsification, misrepresentation, or omission of fact made herein or at any point in the hiring process may (a) void my application, (b) be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change. | |
| I authorize Texas A&M System members to conduct checks relating to my employment, education and any licenses. I also authorize all current and prior employers to provide full details concerning my past employment and I release them from all liability that may result from providing such truthful information. I understand that this history check may be required as specified by the appropriate System Member. | |
| The Texas A&M System members are at-will employers and may dismiss employees with or without cause. I understand that if employed by a member of The Texas A&M System I will be an at-will employee and may be dismissed from employment with or without cause unless I have a legally different status. | |
| I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire. | |
| I understand that any offer of employment is contingent upon my completing the U.S. Citizenship and Immigration Services Form I-9 and providing documents to verify my identity and employment eligibility as required by law. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work. I understand that as conditions of employment, I will be required to comply with U.S. export control regulations, clear a background check, and provide the TAMUS member all required employment documentation. | |
| I acknowledge that by checking the certification statement below, I am ELECTRONICALLY SIGNING the Employment Application and affirming that information contained within this application is accurate and true. | |

App'x 600

THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: John Fleming (Internal) (C-100130123)

## Offer

| | |
|---|---|
| **Questionnaire** | Offer Accepted? - copy |
| **Respondent** | Hillary Barth |
| **Submission Date** | 08/05/2024 |

| Question | Answers |
|---|---|
| Did candidate accept the offer? | **Answers** Yes |

## Ready for Hire

| | |
|---|---|
| **Questionnaire** | Ready for Hire Compliance Checklist |
| **Respondent** | Kristina Diaz |
| **Submission Date** | 08/06/2024 |

| Question | Answers |
|---|---|
| A numerical ranking system or Hiring Matrix was used to score and screen applicants for the position at each stage of the hiring process (applicant screening, interviewing, and reference checks of multiple applicants). | **Answers** Yes |
| If so, have all hiring documents been reviewed? | **Answers** Yes |
| If not previously verified, please confirm that minimum qualifications have been met. | **Answers** Yes |
| A standard set of interview questions were composed beforehand, all interviewed applicants were given an opportunity to respond, and their answers were documented. | **Answers** Yes |
| Reference verifications were conducted on the final applicant and the responses were documented. (This applies to internal and external applicants.) | **Answers** Yes |
| If candidate is less than 18 years old, has the Minor's Employment Release Form (HR 200) been completed? | **Answers** Not Applicable |
| Has candidate been verified by Export Controls prior to hire? | **Answers** Not Applicable |
| If candidate is a male between the ages of 18 - 25, have they registered for selective service? | **Answers** Not Applicable |
| If State Veteran's Preference was exercised in the employment of this candidate, was proper documentation collected to verify eligibility? | **Answers** Not Applicable |
| Is education and/or certification/licensure verification required? | **Answers** No |
| Is the candidate eligible for hire? | **Answers** Yes |

## Interview

## Interview Feedback



**APP'X 601**

**THE TEXAS A&M UNIVERSITY SYSTEM**

## Interview Schedule

none entered

## Offer

### Offer Attachments

Generated Documents

| Document | Signed By | Signature Date |
|---|---|---|
| TAMU Offer Letter 2024-08-05.pdf | John Fleming | 08/05/2024 08:56:58 AM |

## Offer History

### Job Details

| | |
|---|---|
| **Hire Date** | 08/12/2024 |
| **Location** | College Station TAMU |
| **Hire Reason** | Transfer > Transfer > Employee Transfer |
| **Job Profile** | Director |
| **Business Title** | Director |
| **Default Weekly Hours** | 40 |
| **Scheduled Weekly Hours** | 40 |
| **Contract End Date** | |

### 08/05/2024 - Offer 1

#### Compensation

Totals

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 100,000.08 | 100,000.08 | USD | Annual |

| | |
|---|---|
| **Compensation Package** | TAMUS Compensation Package |
| **Grade** | 15 |
| **Grade Profile** | System Level Structure |
| **Company** | Texas A&M University |

Plan Assignments

| Plan Type | Compensation Plan | Assignment |
|---|---|---|
| Salary | Salary | 8,333.34 USD Monthly |

## Attachments

none entered

APP'X 602

View Job Application: John Fleming (Internal) (C-100130123)



THE TEXAS A&M
UNIVERSITY SYSTEM

## Attachments

Attachments (Resume/CV, References, Cover letter, etc.)

| Attachment |
| --- |
| John D. Fleming_VRSC Director_31 May 2024.pdf |

Other Documents

| Attachment | Category |
| --- | --- |

## Candidate

## Job Application Details Card

Job Application Details

**Job Requisition**  R-073678 Director (Filled)
**Location**  College Station TAMU
**Date Applied**  05/31/2024 01:47:20 PM
**Source**  Recruiting sources -> Internal Candidate

Kristen Harrell
Hiring Manager

| **Step** | Completion |
| --- | --- |

In Progress

| | Step | | Awaiting |
| --- | --- | --- | --- |
| Ready for Hire for Job Application: John Fleming (Internal) - R-073678 Director (C-100130123) | | Completion | |

## Education

Education

Marine Corps University
Masters
Military Science
From 2001
To 2002

Texas A&M University
Bachelors
Kinesiology
From 1991
To 1995

**App'x 603**

THE TEXAS A&M
UNIVERSITY SYSTEM

**Work History**

Work History

| | | |
|---|---|---|
| **Current Job** | 4 years | |
| **Total Jobs** | 12 | |
| **Total Experience** | 28 years | |

Experience

TAMU System

Operations Director
August 2020 - Current  (4 years, 3 months)
College Station, TX

- Responsible for all operations executed by the largest student organization at Texas A&M University:  Academic success, military training, standards and conduct enforcement, wellness and resiliency, performances during nationally recognized collegiate athletic events and parades, international excursion programs.
- Lead an 11 member staff of direct reports in the development/mentorship/overall wellness of 2200 student cadets through classroom instruction, leadership practical application, safety and risk management, and daily interaction.
- Lead planning with six peer directors to synchronize efforts and accomplish the organizational mission.
- Manage budgeting/expenditure of $2M annual state funds.
- Create/update internal strategic goals and standards that nest in university policies/regulations and student rules.
- Build and sustain strong relationships with university partners: Athletic Department, Student and Veteran Affairs, Residence Life, Student Conduct, Medical and Mental Health Services, University Police Department.
- Teach 400 level leadership and ethics classes to senior cadets during fall and spring semesters.

TAMU System

Cadet Training Officer
August 2016 - May 2020 (3 years, 10 months)
College Station, TX

- Teach, train, evaluate, and mentor student Cadets through formal classroom instruction, practical application, and career preparation.
- Manage budgeting and expenditure of state funds for local operations, interstate travel, and international programs.
- Lead planning and execution of programs and events critical to Corps of Cadets operations and University functions.

Northwestern Mutual

Financial Representative
January 2016 - July 2016 (7 months)
College Station, TX

- Provided advising and facilitation of financial products for a diverse client base.

A.L. Helmcamp Inc.

Logistics Manager
January 2015 - August 2015 (8 months)
Buffalo, TX

- Managed facility construction, fuel purchasing, and equipment readiness and calibration for oil field and highway projects all over Texas.

NROTC - Texas A&M University

Naval Science Instructor
August 2014 - December 2014 (5 months)

**APP'X 604**

View Job Application: John Fleming (Internal) (C-100130123)

College Station, TX
• Taught Naval Science 101 and 210 at Texas A&M University. Provided daily leadership and mentorship to student members of the Navy/Marine ROTC program and the Texas A&M Corps of Cadets.

United States Marine Corps
Commanding Officer
June 2012 - July 2014 (2 years, 2 months)
Yuma, AZ

• Selected to lead a 600 person organization charged with the critical mission of constructing, operating, and maintaining scalable military airfields and logistics support bases in austere environments.
• Synchronized operations and relationships between organic work crews, suppliers, contractors, and customers. Completed 75 geographically separated domestic and international construction, remote operating location, and disaster response projects in a two year period. Managed $69M in assets with a $2.6M annual budget.
• Led the implementation of a new enterprise supply chain management software system that cut cost across all maintenance areas by 40%, increased transportation fleet readiness by 60%, and improved response to customer requirements by 25%.

United States Marine Corps
Deputy Commander
May 2011 - May 2012 (1 year, 1 month)
Camp Pendleton, CA

• Process improvement lead for a transportation/construction/supply chain unit composed of six functionally diverse organizations totaling 7000 personnel and $460M in assets.
• Built cross-functional working groups and coached managers in operational planning, human resources, physical and electronic security, safety and operational risk management, contracting, legal administration, and communications.
• Organized independent external staffs into a cohesive team that accomplished complex tasks during periods of high stress and limited information availability while revising and introducing streamlined staff procedures.

United States Marine Corps
Operations Officer
August 2009 - April 2011 (1 year, 9 months)
Camp Pendleton, CA & Afghanistan

• Conducted transportation, construction, and supply chain concept development, strategic planning, and interagency coordination in support of combat operations efforts in Iraq and Afghanistan.
• Directed the operations staffs of three subordinate organizations coaching junior leaders in how to harness, channel, and optimize the capabilities of their 1700 personnel logistics force to sustain a customer organization of over 19,000.
• While deployed to Afghanistan, led a diverse 50+ person planning group composed of all branches of the U. S. Armed Forces as well as three international partners; developed and implemented logistics strategies for a 25,000 personnel task force executing combat operations from 55 separate hubs in an area of 20,000 square miles.

Marine Corps University
Student
July 2008 - July 2009 (1 year, 1 month)
Quantico, VA

Master degree student

Earned Master in Military Studies (MMS)

United States Marine Corps
Training Unit Commander
October 2005 - June 2008 (2 years, 9 months)

**APP'X 605**

View Job Application: John Fleming (Internal) (C-100130123)

THE TEXAS A&M
UNIVERSITY SYSTEM

Qunantico, VA

• Academic lead of the logistics curriculum (transportation, maintenance, construction, operational energy, supply chain management) for a formal U. S. Marine Corps program of instruction that served 2000 students annually.
• Supervised 21 mid-level managers in teaching institutional regulations, military operations, safety best practices and professional ethics during nine overlapping six-month academic and field training courses.
• Personally trained, coached, evaluated, and remediated 350 junior leaders in all aspects of organizational leadership and management in preparation for their service in combat operations overseas.

United States Marine Corps

Commanding Officer
March 2004 - September 2005 (1 year, 7 months)
Camp Lejeune, NC & Iraq

• Led 210 transportation, construction, and maintenance specialists and managed $2.4M in assets successfully completing 450 combat missions with a 100% customer fill rate and zero safety mishaps over a seven-month period.
• Authored multiple procedural manuals for conducting supply chain distribution, facility construction, and security operations in uncharted environments that were adopted as higher institutional doctrine.
• Trained and coached junior leaders to be technical logistics experts and confident leaders in demanding environments.

United States Marine Corps

Logistics Specialist
May 1995 - February 2004 (8 years, 10 months)
Qunatico, VA, Camp Pendleton, CA, Camp Lejeune, NC, Twentynine Palms, CA, Kuwait, Jordan, Africa, Albany, GA, Kosovo, UAE, Iraq

• Led 135 transportation, construction, and maintenance specialists during two international combat deployments.
• Managed military vehicle rebuild in an industrial manufacturing facility. Increased production and cut cost through supply chain improvements and out-sourcing of engine rebuild to the original manufacturer.
• Senior assistant to the Marine Corps' Chief Executive for Logistics assisting with strategic communications, service-level logistics doctrine development, and congressional testimony.
• Managed packaging, transportation, operations, and maintenance of over $2B worth of equipment across six U. S. Navy ships during two maritime deployments to Europe and the Middle East.

# Credentials

Websites

none entered

Skills

• Communication / Organizational Skills

• Operations Management

• Logistics / Supply Chain Management

• Human Relations

• Process Improvement

• Organizational Leadership

**APP'X 606**



THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: John Fleming (Internal) (C-1001130123)

- Decision Making

- Transportation & Construction Planning

- Safety & Risk Management

**My Upcoming Reminders**

Personal Reminders                    none entered

**Resume Attachment**

Attachments (Resume/CV, References, Cover letter, etc.)

John D. Fleming_VRSC Director_31 May 2024.pdf

**APP'X 607**

# Lauren Dorsett

## Executive Summary

- Master Certified Health Education Specialist (MCHES) with 10 years of experience in health and wellness in higher education
- Unique experience strategically planning and leading a health promotion office through substantial structural reorganization including the merger of two prevention education units into one
- Proven ability leading and supervising full-time employees, graduate students, student interns, and part-time student employees with a focus on their professional growth, skills development, and experiential learning opportunities
- Committed focus on collaborating with stakeholders and effectively using human, product, and fiscal resources to achieve the organization's goals
- Demonstrated ability utilizing the student learning experience to conduct research, build capacity, and improve outputs
- Empathetic educator and dependable administrator with a passion and desire to improve the health outcomes of students at Texas A&M University

## Education

Master of Science (MS) – Health Education
  *Texas A&M University, College Station, TX*                                      **December 2010**

Bachelor of Science (BS) – Community Health
  *Texas A&M University, College Station, TX*                                      **August 2006**

## Experience

**Health Promotion Coordinator**
  *Offices of the Dean of Student Life – Texas A&M University, College Station, TX*   April 2014 – Present

- Plan, implement, evaluate, and oversee health and wellness programming with a focus on the socio-ecological model of health promotion and evidence-informed best practices
- Develop and evaluate targeted health curricula for diverse college subpopulations
- Responsible for hiring, onboarding, and supervising three full-time employees, two graduate assistants, five student employees, one student intern, volunteers, and practicum students
- Conduct assessments on the needs of students through traditional, research-based, and innovative assessment techniques
- Manage and allocate program budgets totalling approximately $100,000 with a focus on smart utilization of resources; oversee and report expenditures to the department on an annual basis
- Develop and maintain positive relationships with key campus and community stakeholders to promote collaborative initiatives
- Collaborate with academic stakeholders to initiate new and novel educational methodologies that benefit students as well as contribute to health promotion research and literature
- Develop and present a comprehensive violence prevention curriculum at new student orientations to more than 9,000 students each year
- Provide primary advising and training for The Sex Project, a peer education organization
- Co-developed the Sex in the Dark Facilitator Training Program, one of the first *High Impact Practice*-designated programs within The Offices of the Dean of Student Life

1

App'x 608

**Marketing Assistant**                                                    August 2003 – May 2006
*SIG Insurance Services, College Station, TX*
- Provided new agents with access to internal and external sales and marketing resources
- Collaborated on the rebranding design for new company logo and promotional materials
- Updated and maintained company website
- Performed document management, filing, customer service, and other clerical work as needed

## Professional Development & Achievements

### Certifications
- Master Certified Health Education Specialist (MCHES), National Commission for Health Education Credentialing, Inc.
- Certified Lactation Educator (CLE), Childbirth and Postpartum Professional Association (*In Progress*)

### Facilitator Trainings
- BACCHUS Certified Peer Educator Facilitator
- Green Dot Bystander Intervention Training Program Facilitator
- Technology of Participation (ToP) Facilitator
- StrengthsQuest Facilitator

### Relevant Professional Development
- Cultivating Safe College Campuses: Interdisciplinary Approaches to Campus Sexual Assault and Response Conference Attendee – 2018
- Every Victim, Every Time (EVET) Conference – 2015, 2016, 2017, 2018
- American College Health Association Annual Conference – 2009, 2010, 2012, 2014, 2016
- TAMU – Engaging National Leaders in Undergraduate Student Success Think Tank – 2018
- TAMU – Student Life Studies: Assessment Bootcamp – 2016, 2017
- TAMU – Strengths, Opportunities, Aspirations, Results (SOAR) Training – 2016
- TAMU – Group Leadership Forum – 2016
- TAMU – Student Conduct Office – Investigator, Conduct Panel Member, Exit Interviewer – 2014
- TAMU – PATHways to Success: Supervisory Practices for Managing Employee Performance – 2014
- TAMU – Texas A&M University Annual Assessment Conference – 2009, 2013
- TAMU – Academic Peer Educator Conference – 2009, 2010, 2012
- TAMU – Academy of Student Affairs Professionals – 2012
- TAMU – Fish Camp Support Staff – 2012

### Awards
- TAMU – Division of Student Affairs - Award of Distinction Recipient – 2015
- TAMU – Division of Student Affairs - Award of Distinction Nominee – 2013
- TAMU – Division of Student Affairs - Advisor of the Year – 2011

## Committee Involvement

### Texas A&M University
- Drug Free Schools & Communities Act Committee
- Wellness WORKS Well Leader
- Maroon & White Leadership Society – Coach

### Texas A&M University – Division of Student Affairs
- BASICS Facilitator
- Fish Camp Support Staff

3

App'x 609

Dorsett, L.R. (October, 2010). *A Healthy Body Does A Mind Good.* Academic Peer Education Conference, College Station, TX.

Dorsett, L.R. (October, 2009). *A Healthy Body Does A Mind Good.* Academic Peer Education Conference, College Station, TX.

Rahn, R., Dorsett, L. (February, 2009). *The Health of Our Students.* 9th Annual Texas A&M Assessment Conference, College Station, TX.

**References**

Meredith Malnar, Assistant Director
Offices of the Dean of Student Life
Texas A&M University
(979) 845-5826
meredithm@studentlife.tamu.edu
*Current Supervisor*

Dr. Rhonda Rahn, Clinical Assistant Professor
Department of Health & Kinesiology
Texas A&M University
(979) 571-2323
rrahn@hlkn.tamu.edu
*Previous Supervisor*

Dr. Krista Bailey, Clinical Associate Professor
Educational Administration and Human Resource Development
Texas A&M University
(979) 845-2716
kristabailey@tamu.edu
*Professional Mentor*

5

# Lauren R. Dorsett

Detail-oriented and highly motivated with versatile skill set and strong educational background seeking leadership role in an office of Health Promotion. Six years of experience in health education for the college population as well as supervisory/management experience. Proven written and verbal communication skills with an emphasis on public speaking. Technical abilities with Microsoft Office Suite, Adobe Creative Suite, and various social media platforms.

## EDUCATION & TRAINING

**2010**    **Master of Science - Health Education**
            *Texas A&M University, College Station, TX*

**2006**    **Bachelor of Science - Community Health**
            *Texas A&M University, College Station, TX*

**Master Certified Health Education Specialist (MCHES)**
Technology of Participation (TOPs) Facilitator
American Heart Association Healthcare Provider CPR
Academy of Student Affairs Professionals
Responsible Aggie Decisions Plus (RAD+)
Green Dot Bystander Intervention Instructor
BACCHUS Certified Peer Educator Instructor

## EXPERIENCE

**2008 - Present**    **TEXAS A&M UNIVERSITY**                                  College Station, TX
                      **A.P. BEUTEL HEALTH CENTER**
                      *Health Educator*

- Plan, implement, and evaluate evidence and theory-based wellness programs, policies, and activities for university health center
- Implement assessments to determine health behaviors of college students; customize programming based on subject matter and target audience
- Assist in strategic planning and reporting to administration
- Assist with administration of social media applications including Facebook and Twitter
- Provide individual student consultations on a variety of health topics
- Provide guest lectures and trainings for various organizations
- Supervise and develop learning outcomes for student employees, undergraduate student interns, graduate assistants, student practicums, and volunteer peer educators
- Develop and manage proposals and budgets for multiple events/programs
- Submission of abstracts and attendance at national conferences
- Provide primary advisorship and training for the peer education organization Aggie Representatives Educating About College Health (Aggie REACH)

Smith, M., Menn, M., Dorsett, L., & Hugill-Warren, L. (2012). Sex In The Dark: A Program to Address College Students' Questions About Sexuality. *Journal Of Health Behavior And Public Health, 2*(1). 1-9

Smith, M. L., Menn, M., Dorsett, L., & Wilson, K. L. (2012). College students' perceptions of HIV risk, importance of protective behaviors, and intentions to change behavior after attending an HIV/AIDS awareness event. *Texas Public Health Association Journal, 64(4).* 23-26

Dorsett, L.R. (November 2, 2012) *"Sex in the Dark"* 2012 MEDALS Conference. College Station, Texas

Dorsett, L. R. (October 22, 2011). *"On Track To A Healthy Life".* Academic Peer Education Conference, College Station, TX

Smith, M.L., Menn, M., Dorsett, L., & Wilson, K. (June 2011). "Can an HIV/AIDS awareness event influence college students' perceptions of HIV risk, importance of protective behaviors, and intentions to change behavior?" American College Health Association Annual Meeting. Phoenix, Arizona.

Dorsett, L. R. (October 2, 2010). *"A Healthy Body Does A Mind Good".* Academic Peer Education Conference, College Station, TX

Dorsett, L. R. (October 17, 2009). *"A Healthy Body Does A Mind Good".* Academic Peer Education Conference, College Station, TX

Rahn, R., Dorsett, L. (February 24, 2009). *" The Health of Our Students"* 9th Annual Texas A&M Assessment Conference. College Station, Texas

*--- References available upon request ---*



Guest User 47669, you have 0 messages. logout

Postings / ... / Health Promotion Coordinator (On Hold/Can Add Documentation) / Applicant Review / Lauren Dorsett Under Review by Dept/Committee

Search Results: Previous | Next

## Job application: Lauren Dorsett (Staff)

Current Status: Under Review by Dept/Committee
Application form: Staff Application

View Posting Applied To

Preview Application

Full name: Lauren Dorsett
Address:

Created by: Lauren Dorsett
Owner: Hiring Supervisor

Username:
Email:
Phone (Primary):
Phone (Secondary):
Position Type : **Staff**
Department: **STUDENT LIFE / 02-120406**

Summary    Recommendations (0 of 3)    History

### Personal Information

Contact Information

| | |
|---|---|
| First Name | Lauren |
| Middle Name | |
| Last Name | Dorsett |
| Other Name Used in Employment | |
| Address1 | |
| Address2 | |
| City | College Station |
| State | TX |
| Zip Code/Postal Code | 77845 |
| Home Phone or Preferred Contact Number | |
| Work Phone | |
| Email | |

General Information

| | |
|---|---|
| Would you be required to obtain authorization to work in the United States if you are selected for this position? | No |
| Have you ever been convicted of a felony or required to register as a sex offender? | No |

**App'x 613**

| | |
|---|---|
| Diploma or degree earned | Bachelor of Science |

**Training and Additional Information**

| | |
|---|---|
| Other education/training/skills | -Technology of Participation<br>-StrengthsQuest<br>-GreenDot Facilitator |
| Computer skills (hardware and software) | - Microsoft Office Suite (Word, Excel, Publisher, Powerpoint, etc)<br>- Adobe Creative Suite (Photoshop, Illustrator, InDesign)<br>- Apple platforms/products<br>- Drupal |
| Current professional licenses/certifications/registrations | - Master Certified Health Education Specialist (MCHES)<br>- American Heart Association Healthcare Provider CPR & First Aid |
| Related volunteer experience | - Fish Camp Support Staff<br>- Ring Day Volunteer |
| Other skills and talents related to the position you are applying for | - Public speaking<br>- Teaching/presenting<br>- Advising of student organizations<br>- Graphic Design (proficient)<br>- Publications/marketing |

## Employment History

Previous Employers

| | |
|---|---|
| Employer | Texas A&M University |
| Address | TAMU 1264 |
| City | College Station |
| State | TX |
| Telephone | (979) 458-8322 |
| Supervisor Name | Scott Draper |
| Type of Business | Health Education |
| Job Title | Health Educator |
| Employment Begin Date | 08/18/2008 |
| Employment End Date | |
| Average Hours Worked Per Week | 40 |
| Duties | -Plan, implement, evaluation theory and evidence based programs for students<br>-Collaborate with key stakeholders<br>-Supervise student employees<br>-Develop program content and learning resources based upon assessment results<br>-Provide individual consultation on health topics<br>-Provide organization presentations |
| Monthly or Hourly Salary | $3050 |
| Reason For Leaving | Currently employed/opportunity for professional growth |
| Employer | Birdwell & Wright Family & Cosmetic Dentistry |
| Address | 2705 Osler Blvd |

App'x 614

| | |
|---|---|
| State | TX |
| Telephone | (979) 703-4421 |
| Supervisor Name | Emily Terral |
| Type of Business | Insurance |
| Job Title | Marketing Assistant |
| Employment Begin Date | 08/25/2003 |
| Employment End Date | 05/01/2006 |
| Average Hours Worked Per Week | 20 |
| Duties | - Assist new agents with access to internal and external sales and marketing resources<br>- Updated and maintained company website<br>- Requested service from insurance companies on behalf of agents<br>- Performed clerical work as needed |
| Monthly or Hourly Salary | $8 |
| Reason For Leaving | Moved to Georgetown, TX for mandatory academic internship |

## Professional References

Professional References

| | |
|---|---|
| First Name | Rhonda |
| Last Name | Rahn |
| Email | rrahn@hlkn.tamu.edu |
| Primary Phone | |
| How do you know this reference? | Former supervisor |
| Email Link | http://jobpath.tamu.edu/ref/new/139891/4633fc0f223bb3f5addab41466b0081c |

| | |
|---|---|
| First Name | Traci |
| Last Name | Toone |
| Email | |
| Primary Phone | (512) 694-8890 |
| How do you know this reference? | Former coworker |
| Email Link | http://jobpath.tamu.edu/ref/new/139899/4523c09a315a38aae4c3453f311ddf2a |

| | |
|---|---|
| First Name | Michelle |
| Last Name | Gifford |
| Email | |
| Primary Phone | (480) 205-5628 |
| How do you know this reference? | Former coworker |

App'x 615



| Document Type | Name | Conversion Status |
|---|---|---|
| Resume | Resume 01-14-14 09:42:33 (151 KB) | PDF complete |
| Cover Letter | Cover Letter 01-14-14 09:42:53 (64.4 KB) | PDF complete |

Optional Documents

| Document Type | Name | Conversion Status |
|---|---|---|
| Curriculum Vitae | - | - |
| Other Document 1 | - | - |
| Other Document 2 | - | - |
| Other Document 3 | - | - |

Recommendation Documents

No recommendations submitted.

PDF Documents

| Document Type | Actions |
|---|---|
| Application | View |
| Combined Document | Generate |

PeopleAdmin Better Talent. Better Future.     Copyright 2014 All Rights Reserved.

**App'x 616**

# Lauren R. Dorsett

January 14, 2014

Offices of the Dean of Student Life
TAMU 1257
College Station, Texas 77843-1257

This is an exciting time for Health Promotion at Texas A&M University. As a former student and current health educator, I am privileged to have been a part of the Health Education office within Student Health Services and to now be acting as a steward for the Health Promotion office in the Offices of the Dean of Student Life. This transition has been a period of growth and expansion for the combined offices of Health Education and Alcohol Drug Education Programs (ADEP) and I look forward to what the future holds.

With over five years of health education experience in college health at Texas A&M University, I feel I am the best candidate to lead the office as Health Promotion Coordinator. While my resume speaks to the services I have provided, my focus on student development, and my commitment to collaboration through committee work, I feel that my experience has given me insight into the unique needs of Texas A&M students. I believe this will lead to the development of a strategic plan that will benefit the future of this office and the students we serve.

I feel I have an intimate understanding of the strengths and challenges of health promotion at Texas A&M, both logistically and politically. Health promotion should embody more than just tables and fliers, one-time "pop-up" events, and social media campaigns. There needs to be evidence-based and theory-based programs to develop skills, assess knowledge, and provide tangible evidence that students are improving their health and, ultimately, their academic success.

To better equip myself with the skills necessary for a leadership position, I obtained my Master Certified Health Education Specialist (MCHES) credential in October 2013. This certification indicates upper level competency in the implementation, administration, and management of health promotion units and programs. I also recently accepted the role of Interim Program Coordinator for Health Promotion because I have a passion for this office and want to have a part in making a positive impact in the Offices of the Dean of Student Life.

One responsibility of this position includes oversight of and participation in various programs relating to alcohol and other drug prevention. Though I am not currently trained in the BASICS prevention program, I have collaborated with the Alcohol Drug Education Programs on many occasions and am confident in my ability to adequately supervise and represent the needs of this department.

In conclusion, I am confident that I can establish Health Promotion at Texas A&M University as one of the top college health promotion offices in the country. I am incredibly passionate about health promotion at this university and know that my coworkers, student workers, and former supervisors would agree. Please feel free to contact me at any time, as I would be delighted to discuss my ideas for the future and answer any questions you may have.

Thanks, and Gig 'em!

Lauren Dorsett

March 28, 2014

Dr. Anne Reber

1257 TAMU

College Station, TX 77843

Dear Dr. Reber,

Thank you for your offer of employment with the Offices of the Dean of Student Life. I am very pleased to accept the position of Health Promotion Coordinator, and am eager to make a positive contribution to the department.

I am available to begin as soon as needed, and agree to the stipulations in the offer letter, contingent upon the appropriate approvals.

I am looking forward to working with all the outstanding staff in ODSL! Thank you for your confidence in me and for the opportunity this represents.

Sincerely,

*Lauren Dorsett*

Lauren Dorsett



# Texas A&M University
## APPLICATION FOR EMPLOYMENT

Dorsett

It is the policy of Texas A&M University that in all aspects of its operations each person shall be considered solely on the basis of qualifications, without regard to race, color, sex, religion, national origin, age, disabilities, or Vietnam era veteran status.

State law requires that you be informed that you are entitled to: (1) request to be informed about the information collected about yourself on this form (with a few exceptions as provided by law); (2) receive and review that information, and (3) have the information corrected at no charge. Contact esc@tamu.edu or (979) 845-4141

Close Window

In compliance with the Americans with Disabilities Act (ADA), if accommodations are needed for the application process, please inform the Employee Service Center.

## IDENTIFICATION

| Last Name: **Dorsett** | First Name: **Lauren** | Middle: **R** |
|---|---|---|

If you were ever employed in any position under a different name, give the name used:
**Lauren Currie**

| Mailing Address: | City: | State: | Zip Code: | Home Telephone: | Business Telephone: **979-776-4843** |
|---|---|---|---|---|---|

| Position Applied For: **Health Educator** | NOV #: **081280** | Date Applied: **Jul 2 2008 7:21PM** |
|---|---|---|

| Date Available: **08-01-2008** | Email Address: |
|---|---|

## EDUCATION AND TRAINING

Education: Indicate highest grade completed:
**Bachelors**

| Name and location of college, university, business or trade school: | Did you graduate? | For College, List Major: | For College, List Degree: | # of college credit hours completed: |
|---|---|---|---|---|
| **Taylor High School** **Taylor, TX** | Yes | | | |
| **Texas State University- formerly Southwest Texas State** **San Marcos, TX** | No | Music, Biology | | 30 |
| **Texas A&M University** **College Station, TX** | Yes | Community Health | Health | 141 |

## DRIVER'S LICENSE

Please provide driver's license information:

State Issued:          License # :

## MILITARY SERVICE

Copy of separation from Armed Services may be required.

Are you eligible for veterans' preference?
**No**

Veteran's preference means: if two applicants are finalists for a position, and equal in all respects, the veteran (surviving unmarried spouse or orphan) would be offered the job. For detailed information visit **http://employees.tamu.edu/Jobs/JobListings/legal.aspx#VP** online or phone the Employee Service Center at (979)845-4141.

Please include your military service in the Employment Experience section.

| Are you related to any current Texas A&M University System employee, official or regent? | If YES, where does the relative work? |
|---|---|

**App'x 619**

| No | |
|---|---|
| Do you currently work for Texas A&M University?<br>No | If YES, please list the department(s) and dates of employment. |

**App'x 620**

**EMPLOYMENT EXPERIENCE**    **Dorsett**

Start with your present or last position and work back, including military experience. If the application has been edited, the work experience may not be in chronological order. If you were ever employed in any position under a different name, give the name used: **Lauren Currie**

| Job Title: | **Administrative Assistant** | Immediate Supervisor: | Type of Position: |
|---|---|---|---|
| Employer: | **William R. Birdwell, DDS** | Name: **Sharon Hinton** | **Full-time** |
| Mailing Address: | **2705 Osler Blvd** | Title: **Office Manager** | |
| City and State/Zip: | **Bryan, TX 77802** | | |
| Employer's Telephone No: | **979-776-4843** Ext. | | If part-time: Give average number of hours worked per week: |

| Starting Date: | Leaving Date: | Final Salary: | |
|---|---|---|---|
| **10-2006** | | **$26,880** | |

Work performed:

**Patient advocate; new dental treatment case presentation; updating dental health education materials such as information on periodontal diesase; assisting with creation of medical emergency action plans and subsequent training of staff; office production tracking; daily, weekly, and monthly audits; scheduling appointments, overseeing website design and implementation; computer IT go-to; telephone communications; any other tasks as requested by doctors and staff**

Specific reason for leaving :

**Employment in career field**

| Job Title: | **Community Health Promotion Intern** | Immediate Supervisor: | Type of Position: |
|---|---|---|---|
| Employer: | **Williamson County & Cities Health District** | Name: **Marge Tripp** | **Summer** |
| Mailing Address: | **312 Main Street** | Title: **Program Director** | |
| City and State/Zip: | **Georgetown, TX 78626** | | |
| Employer's Telephone No: | **512-943-1496** Ext. | | If part-time: Give average number of hours worked per week: **40** |

| Starting Date: | Leaving Date: | Final Salary: | |
|---|---|---|---|
| **05-2006** | **08-2006** | **$0** | |

Work performed:

**Internship; create, promote, and participate in community programs; created cookbook for kids; facilitator for nutrition class, assisted with planting and harvesting of community gardens, conducted field trips at the gardens stressing the importance of nutrition and physical activity**

Specific reason for leaving :

**Graduated**

| Job Title: | **Marking Assistant** | Immediate Supervisor: | Type of Position: |
|---|---|---|---|
| Employer: | **SIG Insurance Services, LLC** | Name: **Emily Terral** | **Part-time** |
| Mailing Address: | **111 University Drive East, Ste 210** | Title: **Marketing Coordinator** | |
| City and State/Zip: | **COllege Station, TX 77840** | | |
| Employer's Telephone No: | **979-260-6320** Ext. | | If part-time: Give average number of hours worked per week: **20-30** |

| Starting Date: | Leaving Date: | Final Salary: | |
|---|---|---|---|
| **08-2003** | **05-2006** | **$8 per hour** | |

Work performed:

**general clercial work, maintained and filled out all paperwork regarding new insurance agents, maintained and resourced all agency codes for branch agents, office mail, responeded to customer calls, coordinated with the Texas Department of Insurance on behalf of new agents, helped design and implement new logo, prepared and presented information regarding SIG to insurance market representatives**

Specific reason for leaving :

**Internship with Williamson County and Cities Health District**

**App'x 621**

## SKILLS INVENTORY

List any training, licenses, foreign languages, computer/office skills, special equipment skills or qualifications not listed on previous screens:

Certified Health Education Specialist (CHES); Cardiopulmonary Resuscitation (CPR) certified- expires Jan 2009; basic emergency medical training through Texas A&M Care Team- uncertified; excellent computer knowledge and skills including all Microsoft Office programs, Photoshop, basic networking, basic web design and HTML, and publishing software; very proficient with Apple Macintosh; experience with all standard office equipment; excellent typing ability

## REFERENCES

| Name: | Address: | Phone Number: | Email : |
|---|---|---|---|
| Lacey GLover, BS, CHES | 1307 Memorial Drive Bryan, TX 77802 | 512-943-1496 | |
| Emily Terral | 3840 Corporate Center Drive Bryan, TX 77802 | 979-324-5598 | |
| Ms. Beth Mcneill | 4243 TAMU COllege Station, TX 77843 | 979-845-2184 | mcneill@hlkn.tamu.edu |

## CONVICTION RECORD

Do you have any felony convictions or are you a registered sexual offender?
No

| Date of Conviction (Month and year) | Describe the offense: |
|---|---|
| | |

## Supplemental Questions

Do you have the CHES (Certified Health Education Specialist) certification?
Yes

Describe any work experience relevant to this position.
planned and promoted the extension of Happy Kitchens' nutritional program to citizens of Taylor, TX; created nutritional information for children in the form of colorbook; participated in creative health education programming facilitated by Williamson County Health District; New Patient Advocate for dental office; advise and counsel patients on dental procedures, their health background, and strategies to prevent disease with at home care; updated patient information forms for various types of periodontal disease; worked closely with staff to encourage regular professional cleanings through information dissemination and education; counsel patients in crisis with health information regarding their specific dental emergency

Have you completed a Bachelor's or higher degree in nutrition, health or related field?
Yes

Do you have at least two (2) full years paid, professional level employment in health education or related fields?
Yes

How did you see this position advertised?
Other

App'x 622

**Dorsett**

## AGREEMENT

I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief. I understand that any falsification, misrepresentation, or omission of fact made herein will void this application and may be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change.

I authorize Texas A&M University System or any of its components to make reference checks relating to my employment and I also authorize all prior employers to provide full details concerning my past employment. I understand that this application and all attachments are the property of Texas A&M University. I also understand that if I am eligible for overtime under provision of the Fair Labor Standards Act, all hours I work in excess of 40 in a workweek will be recorded in a compensatory time bank, at time and a half, unless management elects to pay me at time and a half. Furthermore, that I can take compensatory time off so long as my doing so would not unduly disrupt the activities of my department and my supervisor approves such absence. Unused overtime compensatory time will be paid upon termination of employment.

Texas A&M University is an at-will employer and may dismiss employees with or without cause. I understand that if employed by Texas A&M University I will be an at-will employee and may be dismissed from employment with or without cause.

I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire. I understand that any offer of employment is contingent upon my completing the Immigration and Naturalization Service Employment Eligibility Verification (Form I-9) and providing documents to verify my identity and employment eligibility as required by law. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work.

BY SIGNING BELOW, I certify that I have read and agree with these statements.

_____      _____
Date of Application                  Signature

Close Window

**App'x 623**

# LAUREN DORSETT

Email:

July 2, 2008

To Whom It May Concern:

I would like to express my interest in the opportunity of Health Educator with the Texas A&M Student Health Services.

I feel that with my knowledge and experience I can be a great asset to your organization. I have had almost two years of health education experience. I spent 12 weeks working with the Williamson County and Cities Health Department in their Health Education division. I helped promote, extend, and create programs for the community during my stay, such as the introduction of the Happy Kitchen program in Taylor, TX. This program encourages healthy eating through cooking natural organic foods easily found in our native area.

I am currently in a position where I administer patient education each day. My role in the dental office of William R. Birdwell, DDS allows me to touch patients individually with needed oral health education. I create case presentations for new treatment that stress the importance of all aspects of oral heath along with the patient's specific dental needs. I counsel each patient on the importance of regular professional dental cleanings and examinations, the associated links with periodontal disease and heart disease, and strategies to prevent disease in the mouth with proper at-home care and behavior modification. Some of the specific health conditions and behaviors that are linked to periodontal disease are heart disease, diabetes, pregnancy induced gingivitis, and tobacco use.

I feel these skills and experiences would make me an excellent candidate for this position, and a productive member of your team. I have attached my resume for further details regarding my skills, experience, and certifications.

At your convenience, I would enjoy the opportunity to meet with you to discuss what I can bring to your organization. I look forward to hearing from you.

App'x 624

Sincerely,

Lauren Dorsett
Enclosure

# Lauren Dorsett

Email:

**OBJECTIVE**

A full time progressive position that utilizes my technical, creative, and interpersonal skills to promote health education in all aspects of our community.

**EDUCATION**

Bachelor of Science, Texas A&M University, August 2006
Major: Health (Community Health)                    Major GPA: 3.3

**SPECIAL ABILITIES**

- Extensive knowledge of Microsoft and Apple platforms, and associated software
- Clerical tasks such as copying, faxing, scanning, and printing.

**SKILLS**

**Technical**

- Updated all patient information forms and office documentations
- Devised strategies to improve usage of the WCCHD Intranet site
- Developed templates for patient advocacy to be used in presentations
- Organized updates to office website including design, coding, and HTML language
- Compiled doctor goal production reports and reported daily
- Print/copy/fax/scan documents on regular basis

**Creative**

- Designed, developed, and produced a youth cooking book for a nutrition class
- Developed recipes, puzzles, and other graphics for a youth cooking book
- Planned and promoted a nutrition cooking class in Taylor, Texas
- Revitalized and updated several presentation books on Heritage Gardens, and WCCHD field trips
- Implemented nutrition and physical education activities for the Field Trips
- Created flyers and promotional materials for *The Happy Kitchen*™ classes

**Interpersonal**

- Facilitated health education through teaching *The Happy Kitchen*™ classes
- Presented dental treatment case presentations to new patients
- Patient Advocate for new patients, returning, and new treatment visits
- Coordinated sign up of education classes with community members
- Participated in community action meetings on behalf of the WCCHD
- Acted as resource for questions regarding educational opportunities in Williamson County
- Promoted health, nutrition and physical activity in all areas above all

**WORK EXPERIENCE**

William R. Birdwell, DDS, Admin Asst/ Patient Advocate, College Station, TX 10/06 - present
Williamson County and Cities Health District, Intern, Georgetown, TX 5/06 – 8/06
SIG Insurance Services, LLC, Marketing Assistant, College Station, TX 8/03 – 5/06

**ACTIVITIES**

Texas A&M Consolidated Middle School - Health Education teaching volunteer
Texas A&M Emergency Care Team - Full Medic
St. Joseph Regional Hospital -Volunteer in Post Partum department
Texas A&M Biomedical Science Association

**CERTIFICATIONS**

Certified Health Education Specialist (CHES)

**App'x 626**

Expiration 03/31/09

American Academy of Orthopaedic Surgeons (AAOS) Emergency Care and Safety First Aid
Expiration 11/20/08

American Heart Association –BLS for Healthcare Providers (CPR &AED)
Expiration 01/29/10

APP'X 627

# Lauren Dorsett

March 22, 2018


Jennifer Ford
Associate Director
Offices of the Dean of Student Life
Texas A&M University
TAMU 1257
College Station, TX 77843


Dear Ms. Ford,

My approach to leadership is simple:  Love your people and love your work.  As the current Health Promotion Coordinator with the Offices of the Dean of Student Life, I feel that I could not have asked for a better group of colleagues to work with, nor could I have asked for a better line of work than student affairs.  This is why it is with great enthusiasm that I submit my application for the position of Assistant Director - Health Promotion.

Here are just a few things I can offer in this role:

- A dedicated, passionate, and resilient team of professionals who will impact students in a positive and influential way
- A long-range strategic plan for Health Promotion with a vision for forward and upward movement of health and wellness programming at Texas A&M University
- Improved efficiency and effectiveness of operations for programmatic growth and capacity building
- Additional and improved collaboration with academic partners to generate data and bring our programming to the forefront of health and wellness best practices
- A measurable increase in the success of students who interact with Health Promotion programs

I firmly believe that my education, experience, commitment, and loyalty to Texas A&M University have provided me with the tools necessary to take on this challenge and to achieve the lofty goals outlined above. I am extremely grateful to be considered for this opportunity and I would thoroughly enjoy the chance to discuss my qualifications with you further.

Thank you for your time and consideration.  I look forward to hearing from you.


Sincerely,

Lauren Dorsett

# Lauren Dorsett

## Executive Summary

- Master Certified Health Education Specialist (MCHES) with 10 years of experience in health and wellness in higher education
- Unique experience strategically planning and leading a health promotion office through substantial structural reorganization including the merger of two prevention education units into one
- Proven ability leading and supervising full-time employees, graduate students, student interns, and part-time student employees with a focus on their professional growth, skills development, and experiential learning opportunities
- Committed focus on collaborating with stakeholders and effectively using human, product, and fiscal resources to achieve the organization's goals
- Demonstrated ability utilizing the student learning experience to conduct research, build capacity, and improve outputs
- Empathetic educator and dependable administrator with a passion and desire to improve the health outcomes of students at Texas A&M University

## Education

Master of Science (MS) – Health Education **December 2010**
  *Texas A&M University, College Station, TX*

Bachelor of Science (BS) – Community Health **August 2006**
  *Texas A&M University, College Station, TX*

## Experience

**Health Promotion Coordinator** **April 2014 – Present**
  ***Offices of the Dean of Student Life – Texas A&M University, College Station, TX***

- Plan, implement, evaluate, and oversee health and wellness programming with a focus on the socio-ecological model of health promotion and evidence-informed best practices
- Develop and evaluate targeted health curricula for diverse college subpopulations
- Responsible for hiring, onboarding, and supervising three full-time employees, two graduate assistants, five student employees, one student intern, volunteers, and practicum students
- Conduct assessments on the needs of students through traditional, research-based, and innovative assessment techniques
- Manage and allocate program budgets totalling approximately $100,000 with a focus on smart utilization of resources; oversee and report expenditures to the department on an annual basis
- Develop and maintain positive relationships with key campus and community stakeholders to promote collaborative initiatives
- Collaborate with academic stakeholders to initiate new and novel educational methodologies that benefit students as well as contribute to health promotion research and literature
- Develop and present a comprehensive violence prevention curriculum at new student orientations to more than 9,000 students each year
- Provide primary advising and training for The Sex Project, a peer education organization
- Co-developed the Sex in the Dark Facilitator Training Program, one of the first *High Impact Practice*-designated programs within The Offices of the Dean of Student Life

1

- Contributed critical information on alcohol and drug prevention programming to the Drug Free Schools and Communities Act Biennial Review
- Implemented yearly strategic planning, goals development, assessment, and metrics tracking
- Critically reviewed policies and procedures for the management of student information and updated them to ensure confidentiality
- Co-led and served on the Recovery Services Committee aimed at meeting the needs of students in recovery from substance abuse
- Served as program coordinator for Back on TRAC (Treatment Responsibility and Accountability on Campus), a program to holistically address a participant's substance use to improve academic success
- Worked cooperatively with staff to develop mission, goals, and functional areas of the newly-formed health promotion unit
- Successfully facilitated the merger of two prevention units–Health Education and Alcohol Drug Education Programs–into one operating unit: Health Promotion

**Health Educator**                                                                                   **August 2008 – April 2014**
*Student Health Services – Texas A&M University, College Station, TX*

- Planned, implemented, and evaluated evidence and theory-based wellness programs, policies, and activities for university health center
- Implemented assessments to determine health behaviors of college students; customized programming based on subject matter and target audience
- Supervised student employees, undergraduate student interns, graduate assistants, practicum students, and volunteer peer educators
- Contributed to strategic planning and reporting for health center administration
- Developed electronic and print media using a variety of desktop publishing applications including Adobe InDesign, Adobe Photoshop, and Adobe Illustrator
- Assisted with administration of social media applications including Facebook and Twitter
- Provided individual student consultations on sexual health, nutrition, fitness, substance use, and other health topics
- Provided guest lectures and trainings for campus and community organizations on sexual health, bystander intervention, substance abuse, and other topics
- Developed and managed proposals and budgets for multiple events and programs
- Provided primary advising and training for Aggie REACH (Representatives Educating About College Health), a peer education student organization

**Patient Educator/Administrative Assistant**                                    **October 2006 – August 2008**
*Birdwell & Wright Family Dentistry, Bryan, TX*

- Performed general office management duties including the creation of monthly production goals and associated reporting mechanisms
- Oversaw the management of provider/patient schedules with a focus on efficiency and productivity
- Assisted with the development of patient treatment plans, emphasizing oral health and wellness

**Community Health Intern**                                                                **May 2006 – August 2006**
*Williamson County and Cities Health District, Georgetown, TX*

- Represented the county on task force initiatives ranging from tobacco use to alternative youth activity programming
- Created promotional materials and facilitated community health education classes
- Designed and distributed educational publications for an ethnically and economically diverse community
- Updated departmental publications to be more visually appealing

2

App'x 630

**Marketing Assistant**                                                              **August 2003 – May 2006**
  *SIG Insurance Services, College Station, TX*
- Provided new agents with access to internal and external sales and marketing resources
- Collaborated on the rebranding design for new company logo and promotional materials
- Updated and maintained company website
- Performed document management, filing, customer service, and other clerical work as needed

---

## Professional Development & Achievements

**Certifications**
- Master Certified Health Education Specialist (MCHES), National Commission for Health Education Credentialing, Inc.
- Certified Lactation Educator (CLE), Childbirth and Postpartum Professional Association (*In Progress*)

**Facilitator Trainings**
- BACCHUS Certified Peer Educator Facilitator
- Green Dot Bystander Intervention Training Program Facilitator
- Technology of Participation (ToP) Facilitator
- StrengthsQuest Facilitator

**Relevant Professional Development**
- Cultivating Safe College Campuses: Interdisciplinary Approaches to Campus Sexual Assault and Response Conference Attendee – 2018
- Every Victim, Every Time (EVET) Conference – 2015, 2016, 2017, 2018
- American College Health Association Annual Conference – 2009, 2010, 2012, 2014, 2016
- TAMU – Engaging National Leaders in Undergraduate Student Success Think Tank – 2018
- TAMU – Student Life Studies: Assessment Bootcamp – 2016, 2017
- TAMU – Strengths, Opportunities, Aspirations, Results (SOAR) Training – 2016
- TAMU – Group Leadership Forum – 2016
- TAMU – Student Conduct Office – Investigator, Conduct Panel Member, Exit Interviewer – 2014
- TAMU – PATHways to Success: Supervisory Practices for Managing Employee Performance – 2014
- TAMU – Texas A&M University Annual Assessment Conference – 2009, 2013
- TAMU – Academic Peer Educator Conference – 2009, 2010, 2012
- TAMU – Academy of Student Affairs Professionals – 2012
- TAMU – Fish Camp Support Staff – 2012

**Awards**
- TAMU – Division of Student Affairs - Award of Distinction Recipient – 2015
- TAMU – Division of Student Affairs - Award of Distinction Nominee – 2013
- TAMU – Division of Student Affairs - Advisor of the Year – 2011

---

## Committee Involvement

**Texas A&M University**
- Drug Free Schools & Communities Act Committee
- Wellness WORKS Well Leader
- Maroon & White Leadership Society – Coach

**Texas A&M University – Division of Student Affairs**
- BASICS Facilitator
- Fish Camp Support Staff

3

- Health & Wellness Task Force
- Marketing & Communications
- Sexual Assault Survivor Services Committee
- Staff Wellbeing and Appreciation Committee
- Student Health Advisory Committee
- Student Organization Development & Assessment Team
- Student Leader Learning Objectives – Create & Share Subcommittee

**Texas A&M University – Division of Student Affairs – Offices of the Dean of Student Life**
- Aggie Allies
- Alcohol & Other Drug Exit Interview Team
- Diversity Committee
- Professional Development & Staff Training Committee
- Recovery Services Committee

**Bryan/College Station Community**
- Coalition on Alcohol Responsibility and Education (C.A.R.E.) – Board Member (2016-2017)

---

## Professional Affiliations

American College Health Association (ACHA) – 2008-Present
Student Affairs Professionals in Higher Education (NASPA) – 2017-Present
Childbirth and Postpartum Professional Association (CAPPA) – 2016-Present
American Association for Health Education (AAHE) – 2009-2013
Southwestern College Health Association (SWCHA) – 2009-2010
American Alliance for Health, Physical Education, Recreation and Dance (AAHPERD) – 2009-2013

---

## Publications & Conference Presentations

Jackson, R., Dorsett, L. (April, 2018). *Love the Way You Lie*. 13th Every Victim Every Time: Crime Victim Conference, College Station, TX.

Rahn, R., Dorsett, L. (February, 2013). *Assessing Student Learning Through Health Education Presentations*. 13th Annual Texas A&M Assessment Conference, College Station, TX.

Smith, M., Menn, M., Dorsett, L., & Hugill-Warren, L. (2012). Sex In The Dark: A Program to Address College Students' Questions About Sexuality. *Journal Of Health Behavior And Public Health, 2(1),* 1-9.

Smith, M.L., Menn, M., Dorsett, L., & Wilson, K.L. (2012). College students' perceptions of HIV risk, importance of protective behaviors, and intentions to change behavior after attending an HIV/AIDS awareness event. *Texas Public Health Association Journal, 64(4). 23-26*

Dorsett, L.R. (November, 2012). *Sex in the Dark*. 2012 MEDALS Conference, College Station, TX.

Dorsett, L.R. (October, 2011). *On Track To A Healthy Life.* Academic Peer Education Conference, College Station, TX.

Smith, M.L., Menn, M., Dorsett, L., & Wilson, K. (June, 2011). *Can an HIV/AIDS awareness event influence college students' perceptions of HIV risk, importance of protective behaviors, and intentions to change behavior?* American College Health Association Annual Meeting, Phoenix, AZ.

Dorsett, L.R. (October, 2010). *A Healthy Body Does A Mind Good.* Academic Peer Education Conference, College Station, TX.

Dorsett, L.R. (October, 2009). *A Healthy Body Does A Mind Good.* Academic Peer Education Conference, College Station, TX.

Rahn, R., Dorsett, L. (February, 2009). *The Health of Our Students*. 9th Annual Texas A&M Assessment Conference, College Station, TX.

## References

Meredith Malnar, Assistant Director
Offices of the Dean of Student Life
Texas A&M University
(979) 845-5826
meredithm@studentlife.tamu.edu
*Current Supervisor*

Dr. Rhonda Rahn, Clinical Assistant Professor
Department of Health & Kinesiology
Texas A&M University
(979) 571-2323
rrahn@hlkn.tamu.edu
*Previous Supervisor*

Dr. Krista Bailey, Clinical Associate Professor
Educational Administration and Human Resource Development
Texas A&M University
(979) 845-2716
kristabailey@tamu.edu
*Professional Mentor*

Dorsett_Cover_2018_AssistantDirector.pdfDorsett_CV_2018_AssistantDirector.pdf

**Jobs Applied to**   1

# Overview

## Overview

| | | |
|---|---|---|
| **Current Job** | 10 years | |
| **Total Jobs** | 5 | |
| **Total Experience** | 21 years | |

Experience

Texas A&M University
Health Promotion Coordinator
April 2014 - Current  (10 years, 7 months)
College Station, TX

Plan, implement, evaluate, and oversee health and wellness programming with a focus on the socio-ecological model of health promotion and evidence-informed best practices
Develop and evaluate targeted health curricula for diverse college subpopulations
Responsible for hiring, onboarding, and supervising three full-time employees, two graduate assistants, five student employees, one student intern, volunteers, and practicum students
Conduct assessments on the needs of students through traditional, research-based, and innovative assessment techniques
Manage and allocate program budgets totalling approximately $100,000 with a focus on smart utilization of resources; oversee and report expenditures to the department on an annual basis
Develop and maintain positive relationships with key campus and community stakeholders to promote collaborative initiatives
Collaborate with academic stakeholders to initiate new and novel educational methodologies that benefit students as well as contribute to health promotion research and literature
Develop and present a comprehensive violence prevention curriculum at new student orientations to more than 9,000 students each year
Provide primary advising and training for The Sex Project, a peer education organization
Co-developed the Sex in the Dark Facilitator Training Program, one of the first High Impact Practice-designated programs within The Offices of the Dean of Student Life
Contributed critical information on alcohol and drug prevention programming to the Drug Free Schools and Communities Act Biennial Review
Implemented yearly strategic planning, goals development, assessment, and metrics tracking
Critically reviewed policies and procedures for the management of student information and updated them to ensure confidentiality
Co-led and served on the Recovery Services Committee aimed at meeting the needs of students in recovery from substance abuse
Served as program coordinator for Back on TRAC (Treatment Responsibility and Accountability on Campus), a program to holistically address a participant's substance use to improve academic success
Worked cooperatively with staff to develop mission, goals, and functional areas of the newly-formed health promotion unit
Successfully facilitated the merger of two prevention units–Health Education and Alcohol Drug Education Programs–into one operating unit: Health Promotion

Texas A&M University



**APP'X 634**

Health Educator
August 2008 - March 2014 (5 years, 8 months)
College Station, TX

dent Health Services – Texas A&M University, College Station, TX
Planned, implemented, and evaluated evidence and theory-based wellness programs, policies, and activities for university health center
Implemented assessments to determine health behaviors of college students; customized programming based on subject matter and target audience
Supervised student employees, undergraduate student interns, graduate assistants, practicum students, and volunteer peer educators
Contributed to strategic planning and reporting for health center administration
Developed electronic and print media using a variety of desktop publishing applications including Adobe InDesign, Adobe Photoshop, and Adobe Illustrator
Assisted with administration of social media applications including Facebook and Twitter
Provided individual student consultations on sexual health, nutrition, fitness, substance use, and other health topics
Provided guest lectures and trainings for campus and community organizations on sexual health, bystander intervention, substance abuse, and other topics
Developed and managed proposals and budgets for multiple events and programs
Provided primary advising and training for Aggie REACH (Representatives Educating About College Health), a peer education student organization

Wright Dentistry

Patient Educator/Administrative Assistant
October 2006 - August 2008 (1 year, 11 months)
College Station, TX

Performed general office management duties including the creation of monthly production goals and associated reporting mechanisms
Oversaw the management of provider/patient schedules with a focus on efficiency and productivity
Assisted with the development of patient treatment plans, emphasizing oral health and wellness

Williamson County & Cities Health District

Community Health Intern
May 2006 - August 2006 (4 months)
Georgetown, TX

Represented the county on task force initiatives ranging from tobacco use to alternative youth activity programming
Created promotional materials and facilitated community health education classes
Designed and distributed educational publications for an ethnically and economically diverse community
Updated departmental publications to be more visually appealing

SIG Insurance Services

Marketing Assistant
August 2003 - May 2006 (2 years, 10 months)
College Station, TX

Provided new agents with access to internal and external sales and marketing resources
Collaborated on the rebranding design for new company logo and promotional materials
Updated and maintained company website
Performed document management, filing, customer service, and other clerical work as needed

Websites

none entered



THE TEXAS A&M
UNIVERSITY SYSTEM

Resume / Cover Letter
Dorsett_CV_2018_AssistantDirector.pdf

Resume / Cover Letter
Dorsett_Cover_2018_AssistantDirector.pdf

Skills

Ability to multitask and work cooperatively with others. Ability to present information clearly and concisely. Ability to work with sensitive information and maintain confidentiality. Excellent written communication, analytical, interpersonal, and organizational skills.

Work beyond normal office hours and/or work on weekends. Travel required.

Ability to multitask and work cooperatively with others. Strong verbal and written communication skills. Ability to work with sensitive information and maintain confidentiality. Strong interpersonal and organizational skills.

Personal or professional experience in working with people of diverse backgrounds.

Attention to detail.

Demonstrated knowledge of and commitment to diversity and inclusiveness

Demonstrated knowledge of developmental issues of college students and commitment to student success

Strong work ethic (dependable, reliable, demonstrate initiative, etc.)

Ability to develop and evaluate health curriculum.

Understanding and knowledge of how to address campus and community health issues at all levels of the socioecological model- intrapersonal, interpersonal, institutional, community, and public policy.

Desktop Publishing Skills

Education

Texas A&M University

Masters
Health
From 2008
To 2010

Texas A&M University

Bachelors
Health

**App'x 636**

Candidate Information

## Candidate

Added By     Lauren Dorsett

From 2003
To 2006

Texas State University-San Marcos
From 2002
To 2003

## Job Application Details Card

Job Application Details

Job Requisition    R-002896 Assistant Director- Health Promotion (Filled)
Location           College Station TAMU
Date Applied       03/22/2018 01:21:48 PM
Source             Recruiting sources -> Internal Candidate

Stefanie Baker
Hiring Manager

Step     Completion

In Progress

| Step | |
|---|---|
| | Awaiting |
| Ready for Hire for Job Application: Lauren Dorsett (Internal) - R-002896 Assistant Director- Health Promotion (C-100019643) | Completion |

## Education

Education

Texas A&M University

Masters
Health
From 2008
To 2010

Texas A&M University

Bachelors
Health
From 2003



**App'x 637**

View Job Application: Lauren Dorsett (Internal) (C-100019643)

To 2006

Texas State University-San Marcos
From 2002
To 2003

# Work History

Work History

| | Current Job | 10 years |
| --- | --- | --- |
| | Total Jobs | 5 |
| | Total Experience | 21 years |

Experience

Texas A&M University

Health Promotion Coordinator
April 2014 – Current  (10 years, 7 months)
College Station, TX

Plan, implement, evaluate, and oversee health and wellness programming with a focus on the socio-ecological model of health promotion and evidence-informed best practices
Develop and evaluate targeted health curricula for diverse college subpopulations
Responsible for hiring, onboarding, and supervising three full-time employees, two graduate assistants, five student employees, one student intern, volunteers, and practicum students
Conduct assessments on the needs of students through traditional, research-based, and innovative assessment techniques
Manage and allocate program budgets totalling approximately $100,000 with a focus on smart utilization of resources; oversee and report expenditures to the department on an annual basis
Develop and maintain positive relationships with key campus and community stakeholders to promote collaborative initiatives
Collaborate with academic stakeholders to initiate new and novel educational methodologies that benefit students as well as contribute to health promotion research and literature
Develop and present a comprehensive violence prevention curriculum at new student orientations to more than 9,000 students each year
Provide primary advising and training for The Sex Project, a peer education organization
Co-developed the Sex in the Dark Facilitator Training Program, one of the first High Impact Practice-designated programs within The Offices of the Dean of Student Life
Contributed critical information on alcohol and drug prevention programming to the Drug Free Schools and Communities Act Biennial Review
Implemented yearly strategic planning, goals development, assessment, and metrics tracking
Critically reviewed policies and procedures for the management of student information and updated them to ensure confidentiality
Co-led and served on the Recovery Services Committee aimed at meeting the needs of students in recovery from substance abuse
Served as program coordinator for Back on TRAC (Treatment Responsibility and Accountability on Campus), a program to holistically address a participant's substance use to improve academic success
Worked cooperatively with staff to develop mission, goals, and functional areas of the newly-formed health promotion unit
Successfully facilitated the merger of two prevention units–Health Education and Alcohol Drug Education Programs–into one operating unit: Health Promotion

Texas A&M University

Health Educator
August 2008 - March 2014 (5 years, 8 months)



**App'x 638**

01:59 PM
10/11/2024
Page 6 of 7

View Job Application: Lauren Dorsett (Internal) (C-100019643)

THE TEXAS A&M
UNIVERSITY SYSTEM

College Station, TX

dent Health Services – Texas A&M University, College Station, TX
Planned, implemented, and evaluated evidence and theory-based wellness programs, policies, and activities for university health center
Implemented assessments to determine health behaviors of college students; customized programming based on subject matter and target audience
Supervised student employees, undergraduate student interns, graduate assistants, practicum students, and volunteer peer educators
Contributed to strategic planning and reporting for health center administration
Developed electronic and print media using a variety of desktop publishing applications including Adobe InDesign, Adobe Photoshop, and Adobe Illustrator
Assisted with administration of social media applications including Facebook and Twitter
Provided individual student consultations on sexual health, nutrition, fitness, substance use, and other health topics
Provided guest lectures and trainings for campus and community organizations on sexual health, bystander intervention, substance abuse, and other topics
Developed and managed proposals and budgets for multiple events and programs
Provided primary advising and training for Aggie REACH (Representatives Educating About College Health), a peer education student organization

Wright Dentistry

Patient Educator/Administrative Assistant
October 2006 - August 2008 (1 year, 11 months)
College Station, TX

Performed general office management duties including the creation of monthly production goals and associated reporting mechanisms
Oversaw the management of provider/patient schedules with a focus on efficiency and productivity
Assisted with the development of patient treatment plans, emphasizing oral health and wellness

Williamson County & Cities Health District

Community Health Intern
May 2006 - August 2006 (4 months)
Georgetown, TX

Represented the county on task force initiatives ranging from tobacco use to alternative youth activity programming
Created promotional materials and facilitated community health education classes
Designed and distributed educational publications for an ethnically and economically diverse community
Updated departmental publications to be more visually appealing

SIG Insurance Services

Marketing Assistant
August 2003 - May 2006 (2 years, 10 months)
College Station, TX

Provided new agents with access to internal and external sales and marketing resources
Collaborated on the rebranding design for new company logo and promotional materials
Updated and maintained company website
Performed document management, filing, customer service, and other clerical work as needed

## Credentials

Websites

none entered



THE TEXAS A&M
UNIVERSITY SYSTEM

Skills

Ability to multitask and work cooperatively with others. Ability to present information clearly and concisely. Ability to work with sensitive information and maintain confidentiality. Excellent written communication, analytical, interpersonal, and organizational skills.

Work beyond normal office hours and/or work on weekends. Travel required.

Ability to multitask and work cooperatively with others. Strong verbal and written communication skills. Ability to work with sensitive information and maintain confidentiality. Strong interpersonal and organizational skills.

Personal or professional experience in working with people of diverse backgrounds.

Attention to detail.

Demonstrated knowledge of and commitment to diversity and inclusiveness

Demonstrated knowledge of developmental issues of college students and commitment to student success

Strong work ethic (dependable, reliable, demonstrate initiative, etc.)

Ability to develop and evaluate health curriculum.

Understanding and knowledge of how to address campus and community health issues at all levels of the socioecological model-intrapersonal, interpersonal, institutional, community, and public policy.

Desktop Publishing Skills

## My Upcoming Reminders

Personal Reminders                    none entered

## Resume Attachment

Resume / Cover Letter
Dorsett_CV_2018_AssistantDirector.pdf

Resume / Cover Letter
Dorsett_Cover_2018_AssistantDirector.pdf

APP'X 640

Staff Application for Human Resources & Payroll Coordinator

Posting number: S00152FY14

Submitted October 29, 2013 at 11:31 am (confirmation number: CN000033848)

## Personal Information

Contact Information

| | |
|---|---|
| **First Name** | Mark |
| **Middle Name** | |
| **Last Name** | Dawson |
| **Other Name Used in Employment** | |
| **Address1** | |
| **Address2** | |
| **City** | |
| **State** | |
| **Zip Code/Postal Code** | |
| **Home Phone or Preferred Contact Number** | |
| **Work Phone** | |
| **Email** | mad619@neo.tamu.edu |

General Information

| | |
|---|---|
| **Would you be required to obtain authorization to work in the United States if you are selected for this position?** | No |
| **Have you ever been convicted of a felony or required to register as a sex offender?** | No |
| **If yes, please explain** | |
| **Are you related to any current Texas A&M System employee (for any System member) or System offical (for any System member) or to any System regent (for any System member?)** | No |
| **If yes name and position held** | |
| **Are you currently employed by a Texas A&M System agency or university?** | Yes |

App'x 641

| | |
|---|---|
| **If yes, name of System agency or university and position held** | |

Preference Information

| | |
|---|---|
| **Are you eligible for Veteran's Preference? Documentation Required.** | No |
| **Are you eligible for Former Foster Child Preference? Documentation Required.** | No |

## Education & Training

High School

| | |
|---|---|
| **Did you graduate from high school or receive a GED Certificate?** | Yes |
| **If you have not graduated or received a GED, select highest level completed?** | |

Education

| | |
|---|---|
| **Name of School** | San Diego State University |
| **City** | San Diego |
| **State** | CA |
| **Number of Credit Hours Completed** | |
| **Major** | Social Science |
| **Minor** | |
| **Did you graduate?** | Yes |
| **Diploma or degree earned** | BA |

Training and Additional Information

| | |
|---|---|
| **Other education/training/skills** | Currently enrolled in the PhD. Program in Sociology at Texas A&M. |
| **Computer skills (hardware and software)** | M.S. Word, PowerPoint, Excel, QuickBooks, STATA. |
| **Current professional licenses/certifications/registrations** | |
| **Related volunteer experience** | |
| **Other skills and talents related to the position you are applying for** | Canopy, SSO, HR Liason |

Employment History

| | |
|---|---|
| **Employer** | Texas A&M University |
| **Address** | 220 Hotard Hall |
| **City** | College Station |
| **State** | TX |
| **Telephone** | 979-862-2696 |
| **Supervisor Name** | Lee Starnes |
| **Type of Business** | University |
| **Job Title** | Graduate Assistant |
| **Employment Begin Date** | 10/17/2011 |
| **Employment End Date** | |
| **Average Hours Worked Per Week** | 20 |
| **Duties** | • Accessed, entered, and completed HR payroll reports using Quickbooks.<br>• Facilitated new hire paperwork sessions, completed and submitted payroll documents<br>• Created, maintained and destroyed personnel files according to university retention schedules<br>• Assisted with yearly budget process and associated tasks<br>• Utilized Canopy, SSO, and other related systems to complete HR tasks.<br>• Assisted with training of student workers |
| **Monthly or Hourly Salary** | 13.00/hour |
| **Reason For Leaving** | Currently employed |
| **Employer** | San Diego State University |
| **Address** | 5500 Campanile Dr. |
| **City** | San Diego |
| **State** | CA |
| **Telephone** | (619) 594-6730 |
| **Supervisor Name** | Darlene Nowak |
| **Type of Business** | University |
| **Job Title** | Student Worker |
| **Employment Begin Date** | 08/20/2008 |
| **Employment End Date** | 05/14/2010 |
| **Average Hours Worked Per Week** | 20 |
| **Duties** | • Reviewed and processed loan requests for library books and multi-media items requested by universities and public institutions domestically and internationally<br>• Processed, packaged, and send out all loan items<br>• Search and effectively procure items from library collection for distribution<br>• Received, processed, and re-distributed returned loan items<br>• Managed and supervised all operational aspects of the lending department<br>• Responsible for opening and closing the department, and trained incoming student employees |

| | |
|---|---|
| **Monthly or Hourly Salary** | $10/hour |
| **Reason For Leaving** | Graduated |
| **Employer** | Chula Vista Public Library |
| **Address** | 389 Orange Ave. |
| **City** | Chula Vista |
| **State** | CA |
| **Telephone** | (619) 691-5755 |
| **Supervisor Name** | Gayle Webb |
| **Type of Business** | Library |
| **Job Title** | Library Assistant |
| **Employment Begin Date** | 08/06/2007 |
| **Employment End Date** | 05/15/2008 |
| **Average Hours Worked Per Week** | 20 |
| **Duties** | Assisted patrons with all library functions <br>• Monitored public computer lab and assisted patrons with any technical or operational problems on computers <br>• Provided patrons with both academic advice as well as assisted with educational projects |
| **Monthly or Hourly Salary** | $8/hour |
| **Reason For Leaving** | Transferred to new school |

## Professional References

Professional References

| | |
|---|---|
| **First Name** | Lee |
| **Last Name** | Starnes |
| **Email** | hstarnes@tamu.edu |
| **Primary Phone** | (979) 845-6406 |
| **How do you know this reference?** | Supervisor |
| **First Name** | Isidro |
| **Last Name** | Ortiz |
| **Email** | ortiz5@mail.sdsu.edu |
| **Primary Phone** | (619) 594-1256 |
| **How do you know this reference?** | Undergraduate Mentor |
| **First Name** | Darlene |
| **Last Name** | Nowak |
| **Email** | dnowak@mail.sdsu.edu |
| **Primary Phone** | (619) 594-6908 |
| **How do you know this reference?** | Supervisor |

Documents needed to Apply

- Resume (PDF | 97.4 KB)
- Cover Letter (PDF | 23.2 KB)
- Curriculum Vitae (PDF | 1.21 KB)
- Combined Document (PDF | )

## Supplemental Questions

1. * Where did you see this position advertised?

   - The Chronicle of Higher Education
   - HigherEd Jobs
   - Workplace Diversity
   - Work in Texas
   - Higher Education Recruitment Consortium (HERC)
   - Job Fair
   - This Website
   - Other
   - No Answer

2. If you selected Other, please let us know where you saw the position advertised.

3. * Do you have any previous experience in human resources and/or payroll with Texas A&M University or TAMU system members?

   - Yes
   - No
   - No Answer

4. * Describe how your experience and skills relate to this position.

   ● Accessed, entered, and completed HR payroll reports using Quickbooks. ● Facilitated new hire paperwork sessions, completed and submitted payroll documents ● Created, maintained and destroyed personnel files according to university retention schedules ● Assisted with yearly budget process and associated tasks ● Utilized Canopy, SSO, and other related systems to complete HR tasks. ● Assisted with training of student workers

5. * Do you have working knowledge of spreadsheet and word processing software programs?

   - No Response
   - No
   - Yes
   - No Answer

6. * This position requires that you must be literate in the English language and able to comprehend, give, and follow both written and verbal instructions. Do you meet these requirements?

   - Yes
   - No
   - No Answer

7. * Are you able to work weekend and/or evening hours as required?

   - Yes
   - No
   - No Answer

8. * Select which of the following best represents your educational training.

    Completed high school diploma or GED

    15 college credit hours

    30 college credit hours

    45 college credit hours

    60 college credit hours

    75 college credit hours

    90 college credit hours

    105 college credit hours

    120 or more college credit hours

    Completed a Bachelor's degree

    Completed a Master's degree or higher

    No Answer

9. * Select the response that best represents your years of experience in general office, accounting or personnel operations.

    None

    Less than one

    1

    2

    3

    4

    5

    6

    7

    8

    9

    10 or more

    No Answer

## Certification

I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief. I understand that any falsification, misrepresentation, or omission of fact made herein or at any point in the hiring process may be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change.

I authorize Texas A&M System members to make checks relating to my employment, education and any licenses. I also authorize all current and prior employers to provide full details concerning my past employment. I understand that this application and all attachments are the property of Texas A&M System members as applicable. I understand a criminal history check may be required as specified by the appropriate System Member.

The Texas A&M System members are at-will employers and may dismiss employees with or without cause. I understand that if employed by a Texas A&M System component member I will be an at-will employee and may be dismissed from employment with or without cause unless I have a legally different status.

I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire.

I understand that any offer of employment is contingent upon my completing the U.S. Citizenship and Immigration Services Form I-9 and providing documents to verify my identity and employment eligibility as required by law. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work.

☐ I certify that I have read and agree with these statements.

Please enter your initials to verify your identity. MAD

# Mark A. Dawson
### mad619@neo.tamu.edu

**OBJECTIVE:** To obtain a human resources position at Texas A&M University that will allow me to utilize my communication, time management, organization, service, and business skills in addition to my knowledge of higher education processes, in order to provide excellent customer service to AABS customers.

## EXPERIENCE

*Graduate Assistant- Academic Affairs Business Services*
Hotard Hall, Texas A&M University, College Station, TX — October 2011- Present
- Accessed, entered, and completed HR payroll reports using Quickbooks.
- Facilitated new hire paperwork sessions, completed and submitted payroll documents
- Created, maintained and destroyed personnel files according to university retention schedules
- Assisted with yearly budget process and associated tasks
- Utilized Canopy, SSO, and other related systems to complete HR tasks.
- Assisted with training of student workers

*Interlibrary Loan- Lending Department Assistant*
Love Library, San Diego State University, San Diego, CA — August 2008- May 2010
- Reviewed and processed loan requests for library books and multi-media items requested by universities and public institutions domestically and internationally
- Processed, packaged, and send out all loan items
- Search and effectively procure items from library collection for distribution
- Received, processed, and re-distributed returned loan items
- Managed and supervised all operational aspects of the lending department
- Responsible for opening and closing the department, and trained incoming student employees

*Transfer Bridge Mentor*
Educational Opportunity Program, San Diego, CA — August 2009-August 2009
- Responsible for approximately 30 incoming transfer students during a one-week university program
- Developed and delivered lecture regarding university time management and organization skills
- Provided advice and assistance in accordance with all university related subjects and questions
- Lead multiple group activities and presentations for over 100 students

*Library Assistant*
Chula Vista Public Library, Chula Vista, CA — August 2007 - May 2008
- Assisted patrons with all library functions
- Monitored public computer lab and assisted patrons with any technical or operational problems on computers
- Provided patrons with both academic advice as well as assisted with educational projects

*Sales Floor Representative*
Target, Chula Vista, CA — November 2006 – July 2007
- Assisted guests in locating and attaining the products they desire

APP'X 649

- Maintained a clean, safe, and fully stocked sales floor
- Provided relief assistance to the front-end cashiers when necessary

*Head line Cook- Menu Creator*
Galley at the Marina, Chula Vista, CA
January 2006 – August 2006
- Supervised all kitchen employees and ensured that each employee created menu items correctly and produced only top quality dishes for our customers
- Constructed a new dinner menu in order to bring in more customers and effectively compete with neighboring seafood restaurant
- Ensured the preparation and quality of all dinner service items
- Responsible for ordering all restaurant supplies and food products

## EDUCATION

- PhD, Sociology, Texas A&M University, College Station, TX
Anticipated May 2016

- BA, *Cum Laude*, San Diego State University, San Diego, CA
May 2010
    Major: Social Science
    Main areas of study: Sociology, Anthropology, and Political Science

- AA, Southwestern College, Chula Vista, CA
May 2002
    Major: Transfer Studies

## COMMUNITY INVOLVEMENT & MEMBERSHIPS

*Academic Affiliations*
- Educational Opportunity Program- San Diego State University
- Faculty/Student Mentorship Program
- Education Without Borders- Student Organization
- Ronald E. McNair Scholar
- Sally Casanova Pre-Doctoral Scholar- California State University System Distinction

*Professional Memberships*
- American Sociological Association
- Southwestern Social Science Association
- Critical Race in Education Association

Academic Affairs Business Services
Texas A & M University
4255 TAMU
College Station, TX 77843-4255


To whom this may concern:

You have received this letter to inform you of my intent to utilize my knowledge of Human resource processes, organizational skills, goal management and attainment, customer service, and occupational experiences in order to serve the customers of Texas A & M University in the position of business coordinator II.

I believe that my knowledge of human resource processes and AABS experience will provide a strong basis for my competency and usefulness as a member of the AABS family. I come from a working class background, and I had to work throughout my college career. I have extensive knowledge with time management and organization skills. For the past two years I have worked as a graduate assistant for the human resources/payroll team in the Academic Affairs Business Services office. I have worked directly under the supervision of Lee Starnes, and have become extremely familiar with all of the operational aspects of the business coordinator II position that Academic Affairs Business Services is currently looking to fill. I believe that my familiarity with the position and the other members of the team will provide for an easy transition. I have also worked to some extent with the other AABS teams and am familiar with some of their processes as well. I feel that with my background as a sociologist, I bring additional resources to the HR/PR team and AABS as a whole. My understanding of people and groups will be very useful in creating a personable and understanding relationship with AABS customers.

I feel confident with my knowledge, ability, and eagerness to contribute to the Aggie community, that I will be a great addition to the AABS family. I am eager to hear from you regarding this position, and the possibility to interview for the position. You can contact me by phone at (619) 370-5340 or by e-mail at mad619@neo.tamu.edu Thank you very much for your time and consideration.


Sincerely,
Mark Dawson

STUDENT NAME: DAWSON.MARK ANTHONY II
CAMPUS ID    :
SSN          :

BIRTH DATE:

## ISSUED TO STUDENT

TRANSFER CREDIT

| INSTITUTION | TO DATE | SEMESTER UNITS ATTEMPT | ACCEPT | GRADE POINTS | |
|---|---|---|---|---|---|
| SOUTHWESTERN CC | 05/08 | 87.0 | 70.0 | 305.0 | * |
| SAN DIEGO ST U EXT | 12/08 | 0.0 | 1.0 | 0.0 | # |
| SIMS/R TRANSFER TOTALS | | 87.0 | 71.0 | 305.0 | GPA: 3.50 |

* MAXIMUM 70.0 UNITS ALLOWED FROM COMMUNITY COLLEGES COURSES
# MAXIMUM 24.0 UNITS ALLOWED FROM EXTENSION AND OPEN UNIVERSITY COURSES

UNDERGRADUATE RECORD

| EXTENSION SUMMER 2008 | | UNITS | | GRADE | | REF |
|---|---|---|---|---|---|---|
| GEN S 0250 | UNIV SEMINAR - TRANSFERS | 1.0 | | CR | | CR/NCR |
| SDSU CUMULATIVE TOTALS: | | 0.0 | 0.0 | 0.0 | | GPA: 0.00 |

| FALL 2008 | | UA | UE | GRADE | PTS | REF |
|---|---|---|---|---|---|---|
| AMIND 0440 | AMERICAN INDIAN HISTORY | 3.0 | 3.0 | A | 12.0 | |
| CCS 0301 | POLIT ECON CHICANO PEOPLE | 3.0 | 3.0 | A- | 11.1 | |
| GEOL 0303 | NATURAL DISASTERS | 3.0 | 3.0 | A- | 11.1 | |
| SOC 0355 | MINORITY GROUP RELATIONS | 3.0 | 3.0 | A- | 11.1 | |
| SOC 0456 | COLLECTIVE BEHAVIOR | 3.0 | 3.0 | A | 12.0 | |
| TERM TOTALS: | | 15.0 | 15.0 | | 57.3 | GPA: 3.82 |
| SDSU CUMULATIVE TOTALS: | | 15.0 | 15.0 | | 57.3 | GPA: 3.82 |

DEAN'S LIST - SEMESTER HONORS

| SPRING 2009 | | UA | UE | GRADE | PTS | REF |
|---|---|---|---|---|---|---|
| ANTH 0350 | CULTURES AROUND THE GLOBE | 3.0 | 3.0 | A | 12.0 | |
| POL S 0380 | HUMAN RIGHTS GLOBAL PERSP | 3.0 | 3.0 | B- | 8.1 | |
| PSY 0340 | SOCIAL PSYCHOLOGY | 3.0 | 3.0 | B | 9.0 | |
| RWS 0305W | WRITNG IN VARIOUS SETTNGS | 3.0 | 3.0 | B | 9.0 | |
| TERM TOTALS: | | 12.0 | 12.0 | | 38.1 | GPA: 3.17 |
| SDSU CUMULATIVE TOTALS: | | 27.0 | 27.0 | | 95.4 | GPA: 3.53 |

| FALL 2009 | UA | UE GRADE | PTS REF |
|---|---|---|---|

* * * * CONTINUED ON NEXT PAGE * * * *

*********************************************************************************

MARK DAWSON

This official university transcript is printed on
security paper and does not require a raised seal.

CERTIFIED TO BE A CORRECT TRANSCRIPT OF RECORD.
STUDENT IN GOOD STANDING UNLESS OTHERWISE INDICATED.
TRANSCRIPT VOID IF ALTERED.

*Rayonne Williams*
REGISTRAR
SAN DIEGO STATE UNIVERSITY
SAN DIEGO, CALIFORNIA 92182-7453
(619) 594-0266

APP'X 652

# SAN DIEGO STATE UNIVERSITY

**OFFICE OF THE REGISTRAR**
SAN DIEGO, CALIFORNIA 92182-7453
(619) 594-6871  FAX: (619) 594-5300

## TRANSCRIPT LEGEND

This educational record is subject to the Family Educational Rights and Privacy Act of 1974, as amended. It is furnished for official use only and may not be released to or accessed by outside agencies or third parties without the written consent of the student concerned.

## ACCREDITATION

San Diego State University is accredited by the Western Association of Schools and Colleges and is approved by the Veterans Administration (see University Catalog for membership).

## ACADEMIC CALENDAR AND UNIT OF CREDIT

The University operates on a semester system with two regular semesters of approximately 15 weeks in duration. The summer term is approximately 12 weeks. Credits are listed as semester units. One unit or credit hour represents 50 minutes of recitation or lecture, together with the required preparation, or three hours of laboratory work or two hours of activities, each week for a semester.

## GRADING SYSTEM

Effective September, 1956 the grade point system was changed from 3.0 to 4.0. The following grades and grade points are used in reporting the standing of students at the end of each semester.

A = Outstanding - 4.0 grade points
B = Praiseworthy - 3.0 grade points
C = Average - 2.0 grade points
D = Minimally Passing - 1.0 grade point
F = Failure - 0.0 grade points (prior to September 1948, minus 1.0 grade point)
+ or - = The Plus (+) notation adds 0.3 grade points per unit; the minus (-) notation subtracts 0.3 grade points per unit.
I = Authorized Incomplete (September 1953 to 1956, not counted in student's grade point average; 1956 to 1974, counted in student's grade point average; since 1974, counted in grade point average after one year).
IC = Incomplete Charged (counted in grade point average).
CR = Credit (units earned only; does not affect grade point average).
NC = No credit (does not affect grade point average).
W = Withdrawal (not counted in grade point average).
AU = Audit (not counted in grade point average).
RP = Report in Progress (not counted in grade point average). Grade introduced Fall 2002
SP = Satisfactory Progress (not counted in grade point average). Grade used through Summer 2002
WU = Withdrawal Unauthorized (counted as failure). Grade introduced Fall 2002
U = Unauthorized Withdrawal (counted as failure). Grade used through Summer 2002
RD = Report Delayed (grade not yet submitted by instructor).

Any explanation of San Diego State University grading system from 1897 to 1948 will be given upon request.

## COURSE NUMBERS (Prior to Fall 1975)

Lower Division
    0 - 99 = Freshman or Sophomore
Upper Division
    100 - 199 = Junior or Senior
Graduate
    200 - 275 = Graduate

## COURSE NUMBERS (Effective Fall 1975)

Lower Division
    100 - 299 = Freshman or Sophomore
Upper Division
    300 - 499 = Junior or Senior
    500 - 599 = Acceptable for Advanced degrees
Graduate
    600 - 799 = Graduate
    800 - 899 = Doctoral
    900 = Graduate Professional Curricula

## REFERENCE VALUES (REF)

| | | |
|---|---|---|
| 0 | = | Repeat of High School Language |
| 1 | = | Course Repeated |
| 2 | = | Late Change of Program Adjustment |
| 3 | = | Incomplete Charged |
| 4 | = | Incomplete Removed |
| 5 | = | Grade Changed |
| 6 | = | Exceeded Maximum Credit Allowed |
| 7 | = | SP/RP Removed |
| 8 | = | Credit Reinstated |
| 9 | = | RD Changed |
| A | = | Postgraduate Credit Toward Masters |
| B | = | Postgraduate Credit Toward Credential |
| BM | = | Credit Applies to Bachelors and Masters Concurrent Degrees |
| C | = | Postgraduate Credit Subsequent Degree |
| F | = | No Credit Allowed |
| G | = | Undergraduate Credit Only |
| H | = | Lower Division Credit Only |
| I | = | Included in GPA Calculation |
| J | = | Partial Repeat |
| K | = | Administrative |
| L | = | Course Forgiveness Form Filed/Incomplete Removed |
| M | = | Course Forgiveness Form Filed/Miscellaneous Changed |
| N | = | Course Forgiveness Form Filed |
| O | = | Repeat of Transfer Course |
| P | = | Credit by Examination |
| R | = | Course Repeated/Included in GPA Calculation |
| S | = | Course Repeated Grade Adjustment |
| T | = | Grading Adjustment |
| U | = | Time Limit for Advanced Degree Credit Extended by Examination |
| V | = | Not a Part of Advanced Degree Program |
| W | = | RP Charged |
| Z | = | Crossover Class |
| @ | = | Units Not Applicable to Degree |

## PROBATION AND DISQUALIFICATION

Effective September 1972, any student whose scholarship is below the minimum grade point average requirements for all college/university work undertaken or for all work taken at this university is placed on probation. Any student already on probation whose scholarship falls below the required average is subject to disqualification. Students with classified graduate standing in the Graduate Division whose scholastic records are unsatisfactory are required to withdraw from the Graduate program and revert to unclassified postbaccalaureate standing. Refer to current catalog for additional details regarding probation.

## SPECIAL SESSIONS

Special sessions course work, offered through the College of Extended Studies, is accepted as residence credit. These courses will print under the Special Sessions heading on the transcript. The corresponding unit and grade point values will be included in the main campus grade point average.

## EXTENSION / OPEN UNIVERSITY

Extension courses, including Open University courses, are offered through the College of Extended Studies. Open University courses are offered in the regular university curriculum and qualified extension students may enroll by special permission of the department chair and instructor. Open University courses taken Spring 1998 or after are offered for residence credit. Open University courses taken prior to Spring 1998 and all Extension courses are not offered for residence credit, but are considered the same as transfer credit. Note: Some professional advancement courses numbered X-01 through X-79 and X-397 continue to be offered through Extension. These courses are not acceptable toward a degree.

VFT U.S. Patents: TamperSafe® 5,772,248, NaNOcopy™ 6,692,030, SafeImage⁺  |  WWW.ISP-VFT.COM



APPX 653

STUDENT NAME: DAWSON,MARK ANTHONY II
CAMPUS ID    :                                           BIRTH DATE:
SSN          :

ISSUED TO STUDENT

| | | | UA | UE | GRADE | PTS | REF |
|---|---|---|---|---|---|---|---|
| ANTH  0360 | MODERN  FORENSIC ANTH | | 3.0 | 3.0 | A- | 11.1 | |
| POL S 0430 | IMMIGRATION & BORDER POL | | 3.0 | 3.0 | B+ | 9.9 | |
| PSY   0351 | PSYCHOLOGY OF PERSONALITY | | 3.0 | 3.0 | A- | 11.1 | |
| SOC   0401 | SOCIAL THEORY | | 3.0 | 3.0 | A- | 11.1 | |

TERM TOTALS:                          12.0 12.0       43.2      GPA: 3.60
SDSU CUMULATIVE TOTALS:               39.0 39.0      138.6      GPA: 3.55
DEAN'S LIST - SEMESTER HONORS

SPRING 2010                           UA   UE GRADE  PTS REF

| | | UA | UE | GRADE | PTS | REF |
|---|---|---|---|---|---|---|
| GEN S 0400 | PROF EXP & COMMUN SERVICE | 0.0 | 3.0 | CR | 0.0 | CR/NCR |
| SOC   0403 | CONTEMP SOCIOLOGY THEORY | 3.0 | 3.0 | B+ | 9.9 | |
| SOC   0457 | PROTESTS,REFORMS & REVOL | 3.0 | 3.0 | B+ | 9.9 | |
| SPAN  0201 | INTERMEDIATE SPANISH I | 4.0 | 4.0 | A- | 14.8 | |

TERM TOTALS:                          10.0 13.0       34.6      GPA: 3.46
SDSU CUMULATIVE TOTALS:               49.0 52.0      173.2      GPA: 3.53

TRANSFER CUMULATIVE TOTALS:           87.0 71.0      305.0      GPA: 3.50
OVERALL CUMULATIVE TOTALS:           136.0 123.0     478.2      GPA: 3.51

```
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
+ MAY 25, 2010 AWARDED BACHELOR'S DEGREE                                      +
+ DEGREE: BA CUM LAUDE                                                        +
+ MAJOR : SOCIAL SCIENCE                                                      +
+ WITH DISTINCTION IN: SOCIAL SCIENCE                                         +
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
```

GRADUATE RECORD

*** END OF ACADEMIC RECORD ***

EFFECTIVE SPRING 1998: OPEN UNIVERSITY EQUALS RESIDENCE CREDIT

```
*********************************************************************************
```

This official university transcript is printed on
security paper and does not require a raised seal.

CERTIFIED TO BE A CORRECT TRANSCRIPT OF RECORD.
STUDENT IN GOOD STANDING UNLESS OTHERWISE INDICATED.
TRANSCRIPT VOID IF ALTERED.

*Layanne Williams*

REGISTRAR

MARK DAWSON

SAN DIEGO STATE UNIVERSITY
SAN DIEGO, CALIFORNIA 92182-7453
(619) 594-0266

**APP'X 654**

# SAN DIEGO STATE UNIVERSITY

OFFICE OF THE REGISTRAR
SAN DIEGO, CALIFORNIA 92182-7453
(619) 594-6871  FAX: (619) 594-5300

## TRANSCRIPT LEGEND

This educational record is subject to the Family Educational Rights and Privacy Act of 1974, as amended. It is furnished for official use only and may not be released to or accessed by outside agencies or third parties without the written consent of the student concerned.

## ACCREDITATION

San Diego State University is accredited by the Western Association of Schools and Colleges and is approved by the Veterans Administration (see University Catalog for membership).

## ACADEMIC CALENDAR AND UNIT OF CREDIT

The University operates on a semester system with two regular semesters of approximately 15 weeks in duration. The summer term is approximately 12 weeks. Credits are listed as semester units. One unit or credit hour represents 50 minutes of recitation or lecture, together with the required preparation, or three hours of laboratory work or two hours of activities, each week for a semester.

## GRADING SYSTEM

Effective September, 1956 the grade point system was changed from 3.0 to 4.0. The following grades and grade points are used in reporting the standing of students at the end of each semester.

A = Outstanding - 4.0 grade points
B = Praiseworthy - 3.0 grade points
C = Average - 2.0 grade points
D = Minimally Passing - 1.0 grade point
F = Failure - 0.0 grade points (prior to September 1948, minus 1.0 grade point)
+ or - = The Plus (+) notation adds 0.3 grade points per unit; the minus (-) notation subtracts 0.3 grade points per unit.
I = Authorized Incomplete (September 1953 to 1956, not counted in student's grade point average; 1956 to 1974, counted in student's grade point average; since 1974, counted in grade point average after one year).
IC = Incomplete Charged (counted in grade point average).
CR = Credit (units earned only; does not affect grade point average).
NC = No credit (does not affect grade point average).
W = Withdrawal (not counted in grade point average).
AU = Audit (not counted in grade point average).
RP = Report in Progress (not counted in grade point average). Grade introduced Fall 2002
SP = Satisfactory Progress (not counted in grade point average). Grade used through Summer 2002
WU = Withdrawal Unauthorized (counted as failure). Grade introduced Fall 2002
U = Unauthorized Withdrawal (counted as failure). Grade used through Summer 2002
RD = Report Delayed (grade not yet submitted by instructor).
Any explanation of San Diego State University grading system from 1897 to 1948 will be given upon request.

## COURSE NUMBERS (Prior to Fall 1975)

Lower Division
    0 - 99 = Freshman or Sophomore
Upper Division
    100 - 199 = Junior or Senior
Graduate
    200 - 275 = Graduate

## COURSE NUMBERS (Effective Fall 1975)

Lower Division
    100 - 299 = Freshman or Sophomore
Upper Division
    300 - 499 = Junior or Senior
    500 - 599 = Acceptable for Advanced degrees
Graduate
    600 - 799 = Graduate
    800 - 899 = Doctoral
    900 = Graduate Professional Curricula

## REFERENCE VALUES (REF)

| | | |
|---|---|---|
| 0 | = | Repeat of High School Language |
| 1 | = | Course Repeated |
| 2 | = | Late Change of Program Adjustment |
| 3 | = | Incomplete Charged |
| 4 | = | Incomplete Removed |
| 5 | = | Grade Changed |
| 6 | = | Exceeded Maximum Credit Allowed |
| 7 | = | SP/RP Removed |
| 8 | = | Credit Reinstated |
| 9 | = | RD Changed |
| A | = | Postgraduate Credit Toward Masters |
| B | = | Postgraduate Credit Toward Credential |
| BM | = | Credit Applies to Bachelors and Masters Concurrent Degrees |
| C | = | Postgraduate Credit Subsequent Degree |
| F | = | No Credit Allowed |
| G | = | Undergraduate Credit Only |
| H | = | Lower Division Credit Only |
| I | = | Included in GPA Calculation |
| J | = | Partial Repeat |
| K | = | Administrative |
| L | = | Course Forgiveness Form Filed/Incomplete Removed |
| M | = | Course Forgiveness Form Filed/Miscellaneous Changed |
| N | = | Course Forgiveness Form Filed |
| O | = | Repeat of Transfer Course |
| P | = | Credit by Examination |
| R | = | Course Repeated/Included in GPA Calculation |
| S | = | Course Repeated Grade Adjustment |
| T | = | Grading Adjustment |
| U | = | Time Limit for Advanced Degree Credit Extended by Examination |
| V | = | Not a Part of Advanced Degree Program |
| W | = | RP Charged |
| Z | = | Crossover Class |
| @ | = | Units Not Applicable to Degree |

## PROBATION AND DISQUALIFICATION

Effective September 1972, any student whose scholarship is below the minimum grade point average requirements for all college/university work undertaken or for all work taken at this university is placed on probation. Any student already on probation whose scholarship falls below the required average is subject to disqualification. Students with classified graduate standing in the Graduate Division whose scholastic records are unsatisfactory are required to withdraw from the Graduate program and revert to unclassified postbaccalaureate standing. Refer to current catalog for additional details regarding probation.

## SPECIAL SESSIONS

Special sessions course work, offered through the College of Extended Studies, is accepted as residence credit. These courses will print under the Special Sessions heading on the transcript. The corresponding unit and grade point values will be included in the main campus grade point average.

## EXTENSION / OPEN UNIVERSITY

Extension courses, including Open University courses, are offered through the College of Extended Studies. Open University courses are offered in the regular university curriculum and qualified extension students may enroll by special permission of the department chair and instructor. Open University courses taken Spring 1998 or after are offered for residence credit. Open University courses taken prior to Spring 1998 and all Extension courses are not offered for residence credit, but are considered the same as transfer credit. Note: Some professional advancement courses numbered X-01 through X-79 and X-397 continue to be offered through Extension. These courses are not acceptable toward a degree.

VFT U.S. Patents: TamperSafe® 5,772,248, NaNOcopy™ 6,692,030, Safelmage⁺  |  WWW.ISP-VFT.COM


APP-X 655



- Home
- Postings

  Staff
  Faculty
  Wage
  Other

Inbox

Watch List

PeopleAdmin

APPLICANT TRACKING ▾

- |
- My Profile
- Help

**Kelly Cox**, you have 4 messages.   Hiring Supervisor   ↺   logout

Postings / ... / Program Coordinator (Assessment Coordinator) (On Hold/Can Add Documentation) / Applicant Review / Susan Fox-Forrester Selected for Interview
Search Results: Next

## Job application: Susan Fox-Forrester (Staff)
Current Status: Selected for Interview
Application form: Staff Application

| Take Action On Job Application ▾ |

View Posting Applied To

Preview Application

Full name: Susan Fox-Forrester
Address:

Created by: **Susan Fox-Forrester**
Owner: **Hiring Supervisor**

Summary
Recommendations (0 of 3)
History
Reports

Username:
Email:
Phone (Primary):
Phone (Secondary):
Position Type : **Staff**
Department: **STUDENT LIFE STUDIES / 02-120044**

Personal Information

Contact Information

*called*

| | |
|---|---|
| **First Name** | Susan |
| **Middle Name** | |
| **Last Name** | Fox-Forrester |
| **Other Name Used in Employment** | Susan Fox |
| **Address1** | |
| **Address2** | |
| **City** | |
| **State** | |
| **Zip Code/Postal Code** | |
| **Home Phone or Preferred Contact Number** | |
| **Work Phone** | |
| **Email** | |

General Information

| | |
|---|---|
| **Would you be required to obtain authorization to work in the United States if you are selected for this position?** | No |
| **Have you ever been convicted of a felony or required to register as a sex offender?** | No |
| **If yes, please explain** | |
| **Are you related to any current Texas A&M System employee (for any System member) or** | No |

APP'X 656
7/30/2013

System offical (for any System
member) or to any System
regent (for any System
member?)

If yes name and position held

Are you currently employed by
a Texas A&M System agency or      No
university?

If yes, name of System agency
or university and position held

Preference Information

Are you eligible for Veteran's
Preference? Documentation         No
Required.

Are you eligible for Former
Foster Child Preference?          No
Documentation Required.

Education & Training

High School

Did you graduate from high
school or receive a GED           Yes
Certificate?

If you have not graduated or
received a GED, select highest
level completed?

Education

| | |
|---|---|
| Name of School | Sul Ross State University |
| City | Alpine |
| State | TX |
| Number of Credit Hours Completed | |
| Major | Counseling |
| Minor | |
| Did you graduate? | Yes |
| Diploma or degree earned | Masters in Education |

| | |
|---|---|
| Name of School | St. Norbert College |
| City | De Pere |
| State | WI |
| Number of Credit Hours Completed | |
| Major | Organizational Communications |
| Minor | |
| Did you graduate? | Yes |
| Diploma or degree earned | Bachelor of Arts |

**APP'X 657**
7/30/2013

Training and Additional Information

**Other education/training/skills**

**Computer skills (hardware and software)**    Microsoft Office Suite, Banner, Social Media including Hootesuite Analytical, Adobe Acrobat X Pro, Blackboard, Panopto Video Capture, WebEX

**Current professional licenses/certifications/registrations**

**Related volunteer experience**

**Other skills and talents related to the position you are applying for**

## Employment History

Previous Employers

| | |
|---|---|
| **Employer** | Sul Ross State University |
| **Address** | Hwy 90 E, C171 |
| **City** | Alpine |
| **State** | TX |
| **Telephone** | 4328378011 |
| **Supervisor Name** | Leo Dominguez |
| **Type of Business** | University |
| **Job Title** | Director of Career Services and Testing |
| **Employment Begin Date** | 02/01/2010 |
| **Employment End Date** | |
| **Average Hours Worked Per Week** | 50 |

**Duties**    Design, market and deliver career and testing services for approximately 1900 students and alumni. Includes career strategy training, internship and student employment coordination and employer recruiting events. Career services client contacts increased 17% since 2010.
Manage testing and proctoring services, including accurate and reliable delivery of college entrance and placement exams, and Texas college readiness exams. Coordinate and deliver the Collegiate Learning Assessment to freshmen and seniors as part of the SACS Quality Enhancement Program on campus.
Develop, deliver and assess workshops on various career readiness skills within classes, learning communities, group workshops and student organizations. Collaborate with professors, advisers and student leaders to identify goals, learning outcomes and subsequent assessments to measure effectiveness, customized for each workshop if necessary. Train students to define and record goals and results within the electronic portfolio co-curricular transcript.
Developed an interdisciplinary internship process for use by campus departments and outside employers. Includes working with departments to develop learning outcomes and goals for the internship, and post internship assessments.
Direct campus student employment. Conducted a needs assessment in 2010, resulting in an updated and more efficient process and continue to assess after each hiring cycle.

**Monthly or Hourly Salary**    $3192.92/month

**Reason For Leaving**    Moving to College Station by end of Summer 2013

| | |
|---|---|
| **Employer** | Sul Ross State University |
| **Address** | Rio Grande Research Center, Brick #2 |
| **City** | Alpine |

**APP'X 658**

| | |
|---|---|
| State | TX |
| Telephone | 4328378011 |
| Supervisor Name | Dr. Kevin Urbanzyk |
| Type of Business | University Research Center |
| Job Title | Site Director Texas Prefreshmen Engineering Program |
| Employment Begin Date | 06/02/2008 |
| Employment End Date | 01/29/2010 |
| Average Hours Worked Per Week | 40 hrs/wk summer, 10 hrs/wk sept-may |
| Duties | Managed the daily operations of the USDA grant funded TexPREP mathematics enhancement summer program for middle school students through the Rio Grande Research Center at the University. Recruited, interviewed, hired and evaluated instructors, graduate student mentors and daily speakers to deliver the program. Marketed program to area school district administrators, teachers and parents. Student participation tripled from the first to second summers of the program. Created the data collection instrument, coordinated the data collection and drafted the yearly USDA-CRIS Progress Report for the Program Investigator. Required obtaining demographic and assessment results from three additional Texas campuses funded by this USDA grant. |
| Monthly or Hourly Salary | 3838/month summers; 959/month sept-may |
| Reason For Leaving | New position with University |
| Employer | Sul Ross State University |
| Address | Hwy 90 E |
| City | Alpine |
| State | TX |
| Telephone | 4328378011 |
| Supervisor Name | Grace Duffy |
| Type of Business | University |
| Job Title | Counseling Intern |
| Employment Begin Date | 08/27/2009 |
| Employment End Date | 12/04/2009 |
| Average Hours Worked Per Week | 20hrs/week |
| Duties | Provide counseling to college students as part of my graduate school program. |
| Monthly or Hourly Salary | 7.25/hour |
| Reason For Leaving | Internship ended. |
| Employer | Sul Ross State University |
| Address | Hwy 90 East, Ferguson Hall |
| City | Alpine |

App'x 659
7/30/2013

| | |
|---|---|
| State | TX |
| Telephone | 4328378011 |
| Supervisor Name | Dr. Kathy Stein |
| Type of Business | University |
| Job Title | Writing Tutor and Student Worker |
| Employment Begin Date | 02/04/2008 |
| Employment End Date | 05/08/2009 |
| Average Hours Worked Per Week | 20hrs/week |
| Duties | Tutor college students taking developmental reading and writing. |
| Monthly or Hourly Salary | 7.25/hour |
| Reason For Leaving | End of school year. |

| | |
|---|---|
| Employer | JCPenney, Inc |
| Address | 6501 Legacy Drive |
| City | Plano |
| State | TX |
| Telephone | 9724311000 |
| Supervisor Name | Val Harris |
| Type of Business | Retail Corporate office |
| Job Title | Project Specialist, Global Color Evaluation, Product Development Services |
| Employment Begin Date | 08/01/2002 |
| Employment End Date | 10/31/2006 |
| Average Hours Worked Per Week | 60 |
| Duties | Developed and managed the global color evaluation services for 20 JCPenney private wearing apparel brands, including coordination and direction of 6 offices in 6 countries, with color services operating budgets over $1,000,000. Designed training and operating procedures for use by both domestic and foreign color evaluation staff. Involved implementing and overseeing proper visual and instrumental assessment methods to guarantee reliable and valid evaluation processes. Initiated a vendor color certification process, requiring presentations to corporate heads of merchandising, product development and design in effort to gain compliance and support for this new process. Met with vendor owners, presidents and operating managers to present this certification process and work through its effect on the merchandise development and production process. |
| Monthly or Hourly Salary | 6625/month |
| Reason For Leaving | Moving to Alpine for graduate school |

| | |
|---|---|
| Employer | JCPenney Inc Research &Technology Laboratory |
| Address | 1505 Wallace Drive, Suite 102 |
| City | Carrollton |

| | |
|---|---|
| State | TX |
| Telephone | 9724311000 |
| Supervisor Name | Dr. Margit Machacek |
| Type of Business | Product Testing Center for consumer products |
| Job Title | Engineer, Home Textiles- Color, Research and Technology Laboratory |
| Employment Begin Date | 07/01/1999 |
| Employment End Date | 07/31/2002 |
| Average Hours Worked Per Week | 50 |
| Duties | Directed the research performance testing and evaluation of private label home textiles, including comparative product analysis and recommendations for improvement to product develop managers, merchandise managers and buyers. Collaborated with peers to develop an in-house computer program enabling efficient, reliable and accurate assessment of comparative test data. Initiated electronic color measurement and evaluation of home textiles and apparel, improving efficiencies of color selection and shade control processes. |
| Monthly or Hourly Salary | 5771.58 |
| Reason For Leaving | Transferred to Home/Corporate Office |

## Professional References

Professional References

| | |
|---|---|
| First Name | Karen |
| Last Name | Brown |
| Email | kbrown2@sulross.edu |
| Primary Phone | 4328378443 |
| How do you know this reference? | Colleague |
| Email Link | http://jobpath.tamu.edu/ref/new/3458/e897047c16da6fe507b1e9d03f4671db |

| | |
|---|---|
| First Name | Mary |
| Last Name | Bennett |
| Email | mbennett@sulross.edu |
| Primary Phone | 4328378478 |
| How do you know this reference? | Colleague |
| Email Link | http://jobpath.tamu.edu/ref/new/3461/1a916de3dd40de5dc4a5e8ec5328e17f |

| | |
|---|---|
| First Name | Grace |
| Last Name | Duffy |
| Email | gduffy@sulross.edu |
| Primary Phone | 4328378691 |

| How do you know this reference? | Former Supervisor/Colleague |
|---|---|
| Email Link | http://jobpath.tamu.edu/ref/new/3466/092d2f84cbeb715d2d3ff656d82ee902 |

## Supplemental Questions

Required fields are indicated with an asterisk (*).

1. * Where did you see this position advertised?
   1. The Chronicle of Higher Education
   2. HigherEd Jobs
   3. Workplace Diversity
   4. Work In Texas
   5. Higher Education Recruitment Consortium (HERC)
   6. Job Fair
   7. ⊙ This Website
   8. Other
   9. No Answer

2. If you selected Other, please let us know where you saw the position advertised.

   **Qualification Group Name:** M29956
   **Result:** Passed
   (view Qualification Group details)

3. * Select which of the following best represents your educational training.
   1. Completed high school diploma or GED
   2. 15 college credit hours
   3. 30 college credit hours
   4. 45 college credit hours
   5. 60 college credit hours
   6. 75 college credit hours
   7. 90 college credit hours
   8. 105 college credit hours
   9. 120 or more college credit hours
   10. Completed a Bachelor's degree
   11. ⊙ Completed a Master's degree
   12. Completed a Doctoral degree
   13. No Answer

4. * Select the response that best represents the number of years of administrative or project experience in Student Affairs or related area.
   1. None
   2. Less than one
   3. 1
   4. 2
   5. 3
   6. ⊙ 4
   7. 5
   8. 6
   9. 7
   10. 8
   11. 9
   12. 10
   13. 11 or more
   14. No Answer

## Certification

I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief. I understand that any falsification, misrepresentation, or omission of fact made herein or at any point in the hiring process may be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change.

I authorize Texas A&M System members to make checks relating to my employment, education and any licenses. I also authorize all current and prior employers to provide full details concerning my past employment. I understand that this application and all attachments are the property of Texas A&M System members as applicable. I understand a criminal history check may be required as specified by the appropriate System Member.

The Texas A&M System members are at-will employers and may dismiss employees with or without cause. I understand that if employed by a Texas A&M System component member I will be an at-will employee and may be dismissed from employment with or without cause unless I have a legally different status.

I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire.

I understand that any offer of employment is contingent upon my completing the U.S. Citizenship and Immigration Services Form I-9 and providing documents to verify my identity and employment eligibility as required by law. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work.

**APP'X 662**
7/30/2013

I certify that I have read and agree with these statements. ☑

|sfl_____| Please enter your initials to verify your identity.

*Submitted on June 05, 2013 at 05:49 pm by Susan Fox-Forrester*

Required Documents

| Document Type | Name | Conversion Status |
|---|---|---|
| Resume | Resume 06-05-13 16:54:48 (56.8 KB) | PDF complete |
| Cover Letter | Cover Letter 06-05-13 16:55:29 (38.7 KB) | PDF complete |

Optional Documents

| Document Type | Name | Conversion Status |
|---|---|---|
| Curriculum Vitae | - | • |
| Transcript | Transcript 06-05-13 16:56:01 (643 KB) | PDF complete |
| Other Document 1 | Other Document 1 06-05-13 16:56:37 (642 KB) | PDF complete |
| Other Document 2 | - | • |
| Other Document 3 | - | • |

Recommendation Documents

No recommendations submitted.

PDF Documents

**Document Type**

| Application | Recreate PDF |
|---|---|
| Application and attached documents | Recreate PDF |

PeopleAdmin  Better Talent. Better Future.          Copyright 2013 All Rights Reserved.          Help

APP'X 663
7/30/2013

Susan Fox Forrester

May 31, 2013

Dr. Darby Roberts
Chair, Student Life Studies
Texas A&M University

Dear Dr. Roberts:

I am writing to apply for the Program (Assessment) Coordinator position N.O.V. #131128 at Texas A& M University in College Station, TX. Currently I am the Career and Testing Services Director at Sul Ross State University in Alpine, TX. I have three years' experience within student affairs and additional experience directing and coordinating an outreach grant at Sul Ross State University. Through these experiences, as well as those prior to my academic career, I have a strong history of developing assessments for measuring effectiveness of programs and projects, including student activities and workshops, as well as I have been privileged to present findings and recommend changes and improvements to a variety of audiences. These skills are similar to those listed as desired of the Assessment Coordinator for Student Affairs at Texas A&M.

In my current position part of my responsibilities include managing testing services available to students, staff and the community. Along with maintaining proper testing methods to ensure compliance and reliability, to remain a relevant and desired service requires frequent collaboration with academic and non- academic partners on campus. Also, as the primary purveyor of career services, I work with professors, department and student leaders to deliver relevant career oriented content within classes, learning communities and student organizations. All career service activities include assessments, so prior to delivery of any career- related content, the relevant leader(s) and I collaborate to define the activity's goal and learning outcomes, measurement method and subsequent reporting of results. I also train our students on use of the electronic portfolio available to them as Sul Ross students; helping them define and highlight their goals, reflections, and results of participation in student activities on and off campus. Finally, before joining Sul Ross State University, I held progressive management positions at JCPenney, Inc. primarily within quality control and research testing. As a result, I am experienced with large research projects which include literature review, test design, report writing, working with and presenting to diverse audiences.

I am planning a move to the College Station area and am hoping you will consider my skills and experience as a fit for this position. Although not a former student of Texas A&M, I know many and have found their enthusiasm for their education and experience very engaging – and long lasting! It would be a privilege to be part of the Texas A&M community and brand that can create such loyalty, and hope for consideration of becoming so. I look forward to meeting with you, and can be reached at my cell number (432)294- 1276 or at the email attached. Thank you for your time and consideration.

Sincerely,

Susan Fox Forrester

# Susan Fox Forrester

PROFESSIONAL EXPERIENCE

Sul Ross State University, Alpine, TX
**Director,** Career Services & Testing, 2010-present
- Design, market and deliver career and testing services for approximately 1900 students and alumni. Includes career strategy training, internship and student employment coordination and employer recruiting events. Career services client contacts increased 17% since 2010.
- Manage testing and proctoring services, including accurate and reliable delivery of college entrance and placement exams, and Texas college readiness exams.
- Coordinate and deliver the Collegiate Learning Assessment to freshmen and seniors as part of the SACS Quality Enhancement Program on campus.
- Develop, deliver and assess workshops on various career readiness skills within classes, learning communities, group workshops and student organizations. Collaborate with professors, advisors and student leaders to identify goals, learning outcomes and subsequent assessments to measure effectiveness, customized for each workshop if necessary. Train students to define and record goals and results within the electronic portfolio co-curricular transcript.
- Developed an interdisciplinary internship process for use by campus departments and outside employers. Includes working with departments to develop learning outcomes and goals for the internship, and post internship assessments.
- Manage employer – student interactive recruiting events, including recruiting employer representatives, and marketing events to students. 2012-2013 events experienced a 55% increase in employer participation and a 67% in campus community participation.
- Direct campus student employment. Conducted a needs assessment in 2010, resulting in an updated and more efficient process and continue to assess after each hiring cycle. Collaborate with hiring departments to define position needs and requirements, identify qualified candidates, recommend onboarding practices and follow through the complete hiring process.

**Site Director**, Texas Prefreshmen Engineering Program (TexPREP), 2008-2010
- Managed the daily operations of the USDA grant funded TexPREP mathematics enhancement summer program for middle school students through the Rio Grande Research Center at the University.
- Recruited, interviewed, hired and evaluated instructors, graduate student mentors and daily speakers to deliver the program.
- Marketed program to area school district administrators, teachers and parents. Student participation tripled from the first to second summers of the program.
- Created the data collection instrument, coordinated the data collection and drafted the yearly USDA-CRIS Progress Report for the Program Investigator. Required obtaining demographic and assessment results from three additional Texas campuses funded by this USDA grant.

JCPenney, Inc, Plano, TX
Most recent management positions:
**Project Specialist**, Global Color Evaluation, Product Development Services, 2002-2006
- Developed and managed the global color evaluation services for 20 JCPenney private wearing apparel brands, including coordination and direction of 6 offices in 6 countries, with color services operating budgets over $1,000,000.
- Designed training and operating procedures for use by both domestic and foreign color evaluation staff. Involved implementing and overseeing proper visual and instrumental assessment methods to guarantee reliable and valid evaluation processes.
- Initiated a vendor color certification process, requiring presentations to corporate heads of merchandising, product development and design in effort to gain compliance and support for this new process. Met with vendor owners, presidents and operating managers to present this certification process and work through its effect on the merchandise development and production process.

**Merchandise Evaluation Engineer,** Home Textiles-Color Development,
Research Technology Laboratory, 1999-2002
- Directed the research performance testing and evaluation of private label home textiles, including comparative product analysis and recommendations for improvement to product develop managers, merchandise managers and buyers. Collaborated with peers to develop an in-house computer program enabling efficient, reliable and accurate assessment of comparative test data.
- Initiated electronic color measurement and evaluation of home textiles and apparel, improving efficiencies of color selection and shade control processes.

EDUCATION

**Master of Education, Counseling,** Sul Ross State University, Alpine, TX   2009

**Bachelor of Arts, Organizational Communications,** St. Norbert College, De Pere WI
    Magna cum Laude, 1983

PROFESSIONAL AFFILIATIONS

Mentoring Committee, Sul Ross State University, 2013
Staff Council, Sul Ross State University, 2012- present
    Treasurer/Secretary
National Association of Colleges and Employers, 2010- present
Southern Association of Colleges and Employers, 2011- present
Texas Counseling Association, 2009 – present
American Association of Textile Colorists and Chemists, 1994- 2007

# Susan Fox-Forrester

## Experience

Assessment Coordinator, Student Life Studies, Texas A&M University, College Station, TX, 2013-Present

- Responsible for assisting student organizations and departments within the Division of Student Affairs (DSA) in developing assessments to measure effectiveness and efficiency of operations, and aligning those assessments with departmental, divisional and University strategic planning. Provide results, recommendations and sharing those results through written reports, data visualization and presentations.
- Experienced in guiding and training staff in developing and implementing assessment instruments to measure student learning within student employment and co-curricular experiences. Includes use of rubrics, such as American Association of Colleges and University VALUE rubrics, Student Learning Outcome (TAMU), National Association of College Activities (NACA) NEXT (Navigating Employability and eXperience Tool) and qualitative methods (focus groups).
- Provide feedback to Division of Student Affairs departments regarding assessment plans. Includes recommendations of mapping outcomes to the University undergraduate student learning outcomes and developing student learning outcomes which include marketable skills and employment competencies.
- Collaborate in developing and presenting training workshops regarding assessment methods, equity in assessment, survey design, documenting student learning and using online tools to manage and track student engagement and learning in the co-curricular.
- Responsible for maintaining the department website, coordinating the website offering of on-demand online training videos.
- Experienced in leading committees within higher education as co-chair of the Division of Student Affairs Staff Development Team, 2016 -2018 and chair, External Relations committee, Student Affairs Assessment Leaders, 2018-2019.

Career Services and Testing Director, Sul Ross State University, Alpine, TX, 2010-2013

- Managed, marketed, and delivered career and testing services for approximately 1900 undergraduate and graduate students and alumni. Responsible for creating and meeting budgets for both services, using state and revenue funds. Hired and supervised professional and student staff.
- Designed, delivered, and assessed career planning and job search seminars within classes, learning communities, group workshops and student organizations. Collaborated with professors, advisors and student leaders to identify goals, learning outcomes and subsequent assessments to measure effectiveness.
- Experienced in developing and coordinating career strategy training for students, planning and executing career fairs and other employer recruiting events, both face to face and through web-based, online delivery. Client contacts increased 17% between 2010 and 2013.
- Reviewed resumes for graduate, undergraduate and international students. Provided and trained students on electronic portfolio co-curricular transcript, including managing and tracking their learning and competencies developed through co-curricular experiences.
- Developed an interdisciplinary internship process for use by campus departments and employers. Included working with departments, developing outcomes, and post internship assessments.
- Directed campus student employment. Collaborated with hiring departments to define position requirements and online posting. Identified qualified candidates, recommended on-boarding practices, and followed through the complete hiring process.

Site Director, Texas Pre-freshmen Engineering Program (TexPREP), Sul Ross State University, Alpine TX, 2008-2010

- Managed the daily operations of the USDA grant funded TexPREP mathematics enhancement summer program for middle school students through the Rio Grande Research Center at the University. Responsibilities included hiring and onboarding instructors, recruiting participants, and coordinating daily career speakers.
- Created the data collection instrument, coordinated the data collection, and drafted the yearly USDA-CRIS Progress Report for the Program Investigator.

Project Specialist, Global Color Evaluation, Product Development Services, JCPenney, Inc., Plano, Tx, 2002-2006
- Developed and managed the global color evaluation services for 20 JCPenney private wearing apparel brands, including coordination and direction of six offices in six countries, with color services operating budgets over $1,000,000.
- Initiated a color certification process, requiring presentations and collaboration with corporate executives leading product development, merchandising, and design to gain compliance and support for the process.  Met with vendor owners, presidents, and operating managers to present certification process and work through its effect on the merchandise development and production processes.
- Designed training and operating procedures for use by domestic and foreign color evaluation staff. Responsible for direct supervision of 10 professional staff within the US, indirect supervision of nine associates in five Asian offices, and one European office.

Sr. Merchandise Evaluation Engineer, Home Textiles-Color Development, JCPenney, Inc., Plano, TX, 1999-2002
- Directed the research performance testing and evaluation of private label home textiles, including comparative product analysis and recommendations for improvement to product develop managers, merchandise managers and buyers. Collaborated with peers to develop an in-house computer program enabling efficient, reliable and accurate assessment of comparative test data.
- Initiated electronic color measurement and evaluation of home textiles and apparel, improving efficiencies of color selection and shade control processes.

## Education
Masters of Education (M.Ed.), Counseling, Sul Ross State University, Alpine, TX

Bachelor of Arts, Organizational Communications, St. Norbert College, De Pere Wi
    Magna Cum Laude

## Skills/Awards/Committee/Volunteer Experiences
- SPSS- descriptive statistical analysis, Microsoft Office-Word, Excel, PowerPoint, Qualtrics
- The Award of Distinction, Division of Student Affairs, Texas A&M University, 2019
- Staff Development Team, Division of Student Affairs, Texas A&M University, 2015 - present
    o Co-Chair, 2016-2018
- New Student Conference Committee, Texas A&M University, 2017-present
- Student Organizations Funding Advisory Board, Texas A&M University, 2015-present
- MaroonLink Governance Council, Division of Student Affairs, Texas A&M University, 2015-2018
- Division of Student Affairs Assessment Team, Texas A&M University, 2013-present
- University Staff Council, Sul Ross State University, 2012-2013
- Facilitator, AUW Start Smart/Work Smart Salary Negotiation Workshop, 2018 – present
- Facilitator, Introduction to CliftonStrengths, Strengths in Teams, 2014-present
- Volunteer - Student Conduct Panels and Volunteer Investigator, Texas A&M University, 2015-present

## Professional Affiliations and Presentations
- National Association of Student Personnel Administrators (NASPA), 2013 – present
- Student Affairs Assessment Leaders, 2014 -present
    o Chair, External Relations committee, 2018-2019
- National Association of Colleges and Employers (NaCE), 2010-2013
- Summer Advisor & Supervisor Symposium (SASS), Texas A&M University, June 2018
    o Presentation, *To Market, To Market – Translating Student Experiences to the "real world"*

Susan Fox-Forrester

March 20, 2022

Ms. Kelly Cox
Student Life Studies
Texas A&M University
222 John J. Koldus Building
College Station, TX  77843-1254

Dear Kelly:

As the next step in my career within Student Affairs assessment, I am submitting this letter of interest, resume and application for the Manager of Student Learning opening within Student Life Studies.  As the Assessment Coordinator within that same department, I have experience developing and implementing assessments measuring learning within the co-curricular, using methods such as rubrics, reflection activities and focus groups.  That experience also includes sharing results, making meaning of data using a variety of means to enhance clarity of communication, including short informational graphics, oral presentations, and more formal written reports. Skills necessary to successfully execute the duties and responsibilities of the Manager of Student Learning.

It notes in the position posting the importance of working with division staff to align students' co-curricular experiences to division and university learning outcomes.  Most recently I had the pleasure to continue the work of the previous Manager of Student Learning, by working with Texas A&M Student Activities advisors and student leaders to develop learning outcomes that align with these students' roles as leaders and the university undergraduate learning outcomes. I observed the initial meeting facilitated by the previous Manager of Student Learning, which included groups of student leaders brainstorming ideal outcome language, allied with a more inclusive and equitable assessment process.  Following that meeting, I worked with the student activities advisor and a smaller group of student leaders to narrow the focus of the outcome language, resulting in learning outcomes developed from the student perspective which map back to Texas A&M University undergraduate learning outcomes.  The process of involving the students in guiding their own learning in the co-curricular, as well as participating in the assessment of that learning, I believe, will result in more equitable, transparent assessment that can provide evidence of student learning and can guide further learning.

I look forward to meeting with you and the hiring committee to further discuss the possibility of my taking on this next challenge.  Please contact me at your earliest convenience at the telephone number or email address provided.

Regards,

Susan Fox-Forrester

# Susan Fox-Forrester

## Experience

Assessment Coordinator, Student Life Studies, Texas A&M University, College Station, TX, 2013-Present

- Responsible for assisting student organizations and departments within the Division of Student Affairs (DSA) in developing assessments to measure effectiveness and efficiency of operations, and aligning those assessments with departmental, divisional and University strategic planning. Provide results, recommendations and sharing those results through written reports, data visualization and presentations.
- Experienced in guiding and training staff in developing and implementing assessment instruments to measure student learning within student employment and co-curricular experiences. Includes use of rubrics, such as American Association of Colleges and University VALUE rubrics, Student Learning Outcome (TAMU), National Association of College Activities (NACA) NEXT (Navigating Employability and eXperience Tool) and qualitative methods (focus groups).
- Provide feedback to Division of Student Affairs departments regarding assessment plans. Includes recommendations of mapping outcomes to the University undergraduate student learning outcomes and developing student learning outcomes which include marketable skills and employment competencies.
- Collaborate in developing and presenting training workshops regarding assessment methods, equity in assessment, survey design, documenting student learning and using online tools to manage and track student engagement and learning in the co-curricular.
- Responsible for maintaining the department website, coordinating the website offering of on-demand online training videos.
- Experienced in leading committees within higher education as co-chair of the Division of Student Affairs Staff Development Team, 2016 -2018 and chair, External Relations committee, Student Affairs Assessment Leaders, 2018-2019.

Career Services and Testing Director, Sul Ross State University, Alpine, TX, 2010-2013

- Managed, marketed, and delivered career and testing services for approximately 1900 undergraduate and graduate students and alumni. Responsible for creating and meeting budgets for both services, using state and revenue funds. Hired and supervised professional and student staff.
- Designed, delivered, and assessed career planning and job search seminars within classes, learning communities, group workshops and student organizations. Collaborated with professors, advisors and student leaders to identify goals, learning outcomes and subsequent assessments to measure effectiveness.
- Experienced in developing and coordinating career strategy training for students, planning and executing career fairs and other employer recruiting events, both face to face and through web-based, online delivery. Client contacts increased 17% between 2010 and 2013.
- Reviewed resumes for graduate, undergraduate and international students. Provided and trained students on electronic portfolio co-curricular transcript, including managing and tracking their learning and competencies developed through co-curricular experiences.
- Developed an interdisciplinary internship process for use by campus departments and employers. Included working with departments, developing outcomes, and post internship assessments.
- Directed campus student employment. Collaborated with hiring departments to define position requirements and online posting. Identified qualified candidates, recommended on-boarding practices, and followed through the complete hiring process.

Site Director, Texas Pre-freshmen Engineering Program (TexPREP), Sul Ross State University, Alpine TX, 2008-2010

- Managed the daily operations of the USDA grant funded TexPREP mathematics enhancement summer program for middle school students through the Rio Grande Research Center at the University. Responsibilities included hiring and onboarding instructors, recruiting participants, and coordinating daily career speakers.
- Created the data collection instrument, coordinated the data collection, and drafted the yearly USDA-CRIS Progress Report for the Program Investigator.

Project Specialist, Global Color Evaluation, Product Development Services, JCPenney, Inc., Plano, Tx, 2002-2006
- Developed and managed the global color evaluation services for 20 JCPenney private wearing apparel brands, including coordination and direction of six offices in six countries, with color services operating budgets over $1,000,000.
- Initiated a color certification process, requiring presentations and collaboration with corporate executives leading product development, merchandising, and design to gain compliance and support for the process. Met with vendor owners, presidents, and operating managers to present certification process and work through its effect on the merchandise development and production processes.
- Designed training and operating procedures for use by domestic and foreign color evaluation staff. Responsible for direct supervision of 10 professional staff within the US, indirect supervision of nine associates in five Asian offices, and one European office.

Sr. Merchandise Evaluation Engineer, Home Textiles-Color Development, JCPenney, Inc., Plano, TX, 1999-2002
- Directed the research performance testing and evaluation of private label home textiles, including comparative product analysis and recommendations for improvement to product develop managers, merchandise managers and buyers. Collaborated with peers to develop an in-house computer program enabling efficient, reliable and accurate assessment of comparative test data.
- Initiated electronic color measurement and evaluation of home textiles and apparel, improving efficiencies of color selection and shade control processes.

## Education
Masters of Education (M.Ed.), Counseling, Sul Ross State University, Alpine, TX

Bachelor of Arts, Organizational Communications, St. Norbert College, De Pere Wi
Magna Cum Laude

## Skills/Awards/Committee/Volunteer Experiences
- SPSS- descriptive statistical analysis, Microsoft Office-Word, Excel, PowerPoint, Qualtrics
- The Award of Distinction, Division of Student Affairs, Texas A&M University, 2019
- Staff Development Team, Division of Student Affairs, Texas A&M University, 2015 - present
  o Co-Chair, 2016-2018
- New Student Conference Committee, Texas A&M University, 2017-present
- Student Organizations Funding Advisory Board, Texas A&M University, 2015-present
- MaroonLink Governance Council, Division of Student Affairs, Texas A&M University, 2015-2018
- Division of Student Affairs Assessment Team, Texas A&M University, 2013-present
- University Staff Council, Sul Ross State University, 2012-2013
- Facilitator, AUW Start Smart/Work Smart Salary Negotiation Workshop, 2018 – present
- Facilitator, Introduction to CliftonStrengths, Strengths in Teams, 2014-present
- Volunteer - Student Conduct Panels and Volunteer Investigator, Texas A&M University, 2015-present

## Professional Affiliations and Presentations
- National Association of Student Personnel Administrators (NASPA), 2013 – present
- Student Affairs Assessment Leaders, 2014 -present
  o Chair, External Relations committee, 2018-2019
- National Association of Colleges and Employers (NaCE), 2010-2013
- Summer Advisor & Supervisor Symposium (SASS), Texas A&M University, June 2018
  o Presentation, *To Market, To Market – Translating Student Experiences to the "real world"*



THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: Susan Fox-Forrester (Internal) (C-100046219)

For: R-046789 Manager P12

Cover Letter - sff Manager of SL.pdfsff Resume - Learning Manager.pdf

**Jobs Applied to** 2

## Overview

### Overview

| | | |
|---|---|---|
| **Current Job** | 11 years | |
| **Total Jobs** | 5 | |
| **Total Experience** | 24 years | |

Experience

**Texas A&M University**

Assessment Coordinator
August 2013 - Current  (11 years, 3 months)
222 J Koldus Building, TAMU 1254, College Station TX  77843

• • Responsible for assisting student organizations and departments within the Division of Student Affairs (DSA) in developing assessments to measure effectiveness and efficiency of operations, and aligning those assessments with departmental, divisional and University strategic planning. Provide results, recommendations and sharing those results through written reports, data visualization and presentations.
• Experienced in guiding and training staff in developing and implementing assessment instruments to measure student learning within student employment and co-curricular experiences. Includes use of rubrics, such as American Association of Colleges and University VALUE rubrics, Student Learning Outcome (TAMU), National Association of College Activities (NACA) NEXT (Navigating Employability and eXperience Tool) and qualitative methods (focus groups).
• Provide feedback to Division of Student Affairs departments regarding assessment plans. Includes recommendations of mapping outcomes to the University undergraduate student learning outcomes and developing student learning outcomes which include marketable skills and employment competencies.
• Collaborate in developing and presenting training workshops regarding assessment methods, equity in assessment, survey design, documenting student learning and using online tools to manage and track student engagement and learning in the co-curricular.
• Responsible for maintaining the department website, coordinating the website offering of on-demand online training videos.
• Experienced in leading committees within higher education as co-chair of the Division of Student Affairs Staff Development Team, 2016 -2018 and chair, External Relations committee, Student Affairs Assessment Leaders, 2018-2019.

**Sul Ross State University**

Career Services and Testing Director
February 2010 - August 2013 (3 years, 7 months)
Hwy 90, Alpine, TX  79830

• Managed, marketed, and delivered career and testing services for approximately 1900 undergraduate and graduate students and alumni. Responsible for creating and meeting budgets for both services, using state and revenue funds. Hired and supervised professional and student staff.
• Designed, delivered, and assessed career planning and job search seminars within classes, learning communities, group workshops and student organizations.  Collaborated with professors, advisors and student leaders to identify goals, learning outcomes and subsequent assessments to measure effectiveness.
• Experienced in developing and coordinating career strategy training for students, planning and executing career fairs and other employer recruiting events, both face to face and through web-based, online delivery.  Client contacts increased 17% between 2010 and 2013.
• Reviewed resumes for graduate, undergraduate and international students. Provided and trained students on electronic portfolio co-curricular transcript,

**APP'X 674**



THE TEXAS A&M
UNIVERSITY SYSTEM

02:33 PM
10/11/2024
Page 2 of 13

View Job Application: Susan Fox-Forrester (Internal) (C-
100046219)

including managing and tracking their learning and competencies developed through co-curricular experiences.
• Developed an interdisciplinary internship process for use by campus departments and employers. Included working with departments, developing outcomes, and post internship assessments.
• Directed campus student employment. Collaborated with hiring departments to define position requirements and online posting. Identified qualified candidates, recommended on-boarding practices, and followed through the complete hiring process.

Sul Ross State University

Site Director, Texas Prefreshmen Engineering Program (TexPREP)
June 2008 - January 2010 (1 year, 8 months)
Hwy 90, Alpine TX 79830
• Managed the daily operations of the USDA grant funded TexPREP mathematics enhancement summer program for middle school students through the Rio Grande Research Center at the University.
• Recruited, interviewed, hired and evaluated instructors, graduate student mentors and daily speakers to deliver the program.
• Marketed program to area school district administrators, teachers and parents. Student participation tripled from the first to second summers of the program.
• Created the data collection instrument, coordinated the data collection and drafted the yearly USDA-CRIS Progress Report for the Program Investigator.

JCPenney, Inc.

Project Specialist, Global Color Evaluation, Product Development Services
February 2002 - October 2006 (4 years, 9 months)
6501 Legacy Drive, Plano TX 75024
• Developed and managed the global color evaluation services for 20 JCPenney private wearing apparel brands, including coordination and direction of 6 offices in 6 countries, with color services operating budgets over $1,000,000.
• Designed training and operating procedures for use by both domestic and foreign color evaluation staff. Responsible for direct supervision of 10 professional staff within the US, indirect supervision of 9 associates in 5 Asian offices, and 1 European office.
• Initiated a color certification process, requiring presentations to corporate heads of merchandising, product development and design in effort to gain compliance and support for this new process. Met with vendor owners, presidents and operating managers to present this certification process and work through its effect on the merchandise development and production process

JCPenney, Inc

Sr. Merchandise Evaluation Engineer, Home Textiles-Color Development
February 1999 - January 2002 (3 years)
6501 Legacy Drive, Plano TX 75024
• Directed the research performance testing and evaluation of private label home textiles, including comparative product analysis and recommendations for improvement to product develop managers, merchandise managers and buyers. Collaborated with peers to develop an in-house computer program enabling efficient, reliable and accurate assessment of comparative test data.
• Initiated electronic color measurement and evaluation of home textiles and apparel, improving efficiencies of color selection and shade control processes.

Websites

none entered

Attachments (Resume/CV, References, Cover letter, etc.)

sff Resume - Learning Manager.pdf

Attachments (Resume/CV, References, Cover letter, etc.)

Cover Letter - sff Manager of SL.pdf

THE TEXAS A&M
UNIVERSITY SYSTEM

Skills

Critical Thinking

Self-directed

Maintain Confidentiality

Sound Judgement

Organization

Detail Orientation

Work Cooperatively with Others

Written Communication

Analytical Skill

Customer Service

Multi-Tasking

Leadership

Work Independently

Presentation Skills

Facilitation

Investigative

Discretion

Verbal Communication

Collaboration

Decision Making

Public Speaking

**APP'X 676**

Education

Sul Ross State University
Masters
Education

Saint Norbert College
Bachelors
Communications Studies/Speech Communication and Rhetoric

Certifications

none entered

Candidate Information

**Added By**  Susan Fox-Forrester

# Screening

## Screening Questions

**Questionnaire**  1. Default Primary Questionnaire - Internal Career Site 01/21

**Respondent**  Susan Fox-Forrester

**Submission Date**  03/21/2022

| Question | Answers |
| --- | --- |
| If this position is located in the United States and you are selected, would you now or in the future require sponsorship for immigration-related employment authorization (e.g. H1-B, O-1, E-3, TN)? | **Answers**  No |
| Texas Government Code, Section 657, as amended, requires that a state agency or institution of higher education must provide employment preference to individuals who qualify for a veteran's employment preference. An individual who qualifies for a veteran's employment preference is entitled to a preference in employment with or appointment to a state agency or institution of higher education over other applicants for the same position who do not have a greater qualification.<br><br>You are not obligated to respond to State Veteran's Preference demographics; however, your response is important to meet federal and state reporting requirements. Information you provide will remain confidential in accordance with applicable federal and state regulations. Your employment will not be adversely affected by information you furnish.<br><br>Do you qualify for State of Texas veteran employment preference based on the four definitions below? | **Answers**  None of the above |


App'x 677



THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: Susan Fox-Forrester (Internal) (C-100046219)

| Question | | Answers |
|---|---|---|
| I am 25 years of age or younger and was under the permanent managing conservatorship of the Texas Department of Family and Protective Services on the day preceding my 18th birthday. If hired and claiming foster child status, you will be required to provide verification of such status. | **Answers** | No |
| To comply with The Texas A&M University System policy on nepotism, answer the following question. Are you related to any current Texas A&M University System employee, official or regent? | **Answers** | No |
| Have you ever worked for the State of Texas? | **Answers** | Yes |
| If yes, please indicate the agency and start/end dates of employment. | **Answers** | Sul Ross State University, Alpine TX, 2007 - 2013 Texas A&M University, 2013 to present |

**Questionnaire** TAMU_Education and Experience_Manager P12_Progressively Responsible Administrative exp

**Respondent** Susan Fox-Forrester

**Submission Date** 03/21/2022

| Question | | Answers |
|---|---|---|
| Select which of the following best represents your educational training. | **Answers** | Completed Masters Degree |
| Please indicate your years of progressively responsible administrative experience. | **Answers** | 14 |

## Background Check History

Background Check History

| Status Date | Overall Status | Package Name | Package Status | Results URL | Business Process |
|---|---|---|---|---|---|
| 04/29/2022 | Passed | TAMU Background | Ready for Review | https://sterlingcheck.app/interactive-summary/#/order/uv5lIDHMG46WnxaO%252f0Hilg%253d%253d | Background Check for Job Application: Susan Fox-Forrester - R-046789 Manager P12 (Filled) |

## Questionnaire Results

### Initial Application

**Questionnaire** 1. Default Primary Questionnaire - Internal Career Site 01/21

**Respondent** Susan Fox-Forrester

**APP'X 678**

THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: Susan Fox-Forrester (Internal) (C-100046219)

**Submission Date** 03/21/2022

| Question | Answers |
|---|---|
| If this position is located in the United States and you are selected, would you now or in the future require sponsorship for immigration-related employment authorization (e.g. H1-B, O-1, E-3, TN)? | **Answers** No |
| Texas Government Code, Section 657, as amended, requires that a state agency or institution of higher education must provide employment preference to individuals who qualify for a veteran's employment preference. An individual who qualifies for a veteran's employment preference is entitled to a preference in employment with or appointment to a state agency or institution of higher education over other applicants for the same position who do not have a greater qualification. | **Answers** None of the above |
| You are not obligated to respond to State Veteran's Preference demographics; however, your response is important to meet federal and state reporting requirements. Information you provide will remain confidential in accordance with applicable federal and state regulations. Your employment will not be adversely affected by information you furnish. | |
| Do you qualify for State of Texas veteran employment preference based on the four definitions below? | |
| I am 25 years of age or younger and was under the permanent managing conservatorship of the Texas Department of Family and Protective Services on the day preceding my 18th birthday. If hired and claiming foster child status, you will be required to provide verification of such status. | **Answers** No |
| To comply with The Texas A&M University System policy on nepotism, answer the following question. Are you related to any current Texas A&M University System employee, official or regent? | **Answers** No |
| Have you ever worked for the State of Texas? | **Answers** Yes |
| If yes, please indicate the agency and start/end dates of employment. | **Answers** Sul Ross State University, Alpine TX, 2007-2013<br>Texas A&M University, 2013 to present |

**Questionnaire** TAMU_Education and Experience_Manager P12_Progressively Responsible Administrative exp

**Respondent** Susan Fox-Forrester
**Submission Date** 03/21/2022

| Question | Answers |
|---|---|
| Select which of the following best represents your educational training. | **Answers** Completed Masters Degree |
| Please indicate your years of progressively responsible administrative experience. | **Answers** 14 |

**App'x 679**

**Reference Check**



**Questionnaire** Reference Check Questionnaire

**Respondent** Kelly Cox
**Submission Date** 04/26/2022

| Question | | Answers |
|---|---|---|
| Name of reference | **Answers** | Darby Roberts |
| Date of reference check | **Answers** | 04/22/2022 |
| Reference check contact information (e.g., address, phone number, email, etc.) | **Answers** | darby@tamu.edu; 979-862-5624 |
| Name of reference | | |
| Date of reference check | | |
| Reference check contact information (e.g., address, phone number, email, etc.) | | |
| Name of reference | | |
| Date of reference check | | |
| Reference check contact information (e.g., address, phone number, email, etc.) | | |

## Ready for Hire

**Questionnaire** Ready for Hire Compliance Checklist

**Respondent** Lisa Loftin
**Submission Date** 05/03/2022

| Question | | Answers |
|---|---|---|
| A numerical ranking system or Hiring Matrix was used to score and screen applicants for the position at each stage of the hiring process (applicant screening, interviewing, and reference checks of multiple applicants). | **Answers** | Yes |
| If so, have all hiring documents been reviewed? | **Answers** | Yes |
| If not previously verified, please confirm that minimum qualifications have been met. | **Answers** | Previously Verified |
| A standard set of interview questions were composed beforehand, all interviewed applicants were given an opportunity to respond, and their answers were documented. | **Answers** | Yes |
| Reference verifications were conducted on the final applicant and the responses were documented. (This applies to internal and external applicants.) | **Answers** | Yes |
| If candidate is less than 18 years old, has the Minor's Employment Release Form (HR 200) been completed? | **Answers** | Not Applicable |
| Has candidate been verified by Export Controls prior to hire? | **Answers** | Not Applicable |
| If candidate is a male between the ages of 18 - 25, have they registered for selective service? | **Answers** | Not Applicable |



App'x 680



View Job Application: Susan Fox-Forrester (Internal) (C-100046219)

| Question | Answers |
| --- | --- |
| If State Veteran's Preference was exercised in the employment of this candidate, was proper documentation collected to verify eligibility? | **Answers** Not Applicable |
| Is education and/or certification/licensure verification required? | **Answers** No |
| Is the candidate eligible for hire? | **Answers** Yes |

## Interview

### Interview Feedback

**Overall Average Rating** 3 (out of 3)
**Ratings Submitted** 1 of 1 Interviewer Feedback Received

Interview on 04/21/2022 - R-046789 Manager P12 (Filled)

| Interviewer | Feedback Submitted | Overall Rating |
| --- | --- | --- |
| Kelly Cox | | 3 (out of 3) - Exceeds Expectations |

**Time Zone** GMT-06:00 Central Time (Chicago)

## Interview Schedule

## Offer

## Offer Attachments

none entered

## Offer History

Job Details

| | |
| --- | --- |
| **Hire Date** | 05/16/2022 |
| **Location** | College Station TAMU |
| **Hire Reason** | |
| **Job Profile** | Manager P12 |
| **Business Title** | Manager P12 |
| **Default Weekly Hours** | 40 |
| **Scheduled Weekly Hours** | 40 |
| **Contract End Date** | |

Attachments

**APPX 681**

THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: Susan Fox-Forrester (Internal) (C-100046219)

Hire Middle Band Approved SF.pdf

| | **Description** | Approved Middle Band Hire |
|---|---|---|
| | **Category** | Other Documents |

04/26/2022 - Offer 1

**Compensation**

Totals

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 64,870.68 | 64,870.68 USD | | Annual |

| | **Compensation Package** | TAMUS Compensation Package |
|---|---|---|
| | **Grade** | 12 |
| | **Grade Profile** | System Level Structure |
| | **Company** | Texas A&M University |

Plan Assignments

| Plan Type | Compensation Plan | Assignment |
|---|---|---|
| Salary | Salary | 5,405.89 USD Monthly |

# Attachments

# Attachments

Attachments (Resume/CV, References, Cover letter, etc.)

| Attachment | |
|---|---|
| sff Resume - Learning Manager.pdf | |
| Cover Letter - sff Manager of SL.pdf | |

Other Documents

| Attachment | Category |
|---|---|

# Candidate

**Job Application Details Card**

Job Application Details

| | **Job Requisition** | R-046789 Manager P12 (Filled) |
|---|---|---|

**App'x 682**

THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: Susan Fox-Forrester (Internal) (C-100046219)

**Location** College Station TAMU
**Date Applied** 03/21/2022 02:59:49 PM
**Source** Recruiting sources -> Internal Candidate

Darby Roberts
Hiring Manager

**Step** Completion

### In Progress

| Step | | Awaiting |
|---|---|---|
| Ready for Hire for Job Application: Susan Fox-Forrester (Internal) - R-046789 Manager P12 (C-100046219) | Completion | |

## Education

Education

Sul Ross State University
Masters
Education

Saint Norbert College
Bachelors
Communications Studies/Speech Communication and Rhetoric

## Work History

Work History

**Current Job** 11 years
**Total Jobs** 5
**Total Experience** 24 years

Experience

Texas A&M University
Assessment Coordinator
August 2013 - Current (11 years, 3 months)
222 John J Koldus Building, TAMU 1254, College Station TX 77843

• • Responsible for assisting student organizations and departments within the Division of Student Affairs (DSA) in developing assessments to measure effectiveness and efficiency of operations, and aligning those assessments with departmental, divisional and University strategic planning. Provide results, recommendations and sharing those results through written reports, data visualization and presentations.
• Experienced in guiding and training staff in developing and implementing assessment instruments to measure student learning within student employment and co-curricular experiences. Includes use of rubrics, such as American Association of Colleges and University VALUE rubrics, Student Learning Outcome (TAMU), National Association of College Activities (NACA) NEXT (Navigating Employability and eXperience Tool) and qualitative methods (focus groups).

**App'x 683**

• Provide feedback to Division of Student Affairs departments regarding assessment plans. Includes recommendations of mapping outcomes to the University undergraduate student learning outcomes and developing student learning outcomes which include marketable skills and employment competencies.

• Collaborate in developing and presenting training workshops regarding assessment methods, equity in assessment, survey design, documenting student learning and using online tools to manage and track student engagement and learning in the co-curricular.

• Responsible for maintaining the department website, coordinating the website offering of on-demand online training videos.

• Experienced in leading committees within higher education as co-chair of the Division of Student Affairs Staff Development Team, 2016 - 2018 and chair, External Relations committee, Student Affairs Assessment Leaders, 2018-2019.

Sul Ross State University

Career Services and Testing Director
February 2010 - August 2013 (3 years, 7 months)
Hwy 90, Alpine, TX 79830

• Managed, marketed, and delivered career and testing services for approximately 1900 undergraduate and graduate students and alumni. Responsible for creating and meeting budgets for both services, using state and revenue funds. Hired and supervised professional and student staff.

• Designed, delivered, and assessed career planning and job search seminars within classes, learning communities, group workshops and student organizations. Collaborated with professors, advisors and student leaders to identify goals, learning outcomes and subsequent assessments to measure effectiveness.

• Experienced in developing and coordinating career strategy training for students, planning and executing career fairs and other employer recruiting events, both face to face and through web-based, online delivery. Client contacts increased 17% between 2010 and 2013.

• Reviewed resumes for graduate, undergraduate and international students. Provided and trained students on electronic portfolio co-curricular transcript, including managing and tracking their learning and competencies developed through co-curricular experiences.

• Developed an interdisciplinary internship process for use by campus departments and employers. Included working with departments, developing outcomes, and post internship assessments.

• Directed campus student employment. Collaborated with hiring departments to define position requirements and online posting. Identified qualified candidates, recommended on-boarding practices, and followed through the complete hiring process.

Sul Ross State University

Site Director, Texas Prefreshmen Engineering Program (TexPREP)
June 2008 - January 2010 (1 year, 8 months)
Hwy 90, Alpine TX 79830

• Managed the daily operations of the USDA grant funded TexPREP mathematics enhancement summer program for middle school students through the Rio Grande Research Center at the University.

• Recruited, interviewed, hired and evaluated instructors, graduate student mentors and daily speakers to deliver the program.

• Marketed program to area school district administrators, teachers and parents. Student participation tripled from the first to second summers of the program.

• Created the data collection instrument, coordinated the data collection and drafted the yearly USDA-CRIS Progress Report for the Program Investigator.

JCPenney, Inc.

Project Specialist, Global Color Evaluation, Product Development Services
February 2002 - October 2006 (4 years, 9 months)
6501 Legacy Drive, Plano TX 75024

• Developed and managed the global color evaluation services for 20 JCPenney private wearing apparel brands, including coordination and direction of 6 offices in 6 countries, with color services operating budgets over $1,000,000.

• Designed training and operating procedures for use by both domestic and foreign color evaluation staff. Responsible for direct supervision of 10 professional staff within the US, indirect supervision of 9 associates in 5 Asian offices, and 1 European office.

• Initiated a color certification process, requiring presentations to corporate heads of merchandising, product development and design in effort to gain compliance and support for this new process. Met with vendor owners, presidents and operating managers to present this certification process and work



THE TEXAS A&M
UNIVERSITY SYSTEM

App'x 684



THE TEXAS A&M
UNIVERSITY SYSTEM

through its effect on the merchandise development and production process

JCPenney, Inc
Sr. Merchandise Evaluation Engineer, Home Textiles-Color Development
February 1999 - January 2002 (3 years)
6501 Legacy Drive, Plano TX 75024

• Directed the research performance testing and evaluation of private label home textiles, including comparative product analysis and recommendations for improvement to product develop managers, merchandise managers and buyers. Collaborated with peers to develop an in-house computer program enabling efficient, reliable and accurate assessment of comparative test data.
• Initiated electronic color measurement and evaluation of home textiles and apparel, improving efficiencies of color selection and shade control processes.

## Credentials

Websites

none entered

Skills

Critical Thinking

Self-directed

Maintain Confidentiality

Sound Judgement

Organization

Detail Orientation

Work Cooperatively with Others

Written Communication

Analytical Skill

Customer Service

Multi-Tasking

Leadership

Work Independently

Presentation Skills

**App'x 685**



THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: Susan Fox-Forrester (Internal) (C-100046219)

Facilitation

Investigative

Discretion

Verbal Communication

Collaboration

Decision Making

Public Speaking

## My Upcoming Reminders

Personal Reminders                    none entered

## Resume Attachment

Attachments (Resume/CV, References, Cover letter, etc.)
sff Resume - Learning Manager.pdf

Attachments (Resume/CV, References, Cover letter, etc.)
Cover Letter - sff Manager of SL.pdf

**APP'X 686**

# Steven Gros

## EDUCATION

AUGUST 2016 – MAY 2020

**McNeese State University** Lake Charles, La — *Bachelors of Science & Agriculture with a major in Animal Science and minor in Communication.*

## WORK EXPERIENCE

### Student Life Coalition
Lake Charles, LA - *Program Coordinatior*

- **JANUARY 2017- MAY 2020**

Oversee budgeting, entered negotiation with professional companies, and marketed planned events on a college campus.

### Kappa Alpha Order National Administative Office
Lexington, VA - *Associate Director for Chapter Services*

- **June 2020 – May 2021**

Consult, advise and collaborate with undergraduate members and alumni comprised of over 8,000 undergraduates and alumni. Also facilitate and execute the organization's education initiatives covering risk management, chapter operations and recruitment at various leadership programs throughout the year. Additionally acted as a project manager to develop and start new chapters at universities that the organization is currently expanding to.

## EXTRA CURRICULAR

**Kappa Alpha Order – Chapter President / Corresponding Secretary**

AUGUST 2016 - MAY 2020

**Student Government Assosiation  - Speaker Pro – Temp**

JANUARY 2017 – MAY 2018

**Louisiana Lions Camp for Crippled Children**

June 2016 – July 2019 (Summer Job)

## SKILLS

- Strong work ethic

- Experience in working with Greek Life and University Services

- Certified in recruitment and retention training

- Easily adaptable to all situations

- Marketing & negotiating experience

THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: Steven Gros (C-100286613)

For: R-045182 Interfraternity Council Advisor

**Jobs Applied to** 1

Cover Letter_TAMU.pdfReferences.pdfSteven Gros Resume[1].docx

## Overview

### Overview

| | | |
|---|---|---|
| **Current Job** | 4 years | |
| **Total Jobs** | 1 | |
| **Total Experience** | 4 years | |

Experience

Kappa Alpha Order National Administrative Office

Associate Director for Chapter Services
June 2020 - Current (4 years, 5 months)
Lexington

Consult, advise and collaborate with undergraduate members and alumni comprised of over 8,000 undergraduates and alumni. Also facilitate and execute the organization's education initiatives covering risk management, chapter operations and recruitment at various leadership programs throughout the year. Additionally acted as a project manager to develop and start new chapters at universities that the organization is currently expanding to.

Websites

none entered

Attachments (Resume/CV, References, Cover letter, etc.)
Steven Gros Resume[1].docx

Attachments (Resume/CV, References, Cover letter, etc.)
Cover Letter_TAMU.pdf

Attachments (Resume/CV, References, Cover letter, etc.)
References.pdf

Skills

none entered

Education

McNeese State University
Bachelors
Animal Science



**APP'X 689**

THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: Steven Gros (C-100286613)

Certifications

From 2016
To 2020

none entered

Candidate Information

**Added By**   External Career Site

## Screening

## Screening Questions

**Questionnaire**   1. Default Primary Questionnaire - External Career Site 01/21

**Respondent**   Steven Gros

**Submission Date**   02/01/2022

| Question | Answers |
|---|---|
| If this position is located in the United States and you are selected, would you now or in the future require sponsorship for immigration-related employment authorization (e.g. H1-B, O-1, E-3, TN)? | **Answers**   No |
| Texas Government Code, Section 657, as amended, requires that a state agency or institution of higher education must provide employment preference to individuals who qualify for a veteran's employment preference. An individual who qualifies for a veteran's employment preference is entitled to a preference in employment with or appointment to a state agency or institution of higher education over other applicants for the same position who do not have a greater qualification. | **Answers**   None of the above |
| You are not obligated to respond to State Veteran's Preference demographics; however, your response is important to meet federal and state reporting requirements. Information you provide will remain confidential in accordance with applicable federal and state regulations. Your employment will not be adversely affected by information you furnish. | |
| Do you qualify for State of Texas veteran employment preference based on the four definitions below? | |
| I am 25 years of age or younger and was under the permanent managing conservatorship of the Texas Department of Family and Protective Services on the day preceding my 18th birthday. If hired and claiming foster child status, you will be required to provide verification of such status. | **Answers**   No |
| To comply with The Texas A&M University System policy on nepotism, answer the following question. Are you related to any current Texas A&M University System employee, official or regent? | **Answers**   No |
| Have you ever worked for the State of Texas? | **Answers**   No |
| Are you currently employed by the Texas A&M University System, including any of its campuses or agencies? | **Answers**   No |

**APP'X 690**



**THE TEXAS A&M**
UNIVERSITY SYSTEM

View Job Application: Steven Gros (C-100286613)

| | |
|---|---|
| **Questionnaire** | TAMU_U9330_SDS II_StuAct |
| **Total Score** | 110 |
| **Respondent** | Steven Gros |
| **Submission Date** | 02/01/2022 |

| Question | | Answers | Score |
|---|---|---|---|
| Select which of the following best represents your educational training. | **Answers** | Completed 120 college credit hours and/or a Bachelors degree | 50 |
| Select the response that best represents your years of experience in student affairs work or a related specialty. | **Answers** | 3 | 60 |

## Background Check History

Background Check History

| Status Date | Overall Status | Package Name | Package Status | Results URL | Comments | Updated On | Business Process |
|---|---|---|---|---|---|---|---|
| 04/12/2022 | Passed | TAMU Background | Ready for Review | https://sterlingcheck.app/interactive-summary/#/order/wlM4cJWyHaGgYpu9YfHZGnG9yI7x2zyoj3r%252fnuIXsBA%253d | | | Background Check for Job Application: Steven Gros - R-045182 Interfraternity Council Advisor (Filled) |
| | | | | | | 04/11/2022 03:46 PM | Background Check for Job Application: Steven Gros - R-045182 Interfraternity Council Advisor (Filled) |

## Questionnaire Results

Initial Application

| | |
|---|---|
| **Questionnaire** | 1. Default Primary Questionnaire - External Career Site 01/21 |
| **Respondent** | Steven Gros |
| **Submission Date** | 02/01/2022 |

| Question | | Answers |
|---|---|---|
| If this position is located in the United States and you are selected, would you now or in the future require sponsorship for immigration-related employment authorization (e.g. H1-B, O-1, E-3, TN)? | **Answers** | No |



**APP'x 691**



THE TEXAS A&M
UNIVERSITY SYSTEM

View Job Application: Steven Gros (C-100286613)

| Question | Answers | |
|---|---|---|
| Texas Government Code, Section 657, as amended, requires that a state agency or institution of higher education must provide employment preference to individuals who qualify for a veteran's employment preference. An individual who qualifies for a veteran's employment preference is entitled to a preference in employment with or appointment to a state agency or institution of higher education over other applicants for the same position who do not have a greater qualification. | **Answers** | None of the above |
| You are not obligated to respond to State Veteran's Preference demographics; however, your response is important to meet federal and state reporting requirements. Information you provide will remain confidential in accordance with applicable federal and state regulations. Your employment will not be adversely affected by information you furnish. | | |
| Do you qualify for State of Texas veteran employment preference based on the four definitions below? | | |
| I am 25 years of age or younger and was under the permanent managing conservatorship of the Texas Department of Family and Protective Services on the day preceding my 18th birthday. If hired and claiming foster child status, you will be required to provide verification of such status. | **Answers** | No |
| To comply with The Texas A&M University System policy on nepotism, answer the following question. Are you related to any current Texas A&M University System employee, official or regent? | **Answers** | No |
| Have you ever worked for the State of Texas? | **Answers** | No |
| Are you currently employed by the Texas A&M University System, including any of its campuses or agencies? | **Answers** | No |

**Questionnaire**  TAMU_U9330_SDS II_StuAct
  **Total Score**  110

  **Respondent**  Steven Gros
  **Submission Date**  02/01/2022

| Question | Answers | | Score |
|---|---|---|---|
| Select which of the following best represents your educational training. | **Answers** | Completed 120 college credit hours and/or a Bachelors degree | 50 |
| Select the response that best represents your years of experience in student affairs work or a related specialty. | **Answers** | 3 | 60 |

**Offer**

**Questionnaire**  Offer Accepted?

  **Respondent**  Hillary Barth
  **Submission Date**  04/12/2022



**App'x 692**



THE TEXAS A&M
UNIVERSITY SYSTEM

| Question | | Answers |
|---|---|---|
| Did candidate accept the offer? | | **Answers** Yes |

## Ready for Hire

**Questionnaire** Ready for Hire Compliance Checklist

**Respondent** Lisa Loftin
**Submission Date** 04/12/2022

| Question | | Answers |
|---|---|---|
| A numerical ranking system or Hiring Matrix was used to score and screen applicants for the position at each stage of the hiring process (applicant screening, interviewing, and reference checks of multiple applicants). | | **Answers** Yes |
| If so, have all hiring documents been reviewed? | | **Answers** Yes |
| If not previously verified, please confirm that minimum qualifications have been met. | | **Answers** Previously Verified |
| A standard set of interview questions were composed beforehand, all interviewed applicants were given an opportunity to respond, and their answers were documented. | | **Answers** Yes |
| Reference verifications were conducted on the final applicant and the responses were documented. (This applies to internal and external applicants.) | | **Answers** Yes |
| If candidate is less than 18 years old, has the Minor's Employment Release Form (HR 200) been completed? | | **Answers** Not Applicable |
| Has candidate been verified by Export Controls prior to hire? | | **Answers** Not Applicable |
| If candidate is a male between the ages of 18 - 25, have they registered for selective service? | | **Answers** Not Applicable |
| If State Veteran's Preference was exercised in the employment of this candidate, was proper documentation collected to verify eligibility? | | **Answers** Not Applicable |
| Is education and/or certification/licensure verification required? | | **Answers** No |
| Is the candidate eligible for hire? | | **Answers** Yes |

## Interview

### Interview Feedback

**Overall Average Rating** 3 (out of 3)
**Ratings Submitted** 1 of 1 Interviewer Feedback Received

Interview on 02/25/2022 - R-045182 Interfraternity Council Advisor (Filled)

**APP'X 693**

THE TEXAS A&M UNIVERSITY SYSTEM

View Job Application: Steven Gros (C-100286613)

| Interviewer | Feedback Submitted | Overall Rating |
|---|---|---|
| Hillary Barth on behalf of Shante Hearst | | 3 (out of 3) - Exceeds Expectations |

## Interview Schedule

**Time Zone** GMT-06:00 Central Time (Chicago)

## Offer

## Offer Attachments

none entered

## Offer History

Job Details

| | |
|---|---|
| **Hire Date** | 05/18/2022 |
| **Location** | College Station TAMU |
| **Hire Reason** | Hire Employee > Hire > New Hire |
| **Job Profile** | Student Development Specialist II |
| **Business Title** | Student Development Specialist II |
| **Default Weekly Hours** | 40 |
| **Scheduled Weekly Hours** | 40 |
| **Contract End Date** | |

04/11/2022 - Offer 1

Compensation

Totals

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 36,512.04 | 36,512.04 USD | | Annual |

| | |
|---|---|
| **Compensation Package** | TAMUS Compensation Package |
| **Grade** | 9 |
| **Grade Profile** | System Level Structure |
| **Company** | Texas A&M University |

Plan Assignments

| Plan Type | Compensation Plan | Assignment |
|---|---|---|
| Salary | Salary | 3,042.67 USD Monthly |

 **APP'x 694**



# THE TEXAS A&M
UNIVERSITY SYSTEM

## Attachments

### Attachments

Attachments (Resume/CV, References, Cover letter, etc.)

| Attachment | Category |
|---|---|
| Steven Gros Resume[1].docx | |
| Cover Letter_TAMU.pdf | |
| References.pdf | |

Other Documents

| Attachment | Category |
|---|---|

## Candidate

## Job Application Details Card

Job Application Details

**Job Requisition** R-045182 Interfraternity Council Advisor (Filled)
**Location** College Station TAMU
**Date Applied** 02/01/2022 03:51:31 PM
**Source** Recruiting sources -> Referral

Shante Hearst
Hiring Manager

**Step** Completion

In Progress

| Step | | |
|---|---|---|
| Completion | | Awaiting |

Ready for Hire for Job Application: Steven Gros - R-045182 Interfraternity Council Advisor (C-100286613)

## Education

Education

McNeese State University
Bachelors
Animal Science
From 2016
To 2020

## Work History

**App'x 695**



THE TEXAS A&M
UNIVERSITY SYSTEM

**Work History**

| | | |
|---|---|---|
| **Current Job** | 4 years | |
| **Total Jobs** | 1 | |
| **Total Experience** | 4 years | |

**Experience**

Kappa Alpha Order National Administrative Office

Associate Director for Chapter Services
June 2020 - Current (4 years, 5 months)
Lexington

Consult, advise and collaborate with undergraduate members and alumni comprised of over 8,000 undergraduates and alumni. Also facilitate and execute the organization's education initiatives covering risk management, chapter operations and recruitment at various leadership programs throughout the year. Additionally acted as a project manager to develop and start new chapters at universities that the organization is currently expanding to.

**Credentials**

Websites                none entered

Skills                  none entered

**My Upcoming Reminders**

Personal Reminders      none entered

**Resume Attachment**

Attachments (Resume/CV, References, Cover letter, etc.)
Steven Gros Resume[1].docx

Attachments (Resume/CV, References, Cover letter, etc.)
Cover Letter_TAMU.pdf

Attachments (Resume/CV, References, Cover letter, etc.)
References.pdf

**APP'X 696**

**APP'X 697**

# Staff Application for Assistant Director

Posting number: S00329FY17

Submitted December 30, 2016 at 12:50 PM (confirmation number: CN000308984)

## Personal Information

Contact Information

| | |
|---|---|
| **First Name** | Shante |
| **Middle Name** | |
| **Last Name** | Hearst |
| **Other Name Used in Employment** | |
| **Address1** | |
| **Address2** | |
| **City** | |
| **State** | |
| **Zip Code/Postal Code** | |
| **Home Phone or Preferred Contact Number** | |
| **Work Phone** | |
| **Email** | shearst5@gmail.com |

General Information

| | |
|---|---|
| **If this position is located in the United States and you are selected, would you now or in the future require sponsorship for immigration-related employment authorization (H1-B, O-1, E-3, TN)?** | No |
| **Have you ever been convicted of a felony or required to register as a sex offender?** | No |
| **If yes, please explain** | |
| **Are you related to any current Texas** | No |

A&M System employee (for any
System member) or System official
(for any System member) or to any
System regent (for any System
member?)

If yes name and position held

Are you currently employed by a          No
Texas A&M System agency or
university?

If yes, name of System agency or
university and position held

Preference Information

Are you eligible for Veteran's           No
Preference? Documentation
Required.

Are you eligible for Former Foster       No
Child Preference? Documentation
Required.

# Education & Training

### High School

Did you graduate from high school        Yes
or receive a GED Certificate?

If you have not graduated or
received a GED, select highest level
completed?

### Education

Name of School                           University of the Pacific

City                                     Stockton

State                                    CA

Number of Credit Hours Completed

Major                                    Educational Leadership & Administration (Student Affairs)

Minor

Did you graduate?                        Yes

Diploma or degree earned                 Master of Arts

Name of School                           California State University, San Bernardino

City                                     San Bernardino

State                                    CA

Number of Credit Hours Completed

**App'x 698**

| | |
|---|---|
| Major | Business Administration |
| Minor | |
| Did you graduate? | Yes |
| Diploma or degree earned | Bachelor of Arts |

**Training and Additional Information**

Other education/training/skills

Computer skills (hardware and software)

Current professional licenses/certifications/registrations

Related volunteer experience

Other skills and talents related to the position you are applying for

## Employment History

**Previous Employers**

| | |
|---|---|
| Employer | EASTERN KENTUCKY UNIVERSITY |
| Address | 521 Lancaster Ave |
| City | Richmond |
| State | KY |
| Telephone | 859-622-3855 |
| Supervisor Name | John Hearn |
| Type of Business | Post-Secondary Education |
| Job Title | Associate Director of Student Life |
| Employment Begin Date | 07/01/2015 |
| Employment End Date | |
| Average Hours Worked Per Week | 45-60 |
| Duties | Please refer to attached resume |
| Monthly or Hourly Salary | 2600/month (after taxes) |
| Reason For Leaving | N/A |
| Employer | MOREHEAD STATE UNIVERSITY |
| Address | 150 University Blvd |
| City | Morehead |

App'x 699

| | |
|---|---|
| **State** | KY |
| **Telephone** | 606-783-2071 |
| **Supervisor Name** | Ricardo Nazario-Colon |
| **Type of Business** | Post-Secondary Education |
| **Job Title** | Coordinator of Student Organizations, Leadership Development & Greek Life |
| **Employment Begin Date** | 07/18/2011 |
| **Employment End Date** | 06/30/2015 |
| **Average Hours Worked Per Week** | 60 |
| **Duties** | Please refer to attached resume |
| **Monthly or Hourly Salary** | 1600/month (post taxes) |
| **Reason For Leaving** | There was no opportunity for advancement or administrative support to improve the operations of my duties. |
| **Employer** | UNIVERSITY OF THE PACIFIC |
| **Address** | 3601 Pacific Ave |
| **City** | Stockton |
| **State** | CA |
| **Telephone** | 209-946-2331 |
| **Supervisor Name** | Nicki Croly |
| **Type of Business** | Post-Secondary Education |
| **Job Title** | Greek Residence Director |
| **Employment Begin Date** | 07/15/2009 |
| **Employment End Date** | 05/31/2011 |
| **Average Hours Worked Per Week** | 20 |
| **Duties** | Please refer to attached resume |
| **Monthly or Hourly Salary** | Stipend |
| **Reason For Leaving** | Degree completion and contract ended |

## Professional References

**Professional References**

| | |
|---|---|
| **First Name** | Ricardo |
| **Last Name** | Nazario-Colón |

**APP'X 700**

| | |
|---|---|
| **Email** | mazariocolon@wcu.edu |
| **Primary Phone** | (828) 227-3251 |
| **How do you know this reference?** | Former Supervisor |
| **First Name** | John |
| **Last Name** | Hearn |
| **Email** | john.hearn@eku.edu |
| **Primary Phone** | (859) 622?3855 |
| **How do you know this reference?** | Current Supervisor |
| **First Name** | April |
| **Last Name** | Barnes |
| **Email** | april.barnes@eku.edu |
| **Primary Phone** | (859) 622?1515 |
| **How do you know this reference?** | Current Asst. Dean of Students & former supervisor |

# Documents needed to Apply

- Resume (PDF | 387 KB)
- Cover Letter (PDF | 0 Bytes)

# Supplemental Questions

\* Where did you see this position advertised?

The Chronicle of Higher Education

HigherEd Jobs

Workplace Diversity

Work in Texas

Higher Education Recruitment Consortium (HERC)

Job Fair

GettingHired.com

RecruitMilitary.com

This Website

Other

If you selected Other, please let us know where you saw the position advertised.

Association of Fraternity/Sorority Advisors career center website

**APP'X 701**

* Do you have the ability to use word processing, spreadsheet and database programs?

   Yes

   No

* Are you able to work nights and periodic weekends as needed?

   Yes

   No

* Select which of the following best represents your educational training.

   Completed high school diploma or GED

   15 college credit hours

   30 college credit hours

   45 college credit hours

   60 college credit hours

   75 college credit hours

   90 college credit hours

   105 college credit hours

   120 or more college credit hours

   Completed a Bachelor's degree

   Completed a Master's degree

   Completed a Doctoral degree

* Select the response that best represents your years of progressively responsible management experience.

   less than one

   1

   2

   3

   4

   5

   6

   7

   8

   9

**APP'X 702**

10 or more

# Certification

I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief. I understand that any falsification, misrepresentation, or omission of fact made herein or at any point in the hiring process may be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change.

I authorize Texas A&M System members to make checks relating to my employment, education and any licenses. I also authorize all current and prior employers to provide full details concerning my past employment. I understand that this application and all attachments are the property of Texas A&M System members as applicable. I understand a criminal history check may be required as specified by the appropriate System Member.

The Texas A&M System members are at-will employers and may dismiss employees with or without cause. I understand that if employed by a Texas A&M System component member I will be an at-will employee and may be dismissed from employment with or without cause unless I have a legally different status.

For positions located in the United States, I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire.

I understand that any offer of employment for a position located in the United States is contingent upon my completing the U.S. Citizenship and Immigration Services Form I-9, providing eligible documents to verify my identity, and employment eligibility verified by E-Verify, an internet-based system operated by the Department of Homeland Security and U.S. Citizenship and Immigration Services. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work.

✔ I certify that I have read and agree with these statements.

Please enter your initials to verify your identity. SCH

**APP'X 703**

# Shanté Hearst

Melissa Shehane
125 John J. Koldus Building
1236 TAMU
College Station, TX 77843-1236

Greetings Ms. Shehane:

Please accept this letter and the enclosed materials as my application for the Assistant Director for Fraternity & Sorority Life position advertised on the Association of Fraternity/ Sorority Advisors (AFA) Career Center website. I am convinced the experience I have gained in my present and previous roles will prove extremely invaluable in the role of Assistant Director. Assessment, paraprofessional training, community service outreach, and building cohesive and collaborative relationships are strengths I possess that have afforded me the opportunity to assist many students throughout my professional career. My knowledge of ICS and Banner/Colleague systems, my understanding and passion of the University's mission, and my experience working with diverse populations will be an asset to your team.

As evidence in my resume, key strengths that I possess include:
- 6 years' experience working with IFC, NPHC, MGC and Panhellenic Councils.
- 3 years' experience in Greek housing and residence life.
- Excellent supervisory, advisory, and critical thinking skills within a diverse work environment.
- Extensive experience in programming, presenting and facilitating trainings/workshops on various topics.
- Building and maintaining collaborative cross-departmental relationships to advance programming, retention and engagement efforts.
- Knowledge of FERPA, Title IX, FIPG and an in-depth understanding of risk management.
- Superior multitasking talents, with the ability to manage multiple high-priority assignments and develop solutions to challenging problems.

I have a diverse background in higher education. I attended a large Hispanic Serving Institution in Southern California, I have worked at a mid-size private institution in Northern California and a mid-size public institution nestled in the rural Appalachian Mountains. Coupled with my ethics, leadership abilities, and desire to provide the best development to the student body and young professionals, I believe that my skills will transfer easily to the Assistant Director responsibilities. I am a dedicated, productive, adaptable and passionate person who values all opportunities to support student development while challenging students and my staff to think beyond their imagination in all aspects of their life.

I possess the skills and qualifications that you are looking for in this position. I am fully committed to moving the Office of Fraternity & Sorority Life forward when it comes to efficient, effective and quality student services. Thank you in advance for your consideration. Please feel free to contact me at (619) 250-4169 or by email at shearst5@gmail.com.

Sincerely,

Shanté Hearst

APP'X 704

# Shanté Hearst

---

**University of the Pacific,** Stockton, CA
Masters of Arts, Educational Administration & Leadership (Student Affairs)

May 2011

**California State University San Bernardino,** San Bernardino, CA
Bachelor of Arts, Business Administration (Advertising Management)

June 2009

EXPERIENCE

---

## EASTERN KENTUCKY UNIVERSITY

Richmond, KY

**Associate Director of Student Life:** July 2015 – present

*Greek Life*
- Supervise the Program Directoro f Greek Life
- Revise, maintain & advocate for policies governing fraternities and sororities
- Proficiently manage a $12,000 operating & programming budget
- Advise the Interfraternity Council, National Pan-Hellenic Council & Panhellenic Council (26 chapters)
- Advise Order of Omega Greek Honors Society
- Co-chair the Greek Housing Taskforce that oversees policies & initiatives related to fraternity/sorority housing

*Community Service Programs*
- Supervise the Assistant Director of Community Service
- Support the supervision of the AmeriCorps VISTA & the Kentucky Campus Compact Grant
- Provide oversight of community service & civic engagement initiatives including an on-campus food pantry
- Assist with the planning & coordinator of alternate break trips
- Proficiently manage a $33,000 operating & programming budget

*Hazing Investigation Committee, Chair*
- Investigate all hazing allegations reported to the University
- Oversee all sanctions issued by the committee

*Registered Student Organizations: July 2015 – September 2016*
- Chaired the RSO Risk Management Committee
- Coordinated the online registration and recognition process for registered student organizations via OrgSync™
- Facilitated special trainings & workshops for 300 student organizations
- Advocated for policies governing registered student organizations
- Revised a student organization handbook to assist with organizational management

## MOREHEAD STATE UNIVERSITY

Morehead, KY

**Coordinator of Student Organizations, Leadership Development & Greek Life:** October 2013 – July 2015

*Greek Life*
- Advised the Interfraternity, Panhellenic & National Pan-Hellenic Councils (21 chapters)
- Established judicial procedures of integrity & accountability specific to the fraternity/sorority community
- Coordinated, implemented & analyzed a strategic plan with community-wide assessment through EBI/Map Works©
- Co-chaired the Greek Housing Taskforce to re-establish fraternity & sorority housing
- Supervised the bi-annual homecoming NPHC step show & stroll off

*Student Organizations*
- Established & coordinated the online registration/recognition process for student organizations
- Served as a liaison for the Office of Enrollment Services to answer questions about student engagement
- Collaboratively worked with the Center for Regional Engagement to increase student participation in service learning opportunities
- Developed publications & maintain marketing plans for the department

*Leadership Development*
- Proficiently managed a $10,000 training & programming budget

- Restructured the infrastructure, curriculum & facilitators training for the Leading Edge leadership program to increase student participation
- Supervised & train Graduate Assistants/Interns
- Assisted with supervision of the Administrative Assistant and student staff
- Maintained the department's website regularly

**Coordinator of Multiculturalism & Inclusion:** July 2011 – October 2013
- Managed a $25,000 programming budget
- Advised the African-American, International & LGBT student organizations
- Coordinated activities to promote professional & social growth towards the retention of faculty & staff of color
- Planned, implemented & assessed monthly cultural awareness programs for faculty, staff, students & local community
- Provided special leadership, inclusion & diversity trainings/workshops for student leaders & athletes
- Coordinated activities to promote educational, cultural & social growth for the development and retention for underrepresented student populations
- Coordinated & executed the semi-annual graduation recognition ceremony for students of color
- Coordinated the 18th Annual Come Together Kentucky Conference – a 3-day statewide LGBT collegiate conference
- Established relationships with the African-American Alumni Club for support of minority retention initiatives
- Collaborated with the Office of First-Year Programs and Retention to plan, implement & assess programs for minority retention initiatives

**Interim Coordinator of Student Activities, Programming & Student Engagement:** October 2011 – September 2012
- Managed a $72,000 operating & programming budget
- Supervised five Student Programming Board student coordinators & one Graduate Assistant
- Created a new student coordinator position to oversee marketing, promotions & social media efforts for the Student Programming Board
- Created a reporting system to evaluate & assess the effectiveness of programs & events produced by the Student Programming Board
- Served as a University liaison to talent agencies as the initial negotiator & reviewer of contracts
- Collaboratively worked with the Office of First-Year Programs and Retention to plan, implement, and assess New Student Days & Family Weekend
- Coordinated Homecoming activities in collaboration with the Office of Alumni Relations

## UNIVERSITY OF THE PACIFIC                                          Stockton, CA

**Greek Residence Director:** August 2009 – May 2011
- Managed the overall operations for 1 residential facility housing 36 residents
- Served in an on-call rotations providing crisis management, intervention & counseling for 2,500 residents
- Coordinated Winter & Spring trainings for Residence Directors & Resident Assistants
- Advised & supported 12 College Panhellenic, Interfraternity & Multicultural Greek chapters of 600 students
- Directly supervised the planning & execution of all programs/activities for the Multicultural Greek Council
- Created, coordinated & implemented needs-based programs to promote academic, personal & social growth

*Order of Omega Graduate Advisor*
- Oversaw the coordination & execution of the annual Greek Awards Banquet
- Managed all chapter finances & membership records
- Converted all organizational forms, reports, documents, applications & records to electronic format
- Established a new membership selection process now used nationally as part of a chapter management curriculum

### UNIVERSITY INVOLVEMENTS

### EASTERN KENTUCKY UNIVERSITY

North-American Interfraternity Conference: Arizona State University IMPACT Facilitator, January 2017

North-American Interfraternity Conference: Undergraduate Interfraternity Institute (UIFI) Facilitator, July 2016

Ohio University Greek Awards Judge, April 2016

Eastern Kentucky University Diversity Day Committee, February 2016

North-American Interfraternity Conference: University of Louisville IMPACT Facilitator, January 2016

Freshman Academy Mentor, September 2015 – May 2016

Hiring Committee Member

Program Director of Greek Life, June 2016-present

2

Assistant Director for Facilities and Member Services, July 2016

Coordinator for International Student Programs and Services, November 2015

## MOREHEAD STATE UNIVERSITY

Commencement Ceremony Volunteer, December 2011 – May 2015

Leader of Ceremonies, May 2015

Professional Learning Community for Diversity Initiatives, August 2013 – May 2015

President's Lecture Series Committee Member, August 2014 – December 2014

Hiring Committee Chair – Coordinator of Student Activities, Programming & Student Engagement, 2014

Hiring Committee Member

Assistant Vice President/Dean of Students, 2015

Assistant Director of Housing Operations, 2014

Student Life Coordinator (Area Coordinator), 2012

Much More to Me (MM2M) Female Mentoring & Leadership Program Mentor/Advisor, July 2012 – July 2014

Dedicated to Retention and Education at Morehead State (DREAMS) Mentoring Program Mentor, August 2011 – July 2014

President's Diversity Council Member, September 2011 – July 2014

Governor's Minority Student College Preparation Program Summer Institute Leadership Facilitator, June 2013 & 2014

Celebration of Student Scholarship Oral & Poster Presentation Judge, April 2013

Student Conduct Hearing Review Board, October 2012

## UNIVERSITY OF THE PACIFIC

Student Conduct Hearing Review Board, August 2010 – April 2011

Celebration of Student Affairs Month Committee Member, August 2010 – October 2010

Hiring Committee Member – Assistant Director of Greek Life, August 2010 – October 2010

## SELECTED PRESENTATIONS

**How to Train Your Dragon...Meaning Your Chapter Advisors – Event the Less Scary Ones,** December 2016. Association of Fraternity/Sorority Advisors Annual Meeting; Boston, MA

**Can I Touch Your Hair? Dissecting the Portrayal of Black Women with Natural Hair,** March 2015. American College Personnel Association National Convention; Tampa, FL

**Promoting Creativity in Programming,** August 2014. Kentucky Fraternity/Sorority Advisor Conference; Lexington, KY

**Campus Pride: Supporting our "Alphabet" Community,** April 2014. Kentucky Association of Blacks in Higher Education Annual Conference; Lexington, KY

**I Love Onions!: Intersectionality & Diversity Training,** July 3013. Student Activities Leadership Training; Morehead, KY

**African American Student Leadership Experience: Preparing the Next Generation for Leadership,** April 2013. Kentucky Association of Blacks in Higher Education Annual Conference; Richmond, KY

**Building Consensus: Leadership for Any Occasion,** February 2013. Emerging Leaders Symposium, Morehead State University.

**I'd Rather Go Naked: Values Alignment,** April 2011. Alpha Phi, University of the Pacific.

## AWARDS & RECOGNITION

**2015 Distinguished Staff Service Award,** Morehead State University

**2015 Hats Off to Women Recipient,** Black Student Union of Morehead State University

**2013 Staff Member of the Year Nominee,** Student Government Association of Morehead State University

**2013 Pan African Network Outstanding New Professional,** American College Personnel Association

**2011 Greek Residence Director of the Year,** University of the Pacific

**2009 William J. Brennan Graduate Assistant Fellowship,** Order of Omega

3

## PROFESSIONAL MEMBERSHIPS & INVOLVEMENT

**American College Personnel Association**, February 2010 – present
- 2016 Convention Special Events Committee, November 2014 – March 2016
- Standing Committee for Multicultural Affairs Culture Fest Co-Chair, October 2012 – June 2015
- Pan African Network Public Relations Co-Chair, May 2014 – June 2015
- Program Reviewer, September 2014 – October 2014

**Association for Fraternity & Sorority Advisors,** October 2009 – present
- AFLV Awards & Assessment Committee, January 2015 – present

**Delta Sigma Theta Sorority, Inc. (ΔΣΘ),** April 2007 – present
- Primary Advisor for Eta Omicron at Morehead State University, February 2016 – present
- Midwest Region Collegiate Professional Series Committee Member, April 2016
- Secondary Advisor for Eta Omicron at Morehead State University, September 2013 – January 2016
- 46th Midwest Regional Conference Credentials Committee Member, June 2014

**Kentucky Association of Blacks in Higher Education,** March 2012 – March 2015

**Fraternal Values Society**

**Order of Omega Greek Honor Society**

4

STRENGTHS:

* RELATOR — "WORK LIKE GOD IS LOOKING OVER YOUR SHOULDER"

* INDIVIDUALIZATION — RELATIONSHIP - BUILDING

* FOCUS — "SQUIRREL MOMENTS" ARE FRUSTRATING, BUT
       HAS PATIENCE TO LET THESE MOMENTS HAPPEN.
       SKILL & ABILITY TO KEEP THINGS ON TRACK, THOUGH.
         — REGULAR CHECK INS TO HELP MANAGE
           STUDENT COMMITMENTS

* ARRANGER — CREATIVE PROBLEM SOLVING
       — SKILLED @ CREATING PLANS OF ACTION

BELIEF IN THE FRATERNAL PROCESS …
    * GIVES BEST EFFORTS — STUDENTS DESERVE NOTHING LESS

WORK/LIFE BALANCE

   — SETS BOUNDARIES

GREEK HOUSING TASK FORCE EXPERIENCE

   * GREEK TOWERS — EACH CHAPTER HAS A FLOOR

July 22, 2010

Matt Starcke
Program Coordinator
Leadership and Service Center
Department of Student Activities
Texas A&M University
College Station, TX 77843

Dear Mr. Starcke,

With this letter, I wish to express my interest in the Student Development Specialist II position within the Department of Student Activities' Leadership and Service Center. While I cannot say that I am superwoman and can "leap tall buildings in a single bound," I can say that I have a genuine interest in students and an earnest desire to contribute wholeheartedly to creating an atmosphere that is conducive to holistic learning, growth, and development in students. I truly believe that "what comes from the heart, reaches the heart." It is my sincere desire to serve the Leadership and Service Center authentically from a heart of commitment and teamwork allowing my passion to be contagious and the continual pursuit of my own self discovery to motivate others to follow suit.

As my resume indicates, I have a wide variety of experiences both in and outside of the classroom related to leadership and student development that I believe could lend itself to the Leadership and Service Center team. For instance, the pursuit of my doctorate in Organizational and Community Leadership has given me a strong foundational knowledge in leadership education and significant experience in teaching. My research interests lie in the areas of character and identity development through leadership education; collegiate leadership development models; as well as servant, service and spiritual leadership. I am passionate about helping students to recognize that they too can be authentic leaders who can make a difference and affect change.

Additionally, I have the unique privilege of working with the Cultural Leadership Understanding and Exploration for Sophomores (CLUES) Learning Community which utilizes the Social Change Model of Leadership Development as its framework and combines leadership, multiculturalism, and a variety of activities and experiences to educate and develop multiculturally responsible leaders committed to social change. Additionally, my Master of Science degree in Student Affairs Administration in Higher Education enhances my work experience by providing me a solid foundation of higher education history, issues, and student development theories from which to draw as I strive to create a healthy environment for student growth and development. I truly believe that I have the ideal combination of experience, education, and enthusiasm to add significant value to your team and would learn a great deal in return.

In short, I believe I am uniquely qualified to take on the Student Development Specialist II position in the Department of Student Activities' Leadership and Service Center. I would appreciate an opportunity to meet and further share with you my qualifications and enthusiasm for gaining this position. I invite you to review my attached resume and thank you for your time and consideration.

Sincerely,

Katia L. Crawford
Enclosures



## Texas A&M University
## APPLICATION FOR EMPLOYMENT

Crawford

It is the policy of Texas A&M University that in all aspects of its operations each person shall be considered solely on the basis of qualifications, without regard to race, color, sex, religion, national origin, age, disabilities, or Vietnam era veteran status.

State law requires that you be informed that you are entitled to: (1) request to be informed about the information collected about yourself on this form (with a few exceptions as provided by law); (2) receive and review that information; and (3) have the information corrected at no charge. Contact esc@tamu.edu or (979) 845-4141.

Close Window

In compliance with the Americans with Disabilities Act (ADA), if accommodations are needed for the application process, please inform the Employee Service Center.

## IDENTIFICATION

| Last Name: Crawford | First Name: Katia | Middle: Latrice |
|---|---|---|

If you were ever employed in any position under a different name, give the name used:
**Tia Crawford**

| Mailing Address: | City: | State: | Zip Code: | Home Telephone: | Business Telephone: | International Telephone: |
|---|---|---|---|---|---|---|

| Position Applied For: **Student Development Specialist II** | NOV #: **100880** | Date Applied: **Jul 23 2010 3:42PM** |
|---|---|---|
| Date Available: **08-23-2010** | Email Address: | |

## EDUCATION AND TRAINING

Education: Indicate highest grade completed:
**Masters**

| Name and location of college, university, business or trade school: | Did you graduate? | For College, List Major: | For College, List Degree: | # of college credit hours completed: |
|---|---|---|---|---|
| **Charles Page High School Sand Springs, OK** | Yes | | | |
| **Oklahoma State University Stillwater, OK** | Yes | **Human Resource Management** | **Bachelor of Science in Business Administration** | 148 |
| **Texas A&M University College Station, TX** | Yes | **Student Affairs Administration in Higher Education** | **Master of Science in Educational Administration** | 48 |

| DRIVER'S LICENSE | MILITARY SERVICE |
|---|---|
| Please provide driver's license information:<br><br>State Issued:        License # : | Copy of separation from Armed Services may be required.<br><br>Are you eligible for veterans' preference?<br>**No**<br>Veteran's preference means: if two applicants are finalists for a position, and equal in all respects, the veteran (surviving unmarried spouse or orphan) would be offered the job. For detailed information visit http://employees.tamu.edu/Jobs/JobListings/legal.aspx#VP online or phone the Employee Service Center at (979)845-4141.<br><br>Please include your military service in the Employment Experience section. |

**APP'X 711**

| Are you related to any current Texas A&M University System employee, official or regent?<br>**No** | If YES, where does the relative work? |
|---|---|
| Are you currently employed by Texas A&M University?<br>**Yes** | If YES, please list the department(s) and dates of employment.<br>**Department of General Academic Programs** |
| Are you currently employed by a Texas A&M University System agency or university other than Texas A&M University?<br>**Yes** | If YES, please list the agency or university and dates of employment. |

**APP'X 712**

## SKILLS INVENTORY

List any training, licenses, foreign languages, computer/office skills, special equipment skills or qualifications not listed on previous screens:
**Doctoral Degree in Agricultural Education, Emphasis: Organizational and Community Leadership, Anticipated 2012.**

**Proficient in Microsoft Word, Excel, PowerPoint, Outlook and the capability and willingness to master new skills.**

## REFERENCES

| Name: | Address: | Phone Number: | Email : |
|---|---|---|---|
| Laura Wimberley, PhD | 400 Hotard Hall, 4247 TAMU College Station, TX 77843 | 979-862-2554 | Laura@gap.tamu.edu |
| Christine Townsend, PhD | 113 E. Dolphin Street South Padre Island, TX 78597 | 979-255-1387 | |
| Chanda Elbert, PhD | 119B Scoates Hall College Station, TX 77843 | 979-458-2699 | celbert@tamu.edu |

## CONVICTION RECORD

Do you have any felony convictions or are you a registered sexual offender?
No

| Date of Conviction (Month and year) | Describe the offense: |
|---|---|
| | |

## Supplemental Questions

Have you completed a Bachelor's or higher degree?
**Yes**

Please describe your experience developing and facilitating presentations to varied audiences (e.g. - students, faculty, and staff). When giving an example, please include the length of the presentation, the estimated attendance, and the subject matter.
**I have had a wide variety of experiences developing and facilitating presentations for a number of student organizations across campus. For instance, one group that I have worked with rather recently and over the past couple of years is the Southwestern Black Student Leadership Conference (SBSLC) student organization. For this organization I have presented workshops and facilitated teambuilders for their executive board of about eighteen student leaders. I have also facilitated workshops for their associate staff of about thirty to forty students. Most of the workshops are about an hour and fifteen minutes in length and have covered a variety of topics such as consensus building, team leadership, and values and ethics. In my current position, I have developed and facilitated presentations for our student staff as well as our graduate/professional staff. For instance, our graduate/professional staff is made up of about thirteen individuals. In preparing for teaching our seminar for the year, I have developed and presented an hour long presentation for our instructor training regarding teaching best practices.**

Do you have one (1) year full-time experience in student affairs work or related specialty?
**Yes**

Please describe your direct experience as an advisor to a student organization on a college campus. In your answer, please provide the size of the organization(s) you advised, the length of time you advised the organization(s), and briefly describe your role as an advisor.
**I have served as the Secondary Advisor for the Voices of Praise (VOP) Gospel Choir for two months. It has thirty to forty participants. As a graduate hall director I advised the hall council for Neeley Hall for one year which had a core group of twenty students that participated regularly. In my current position I supervised a group of eighteen to twenty mentors for a year and a half. While I utilize supervisory skills when it comes to office hours and payroll, I find more often than not that I put on my advisor hat because of the programming that our mentors undertake. I have found that my main role as an advisor has been to ask the difficult questions that prompt students to think more critically about their decisions and ensure that the group is keeping in line with both their own mission, vision, goals, and learning outcomes, and those that are set by the department and university. Also, I have served as a guide when assessing physical, emotional, and financial risks associated with programming and activities. Finally, I served as a resource giving them advice when needed while encouraging them to take leadership and ownership of their own organization and communities.**

Do you have experience facilitating StrengthsQuest workshops? If yes, please briefly describe your experience. If not, please note your answer will not automatically remove you from the candidate pool.
**I have undergone StrengthsQuest facilitator certification training. In my current position, we teach a first-year seminar in which we have integrated StrengthsQuest into our seminar curriculum. Because of this, we went through the facilitator training as a staff in order to prepare and ensure we were being effective. It usually included requiring the students to take the StrengthsQuest assessment in order to find out their top five Strengths. We then set aside two core lessons during the**

Crawford

## EMPLOYMENT EXPERIENCE

Start with your present or last position and work back, including military experience. If the application has been edited, the work experience may not be in chronological order. If you were ever employed in any position under a different name, give the name used:  **Tia Crawford**

**APP'X 714**

fall semester to facilitate discussions and activities surrounding the students' identified Strengths. Following those lessons, we added assignments throughout both the fall and spring semester that requires the students to reflect on their Strengths and identify how they have utilized their Strengths in carrying out their group projects. Therefore, I do have experience teaching lessons on StrengthsQuest in the context of the classroom. However, I have not yet begun facilitating StrengthsQuest workshops across campus outside of that specific classroom context.

Or do you have a Master's degree?
Yes

Do you have experience with LeaderShape (as an attendee, program coordinator, and / or facilitator)? If yes, please briefly describe your experience. If not, please note your answer to this question will not automatically remove you from the candidate pool.
Yes, I have experienced LeaderShape as a Cluster Facilitator. My experience with the LeaderShape Institute was wonderful. Not only did it inspire the student participants, but I believe it inspired those of us that were facilitating the experience as well. The curriculum was right on point for what I believe students need today and the Institute itself was well coordinated and executed ensuring a successful institute for the participants and a memorable experience for all involved.

How did you see this position advertised?
TAMU Website

Crawford

## AGREEMENT

I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief. I understand that any falsification, misrepresentation, or omission of fact made herein will void this application and may be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change.

I authorize Texas A&M University System or any of its components to make reference checks relating to my employment and I also authorize all prior employers to provide full details concerning my past employment. I understand that this application and all attachments are the property of Texas A&M University. I also understand that if I am eligible for overtime under provision of the Fair Labor Standards Act, all hours I work in excess of 40 in a workweek will be recorded in a compensatory time bank, at time and a half, unless management elects to pay me at time and a half. Furthermore, that I can take compensatory time off so long as my doing so would not unduly disrupt the activities of my department and my supervisor approves such absence. Unused overtime compensatory time will be paid upon termination of employment.

Texas A&M University is an at-will employer and may dismiss employees with or without cause. I understand that if employed by Texas A&M University I will be an at-will employee and may be dismissed from employment with or without cause.

I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire. I understand that any offer of employment is contingent upon my completing the Immigration and Naturalization Service Employment Eligibility Verification (Form I-9) and providing documents to verify my identity and employment eligibility as required by law. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work.

BY SIGNING BELOW, I certify that I have read and agree with these statements.

9-20-10                                     _Katia L. Crawford_

Date of Application                         Signature

Close Window

APP'X 716

A copy of the job description, Tia's application, and the EEO report are attached. I would be happy to provide any additional information or answer any questions you may have.

CC:          Krista Bailey, Associate Director, Department of Student Activities
                 Laura Sigle, Assistant Director, Department of Student Activities
                 Nicole McKnight, Business Coordinator II, Student Activities

# Katia (Tia) L. Crawford

## Education

**Doctor of Philosophy, Anticipated 2012**
Texas A&M University (TAMU), College Station, TX
College of Agricultural Leadership, Education, and Communications
Major: Organizational & Community Leadership

**Master of Science, May 2006**
Texas A&M University (TAMU), College Station, TX
College of Education and Human Development
Major: Educational Administration
Emphasis: Student Affairs Administration in Higher Education

**Bachelor of Science, Dec. 2003**
Oklahoma State University (OSU), Stillwater, OK
College of Business
Major: Business Administration
Emphasis: Human Resource Management

## Professional Experience

*Program Coordinator*, General Academic Programs, Aggie Access Learning Communities
Texas A&M University, College Station, TX, Jan. 2009-Present
- Manages the daily operations of two first year learning communities
- Coordinates, plans, and executes non-academic and academic student programs, activities, and services
- Reviews and approves student event planning to ensure learning outcome connections, risk management, and fiscal responsibility.
- Manages a programming budget
- Supervises and evaluates 2 graduate assistants, 2 community chairs, and 18-20 student mentors
- Reviews and approves Weekly Activity Reports and timesheets for payroll
- Monitors and assesses academic and developmental/transitional progress of students and maintains appropriate student records
- Plans, develops, and executes training and leadership development for staff
- Coordinates student mentor recruitment and selection process
- Assists in the hiring process of graduate assistants

*Instructor*, General Academic Programs, Aggie Access Learning Communities' Freshmen Seminar (LBAR 181)
Texas A&M University, College Station, TX, Jan. 2009-Present
- Teaches two sections of first-year seminar course each fall and spring
- Supervises the instruction of two seminar sections by graduate assistants
- Supervises student mentor implementation of lab curriculum associated with seminar course
- Develops curriculum material associated with seminar course
- Facilitates small and large group discussions and experiential activities
- Evaluates and assigns grades according to class attendance, assignments, and examinations
- Collaborates with a teaching team to ensure accurate and consistent information dissemination

*Teaching Assistant*, Department of Agricultural Leadership, Education, and Communications
Texas A&M University, College Station, TX, Aug 2008-Dec. 2008
- Assisted professor in *Women in Leadership* (ALED 489) course.
- Assisted professor in *Diverse Leadership and Cultural Exploration* (ALED 289) course.

- Assisted professor in *Professional Leadership Development* (ALED 340) course.
- Administered class lectures as assigned
- Facilitated small and large group discussions and experiential activities
- Evaluated and assigns grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

*Lead Instructor,* Department of Agricultural Leadership, Education, and Communications
Texas A&M University, College Station, TX, May 2008-July 2008
- Provided instruction for approximately 40 undergraduate students for two consecutive summer sessions for *Team Learning* (ALED 341) course.
- Developed curriculum for the course
- Directed simulation activities related to leadership concepts and theories
- Evaluated and assign grades according to class attendance, assignments, and examinations

*Teaching Assistant,* Department of Agricultural Leadership, Education, and Communications
Texas A&M University, College Station, TX, Aug. 2007-May 2008
- Assisted professor in *Women in Leadership* (ALED 489) course.
- Assisted professor in *Diverse Leadership and Cultural Exploration* (ALED 289) course.
- Assisted professor in *Cultural Pluralism in Agriculture* (ALED 422) course.
- Administered class lectures as assigned
- Facilitated small and large group discussions and experiential activities
- Evaluated and assigned grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

*Lead Instructor,* Department of Agricultural Leadership, Education, and Communications
Texas A&M University, College Station, TX, May 2007-July 2007
- Developed curriculum and provided instruction for approximately 40 undergraduate students for two consecutive summer sessions for *Professional Leadership Development* (ALED 340) course.
- Directed simulation activities related to leadership concepts and theories
- Evaluated and assigned grades according to class attendance, assignments, and examinations

*Teaching Assistant,* Department of Agricultural Leadership, Education, and Communications
Texas A&M University, College Station, TX, Aug. 2006-May 2007
- Responsible for 2-3 sections of *Professional Leadership Development* (ALED 340 Course) Learning Community of 25 students
- Directed simulation activities related to leadership concepts and theories
- Facilitated small group discussions
- Evaluated and assigned grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

*Graduate Assistant,* Aggie Access Learning Communities
Texas A&M University, College Station, TX, May 2006-Aug 2006
- Directed the process of assigning incoming freshmen to their respective communities within Aggie Access
- Assisted with the maintenance of freshmen cohort spreadsheet and database in Excel and Access
- Utilized SIMS to gather needed information for various reports including but not limited to demographic information, contact information, and grade reports.
- Assisted Program Coordinator in execution of the New Student Conference Aggie Access Lunches
- Assisted Program Coordinator and staff in creating a supportive atmosphere conducive for growth and development.
- Served as a resource and guide to mentors

*Graduate Hall Director,* Department of Residence Life
Texas A&M University, College Station, TX, Aug. 2005-May 2006
- Managed a residence hall housing 270 women
- Selected, trained, supervised, and evaluated a staff of four resident advisors
- Advised the Neeley hall council with an emphasis on community, teamwork, and communication

- Performed administrative functions related to occupancy, facilities, discipline and meetings
- Conducted disciplinary conferences and administer sanctions fostering student development
- Provided on-campus duty coverage for 8,000 students in 27 residence halls
- Created and maintained a community conducive to learning for all residents
- Served on Resident Advisor Development Team Committee

*Practicum, Teaching Assistant,* Department of Agricultural Education
Texas A&M University, College Station, TX, Aug. 2005-Dec.2005
- Responsible for *Professional Leadership Development* (ADEV 340) lab of 24 students
- Directed simulation activities
- Facilitated small group discussions
- Evaluated and assigned grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

*Practicum, Summer School Hall Director,* Department of Residence Life
Southern Methodist University, Dallas, TX, May 2005-July 2005
- Managed a co-ed residence hall housing 150 residents
- Trained, supervised, and evaluated a staff of three resident assistants
- Planned and executed a successful University Exchange program between Southern Methodist University and Texas Tech University
- Provided on-call duty coverage for the campus-wide summer school residents
- Served on departmental committees

*Practicum,* Department of Residence Life-Leadership Development
Texas A&M University, College Station, TX, Jan. 2005-May 2005
- Created a matrix that outlined specific components of the Leadership Living Learning Community
- Researched living learning communities, learning communities as a whole, and leadership development
- Actively sought out information and best practices in curricular/co-curricular partnerships and collaboration
- Attended leadership living learning community committee meetings

*Graduate Assistant,* Gender Issues Education Services (GIES)
Texas A&M University, College Station, TX, Aug. 2004-May 2005
- Served as a resource for issues relating to women, gender differences; the gay, lesbian, bisexual, and transgender community; and survivors of sexual violence.
- Maintained sensitive and confidential information concerning various student issues.
- Coordinated Women's Open House, and Evening of the Arts.
- Assisted in the coordination of the Silent Witness Program & the Clothesline Project.
- Assisted in marketing of programs and resources available in office.
- Assisted in the development, coordination, and facilitation of educational programs for the campus and local community on sexual violence and harassment, relationship violence and the needs of gay, lesbian, bisexual, and transgender students.

## Consulting

- Crawford, K. (2009). Preparing for College Teaching. Henderson State University's McNair Scholars Student Research Institute, College Station, TX.
- Brown, L., Watson, A., & Crawford, K. (2008). Qualities of an effective leader. Student Organization Leadership Institute, College of Education and Human Development, College Station, TX.
- Brown, L., Watson, A., & Crawford, K. (2008). Teambuilding. Student Organization Leadership Institute, College of Education and Human Development, College Station, TX.
- Bonner, F. & Crawford, K. (2008). A whole new world of research. Henderson State University's McNair Scholars Research Conference, College Station, TX.

## Leadership Activities and Involvement

- *Secondary Advisor*, Voices of Praise Gospel Choir (2010-Present)
- *Member*, TAMU Multi-Institutional Leadership Study Committee (2009-Present)
- *Member & Faculty*, Cultural Leadership Understanding and Exploration for Sophomores (CLUES) Department of Multicultural Affairs and the Department of Agricultural Leadership, Education, and Communications, Learning Community Initiative Committee (TAMU) (2006-Present)
- *Cluster Facilitator*, Texas A&M University LeaderShape Institute (2008)
- *Member*, 2008 Conference Planning Committee, Association of Leadership Educators
- *Graduate Recruiter*, Office of Graduate Studies (2008)
- *Member*, Southwestern Black Student Leadership Conference Advisory Board (2007-2008)
- *Member*, Faculty Search Committee for the Department of Agricultural Leadership, Education, and Communications. (2007)
- *Mentor*, Options For Teen Parents Program, Bryan Community (2004-2006)
- *Historian*, Brazos Valley Area Alumni Chapter, Delta Sigma Theta Sorority, Inc., Bryan Community (2006-2007)
- *Secretary*, Black Graduate Student Association (TAMU) (2005-2006)
- *Co-Chair*, Recruitment and Retention Committee, Black Graduate Student Association, (TAMU) (2004-2005)
- *Co-Chair*, Undergraduate Awards, Black Graduate Student Association, (TAMU) (2004-2005)

## Professional Affiliations and Honors

- Fish Camp Namesake (2010)
- Association of Leadership Educators (2007-2008)
- National Association of Student Personnel Administrators (2006, 2009-present)
- Brazos Valley Area Alumnae Chapter, Delta Sigma Theta Sorority, Incorporated (2005-2006)
- Phi Kappa Phi, National Honor Society, (2006)
- Kappa Delta PI, National Education Honor Society, (2006)

## Presentations

- Melton, E. & Crawford, K. (2010). Spirituality and Femininity. 2010 Southwestern Black Student Leadership Conference Roundtable Discussion. College Station, TX.
- Crawford, K. (2009). Courage Under Fire. Southwestern Black Student Leadership Conference Week: Student Workshop, College Station, TX.
- Crawford, K. (2009). Courage Under Fire. Southwestern Black Student Leadership Conference Executive Board Retreat Workshop, College Station, TX.
- Crawford, K. (2009). Cultural Leadership Understanding and Exploration for Sophomores (CLUES), Lecture. College Station, TX.
- Crawford, K. (2009). Teamwork. 2010 Southwestern Black Student Leadership Executive Board Retreat Workshop, College Station, TX.
- Crawford, K. (2009). The Value of Courage! 2009 Southwestern Black Student Leadership Conference Workshop, College Station, TX.
- Crawford, K. (2008). Situational leadership. Guest speaker AGHR 4413: Prairie View A&M University, Prairie View, TX.
- Crawford, K. (2008). Team leadership. TAMU Reads and Counts Leadership Training, College Station, TX.
- Crawford, K. (2008). Leaders of influence. 2008 ExCel Team Leader Retreat, College Station, TX.
- Crawford, K. (2008). Situational leadership. Guest speaker AGHR 4413: Prairie View A&M University, Prairie View, TX.
- Crawford, K. (2008). Leadership. National Society of Black Engineers Executive Board Meeting, College Station, TX.
- Crawford, K. (2008). Got a voice?: What are you saying?. Voices of Praise Executive Board Retreat, College Station, TX.
- Crawford, K. (2007). Leadership and relationships. 2008 Southwestern Black Student Leadership Conference Executive Board Retreat, College Station, TX.

- Crawford, K. (2007). Exploring leadership and collegiate leadership development models. 2008 Southwestern Black Student Leadership Conference Executive Board Training Workshop. College Station, TX
- Crawford, K (2007). Win as much as you can!: A trust activity. Southwestern Black Student Leadership Conference Workshop: College Station, TX
- Crawford, K (2006). Win As Much As You Can!: A Trust Activity. Southwestern Black Student Leadership Conference Execute Board Training Workshop: College Station, TX
- Crawford, K (2006). Can You Hear Me? Communication & Active Listening. MSC LEAD: College Station, TX
- Crawford, K (2006). How to motivate yourself, your mentees, and your fellow staff members. Fall Mentor Training, Aggie Access Learning Communities: College Station, TX
- Crawford, K & Merrill, M. (2006). How to motivate yourself, your staff, and your residents. Spring Resident Advisor Training: College Station, TX
- Brown, L. & Crawford, K. (2005). Getting back to the heart of the matter: Encouraging servant leadership while teaching the value of followership. National Orientation Directors Association Conference Workshop: Miami, FL.
- Brown, L. & Crawford, K. (2005). Servant leadership: Triumphs and challenges of this millennium. Guest speaker ADEV 340: College Station TX.

## Professional Development & Training

- Supervisory Skills for the Student Affairs Professional Workshop Series, College Station, TX 2010
- StrengthsQuest Facilitator Certification Training, College Station, TX 2010
- Association of Leadership Educators Conference, Spokane, WA 2008
- Association of Leadership Educators Conference, Fort Worth, TX 2007
- Certified Low Elements Trainer, TAMU ChallengeWorks, College Station, TX 2006
- National Association of Student Personnel Administrators Conference, Washington, DC, 2006
- Graduate Teaching Academy Seminars-College Station, TX, 2005
- Passport to Learning-College Station, TX, 2005
- Co-Adjudication Training Certification-College Station, TX, Fall 2005
- National Orientation Directors Association Conference- Miami, FL, Fall 2005
- Southwest Association of College and University Housing Officers Conference-Little Rock, AR, Spring 2005
- Sexual Assault Advocacy Training- College Station, TX, Fall 2004
- Texas Higher Education Diversity Conference-College Station, TX Fall 2004

# Application: Katia Crawford

Posting number: S01215FY15
Posting: Assistant Director (Staff)
Form: Staff Application
Submitted: August 17, 2015 at 12:48 PM (confirmation number: CN000185809)

## Personal Information

### Contact Information

| | |
|---|---|
| First Name | Katia |
| Middle Name | Latrice |
| Last Name | Crawford |
| Other Name Used in Employment | Tia Crawford |
| Address1 | |
| Address2 | |
| City | |
| State | |
| Zip Code/Postal Code | |
| Home Phone or Preferred Contact Number | |
| Work Phone | |
| Email | |

### General Information

| | |
|---|---|
| If this position is located in the United States, would you be required to obtain authorization to work in the United States if you are selected for this position? | No |
| Have you ever been convicted of a felony or required to register as a sex offender? | No |
| If yes, please explain | N/A |
| Are you related to any current Texas A&M System employee (for any System member) or System offical (for any System member) or to any System regent (for any System member?) | No |
| If yes name and position held | N/A |
| Are you currently employed by a Texas A&M System agency or university? | Yes |
| If yes, name of System agency or university and position held | Student Development Specialist III in the Leadership and Service Center within the Department of Student Activities at Texas A&M University in College Station. |

Katia Crawford for Assistant Director    Page 1 of 8

**APP'X 723**

## Preference Information

| | |
|---|---|
| Are you eligible for Veteran's Preference? Documentation Required. | No |
| Are you eligible for Former Foster Child Preference? Documentation Required. | No |

# Education & Training

## High School

| | |
|---|---|
| Did you graduate from high school or receive a GED Certificate? | Yes |
| If you have not graduated or received a GED, select highest level completed? | |

## Education

| | |
|---|---|
| Name of School | Texas A&M University |
| City | College Station |
| State | TX |
| Number of Credit Hours Completed | |
| Major | Educational Administration - Student Affairs |
| Minor | |
| Did you graduate? | Yes |
| Diploma or degree earned | Master of Science |

| | |
|---|---|
| Name of School | Oklahoma State University |
| City | Stillwater |
| State | OK |
| Number of Credit Hours Completed | |
| Major | Business Administration - Management |
| Minor | |
| Did you graduate? | Yes |
| Diploma or degree earned | Bachelor of Science |

## Training and Additional Information

| | |
|---|---|
| Other education/training/skills | I am currently pursuing my doctorate in Organizational and Community Leadership here at Texas A&M University. I anticipate earning my doctorate degree no later than May 2016. |
| Computer skills (hardware and software) | Microsoft Word, Excel, and PowerPoint |

**APP'X 724**

| | |
|---|---|
| Current professional licenses/certifications/registrations | Certified StrengthsQuest Facilitator |
| Related volunteer experience | I volunteer at my local church and participate in various community action and service initiative as a member of the Brazos Valley Area Alumni chapter of Delta Sigma Theta Sorority, Inc. |
| Other skills and talents related to the position you are applying for | Excellent written communication skills |

# Employment History

## Previous Employers

| | |
|---|---|
| Employer | Texas A&M University - Department of Student Activities |
| Address | 125 John J. Koldus Student Services Bldg. |
| City | College Station |
| State | TX |
| Telephone | 979-845-4878 |
| Supervisor Name | Melissa Shehane |
| Type of Business | Student Affairs Leadership Educator |
| Job Title | Student Development Specialist III |
| Employment Begin Date | 09/01/2012 |
| Employment End Date | |
| Average Hours Worked Per Week | 40 |
| Duties | I handle program coordination, student advising and consultation, marketing, budgeting, service on various department and university committees, and other duties as needed. |
| Monthly or Hourly Salary | $3,800 |
| Reason For Leaving | I am still working in this position but looking to advance. |

| | |
|---|---|
| Employer | Texas A&M University - Department of Student Activities |
| Address | 125 John J. Koldus Student Services Bldg. |
| City | College Station |
| State | TX |
| Telephone | 979-845-4878 |
| Supervisor Name | Matt Starcke |
| Type of Business | Student Affairs Leadership Educator |
| Job Title | Student Development Specialist II |
| Employment Begin Date | 09/20/2010 |
| Employment End Date | 08/31/2012 |

| Average Hours Worked Per Week | 40 |
| --- | --- |
| Duties | I handle program coordination, student advising and consultation, marketing, budgeting, service on various department and university committees, and other duties as needed. |
| Monthly or Hourly Salary | $3,033 |
| Reason For Leaving | I was promoted as my position was reclassified to a Staff Development III position. |

| Employer | Texas A&M University - General Academic Programs, Aggie Access Learning Communities |
| --- | --- |
| Address | Henderson Hall |
| City | College Station |
| State | TX |
| Telephone | 979-845-1957 |
| Supervisor Name | Dr. Laura Wimberley |
| Type of Business | Higher Education - Freshmen Success Initiative |
| Job Title | Program Coordinator |
| Employment Begin Date | 01/05/2009 |
| Employment End Date | 09/17/2010 |
| Average Hours Worked Per Week | 40 |
| Duties | I managed the daily operations of two first year learning communities. I coordinated, planned, and executed non academic and academic student programs, activities, and services. I managed a large programming budget and supervised and evaluated two graduate assistants, 2 undergraduate community chairs, and 18-20 undergraduate student mentors. |
| Monthly or Hourly Salary | $3,500 |
| Reason For Leaving | I was on an 18 month employment contract and the contract was nearing its end. |

# Professional References

## Professional References

| First Name | Melissa |
| --- | --- |
| Last Name | Shehane |
| Email | mshehane@stuact.tamu.edu |
| Primary Phone | 979-845-4878 |
| How do you know this reference? | Current Direct Supervisor |

| First Name | Matt |
| --- | --- |

Katia Crawford for Assistant Director   Page 4 of 8

| Last Name | Starcke |
|---|---|
| Email | |
| Primary Phone | 702-306-1742 |
| How do you know this reference? | Former Direct Supervisor |

| First Name | Laura |
|---|---|
| Last Name | Wimberley |
| Email | lwimberley@tamu.edu |
| Primary Phone | 979-845-1957 |
| How do you know this reference? | Former Direct Supervisor |

| First Name | Kelli |
|---|---|
| Last Name | Peck Parrott |
| Email | kpparrott@tamu.edu |
| Primary Phone | 979-412-3291 |
| How do you know this reference? | Mentor, Colleague, and Former Professor Chair |

| First Name | Chanda |
|---|---|
| Last Name | Elbert |
| Email | celbert@tamu.edu |
| Primary Phone | 979-458-2699 |
| How do you know this reference? | Mentor and Current Doctoral Committee Chair |

# Documents needed to Apply

### Required Documents

| Kind | Name | Conversion Status |
|---|---|---|
| Resume | Resume 08-17-15 06:51:33 | PDF complete |
| Cover Letter | Cover Letter 08-17-15 06:52:26 | PDF complete |

### Optional Documents

| Kind | Name | Conversion Status |
|---|---|---|
| Other Document 1 | Other Document 1 08-17-15 06:52:45 | PDF complete |
| Other Document 2 | - | - |
| Other Document 3 | - | - |

# Supplemental Questions

Katia Crawford for Assistant Director   Page 5 of 8

Required fields are indicated with an asterisk (*).

1. *Where did you see this position advertised?

    [ ]  1.    The Chronicle of Higher Education

    [ ]  2.    HigherEd Jobs

    [ ]  3.    Workplace Diversity

    [ ]  4.    Work in Texas

    [ ]  5.    Higher Education Recruitment Consortium (HERC)

    [ ]  6.    Job Fair

    [ ]  7.    GettingHired.com

    [ ]  8.    RecruitMilitary.com

    [X]  9.    This Website

    [ ]  10.   Other

    [ ]  11.   No Answer

2. If you selected Other, please let us know where you saw the position advertised.

    N/A

3. *Do you have the ability to use word processing, spreadsheet and database programs?

    [X]  1.    Yes

    [ ]  2.    No

    [ ]  3.    No Answer

4. *Are you able to work nights and weekends as needed?

    [X]  1.    Yes

    [ ]  2.    No

    [ ]  3.    No Answer

5. *Select which of the following best represents your educational training.

    [ ]  1.    Completed high school diploma or GED

    [ ]  2.    15 college credit hours

    [ ]  3.    30 college credit hours

    [ ]  4.    45 college credit hours

    [ ]  5.    60 college credit hours

    [ ]  6.    75 college credit hours

    [ ]  7.    90 college credit hours

    [ ]  8.    105 college credit hours

    [ ]  9.    120 or more college credit hours

    [ ]  10.   Completed a Bachelor's degree

    [X]  11.   Completed a Master's degree

    [ ]  12.   Completed a Doctoral degree

APP'X 728

[ ] 13. No Answer

6. *Select the response that best represents your years of progressively responsible administrative or management experience in student affairs in higher education.

[ ] 1. None

[ ] 2. Less than one

[ ] 3. 1

[ ] 4. 2

[ ] 5. 3

[ ] 6. 4

[ ] 7. 5

[X] 8. 6

[ ] 9. 7

[ ] 10. 8

[ ] 11. 9

[ ] 12. 10

[ ] 13. 11

[ ] 14. 12

[ ] 15. 13 or more

[ ] 16. No Answer

# Certification

I certify the statements made by me in this application and materials supplied by me as part of my employment application are true, complete and correct to the best of my knowledge and belief. I understand that any falsification, misrepresentation, or omission of fact made herein or at any point in the hiring process may be cause for denial of employment or immediate termination of employment, regardless of when or how it was discovered. I agree to revise this application should any of the information change.

I authorize Texas A&M System members to make checks relating to my employment, education and any licenses. I also authorize all current and prior employers to provide full details concerning my past employment. I understand that this application and all attachments are the property of Texas A&M System members as applicable. I understand a criminal history check may be required as specified by the appropriate System Member.

The Texas A&M System members are at-will employers and may dismiss employees with or without cause. I understand that if employed by a Texas A&M System component member I will be an at-will employee and may be dismissed from employment with or without cause unless I have a legally different status.

For positions located in the United States, I understand that if I am male, I am required to sign a Certification of Registration Status for the Selective Service as a requirement for employment. I further understand if I am a male age 18 through 25, I must show proof of registration with Selective Service at the time of hire.

I understand that any offer of employment for a position located in the United States is contingent upon my completing the U.S. Citizenship and Immigration Services Form I-9 and providing documents to verify my identity and employment eligibility as required by law. When completing the Form I-9, I will be required to attest that I am a citizen or national of the U.S., a lawful Permanent Resident or an alien authorized to work.

[X] I certify that I have read and agree with these statements.

KLC Please enter your initials to verify your identity.

Katia Crawford for Assistant Director    Page 7 of 8

**APP'X 729**

Submitted on August 17, 2015 at 12:48 PM by Katia Crawford

**APP'X 730**

# Katia (Tia) L. Crawford

## Education

**Doctor of Philosophy, Anticipated May 2016**
Texas A&M University (TAMU), College Station, TX
College of Agricultural Leadership, Education, and Communications
Major: Organizational & Community Leadership

**Master of Science, May 2006**
Texas A&M University (TAMU), College Station, TX
College of Education and Human Development
Major: Educational Administration
Emphasis: Student Affairs Administration in Higher Education

**Bachelor of Science, Dec. 2003**
Oklahoma State University (OSU), Stillwater, OK
College of Business
Major: Business Administration
Emphasis: Human Resource Management

## Professional Experience

***Student Development Specialist III,*** Leadership and Service Center, Department of Student Activities
Texas A&M University, College Station, TX, 2012-present

Supervision
- Supervise one graduate assistant
- Supervise undergraduate interns/graduate practicum students as needed
- Develop professional development plans and opportunities for personal goal setting
- Facilitate ongoing conversations based on formal and informal feedback

Programming
- Served as the Program Coordinator for the LeaderShape Institute at Texas A&M University including logistics and recruitment oversight, as well as funding and development efforts.
- Managed a budget of $35,000 and explored and secured development opportunities
- Established a new peer educator program to promote leadership, service, and development opportunities for students, including program design, implementation and assessment
- Coordinate marketing, student recruitment, selection and retention
- Managed a budget of $3,000

Advising
- Advise student-led organization comprised of 12 executive members, 40 committee members, 250 staff assistants responsible for coordinating the largest one day, student led service project in the nation with over 21,000 student participants
- Consult students on budget management, fundraising and grant application processes
- Ensure students are knowledgeable of student policies, procedures and rules
- Create opportunities for students to assess events and comprehend how to utilize results
- Facilitate intentional leadership development opportunities
- Serve as staff advisor for international travel for the purpose of outreach
- Monitor group dynamics, utilize conflict resolution and provide effective feedback
- Ensure students are aware of and incorporate proper risk management processes

Team and Campus Relations
- Provide short term consulting, facilitate presentations, and develop workshops for faculty, staff, and student organizations on leadership and service initiatives
- Support team by contributing to events and functions hosted by the Leadership and Service Center and the Department of Student Activities
- Create and support inclusive relationships, programs, and events

Crawford, K.L. Page 2

***Student Development Specialist II,*** Leadership and Service Center, Department of Student Activities
Texas A&M University, College Station, TX, Sept. 2010-012
- Supervised one graduate assistant
- Coordinated and facilitates StrengthsQuest programming for students, student organizations, academic departments, and the campus community
- Coordinated staff StrengthsQuest facilitator trainings and refreshers
- Served as the Program Coordinator for the LeaderShape Institute at Texas A&M University including logistics and recruitment oversight, as well as funding and development efforts.
- Advisd student organizations associated with the Student Government Association including Building Young Leaders Together (BYLT) and formerly Parents' Weekend Committee
- Coordinated the selection, travel, and accommodations of students to the Lyndon B. Johnson Leadership Conference on Character at the University of Texas in Austin, TX.
- Researched and initiated the development of a new leadership initiative for the Leadership and Service Center
- Developed and updated assessments for respective programs and workshops
- Co-taught a First-Year Seminar course
- Facilitatd leadership and service workshops as requested

***Program Coordinator,*** General Academic Programs, Aggie Access Learning Communities
Texas A&M University, College Station, TX, Jan. 2009-Sept. 2010
- Managed the daily operations of two first year learning communities
- Coordinated, planned, and executed non-academic and academic student programs, activities, and services
- Reviewed and approved student event planning to ensure learning outcome connections, risk management, and fiscal responsibility.
- Managed a programming budget
- Supervised and evaluated 2 graduate assistants, 2 community chairs, and 18-20 student mentors
- Reviewed and approved Weekly Activity Reports and timesheets for payroll
- Monitored and assessed academic and developmental/transitional progress of students and maintained appropriate student records
- Planned, developed, and executed training and leadership development for staff
- Coordinated student mentor recruitment and selection process
- Assisted in the hiring process of graduate assistants

***Instructor,*** General Academic Programs, Aggie Access Learning Communities' Freshmen Seminar (LBAR 181)
Texas A&M University, College Station, TX, Jan. 2009-Sept. 2010
- Taught two sections of first-year seminar course each fall and spring
- Supervised the instruction of two seminar sections by graduate assistants
- Supervised student mentor implementation of lab curriculum associated with seminar course
- Developed curriculum material associated with seminar course
- Facilitated small and large group discussions and experiential activities
- Evaluated and assigns grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

***Teaching Assistant,*** Department of Agricultural Leadership, Education, and Communications
Texas A&M University, College Station, TX, Aug 2008-Dec. 2008
- Assisted professor in *Women in Leadership* (ALED 489) course.
- Assisted professor in *Diverse Leadership and Cultural Exploration* (ALED 289) course.
- Assisted professor in *Professional Leadership Development* (ALED 340) course.
- Administered class lectures as assigned
- Facilitated small and large group discussions and experiential activities
- Evaluated and assigns grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

***Lead Instructor,*** Department of Agricultural Leadership, Education, and Communications
Texas A&M University, College Station, TX, May 2008-July 2008
- Provided instruction for approximately 40 undergraduate students for two consecutive summer sessions for *Team Learning* (ALED 341) course.
- Developed curriculum for the course

**APP'x 732**

Crawford, K.L. Page 3

- Directed simulation activities related to leadership concepts and theories
- Evaluated and assign grades according to class attendance, assignments, and examinations

*Teaching Assistant*, Department of Agricultural Leadership, Education, and Communications

Texas A&M University, College Station, TX, Aug. 2007-May 2008
- Assisted professor in *Women in Leadership* (ALED 489) course.
- Assisted professor in *Diverse Leadership and Cultural Exploration* (ALED 289) course.
- Assisted professor in *Cultural Pluralism in Agriculture* (ALED 422) course.
- Administered class lectures as assigned
- Facilitated small and large group discussions and experiential activities
- Evaluated and assigned grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

*Lead Instructor*, Department of Agricultural Leadership, Education, and Communications

Texas A&M University, College Station, TX, May 2007-July 2007
- Developed curriculum and provided instruction for approximately 40 undergraduate students for two consecutive summer sessions for *Professional Leadership Development* (ALED 340) course.
- Directed simulation activities related to leadership concepts and theories
- Evaluated and assigned grades according to class attendance, assignments, and examinations

*Teaching Assistant*, Department of Agricultural Leadership, Education, and Communications

Texas A&M University, College Station, TX, Aug. 2006-May 2007
- Responsible for 2-3 sections of *Professional Leadership Development* (ALED 340 Course) Learning Community of 25 students
- Directed simulation activities related to leadership concepts and theories
- Facilitated small group discussions
- Evaluated and assigned grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

*Graduate Assistant*, Aggie Access Learning Communities

Texas A&M University, College Station, TX, May 2006-Aug 2006
- Directed the process of assigning incoming freshmen to their respective communities within Aggie Access
- Assisted with the maintenance of freshmen cohort spreadsheet and database in Excel and Access
- Utilized SIMS to gather needed information for various reports including but not limited to demographic information, contact information, and grade reports.
- Assisted Program Coordinator in execution of the New Student Conference Aggie Access Lunches
- Assisted Program Coordinator and staff in creating a supportive atmosphere conducive for growth and development.
- Served as a resource and guide to mentors

*Graduate Hall Director*, Department of Residence Life

Texas A&M University, College Station, TX, Aug. 2005-May 2006
- Managed a residence hall housing 270 women
- Selected, trained, supervised, and evaluated a staff of four resident advisors
- Advised the Neeley hall council with an emphasis on community, teamwork, and communication
- Performed administrative functions related to occupancy, facilities, discipline and meetings
- Conducted disciplinary conferences and administer sanctions fostering student development
- Provided on-campus duty coverage for 8,000 students in 27 residence halls
- Created and maintained a community conducive to learning for all residents
- Served on Resident Advisor Development Team Committee

*Practicum, Teaching Assistant*, Department of Agricultural Education

Texas A&M University, College Station, TX, Aug. 2005-Dec.2005
- Responsible for *Professional Leadership Development* (ADEV 340) lab of 24 students
- Directed simulation activities
- Facilitated small group discussions
- Evaluated and assigned grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

**APP'X 733**

*Practicum, Summer School Hall Director*, Department of Residence Life

Southern Methodist University, Dallas, TX, May 2005-July 2005
- Managed a co-ed residence hall housing 150 residents
- Trained, supervised, and evaluated a staff of three resident assistants
- Planned and executed a successful University Exchange program between Southern Methodist University and Texas Tech University
- Provided on-call duty coverage for the campus-wide summer school residents
- Served on departmental committees

*Practicum*, Department of Residence Life-Leadership Development

Texas A&M University, College Station, TX, Jan. 2005-May 2005
- Created a matrix that outlined specific components of the Leadership Living Learning Community
- Researched living learning communities, learning communities as a whole, and leadership development
- Actively sought out information and best practices in curricular/co-curricular partnerships and collaboration
- Attended leadership living learning community committee meetings

*Graduate Assistant*, Gender Issues Education Services (GIES)

Texas A&M University, College Station, TX, Aug. 2004-May 2005
- Served as a resource for issues relating to women, gender differences; the gay, lesbian, bisexual, and transgender community; and survivors of sexual violence.
- Maintained sensitive and confidential information concerning various student issues.
- Coordinated Women's Open House, and Evening of the Arts.
- Assisted in the coordination of the Silent Witness Program & the Clothesline Project.
- Assisted in marketing of programs and resources available in office.
- Assisted in the development, coordination, and facilitation of educational programs for the campus and local community on sexual violence and harassment, relationship violence and the needs of gay, lesbian, bisexual, and transgender students.

## Consulting

- Crawford, K. (2009). Preparing for College Teaching. Henderson State University's McNair Scholars Student Research Institute, College Station, TX.
- Brown, L., Watson, A., & Crawford, K. (2008). Qualities of an effective leader. Student Organization Leadership Institute, College of Education and Human Development, College Station, TX.
- Brown, L., Watson, A., & Crawford, K. (2008). Teambuilding. Student Organization Leadership Institute, College of Education and Human Development, College Station, TX.
- Bonner, F. & Crawford, K. (2008). A whole new world of research. Henderson State University's McNair Scholars Research Conference, College Station, TX.

## University Service and Involvement

- *Coach*, Maroon & White Society, Division of Student Affairs (Spring 2015-Present)
- *Coordinator*, Student Affairs Administration in Higher Education Interview Conference (2012-Present)
- *Member*, Division of Student Affairs Staff Development Team (2011-Present)
- *Member*, Professional Development and Staff Training Committee (Spring 2012-Fall 2012)
- *Member*, Action in Multicultural Education & Professional Development (Spring 2011-2013)
- *Support Staff*, Fish Camp (Summers 2011, 2012, 2013)
- *Secondary Advisor*, Voices of Praise Gospel Choir (2010-2013)
- *Member*, TAMU Multi-Institutional Leadership Study Committee (2009-2010)
- *Member & Faculty*, Cultural Leadership Understanding and Exploration for Sophomores (CLUES) Department of Multicultural Affairs and the Department of Agricultural Leadership, Education, and Communications, Learning Community Initiative Committee (TAMU) (2006-Present)
- *Cluster Facilitator*, Texas A&M University LeaderShape Institute (2008)
- *Member*, 2008 Conference Planning Committee, Association of Leadership Educators
- *Graduate Recruiter*, Office of Graduate Studies (2008)
- *Member*, Southwestern Black Student Leadership Conference Advisory Board (2007-2008)

Crawford, K.L. Page 5

- *Member,* Faculty Search Committee for the Department of Agricultural Leadership, Education, and Communications. (2007)
- *Mentor,* Options For Teen Parents Program, Bryan Community (2004-2006)
- *Historian,* Brazos Valley Area Alumni Chapter, Delta Sigma Theta Sorority, Inc., Bryan Community (2006-2007)
- *Secretary,* Black Graduate Student Association (TAMU) (2005-2006)
- *Co-Chair,* Recruitment and Retention Committee, Black Graduate Student Association, (TAMU) (2004-2005)
- *Co-Chair,* Undergraduate Awards, Black Graduate Student Association, (TAMU) (2004-2005)

## Professional Affiliations and Honors

- Department of Student Activities Leadership Value Award (2015)
- SGA Advisor of the Year (2010-2011)
- Fish Camp Namesake (2010)
- Association of Leadership Educators (2007-2008)
- National Association of Student Personnel Administrators (2006, 2009-present)
- Brazos Valley Area Alumnae Chapter, Delta Sigma Theta Sorority, Incorporated (2005-2006)
- Phi Kappa Phi, National Honor Society, (2006)
- Kappa Delta PI, National Education Honor Society, (2006)

## Presentations

- Crawford, K. (2015). Peer Leadership and Service Program: Exploring a High Impact Practice. A poster presentation presented at the 2015 Association of Leadership Educators Conference. Washington, D.C.
- Melton, E. & Crawford, K. (2010). Spirituality and Femininity. 2010 Southwestern Black Student Leadership Conference Roundtable Discussion. College Station, TX.
- Crawford, K. (2009). Courage Under Fire. Southwestern Black Student Leadership Conference Week: Student Workshop, College Station, TX.
- Crawford, K. (2009). Courage Under Fire. Southwestern Black Student Leadership Conference Executive Board Retreat Workshop, College Station, TX.
- Crawford, K. (2009). Cultural Leadership Understanding and Exploration for Sophomores (CLUES), Lecture. College Station, TX.
- Crawford, K. (2009). Teamwork. 2010 Southwestern Black Student Leadership Executive Board Retreat Workshop, College Station, TX.
- Crawford, K. (2009). The Value of Courage! 2009 Southwestern Black Student Leadership Conference Workshop, College Station, TX.
- Crawford, K. (2008). Situational leadership. Guest speaker AGHR 4413: Prairie View A&M University, Prairie View, TX.
- Crawford, K. (2008). Team leadership. TAMU Reads and Counts Leadership Training, College Station, TX.
- Crawford, K. (2008). Leaders of influence. 2008 ExCel Team Leader Retreat, College Station, TX.
- Crawford, K. (2008). Situational leadership. Guest speaker AGHR 4413: Prairie View A&M University, Prairie View, TX.
- Crawford, K. (2008). Leadership. National Society of Black Engineers Executive Board Meeting, College Station, TX.
- Crawford, K. (2008). Got a voice?: What are you saying?. Voices of Praise Executive Board Retreat, College Station, TX.
- Crawford, K. (2007). Leadership and relationships. 2008 Southwestern Black Student Leadership Conference Executive Board Retreat, College Station, TX.
- Crawford, K. (2007). Exploring leadership and collegiate leadership development models. 2008 Southwestern Black Student Leadership Conference Executive Board Training Workshop, College Station, TX
- Crawford, K (2007). Win as much as you can!: A trust activity. Southwestern Black Student Leadership Conference Workshop: College Station, TX
- Crawford, K (2006). Win As Much As You Can!: A Trust Activity. Southwestern Black Student Leadership Conference Execute Board Training Workshop: College Station, TX
- Crawford, K (2006). Can You Hear Me? Communication & Active Listening. MSC LEAD: College Station, TX

- Crawford, K (2006). How to motivate yourself, your mentees, and your fellow staff members. Fall Mentor Training, Aggie Access Learning Communities: College Station, TX
- Crawford, K & Merrill, M. (2006). How to motivate yourself, your staff, and your residents. Spring Resident Advisor Training: College Station, TX
- Brown, L. & Crawford, K. (2005). Getting back to the heart of the matter: Encouraging servant leadership while teaching the value of followership. National Orientation Directors Association Conference Workshop: Miami, FL.
- Brown, L. & Crawford, K. (2005). Servant leadership: Triumphs and challenges of this millennium. Guest speaker ADEV 340: College Station TX.

## Professional Development & Training

- Association of Leadership Educators Conference, Washington, D.C. 2015
- Leadership Educators Institute, Ft. Worth, TX 2014
- Leadership Educators Institute, Columbus, OH 2012
- Supervisory Skills for the Student Affairs Professional Workshop Series, College Station, TX 2010
- StrengthsQuest Facilitator Certification Training, College Station, TX 2010
- Association of Leadership Educators Conference, Spokane, WA 2008
- Association of Leadership Educators Conference, Fort Worth, TX 2007
- Certified Low Elements Trainer, TAMU ChallengeWorks, College Station, TX 2006
- National Association of Student Personnel Administrators Conference, Washington, DC, 2006
- Graduate Teaching Academy Seminars-College Station, TX, 2005
- Passport to Learning-College Station, TX, 2005
- Co-Adjudication Training Certification-College Station, TX, Fall 2005
- National Orientation Directors Association Conference- Miami, FL, Fall 2005
- Southwest Association of College and University Housing Officers Conference-Little Rock, AR, Spring 2005
- Sexual Assault Advocacy Training- College Station, TX, Fall 2004
- Texas Higher Education Diversity Conference-College Station, TX Fall 2004

## Additional Teaching Experience

- SOMS 380: Workshop in Leadership Education I, Texas A&M University (Fall 2013)
- SOMS 381: Workshop in Leadership Education II, Texas A&M University (Spring 2014)
- UGST 181: Leadership for Social Change, Texas A&M University (Fall 2011 & Fall 2012)

August 14, 2015

Mr. Rusty Thompson, Director
Department of Student Activities
Texas A&M University
College Station, TX 77843

Dear Mr. Rusty Thompson and Members of the Search Committee,

With this letter, I wish to express my interest in the Assistant Director position within the Department of Student Activities' Leadership and Service Center. While I cannot say that I am superwoman and can "leap tall buildings in a single bound," I can say that I have a genuine interest in students and an earnest desire to contribute wholeheartedly to creating an atmosphere that is conducive to holistic learning, growth, and development in students. I truly believe that "what comes from the heart, reaches the heart." It is my sincere desire to serve the Leadership and Service Center authentically from a heart of commitment and teamwork allowing my passion to be contagious and the continual pursuit of my own self-discovery to motivate others to follow suit.

As my resume indicates, I have a wide variety of experiences both in and outside of the classroom related to leadership and student development that I believe could lend itself to the Leadership and Service Center team. For instance, the pursuit of my doctorate in Organizational and Community Leadership has given me a strong foundational knowledge in leadership education and significant experience in teaching. My research interests lie in the areas of character and identity development through leadership education; collegiate leadership development models, as well as servant, service and spiritual leadership. I am passionate about helping students to recognize that they too can be authentic leaders who can make a difference and affect change.

Currently, I serve as a Student Development Specialist III on the Leadership and Service Center team where I coordinate and facilitate service oriented and leadership learning and development opportunities for students and advise The Big Event, the largest student led service project in the nation. Further, this past spring I served as the staff advisor for the Aggie Service-Learning Experience where I accompanied student participants to Thailand and facilitated reflection activities encouraging deeper thought and meaning making.

Additionally, I have had the unique privilege of working with the Cultural Leadership Understanding and Exploration for Sophomores (CLUES) Learning Community, a partnership between the Department of Multicultural Services and the Department of Agricultural Leadership, Education and Communications and coordinating the Student Affairs in Higher Education Interviewing Conference. Both of these experiences have given me the opportunity to build and develop working relationships with faculty members across campus. Lastly, my Master of Science degree in Student Affairs Administration in Higher Education enhances my work experience by providing me a solid foundation of higher education history, issues, and student development theories from which to draw as I strive to create a healthy environment for student learning, growth and development. I truly believe that I have the ideal combination of experience, education, and enthusiasm to add significant value to the Leadership and Service Center Team and the Department of Student Activities as a whole.

In short, I believe I am uniquely qualified to take on the Assistant Director position in the Department of Student Activities' Leadership and Service Center. I would appreciate an opportunity to meet and discuss with you my qualifications and enthusiasm for filling this position. I invite you to review my attached resume and thank you for your time and consideration.

Sincerely,

Katia L. Crawford
Katia L. Crawford
Enclosures

# Katia (Tia) L. Crawford

# References

**Melissa Shehane, Ph.D.** (Direct Supervisor)
Associate Director, Department of Student Activities
Texas A&M University
Email: mshehane@stuact.tamu.edu
Phone: (979) 845-4878

**Matt Starcke, M.S.** (Former Supervisor)
Doctoral Student
North Carolina State University
Email:
Phone: (704) 306-1742 (cell)

**Laura Wimberley, Ph.D.** (Former Supervisor)
Program Manager
FOCUS Learning Communities
Department of Honors and Undergraduate Research
Texas A&M University
Henderson Hall, 4247 TAMU
College Station, TX 77843
Email: lwimberley@tamu.edu
Phone: (979) 845-1957

**Kelli Peck Parrott, Ph.D.** (Mentor and Former Professor and Chair of Master's Program)
Director and Clinical Full Professor
Student Affairs Administration in Higher Education
Texas A&M University
543 Harrington, 4226 TAMU
College Station, TX 77843
Email: kpparrott@tamu.edu
Phone: (979) 412-3291

**Chanda D. Elbert, Ph.D.** (Mentor and Current Chair of Doctoral Program)
Assistant Provost, Office of Graduate and Professional Studies
Associate Professor, Agricultural Leadership, Education and Communications
600 John Kimbrough Boulevard, Room 200, MS 2116
Texas A&M University
College Station, Texas 77843-2116
Email: celbert@tamu.edu
Phone: (979) 458-2699

Tonya Turner-Driver

October 25, 1999

Felicia Scott
Director
Office of Multicultural Services
Texas A&M University

Dear Ms. Scott:

Since I am searching for opportunities to extend my relationships with students I work with, I am discreetly exploring career alternatives. I recently learned of an opportunity with the Office of Multicultural Services as Assistant Coordinator of Student Retention and Development, I am writing in hopes of consideration for this position. I have worked with the staff of Multicultural Services during and after my undergraduate years and am quite knowledgeable of programs and activities they host. Several of the high schools I have worked with also happen to be included in the list of schools Multicultural Services holds programs for. I would more than welcome an opportunity to talk to you about the possibility of my joining the Multicultural Services team.

My experiences with youth, from my undergraduate years returning with President Mobley to various parts of Texas for two years to speak, to Admissions Counseling as the Houston area Admissions Counselor, qualify me to manage the growth of a position dedicated to the welfare of our youth. Furthermore, I am eager to share my exposure to various backgrounds with others in an attempt to bridge any gaps in communication. Currently my mission within Admissions Counseling is to increase the knowledge of higher education and Texas A&M University within certain geographic areas. This mission has been successful thus far and I highly attribute this to my ability to subtract ten years from my life and be in the exact same shoes of the students I visit. Maintaining the memory of fear, confusion, miscommunication and at times suffocation, helps me to relate one on one with my students.

Teaching an eighth grade behavioral adjustment class was quite challenging. However it was an experience I would not trade. It was my responsibility to motivate "Labeled" students to be interested in education. At the same time it was expected that I conform them from needed behavior adjustment to being able to assimilate into the "Regular" classroom. I met this challenge daily and learned many things in the process. As opposed to the numerous times I held programs and workshops for youth catered to self-betterment, this opportunity instilled in me that the earlier the positive impact is introduced the greater the chances of their success.

In my undergraduate and graduate years I have held numerous positions that enabled me to not only identify with high school students on the college track, but students that have not had any exposure to the idea of higher education. The majority of my time since 1993 has been spent in many college preparation and counseling arenas. I have been responsible for the coordination of College Bound Seminars, Making the Connection and several other programs for middle to high school aged students. I initiated Terrell Middle School Trip program, as a behavior adjustment instrument during my experience as a teacher. As an undergraduate my Director and Assistant Director positions in Minority Enrichment and Development through Academic and Leadership Skills conference (MEDALS); Director position in the Excellence uniting Culture Education and Leadership conference (ExCEL); Presidency of Alpha Kappa Alpha Sorority Inc. (AKA); Program Committee of American Marketing Association (AMA); Presidency and Program Chair positions of African-American Women Striving for Success (AAWSS); Student recruiter

32741
OCT 28 1999
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

for Lowry Mays College of Business in minority recruiting and many others created the foundation for my personal focus at an early stage.

I have included with this letter a resume that summarizes my qualifications, training, experiences and education. I more than exceed any computer skills requirement of this position considering I had to include a computer literacy subject within my six course schedule as a teacher. I do not doubt that my communicative, programming, initiative, innovative, efficient and administrative qualities could make an immense contribution to the Office of Multicultural Services team. I can be reached at my office (409) 862-8880 or at my home (409) 695-6559. Thank you so much for the time and consideration.

Sincerely,

Tonya Turner-Driver

OCT 28 1999

# TONYA TURNER-DRIVER

Office (409) 845-5266 or (409) 845-3741    E-mail t-driver@tamu.edu

## EDUCATION :

**PRAIRIE VIEW A&M UNIVERSITY**
GRADUATE COLLEGE OF BUSINESS ADMINISTRATION
Prairie View, TX
Management Information Systems – M.B.A. (pending)

**TEXAS A&M UNIVERSITY**
COLLEGE OF BUSINESS ADMINISTRATION
College Station, TX
Marketing – B.B.A. (Aug. '96)

## EXPERIENCE :

**TEXAS A&M UNIVERSITY**
RECRUITMENT
College Station, TX
Recruitment Specialist – Full-time (Aug. '98 – Current)

- Responsible for recruiting, scheduling and supervising events for students to gain knowledge of Texas A&M University.
- Facilitated the application and admission to the University as well as made recommendations for admission.
- Interacted with college and other University offices regarding development and revision of informational materials, handbooks, and newsletters for students and departments.
- Implemented projects for retention purposes and maintained high school and community college counselor contacts as a mechanism for identifying students for recruitment.
- Visited high schools to present and distribute information concerning University programs and opportunities.
- Interviewed applicants to fill recruiting positions in the Austin/Waco/Central/Killeen areas of Texas to be filled by April '99

**HOUSTON INDEPENDENT SCHOOL DISTRICT**
EDUCATION
Houston, TX
Special Education Teacher – Full-time (Aug '97 – May '98)

- Responsible for instruction, counseling and supervision of behaviorally and emotionally challenged class
- Developed plans daily to facilitate learning in 5 subjects: English, Social Studies, Math, Science, Reading
- Maintained daily records of students behavior and academics that were used in students' yearly evaluation
- Proposed and facilitated a day trip to Terrell Middle School as an attitude adjustment program

**WESTERN INTERNATIONAL MEDIA CORP.**
ADVERTISING
Los Angeles, CA
Advertising Team Disney – Internship  (Aug '96 – Nov '96)

- Assisted in the preparation of a competitive analysis presentation for the Walt Disney representatives of their Disney Interactive line of software.
- Was responsible for the selecting, examining, and analyzing of Disney Interactive competitors' CD-ROM software.
- Developed proposals to counteract competition through marketing and advertising efforts.
- Facilitated the operational aspects of the presentation.

## OTHER ACCOMPLISHMENTS :

President, Vice-President, Program Chair, Alpha Kappa Alpha Sorority, Inc. (2yrs)
Programming Chair/Advertising Committee, American Marketing Association (3 yrs)
President, African-American Women Striving for Success (2 yrs)

## REFERENCES

Available upon request

APP'X 741

OCT 28 1998

Chris Brown
Assistant Director of Admissions
University of Houston
(713) 221-8522

Ricardo Gonzales
Assistant Director of Admissions
University of Texas at San Antonio
(210) 458-2808

Erica Davis
Sales Account Executive
Clear Channel Radio
(713) 623-2108

Kevin Careathers
Director of Minorty Affairs
University of Memphis
(901) 672-1572

Dr. Jeff Guidry
Professor
Texas A&M University
(409) 862-1182



# TEXAS A&M UNIVERSITY
## APPLICATION FOR EMPLOYMENT

It is the policy of Texas A&M University that in all aspects of its operations each person shall be considered solely on the basis of qualifications, without regard to race, color, sex, religion, national origin, age, disabilities, or Vietnam era veteran status.

Please type or print. Use black ink.
Answer all questions.

In compliance with the Americans with Disabilities Act, if accommodations are needed for the application process please inform the Employment Office.

## IDENTIFICATION

| Last Name | First | M.I. | Social Security Number |
|---|---|---|---|
| Turner-Driver | Tonya | M. | |

| Mailing Address | City | State | Zip | Business Telephone (409) 845-3741 |
|---|---|---|---|---|
| | | | | Home Telephone |

| Date you can begin work: July 10, 1999 | No. of months you plan to be here: Indefinite | Have you ever worked for TAMU or within the TAMU System? ☒ Yes ☐ No |
|---|---|---|
| Are you a citizen or permanent resident of the United States? ☒ Yes ☐ No  If no, please give visa status: | If your age is below 18 years, give date of birth. | Give final date and department: Admissions & Records |

## EDUCATION AND TRAINING

Education: Circle highest grade completed:
1 2 3 4 5 6 7 8 9 10 11 ⑫ GED

Give name and address of last high school attended: Booker Washington 119 E 39th Houston, Tx

| Name and location of college, university, business or trade school | DEGREES AWARDED | |
|---|---|---|
| | Title | Major Field |
| Texas A&M University | BBA | Marketing |
| Prairie View A&M University (pending) MBA | | |
| | | |
| | | |

| Major field(s) of study/training: Marketing | Minor field(s) of study/training: | Number of college hours completed: 169 |
|---|---|---|

## SPECIAL SKILLS (clerical, computer, mechanical, languages, etc.)

Computer: Microsoft Office [Powerpoint, Word, Excel, Access], Internet Software Dbase, Electronic Messaging

| MILITARY SERVICE (refer to EEO Data Form for definitions) | WORK PREFERENCES (Check one or more.) | | OFFICE USE ONLY |
|---|---|---|---|
| Copy of separation from Armed Services may be required | ☒ 8-5 | ☐ Shift | ID# 32741 |
| Dates of Service: From _____ To _____ | ☐ 8-12 | ☐ Summer | Keyboarding Test: Date _____ |
| Are you a surviving spouse or orphan of a veteran? ☐ Yes ☐ No  If yes, complete dates of service for veteran. | ☐ 1-5 | ☐ Temporary | Score _____  Errors _____ |

**APP'X 743**

If the type of job for which you are am... ...ie requires a driver's license, please indicate the class of valid driver's license you have:

State issued _____    _____ License #    __

## EXPERIENCE

Start with your present or last position and work back, including military experience. If you were ever employed in any position under a different name, give the name used. **MAY WE CONTACT YOUR PRESENT EMPLOYER?** ☑ YES    ☐ NO

---

Position Title: Academic Advisor
Employer: Texas A&M University
Mailing Address: 217 Koldus
City and State/Zip: College Station, TX 77843-1265
Employer's Telephone No.: AC (409) 845-3741

Immediate Supervisor
Name Myra Gomez
Title Recruitment Coordinator

Supervisor's Telephone No.
AC (409) 845-3741

Full-Time ☑
Part-Time ☐
Summer ☐
Temp ☐

Give average number of hours worked per week if part-time

| Starting Date | | Leaving Date | | Final Salary |
|---|---|---|---|---|
| Mo. | Yr. | Mo. | Yr. | |
| 8 | 98 | N/A | N/A | $24,500 |

If supervisory, number of employees you supervised _____

Summary of experience:

"PLEASE SEE RESUME"

Specific reason for leaving:

Currently Employed

---

Position Title: Coordinator
Employer: Neiman Marcus
Mailing Address: 2600 Post Oak Blvd
City and State/Zip: Houston, TX 77056
Employer's Telephone No.: AC (713) 621-7100

Immediate Supervisor
Name Gretchen Freytag
Title Department Manager

Supervisor's Telephone No.
AC (713) 621-7100

Full-Time ☑
Part-Time ☐
Summer ☐
Temp ☐

Give average number of hours worked per week if part-time

| Starting Date | | Leaving Date | | Final Salary |
|---|---|---|---|---|
| Mo. | Yr. | Mo. | Yr. | |
| 11 | 96 | 8 | 97 | $8.10 |

If supervisory, number of employees you supervised _____

Summary of experience:

"PLEASE SEE RESUME"

Specific reason for leaving:

Relocation after    and graduate school.

**APP'X 744**

Name _____ (Please Print)                    SOCIAL SECURITY  NUMBE

# EXPERIENCE

Position Title: Advertising Assistant
Employer: Western International Media Corp
Mailing Address: Sunset Blvd
City and State/Zip: Los Angeles, CA 90230
Employer's Telephone No: AC (714) 556-4365

Immediate Supervisor
Name Cheryl Bencher
Title Advertising Account Executive.

Supervisor's Telephone No.
AC (714) 556-4365

If supervisory,
number of employees you supervised _____

Full-Time ☐
Part-Time ☐
Summer ☒
Temp ☒

Give average number of hours worked per week if part time

| Starting Date | | Leaving Date | | Final Salary |
|---|---|---|---|---|
| Mo. | Yr. | Mo. | Yr. | |
| 8 | 96 | 11 | 96 | $7.50 |

Summary of experience:

"PLEASE SEE RESUME"

Specific reason for leaving:
                    Internship

---

Position Title: Supervisor
Employer: Texas A&M University
Mailing Address: Student Recreation Center
City and State/Zip: College Station, Tx 77843
Employer's Telephone No: AC (409) 845-7826

Immediate Supervisor
Name Sandy
Title Staffing Manager

Supervisor's Telephone No.
AC ( ) No Longer Employed at TAMU

If supervisory,
number of employees you supervised 30

Full-Time ☐
Part-Time ☒
Summer ☐
Temp ☐

Give average number of hours worked per week if part-time 26

| Starting Date | | Leaving Date | | Final Salary |
|---|---|---|---|---|
| Mo. | Yr. | Mo. | Yr. | |
| 8 | 95 | 8 | 96 | $5.75 |

Summary of experience:

- Maintained services for members of student Rec center
- Worked three facilities through Recreational Sports Dept: Outdoor Rec, Penberthy, Reed Gymnasium
- Operated computer registering system for sales, equiptment, + services
- supervised receptionists of center
- Maintained the facility through monitoring activities daily

Specific reason for leaving:
        Graduation

APP'X 745

Employer: Sears
Mailing Address: Post Oak Mall
City and State/Zip: College Station, Tx 77840
Employer's Telephone No. AC (409) 764-0300

Immediate Supervi
Name  Kimber  Tepera
Title  Department Manager

Supervisor's Telephone No.
AC (409) 764-0300

If supervisory,
number of employees you supervised _____

Full-Time ☐
Part-Time ☒
Summer ☐
Temp ☐

Give average number of hours worked per week if part-time 25

| Starting Date | | Leaving Date | | Final Salary |
|---|---|---|---|---|
| Mo. 12 | Yr. 94 | Mo. 8 | Yr. 95 | $5.60 |

Summary of experience:

- General sales in two retail departments

- Operated computerized registering system

- Maintained merchandise in inventory control weekly

- Trained two new employees

Specific reason for leaving: Position on campus close to classes

## CONVICTION RECORD

Have you ever been convicted of a violation of any local, state or federal law, other than minor traffic violations? (This includes a plea of guilty or no contest.)   NO ☒  YES ☐   If YES, list all convictions below, from the oldest to the most recent.

| Date of Conviction Month and Year | Mark appropriate box | | Offense (do not use abbreviations) |
|---|---|---|---|
| | Misdemeanor | Felony | |
| | | | |
| | | | |

For the purpose of being in compliance with Texas A&M University System policy on nepotism, answer the following:
Are you related to any current Texas A&M University System employee, official or regent? ☐ Yes ☒ No
If YES, where does relative work?

I certify the statements made by me in this application are true, complete and correct to the best of my knowledge and belief and are made in good faith. I understand that any false statement made herein will void this application and any actions based upon it. I agree to keep this application current should any of the information change. I authorize Texas A&M University System or any of its components to make reference checks relating to my employment and I also authorize all prior employers to provide full details concerning my past employment. I understand that this application and all attachments are the property of Texas A&M University. I understand that in the event I am employed, the first six months of my employment are probationary. I also understand that if I am eligible for overtime under provisions of the Fair Labor Standards Act, all hours I work in excess of 40 in a work week will be recorded in a compensatory time bank, at time and a half, unless management elects to pay me at time and a half. Furthermore, that I can take compensatory time off so long as my doing so would not unduly disrupt the activities of my department and my supervisor approves such absence. Unused overtime compensatory time will be paid upon termination of employment.

DATE OF APPLICATION: 6-14-99   SIGNATURE: Tonya Turner-Driver

PLEASE SUBMIT IN PERSON OR BY MAIL TO:
Human Resources Department, Employment Office
Texas A&M University, College Station, Texas 77843-1475
The filing of this application and acceptance thereof does not in any way obligate Texas A&M University.

HR 3-97

APP'X 746

# TONYA TURNER-DRIVER

Office (409) 845-8266 or (409) 845-3741    E-mail t-driver@tamu.edu

## EDUCATION :

**PRAIRIE VIEW A&M UNIVERSITY**
GRADUATE COLLEGE OF BUSINESS ADMINISTRATION
Prairie View, TX
Management Information Systems – M.B.A. (pending)

**TEXAS A&M UNIVERSITY**
COLLEGE OF BUSINESS ADMINISTRATION
College Station, TX
Marketing – B.B.A. (Aug. '96)

## EXPERIENCE :

**TEXAS A&M UNIVERSITY**
RECRUITMENT
College Station, TX
Recruitment Specialist – Full-time (Aug. '98 – Current)

- Responsible for recruiting, programming and supervising events for students to gain knowledge of Texas A&M University.
- Facilitated the application and admission to the University as well as made recommendations for admission.
- Interacted with college and other University offices regarding development and revision of informational materials, handbooks, and newsletters for students and departments.
- Implemented projects for retention purposes and maintained high school and community college counselor contacts as a mechanism for identifying students for recruitment.
- Visited high schools to present and distribute information concerning University programs and opportunities.
- Interviewed applicants to fill recruiting positions in the Austin/Waco/Central/Killeen areas of Texas to be filled by April '99

**NEIMAN MARCUS GROUP**
SALES
Houston, TX
Coordinator – Full-time (Nov. '96 – Aug. '97)

- Maintained merchandise through contract vendors in the Fine Crystal Gallery, Epicure, and Sweet Shop.
- Monitored and generated sales within these three departments.
- Responsible for ongoing service to Neiman Marcus clientele.
- Trained other employees within sales. Asked to return.

**WESTERN INTERNATIONAL MEDIA CORP.**
ADVERTISING
Los Angeles, CA
Advertising Team Disney – Internship (Aug '96 – Nov '96)

- Assisted in the preparation of a competitive analysis presentation for the Walt Disney representatives of their Disney Interactive line of software.
- Was responsible for the selecting, examining, and analyzing of Disney Interactive competitors' CD-ROM software.
- Developed proposals to counteract competition through marketing and advertising efforts.
- Facilitated the operational aspects of the presentation.

## OTHER ACCOMPLISHMENTS :

President, Alpha Kappa Alpha Sorority, Inc. (1yr)
Programming Chair/Advertising Committee, American Marketing Association (3 yrs)
Member, Texas Association for College Admission Counseling (9 mon)

## REFERENCES

Available upon request

APP'X 747

# REFERENCES

Cheryl Rencher
Advertising Account Executive
Roxburgh Agency
(714) 556-4365

Chris Brown
Assistant Director of Admissions
University of Houston
(713) 221-8522

Ricardo Gonzales
Assistant Director of Admissions
University of Texas at San Antonio
(210) 458-2808

Brica Davis
Sales Account Executive
Clear Channel Radio
(713) 623-2108

Kevin Carcathers
Director of Student Affairs
University of Memphis
(901) 678-2054

Ricca Curry
Recruitment
Texas A&M University
(409) 845-9499

Felicia Scott
Director of Multicultural Services
Texas A&M University
(409) 845-4551

Dr. Jeff Guidry
Professor
Texas A&M University
(409) 862-1182

APP'X 748

# Texas A&M University

| Print Name | Last | First | MI | Social Security Number | Date |
|---|---|---|---|---|---|
| | Turner-Driver | Tonya | M | | 6-14-99 |

**SKILLS INVENTORY** Check both sides of the skills sheet, select your most important skills from your work history and write the number of months work experience in the box next to each skill. The skills you list **must** be shown in the job history on your application because this sheet is for the use of this office only **and will not be forwarded** to the departments.

## GENERAL ADMINISTRATIVE

- ( ) 140 Bookkeeping or accounting
- ( ) 144 Staff assistant
- (5) 808 Supervisory
- ( ) 820 Bank cashier/bank teller
- (20) 821 Cash register operator
- ( ) 903 Technical/scientific typing
- ( ) 904 Library assistant/clerk
- ( ) 906 Legal secretary
- ( ) 910 Dictating equipment operator
- ( ) 911 Clerical/secretarial office
- ( ) 912 Budget maintenance
- ( ) 913 Purchasing
- (4) 914 Receptionist
- (10) 915 Multi-line phone
- ( ) 916 PBX/Centrex opr/dispatcher
- ( ) 920 Conference, seminar, or workshop coordination
- ( ) 923 Shipping, receiving, stocking, inventory, or warehousing
- ( ) 924 Mail handling
- ( ) 925 Ten-key calculator
- ( ) 927 Microfiche or microfilm
- ( ) 928 Duplicating equipment
- ( ) 929 Proofreader
- ( ) 930 Preparation of travel authorizations or vouchers
- (24) 942 Cash handling

## SKILLED CRAFTS

- ( ) 501 Accelerator operator
- ( ) 502 A/C & Refrigeration mechanic
- ( ) 504 Auto/Diesel mechanic
- ( ) 506 High voltage electrician
- ( ) 508 Public utilities
- ( ) 510 Utility worker
- ( ) 512 Maintenance worker
- ( ) 514 Building construction
- ( ) 516 Plant management
- ( ) 710 Scientific instrument maker
- ( ) 711 Laboratory mechanic
- ( ) 720 Drafting
- ( ) 828 Set construction
- ( ) 851 Stage hand

## DATA PROCESS/PROGRAMMING

- ( ) 401 C or C++ programming
- ( ) 402 ADA programming
- ( ) 403 NATURAL Programming
- ( ) 404 PASCAL Programming
- ( ) 405 ADABAS programming
- ( ) 406 COBOL programming
- ( ) 412 Software development
- ( ) 418 Writing or editing computer systems documentation
- ( ) 420 Systems analysis and design
- ( ) 421 FORTRAN programming
- ( ) 422 Operating systems programming
- ( ) 425 UNIX
- ( ) 427 VMS
- ( ) 428 DOS
- ( ) 429 Network installation or administration
- ( ) 469 Application programming
- ( ) 470 Data process hardware installation or maintenance
- ( ) 721 CAD (Computer aided design)
- ( ) 739 Cartography
- ( ) 937 OCLC database
- (24) 952 IBM PC or compatible personal computer
- ( ) 953 Macintosh
- ( ) 975 SPSS or SAS
- ( ) Other computer equipment or computer language:

## ELECTRONICS

- ( ) 730 Analog
- ( ) 731 Digital
- ( ) 732 Electro-optics
- ( ) 733 Laser

## FOREIGN LANGUAGES

- ( ) 201 French
- ( ) 202 German
- ( ) 203 Spanish
- ( ) Others, specify:

## STUDENT SERVICES Experience teaching, counseling, or advising:

- (10) 411 College students
- ( ) 416 Foreign students
- ( ) 430 College students in an academic setting
- (10) 431 Minority students
- (10) 433 College admissions or registration
- ( ) 437 Educational curriculum development
- (10) 488 Financial aid
- ( ) 805 Student personnel experience in residence halls

## PRINTING/PRESS

- ( ) 831 Bookbinder
- ( ) 832 Linotype operator
- ( ) 833 Platemaker
- ( ) 836 Web offset press
- ( ) 928 Duplicating equipment
- ( ) 946 Book repair/preservation

## RESEARCH/FIELD WORK

- ( ) 426 Professional research
- ( ) 438 Post-doctoral research
- ( ) 463 General laboratory
- ( ) 465 Chemistry laboratory
- ( ) 467 Southern/northern/western blotting

APP'X 749

**SKILLS INVENTORY** Check both sides of the skills sheet, select your most important skills from your work history and write the number of months work experience in the box next to each skill. The skills you list **must** be shown in the job history on your application because this sheet is for the use of this office only and will not be forwarded to the departments.

(6) 308 SUPERVISORY

## OFFICE AUTOMATION
( ) 423 Novell
( ) 429 Network installation or administration
(4) 705 PC graphics or drafting software
( ) 902 Data entry
( ) 950 Local area network
(10) 951 Word processing
(24) 952 IBM PC/compatible or microcomputer
( ) 953 Macintosh
(24) 960 Microsoft Word
(24) 961 WordPerfect
( ) 962 WordPerfect Office
(24) 963 Windows
( ) 970 Spreadsheet software
(24) 971 Excel
( ) 972 Lotus 123
( ) 973 QuattroPro
( ) 975 SPSS or SAS
( ) 977 Dbase
(4) 980 Desktop publishing
(4) 981 Pagemaker
(✓) Other equipment or software
_Power Point_

## PHOTOGRAPHY
( ) 715 Photography laboratory
( ) 728 Commercial photography

## MISC PROFESSIONAL
( ) 100 Education facility management
( ) 105 Teacher/instructor
( ) 116 Attorney
( ) 125 Insurance/medical administration
( ) 130 Higher education management
( ) 142 Contracts & Grants administration
(10) 419 Counselor
( ) 499 Musical/Choral director
( ) 825 Medical doctor
( ) 826 Registered nurse
( ) 852 Nurse's aide
( ) 921 Office management

## PUBLIC RELATIONS
(12) 408 Fund-raising
( ) 409 Event ticket sales
(24) 410 Marketing or sales

## ENGINEERING
( ) 115 Project management
( ) 120 Traffic engineer
( ) 145 Industrial management
( ) 812 Safety engineer
( ) 814 Traffic operations

## HEALTH AND SAFETY
( ) 300 Detective/investigator
( ) 302 Security police/guard
( ) 304 Military police
( ) 306 Police dispatcher
( ) 308 Police/patrol officer
( ) 770 Designing, installing, maintaining or repairing fire suppression systems
( ) 811 Asbestos abatement
( ) 817 Oil spill control
( ) 819 Environmental or public health
( ) 824 Hazardous materials or waste
( ) 827 Radiological safety
( ) 829 Oil & gas operations

## ATHLETICS
( ) 136 Athletic trainer
( ) 250 Athletic administrator
( ) 251 Intercollegiate athletics coach

## HUMAN RESOURCES
( ) 436 Adult workshop, conference coordination, or instruction
( ) 439 Human Resources interviewing
( ) 440 Employee relations
( ) 441 Compensation or classification auditing
( ) 442 Human Resources benefits
( ) 443 Employee classroom training & development
( ) 444 Human Resources recruiting
( ) 445 Affirmative Action/EEO
( ) 446 Immigration regulations
( ) 448 Wellness

## WRITING/EDITING
( ) 417 Writing or editing informational materials for publication
( ) 418 Writing/editing computer systems documentation
(4) 489 Advertising
( ) 491 Writing or editing for magazines or journals
( ) 493 Newspaper writing, reporting, or editing
( ) 497 Grant or proposal writing
( ) 498 Book publishing
( ) 714 Paste-up
( ) 850 Illustrating for publication
(4) 980 Desktop publishing
(4) 981 PageMaker

## GENERAL LABOR
( ) 390 Building custodial
( ) 392 Building custodial in a large institution
( ) 394 Forklift operator
( ) 400 Farm worker

## FINE ARTS
( ) 703 Audiovisual
( ) 716 Radio/TV/film
( ) 736 Theater lighting
( ) 738 Radio/TV broadcasting
( ) 742 FCC restricted radio-telephone operator permit
( ) 828 Set construction
( ) 829 Auditorium, convention, or event facilities set-up
( ) 850 Illustrating for publication
( ) 851 Stage hand

## TECHNICAL
( ) 135 Medical lab
( ) 466 Histology lab
( ) 467 Southern/northern/western blotting
( ) 501 Accelerator operator
( ) 530 Veterinary assistant
( ) 710 Scientific instrument maker
( ) 803 Emergency med tech
( ) 908 Medical transcriptionist

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 97067513
Filing Code Description: PLEA TO THE JURISDICTION
Filing Description:
Status as of 2/6/2025 2:37 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patti Artavia | | patti@vbattorneys.com | 2/6/2025 1:00:14 PM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 2/6/2025 1:00:14 PM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 2/6/2025 1:00:14 PM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 2/6/2025 1:00:14 PM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 2/6/2025 1:00:14 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 2/6/2025 1:00:14 PM | SENT |

Received & Filed 2/6/2025 1:08 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Erika Garcia
Envelope# - 97068040

# TONYA TURNER-DRIVER
## 24-003177-CV-85

Office (979) 862-2643          Email  t-driver@tamu.edu          APP'X 752

## EDUCATION:

**PRAIRIE VIEW A&M UNIVERSITY**
GRADUATE COLLEGE OF BUSINESS ADMINISTRATION
Prairie View, TX
<u>Management Information Systems</u> – M.B.A. (pending)

**TEXAS A&M UNIVERSITY**
COLLEGE OF BUSINESS ADMINISTRATION
College Station, TX
<u>Marketing</u> – B.B.A. (Aug. '96)

## EXPERIENCE:

**TEXAS A&M UNIVERSITY – Department of Multicultural Services**
STUDENT RETENTION AND DEVELOPMENT
College Station, TX
<u>Assistant Coordinator of Student Retention and Development</u> – Full-time (Jan. '00 – Current)

- Coordinates administrative functions and co-facilitates the Department's student retention seminars.
- Assists in the organization of all aspects of the Department's student retention programs.
- Responsible for the production of the Department's retention newsletter.
- Responsible for the development of outreach initiatives to enhance the number of underrepresented ethnic groups utilizing the Department's retention programs and services.
- Initiates and coordinates retention program assessments.
- Responsible for advising and supervising four Texas A&M University student organizations recognized in the Department.
- Serves on various committees servicing retention and advisory issues.

**TEXAS A&M UNIVERSITY – Department of Admissions and Records**
RECRUITMENT
College Station, TX
<u>Recruitment Specialist</u> – Full-time (Aug. '98 – Jan '00)

- Responsible for recruiting, counseling, scheduling and supervising events for students to gain knowledge of Texas A&M University.
- Facilitated the application and admission to the university as well as made recommendations for admission.
- Interacted with university colleges and offices regarding development and revision of informational materials, handbooks and newsletters for students and departments.
- Implemented projects for retention purposes and maintained high school and community college counselor contacts as a mechanism for identifying students for recruitment.
- Visited high schools to present and distribute information concerning university programs and opportunities.
- Interviewed applicants to fill recruiting positions in the Austin/Waco/Central/Killeen areas of Texas.

**HOUSTON INDEPENDENT SCHOOL DISTRICT**
EDUCATION
Houston, TX
<u>Special Education Teacher</u> – Full-time (Aug. '97 – Jun. '98)

- Responsible for instruction, counseling, tutoring and supervision of behaviorally and emotionally challenged class.
- Developed plans daily to facilitate learning in five subject areas: English, Social Studies, Math, Science, and Reading.
- Maintained daily records of student behavior and academics used in each student's yearly evaluation.
- Proposed and facilitated a day trips to Terrell Middle School as an attitude adjustment program.
- Performed yearly evaluation of student progress and made recommendation for advancement.

## OTHER ACCOMPLISHMENTS

Vice-President, Brazos Valley Graduate Chapter, Alpha Kappa Alpha Sorority, Inc. (Nov. '99 – Current)
President, Texas A&M University Chapter, Alpha Kappa Alpha Sorority, Inc. (1.5 yr.)
Programming Chair/Advertising Committee, American Marketing Association (3 yr.)
Program Chair, Business Student Council (2 yr.)

## REFERENCES

Available upon request

# TONYA DRIVER

Office: (979) 845-4551

Email: tdriver@aggieculture.tamu.edu

## ACADEMIC BACKGROUND

**TEXAS A&M UNIVERSITY**
MASTER OF EDUCATION (2005)
Leadership Education & Studies
Agricultural Education
College Station, TX

**TEXAS A&M UNIVERSITY**
BACHELOR OF BUSINESS ADMINISTRATION (1996)
Marketing
Lowry Mays School of Business
College Station, TX

**TEXAS A&M UNIVERSITY**
DOCTOR OF PHILOSOPHY IN EDUCATION *(In progress)*
Human Resource Development
Educational Administration and Human Resource Development
College Station, TX

## PROFESSIONAL EXPERIENCE

**TEXAS A&M UNIVERSITY – Department of Multicultural Services**
STUDENT SUCCESS PROGRAMS
College Station, TX

Program Coordinator – Full-time (Jan '00 – Current)
- Development and coordination of a first-year student success program focusing on academic achievement, personal development and social integration.
- Coordination of outreach and marketing strategies to generate an affinity and preparedness for Texas A&M.
- Creation proposals to secure funding of various programs and services.
- Creation, management, and maintenance of the accounting of funds for programs and student organizations.
- Marketing, recruitment, hiring, and supervision of student internship staff position, previously the Graduate Assistant, since 2002.
- Supervision of the departmental tutoring program, including the tutor coordinator and student tutors.
- Coordination of a student leadership institute for African American sophomores.
- Oversight of the departmental academic recognition activities for students.
- Developer and facilitator of curriculum for student development in transitioning and leadership development.
- Facilitation of intervention for students exhibiting difficulty with transitioning, focus on the freshman year.
- Creation and development of outreach efforts to market departmental programs and services.
- Assessment of learning and programmatic outcomes to identify present and future niches to expand and/or enhance programs.
- Responsibly to advise, supervise and develop Texas A&M University student organizations.
- Builder of collaborative relationships, with a mission to impact the Texas A&M recruitment, retention, graduation and lived experiences of students.
- Representative on university, college, division and departmental committees focused on serving recruitment, retention, academics, scholarship and leadership initiatives.
- Former instructor, collaborator, and coordinator of a succeeding in college course for freshman students.

**TEXAS A&M UNIVERSITY – Department of Admissions and Records**
RECRUITMENT
College Station, TX

Recruitment Specialist – Full-time (Aug '98 – Jan '00)
- Responsible for recruiting, counseling, scheduling and supervising events for students concerning Texas A&M University.
- Facilitated the application and admission to the university as well as made recommendations for admission.
- Presented Texas A&M University to multiple constituencies including high school students, counselors, teachers, and public administrators across the state of Texas.
- Developed targeted programs for specific ethnic group recruiting.
- Interacted with university colleges and offices regarding development and revision of informational materials, handbooks and newsletters for creation of publications.
- Implemented projects for retention purposes and maintained high school and community college counselor contacts as a mechanism for identifying students for recruitment.
- Served as the first recruitment specialist for the Century Scholars program, originally launched in Houston.
- Marketed Texas A&M University to high schools and colleges concerning university programs and opportunities.
- Interviewed applicants to fill recruiting positions in the Austin/Waco/Central/Killeen areas of Texas.

**HOUSTON INDEPENDENT SCHOOL DISTRICT – Holland Middle School**
EDUCATION/TEACHING
Houston, TX

Special Education Teacher – Full-time (Aug '97 – Jun '98)
- Responsible for instruction, counseling, tutoring and supervision of behaviorally and emotionally challenged eighth grade students.
- Developed lesson plans to facilitate learning in five subject areas: English, Social Studies, Math, Science, and Reading.
- Maintained daily records of student behavior and academics used in each student's yearly evaluation.
- Proposed and facilitated day trips to Terrell Middle School as an attitude adjustment effort.
- Performed yearly evaluations of each students' progress and made recommendations for advancement.
- Coordinated efforts for the Teacher's Aid to play a role in the recognition and affirmation of student needs.

## FUNDED PROJECTS

Sponsorship of high school conference (2001-2004 - $165,000)
- Shell Oil Foundation
- Houston A&M Club
- Reveille Club
- Texas A&M Association of Former Students
- Office of the Dean of Undergraduate Programs and Associate Provost for Academic Services
- Department of Admissions & Records

Sponsorship of first-year student success program (2002-2005 - $18,000)
- Mays Department Stores
- Houston A&M Club
- Reveille Club
- Texas A&M Association of Former Students
- Academic Quality Enhancement Plan *(first student affairs program to be funded)*
- Office of the Dean of Undergraduate Programs and Associate Provost for Academic Services

Sponsorship of student leadership institute (2004-2005 - $4,000)
- Aaron Glenn Foundation
- Prairie View A&M University
- Association of Former Students

## PRESENTATIONS

Driver, T. (2004, February). *Assessing Our First Year Student Success Program.* Proposal accepted for presentation at the annual Texas A&M University Assessment Conference, College Station, TX.

Driver, T., Paguio, A. (2003, October). *ExCEL: A Student Success Program.* Paper proposal accepted for presentation at the Houghton Mifflin College Survival Conference, San Antonio, TX.

Driver, T., Moore, R. (2001, November). *Retention Roundtable.* Request for presentation on behalf of the retention function in the Department of Multicultural Services for the Texas Higher Education Diversity Conference, College Station, TX.

Driver, T., Moore, R. (2001, July). *ExCEL: A Student Success Program.* Paper proposal accepted for presentation at the Noel Levitz National Conference on Student Retention, New Orleans, LA.

## ADDITIONAL EDUCATION & TRAINING

Positive Management of Performance Problems
Academy of Student Affairs Professionals (2003)
Prairie View A&M University, Prairie View, TX, 9 hours Business Management (1997-1998)
Judicial Training, Texas A&M University, (2006)
QPR (Question, Persuade and Refer) Gatekeeper Training (2005)
Focus Group Facilitation Training (2005)
Motivation Principles & Practices, Texas A&M University Human Resources Department (2005)
MOSIAC (2002)

## AWARDS & ACCOMPLISHMENTS

Phi Kappa Phi National Honor Society (2005)
Kappa Delta Pi Honor Society (2006)
TAMU Campus Contact for the University of Texas Summer Leadership Scholars Program
Student Organization Advisor of the Year, Student Activities (2005)
President & Vice-President, Alpha Kappa Alpha Sorority, Inc. (2001-2005)

## STUDENT ORGANIZATION ADVISING & MENTORING

ExCEL, Texas A&M University (2000-Current)
Black Student Advisory Council, Texas A&M University (2005-Current)
Alpha Kappa Alpha Sorority, Inc. - Xi Psi Chapter, Texas A&M University (1999-2005)
MEDALS, Texas A&M University (2000-2005)

## PROFESSIONAL & ASSOCIATED MEMBERSHIPS

American Education Research Association
Association of Leadership Educators, Inc.
ACPA College Student Educators International
National Association of Student Affairs Personnel
Black Former Student Network, Texas A&M University

## REFERENCES
Available upon request

# Katia (Tia) L. Crawford, Ph.D.

dr.tia@tamu.edu;

## EDUCATION

**Doctor of Philosophy,** Texas A&M University (TAMU), College Station, TX,  May 2018
Agricultural Leadership, Education, and Communications
**Emphasis:** Organizational & Community Leadership
**Dissertation:** *I Am, Therefore I Lead: Exploring the Intersection of Spirituality, Authenticity, and Leadership Identity in African American Women Leaders*

**Master of Science,** Texas A&M University (TAMU), College Station, TX  May 2006
Educational Administration
**Emphasis:** Student Affairs Administration in Higher Education

**Bachelor of Science,** Oklahoma State University (OSU), Stillwater, OK  December 2003
Business Administration
**Emphasis:** Management

## PROFESSIONAL & RESEARCH INTERESTS

Leadership Education & Development; Leadership Curriculum Design; Ethical Leadership Development: Mentoring & Coaching; Teaching and Learning; Leadership Identity & Spirituality; High Impact Transformational Learning; Training & Professional Development; Reflection; Women in Leadership; Community Engagement; Student Affairs & Academic Affairs Integration; Strategic Planning; Student Success

## CERTIFICATION & TRAINING

| | |
|---|---|
| Gallup Global Strengths Coach Training (Clifton Strengths), Washington, D.C. | 2023 |
| Oregon State University Search Process (DEIA) Hiring Advocate Training | 2022 |
| Certificate in Leadership Coaching (60 Hrs.), Kansas Leadership Center, Wichita, KS | 2022 |
| ACPA Student Affairs Assessment Institute, Baltimore, MD | 2022 |
| Certificate in Leadership Education, Theory, and Practice, TAMU College Station, TX | 2018 |
| Supervisory Skills for the Student Affairs Professional Workshop Series, College Station, TX | 2010 |
| StrengthsQuest Educator Certification Training, College Station, TX | 2010 |
| College Teaching Certificate, TAMU College Station, TX | 2008 |
| Certified Low Elements Trainer, TAMU ChallengeWorks, College Station, TX | 2006 |
| Graduate Teaching Academy, TAMU College Station, TX, | 2005 |
| Co-Adjudication Training Certification, TAMU College Station, TX, | 2005 |
| Sexual Assault Advocacy Training, TAMU College Station, TX, | 2004 |

## PROFESSIONAL EXPERIENCE

Staff Development & Strategic Priorities, ***Director***
Department of Student Activities, ***Assistant Director***
Texas A&M University, College Station, TX  June 2022-Present

- Develops and administers staff professional development efforts which include the management of 6 departmental committees and coordination of new employee training and departmental staff retreats.
- Coordinates the Good Bull Fund process, an initiative responsible for disseminating $1,000,000 a year to student organizations for events, programs, travel, and professional development
- Coordinates departmental monthly all-staff meetings and Assistant Director Team meetings
- Coordinates department staff curriculum efforts
- Leads the department's strategic planning process inclusive of coordinating and tracking strategic and assessment priorities and initiatives and providing planning support to departmental units
- Provides oversight and management of the graduate assistant team through supervision and guidance
- Designs and executes leadership training for the graduate assistant team to support growth and career development
- Manages a budget of $45,000.

**APP'X 756**

- Participates in planning, directing, and coordinating operational and procedural matters to meet department goals and objectives

Leadership and Service Center, ***Director***
Department of Student Activities, ***Assistant Director***
Texas A&M University, College Station, TX                    Nov. 2015-June 2022
Supervisor & Manager
- Provided management and oversight of the Leadership and Service Center in the Department of Student Activities
- Supervised 3 full-time staff, 2 graduate assistants, and 2 undergraduate student assistants
- Supervised undergraduate interns/graduate practicum students
- Developed professional development plans and opportunities for staff personal goal setting
- Facilitated ongoing conversations based on formal and informal feedback
- Provided support, guidance, and strategic visioning for the Leadership and Service Center area
- Managed a budget of $50,000
Program Coordinator
- Coordinated *Service-Learning Faculty Fellows Program* in partnership with Associate Provost for Undergraduate Studies, the Center for Teaching Excellence, and the Office of Sustainability.
- Coordinated the *Spring Leadership Exchange Program*, a cultural leadership exchange between TAMU College Station and TAMU Doha, Qatar.
- Coordinated campus wide application for the President's Community Service Honor Roll award
Advisor & Leadership Educator
- Advised the Freshmen Leadership Advisory Council, a student led umbrella organization for 18 Freshman Leadership Organizations.
- Ensured students were knowledgeable of student policies, procedures, and rules
- Facilitated intentional leadership development opportunities and discussions
- Monitored group dynamics, utilized conflict resolution, and provided effective feedback
- Ensured students were aware of and incorporated proper risk management processes
Team and Campus Relations
- Provided short term consulting, facilitate presentations, and developed workshops for faculty, staff, and student organizations on leadership and service initiatives
- Supported team by contributing to events and functions hosted by the Leadership and Service Center and the Department of Student Activities
- Created and supported inclusive relationships, programs, and events

***Student Development Specialist III,*** Leadership and Service Center, Department of Student Activities
Texas A&M University, College Station, TX                    Sept. 2012- Nov. 2015
Supervision
- Supervised one graduate assistant
- Supervised undergraduate interns/graduate practicum students as needed
- Developed professional development plans and opportunities for personal goal setting
- Facilitated ongoing conversations based on formal and informal feedback
Programming
- Served as the Program Coordinator for the LeaderShape Institute at Texas A&M University including coordination and recruitment oversight, as well as funding and development efforts.
- Managed a budget of $35,000 and explored and secured development opportunities
- Established a new peer educator program to promote leadership, service, and development opportunities for students, including program design, implementation, and assessment
- Coordinated marketing, student recruitment, selection, and retention
- Managed a budget of $3,000
Advising
- Advised a student-led organization comprised of 12 executive members, 40 committee members, 250 staff assistants responsible for coordinating the largest one day, student led service project in the nation with over 21,000 student participants
- Consulted students on budget management, fundraising and grant application processes
- Ensured students are knowledgeable of student policies, procedures, and rules
- Created opportunities for students to assess events and comprehend how to utilize results
- Facilitated intentional leadership development opportunities

- Served as staff advisor for international travel to Germany for the purpose of outreach
- Monitored group dynamics, utilized conflict resolution, and provide effective feedback
- Ensured students are aware of and incorporated proper risk management processes

Team and Campus Relations

- Provided short term consulting, facilitate presentations, and develop workshops for faculty, staff, and student organizations on leadership and service initiatives
- Supported team by contributing to events and functions hosted by the Leadership and Service Center and the Department of Student Activities
- Created and supported inclusive relationships, programs, and events

**Student Development Specialist II,** Leadership and Service Center, Department of Student Activities
Texas A&M University, College Station, TX                                                                Sept. 2010-2012

- Supervised one graduate assistant
- Coordinated and facilitated StrengthsQuest programming for students, student organizations, academic departments, and the campus community
- Coordinated staff StrengthsQuest facilitator trainings and refreshers
- Served as the Program Coordinator for the LeaderShape Institute at Texas A&M University including coordination and recruitment oversight, as well as funding and development efforts.
- Advised student organizations associated with the Student Government Association including Building Young Leaders Together (BYLT) and formerly Parents' Weekend Committee
- Coordinated the selection, travel, and accommodations of students to the Lyndon B. Johnson Leadership Conference on Character at the University of Texas in Austin, TX.
- Researched and initiated the development of a new leadership initiative for the Leadership and Service Center
- Developed and updated assessments for respective programs and workshops
- Co-taught a First-Year Seminar course
- Facilitated leadership and service workshops as requested

**Program Coordinator,** General Academic Programs, Aggie Access Learning Communities
Texas A&M University, College Station, TX                                                                Jan. 2009-Sept. 2010

- Managed the daily operations of two first year learning communities
- Coordinated, planned, and executed non-academic and academic student programs, activities, and services
- Reviewed and approved student event planning to ensure learning outcome connections, risk management, and fiscal responsibility.
- Managed a programming budget
- Supervised and evaluated 2 graduate assistants, 2 community chairs, and 18-20 student mentors
- Reviewed and approved Weekly Activity Reports and timesheets for payroll
- Monitored and assessed academic and developmental/transitional progress of students and maintained appropriate student records
- Planned, developed, and executed training and leadership development for staff
- Coordinated student mentor recruitment and selection process
- Assisted in the hiring process of graduate assistants

**Teaching Assistant,** Department of Agricultural Leadership, Education**,** and Communications
Texas A&M University, College Station, TX                                                                Aug 2008-Dec. 2008

- Assisted professor in **Women in Leadership** (ALED 489) course.
- Assisted professor in **Diverse Leadership and Cultural Exploration** (ALED 289) course.
- Assisted professor in **Professional Leadership Development** (ALED 340) course.
- Administered class lectures as assigned
- Facilitated small and large group discussions and experiential activities
- Evaluated and assigns grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

**Teaching Assistant,** Department of Agricultural Leadership, Education**,** and Communication**s**
Texas A&M University, College Station, TX                                                                Aug. 2007-May 2008

- Assisted professor in **Women in Leadership** (ALED 489) course.
- Assisted professor in **Diverse Leadership and Cultural Exploration** (ALED 289) course.

- Assisted professor in *Cultural Pluralism in Agriculture* **(ALED 422)** course.
- Administered class lectures as assigned
- Facilitated small and large group discussions and experiential activities
- Evaluated and assigned grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

*Teaching Assistant***,** Department of Agricultural Leadership, Education**,** and Communications
Texas A&M University, College Station, TX                                         Aug. 2006-May 2007
- Responsible for 2-3 sections of *Professional Leadership Development* **(ALED 340 Course)** Learning Community of 25 students
- Directed simulation activities related to leadership concepts and theories
- Facilitated small group discussions
- Evaluated and assigned grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination

## TEACHING EXPERIENCE

**SOMS 380: Workshop in Leadership Education I,** Texas A&M University          Fall 2013, 2016-Present
*Adjunct Instructor, School of Military Science*
- Taught Junior level course focused on executive leadership for the Corps of Cadets
- Developed curriculum for the course
- Delivered instruction and directed simulation activities related to executive leadership concepts and theories
- Evaluated and assigned grades according to class attendance, assignments, and examinations

S**OMS 381: Workshop in Leadership Education II,** Texas A&M University          Spring 2014, 2016-Present
*Adjunct Instructor, School of Military Science*
- Taught Junior level courses focused on authentic leadership and willpower for the Corps of Cadets
- Developed curriculum for the course
- Delivered instruction and directed simulation activities related to leadership and willpower concepts and theories
- Evaluated and assigned grades according to class attendance, assignments, and examinations

**HIED 5307: Leading Change in Higher Education,** Texas A&M University-Central Texas          Fall 2022
*Adjunct Instructor, College of Educational Leadership and Human Development*
- Provided instruction for a master's level course in the Higher Education Leadership Program
- Developed and implemented curriculum that explores leading change in higher education
- Course focused on providing a survey of organizational change and corresponding leadership dynamics in the field of higher education

**ALED 289: Diverse Leadership and Cultural Explorations**          Fall 2007-2015
*Co-Instructor, Department of Agricultural Leadership, Education, and Communications*
- Developed and taught curriculum connecting leadership, social change, and diversity
- Evaluated and assigned grades according to class attendance, assignments, and examinations

**ALED 289: Practicing Diverse Leadership and Cultural Explorations**          Spring 2008-2014
*Co-Instructor, Department of Agricultural Leadership, Education, and Communications*
- Developed and taught curriculum connecting leadership, social change, and diversity
- Evaluated and assigned grades according to class attendance, assignments, and examinations

**UGST 181: First-Year Seminar-Leadership for Social Change**          Fall 2011 & 2012
*Instructor, Texas A&M University*
- Developed and taught curriculum connecting leadership and social change through service-learning
- Evaluated and assigned grades according to class attendance, assignments, and examinations

**LBAR 289: Aggie Access Learning Communities Freshman Seminar**          Spring 2009 & 2010
*Instructor, General Academic Programs*
- Taught two sections of first-year seminar courses
- Supervised the instruction of two seminar sections by graduate assistants

- Supervised student mentor implementation of lab curriculum associated with seminar course
- Developed curriculum material associated with seminar course
- Facilitated small and large group discussions and experiential activities
- Evaluated and assigned grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination across all sections

**LBAR 181: Aggie Access Learning Communities Freshman Seminar,** Texas A&M University          Fall 2009
*Instructor, General Academic Programs*
- Taught two sections of first-year seminar courses
- Supervised the instruction of two seminar sections by graduate assistants
- Supervised student mentor implementation of lab curriculum associated with seminar course
- Developed curriculum material associated with seminar course
- Facilitated small and large group discussions and experiential activities
- Evaluated and assigned grades according to class attendance, assignments, and examinations
- Collaborated with a teaching team to ensure accurate and consistent information dissemination across all sections

**ALED 341: Team Learning**          Summer 2008
*Instructor, Department of Agricultural Leadership, Education, and Communications*
- Provided instruction for approximately 40 undergraduate students for two consecutive summer sessions for *Team Learning* (ALED 341) course.
- Developed curriculum for the course
- Directed simulation activities related to leadership and team learning concepts and theories
- Evaluated and assigned grades according to class attendance, assignments, and examinations

**ALED 340: Professional Leadership Development**          Summer 2007
*Instructor, Department of Agricultural Leadership, Education, and Communications*
- Developed curriculum and provided instruction for approximately 40 undergraduate students for two consecutive summer sessions for *Professional Leadership Development* (ALED 340) course.
- Directed simulation activities related to leadership concepts and theories
- Evaluated and assigned grades according to class attendance, assignments, and examinations

## GRANTS

**Division of Student Affairs (DSA) Faculty Fellows Grant** (Submitted June 2019, 2 Years)
- **Principal Investigator:** Dr. Tia Crawford
- **Co-Principal Investigator & Faculty Partner:** Dr. Summer Odom
- **Funding Source:** Division of Student Affairs
- **Amount Funded:** $43,000

**Division of Student Affairs (DSA) Faculty Fellows Grant** (Submitted October 2016, 2 Years)
- **Principal Investigator:** Dr. Melissa Shehane
- **Co-Principal Investigator:** Dr. Tia Crawford
- **Faculty Partner:** Dr. Malini Natarajarathinam
- **Funding Source:** Division of Student Affairs
- **Amount Funded:** $75,400

## CONSULTING EXPERIENCES

**Crawford, K.** (2009*). Preparing for College Teaching*. Henderson State University's McNair Scholars Student Research Institute, College Station, TX.

Brown, L., Watson, A., & **Crawford, K.** (2008*). Qualities of an effective leader.* Student Organization Leadership Institute, College of Education and Human Development, College Station, TX.

Brown, L., Watson, A., & **Crawford, K.** (2008). *Teambuilding.* Student Organization Leadership Institute, College of Education and Human Development, College Station, TX.

Bonner, F. & **Crawford, K.** (2008). *A whole new world of research*. Henderson State University's McNair Scholars Research Conference, College Station, TX.

## REFEREED PRESENTATIONS

Pratt, M., Shehane, M.R., Natarajarathinam, M., & **Crawford, K.** (2019). *Community Engagement Impact Summit: Elevating Selfless Service at a Research One University.* Presented at the Gulf South Summit. Huntsville, TX.

Shehane, M.R., Natarajarathinam, M., & **Crawford, K.** (2019). *Elevating community engagement through faculty fellowships.* Presented at the Gulf South Summit. Huntsville, TX.

Hernandez, C., Grabsch, D., Moore, L. Shehane, M.R., **Crawford, T.,** & Natarajarathinam, M. (2018). *Faculty fellows program: Bringing expertise together.* Presented at the NASPA Annual Conference. Philadelphia, PA.

Hernandez, C., Grabsch, D., Moore, L., Shehane, M.R., **Crawford, T.,** Roberts, D., & Natarajarathinam, M. (2018). *Mind the gap: Strategies for bridging student and academic affairs.* Presented at the NASPA Annual Conference, Philadelphia, PA.

Shehane, M.R., **Crawford, K.,** Cox, K., Woodruff, T., King, K., & Perez, M. (2017). *Curriculum enhancement process: Moving leadership programs to the next level*. Presented at the NASPA Annual Conference, San Antonio, TX.

Shehane, M.R., **Crawford, K.**, Woodruff, T., King, K., & Perez, M. (2016). *Intentionality, individualization, & integration: The LID model as a powerful educational tool.* Presented at the Leadership Educators Conference, Long Beach, CA.

**Crawford, K.** (2015). *Peer Leadership and Service Program: Exploring a High Impact Practice.* A poster presentation presented at the 2015 Association of Leadership Educators Conference. Washington, D.C.

Shehane, M.R., Starcke, M., **Crawford, T**., & Roberts, D. (2012). *Assessing diverse programs in the co-curricular. A mixed methods approach.* Presented at the Texas A&M University Assessment Conference, College Station, TX.

Shehane, M.R., **Crawford, T**., & Hu, X. (2011). Positive leadership: How you can make an impact. Presented at the Southwestern Black Student Leadership Conference, College Station, TX.

Melton, E. & **Crawford, K.** (2010). *Spirituality and Femininity*. 2010 Southwestern Black Student Leadership Conference Roundtable Discussion. College Station, TX.

**Crawford, K.** (2009). *Courage Under Fire*. Southwestern Black Student Leadership Conference Week: Student Workshop, College Station, TX.

**Crawford, K**. (2007). *Win as much as you can!: A trust activity.* Southwestern Black Student Leadership Conference Workshop: College Station, TX.

Brown, L. & **Crawford, K.** (2005). *Getting back to the heart of the matter: Encouraging servant leadership while teaching the value of followership*. National Orientation Directors Association Conference Workshop: Miami, FL.

## KEYNOTE ADDRESS

**Crawford, K.** (2019). *Living a life of service: Applying principles of servant leadership*. Keynote speaker for the 2019 Memorial Student Center Freshman in Service & Housing WAVES Conference. College Station, TX.

## UNIVERSITY & COMMUNITY PRESENTATIONS

Crawford, K. (2024) *Reframing organizations: The four frames of leadership.* Memorial Student Center Student Programs Office Staff Meeting, College Station, TX.

**APP'X 761**

Shehane, M.R., Gravelle, C., Odom, S., Mayes, J., **Crawford, T.,** Carruth, A., Burroughs, B., Woodruff, T., Brown, B., King, K. & Ivey, E. (2021). *Transitioning in-person co-curricular high-impact practices to an online learning environment.* Transformational Teaching and Learning Conference, College Station, TX.

Hastings, W., Shehane, M.R., & **Crawford, T.,** (2015). *Engaging student in leadership learning.* Presented at Student Advisor and Supervisor Symposium, College Station, TX.

Odom, S. F., Sturtevant, K., & **Crawford, T**. (2013). From theory to practice: An advisor's practical guide to applying leadership concepts. Presentation at the Texas A&M Student Activities Advisor Symposium.

**Crawford, K.** (2009). *Courage Under Fire*. Southwestern Black Student Leadership Conference Executive Board Retreat Workshop, College Station, TX.

**Crawford, K.** (2009). *Teamwork*. 2010 Southwestern Black Student Leadership Executive Board Retreat Workshop, College Station, TX.

**Crawford, K.** (2009). *The Value of Courage!* 2009 Southwestern Black Student Leadership Conference Workshop, College Station, TX.

**Crawford, K.** (2008). *Team leadership.* TAMU Reads and Counts Leadership Training, College Station, TX.

**Crawford, K.** (2008). *Leaders of influence.* 2008 ExCel Team Leader Retreat, College Station, TX.

**Crawford, K.** (2008). *Situational leadership.* Guest speaker AGHR 4413: Prairie View A&M University, Prairie View, TX.

**Crawford, K.** (2008). *Leadership.* National Society of Black Engineers Executive Board Meeting, College Station, TX.

**Crawford, K.** (2008). *Got a voice?: What are you saying?.* Voices of Praise Executive Board Retreat, College Station, TX.

**Crawford, K.** (2007*). Leadership and relationships.* 2008 Southwestern Black Student Leadership Conference Executive Board Retreat, College Station, TX.

**Crawford, K.** (2007). *Exploring leadership and collegiate leadership development models.* 2008 Southwestern Black Student Leadership Conference Executive Board Training Workshop. College Station, TX

## UNIVERSITY SERVICE

| | |
|---|---|
| ***Chair***, Staff Training and Development Committee | 2022-Present |
| ***Member,*** Division of Students Affairs Assessment Team | 2023-Present |
| ***Investigator,*** Student Conduct Office | 2012-Present |
| ***Member***, Division of Student Affairs Diversity Committee | 2022-2023 |
| ***Member,*** Division of Student Affairs Committee on Student Learning in the Co-Curricular | 2022-2023 |
| ***Coach***, Maroon & White Leadership Society, Division of Student Affairs | 2015-2022 |
| ***Coordinator,*** Student Affairs Administration in Higher Education Interview Conference | 2012-2019 |
| ***Member,*** Division of Student Affairs Diversity 2.0 Committee | 2017-2018 |
| ***Member,*** Division of Student Affairs Staff Development Team | 2011-2015 |
| ***Member,*** Professional Development and Staff Training Committee | 2012 |
| ***Member,*** Action in Multicultural Education & Professional Development | 2011-2013 |
| ***Support Staff,*** Fish Camp | 2011-2013, 2016 |
| ***Member*** Cultural Leadership Understanding and Exploration for Sophomores (CLUES) Department of Multicultural Services and the Department of Agricultural Leadership, Education, and Communications, Learning Community Initiative Committee (TAMU) | 2006-2015 |
| ***Secondary Advisor***, Voices of Praise Gospel Choir | 2010-2013 |
| ***Member,*** TAMU Multi-Institutional Leadership Study Committee | 2009-2010 |
| ***Cluster Facilitator,*** Texas A&M University LeaderShape Institute | 2008 |

*Member*, Conference Planning Committee, Association of Leadership Educators          2008
*Graduate Recruiter,* Office of Graduate Studies                                      2008
*Member*, Southwestern Black Student Leadership Conference Advisory Board        2007-2008
*Member,* Faculty Search Committee, Department of Agricultural Leadership, Education, and Communications   2007
*Historian*, Brazos Valley Area Alumni Chapter, Delta Sigma Theta Sorority, Inc., Bryan Community   2006-2007

## SELECTED HONORS

Randy Matson '67 Association of Former Students Award, *Texas A&M University*          2017
DSA Assessment of Student Learning, Team Award, *Texas A&M University*                 2017
Department of Student Activities Leadership Value Award, *Texas A&M University*        2015
Southwestern Black Student Leadership Conference, Keeper of the Flame Award, *Texas A&M University*   2011
Student Government Association (SGA) Advisor of the Year, *Texas A&M University*       2011
Excellence Award in Diversity, Aggie Access Learning Communities                      2011
Fish Camp Namesake, *Texas A&M University*                                            2010

## PROFESSIONAL AFFILIATIONS

American College Personnel Association (ACPA)                                              2022
Gulf South Summit (GSS) on Service-Learning and Civic Engagement Through Higher Education   2019-2020
National Association of Student Personnel Administrators (NASPA)                    2006, 2009-2018
Association of Leadership Educators (ALE)                                              2007-2017

## Community Involvement

**New Jerusalem Missionary Baptist Church,** *Youth Ministry Director*                2018-Present
**New Jerusalem Missionary Baptist Church,** *Choir Member*                           2006-Present
**Brazos Valley Area Alumnae Chapter, Delta Sigma Theta Sorority, Inc.,** *Member*    2005-Present
**Renaissance Family Services,** *Foster Parent*                                        2021-2022
**Voices for Children,** *Court Appointed Special Advocate*                             2019-2020
**New Jerusalem Missionary Baptist Church,** *Youth Ministry Teacher*                   2007-2018
**Options for Teen Parents Program, Bryan ISD,** *Mentor*                               2004-2006

**Lauren Dorsett**
College Station, TX 77845

## Executive Summary

- Master Certified Health Education Specialist (MCHES®) with 12 years of experience in health and wellness in higher education
- Unique experience strategically planning and leading a health promotion office through substantial structural reorganization including the merger of two prevention education units into one
- Proven ability leading and supervising full-time employees, graduate students, student interns, and part-time student employees with a focus on professional growth, skills development, and experiential learning opportunities
- Committed focus on collaborating with stakeholders and effectively using human, product, and fiscal resources to achieve the organization's goals
- Demonstrated ability utilizing the student learning experience to conduct research, build capacity, and improve outputs
- Empathetic educator and administrator with a passion and desire to improve the health outcomes of students at Texas A&M University

## Education

**Master of Science (MS) – Health Education**                                                    **December 2010**
*Texas A&M University, College Station, TX*

**Bachelor of Science (BS) – Community Health**                                                    **August 2006**
*Texas A&M University, College Station, TX*

## Experience

**Director of Health Promotion**                                                    **May 2018 – Present**
*Offices of the Dean of Student Life - Texas A&M University, College Station, TX*

- Assist Director of Student Life in all aspects of departmental operations and maintains responsibility for the Health Promotion unit within the department
- Develop long rang strategic planning, program evaluation, assessment, and budget allocations for Health Promotion
- Responsible for hiring, onboarding, and supervising full-time employees, graduate assistants, student employees, student interns, volunteers, and practicum students
- Oversee the development and implementation of health promotion programming and strategies that promote wellness, as well as utilize theory and best practices of the profession
- Serve on and convene tasks forces as needed, including efforts related to the COVID-19 global pandemic

**Health Promotion Coordinator**                                                                          **April 2014 – May 2018**

*Offices of the Dean of Student Life - Texas A&M University, College Station, TX*

- Plan, implement, evaluate, and oversee health and wellness programming with a focus on the socioecological model of health promotion and evidence-informed best practices
- Develop and evaluate targeted health curricula for various college sub-populations
- Responsible for hiring, onboarding, and supervising full-time employees, graduate assistants, student employees, student interns, volunteers, and practicum students
- Conduct assessments on the needs of students through traditional, research-based, and innovative assessment techniques
- Manage and allocate program area budgets with a focus on smart utilization of resources; oversee expenditures and report annually to the department
- Maintain positive relationships with key campus and community stakeholders to promote collaborative initiatives
- Collaborate with academic stakeholders to initiate new and novel educational methodologies that benefit students as well as contribute to health promotion research and literature
- Provide primary advising and training for the peer education organization *The Sex Project*
- Contribute critical information on alcohol and drug prevention programming to the Drug Free Schools and Communities Act Biennial Review
- Implemented yearly strategic planning, goals development, assessment, and metric tracking with staff
- Critically reviewed policies and procedures for the management of student information and updated to ensure confidentiality
- Co-led and served on the Recovery Services Committee aimed at meeting the needs of students in recovery from substance abuse
- Developed and presented a comprehensive violence prevention curriculum at new student orientations to more than 9,000 students each year
- Worked cooperatively with staff to develop a collaborative mission, goals, and functional areas of the newly-formed Health Promotion unit
- Co-developed the Sex in the Dark Facilitator Training Program, one of the first *High Impact Practice*-designated programs within The Offices of the Dean of Student Life
- Successfully facilitated the merger of two prevention units–Health Education and Alcohol Drug Education Programs–into one operating unit:  Health Promotion


**Health Educator**                                                                          **August 2008 – April 2014**

*Student Health Services - Texas A&M University, College Station, TX*

- Planned, implemented, and evaluated evidence and theory-based wellness programs, policies, and activities for university health center
- Implemented assessments to determine health behaviors of college students; customized programming based on subject matter and target audience
- Supervised student employees, undergraduate student interns, graduate assistants, student practicums, and volunteer peer educators
- Assisted in strategic planning and reporting to administration
- Developed electronic and print media using a variety of desktop publishing applications including Adobe InDesign, Adobe Photoshop, and Adobe Illustrator
- Assisted with administration of social media applications including Facebook and Twitter

- Provided individual student consultations on a variety of health topics
- Provided guest lectures and trainings for various organizations
- Developed and managed proposals and budgets for multiple events and programs
- Submitted abstracts and attended national conferences
- Provided primary advising and training for the peer education organization *Aggie Representatives Educating About College Health (Aggie REACH)*

**Patient Educator/Administrative Assistant**                                    **October 2006 – August 2008**

*Birdwell & Wright Family Dentistry, Bryan, TX*

- Performed general office management duties including the creation of monthly production goals and associated reporting mechanisms
- Oversaw the management of provider/patient schedules with a focus on efficiency and productivity
- Assisted with the development of patient treatment plans, emphasizing oral health and wellness

**Community Health Intern**                                    **May 2006 – August 2006**

*Williamson County and Cities Health District – Georgetown, TX*

- Represented the county on task forces ranging from tobacco use to alternative youth programming
- Created promotional materials and facilitated community health education classes
- Designed and distributed educational publications for a diverse community
- Updated departmental publications to be more visually appealing

**Marketing Assistant**                                    **August 2003 – May 2006**

*SIG Insurance Services – College Station, TX*

- Provided new agents with access to internal and external sales and marketing resources
- Assisted with design of company logo and promotional materials
- Updated and maintained company website
- Performed miscellaneous clerical work as needed

---

**Professional Development & Achievements**

---

- Master Certified Health Education Specialist (MCHES®), National Commission for Health Education Credentialing, Inc.
- Certified College Health and Wellness Professional (CHWP), American College Health Association
- TAMU – Leading Others Leadership Program –nominated and selected, 2020
- BACCHUS Certified Peer Educator Facilitator
- Green Dot Bystander Intervention Training Program Facilitator
- TAMU - STAND Up Trauma Informed Care Facilitator
- Technology of Participation (ToP®) Facilitator
- Texas Class C Driver License Holder
- TAMU - Academy of Student Affairs Professionals
- TAMU - Alcohol & Other Drug Exit Interview Facilitator

- TAMU - Student Conduct Office, Investigator and Conduct Panel Member
- TAMU – Group Leadership Forum
- TAMU - Division of Student Affairs – Award of Distinction Recipient – 2014-2015
- Cultivating Safe College Campuses: Interdisciplinary Approaches to Campus Sexual Assault and Response Conference – 2018
- Pathways to Success: Supervisory Best Practices – 2015
- TAMU – QPR Trained
- SOAR Training - 2016
- TAMU – Student Life Studies: Assessment Bootcamp – 2016, 2017
- Every Victim Every Time (EVET) Conference – 2016, 2016, 2017, 2018
- Texas Women in Higher Education Conference – 2015
- Strengthsquest Facilitator
- TAMU – Affiliated Advisor of the Year – 2012

## Committee Involvement

Texas A&M University

- Drug Free Schools & Communities Act Committee
- Wellness WORKS Well Leader
- Maroon & White Leadership Society – Coach

Texas A&M University – Division of Student Affairs

- DSA Moving Forward – COVID 19 Task Force
- BASICS Facilitator
- Fish Camp Support Staff
- Health & Wellness Task Force
- Marketing & Communications
- Sexual Assault Survivor Services Committee
- Staff Wellbeing and Appreciation Committee
- Student Health Advisory Committee
- Student Leader Learning Objectives - Create & Share
- Student Organization Development & Assessment Team (SODAT)

Texas A&M University – Division of Student Affairs – Offices of the Dean of Student Life

- Aggie Allies
- Alcohol & Other Drug Exit Interview Team
- Diversity Committee
- Professional Development & Staff Training Committee
- Recovery Services Committee

Bryan/College Station Community

- Coalition on Alcohol Responsibility and Education (C.A.R.E.) – Board Member (2016-2017)

## Professional Affiliations

American Alliance for Health, Physical Education, Recreation and Dance (AAHPERD) – 2009-2013

American Association for Health Education (AAHE) – 2009-2013

American College Health Association (ACHA) – 2008-present

Childbirth and Postpartum Professional Association (CAPPA) – 2016-present

Student Affairs Professionals in Higher Education (NASPA) – 2017-present

Southwestern College Health Association (SWCHA) – 2009-2010

## Publications & Conference Presentations

Dorsett, L. & Rahn, R. N. (December 2019). Using peer health educators to increase comfort level with sexuality topics in pre-professional health students. 96th Annual Convention Texas Association of Health, Physical Education, Recreation, and Dance (TAHPERD), Arlington, Texas

Rahn, R., Dorsett, L. (February, 2013). *Assessing Student Learning Through Health Education Presentations*. 13th Annual Texas A&M Assessment Conference, College Station, TX.

Smith, M., Menn, M., Dorsett, L., & Hugill-Warren, L. (2012). Sex In The Dark: A Program to Address College Students' Questions About Sexuality. *Journal Of Health Behavior And Public Health, 2(1),* 1-9.

Smith, M.L., Menn, M., Dorsett, L., & Wilson, K.L. (2012). College students' perceptions of HIV risk, importance of protective behaviors, and intentions to change behavior after attending an HIV/AIDS awareness event. *Texas Public Health Association Journal, 64(4). 23-26*

Dorsett, L.R. (November, 2012). *Sex in the Dark*. 2012 MEDALS Conference, College Station, TX.

Dorsett, L.R. (October, 2011). *On Track To A Healthy Life.* Academic Peer Education Conference, College Station, TX.

Smith, M.L., Menn, M., Dorsett, L., & Wilson, K. (June, 2011). *Can an HIV/AIDS awareness event influence college students' perceptions of HIV risk, importance of protective behaviors, and intentions to change behavior?* American College Health Association Annual Meeting, Phoenix, AZ.

Dorsett, L.R. (October, 2010). *A Healthy Body Does A Mind Good.* Academic Peer Education Conference, College Station, TX.

Dorsett, L.R. (October, 2009). *A Healthy Body Does A Mind Good.* Academic Peer Education Conference, College Station, TX.

Rahn, R., Dorsett, L. (February, 2009). *The Health of Our Students*. 9th Annual Texas A&M Assessment Conference, College Station, TX.

## References

Meredith Malnar

Rhonda Rahn

Buzz Pruitt



# Assessment Supporting Equity In Practice



TEXAS A&M UNIVERSITY
Division of
Student Affairs

Susan Fox-Forrester, Manager for Student Learning

Student Affairs Planning, Assessment & Research

## What you can expect to learn -

Ideas of how we (DSA) can practice equity minded assessment.

TEXAS A&M UNIVERSITY
Division of
Student Affairs



TEXAS A&M UNIVERSITY
Division of
Student Affairs

# Equitable Assessment

▲ "At its core, equitable assessment calls for those who lead & participate in assessment activities to pay attention and be conscious of how assessment can either feed into cycles that perpetuate inequities or can serve to bring more equity into higher education" (Montenegro & Jankowski, 2020).

TEXAS A&M UNIVERSITY
Division of
Student Affairs

# Equity Minded Assessment

▲ **The Four Points:**

▲ **Meaningful Student Involvement:**

- ▲ Learning outcomes reflecting the students or involving them in determination of it
- ▲ Listening to voices historically silenced, by ensuring everything from data collected, reports written, disseminated & communicated through channels easily found by students and all stakeholders

▲ **Data Disaggregation, Exploration & Action:**

- ▲ Student Involvement

▲ **Context- Specific Approaches and Responses:**

- ▲ Focusing advancing equity and equity-minded assessment within our spheres of influences

▲ **Embedded in All Things Assessment**

- ▲ Entirety of any assessment efforts, checking for biases, and asking reflective questions about the process
- ▲ **Use multiple sources of evidence (mixed methods), include student perspectives**
- ▲ **Ensure meaningful disaggregation**
- ▲ Increase transparency in assessment results and actions – make evidence-based changes

(Montenegro & Jankowski, 2020)



TEXAS A&M UNIVERSITY
Division of
Student Affairs

## Methods, Design & Data Collecting 2

**Meaningful Student Involvement**

- Select methods that balance need for generalization with cultural attentiveness

- Engage students in determining methods for showcasing their learning

- Include students in design and testing of the methods/tool – use their feedback!

**Context- Specific Approaches and Responses**

- **Use multiple sources of evidence (mixed methods), include student perspectives.** Multiple methods include rubrics, photo voice, video blogs, storytelling circles

- Triangulate findings for dynamic/robust reporting

Anthology, n.d.,p.2

TEXAS A&M UNIVERSITY
Division of
Student Affairs

# MSC Diversity Assessment

▶ 2020-21 Focus Groups:

   ▲ Organized by students, resulting in 3 focus groups, 28 students

   ▲ Questions designed by students

   ▲ Formal Content Analysis of results included student leaders and external student members

The environment within the MSC

| Theme Category | Number of Statements |
|---|---|
| MSC as a hub of involvement | 24 |
| Welcoming, friendly, family, comfortable, caring | 23 |
| Inclusive | 18 |
| Lacking Interaction between committees with MSC | 19 |

"I never really got to experience talking to other committees or..."

"I basically did no interaction whatsoever with other organizations when I was a general member."

# MSC Diversity Assessment 21-22

- 2021-22 Survey:
  - Questions designed & test by students, some continuity from previous years
  - In 2021, 45% response rate (of 1,096)
  - Formal content analysis of Qualitative response
  - Dashboard created for *disaggregation of response & committees*
  - **Most agreed about the essentialness of communicating** with people different than themselves as a leadership skill, but...
  - **Least agreed about feeling prepared to communicate** effectively with people different from themselves, interact with others outside their own committees

App'x 776



TEXAS A&M UNIVERSITY
Division of
Student Affairs

# MSC Diversity Assessment 2022-23 Focus Groups
## Theme: Comfort in sharing Social & Cultural Backgrounds

▲ MSC leadership promotes through intentional activities

▲ Fellow MSC members promote

▲ MSC as a safe space, generally very comfortable

"I remember there was a diversity section and **one of the activities was where we paired up with somebody who we did not know. So, somebody outside of our committee** and we kind of compared things such as ethnicity, sexuality, and disabilities you may have, and we had to ask questions about it just to kind of learn more about each other. And that made me feel very welcomed because it felt like a safe space where differences were encouraged rather than not"

"… I'm like really open with sharing my culture with people With that, like our staff as a whole feels like strongly about like making other people feel comfortable with each other just because like they know that that's what they did for each other as freshmen "





TEXAS A&M UNIVERSITY
Division of
Student Affairs

# Resources:

Texas A&M University Office of Institutional Effectiveness & Evaluation
https://assessment.tamu.edu/Menu/Assessment/Program-Assessment/Equity-Minded-Assessment

Student Affairs Planning, Assessment & Research
https://sapar.tamu.edu/
https://sapar.tamu.edu/results

Student Affairs Committee on Student Learning
https://studentaffairs.tamu.edu/dsa-committee-on-student-learning-in-the-co-curricular/

TEXAS A&M UNIVERSITY
Division of
Student Affairs

Montenegro, E., & Jankowski, N. A. (2020, January). *A new decade for assessment: Embedding equity into assessment praxis* (Occasional Paper No. 42). Urbana, IL: University of Illinois and Indiana   University, National Institute for Learning Outcomes Assessment (NILOA).

Anthology (n.d.). *Equity-Centered Assessment: Embedding Equity Throughout the Assessment Cycle. Student Affairs Assessment Leaders.*  Retrieved July 27, 2022, from http://studentaffairsassessment.org/assessment-resources.



TEXAS A&M UNIVERSITY
Division of
Student Affairs

# CONTACT PAGE

Susan Fox Forrester

sforrester@tamu.edu

# Equity Minded Assessment

Susan Fox-Forrester, Assessment Coordinator

Student Life Studies

TEXAS A&M UNIVERSITY
Division of
Student Affairs

## What about Equity Minded Assessment?

- Defining Equity-Minded Assessment and its relationship or differences to
  - Culturally responsive assessment
  - Assessment for Social Justice
  - Critical assessment

- Familiarity with four points of Equity Minded Assessment as defined in the National Institute for Learning Outcomes Assessment (NILOA) Occasional Paper No. 42 *A New Decade for Assessment: Embedding Equity into Assessment Praxis*

- Example: Sully Statue Survey

TEXAS A&M UNIVERSITY
Division of
Student Affairs



# Equity Minded Assessment, related to



▸ Culturally Responsive Assessment

  ▸ Practice which responds to the needs of the context, thus fully dependent on the context you are assessing

▸ Socially Just Assessment

  ▸ Framework which analyzes the interplay between culture, bias, power and oppression in the assessment process.

▸ Critical Assessment

  ▸ Approach assessment from a critical lens, disregarding the objectivity myth, include voice of the students

TEXAS A&M UNIVERSITY
Division of
Student Affairs

# Equity Minded Assessment

▲ "At its core, equitable assessment calls for those who lead & participate in assessment activities to pay attention and be conscious of how assessment can either feed into cycles that perpetuate inequities or can serve to bring more equity into higher education" (Montenegro & Jankowski, 2020). *The Four Points*:

    ▲ Meaningful Student Involvement:

        ▲ Learning outcomes reflecting the students or involving them in determination of the LO

        ▲ Listening to voices historically silenced, by ensuring everything from data collected, reports written, disseminated & communicated through channels easily found by students and all stakeholders

    ▲ Data Disaggregation, Exploration & Action:

        ▲ Student Involvement

# Equity Minded Assessment

▲ "At its core, equitable assessment calls for those who lead & participate in assessment activities to pay attention and be conscious of how assessment can either feed into cycles that perpetuate inequities or can serve to bring more equity into higher education" (Montenegro & Jankowski, 2020). *The Four Points continued:*

▲ Context- Specific Approaches and Responses:

    ▲ Focusing advancing equity and equity-minded assessment within our spheres of influences

▲ Embedded in All Things Assessment

    ▲ Entirety of any assessment efforts, checking for biases, and asking reflective questions about the process

    ▲ Use multiple sources of evidence (mixed methods), include student perspectives

    ▲ Increase transparency in assessment results and actions

    ▲ Ensure meaningful disaggregation

    ▲ Make evidence-based changes.

TEXAS A&M UNIVERSITY
Division of
Student Affairs

# Sully Statue Survey:

▲ The Student Senate wanted to collect input from the Texas A&M University student body regarding the statue of Lawrence Sullivan.

▲ The six-question survey was developed using Qualtrics and five questions were quantitative and one qualitative.

▲ The survey was sent successfully to 58,746 spring 2020 College Station students' campus email addresses from June 12, to June 30, 2020. 58,746 students received the survey, 22,824 responded yielding a 39% response rate.

▲ In addition to the written report, results were made available through a web-link accessed dashboard, developed using Tableau software.



SULLY STATUE SURVEY
WRITTEN REPORT
PROVIDED BY
STUDENT LIFE SERVICES

# Sully Statue Survey:

▲ The five quantitative questions were as right; the response scale was a five point scale of Very Likely to Very Unlikely, aggregated and condensed for final written report.

▲ One qualitative question appeared based on the Very Likely/Likely selection of relocation outside of museum or library

▲ In addition to the written report, results were made available through a web-link accessed dashboard, developed using Tableau software.

| How likely are you to *support* the following *potential* options regarding the future of the Lawrence Sullivan "Sul" Ross (Sully) Statue | Very Likely/Likely | Neutral | Very Unlikely/Likely | Mean (sd) [n] |
|---|---|---|---|---|
| Add a placard that displays the entire history of the Sully Statue | 57% | 17% | 26% | 2.31 (.85) [21504] |
| No change to the Sully Statue | 54% | 7% | 39% | 2.14 (.95) [21520] |
| Relocation of the Sully Statue to an on-campus museum/library | 35% | 14% | 51% | 1.84 (.91) [21523] |
| Remove the Sully Statue from campus | 33% | 7% | 60% | 1.72 (.92) [21539] |
| Relocation of the Sully Statue to another location on-campus, not including a museum/library | 16% | 17% | 68% | 1.47 (.75) [21500] |

Montenegro, E., & Jankowski, N. A. (2020, January). *A new decade for assessment: Embedding equity into assessment praxis* (Occasional Paper No. 42). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA).

TEXAS A&M UNIVERSITY
Division of
Student Affairs



TEXAS A&M UNIVERSITY
Division of
Student Affairs

# CONTACT PAGE

Susan Fox Forrester

Student Life Studies

sforrester@tamu.edu



# Equity-Centered Assessment: Embedding Equity Throughout the Assessment Cycle

While the assessment cycle—determining outcomes, selecting methods, collecting data, analyzing data, and using and sharing results—takes place in discrete stages, a shift in our lens may help us open our thinking to recognize that the stages are not as separate as we often make them. As practitioners, considering power, positionality, agency, voice, and stakeholder integration are core strategies for embedding attention to equity throughout the assessment cycle. Below is a list of items to consider as you engage in equity-centered assessment.



## Throughout the Assessment Process

☐ Become an "aware assessor": consider power, positionality, agency/voice of assessors, participants, and recipients of the data/results.

☐ Engage stakeholders: Include students, campus partners, community partners in design, administration, analysis and use/sharing of results.

☐ Use campus context specific approaches: what works at one institutional type with a particular student population may not be appropriate at another.

☐ Draw on non-dominant approaches and methods: identify ways to shift power dynamics and elevate the lived experiences of students by learning from other epistemologies.

- o [Universal Design for Learning (UDL)](#)
- o [Indigenous research methods and pedagogy](#)
- o [Wisdom traditions](#)
- o [Critical theory](#)

## Determine Outcomes

☐ Ensure that your outcomes framework is [equity-minded](#) and includes the experiences of marginalized populations.

☐ Evaluate learning outcomes and learning outcomes frameworks for dominant epistemologies and beliefs.

☐ Include students in drafting outcomes.

☐ Engage students in mapping learning outcomes to learning experiences.

☐ Reflect on the motivation for outcomes (e.g., reflection? employability? learning?).

## Design or Select Methods and Collect Data

☐ Select methods that balance demand for rigor and generalizability with cultural attentiveness and justice.

☐ Engage students in determining methods for showcasing their learning.

☐ Engage students in the design of the method or tool.

☐ Solicit student feedback on the questions and prompts developed.

☐ For standardized surveys, examine the theory supporting the survey development.

☐ Consider multiple methods (e.g., storytelling circles, rubrics, ePortfolios, narratives, photo, voice, document analysis, video blogs, existing data analysis).

☐ Triangulate findings for robust and dynamic reporting.

☐ Examine and evaluate language for bias (implicit or explicit), inclusion, signals of "normalcy" or homogeneity, and supportive identity orientation.

## Analyze Data

☐ Engage stakeholders in [interpretation and reporting](#) to ensure the results are representative of the voices that matter, bias is mitigated, and any deficit orientated language can be more readily identified, removed, and re-written.

☐ Disaggregate data by populations.

☐ Engage in multiple types of data analysis (e.g., within group and across group analysis). When comparing across groups, do not hold the white student experiences as the benchmark for comparison. Consider equally the results for each group.

☐ When drawing comparisons across groups, contextualize the results in student experiences (e.g., not all students have the same resources, access, or experience).

☐ Not all statistical analysis approaches require a large N (e.g., Structural Equation Modeling). Discussions around having "enough" responses can silence historically marginalized populations.

## Use and Share Results for Change

☐ Be intentional in your approach to data analysis and sharing.

☐ Consider how you may be writing results from a deficit-based orientation.

☐ Prior to data collection, identify meaningful use of results for action.

☐ Consider who has the power to determine if results are valid and accurate and how data reports and summaries will be written and shared.

☐ Actionable findings can serve as an opportunity to advance equity.



# Moving Towards Socially Just Assessment

August 2018

Dr. Gavin W. Henning, New England College
Dr. Anne E. Lundquist, Campus Labs

Erick Montenegro and Natasha Jankowski's Occasional Paper entitled *Equity and Assessment: Moving Towards Culturally Responsive Assessment* (2017) along with works by other authors over the last year including Bourke (2017) and (Heiser, Prince, & Levy, 2017) caused us to pause and consider the multiple intersections of assessment, equity and inclusion, and social justice in the field of student affairs as well as the variety of terms used to encompass this concept. As we discussed these intersections in preparation for a session on addressing bias in assessment for the 2018 ACPA Annual Convention, we began to unpack the very process of assessment – recognizing how siloed the "assessment" and "diversity, equity and inclusion" conversations and practices tend to be in the field of student affairs and in practice on campus.

The first realization we came to was the profound impact that **culture** had on the process of assessment. Culture is the aggregate of values, beliefs, assumptions, languages, and behaviors of a group of people. These elements of culture impact every step of the assessment process from the design of assessment projects and questions through data analysis and interpretation. To perform effective assessment, we need to better understand how culture affects that work.

Our second insight was that assessment was built on a specific set of **philosophical assumptions** which impact how assessment is implemented. Assessment emerged from research methods, primarily quantitative methods. These methods, predicated upon a paradigm that privileged separation between the knower and known, supposedly facilitated an objective examination of a phenomenon. This positivist paradigm is flawed, as true objectivity is not possible. Individuals interpret reality based their own experience; this interpretation colors how they make sense of the world. In addition, individuals, through relationships with others, socially construct knowledge and this social construction is based on the individual interpretations of the individuals involved. While there are clear distinctions between research and assessment, these research traditions and methods impact how practitioners conduct and view the assessment process and associated results. Understanding this interpretivist and constructivist paradigm of reality affects how assessment is implemented, but also the nature of the data gathered from assessment methods.



A third observation we came to was that undergirding both culture and individuals' interpretation of reality, are **systems of power and oppression** present in US society. Societal beliefs of white individuals are different than black individuals. As individuals who identify as white, we will be treated differently - than individuals from other racial/ethnic identities - and we will be afforded privileges, whether we recognize them or not. This treatment affects our interpretation of reality and how we socially construct knowledge. Thus, it influences how we engage in assessment. Our interpretation of assessment results may be different than an interpretation by someone who does not identify as white. As a result, assessment cannot be an objective process. When we engage in assessment, we must not only take into account the individual nature of reality and social construction of knowledge, but also how power and oppression influence each of those.

Reflecting on these elements of culture, assessment's philosophical assumptions and methods, and the systems of power and oppression, we began to view the various terminology and concepts in the field as existing on a continuum, characterized by increasing levels of individual action to address.



The first level of the continuum is **bias free assessment.** The goal of this approach to assessment is to recognize and address bias throughout the assessment cycle. This may entail ensuring response options in demographic items in an engagement survey used to predict retention are exhaustive and not exclusive. This approach may also take into account the fact that not everyone has the same experience.

The next level on the continuum is **culturally responsive assessment**. In this approach, individual culture is taken into consideration when gathering data. One example may include offering data collection for retention exit interviews in Spanish or orally for deaf individuals. Culturally responsive assessment will also ensure that a variety of data collection methods are used as individuals express their learning in different ways. When gathering data to determine why students stay at an institution, methods may include survey, interview, journals, ethnographic essays, etc. Data will also be disaggregated by demographic group to see how results may be different across groups. But, caution is taken not to treat any social identity (such as race/ethnicity) as a "cause" for any differences.

The next level of the continuum is **socially just assessment** and is built on a critical paradigm that considers agency, power, and voice, among other elements. The difference with this level is that not only is bias being addressed and culture taken into consideration, power differentials are acknowledged in each step of the assessment process. An example might be an assessment of retention that seeks to understand the impact of campus climate on student's continuation at an institution.

When we engage in assessment, we must not only take into account the individual nature of reality and social construction of knowledge, but also how power and oppression influence each of those.

**Deconstructed assessment** is the next level and not only takes into account systems of power and oppression but intentionally moves to expose social structures that contribute to power and oppression. An assessment of retention that examines influence of climate would also investigate structures such as how student complaints of mircroaggressions are addressed or what impact the local political climate may have on student experience.

The final level is **assessment for social justice** and is an aggregate of the previous levels. Not only does the assessment process address bias, is culturally responsive, but it also exposes and seeks to understand the impact of social structures on power and oppression, but the focus of assessment itself is social justice. The topics addressed serve to understand and remedy inequities in higher education and within specific institutional contexts.

We've only touched on the surface regarding the intersections of assessment, equity, inclusion, and social justice that have been advanced by the writings referenced earlier. To further the conversation in the field, some higher education organizations are collaborating to explore these intersections further and explore action steps to foster social justice through assessment. Campus Labs, the Council for the Advancement of Standards in Higher Education (CAS), NILOA, Student Affairs Assessment Leaders, the ACPA Commission for Assessment and Evaluation, and the NASPA Assessment, Evaluation, and Research Knowledge Community, The Canadian Association of College and University Student Services (CACUSS) are teaming together on the Assessment for Social Justice Project. The vision for this project includes a series of webinars exploring this topic as well as a podcast series with the scholars and thought leaders who have been writing about and exploring these important topics. The culmination of the project would be a virtual summit bringing together interested individuals to develop concrete, achievable, action steps for fostering social justice for assessment in the field generally and for practical application on their campuses.

For details on the third webinar in the series as well as a list of partners in this project, visit: http://www.campusintelligence.com/types/upcoming-webinars/deconstructed-assessment-using-assessment-to-foster-social-justice/.

The Assessment for Social Justice Project is an endeavor to expand the impact of assessment in higher education. See https://www.cas.edu/blog_home.asp?display=82 for additional resources.

References

Bourke, B. (2017). Advancing toward social justice via student affairs inquiry. *Journal of Student Affairs Inquiry, 2*(1).

Heiser, C., A., Prince, K, & Levy, J. D. (2017). Examining critical theory as a framework to advancing equity through student affairs assessment. *Journal of Student Affairs Inquiry, 2*(1).

Montenegro, E. & Jankowski, N. A. (2017, January). *Equity and assessment: Moving towards culturally responsive assessment* (Occasional Paper No. 29). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA).



## Please Cite As:

Henning, G. W., & Lundquist, A. E. (2018, August). *Moving towards socially just assessment* (Equity Response). Urbana, IL: University of Illinois and Indiana University, National Institute for Learning Outcomes Assessment (NILOA).

Follow us on social media:

 @NILOA_web

 @LearningOutcomesAssessment

Sign up to receive our monthly NILOA Newsletter and stay up to date with our research and publications.





| | |
|---|---|
| **Subject:** | Investigator Quick Review/Training |
| **Location:** | https://tamu.zoom.us/j/3136708096 |
| | |
| **Start:** | Wed 10/9/2024 2:00 PM |
| **End:** | Wed 10/9/2024 3:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Bell Jr, Douglas |

I wanted to provide some guidance related to investigations in preparation of our large investigation schedule for tomorrow.

# Search Advocate Foundations (2022)

## Legal Environment for Hiring (informal summary of the legal section of the workshop series)

## 1. Introduction:



This quote by L. E. Modesitt Jr. describes a fundamental problem that can result from relying only on the law to ensure equality of opportunity. The law is not "justice" but is merely one tool to help move us towards justice. For the most part, laws wait passively on the books to be interpreted through the courts when someone files a complaint of discrimination. Each federal district court has a slightly different character, so nuances in interpretation may vary. But all courts interpret the laws as requiring proof of discrimination, and only provide recourse *after* someone has experienced discrimination. They serve as a low bar (non-discrimination rather than equity/inclusion/justice) AND have difficult standards of proof.



Think back to this distinction between fairness, equity, and justice. Different court opinions may land anywhere along this continuum, either because of regional differences in perspective or because of changes in the composition of the courts.

Search Advocates are not legal enforcers or compliance officers – the legal reasons why something may be a good or bad idea are likely to be less compelling than an understanding of the impacts arrived at through dialogue.

## 2. Overview – types of discrimination

A general understanding of the legal structure may be a helpful framework for you as advocate. For the purpose of search advocacy, we will look at four different categories of discrimination that may arise in the search and selection process. These come from federal laws, federal regulations (for federal contractors), and Oregon statutes:



**Protected status discrimination** – unfavorable or differential treatment of an individual because of a protected status characteristic;

**Negative treatment/retaliation** – unfavorable treatment because someone has engaged in a protected activity;

**Denial of reasonable accommodation** for religious beliefs, disability, or, under Oregon statute, status as a survivor of domestic violence, harassment, sexual assault, or stalking;

**Soliciting or considering pay history** in making employment decisions or developing written job offers (Oregon statute).

1

## 3. Protected status discrimination



**Protected status characteristics** are individual characteristics that, for the most part, each of us have. Most of these protections apply to every individual, with only a few exceptions:

> **Pregnancy** only applies to pregnant people
>
> **Survivor** status applies only to survivors

These are *individual* protections, meaning that that each of us should be able to be free from discrimination (unfavorable or differential treatment) on the basis of these characteristics.

**Intersectionality** - So far the courts have not effectively addressed intersectionality (the magnifying effect of oppression when a person has multiple targeted social identity characteristics). Thus as Kimberlé Crenshaw (author of the term) points out, the courts may dismiss a case of discrimination brought by a Black woman because the employer hired Black men and white women – they reason that there is no discrimination on the basis of either social identity, but fail recognize the magnifying effect when identities intersect.



**Theories of discrimination** – the courts have recognized two different types of discrimination:

- **Disparate treatment** – conscious and intentional unfavorable treatment *motivated by* some stereotype or animus about protected status characteristic. *Must prove intent* to succeed in a disparate treatment case.
- **Disparate impact** – a policy or practice that, on its face, SEEMS neutral, but nevertheless has a negative impact/creates a barrier for some based on a protected status (example from Forestry letter - 6 months of required work experience in the field of Forestry, which is only available to men). To file a complaint, one must accurately identify the policy or practice, AND many people must experience discrimination in order to demonstrate statistical significance. Employer then has the right to make a case that the consideration is business-related and necessary, and that they've explored and found unsuccessful all other ways of meeting that business need.

Much present-day discrimination cannot be resolved given these required standards of proof. Also the system relies upon individuals to (1) recognize that discrimination may be happening; (2) identify the cause of the discrimination; (3) be willing to risk filing a complaint of discrimination and trust that retaliation protections will suffice.

## 4. Other forms of prohibited discrimination



**Negative treatment for protected activity** –

**Compensation questions/disclosure** - Federal regulation (for federal contractors) protects people from being treated negatively for asking about or disclosing compensation.

**Complaint of discrimination** - Federal law protects people from being treated negatively because they raised a concern of discrimination or assisted with an investigation or lawsuit, *regardless of the outcome of the original discrimination claim*. You may observe this when someone suggests that a candidate having previously filed a complaint means that they're "a problem."

2

**Denial of reasonable accommodation** – in the search and selection process, people have a right to request a reasonable accommodation on the basis of religious beliefs, disability, and (in Oregon) safety considerations for survivors of domestic violence, harassment, sexual assault, or stalking.  Accommodation requests are especially common at the interview stage.  I suggest we approach our interview planning using a universal design lens – that is, plan interview visits that are inclusive enough that most accommodation requests are unnecessary.  Here are some of the requests you might receive on the basis of these different characteristics:

**Religious belief** accommodation requests may include but are not limited to:
- Rescheduling to allow for observance of religious holidays, or to accommodate religious observance practices
- Planned time and private space/facilities for prayer
- Dietary restrictions for meals/snacks/etc.
- Request not to meet privately and not to shake hands with person of another gender

**Disability** accommodation requests may include but are not limited to:
- Building accessibility needs (elevators, ramps, alternative plan if elevator is broken)
- Sign language interpreter, transcription
- Braille or large-type written materials
- More frequent/longer breaks (for medical conditions, anxiety, etc.)
- Interview questions in advance (for cognitive processing differences, neurodivergent folks and others with anxiety, etc.)
- Transportation offered for any movement around campus
- Request that people not wear scents or scented lotions (for those who have scent sensitivities)
- Seat candidates so they can see who is approaching them; preferably interview room with 2 doors (for PTSD)
- Dietary needs
- Note: trained service animals are always allowed and do *not* require advance notice or accommodation request; the same is not true for emotional support animals.

**Safety for survivors** – these requests may include but are not limited to:
- Don't publish candidate names in advance of interview visit
- Make sure candidate has a safe reserved place to park near the building and is accompanied by someone throughout the day
- Have attendees RSVP to invitations for open forums etc. and have someone checking at the door to see that each person who enters is supposed to attend

Most of these needs can be addressed through universal design so people do not need to ask for accommodations; all itineraries should be reviewed by candidates before being finalized so adjustments can be made.  Correspondence should include phone number *and* email address of person to contact for accommodations (someone outside the committee who is committed to confidentiality). recommends that departments grant interview accommodations when possible (be welcoming and hospitable – don't make it an ordeal!).



OSU

If there are equity concerns or the unit is unsure about their ability to provide the accommodation, they should seek assistance from Equal Opportunity and Access.  Only EOA can deny an accommodation on behalf of OSU.  They have significant experience with employee accommodations AND a small budget to help with the cost of accommodations.

Accommodations are equity measures - Individuals are given different supports to make it possible for them to have equal access—they are being treated equitably.

**Seeking information about an applicant's pay** in current or previous position (Oregon Equal Pay Act) – in an effort to overcome salary disparities/pay discrimination, Oregon employers are prohibited from:

- Inquiring about an applicant's current or previous salary, or salary expectations
- Using current or previous salary as a reason for screening someone out
- Basing salary for job offer on current/previous salary (unless a written offer has been issued and the candidate wishes to negotiate based on current salary)

## 5. Affirmative Action



Despite anti-affirmative action ballot initiatives in various states over the years, affirmative action remains a requirement for federal contractors. There are many misconceptions about what affirmative action actually is, so discussions about this topic may trigger some resistance. Some people believe that it is "reverse discrimination" or that it "advances less qualified women and minorities at the expense of more highly qualified white men." They may believe that the mechanisms by which affirmative action is accomplished include quotas, preferences, and lowering standards. NONE of these are true.

Affirmative Action for federal agencies and federal contractors comes from a 1965 presidential executive order. Following on the heels of the Civil Rights Act of 1964, President Johnson said that we cannot overcome centuries of



discrimination by just saying "don't do it anymore." We need to engage in active efforts to ensure equality of opportunity.

Actual affirmative action practices are focused on data and process. The employer divides their workforce into "job groups" – groups of positions that have similar job content, qualifications, promotional ladders, and compensation – and for each job group determines the appropriate recruitment area (local, statewide, regional, national). We then use available data sources (US Census, Survey of Earned Doctorates, etc.) to determine the racial/ethnic and gender makeup of

people *who do that kind of work within that geographic region*, and compare those demographics to the demographics of those in our workforce. If there is a significant employment difference for any of the protected classes listed on the



slide (women, "people of color", individuals with disabilities, or veterans) we consider it to be a problem. These protected class groups are selected because they have historically (and in the present, though the federal government usually does not acknowledge it) experienced discrimination in education, employment, housing, medical care, and the criminal justice system. Once a disparity is identified we proceed to "stage analysis" to determine whether we have a recruitment shortfall, a barrier in the screening or interview process, a failure to hire, a revolving door/retention issue, etc. We then identify steps to address the process barriers that have produced the disproportionate employment

4

rates, and monitor our hiring to see whether the process corrections have been successful. The term "placement goals" (which may sound like quotas) actually means that we can do post-hiring demographic analysis to see if our hiring rates are equalizing to match what we would expect if no barriers existed.

Except as required by the Oregon Veteran's Preference statute, preferential hiring on the basis of protected class membership is strictly prohibited!

The Oregon Veteran's Preference statute provides several specific rights for veterans in the recruitment/selection process:

- Each veteran who meets minimum qualifications on the basis of direct or transferable skills MUST advance to the first round of interviews.
- Each veteran who continues in the process is entitled to a 5% "bump" or preference at each remaining stage of the process; each disabled veteran is entitled to a 10% "bump" or preference. These preferences continue up through and including the selection decision.
- Each veteran may ask to see exactly how their preference was applied at each stage of the process; the employer must honor those requests.

There are many reasons for these preferences, including:

- Negative treatment of returning veterans beginning during the Vietnam war era;
- Disproportionately high rates of veterans who are unhoused and/or unemployed;
- High rate of suicide attempt among veterans;
- Explicit discrimination against veterans (stereotypes, fears about PTSD);
- Recognition that veterans are at a disadvantage competing in the civilian workforce because the language used to describe work responsibilities in the military and civilian workplaces is completely different.

To me, extra measures to address disparities and barriers encountered by veterans do make sense. But, I find it "interesting" that, while we are willing to make these efforts on behalf of veterans who experienced discrimination for the last several generations, no similar efforts are are made for people who have experienced legal/government-sponsored discrimination, barriers, enslavement, etc. for centuries.

## Relationship between Affirmative Action, Equal Opportunity, and Diversity



People are frequently confused about these three concepts, and may even mix them up. This image is intended to help clarify what each is about.

**Affirmative Action is about group rights** – the rights of *protected class* members to have extra efforts made on their behalf to ensure equality of opportunity. Applies to employers that are federal agencies and federal contractors.

**Equal Opportunity is about individual rights** – the rights of each individual to be protected from discrimination on the basis of a *protected status* characteristic. You can see that protected statuses go beyond race/ethnicity, gender, disability, and veteran status – this is a wider range of protections.

**Diversity is about the value of differences in a group** – human variations within a group increase potential capacity, creativity, and problem-solving. The aspects of human differences listed above are taken from the AAC&U definition, since it is the easiest to compare to descriptions of protected classes and protected statuses.

# Luke J. Altendorf

| | |
|---|---|
| **Education** | Oklahoma State University, Stillwater, OK<br>**M. S. in Counseling and Student Personnel**<br>Emphasis: Higher Education Student Personnel Administration., May 1987<br><br>Oklahoma State University, Stillwater, OK<br>**B.S., in Journalism/Public Relations,** May 1985 |
| **Professional Experience** | **Texas A&M University, College Station, Texas**<br>**Memorial Student Center, Student Programs Office** |

Associate Director, November 1993 - present
Assistant Director, September 1989 - October 1993
Director of the L.T. Jordan Institute for International Awareness, April 1990 - present
Student Development Specialist II, September 1988 - August 1989
Student Development Specialist I, June 1987- August 1988

Job Responsibilities: Serving on the upper level administrative team formulating policies and procedures, writing annual reports, and implementing management decisions. Designing of departmental publications, Coordinating international internships and living abroad experiences in three countries. Administering an overseas loan fund. Administering international programming grants to student organizations and academic departments. Coordinating international fellowship programs. Coordinating and co-teaching a two-week leadership seminar in Italy to incoming freshmen who are National Merit finalist. Teaching an international leadership seminar for academic credit. Coordinating marketing research. Training students in the areas of: program conceptualization; negotiation; promotion; personnel selection; interpersonal and leadership skills development; goal setting; training and motivation; and financial management. Fiscally accountable for budgets exceeding $100,000, sources include sales, fundraising and student service fees. Administering accrued funds from $1,000,000 endowment. Training, supervising, and conducting performance appraisals for Student Development Specialist III, Clerical Staff and a Student Workers. Supervises the ten member staff of a Browsing Library. Lead committee charged with evaluating financial procedures and designing forms. Primary advisor for MSC Council Officers monitoring the performance of 24 committees. Assists with staff personnel selection. Proficient in budgeting, contracting and negotiating. Serves on various University and departmental committees. Taught a credit-bearing freshmen leadership course 1990 - 1993. Advisory assignments have included Film Committee, Pageant Committee, Political Forum Committee, Opera and Performing Arts Society, Variety Show, Madrigal Dinner, International Programs and Travel Committee, Concert Committee, and Black Awareness Committee.

**Oklahoma State University, Stillwater, Oklahoma**
**Student Union**
Assistant Coordinator of Building Services, February 1987 - June 1987
Information Specialist, September 1986- January 1987
Relief Assistant Building Manager, March 1984 - September 1986
Manager of Student Union Theater, Summer 1984

Job Responsibilities: Supervised work of 14 employees for evening and weekend operation of the building. Met with guests, faculty and students to insure their programming needs were met. Responsible for safety and security of the building and its occupants. Served as liaison to management for evening and weekend operations. Scheduled office staffing. Assisted in development and implementation of departmental budget of $130,000. Facilitated the communication and administration of department. Received and confirmed reservations of meetings for students, conferences, faculty, staff and other users of the building; directed telephone and desk inquiries to appropriate information sources; and analyzed data for planned computerization of the current system. Coordinated all physical room arrangements for meetings and banquets; provided security for the building and its guests; and supervised facilities crews, information assistants, and theater staff during weekend hours. Supervised and trained student staff; worked as liaison with conferences; and, directed theater maintenance.

# Luke J. Altendorf

**Related Experience**

Oklahoma State University, Stillwater, Oklahoma
Student Union
Interim Program Coordinator of the Student Union Activities Board, August 1984 - June 1985

Served as staff advisor, administered an $80,000 programming budget; and implemented campus programs and events to serve the student's educational, social, cultural, and recreational needs.

**Graduate Experience**

Oklahoma State University, Stillwater, Oklahoma
Student Union
Instructor, President's Leadership Council (PLC), Fall 1985, Fall and Spring 1986-1987
Intern, Office of Vice President for Student Services, Fall 1986
Intern, Department of Student Union Programs, Spring 1986

Job Responsibilities:
Co-instructed with the Manager of Student Activities/ an adjunct professor a leadership course designed to further develop leadership skills of 100 selected freshman and promote their active involvement in campus activities. Co-coordinated the development, promotion, implementation, and evaluation of total student affairs staff development program for 150 professional staff members for 1986-87 year. Oklahoma State University, Student Union. Designed and developed an alumni history program for the Activities Board; coordinated a satellite teleconference; assisted in the development of the 1985-86 fiscal budget; and advised students in programming efforts.

**Affiliations**

Association of College Unions -International (ACU-I) 1995-96 Nominations Committee

Association of College Unions-International Region 12 Membership Coordinator: 1994-present
Responsible for obtaining new members in a four-state region.
Data Coordinator: 1991-1994

**Honors & Awards**

International Excellence Award 1993 for strengthening and enhancing international education at Texas A&M University.

Texas A&M University Association of Former Student **1992 Outstanding Professional Staff Award Recipient.** This award was one of two awarded for this year and was accompanied by a monetary award.

1992-93 Leadership Brazos Program: One of thirty community leaders selected to, participate in the Bryan/ College Station Chamber of Commerce program designed to identify, educate and motivate potential leaders to become involved in the future of the community. It is aimed at developing a pool of well-informed and well-motivated individuals qualified to assume present and future leadership roles in the cities.

**Other Activities**

1995-96 Leadership Brazos Alumni Association Chair-elect: Responsible for coordinating and training volunteers to accomplish the Chamber of Commerce's leadership programs.

1994 & 1995 Junior Leadership Brazos Curriculum Co-chair: Responsible for coordinating an eight-week program for area high school juniors. Modeled after the Leadership Brazos program.

1995-96 President of Texas A&M University Chapter of Phi Beta Delta International Society: A fraternal organization designed to network university faculty, staff and students with one another and other universities who are involved in or have an interest in international educational activities.
1994-95 & 1992-93 Vice President

Chair of Texas A&M University International Education Fee Scholarship Committee: Responsible for the selection of student recipients of the $90,000 fund.

Advisor to the Texas A&M Magic Club and a Greek Letter Social Fraternity

Active member of Church Community

# Registration Confirmation

Registration No. ZD6P-S41H8
Submitted Jul 20, 2022 10:54am by Dr. Tia Crawford

---
**Registration Summary**

**Search Advocate Foundations Series (REMOTE)** (for non-OSU guests)

---

**Search Advocate Foundations Series (REMOTE)** (for non-OSU guests)

---

Welcome Dr. Tia,

Thank you for your interest in Oregon State University's Search Advocate Program! You are currently registered for the 4-session series of the Search Advocate Foundations workshop. Please **SAVE THIS MESSAGE**, as it contains dates, times, login links for each section, and information about billing.

**Please remember all times are listed in Pacific Time.**

**Payment Information:**
The first two people from each institution/agency/organization may attend as OSU's guests at no cost. Once this institutional lifetime limit has been reached, each additional participant will be charged **$200** (for the entire series - or $50 per session). After you complete the series you will receive a message indicating that your attendance was complimentary, or with an invoice for $200.00. Note that Oregon public higher education employees are not subject to the two participant lifetime limit for complimentary participation. All Oregon public higher education employees participate free of charge.

**Registration Information:**
Below are the dates, times, and login links for each section*. It is advisable to save the dates, times, and login instructions in your calendar. Please double-check that your sessions are in chronological order; if you find an error, please email hr.training@oregonstate.edu.
* Please note: There is a minimum enrollment for these workshops -- if for some reason this enrollment threshold is not met by the week before the session, we will cancel it and invite you to register for a future session.

**Upcoming Correspondence:**

- Approximately one week before the first session you will receive instructions about how to register as a visitor to use OSU's Canvas site, and how to log in for workshop pre-work -- it should only take 60-90 minutes to complete.
- You will also receive a reminder message a few days prior to each workshop session you've registered for.

**Series Information:**
Please remember that you must complete all sessions of the Search Advocate Foundations workshop series to fully understand the program.

To request an accommodation, please contact Anne Gillies (anne.gillies@oregonstate.edu or 541-760-6160).

---

**Search Advocate Foundations Series (non-OSU)** (Sessions 1-4 (Nov 2022 cohort))

---

You are now registered for the **November 2022 cohort of the Search Advocate Foundations 4-session workshop series.**

**SAVE THIS MESSAGE!!!**

Below are the dates, times, and login links for each section*.**Please save the dates, times, and login instructions in your calendar**; if you find an error, please email hr.training@oregonstate.edu.

**November 2022 Search Advocate Foundations schedule:**

- Session 1: Tuesday 11/1/22 8:30-12:30 PST via Zoom
- Session 2: Tuesday 11/8/22 8:30-12:30 PST via Zoom
- Session 3: Tuesday 11/15/22 8:30-12:30 PST via Zoom
- Session 4: Tuesday 11/22/22 8:30-12:30 PST via Zoom

*PST = Pacific time (Mountain time = 9:30-1:30; Central time =10:30-2:30; Eastern time =11:30-3:30)

The following is the Zoom log-in information for this series (each session will utilize the same link, password, and meeting ID). Please save this information as well!

Join Zoom Meeting
https://oregonstate.zoom.us/j

Password:

Phone Dial-In Information
　　　+1 971 247 1195 US (Portland)
　　　+1 253 215 8782 US (Tacoma)
　　　+1 301 715 8592 US (Washington D.C)

**APP'X 806**

Meeting ID:

Join by Polycom/Cisco/Other Room System
93931411251@zoomcrc.com

 **Search Advocate Training**
# Registration
Registration No. ZD6P-S41H8
Submitted Jul 20, 2022 10:54am by Dr. Tia
Crawford

## Registration

Search Advocate Training                                                                                           **Registered**
### Search Advocate Foundations Series (REMOTE) for non-OSU guests
This workshop series establishes a theoretical foundation of current research about implicit bias and diversity,
information about the changing legal landscape in hiring, and an overview of inclusive employment principles. Using
this foundation, you will begin to construct your own framework of practice, delve into specific issues that may arise at
each stage of the search process, and explore various ways to head off or respond to those issues. By the end of the
last session, you will have a toolkit of practical strategies for each stage of the search process, and approaches to help
you perform the advocate role effectively as part of a search committee. Four half-day remote sessions make up the
Search Advocate Foundations workshop. To request an accommodation, please contact Anne Gillies
(anne.gillies@oregonstate.edu or 541-760-6160).

**November 2022**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     | 1   | 2   | 3   | 4   | 5   |
| 6   | 7   | 8   | 9   | 10  | 11  | 12  |
| 13  | 14  | 15  | 16  | 17  | 18  | 19  |
| 20  | 21  | 22  | 23  | 24  | 25  | 26  |
| 27  | 28  | 29  | 30  |     |     |     |

**Search Advocate Foundations Series non-OSU**

### Search Advocate Foundations Series (non-OSU) Sessions 1-4 (Nov 2022 cohort)
*Session 1* Nov 1, 2022 8:30am-              (Remote via Zoom)
12:30pm
*Session 2* Nov 8, 2022 8:30am-              (Remote via Zoom)
12:30pm
*Session 3* Nov 15, 2022 8:30am-              (Remote via Zoom)
12:30pm
*Session 4* Nov 22, 2022 8:30am-              (Remote via Zoom)
12:30pm
Instructor: Anne Gillies

## Student

 ### Dr. Tia Crawford
**Assistant Director,** Texas A&M University

tcrawford@stuact.tamu.edu

Motivation: Other and Professional
Development
Communication Channels: Word of Mouth

## Billing

**Name for billing**
Susan Neumann

**Title for Billing**
Business Coordinator II

**Email address for billing**
sneumann@stuact.tamu.edu

**App'x 807**

**Accommodation Requests**

No

# Humanizing High Impact Practices through Assessment

Heather Haeger, Ph.D.
Research Director, STEM Learning Center
Assistant Professor, Educational Policy Studies and Practice
University of Arizona
Presented at the Asssessment Institute, 2023



# Housekeeping

## Openness to new ideas and feedback

## Looking within our own practice

## When we know better, we do better





# Reflection

Thinking of yourself and your connection to research, assessment, or education:

Why do you do what you do?
What gets you riled up, and what do you want to change?
What would you like to create?

# High-impact Practices (HIPs)

Capstone Courses

Collaborative Assignment and Products

Common Intellectual Experiences

Diversity/Global Learning

ePortfolios

First-year Seminars and Experiences

Internships

Learning Communities

Service Learning/ Community-based Learning

Undergraduate Research

Writing Intensive Courses

# Why These Practices

## Demonstrating institutional quality

Reaction to flawed campus rating systems

Originated as showing structural opportunities

Adapted to individual participation

Engagement Indicator

## Measurability

Participation can be measured on a survey at many different institutions

Consistent definitions

Accessible terminology for students

8 key elements of a HIP

# High Impact Practices

What HIP(s) did you participate in?
What impact did it have on you?
Who was involved in those experiences?



# HIPs in Isolation

Now imagine those experiences **without the people**.

What would it look like?

What would the impact be if your experience was in isolation, without connection or community?

# HIPs without you

Now imagine those experiences on any other person

What would the impact look like if other people had that same experience but had different life experiences, connections, cultures, privileges, supports…



# What we look at, we move towards

The way we see, measure, and assess student experiences shapes those experiences

# Humanizing Research and Assessment

*"We define humanizing research as work that is predicated on the nurturing of relationships of care and dignity among researchers and participants [10]. There is no single way to humanize research [11]; however, humanizing perspectives can frame elemental research practices, such as fieldwork, participant observation, and interviewing. By employing humanizing perspectives,* **researchers can work to unlearn practices of engaging participants as sites of exploitation and, instead, consider ways to give to and learn from participants.** *Liberatory research is freedom-focused and seeks to acknowledge the individual and the communal worth of racially/ethnically minoritized students [12]. Liberatory research can emancipate racially/ethnically minoritized populations from prescribed narratives of pain and damage in the literature and in society at large." pg. 317*

Savage, S.S., Johnson, R.M., Kenney, A.J., & Haynes, D.D. (2021) Perspectives on conducting humanizing and liberatory qualitative research with racially minoritized youth. *Health Care, 9*(10), 317. https://doi.org/10.3 390/healthcare9101317

# The choices we make matter

**Outcomes**

3 — The results we get and thus the way we evaluate, support and change high-impact practices on college campuses

**Foundation**

1 — Who is included in the research process and decision making

**Process**

2 — The methods we use, the ways that we collect data the analyses we perform



# History of research and assessment that

**"Naturalizes" differences** by constructs (e.g., race, ethnicity, gender, sexual orientation, social class...)

- Define issues as individual or group "deficiencies" instead of structural problems (Gunaratnam, 2003)

**Ignores intersectionality** of experiences, identities, and social structures

- Flattens the intricate diversity of personal, social, and cultural experiences in education
- Perpetuates harm by justifying and normalizing whiteness (Stewart & Nicolazzo, 2019)

How we define and control the production of knowledge in assessment and research can (unitentialy) perpetuate a legacy built on exclusion

- Perpetuating racist, sexist, classist, heteronormative, colonial structures in education and in assessment

Example of "achievement gap" research (Quin, 2020)

- Intention: expose academic inequality
- Research illustrates inequalities
  - *BUT does so in a way that frames issue as individual and/or group deficiencies*
- Unintended consequence:
  - *Activating stereotype threat in students*
  - *Increasing racial bias in educators and general public*

# Cracks in the foundation of HIPs Assessment



**Outcomes**

3 The results we get and thus the way we evaluate, support and change high-impact practices on college campuses

**Foundation**

1 Traditionally privileged* researchers, educators, faculty and administrators

**Process**

2 Oversampling of traditionally privileged populations, deficit based models, and individual rather than structural focus

# Example:

Research done by an assessment professional in ways that meet grant reporting requirements…

Q: Does participation in _____ HIP matter; does it improve student outcomes?

A: Yes, doing something is helpful to someone, in some ways, sometimes…

The underlying questions:

Who has access to those experiences?

It's helpful but to whom? And who is harmed by it?

Impactful, but at what cost and under what circumstances?



Foundation

# Example: Undergraduate Research (UR)

Q: Does participation in UR matter; does it improve student outcomes?

A: Yes, doing undergraduate research is helpful to some, in some ways, sometimes...

The underlying questions:

Who has access to those experiences? **Traditionally privileged students**

It's helpful but to whom? And to who is harmed by it? **Example from field research**

Impactful, but at what cost and under what circumstances? **What do we lose by focusing on just these impactful experiences? Whose experiences do we value and support? How can we shape structures and policies to reduce harm?**

# Who has access to undergraduate research experiences?

**Traditionally privileged students**

Unequal access even at Minority Serving Institutions and Hispanic Serving Institutions

Historically Black Colleges & Universities had more equitable participation

Institutions with programs specifically aimed at diversifying research had more equitable participation



Haeger, H., BrckaLorenz, A., & Webber, K. (2015). Participation in Undergraduate Research at Minority Serving Institutions. *Perspectives on Undergraduate Research and Mentoring, 4*(1). http://blogs.elon.edu/purm/files/2015/11/Haeger-et-al-PURM-4.1-1.pdf

Haeger, H., & Fresquez, C. (2016). Mentoring for inclusion: the impact of mentoring on undergraduate researchers in the sciences. *CBE – Life Sciences Education, 15*(3). doi.org/10.1187/cbe.16-01-0016

It's helpful but to whom? And to who is harmed by it?

Contribute to **closing equity gaps** in **STEM education** for students traditionally marginalized in STEM (students of color, first-generation, low-income, and transfer students)

Undergraduate Researchers traditionally marginalized in STEM are **more than twice as likely to graduate in 4 years**, and more than 14x as likely to ever graduate than like peers

Underrepresented STEM students who participate in UR graduate with **significantly higher GPA** than like peers even when controlling for background characteristics and prior (first-year) academic performance. β=.24

Figure 5: Equity gaps in STEM graduation rates for students of color, Pell eligible students, and first-generation students (n=2,727)



1 Equity gaps are the differences between the average graduation rates and the traditionally marginalized group with the axis representing the average graduation rate.

Haeger, H., Hilda Bueno, & Sedlacek (forthcoming). Researching for Equity: Participation in Undergraduate Research Reduces Equity Gaps in STEM Graduation Rates. *CBE – Life Sciences Education*



Impactful, but at what cost and under what circumstances?



What do we lose by focusing on just these impactful experiences? Whose experiences do we value and support? How can we shape structures and policies to reduce harm?



Field research experiences extremely impactful and, sometimes, harmful

Creating more inclusive research environments

**Research Environment**
- Lack of access to and interaction with faculty for transfer and lower-division students
- Perception that research is only for highest-achieving and outgoing students
- Limited curricular and co-curricular research opportunities

**Programmatic Structure and Culture**
- Navigating academic structures: finding a mentor and applying for funding
- Focus on STEM disciplines
- Perceptions of exclusivity

**Representation**
- Proportional representation: race/ethnicity, Pell eligibility, first-generation status
- Underrepresentation in research: transfer students, lower-division, and students with lower GPAs

**Figure 9: Findings within the Conceptual Model of Inclusivity**

Haeger, H., White, C., Martinez, S., & Velasquez, S. (2021). Creating More Inclusive Research Environments for Undergraduates. *Journal of the Scholarship of Teaching and Learning, 21*(1). https://doi.org/10.14434/josotl.v21i1.30101

# Humanizing Assessment

Inquiry and practice that is collaborative, inclusive, and empowering of all stakeholders

Co-creation: interrogate the line between knowledge producer and knowledge consumer

The ends *are consistent with* the means

Results advancing equity & inclusive methods



# Reflection

How are different voices and opinions experienced?

Whose voice is not included?

Who is included in your research and assessment decision making?

How could your research and assessment process be more inclusive, or what are areas you can identify for improvement?

Process

Foundation

# Example:

Research and assessment pulling to the **status quo**:

Researcher as expert,

Relationships as a means to an end,

Research products or outcomes are the primary focus,

Accountable to reporting agencies, funders, campus leaders...

Rigor = statistical power and replicability ...



Process



Hummanizing Assessment and Balancing Tensions Creatively

Relationships are the means and the ends

Research processes and relationships as well as its products and outcomes are the primary foci

Cocreated knowledge and shared power

Status Quo

Rigor = ends align with the means

Accountability is created through deliberative practices and critical reflection

**App'x 831**

## More Inclusive Survey Design

### Focus on Terminology



Cocreation of assessment instruments to ensure that students understand terminology



Include members of these groups in collecting and analyzing data, planning, and action steps



Non-inclusive demographics are a quick way to alienate already marginalized student groups and further bias your results



# More Inclusive Survey Design
## Inclusive Identity Language

Be very careful with language, especially when it comes to identity and cultural differences important to **your institution's communities**

Figure out what exactly you're trying to study

- Sex versus gender, gender identity versus gender expression, etc.
- Sexual identity versus sexual attraction versus sexual behavior, etc.

What language is common among the people you're studying?

- Gender variant, gender minorities, trans*, trans-spectrum, gender non-conforming, gender queer, nonbinary, noncisgender

**Cocreation** with diverse teams and **do your own homework**

BrckaLorenz, A., Haeger, H., & °Zilvinskis, J. (2014). *Categorizing identities: Race, gender, disability, and sexual orientation.* https://scholarworks.iu.edu/dspace/handle/2022/23664



# More Inclusive Survey Design
## Be wary of "best practice"

Be critical of what, even trusted, groups say about what is "best practice" for asking questions. Generalized suggestions may not be **what's best for your campus and needs**

"Best practice" language from even a few years ago may be badly outdated as identity language evolves quickly

Consider multiple options from various sources, think of them as **being on a spectrum of inclusivity.** Less inclusive items (majority options and an "other" category) may contain fewer options but will be easier to analyze. More inclusive items (many options, write-ins, check-all-that-apply) may be very difficult to use and analyze

Think about how more inclusive questions translate to more **inclusive analyses** (or not)

Be prepared to compromise, there is **no single right way** to ask identity questions

Hager, H., Lambert, A. D., Kinzie, J., & Gieser, J. (2012). Using cognitive interviews to improve survey instruments. https://scholarworks.iu.edu/dspace/bitstream/handle/2022/24334/Using%20cognitive%20interviews%20to%20improve%20survey%20instruments.pdf?sequence=1

## More Inclusive Survey Design

Questions to ask yourself

What is it that you *really* need to know?

How can the creation and use of these items and data build trust?

What is your balance between useful survey data and inclusivity?

Who will you be reporting the information to?

How do you plan to analyze the data you collect?

How will you use, recode, or combine categories?

How will you use the information to disaggregate other information?

What will be the consequences for choosing a select-all-that-apply question versus select-one?





# Reflection

What tensions are you navigating in conducting assessment in the world you encounter vs. the world you envision?

What steps can you take to humanize your research and assessment?

What do you want to change or create through your research and assessment?

# Discussion and Questions

Contact me:

Heather Haeger, Ph.D. [heather3@arizona.edu](mailto:heather3@arizona.edu)

Research Director, STEM Learning Center

Assistant Professor, Educational Policy Studies and Practice

University of Arizona

Presented at the Assessment Institute, 2023





#AAUWStartSmart

# Pre-Workshop Evaluation

## aauw.us/ss



**KNOW THE RULES**

Be Present and Engaged

Be You

Be an Active Listener

Respect Confidentiality

AAUW



# 4 STEPS TO SALARY NEGOTIATION

1. Know Your Value

2. Know Your Target Salary and Benefits

3. Know Your Strategy

4. Practice, Practice, Practice!

# The Gender Pay Gap and How It Affects You




The gender pay gap is how we describe the inequality in what men and women are paid nationally.

Women working full-time are paid 80 cents for every dollar earned by a man.

# The Gender Pay Gap by Race

## Women's Earnings as a Percentage of White Men's Earnings, by Race/Ethnicity, 2017

| | Current Population Survey (CPS) | American Community Survey (ACS) |
|---|---|---|
| Hispanic or Latina | **53%** | 54% |
| Black or African American | **61%** | 62% |
| White (non-Hispanic) | **77%** | 78% |
| Asian | **85%** | 89% |
| Native Hawaiian or Other Pacific Islander | -- | **62%** |
| American Indian or Alaska Native | -- | **58%** |

Note: Based on median annual earnings of full-time, year-round workers. CPS includes workers 15 and older. ACS includes workers 16 and older. The CPS is the preferred data source for income estimates, but lacks sufficient sample size for reporting on smaller demographic groups. See page 7 for a more detailed description of the CPS and ACS. Source: U.S. Census Bureau (2018a, 2018b)

Workbook Page 4

#AAUWStartSmart

AAUW

App'x 844



# Lifetime Losses

- Based on today's national pay gap, the National Women's Law Center determined that women would lose $418,800 over the course of a 40-year career compared with white men.

- African American women lose $840,040 over the course of a 40-year career compared with white men.

- Latinas lose $1,043,800 over the course of a 40-year career compared with white men.

# What are the causes of the gender pay gap?

Women are

- Paid less for the same work

- Overrepresented in low-wage jobs and underrepresented in high-wage ones

- Well represented in undervalued fields such as health care, education, and public administration

- Discriminated against and face barriers that result in lower pay because they are often caregivers

# Stereotypes and the Double Bind

What do you see as your biggest challenge in negotiating your salary and benefits?





Negotiation Step 1:

# KNOW YOUR VALUE

Workbook Page 6

#AAUWStartSmart



# Articulating Your Value

<div style="background:pink">

**I accomplished** ACCOMPLISHMENTS

**using my** SKILLS **which**

**benefited our company by:** RESULTS .

</div>

AAUW



#AAUWStartSmart

AAUW

App 852

Negotiation Step 2:

# KNOW YOUR TARGET SALARY AND BENEFITS

App x 853

# 6 Steps to Benchmarking Your Salary and Benefits



1. Research and identify a comparable job title.

2. Find the salary range and establish your target salary.

3. Identify your target salary range.

4. Determine your walk away point.

5. Create a realistic budget.

6. Assess the value of benefits.

Appx 854

# Input a job title or keyword and location.



# Public Relations Specialist I

**Also referred to as:** Entry Level Public Relations Specialist, Public Relations Specialist I

**Requirements and Responsibilities**

Prepares and disseminates information regarding an organization through newspapers, periodicals, television, radio and social media. Ensures public relations goals and strategies are met. Helps maintain a favorable public image for the organization. May require a bachelor's degree. Typically reports to a supervisor or manager. Works on projects/matters of limited complexity in a support role. Work is closely managed. Typically requires 0-2 years of related experience.

*Reference: salary.com*



# Set a target salary and target salary range.

## Public Relations Specialist I



**Results**

**| Salary**

Benefits

Detailed Job Info

Similar Jobs

Job Openings

**Purchase
The Full Report**

*Reference: salary.com*

## Public Relations Specialist I



**Results**

| Salary

Benefits

Detailed Job Info

Similar Jobs

Job Openings

**Purchase
The Full Report**

*Reference: salary.com*

# Establish a Target Salary Range



Start with your target salary and then stretch upward.

Workbook Page 9-10

# Determine a walk away point.

# Create a Realistic Budget



Workbook Page 11-12

# Consider the Benefits

- Family and medical leave

- Flex time

- Health insurance

- Life and disability insurance

- Professional development

- Retirement investment plans

- Sick, personal, and parental leave

- Tuition reimbursement

- Vacation time

- Moving expenses

- Stock options

- Title change

Employee Benefits

Negotiation Step 3:

# KNOW YOUR STRATEGY

#AAUWStartSmart

Workbook Page 13

# Tips for Entering Your Negotiation

- Bring your notes into your negotiation.
- Remain positive and flexible.
- Negotiation isn't a battle; it's a conversation.
- Don't get personal.
- Anticipate your employer's reactions and responses.
- Remember, your employer has picked YOU. They want to make it work.

Can you please tell me your salary history?

What are your salary expectations?

I need to know what salary you want in order to make you an offer.

App'x 866

# Deflection Activity

- During an interview, the interviewer asks what your desired salary would be if you were offered the position.

- You have been offered the position! During the negotiation phase, the hiring manager asks you to tell them about your salary history.

- During the negotiation phase, you have shared your values statement and countered their offer. The hiring manager responds, "As you don't have any real work experience we cannot justify that salary."
  - (Work Smart) "We bring everyone for this position level in at $42,000."



# You got the job! Now what?



# Persuasive

# Consider the Benefits

- Family and medical leave

- Flex time

- Health insurance

- Life and disability insurance

- Professional development

- Retirement investment plans

- Sick, personal, and parental leave

- Tuition reimbursement

- Vacation time

- Moving expenses

- Stock options

- Title change

Employee Benefits

# Get it in writing!

# The entire life cycle looks like this:



Apply and Interview

Negotiate and Accept

Seek a New Job

Earn a Raise or Promotion



Negotiation Step 4:

# PRACTICE, PRACTICE, PRACTICE!

**App. 873**

# Role-Play Tips

## Employers

- **Do** pay your new hire a fair salary. Good pay attracts and keeps good employees.

- **Don't** give away the farm. You can't pay what you can't afford.

## Employees

- **Do** have a target salary in mind.

- **Do** sell yourself and aim high (but be realistic).

- **Don't** share your desired salary first. Instead, deflect by letting the employer know that you'd like to better understand the job responsibilities and requirements.



# Role-Play Round 1



Employee Target Range

# $33,000–$40,000

↑
Target Salary

APP 875



# Role-Play Round 1

## Employer Salary Range

# $28,000–$38,000

↑ Starting Offer

↑ Maximum Budgeted

# Sample Starting Language

Employees: "Thank you for this opportunity to work for your company."

Employers: "We're happy to work with you. Before we discuss your start date, can you share with me your desired salary?"

# Role-Play Round 2



## Employee Target Range

# $40,000–$48,000

↑
**Target Salary**



App'x 880

# Role-Play Round 2

## Employer Salary Range

# $35,000–$46,000

↑ Starting Offer

↑ **Maximum Budgeted**

# Sample Starting Language

Employees: "Thank you for this opportunity to work for your company."

Employers: "We're happy to work with you. Before we discuss your start date, can you share with me your desired salary?"



# 4 STEPS TO SALARY NEGOTIATION

1. Know Your Value

2. Know Your Target Salary and Benefits

3. Know Your Strategy

4. Practice, Practice, Practice!

What is one thing you
will do to practice
what you learned?



What was an aha
moment for you
during this workshop?

# Post-Workshop Evaluation

## aauw.us/sspost

#AAUWStartSmart

**AAUW**

**START SMART**

**Thank you and good luck.**

**Take action by becoming a Two-Minute Activist when you text "Start Smart" to 21333.**

By providing my cell phone number, I understand that AAUW may send recurring text messages to my cell phone. AAUW will never charge for alerts, but carrier message and data rates may apply. Text STOP to 21333 to stop receiving messages.

**AAUW Start Smart and AAUW Work Smart were developed by the WAGE Project, Inc., with support from the Linda Glenn Charitable Trust**



**Facilitator Script**

### Room Setup Recommendations
- Use an appropriately sized and flexible space to accommodate participants and the workshop facilitator comfortably; a workshop should have no more than 50 participants.
- Set up the room in classroom or theater style. Round tables work as well.

### Equipment
- Computer with Microsoft PowerPoint (or other compatible presentation software)
- Projector and/or screen connected to a computer
- Hand-held slide advancer (optional)
- Whiteboard or flipchart with markers (optional)

### Materials
- Facilitator script
- Participant workbook
- PowerPoint presentation
- Attendance sheet (if applicable)
- Name tags for participants (optional)

### Facilitator Notes
This workshop is designed to be accessible to both new and experienced facilitators. Read the script and take notes in the margins. This document is not meant to be read aloud. Rather, the idea is to give you cues on how to move the course forward. Use your own words to share and explain what's contained within the script.

### Key

| Workbook/Script Alignment | Script |
|---|---|
| Slide 1 Workbook page 1 | Welcome to the AAUW salary negotiation workshop script! Let us explain how it is organized to help your facilitation.<br><br>In this column, you'll find the script along with facilitator instructions. Plain text are key points you want to cover when delivering the section. *Italicized sections denote instructions for the facilitator to give participants.* **Bold text shows concepts or questions you can read directly.**<br><br>On the left side, you'll see several helpful items, including slide number(s) for each section and the correlating workbook page number. |

### Arrival
- Distribute materials as participants arrive, or place them on tables before the start of the workshop. All participants should receive a printed workbook.
- Take attendance.
- Ensure that the PowerPoint is displaying the first slide.

**Introduction, Learning Objectives, and Expectations [5 minutes]**

| Workbook/Script Alignment | Script |
| --- | --- |
| Slides 1 – 4 | *Welcome participants and introduce yourself.*<br><br>Introduce AAUW and our goals to train 10 million women and eliminate the gender pay gap.<br><br>*Ensure every participant has received a workbook. Ask participants to complete the pre-workshop evaluation using the link provided on the slide screen.*<br><br>*Give participants 60 seconds to introduce themselves to their neighbors.*<br><br>This workshop is designed to:<br>• Empower you to successfully and confidently negotiate your salary and benefits.<br>• Make sure your compensation is aligned with your worth and market value.<br><br>*Encourage participants to use the hashtag #AAUWWorkSmart.*<br><br>*Set up expectations for the workshop. Review on slide 3.*<br><br>*Review the four steps to salary negotiation on slide 4.* |

**Learning Opportunity: The Gender Pay Gap and How It Affects You [6 minutes]**

| Workbook/Script Alignment | Script |
| --- | --- |
| Slides 5 – 8<br>Workbook 4 | The gender pay gap affects your career and lifetime earnings. For AAUW, this is the core reason we teach women salary negotiation.<br><br>Nationally, **women are paid 80 cents for every dollar men are paid**. That's among people who work full-time. (*Participants can find the formula used to calculate the Gender Pay Gap on p. 4 and in the Simple Truth.*)<br><br>The gender pay gap exists in every line of work at every educational level and at various ages.<br><br>Women of color are disproportionately affected by the pay gap.<br><br>Lost wages mean women and their families are less able to support themselves, save and invest for the future. Families, businesses, and the economy suffer as a result. |
| Slide 9<br>Workbook 5 | *Ask participants to name different causes of the gender pay gap.*<br><br>*Some possible answers you may hear from participants:*<br>• *Sexism and discrimination.*<br>• *Pay disparities in women-dominated fields.*<br>• *Gender stereotypes.*<br>• *Expectations of women as caregivers.* |

| Slide 10<br>Workbook 5 | These causes of the pay gap are some of the reasons women are hesitant to negotiate their salary and benefits.<br><br>*Ask participants if they know what the "double bind" is.*<br><br>*Some possible answers you may hear from participants:*<br>• *Women receive conflicting demands around behavior expectations.*<br>• *Women often have two choices, to be either respected or liked.*<br>• *Likeable women are sometimes seen as "incompetent" and may not be given stretch assignments.*<br>• *When women step outside of cultural expectations and are assertive or advocate for themselves in a negotiation, they are sometimes seen as "unlikeable."* |
|---|---|
| Slide 11 | *Ask participants the question on the slide. Then ask for 2-3 examples, taking time to validate their responses. If necessary, list some common anxieties, including:*<br>• *Getting fired or losing a job offer or promotion.*<br>• *Getting a reputation for not being a team player.*<br>• *Being disliked.*<br>• *Fearing that employers will assume you have child-care plans or responsibilities that will affect your commitment to your job.*<br><br>You are not alone in feeling anxious—and what you're feeling is completely normal. Hopefully, with the skills you learn today, you will feel prepared to negotiate confidently so you will be positioned for success. |

**Negotiation Step 1: Know Your Value [8 minutes]**

| Workbook/Script Alignment | Script |
|---|---|
| Slide 12<br>Workbook 6 | The first step in preparing to negotiate is to know your value, so you can confidently share this in a way that will resonate with your employer. |
| Slide 13<br>Workbook 6 -7 | *Introduce Olivia Taylor, our fictitious job seeker that we will be following through the workshop. Ask participants to underline accomplishments, skills and work experience on Olivia's resume. After 60 seconds, ask 2 -3 participants what they would articulate about Olivia's experience.*<br><br>*Using the job posting on p. 7, ask the group to circle areas where Olivia's experiences align with the job posting. Ask participants for areas they identified, possible responses may include:*<br>• *Years of experience.*<br>• *Overseeing client relations.*<br>• *Excellent communication skills.*<br>• *Knowledge of social media.*<br>• *Familiarity with sports.* |
| Slide 14<br>Workbook 8 | *Introduce the concept of Value Statements a template for a value statement can be found on p. 8.*<br><br>**A value statement is how to share your skills and accomplishments. It should be tailored to the job you are seeking.**<br><br>*Example of a value statement for Work Smart:* "I developed a training program for new hires using my project management and leadership experience. That benefited our company by |

| | |
|---|---|
| | decreasing turnover by 32 percent, improving office culture, and saving the company an average of $22,000 a year onboarding costs." |
| | *Example of a value statement for Start Smart:* "I launched a campaign to raise awareness around sexual violence on campus using my leadership and communications skills—which led to the university strengthening its policies on sexual violence, reducing reported incidences by 15% within the year.* |
| | *Give participants 60 seconds to write down examples of accomplishments, contributions, skills and work experiences that demonstrate their value.* |
| | *Then instruct participants to use the formula on p.8 to write their own value statement. Once they have completed these they can share with their neighbor. Ask the group for several examples to share out loud.* |
| Slide 15 | You sell something that is unique–you. This includes your identity, combination of work experience, work ethic, interests, goals, personality and education. |
| | And you are the key person responsible for communicating your brand to your audience: your bosses, colleagues, hiring managers and interviewers. |
| | But you should always be authentic and maintain integrity. You will want to tailor your brand based on the job or promotion you are seeking. |
| | Items that make up your brand include your resume, cover letter, interview answers, and your online presence. We won't delve into each of these elements today, but know that they are part of how you will begin a job search or quest for a promotion. |

**Negotiation Step 2: Know Your Target Salary and Benefits [30 minutes]**

| Workbook/Script Alignment | Script |
|---|---|
| Slides 16 - 17<br>Workbook 9 - 10 | The next step is to prepare yourself with objective, market-based research. |
| | Almost all employers set salary ranges for their jobs—which means all jobs have a "worth" on the market. It doesn't matter how much you earned at your first job, nor does it matter what your last salary was. Your "market value" is what an employer is likely to pay you in that position. |
| | *Review 6 steps for benchmarking salary and benefits on slide.* |
| | We will walk through each step continuing to use Olivia Taylor as our model. |
| | *For this section, participants will work in the workbook on pp. 9–10. The participants can follow along with the worksheet on p. 10.* |
| Slides 18 - 19<br>Workbook 9 -10<br><br>Step number 1: Research and find a comparable and aligned job title. | Use multiple resources for your research that use employer-reported data instead of individually reported data, such as Salary.com or Payscale.com. <br><br>*Let participants know that additional resources are on p. 9 of their workbook and that some industries might have additional resources they will want to research.* |

| | We already found a job title matching the job posting Olivia is interested in: "Public Relations Specialist I."<br><br>*Remind participants that they may need to review multiple job titles on Salary.com to find the one that matches the job they are applying for.* |
|---|---|
| Slides 20 - 22<br>Workbook 9 - 10<br><br>Step number 2:<br>Find the salary range and establish your target salary. | **A target salary is the salary we want to achieve through negotiations. It is our desired compensation.**<br><br>When we view salary data, we see a range of salaries.<br>• This graph shows how many people receive a particular salary. The median, or the midpoint, is the pay that the most people earn in this position and what many employers create a budget around, although some employers may choose to lead or lag the market.<br>• As you go further out from this point, fewer people receive the salaries on both sides of the median. Where your target salary falls on the spectrum depends on the value you bring to the position based on your qualifications.<br><br>*Ask the participants what they might set as a target salary for Olivia. Take 2 - 3 suggestions from participants.*<br><br>*Let the participants know that based on the market data and Olivia's skills and qualifications, we would recommend a target of $50,000 for Olivia. (This is not a "right" answer. It is just what we will use as we move forward with the workshop.)* |
| Slide 23<br>Workbook 9 – 10<br><br>Step number 3:<br>Identify a target salary range. | When you share your desired salary in a negotiation, studies suggest you will be more successful if you put your target salary at the bottom of a range instead of asking for it outright. Giving a range suggests that you're more cooperative and flexible. This our "target salary range."<br><br>**To create a target salary range, put the target salary at bottom of the range, then stretch it upward, but never more than 20 percent.** A smaller range may be more appropriate, particularly if you are entry or mid-level in your career.<br><br>*Using Olivia's target as the anchor, ask participants to partner and discuss what they would set for Olivia's target salary range. Take 2 - 3 participant suggestions.*<br><br>*We suggest a target salary range of $50,000 to $55,000 (about a 10 percent range). As long as the participants do not set a higher end over 20 percent of their selected target salary, their ranges will be fine. A smaller target salary range is also acceptable; it all depends on the comfort level of the participant.* |
| Slide 24<br>Workbook 9 – 10<br><br>Step number 4:<br>Setting your "walk-away" point | The next number to keep in mind is the "walk-away point." **This is the lowest salary you are willing to accept and still take the offer.** Identifying a walk-away point prevents you from accepting an offer that you may later regret. Your walk-away point can be informed by your budget and personal situation.<br><br>You may consider other values in determining your walk-away point, such as:<br>• Available benefits.<br>• Other job offers that you have received.<br>• How long you've been looking for a job.<br>• The experience you will gain.<br>• Your promotion potential. |

| | |
|---|---|
| | • Opportunities to go back to school.<br>• Networking opportunities.<br>• Your devotion to the mission of the organization.<br><br>*To set a walk-away point, look at the salary range, the job posting and Olivia's résumé.*<br><br>*Working with your neighbor, determine what you would set as a minimum salary for Olivia. Ask for a few responses from participants.*<br><br>*Based on a median salary of $49,343 and a target salary of between $50,000 and $55,000, a resistance point may be between $42,500 and $47,500. If participants have difficulty selecting a walk-away point in this range, direct them with the following information:*<br>• *The candidate can go back to school to gain more skills and get a higher salary later.*<br>• *She may not have experience in sports merchandising, but she does have relevant experience in another field and demonstrated adaptability.* |
| Slide 25<br>Workbook 11 - 12<br><br>Step number 5:<br>Create a realistic budget. | Knowing your personal budget can you prepare to negotiate and confirm if your target salary is appropriate and help you understand your financial health.<br><br>It's also a good idea to estimate your monthly take-home pay after taxes and other deductions.<br><br>*The workbook includes a link that participants can use to calculate take home pay on p. 10.*<br><br>We will review budget in two categories, Fixed Expenses, those items which are necessary and have the same cost month to month, such as rent, transportation, and utilities, and Variable Expenses. Variable expense can be broken down in two categories, financial goals and personal choices.<br><br>*On pg. 12 participants will see a sample of how we might break down Olivia's monthly budget. Give participants some time to review.*<br><br>*As you review the budget section you can ask participants the following:*<br>• *How they might be able to budget for rent prices in a new city? (possible responses include Zillow and Craigslist.)*<br>• *How should the priorities financial goals?*<br>• *What are personal choices that are important to you?*<br><br>*After the discussion give participants 5 minutes to complete the budget worksheet with some estimates.*<br><br>If you find your budget is greater than your target salary, you can reexamine your budget to reduce expenses or assess whether the job is a realistic fit for your needs.<br><br>Remember, set your salary targets on the basis of objective data and reasoning. Your budget can inform those goals, but it should not be a reason to increase your target salary outside of a range that you can objectively justify. On the other hand, having a budget below your targeted salary doesn't mean you should decrease what you're willing to accept. |

| Slide 26<br>Workbook 10<br><br>Step number 6:<br>Factor in the value<br>of benefits. | Benefits are just as important as your salary—and they are negotiable.<br><br>Certain benefits, like health insurance or vacation, are usually standard for all employees, but some can be negotiated. Rather than ask for more of everything, focus on what is important to you. Give your benefits the same objective analysis as your salary.<br><br>Ask which benefits are typically offered. If possible, talk to people who work at the company where you are interviewing. Consider what's valuable to you and whether you should negotiate for anything other than your salary.<br><br>*Ask participants to write down their top three benefits on the worksheet in p.10.* |
|---|---|
|  | When you're at home, use all of the steps we just learned to research and benchmark your salary and benefits for your specific job title and location. Do your research as you prepare your pitch! |

**Negotiation Step 3: Know Your Strategy [40 minutes]**

| Workbook/Script<br>Alignment | Script |
|---|---|
| Slides 27- 28<br>Workbook 13 | Up to this point, we have discussed strategies and tools to be objective during negotiation. For the rest of this workshop, we'll focus on ways to become highly strategic and highly persuasive.<br><br>*Ask participants to identify the two times in their careers they would negotiate. You should hear them refer to New Jobs and Promotions/Raises.*<br><br>*Review tips on slide 28.*<br>There are typically several conversations before concluding the negotiation, as each party considers the requests, offers and counteroffers that are going back and forth. Remember to remain positive and flexible throughout.<br><br>If you get to a point at which you feel like you need time on your own to consider an offer, you should always feel free to ask for it. |
| Slide 29<br>Workbook 13<br><br>Deflection<br>Strategies | In the application stage and during an interview, you may be asked about your salary history or salary expectations. By using a deflection technique, you can avoid answering those questions, or negotiating, until you have an offer in hand.<br><br>*Have participants turn to p.13. Select 2 - 3 participants to read sample deflections aloud.*<br><br>*Key points to go over with participants:*<br>• You can leave these fields blank or write "zero" or "N/A." If the field requires a figure, input your target salary or target salary range.<br>• Some cities/states prohibit asking for someone's salary history, research the laws in your area.<br>• Try to get your employer to share their target range first.<br>• If you share your own salary requirements, start by provide your target salary range.<br>• If you find that your salary requirements were too low, you can bring that up during the negotiation with a line like, "Now that I've learned more about this position, my salary requirements have changed…" – and provide your target salary range. |

| | |
|---|---|
| Slide 30<br>Workbook 13 | If you get an offer at or above your target salary, great! Review the overall package and decide whether you want to negotiate further or focus more on benefits. Usually you'll want to negotiate—it's expected—but make sure you can clearly spell out the value you're bringing in.<br><br>If you get an offer below your target salary, you definitely should attempt to negotiate. Also consider what benefits may bridge the gap and make the offer more acceptable. If you cannot negotiate above your walk-away point, then you might need to consider whether this job is a good fit for you. |
| Slide 31<br>Workbook 14 – 15<br><br>Persuasive<br>Responses | Anticipate employer objections by brainstorming 3–5 possible ways that the employer might respond during a negotiation. Use your value statements and the information you gathered in your research to prepare talking points for each potential response.<br><br>Remember that the decision-makers either already hired you or offered you the job and want you there, so remind them why during the negotiating process.<br><br>*Ask participants to pair up and turn to pp. 14 - 15 and give them a few minutes to practice the sample persuasive responses in the workbook. Then ask for a participants if they thought one would be effective.* |
| Slide 32<br>Workbook 15 - 16<br><br>Assess Benefits | After negotiating your salary, you should consider negotiating for benefits. Ask if the employer offers benefits you value, such as professional development support or flex time.<br><br>Negotiating benefits is one approach for making a low salary offer more acceptable. It's also a way to maximize your value during the negotiation. |
| Slide 33<br>Workbook 16 | Once the negotiation has concluded, make sure to get everything in writing. Thank your new employer and reiterate your excitement about this new role! |
| Slide 34 | You will need to negotiate throughout your entire career. Keep your portfolio up to date and remember the salary negotiation steps. |

**Negotiation Step 4: Practice, Practice, Practice! [30 minutes]**

| Workbook/Script Alignment | Script |
|---|---|
| Slide 35<br>Workbook 17 | *Direct participants to p. 17 for a scripted role-play. Select two participants to read Olivia Taylor's negotiation. Skip this activity if time is short.* |
| Slide 36<br>Workbook 18 | *Have participants pair up and turn to p.18 in their workbooks.*<br><br>During round one, someone will have the role of employee and the other will be the hiring manager/employer. If you have a group of three, the third person can serve as an observer.<br><br>*Select one or two participants to read the tips on the slide.* |

| | |
|---|---|
| Slides 37 - 40<br>Workbook 18 | *Using the slides for the activity, have the individual selected as the employee look up at the screen while the employer closes their eyes. After giving them a few seconds to review their salary targets, repeat this with the employers reviewing the slide with the employer salary range.*<br><br>*Tell the "employers" that they are motivated to hire this individual but don't want to give everything away quickly.*<br><br>*Give the group 5 minutes to negotiate before switching roles.* |
| Slides 41 – 44<br>Workbook 18 | *Repeat the steps above, having the employee review target salary followed by the employer reviewing salary range.*<br><br>*Give the group five minutes to negotiate. Then stop the discussions and have a five-minute debrief with participants. Ask the following:*<br>• **Raise your hand if you agreed upon a number.**<br>• **By a show of hands, how many of you hit your target salary?**<br>• **What was some effective language used?**<br>• **What would you do differently next time?**<br>• **What did you learn about negotiating during this role-play?**<br>• **What else did you learn?**<br><br>*I hope that was a valuable exercise for you! Don't be afraid to grab a friend and practice when you get home. Being prepared can really help keep you calm and controlled as you start negotiating in real life.* |

**Closing [5 minutes]**

| | |
|---|---|
| Slides 45 -48 | *Ask participants one of the following questions:*<br>• *What was an "aha" moment for you during this workshop today?*<br>• *What is one thing you will do to practice what you learned in today's workshop?*<br><br>*Direct the participants to complete the post-workshop evaluation via the link found in the slide.*<br><br>*Ask participants to take Work Smart Online as a refresher.*<br><br>*Be sure to follow AAUW on Facebook, Twitter, Instagram and Tumblr and tell us how you use AAUW Work Smart by using the hashtag #AAUWWorkSmart!* |



# AAUW
# START SMART

## Attendee Workbook

AAUW
empowering women since 1881

www.aauw.org · salary@aauw.org
#AAUWStartSmart

App'x 896

# Welcome to your AAUW Start Smart
# salary negotiation workshop!

You already know that in the United States women typically are paid less than men are over their lifetimes. The gender pay gap, as it is called, means that women and their families have less money to support themselves, save and invest for the future and spend on goods and services. Families, businesses and the economy suffer as a result. And at the slow rate of progress in recent decades, it will take many more generations to close the gender pay gap.

Our hope is that you leave today's workshop with a refreshed sense of confidence, critical negotiation skills and a new support network to cheer you on. The American Association of University Women (AAUW) is committed to giving you the tools you need to thrive in the ever-growing and developing workforce.

These workshops are an important part of AAUW's multipronged approach to closing the gender pay gap through advocacy, research, and public education. At both the national and local levels, we will continue to fight for fair pay each and every day because we know that our country is stronger, our resources more powerful and our impact greater when we all work together toward a common goal.

We will keep pushing forward, and we will break through any barriers that stand in our way. I hope you will join us!

Sincerely,

Kimberly Churches
Chief Executive Officer

P.S. After today's workshop I hope you'll join us as we bring people together for the common goal of breaking through educational and economic barriers facing women and girls. Please visit www.aauw.org to become an AAUW member.

# ABOUT AAUW

AAUW empowers women and girls through research, education and advocacy. Our nonpartisan, nonprofit organization has more than 180,000 members and supporters across the United States, as well as 1,000 local branches and 800 college and university members. Since AAUW's founding in 1881, our members have examined and taken positions on the fundamental issues of the day—educational, social, economic and political.

## Connect

 /AAUW.National           /aauwnational           /@AAUW          #AAUWStartSmart

## Join Us!

Your membership makes AAUW's powerful voice even stronger on critical issues affecting women and girls. Membership is open to anyone holding an associate or equivalent, bachelor's, or higher degree from a regionally accredited college or university. Visit www.aauw.org/join for more.

## Empower Women in Two Minutes

Join the AAUW Action Network to receive email alerts and contact your elected officials about public policy issues such as fair pay for women! Learn more and sign up at www.aauw.org/actionnetwork.

> "I lowballed my net worth for a large part of my career, only to be frustrated down the road in a job where I don't feel like I'm being paid what I'm worth. I joined the local AAUW after I learned about AAUW's work on pay equity and salary negotiation."
>
> —Alyssa R.


App'x 898

# THE GENDER PAY GAP AND HOW IT AFFECTS YOU

AAUW has been on the front lines of the fight for pay equity since 1894. AAUW members were in the Oval Office when President John F. Kennedy signed the Equal Pay Act of 1963 into law, and more than 50 years later we continue to lead the push for policies and legislation to encourage and enforce fair pay in the workplace.

Did you know that in 2016, women working full time in the United States typically were paid just 80 percent of what men were paid, a gap of 20 percent? The gap has narrowed since the 1970s, due largely to women's progress in education and workforce participation and to men's wages rising at a slower rate. But progress has stalled in recent years, and the pay gap does not appear likely to go away on its own.

The pay gap is the difference in men's and women's median earnings, usually reported as either the earnings ratio between men and women or as a pay gap, as defined below. The median value is the middle value, with equal numbers of full-time workers earning more and earning less.

$$\text{Earnings ratio} = \frac{\text{Women's median earnings}}{\text{Men's median earnings}} \qquad \text{Pay gap} = \frac{[\text{Men's median earnings - Women's median earnings}]}{\text{Men's median earnings}}$$

## The Gender Pay Gap by Race

The impact of the gender pay gap goes beyond the fact that women overall are paid less than men. It also affects families and future economic security. More, the gender pay gap has an even greater impact on Latinas, Black, and Native American women. Mothers, women with disabilities, and members of the LGBTQ community are also impacted, but by varying degrees.



Figure 1

# Why the Pay Gap Happens and Why It Matters

What are some possible reasons that the pay gap exists?

- Women are paid less for the same work.
- Women are overrepresented in low-wage jobs and underrepresented in high-wage ones.
- Women-dominated professions, such as health care, education and public administration are devalued because they're seen as "women's work."
- Because women are often caregivers, they face lower pay and promotion opportunities because they are assumed to be distracted and unreliable.

AAUW's groundbreaking research report *Graduating to a Pay Gap* revealed that just one year out of college, women working full time are already paid significantly less than their male counterparts are paid.

After accounting for all the variables known to affect wages, there is still an unexplained 7 percent gender pay gap one year out of college. While we don't know for sure why that is, we can certainly assume that at least some portion of the pay gap is attributable to gender bias.



*Graduating to a Pay Gap: The Difference in Women's and Men's Earnings One Year after College Graduation*

Figure 2

# Negotiation Can Help

One of the reasons we talk about the pay gap is that it motivates each of us to do something about it. Negotiating your salary is something you can do not only for your own economic security but also to help close the unexplained pay gap.

To learn more read *The Simple Truth about the Gender Pay Gap* at www.aauw.org/research/the-simple-truth-about-the-gender-pay-gap.

# Can Negotiating Backfire?

Because most employers have some latitude when it comes to salaries, negotiating can pay off. But negotiation skills are especially tricky for women because some behaviors, like self-promotion, that work for men may backfire for women. Knowing what your skills are worth, making clear what you bring to the table, emphasizing common goals and maintaining a positive attitude are some negotiation tactics that are effective for women. If you ever feel at risk during a negotiation, remember that it is within your power to stop the discussion at any time.

App'x 900

# KNOW YOUR VALUE

**Olivia Taylor**
Olivia.Taylor@email.com
**80 Equal Pay Drive, Washington, DC 20005**

## Summary

A highly motivated and productive graduate with a degree in mass communications. Possesses strong communi-cation, interpersonal, organizational, time management, analytical and problem-solving skills. Sound knowledge and experience with social media marketing through Facebook, Twitter, LinkedIn and Instagram.

## Education

**Sunny State University, Anywhere, USA**
Bachelor of arts, mass communications with an emphasis in public relations

## Related Experience

**Creative Kids Toys Inc., 7 months**
Public Relations Intern
- Secured both print and online placement for Creative Kids' 2017 toy line in the Top Toys annual review
- Developed comprehensive and well researched media lists of at least 50 contacts per list
- Aided in the planning and execution of events, such as the 2017 National Toy Show
- Researched and monitored media coverage for publicity campaigns
- Supported PR staff in arranging meetings, maintaining daily schedules and other administrative duties

**Orange County Tourism Board, 3 months**
Public Information Assistant
- Helped draft and edit press releases to inform the public of upcoming events
- Wrote content for website, including contributing to a county tourism blog microsite
- Assisted senior staff in designing TV, radio and online ads to drive tourism into the county
- Increased weekly page views of tourism website from 10,000 to 15,000 in a six-month period

**Weekly School Newspaper, 2 years**
Staff Writer
- Researched articles, conducted interviews and wrote articles for sports and entertainment sections
- Developed weekly stories without missing a single deadline

## Leadership Experience
- College women's soccer team, 2015–17; captain 2016–17 academic year
- AAUW student organization member, 2016–17: coplanned campus events including an annual equal pay rally to raise awareness about the gender pay gap
- Brought an AAUW Start Smart salary negotiation workshop to campus, handling all promotional tasks and sold out the event

 

# Sample Job Posting

**Public Relations Specialist, Team Player Sporting Goods—Washington, D.C.**

**Team Player Sporting Goods**, the dynamic and growing sports equipment chain store based in Washington, D.C., seeks an intelligent, detail-oriented self-starter to join our team as a public relations assistant. This is a full-time, entry-level position with plenty of growth potential.

The public relations assistant will work under the product team, communications staff and senior management to increase brand awareness and maintain a consistently favorable public image. Familiarity with and interest in sports are greatly preferred.

**Primary duties**
- Assist in the development and execution of media plans and PR campaigns
- Draft and distribute approved press releases and other content, including social media and blog posts
- Work with senior public relations coordinator to facilitate professional athlete partnerships
- Monitor industry standards and trends by identifying potential media outlets and promotional opportunities
- Prepare contracts, maintain the contact database, and field general inquiries from Team Player clients
- Measure and track progress of campaigns, keeping senior management appropriately informed and engaged

**Qualifications and skills**
- 0–2 years media relations experience, preferably in corporate setting
- Bachelor's degree in marketing, public relations or a related discipline
- A demonstrated ability to excel in fast-paced environments
- Superb written and oral communication skills
- Proficiency with Microsoft Office, social media and media-monitoring platforms a must

## Resume Writing Tips

A few ways to enhance your resume:
- Use key words from the job posting.
- Use active language.
- Focus on accomplishments not just job descriptions.
- Place the most important information at the top.

 

Think about the job you have or are seeking. Ask yourself: How do my accomplishments, contributions, skills and work experiences demonstrate value or the contribution I will make in this position? How do I bring value to the company or organization?

You'll want to consider

- Professional accomplishments (awards, recognitions, certifications)
- Measurable positive results from your work, such as increases in revenue or client base
- Contributions to a significant project or outcome
- Skill areas where you particularly excel
- Previous work successes

**Keep a journal of all of your accomplishments throughout the year, no matter how big or small.**

If you are still in school, consider your leadership roles or important accomplishments related to your major.

Below, write down as many accomplishments, contributions, skills and relevant work experiences as you can.

_____

_____

_____

Take one thing you wrote down and think about what you did to make it happen. What role did you play? What were some positive results? Write down exact numbers to support your case so it is quantifiable.

_____

_____

_____

Then, use this template to help you articulate your value: "I accomplished [list one accomplishment], using my [list skill used], which benefited my company by: [list results]".

I accomplished  _____

 [list one accomplishment] using my _____[skills],

which benefited my company by:_____

_____[list results].

# KNOW YOUR TARGET SALARY AND BENEFITS

## Assess the Market

There are many factors you should take into account when you're creating your salary targets:

- Research salary ranges for a particular job in the location you will be working and to determine a target salary
- The overall economic conditions of the area, the demographics and special conditions that might have bearing on your particular industry
- Who the company's competitors are
- The company's financial health



Public Relations Specialist I
Washington, D.C.

Median Annual Salary — **$49,343**

25%
$44,531

75%
$58,394

Figure 3

### Additional Salary Research Resources

Other research sources you should take advantage of include
- Glassdoor.com
- Payscale.com
- U.S. Department of Labor, Bureau of Labor Statistics
- LinkedIn
- The business sections of your local newspapers
- Industry compensation surveys
- Business publications or other publications specific to your industry
- The local chamber of commerce
- Anyone who might know the company, the field or the region

**App'x 904**

## Research a Target Salary and Benefits

1. Visit Salary.com and identify a job description that matches the job you are researching.

2. Compare similar job descriptions, and select the job title that most closely aligns with the job description and experience.

3. Look at the salary range for the job title from the 25th to 75th percentile, and identify a target salary (your worth based off objective, market wage data)—below, at or above the median. Aim high, but be realistic.

4. Identify a "target salary range," using the target salary as the bottom of the range or as the "anchor". Do not stretch more than 20 percent.

5. Create or update a realistic budget.

6. Calculate the take-home pay for the target salary at PaycheckCity.com.

7. Determine a walk-away point, or the lowest salary the applicant should be willing to accept and still reach agreement, this prevent you from accepting a salary you will later regret..

8. Factor in the value of benefits they would be likely to receive, and identify other benefits that would make an offer more enticing.

## Employee Profile

Job title _____

Target salary_____

Target salary range_____

Monthly budget_____

Take-home pay_____

Walk away point_____

List top three benefits_____

_____

_____

### Negotiating Hourly Pay?

Use the same techniques to research a target salary and target salary range. You may want to estimate a monthly or annual salary base to help you compare your pay with similar salaried positions.

To figure out an exact hourly wage from an annual salary, you need to figure out how many hours a week you work. If you work 40 hours a week, divide the annual salary by 2,080 (or multiply an hourly wage by 2,080 to determine the annual salary). If you work 37.5 hours a week, divide the annual salary by 1,950 (or multiply an hourly wage by 1,950 to determine the annual salary).

# Create a Realistic Budget

Establishing a monthly budget is essential to preparing your negotiation strategy. Budgeting is a way to determine what your bottom line will be in any consideration of a job or raise.

Below, we have included a budgeting guide to assist in your preparation. Next to each category is a suggested allocation of your salary. When planning a budget, be realistic about your costs and the lifestyle that you are living or aspire to. Don't leave out things like entertainment expenses, the costs of eating out and other details.

# Types of Expenses

**Fixed Expenses**
These are the absolute necessities of life including housing, food, transportation and utilities (e.g., electric, gas, water, cell phone, cable, etc.).

**Variable expenses (financial goals)**
This includes savings contributions, such as retirement and savings, and debt reduction, such as student loans and credit card debt. This is your "get-ahead" category. Budgeting for this category puts you in a better financial position for the future.

**Variable expenses (personal choices)**
This includes discretionary expenses like shopping, personal care, hobbies and entertainment.

You may find that percentages fluctuate slightly based on the cost of living in your area. See the following section for more information on budgeting and financial literacy tools.

## More Financial Literacy and Planning Tools

Tools to track expenses
- Mint.com
- LearnVest.com

Other financial literacy and planning sites
- Mymoney.gov
- Nerdwallet.com
- Check out local offerings for financial literacy workshops.

Other resources for budgeting and market conditions
- Local business section in paper or regional business publications
- Local chamber of commerce

# Olivia Taylor's Sample Monthly Budget

## Fixed Expenses (Needs)

| Category | Olivia's Budget | Your Budget |
|---|---|---|
| Cell phone | $70 | _____ |
| Groceries (shared) | $200 | _____ |
| Internet/cable (shared) | $40 | _____ |
| Laundry | $20 | _____ |
| Rent (shared) | $850 | _____ |
| Transportation | $100 | _____ |
| Utilities (shared) | $25 | _____ |
| **Total:** | **$1,305** | _____ |

## Variable Expenses (Financial Goals)

| Category | Olivia's Budget | Your Budget |
|---|---|---|
| Credit card payments | $50 | _____ |
| Retirement | $200 | _____ |
| Savings | $200 | _____ |
| Student loans | $100 | _____ |
| **Total**: | **$550** | _____ |

## Variable Expenses (Personal Choices)

| Category | Olivia's Budget | Your Budget |
|---|---|---|
| Coffee shops | $40 | _____ |
| Haircut | $25 | _____ |
| Dining out/bars | $200 | _____ |
| Fast food/delivery | $100 | _____ |
| Movies | $50 | _____ |
| Music | $20 | _____ |
| Netflix | $10 | _____ |
| Wardrobe | $200 | _____ |
| **Total:** | **$645** | _____ |

| | | |
|---|---|---|
| **Total monthly budget:** | **$2,500** | _____ |

# KNOW YOUR STRATEGY

## Seeking a New Job

### Deflection Strategies

During the interview and application phase of a job search, you may be asked questions about salary. Do your best to avoid discussing or negotiating salary until after you have received the job offer.

**If your employer asks your salary expectations or desired salary, here are some possible responses:**

- "I'd like to see if I'm a good fit first before we discuss salary."
- "I'd like to learn more about the role before I set my salary expectations. As we move forward in the interview process, I would hope that my salary would line up with market rates for similar positions in this area."
- "I'd appreciate it if you made me an offer based on what is budgeted for the role, and we can go from there."
- "Before we can come to an agreement, I need to know more about your strategy for compensation, as well as confirm my understanding of the results you're looking for. Can we hold that question for a bit?"

**If your employer asks you to share your salary history, here are some possible responses:**

- "This position is not exactly the same as my last job. I'd like to discuss what my responsibilities would be here and then determine a fair salary for this job."
- "I'd appreciate it if you could make me an offer based on whatever you have budgeted for this position, and we can go from there."
- "My salary history and expectations are in line with my professional achievements and experience and with the requirements of the position."

> In several states, such as California, Delaware, Massachusetts and Oregon, and some cities, asking for salary history is or will be illegal. Research equal pay laws with your local government.

### Online Applications

Often online applications will require you to list your salary expectations. If possible, leave these fields blank, or type "zero" or "N/A". If you must enter an actual value, put your target salary. You can always say that your expectations changed as you gained a better understanding of the role.

### Responding to an Offer with Persuasive Responses

When you receive a job offer, you should receive the starting salary number as well. If not, you should ask what the starting salary is, along with any benefits package. Get it in writing so you can take your time to review it.

Listen carefully. Pause, reflect and do not respond immediately—no matter what the offer is. At this point, you can start negotiating right away or thank them and ask for time to consider the offer. You may want to ask for more information about benefits, such as health care costs or retirement savings.

**If you get an offer at or above your target salary,** congratulations! You should look at the overall package and decide whether you want to negotiate further on salary or benefits. But you should definitely consider negotiating.

**If you get an offer below your walk away point**, then you should attempt to negotiate upward. Consider what benefits may bridge the gap and make the offer more acceptable. If you cannot negotiate to a number above your

walk away point, then you might need to consider whether this job will realistically meet your needs.

The best way to prepare and practice your negotiation strategy is to anticipate how your employer will react and prepare persuasive responses. Here's how:

- Have your notes in front of you as you follow up with the employer, including a prioritized list of what you want to negotiate for and in what order.
- Brainstorm three to five different ways that the employer might respond during a negotiation.
- Use your value statements and the information you gathered in your job research to prepare talking points for each potential response.

Once the employer proposes a starting salary, you can counteroffer in several ways:

- "Do you have any flexibility on the salary number?"
- "Thank you for the offer. Based on my research with comparable roles in this area, I was thinking of something in the range of [your target salary range]."
- "Based on my prior experience and familiarity with this role, I believe that an additional $_____ would be fair."

## Suggested Persuasive Responses

**Employer:** In the future you'll have opportunities for growth and raises.

Because this number is a little lower than I feel comfortable with, I'd love to discuss my opportunities for the future. I know that one of the most important things in this role is [key metric here]. If I'm able to deliver that in [time frame], would you be open to raising my compensation to [target salary] then?

**Employer**: I don't have the budget for this high a salary.

If that is the case, would you be open to us working together to identify ways to cover this salary this year or to plan for increased funds next year?

Would you be open to discussing including an increase for me for next year? Can we talk about benefits or other nonmonetary benefits?

I absolutely understand our budget constraints, but with my work history, I have demonstrated success in saving our company money. If not now, do you think we can revisit this in six months for a review?

**Employer**: I'll never be able to sell this to the boss or HR.

There are two possible interpretations of this response. Either the employer agrees you deserve this salary but can't sell it to the higher-up, or the person is trying to avoid giving you this salary, and this is an excuse. Take the employer at her or his word. Perhaps say

I've really appreciated your support throughout these discussions. If you are open to even trying to "sell this to the boss," I'll do everything I can to help you make a strong case.

You can't have a better ally than your supervisor or soon-to-be supervisor advocating for you with the CEO!

**Employer**: If I give you this salary, you'd be the highest-paid employee in this position in our company.

I appreciate the challenge that presents. Based on my research, the range I've asked for is fair market value and reflects the contributions and value I bring to this position. What is a more realistic range that we can consider?

**Employer**: Yes.

Thank you. Now I would like to discuss my benefits.

Thank you for your consideration. As I think about what we've discussed today, would it be OK if I followed up with a question or two?

**Employer**: Unfortunately, we don't have any room to negotiate.

Once you've decided what benefit you'd like to focus on, try

I understand that at this point, salary isn't negotiable. I see that you have a tuition reimbursement program, and I want to get my project management certification. Would you consider sponsoring my certification?

**Employer:** No.

Stay silent and wait to see what she or he says, in case an explanation is offered. Listen to the language that is used as you craft your response. If no explanation is offered, say a polite "thank you for your time" and ask

Is there any feedback you can give me on the best way to revisit this conversation at a later time?

I understand that a raise isn't available, but I think it would be important for us to reevaluate my job description to see if a job title change is in order.

Even if you are disappointed or offended or you begin thinking about moving to another company, do not say anything to this effect. Just be respectful and professional and leave.

## Assessing Benefits

Remember that benefits are an important part of your overall compensation. You should always be thinking about how to negotiate for benefits, even if you get the salary you want. Check out page 27 for a list of benefits you can consider negotiating for.

**Standard benefits may include:**

- Health, dental, and vision insurance
- Retirement accounts and matching contributions
- Paid time off
- Stock options
- Parental/family leave

**Nonstandard benefits include:**

- Flextime
- Telecommute days
- Gym or wellness reimbursement
- Tuition and student loan assistance
- Commuter benefit (parking, public transportation, biking, etc.)
- Professional development programs
- On-site childcare

 

**Negotiable Benefits**

Rather than asking for more of everything, focus on the benefits you might be able to get and the benefits that might have some value for you. Many benefits can be negotiable, especially nonstandard benefits, including those listed above. An employer might see telecommuting or professional development as simple things that don't cost much, while you might see them as providing plenty of value to you.

Using the same strategy as you approached your salary negotiation, be prepared to ask for the benefits that are important to you. Particularly if your negotiated salary was below your target salary, your benefits package can help make up for the lack of salary. In some cases, benefits may be a considerable added-value, such as if your employer provides tuition reimbursement, relocation expense coverage, or child care assistance.

Here's some sample language you can use to ask for a better benefits package.

**If the employer offers a benefits package that is significantly smaller than a standard benefits package**

> Thank you for our discussion about the salary offer. After reviewing the benefits, I have a few questions. Looking more closely at the package, could you consider providing transportation assistance for my commute?

**If the employer offers a benefits package that is similar to or exceeds a standard benefits package**

> Thank you for our discussion about the salary offer. After reviewing the benefits, I am pleased with the package and just have a few follow-up questions. First, is there a possibility of receiving professional development or teleworking?

# Concluding the Negotiation

Based on your objective research, you should know whether or not the final salary and benefits offer is worthy of consideration. If you are satisfied with the salary and benefits you negotiated, you can give a verbal acceptance of the offer in the negotiation. Be sure to ask for the complete job offer in writing and read it carefully before signing to make sure everything you discussed is included.

# PRACTICE, PRACTICE, PRACTICE!

Your negotiation skills will not improve without practice. With each practice, you can improve your abilities to be objective, persuasive, and strategic. The more you practice with others, the more assistance they can provide with positive and constructive feedback to improve your verbal and body language.

## Sample Role-Play Scenario

**Olivia (employee)**: Hello! Thank you for meeting with me today. I am so excited to talk about your offer and review the details about joining the organization.

**Maya (employer**): Well, we think you are an excellent candidate for the position and would fit in well at our company. Given that, we hope you will accept our offer of $58,000 a year plus benefits.

**Olivia**: Thank you. I am confident I will bring value to the organization. However, according to my research, the market rate in the area for someone in this position with my demonstrated skill set is $60,000–$68,000 per year. Would you consider an offer within that range?

**Maya**: Hmm. Going above $58,000 is close to the maximum salary I can offer for this position.

**Olivia**: I appreciate that. However, given my experience reducing expenses and increasing revenue by 15 percent in my current position, I hope we can work together to come to a salary that reflects my qualifications.

**Maya**: You are very qualified, and we are impressed with your track record. The best I can offer you is $62,000.

**Olivia**: Thank you. I'm also interested in discussing what benefits are available.

**Maya**: Sure. What are you looking for?

**Olivia**: Do you offer funding for professional development that would enhance my work and increase my value to the organization?

**Maya**: Yes, we can offer you up to $500 toward professional development annually.

**Olivia**: Thank you! This is a very generous offer. Can I please get this in writing and get you an answer by the end of the week?

**Maya**: Absolutely!

**App'x 912**

# Role-Play Worksheet

## Playing the Employee

Practicing is a critical component of becoming a competent negotiator. When practicing take a few minutes and answer the questions below to prepare for your turn as the employee.

1. Decide whether you are negotiating for a new job, or raise or promotion and share that with your partner.

2. How will you start the conversation? See below for ideas. _____

3. Go back to the value statements you drafted earlier in the workshops to use in your negotiations.

4. Write down two benefits that would make this offer especially compelling to you.
   - _____
   - _____

5. Write down the target salary range that your facilitator puts on the screen. $_____to $_____

### Negotiation Sentence Starters

These are ideas to get you started, but you should modify the phrasing to fit your personal style and the specifics of the situation.

Thank you for meeting to discuss the details of your offer.

According to my research, a fair salary range for people doing this job in this area is from $_____ to $_____.

We share common goals, such as _____.

Given my previous experience doing _____, I believe this is a fair salary range for this position.

## Playing the Employer

What salary range are you allowed to offer for this position? Write down the range the facilitator puts on the screen.

$_____ (starting offer) to $_____ (maximum budgeted)

### Constraints

- You are only authorized to offer up to the maximum budget amount your facilitator shares with you.
- You have flexibility in negotiating benefits. Listen carefully for what your partner (the employee) is requesting.

### Possible Employer Objections

These are some ideas to get you started, but react to the particulars the employee brings forward and get creative!

We think you are an excellent candidate for this position and a good fit in the company, however ...

Wait another year.

You haven't demonstrated that you're ready for those increased responsibilities.

If I gave you this salary, you'd be the highest-paid employee in this position in our company.

I don't have the budget for a salary this high.

I'll never be able to sell this to the boss.

Whoa! That's way more than I have budgeted!

# Next Steps for Salary Negotiation Success

There are many things you can do to keep your momentum going after you leave today.

- **Keep practicing**. Use the resources from this workshop each time you prepare to negotiate.
- **Strike a pose**. Research has shown that holding a power pose (think: Wonder Woman) for as little as two minutes can make you feel more confident and willing to take risks. Consider doing this exercise before going into your next negotiation to give yourself an extra boost!
- **Share your stories**. When you negotiate, we want to know about it! Share your experiences with us at salary@aauw.org. The more AAUW can showcase women negotiating, the more we can question the stereotype that women don't ask.
- **Pay it forward and share AAUW Start Smart with others**. Today you gained significant confidence and skills. Spread the word with other people in your life to make sure they get paid fairly, too! Talk to your facilitator about how to help bring AAUW Start Smart workshops to your community.

# Questions an Employer Cannot Ask You

There are many questions an employer cannot legally ask you. We encourage you to research these questions and prepare responses to them. Some examples of questions that you cannot be asked include

- What is your religious affiliation?
- Are you pregnant?
- What is your political affiliation?
- What is your race, color, or ethnicity?
- How old are you?
- Do you have a disability?
- Are you married?
- Do you have children or plan to?
- Are you in debt?
- Do you socially drink or smoke?

Likewise, employers cannot make stereotypical comments about women and their work habits or make assumptions about the work habits of women with children.

If you are asked these questions, you can turn the conversation toward your qualifications for the position, but you may want to consider notifying human resources.

---

## AAUW Research Reports

*Barriers and Bias: The Status of Women in Leadership*, AAUW, www.aauw.org/research/barriers-and-bias

*Broken Ladders: Barriers to Women's Representation in Nonprofit Leadership*, AAUW, www.aauw.org/research/broken-ladders

*Deeper in Debt: Women and Student Loans*, AAUW, www.aauw.org/research/deeper-in-debt

*Graduating to a Pay Gap: Women's and Men's Earnings One Year after College Graduation*, AAUW, www.aauw.org/research/graduating-to-a-pay-gap

*The Simple Truth about the Gender Pay Gap*, AAUW, www.aauw.org/research/the-simple-truth-about-the-gender-pay-gap



empowering women since 1881

 /AAUW.National       /aauwnational       /@AAUW

AAUW Start Smart and AAUW Work Smart were developed by the WAGE Project Inc. with support from the Linda Glenn Charitable Trust.



# Facilitator Script

## Room Setup Recommendations
- Rooms reserved in the Memorial Student Center, Rudder Tower, the White Creek Conference Modular Buildings, or the Student Services Building (after January 2020) will have tables and chairs set up. Make sure students will be able to work in pairs. Workshops are limited to 40 participants.

## Equipment
- The Women's Resource Center will provide all equipment, including a laptop and slide advancer.

## Facilitator Notes
This workshop is designed to be accessible to both new and experienced facilitators. Read the script and take notes in the margins. This document is not meant to be read aloud. Rather, the idea is to give you cues on how to move the course forward. Use your own words to share and explain what is contained within the script.

## Key

| Workbook/Script Alignment | Script |
|---|---|
| Slide 1<br>Workbook page 1<br><br>![WORK SMART #AAUWWorkSmart AAUW] | Welcome to the AAUW salary negotiation workshop script! Let us explain how it is organized to help your facilitation.<br><br>In this column, you will find the script along with facilitator instructions. Plain text are key points you want to cover when delivering the section. *Italicized sections denote instructions for the facilitator to give participants.* **Bold text shows concepts or questions you can read directly.**<br><br>On the left side, you will see several helpful items, including slide number(s) for each section and the correlating workbook page number. |

## Arrival
- Distribute materials as participants arrive, or place them on tables before the start of the workshop. All participants should receive a folder with a workbook and information from the sponsoring departments. They should also receive a WRC pen and highlighter as well as additional promotional items that may be found in the Start Smart Box.
- Ensure that the PowerPoint is displaying the first slide.
- Have participants sign in.
Encourage participants to take the pre-workshop survey.
- Remind Participants of the Facilitators' names which they need to include in their pre-workshop survey.

# Introduction, Learning Objectives, and Expectations [5 minutes]

| Workbook/Script Alignment | Script |
|---|---|
| Slides 1 – 4 | *Welcome participants and introduce yourself.*<br><br>Introduce AAUW and our goals to train 10 million women and eliminate the gender pay gap.<br><br>*Ensure every participant has received a workbook. Ask participants to complete the pre-workshop evaluation using the link provided on the slide screen.*<br><br>*Give participants 60 seconds to introduce themselves to their neighbors.*<br><br>This workshop is designed to:<br>• Empower you to successfully and confidently negotiate your salary and benefits.<br>• Make sure your compensation is aligned with your worth and market value.<br><br>*Encourage participants to use the hashtag #AAUWWorkSmart.*<br><br>*Set up expectations for the workshop. Review on slide 3.*<br><br>*Review the four steps to salary negotiation on slide 4.* |

# Learning Opportunity: The Gender Pay Gap and How It Affects You [6 minutes]

| Workbook/Script Alignment | Script |
|---|---|
| Slides 5 – 8<br>Workbook 4 | The gender pay gap affects your career and lifetime earnings. For AAUW, this is the core reason we teach women salary negotiation.<br><br>Nationally, **women are paid 80 cents for every dollar men are paid**. That is among people who work full-time. (*Participants can find the formula used to calculate the Gender Pay Gap on p.4 and in the Simple Truth.*)<br><br>The gender pay gap exists in every line of work at every educational level and at various ages. |







Women of color are disproportionately affected by the pay gap.

Lost wages mean women and their families are less able to support themselves, save and invest for the future. Families, businesses, and the economy suffer as a result.

Slide 9
Workbook 5



*Ask participants to name different causes of the gender pay gap.*

*Some possible answers you may hear from participants:*
- *Sexism and discrimination.*
- *Pay disparities in women-dominated fields.*
- *Gender stereotypes.*
- *Expectations of women as caregivers.*

Slide 10
Workbook 5



These causes of the pay gap are some of the reasons women are hesitant to negotiate their salary and benefits.

*Ask participants if they know what the "double bind" is.*

*Some possible answers you may hear from participants:*
- *Women receive conflicting demands around behavior expectations.*
- *Women often have two choices, to be either respected or liked.*
- *Likeable women are sometimes seen as "incompetent" and may not be given stretch assignments.*
- *When women step outside of cultural expectations and are assertive or advocate for themselves in a negotiation, they are sometimes seen as "unlikeable."*

| Slide 11 | Ask participants the question on the slide. Then ask for 2-3 examples, taking time to validate their responses. If necessary, list some common anxieties, including: |
|---|---|
|  | • *Getting fired* or *losing a job offer or promotion.* <br> • *Getting a reputation for not being a team player.* <br> • *Being disliked.* <br> • *Fearing that employers will assume you have child-care plans or responsibilities that will affect your commitment to your job.* <br><br> You are not alone in feeling anxious—and what you are feeling is completely normal. Hopefully, with the skills you learn today, you will feel prepared to negotiate confidently so you will be positioned for success. |

## Negotiation Step 1: Know Your Value [8 minutes]

| Workbook/Script Alignment | Script |
|---|---|
| Slide 12 <br> Workbook 6 <br><br>  | The first step in preparing to negotiate is to know your value, so you can confidently share this in a way that will resonate with your employer. |
| Slide 13 <br> Workbook 6 -7 <br><br>  | *Introduce Olivia Taylor, our fictitious job seeker that we will be following through the workshop. Ask participants to underline accomplishments, skills and work experience on Olivia's resume. After 60 seconds, ask 2 -3 participants what they would articulate about Olivia's experience.* <br><br> *Using the job posting on p.7, ask the group to circle areas where Olivia's experiences align with the job posting. Ask participants for areas they identified, possible responses may include:* <br> • *Years of experience.* <br> • *Overseeing client relations.* <br> • *Excellent communication skills.* <br> • *Knowledge of social media.* <br> • *Familiarity with sports.* |
| Slide 14 <br> Workbook 8 <br><br>  | *Introduce the concept of Value Statements a template for a value statement can be found on p.8.* <br><br> **A value statement is how to share your skills and accomplishments. It should be tailored to the job you are seeking.** <br><br> *Example of a value statement for Work Smart:* "I developed a training program for new hires using my project management and leadership experience. That benefited our company by decreasing turnover by 32 |

| | |
|---|---|
|  | percent, improving office culture, and saving the company an average of $22,000 a year onboarding costs."

*Example of a value statement for Start Smart:* "I launched a campaign to raise awareness around sexual violence on campus using my leadership and communications skills—which led to the university strengthening its policies on sexual violence, reducing reported incidences by 15% within the year.*

*Give participants 60 seconds to write down examples of accomplishments, contributions, skills and work experiences that demonstrate their value.*

*Then instruct participants to use the formula on p.8 to write their own value statement. Once they have completed these they can share with their neighbor. Ask the group for several examples to share out loud.* |
| Slide 15

 | You sell something that is unique–you. This includes your identity, combination of work experience, work ethic, interests, goals, personality and education.

Moreover, you are the key person responsible for communicating your brand to your audience: your bosses, colleagues, hiring managers and interviewers.

However, you should always be authentic and maintain integrity. You will want to tailor your brand based on the job or promotion you are seeking.

Items that make up your brand include your resume, cover letter, interview answers, and your online presence. We will not delve into each of these elements today, but know that they are part of how you will begin a job search or quest for a promotion. |

## Negotiation Step 2: Know Your Target Salary and Benefits [30 minutes]

| Workbook/Script Alignment | Script |
|---|---|
| Slides 16 - 17
Workbook 9 - 10

 | The next step is to prepare yourself with objective, market-based research.

Almost all employers set salary ranges for their jobs—that means all jobs have a "worth" on the market. It does not matter how much you earned at your first job, nor does it matter what your last salary was. Your "market value" is what an employer is likely to pay you in that position.

*Review 6 steps for benchmarking salary and benefits on slide.*

We will walk through each step continuing to use Olivia Taylor as our model.

*For this section, participants will work in the workbook on p.9-10. The participants can follow along with the worksheet on p.10.* |

| | |
|---|---|
|  | |
| Slides 18 - 19<br>Workbook 9 -10<br><br>Step number 1: Research and find a comparable and aligned job title.<br><br> | Use multiple resources for your research that use employer-reported data instead of individually reported data, such as Salary.com or Payscale.com.<br><br>*Let participants know that additional resources are on p.9 of their workbook and that some industries might have additional resources they will want to research.*<br><br>We already found a job title matching the job posting Olivia is interested in "Public Relations Specialist II."<br><br>*Remind participants that they may need to review multiple job titles on Salary.com to find the one that matches the job they are applying for.* |
| Slides 20 - 22<br>Workbook 9 - 10<br><br>Step number 2: Find the salary range and establish your target salary.<br><br> | **A target salary is the salary we want to achieve through negotiations. It is our desired compensation.**<br><br>When we view salary data, we see a range of salaries.<br>• This graph shows how many people receive a particular salary. The median, or the midpoint, is the pay that the most people earn in this position and what many employers create a budget around, although some employers may choose to lead or lag the market.<br>• As you go further out from this point, fewer people receive the salaries on both sides of the median. Where your target salary falls on the spectrum depends on the value you bring to the position based on your qualifications.<br><br>*Ask the participants what they might set as a target salary for Olivia. Take 2 - 3 suggestions from participants.*<br><br>*Let the participants know that based on the market data and Olivia's skills and qualifications, we would recommend a target of $63,000 for Olivia. (This is not a "right" answer. It is just what we will use as we move forward with the workshop.)* |

Updated June 2019
**App'x 921**



| | |
|---|---|
| Slide 23<br>Workbook 9 – 10<br><br>Step number 3: Identify a target salary range.<br><br> | When you share your desired salary in a negotiation, studies suggest you will be more successful if you put your target salary at the bottom of a range instead of asking for it outright. Giving a range suggests that you are more cooperative and flexible. This our "target salary range."<br><br>**To create a target salary range, put the target salary at bottom of the range, then stretch it upward, but never more than 20 percent.** A smaller range may be more appropriate, particularly if you are entry or mid-level in your career.<br><br>*Using Olivia's target as the anchor, ask participants to partner and discuss what they would set for Olivia's target salary range. Take 2 - 3 participant suggestions.*<br><br>*We would suggest a target salary of between $63,000 and $69,500.* |
| Slide 24<br>Workbook 9 – 10<br><br>Step number 4: Setting your "walk-away" point<br><br> | The next number to keep in mind is the "walk-away point." **This is the lowest salary you are willing to accept and still take the offer.** Identifying a walk-away point prevents you from accepting an offer that you may later regret. Your walk-away point can be informed by your budget and personal situation.<br><br>You may consider other values in determining your walk-away point, such as:<br>• Available benefits.<br>• Other job offers that you have received.<br>• How long you have been looking for a job.<br>• The experience you will gain.<br>• Your promotion potential.<br>• Opportunities to go back to school.<br>• Networking opportunities.<br>• Your devotion to the mission of the organization.<br><br>*To set a walk-away point, look at the salary range, the job posting and Olivia's resume.*<br><br>*Working with your neighbor, determine what you would set as a minimum salary for Olivia.*<br>*Ask for a few responses from participants.*<br><br>*Based on a median salary of $62,465 and a target salary of between $63,000 and $69,500, a walk-away point may be between $53,500 and $60,000. If* |

| | |
|---|---|
|  | *participants have difficulty selecting a walk-away point in this range, direct them with the following information:*<br><br>• *The candidate can go back to school to gain more skills and get a higher salary later.*<br>• *She may not have experience in sports merchandising, but she does have relevant experience in another field and demonstrated adaptability.* |
| Slide 25<br>Workbook 11 - 12<br><br>Step number 5: Create a realistic budget.<br><br> | *You will only let Work Smart participants know that the resources are in the workbook before moving on to benefits. Refer participants to the resources in their workbook for this step.*<br><br>Knowing your personal budget can you prepare to negotiate and confirm that your target salary is appropriate.<br><br>It is also a good idea to estimate your monthly take-home pay after taxes and other deductions.<br><br>*The workbook includes a link that participants can use to calculate take home pay on p.10.*<br><br>If you find your budget is greater than your target salary, you can reexamine your budget to reduce expenses or assess whether the job is a realistic fit for your needs.<br><br>Remember; set your salary targets on the basis of objective data and reasoning. Your budget can inform those goals, but it should not be a reason to increase your target salary outside of a range that you can objectively justify. On the other hand, having a budget below your targeted salary does not mean you should decrease what you are willing to accept. |
| Slide 26<br>Workbook 10<br><br>Step number 6: Factor in the value of benefits.<br><br> | Benefits are just as important as your salary—and they are negotiable.<br><br>Certain benefits, like health insurance or vacation, are usually standard for all employees, but some can be negotiated. Rather than ask for more of everything, focus on what is important to you. Give your benefits the same objective analysis as your salary.<br><br>Ask which benefits are typically offered. If possible, talk to people who work at the company where you are interviewing. Consider what is valuable to you and whether you should negotiate for anything other than your salary.<br><br>*Ask participants to write down their top three benefits on the worksheet in p.10.* |
|  | When you are at home, use all of the steps we just learned to research and benchmark your salary and benefits for your specific job title and location. Do your research as you prepare your pitch! |

| Workbook/Script Alignment | Script |
|---|---|
| Slides 27- 28<br>Workbook 13<br><br> | Up to this point, we have discussed strategies and tools to be objective during negotiation. For the rest of this workshop, we will focus on ways to become highly strategic and highly persuasive.<br><br>*Ask participants to identify the two times in their careers they would negotiate. You should hear them refer to New Jobs and Promotions/Raises.*<br><br>*Review tips on slide 28.*<br>There are typically several conversations before concluding the negotiation, as each party considers the requests, offers and counteroffers that are going back and forth. Remember to remain positive and flexible throughout.<br><br>If you get to a point at which you feel like you need time on your own to consider an offer, you should always feel free to ask for it. |
| Slide 29<br>Workbook 13<br><br>Deflection Strategies<br><br> | In the application stage and during an interview, you may be asked about your salary history or salary expectations. By using a deflection technique, you can avoid answering those questions, or negotiating, until you have an offer in hand.<br><br>*Have participants turn to p.13. Select 2 - 3 participants to read sample deflections aloud.*<br><br>*Key points to go over with participants:*<br>• You can leave these fields blank or write "zero" or "N/A." If the field requires a figure, input your target salary or target salary range.<br>• Some cities/states prohibit asking for someone's salary history; research the laws in your area.<br>• Try to get your employer to share their target range first.<br>• If you share your own salary requirements, start by provide your target salary range.<br>• If you find that your salary requirements were too low, you can bring that up during the negotiation with a line like, "Now that I've learned more about this position, my salary requirements have changed…" – and provide your target salary range. |
| Slide 30<br>Workbook 13<br><br> | If you get an offer at or above your target salary, great! Review the overall package and decide whether you want to negotiate further or focus more on benefits. Usually you will want to negotiate—it is expected—but make sure you can clearly spell out the value you are bringing in.<br><br>If you get an offer below your target salary, you definitely should attempt to negotiate. Also consider what benefits may bridge the gap and make the offer more acceptable. If you cannot negotiate above your walk-away |

| | |
|---|---|
|  | point, then you might need to consider whether this job is a good fit for you. |
| Slide 31<br>Workbook 14 – 15<br><br>Persuasive Responses<br><br> | Anticipate employer objections by brainstorming 3–5 possible ways that the employer might respond during a negotiation. Use your value statements and the information you gathered in your research to prepare talking points for each potential response.<br><br>Remember that the decision-makers either already hired you or offered you the job and want you there, so remind them why during the negotiating process.<br><br>*Ask participants to pair up and turn to pp.14-15 and give them a few minutes to practice the sample persuasive responses in the workbook. Then ask participants if they thought one would be effective.* |
| Slide 32<br>Workbook 15 - 16<br><br>Assess Benefits<br><br> | After negotiating your salary, you should consider negotiating for benefits. Ask if the employer offers benefits you value, such as professional development support or flex time.<br><br>Negotiating benefits is one approach for making a low salary offer more acceptable. It is also a way to maximize your value during the negotiation. |
| Slide 33<br>Workbook 16<br><br> | Once the negotiation has concluded, make sure to get everything in writing. Thank your new employer and reiterate your excitement about this new role! |
| Slides 34 - 36<br>Workbook 17<br><br> | Asking for a raise or promotion requires preparation as well. To increase your chances of success, be prepared to ask at the right time, state your value, sell your skills, and negotiate.<br><br>When you ask for your raise or promotion can be just as important as how you ask. Timing is everything! You may decide to wait for the normal salary review process for your pitch—or not! |

| | |
|---|---|
| <br> | For example, you might consider seeking a promotion after you have brought in a big client, earned a huge research grant, received a prestigious award, or reached some other professional milestone.<br><br>You can also consider asking for a raise or promotion if you have taken on more responsibility or performed beyond your expected capacity. Any personal need for more money is of no interest to your employer and will not be a good basis for a negotiation.<br><br>Schedule a meeting with your manager to discuss your career path or professional trajectory. Do not mention asking for a raise, because your boss may put off meeting with you. Your salary is an aspect of your career development. |
| Slide 37<br>Workbook 17<br><br> | Before your meeting, develop new value statements and use them to prepare a pitch.<br><br>*Ask a participant to read the pitch on p.17.*<br><br>There are four parts to a pitch:<br>• The thank you.<br>• The compliment to the boss or appreciation for the company or organization.<br>• The accomplishments.<br>• The salary ask.<br>Do not assume your boss is aware of or remembers your accomplishments! After you have made your pitch stop talking and wait for your boss's reaction. Feeling nervous, you may want to fill the silence with some words. Resist that temptation.<br><br>It's also important to mention:<br>• Specific accomplishments.<br>• Your satisfaction in the job role.<br>• Recent increases in responsibility.<br>• Your desired title, if you are asking for a promotion.<br>• The salary you think is fair based on your research, if you are asking for a raise.<br>• Savings, revenue increases, successes or other value you have brought to the organization.<br>• Awards, recognition, certifications or education you have pursued that directly correspond to your job responsibilities.<br><br>Choose compelling words; use the same action verbs you would use on a résumé. Think about the most persuasive way to organize your accomplishments within your pitch and practice ALOUD to a friend, your partner, or anyone else who is willing. Keep going until you feel comfortable and persuasive.<br><br>In the workbook, you will find a variety of suggested starts to your pitch if you are asking for a raise. All of these can get you started as you craft |

| | |
|---|---|
|  | specific language that includes the objective information you have gathered along with your performance highlights. |
| Slide 38<br>Workbook 18<br> | *Direct participants to p.18 where they will find writing prompts to anticipate three ways that the manager might respond to their requests and ask them to prepare persuasive responses.* |
| Slide 39<br>Workbook 18<br><br>Discuss Benefits<br> | When you are negotiating for a raise or promotion, you can also negotiate for better benefits. Since you are already working at your company, you will have a better sense of what might be negotiable and can prepare accordingly.<br><br>Do not worry about ending the conversation and asking to set up another meeting. Negotiation is a discussion. It is possible that the conversation will continue for more than one meeting. |
| Slide 40<br>Workbook 18<br> | As you give a verbal acceptance of the offer in the negotiation, be sure to ask for the offer in writing, and read it carefully before signing to make sure everything you discussed is included. |
| Slide 41<br> | You will need to negotiate throughout your entire career. Keep your portfolio up to date and remember the salary negotiation steps. |

# Negotiation Step 4: Practice, Practice, Practice! [30 minutes]

| Workbook/Script Alignment | Script |
|---|---|
| Slide 42<br>Workbook 19<br> | *Direct participants to p.19 for a scripted role-play. Select two participants to read Olivia Taylor's negotiation. Skip this activity if time is short.* |
| Slide 43<br>Workbook 20<br> | *Have participants pair up and turn to p.20 in their workbooks.*<br><br>*During round one, someone will have the role of employee and the other will be the hiring manager/employer. If you have a group of three, the third person can serve as an observer.*<br><br>*Select one or two participants to read the tips on the slide.* |
| Slides 44 - 47<br>Workbook 20<br><br><br> | *Using the slides for the activity, have the individual selected as the employee look up at the screen while the employer closes their eyes. After giving them a few seconds to review their salary targets, repeat this with the employers reviewing the slide with the employer salary range.*<br><br>*Tell the "employers" that they are motivated to hire this individual but do not want to give everything away quickly.*<br><br>*Give the group 5 minutes to negotiate before switching roles.* |



| | |
|---|---|
| Slides 48 - 51<br>Workbook 20<br><br><br><br><br><br> | *Repeat the steps above, having the employee review target salary followed by the employer reviewing salary range.*<br><br>*Give the group five minutes to negotiate. Then stop the discussions and have a five-minute debrief with participants. Ask the following:*<br>• **Raise your hand if you agreed upon a number.**<br>• **By a show of hands, how many of you hit your target salary?**<br>• **What was some effective language used?**<br>• **What would you do differently next time?**<br>• **What did you learn about negotiating during this role-play?**<br>• **What else did you learn?**<br><br>I hope that was a valuable exercise for you! Do not be afraid to grab a friend and practice when you get home. Being prepared can really help keep you calm and controlled as you start negotiating in real life. |

| Workbook/Script Alignment | Script |
|---|---|
| Slides 52 -55 | *Ask participants one of the following questions:*<br>• *What was an "aha" moment for you during this workshop today?*<br>• *What is one thing you will do to practice what you learned in today's workshop?*<br><br>*Direct the participants to complete the post-workshop evaluation via the link found in the slide.*<br><br>*Ask participants to take Work Smart Online as a refresher.*<br><br>*Be sure to follow AAUW on Facebook, Twitter, Instagram and Tumblr and tell us how you use AAUW Work Smart by using the hashtag #AAUWWorkSmart!* |



# TrainTraq Transcript

Name: **Fleming, John D**

UIN: **506002468**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Disbursement of Funds - Approver Class | 2114609 | 9/24/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Audio Visual Surveillance Technology (AVST) Operations Training - NIS | 2111557 | 9/10/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/3/2024 | 0.00 | 0.00 | N/A | | TrainTraq |
| Travel Card Training | 2114301 | 8/15/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 8/15/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 6/20/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 5/2/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud | 2114400 | 2/26/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 1/23/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Motor Vehicle Operations Program | 1211009 | 10/10/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/2/2023 | 0.00 | 0.00 | N/A | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 8/16/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 6/30/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Export Controls & Embargo Training - Basic Course | 2111212 | 3/29/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| U.S. Foreign Corrupt Practices Act | 2113639 | 3/29/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| International Travel Safety: Safe Passage Presentation | 2111728 | 3/27/2023 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 10/12/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |

**App'x 931**



# TrainTraq Transcript

Name: **Fleming, John D**
UIN: **506002468**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Large Capacity Van Training | 2114470 | 10/7/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/14/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| Information Security Awareness | 3001 | 8/26/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud | 2114400 | 4/25/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 3/21/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 3/21/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 12/10/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 10/18/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| COVID-19 Management and Guidance Plans - TAMU | 2114327 | 9/1/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Kognito At-Risk | 2114195 | 7/9/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 2/7/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 12/16/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 12/15/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/2/2020 | 0.00 | 0.00 | N/A | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 8/12/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |

**App'x 932**

# TrainTraq Transcript

Name: **Fleming, John D**
UIN: **506002468**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Ethics & Fraud Equivalent | 2114199 | 6/16/2020 | NA | N/A | N/A | Given to facilitate transition to new consolidated Ethics & Fraud course. | Jang, Neo |
| Reporting Fraud, Waste and Abuse | 99003 | 6/16/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Safe Practices for Returning to the Office During the COVID-19 Pandemic | 2114131 | 5/18/2020 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 5/18/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 4/20/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 4/20/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 4/3/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 2/4/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Bloodborne Pathogens Training for Operations Personnel | 2114037 | 12/2/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/2/2019 | 0.00 | 0.00 | N/A | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 5/30/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| U.S. Foreign Corrupt Practices Act | 2113639 | 4/4/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 4/2/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| International Travel Safety: Safe Passage Presentation | 2111728 | 4/1/2019 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/3/2018 | 0.00 | 0.00 | N/A | | TrainTraq |

Page 3 of 5



**App'x 933**



# TrainTraq Transcript

Name: **Fleming, John D**
UIN: **506002468**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 8/7/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 7/25/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 6/14/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 6/12/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 5/31/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 9/18/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/18/2017 | 0.00 | 0.00 | N/A | | TrainTraq |
| Information Security Awareness | 3001 | 6/26/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 4/13/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 11/8/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 8/11/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Orientation to the A&M System | 99004 | 8/11/2016 | 0.05 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 8/11/2016 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 8/11/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 8/10/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 8/10/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |

**App'x 934**



# TrainTraq Transcript

Name: **Fleming, John D**

UIN: **506002468**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Benefits Orientation Session - EOD | 211496 | 8/10/2016 | 0.15 | 0.00 | N/A | Admin recorded the completion of the course | PAVALOCK, TAYLOR |
| Information Security Awareness | 3001 | 8/9/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |

**App'x 935**



# TrainTraq Transcript

Name: **Altendorf, Luke J**
UIN: **102001403**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Information Security Awareness | 3001 | 9/5/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/5/2024 | 0.00 | 0.00 | N/A | | TrainTraq |
| Ethics & Fraud | 2114400 | 3/1/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 2/15/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| ORP - Optional Retirement Program Pre-Retirement Group Counseling Session | 2113306 | 1/31/2024 | 0.00 | 0.00 | N/A | Admin recorded the completion of the section | Arevalo, Melissa |
| Information Security Awareness | 3001 | 10/26/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 9/18/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 9/7/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2023 | 0.00 | 0.00 | N/A | | TrainTraq |
| Travel Card Training | 2114301 | 8/18/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| U.S. Foreign Corrupt Practices Act | 2113639 | 7/28/2023 | 0.00 | 0.00 | 100.00 | | |
| International Travel Safety: Safe Passage Presentation | 2111728 | 7/28/2023 | 0.00 | 0.00 | 100.00 | | |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 2/25/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Cash Handling - System Version | 2111772 | 2/2/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 12/23/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 11/14/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |



# TrainTraq Transcript

Name: **Altendorf, Luke J**

UIN: **102001403**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Crowd Manager - Venue Specific Training - Aggie Park | 2114476 | 11/11/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Crowd Manager - Supervisor Training | 2114475 | 11/11/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Crowd Manager - General Training | 2114474 | 11/11/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 11/11/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Time and Effort | 2111113 | 9/21/2022 | 0.05 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/19/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| U.S. Foreign Corrupt Practices Act | 2113639 | 6/6/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| International Travel Safety: Safe Passage Presentation | 2111728 | 6/1/2022 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Ethics & Fraud | 2114400 | 4/29/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 1/21/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 1/21/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 1/11/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 11/4/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/27/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| COVID-19 Management and Guidance Plans - TAMU | 2114327 | 8/31/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Kognito At-Risk | 2114195 | 8/7/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| MSC Common Language Cultural Competence Training | 2114285 | 6/13/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/20/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |

**App'x 937**

# TrainTraq Transcript

Name: **Altendorf, Luke J**

UIN: **102001403**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 2/7/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Cash Handling - System Version | 2111772 | 2/7/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 1/1/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 11/28/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 10/29/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/9/2020 | 0.00 | 0.00 | N/A | | TrainTraq |
| Interpersonal Communication Skills | 211156 | 7/29/2020 | 0.35 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| Information Security Awareness | 3001 | 5/15/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Safe Practices for Returning to the Office During the COVID-19 Pandemic | 2114131 | 5/15/2020 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 5/15/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 4/7/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 4/7/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud Equivalent | 2114199 | 4/7/2020 | NA | N/A | N/A | Given to facilitate transition to new consolidated Ethics & Fraud course. | Jang, Neo |
| Creating a Discrimination-Free Workplace | 99002 | 11/3/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |

App'x 938



# TrainTraq Transcript

Name: **Altendorf, Luke J**

UIN: **102001403**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Time and Effort | 2111113 | 11/3/2019 | 0.05 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 7/3/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Evaluations are Here! Best Practices for Supervisors - Webex Recording - EOD | 2113717 | 4/17/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/15/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Cash Handling - System Version | 2111772 | 2/10/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 12/14/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 11/27/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/18/2018 | 0.00 | 0.00 | N/A | | TrainTraq |
| Information Security Awareness | 3001 | 7/12/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 5/11/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA060 Workday Core HCM Concepts (Managers) | 2113193 | 2/18/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA040 Workday's Approach to HR Business Processes | 2113190 | 11/26/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA030 Workday Core HCM Concepts (Core HR) | 2113174 | 11/24/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 11/21/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| GA070 Reporting in Workday | 2113194 | 11/21/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA020 Navigating Workday | 2113189 | 11/6/2017 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| GA010 TAMUS Workday Core Concepts | 2113188 | 11/6/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |



**App'x 939**

# TrainTraq Transcript

Name: **Altendorf, Luke J**

UIN: **102001403**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Required Emergency Alert System Notification | 2111669 | 9/2/2017 | 0.00 | 0.00 | N/A | | TrainTraq |
| Information Security Awareness | 3001 | 8/20/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Effective Hiring Practices | 2111264 | 8/2/2017 | 0.25 | 0.00 | 100.00 | | TrainTraq |
| Export Controls - Technology Control Plans | 2111873 | 6/13/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| International Travel Safety: Safe Passage Presentation | 2111728 | 6/13/2017 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Study Abroad Faculty Briefing | 2112392 | 5/22/2017 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 5/22/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 2/6/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Cash Handling - System Version | 2111772 | 2/6/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 11/22/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 11/21/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2016 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Time and Effort | 2111113 | 8/28/2016 | 0.05 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 8/28/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 5/15/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 2/4/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 12/2/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 9/28/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |



**App'x 940**



# TrainTraq Transcript

Name: **Altendorf, Luke J**

UIN: **102001403**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Required Emergency Alert System Notification | 2111669 | 9/28/2015 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 5/28/2015 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Cash Handling - System Version | 2111772 | 5/10/2015 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| International Travel Safety: Safe Passage Presentation | 2111728 | 4/12/2015 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 4/7/2015 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Effective Hiring Practices | 2111264 | 12/22/2014 | 0.25 | 2.50 | 100.00 | | TrainTraq |
| Ethics | 99001 | 12/9/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 11/26/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Cash Handling - System Version | 2111772 | 9/30/2014 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/4/2014 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| FISH - Catch the Energy (2 hr) - EOD | 2112312 | 8/20/2014 | 0.20 | 0.00 | N/A | | Erhart, Sarah |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/27/2014 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 1/25/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 1/24/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| PATHways to Success: Performance Management Process Overview and PATH Demo - EOD | 2112100 | 1/22/2014 | 0.10 | 0.00 | N/A | | Zidek, Olivia |
| Time and Effort | 2111113 | 10/26/2013 | 0.05 | 0.50 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/30/2013 | 0.00 | 0.00 | 0.00 | | TrainTraq |

**APP'X 941**



# TrainTraq Transcript

Name: **Altendorf, Luke J**

UIN: **102001403**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| MSC Staff Retreat: Team Effectiveness and Communication in a Complex Organization - EOD | 2111970 | 8/16/2013 | 0.50 | 0.00 | N/A | | Zidek, Olivia |
| Working in a Team Environment - EOD | 2111618 | 8/15/2013 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 6/25/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Understanding Communication Styles: Trust and Team Building for MSC - EOD | 2111960 | 6/4/2013 | 0.20 | 0.00 | N/A | | Zidek, Olivia |
| Generations in the Workplace: Trust and Team Building for MSC - EOD | 2111961 | 5/22/2013 | 0.10 | 0.00 | N/A | | Zidek, Olivia |
| International Travel Safety: Safe Passage Presentation | 2111728 | 5/16/2013 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Payment Card Training | 2111872 | 5/16/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/27/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 2/2/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 2/2/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 11/29/2012 | 0.00 | 0.00 | N/A | Course credit for training provide through email distribution | Jackson, Michelle |
| Required Emergency Alert System Notification | 2111669 | 9/4/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 3/8/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 2/12/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 2/12/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |

**App'x 942**

# TrainTraq Transcript

Name: **Altendorf, Luke J**

UIN: **102001403**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Audio Visual Surveillance Technology (AVST) Operations Training - NIS | 2111557 | 12/30/2011 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Effective Hiring Practices | 2111264 | 8/30/2011 | 0.25 | 2.50 | 100.00 | | TrainTraq |
| Ethics | 99001 | 4/2/2011 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/29/2011 | 0.00 | 0.00 | 100.00 | 2009 Version | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 5/5/2010 | 0.10 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 3/31/2010 | 0.10 | 1.00 | 100.00 | 2009 Version | TrainTraq |
| Ethics | 99001 | 5/31/2009 | 0.10 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 5/20/2009 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 6/9/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 4/12/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 4/12/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Ethics | 99001 | 7/6/2007 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 3/15/2007 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 7/9/2006 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 12/2/2005 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |



**App'x 943**



# TrainTraq Transcript

Name: **Altendorf, Luke J**

UIN: **102001403**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Ethics | 99001 | 8/4/2005 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 3/1/2004 | 0.00 | 1.00 | 100.00 | Completion date loaded from Employee file | TrainTraq |

**App'x 944**



# TrainTraq Transcript

Name: **Dorsett, Lauren R**

UIN: **711006296**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| FERPA | 11012 | 10/8/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/18/2024 | 0.00 | 0.00 | N/A | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 6/5/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Large Capacity Van Training | 2114470 | 6/5/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 6/5/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 5/13/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud | 2114400 | 5/1/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/6/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 3/4/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 11/6/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2023 | 0.00 | 0.00 | N/A | | TrainTraq |
| HIPAA Training for Texas A&M Faculty, Staff & Students Only | 2114226 | 8/29/2023 | 0.00 | 0.00 | N/A | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 7/10/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 7/10/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Large Capacity Van Training | 2114470 | 7/10/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 7/10/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 5/4/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |

**App'x 945**



Name: **Dorsett, Lauren R**

UIN: **711006296**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Payment Card Training | 2111872 | 12/12/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 11/7/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Crowd Manager - General Training | 2114474 | 10/14/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 8/4/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 7/20/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 6/27/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud | 2114400 | 6/24/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 6/24/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 4/27/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 12/2/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Enhancing Diversity Seminar - Transitioning Bodies, Transformative Stories: Transgender Autobiographical Narratives in the United States | 2114340 | 10/21/2021 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Burks, Andrea |
| Required Emergency Alert System Notification | 2111669 | 9/1/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 8/24/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 8/24/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| COVID-19 Management and Guidance Plans - TAMU | 2114327 | 8/24/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |

Page 2 of 13

**App'x 946**



# TrainTraq Transcript

Name: **Dorsett, Lauren R**

UIN: **711006296**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 7/9/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Kognito At-Risk | 2114195 | 6/14/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| Responsible Conduct of Research (RCR) - TAMU | 2113357 | 6/1/2021 | 0.00 | 0.00 | N/A | Per CITI email | Yeginsoy, Sema |
| LO 12.2: Capstone Case Study | 2114014 | 5/6/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 12.1: Capstone Case Study | 2114013 | 5/4/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 11.3: Project and Change Management | 2114012 | 4/29/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 11.2: Project and Change Management | 2114011 | 4/27/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 11.1: Project and Change Management | 2114010 | 4/21/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 10: Financial Management | 2114009 | 4/20/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 9.2: Capstone Case Study | 2114008 | 4/14/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 9.1: Capstone Case Study | 2114007 | 4/13/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |

**App'x 947**



# TrainTraq Transcript



Name: **Dorsett, Lauren R**

UIN: **711006296**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| LO 8.2: Team Development | 2114006 | 4/8/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 8.1: Team Development | 2114005 | 4/6/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 7: Conflict Management | 2114004 | 3/31/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 6.4: People Management and Development | 2114181 | 3/30/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 6.3: People Management and Development | 2114003 | 3/26/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 6.2: People Management and Development | 2114002 | 3/25/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 6.1: People Management and Development | 2114001 | 3/10/2021 | 0.45 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 5: Capstone Case Study | 2114000 | 3/9/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 4: Ethics | 2113994 | 3/4/2021 | 0.40 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 3: Valuing Differences | 2113999 | 2/26/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |

**App'x 948**



Name: **Dorsett, Lauren R**

UIN: **711006296**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| LO 2.3: Adapting Interpersonal Style and Communication | 2113998 | 2/10/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 2.2: Adapting Interpersonal Style and Communication | 2113997 | 2/9/2021 | 0.50 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 2.1: Adapting Interpersonal Style and Communication | 2113996 | 2/4/2021 | 0.40 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| LO 1: Introduction to Leadership with 360 | 2113995 | 2/2/2021 | 0.40 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| FERPA | 11012 | 12/31/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 12/31/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 12/31/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| The Use of Border Theory to Explain Colorism: An Anthropological View | 2114175 | 11/10/2020 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Ely, Deyanira |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 10/12/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 10/12/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2020 | 0.00 | 0.00 | N/A | | TrainTraq |
| Ethics | 99001 | 7/20/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 7/20/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |

**App'x 949**

# TrainTraq Transcript

Name: **Dorsett, Lauren R**
UIN: **711006296**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Ethics & Fraud Equivalent | 2114199 | 7/20/2020 | NA | N/A | N/A | Given to facilitate transition to new consolidated Ethics & Fraud course. | Jang, Neo |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 7/20/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 5/26/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Safe Practices for Returning to the Office During the COVID-19 Pandemic | 2114131 | 5/16/2020 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 5/16/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 1/8/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 11/8/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 11/8/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| "Upping Your Wellness Game: A Leadership Playbook for a Championship LIFE" | 2113946 | 10/1/2019 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Bassett, Kourtney |
| Required Emergency Alert System Notification | 2111669 | 9/2/2019 | 0.00 | 0.00 | N/A | | TrainTraq |
| Hands-on Fire Extinguisher Training - EHS | 211129 | 6/21/2019 | 0.00 | 0.00 | 100.00 | Classroom Training | Nichols, Allison |
| Payment Card Training | 2111872 | 12/26/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 12/26/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 12/26/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |

Page 6 of 13



**App'x 950**



# TrainTraq Transcript

Name: **Dorsett, Lauren R**
UIN: **711006296**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Information Security Awareness | 3001 | 12/26/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - ODSL | 2112071 | 12/26/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Mindfulness Meditation - Eating and Walking Meditation | 2113578 | 11/20/2018 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Bassett, Kourtney |
| Mindfulness Meditation - Mindfulness and Stress | 2113576 | 11/6/2018 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Bassett, Kourtney |
| Mindfulness Meditation - Why Mindfulness? | 2113574 | 10/30/2018 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Bassett, Kourtney |
| Required Emergency Alert System Notification | 2111669 | 9/3/2018 | 0.00 | 0.00 | N/A | | TrainTraq |
| Ethics | 99001 | 8/15/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 8/15/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 7/16/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Rallying the Flock: Understanding Communication Styles (2hr.) - EOD | 2112495 | 6/14/2018 | 0.20 | 0.00 | N/A | | Moore, Jordan |
| Work/Life Balance: Managing Our Days & Nights | 2113435 | 5/16/2018 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Bassett, Kourtney |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 1/1/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 1/1/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 1/1/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - ODSL | 2112071 | 1/1/2018 | 0.00 | 0.00 | 0.00 | | TrainTraq |

Page 7 of 13

App'x 951



# TrainTraq Transcript

Name: **Dorsett, Lauren R**

UIN: **711006296**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| GA070 Reporting in Workday | 2113194 | 10/13/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA020 Navigating Workday | 2113189 | 10/13/2017 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| GA010 TAMUS Workday Core Concepts | 2113188 | 10/13/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/13/2017 | 0.00 | 0.00 | N/A | | TrainTraq |
| Can I Borrow Some Time? - EOD (1hr) | 2112485 | 4/5/2017 | 0.10 | 0.00 | N/A | | Moore, Jordan |
| Group Leadership Forum | 211371 | 4/4/2017 | 3.20 | 0.00 | N/A | | Moore, Jordan |
| Effective Hiring Practices | 2111264 | 3/31/2017 | 0.25 | 0.00 | 100.00 | | TrainTraq |
| Working in a Team Environment - EOD | 2111618 | 3/2/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Can I Borrow Some Time? - EOD (1hr) | 2112485 | 1/5/2017 | 0.10 | 0.00 | N/A | | Moore, Jordan |
| Payment Card Training | 2111872 | 1/3/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - ODSL | 2112071 | 1/3/2017 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| FERPA | 11012 | 1/3/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 1/3/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 1/2/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Time Off Issues for Supervisors | 2001 | 10/12/2016 | 0.30 | 0.00 | 100.00 | | TrainTraq |
| Comp Time Issues for Supervisors | 2112756 | 10/12/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/10/2016 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Ethics | 99001 | 8/13/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |

Page 8 of 13

**App'x 952**

# TrainTraq Transcript

Name: **Dorsett, Lauren R**

UIN: **711006296**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Reporting Fraud, Waste and Abuse | 99003 | 8/13/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 8/13/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 8/13/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 1/6/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - ODSL | 2112071 | 1/6/2016 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 12/2/2015 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 12/2/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/1/2015 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Effective Delegation - EOD | 211417 | 6/2/2015 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Langford, Amey |
| Introductory Compass Navigation - EIS | 2111755 | 5/14/2015 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - ODSL | 2112071 | 1/20/2015 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| FERPA | 11012 | 1/20/2015 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Enhancing Workplace Communication - EOD | 2112427 | 1/16/2015 | 0.30 | 3.00 | N/A | | Calvez, Kelsey |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 12/2/2014 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 12/1/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/9/2014 | 0.00 | 0.00 | 0.00 | | TrainTraq |

Page 9 of 13



**App'x 953**

App'x 954

# TrainTraq Transcript

Name: **Dorsett, Lauren R**

UIN: **711006296**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| PATHways to Success: Supervisory Best Practices for Managing Employee Performance (3 hr.) - EOD | 2111964 | 9/4/2014 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Neystel, Kelsey |
| Ethics | 99001 | 8/4/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 8/4/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 7/21/2014 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| KEYS: Keys to Establishing Your Supervisory Skills - (6 hr.) EOD | 2111700 | 7/9/2014 | 0.60 | 0.00 | N/A | Admin recorded the completion of the course | Calvez, Kelsey |
| Managing Difficult Behavior as a Supervisor - EOD | 211195 | 6/19/2014 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Holt, Diane |
| Brandguide.tamu.edu - Overview - EOD | 2112254 | 5/8/2014 | 0.05 | 0.00 | 0.00 | | TrainTraq |
| Payment Card Training | 2111872 | 2/25/2014 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - ODSL | 2112071 | 2/14/2014 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| FERPA | 11012 | 1/21/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 11/25/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 11/25/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/25/2013 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Bloodborne Pathogens Refresher Training for Operations Personnel - Biosafety Office | 2111923 | 9/25/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Bloodborne Pathogens Online Training - System Version | 2111525 | 6/6/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |



# TrainTraq Transcript



Name: **Dorsett, Lauren R**

UIN: **711006296**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Assertiveness Training - EOD | 211182 | 5/30/2013 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Zidek, Olivia |
| HIPAA Privacy and Security for Nurses and Clinical Staff | 2111454 | 1/9/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 12/17/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 11/29/2012 | 0.00 | 0.00 | N/A | Course credit for training provide through email distribution | Jackson, Michelle |
| Required Emergency Alert System Notification | 2111669 | 9/11/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Bloodborne Pathogen Training (BBP) - BOHP | 211409 | 8/22/2012 | 0.00 | 0.00 | N/A | Completed Classroom Training | Evans, Sherri |
| Reporting Fraud, Waste and Abuse | 99003 | 8/6/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 8/6/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 8/6/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Adobe Illustrator CS5 – Essentials - EOD | 2111238 | 6/26/2012 | 0.60 | 0.00 | N/A | Loaded from TAMU Employee Development System. | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 6/20/2012 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 1/2/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |

Page 11 of 13

**App'x 955**



# TrainTraq Transcript

Name: **Dorsett, Lauren R**
UIN: **711006296**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Bloodborne Pathogen Training (BBP) - BOHP | 211409 | 6/14/2011 | 0.00 | 0.00 | N/A | Completed classroom training | Evans, Sherri |
| Information Security Awareness | 3001 | 1/28/2011 | 0.00 | 0.00 | 100.00 | 2009 Version | TrainTraq |
| Adobe Photoshop CS3 - Advanced - EOD | 211445 | 8/24/2010 | 0.60 | 0.00 | N/A | Loaded from TAMU Employee Development System. | TrainTraq |
| Ethics | 99001 | 8/17/2010 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 8/16/2010 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Bloodborne Pathogen Training (BBP) - BOHP | 211409 | 8/16/2010 | 0.00 | 0.00 | N/A | Completed classroom training | Willis, Gayle |
| Adobe InDesign CS3 - Essentials - EOD | 290104 | 6/16/2010 | 0.60 | 0.00 | N/A | Loaded from TAMU Employee Development System. | TrainTraq |
| Adobe Photoshop CS3 - Intermediate - EOD | 211444 | 5/25/2010 | 0.60 | 0.00 | N/A | Loaded from TAMU Employee Development System. | TrainTraq |
| Adobe Photoshop CS3 - Essentials - EOD | 290112 | 5/19/2010 | 0.60 | 0.00 | N/A | Loaded from TAMU Employee Development System. | TrainTraq |

**App'x 956**



# TrainTraq Transcript

Name: **Dorsett, Lauren R**
UIN: **711006296**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Information Security Awareness | 3001 | 2/25/2010 | 0.10 | 1.00 | 100.00 | from stusat. | TrainTraq |
| Information Security Awareness | 3001 | 9/1/2009 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Hands-on Fire Extinguisher Training - EHS | 211129 | 5/12/2009 | 0.00 | 1.30 | 100.00 | BEUTEL | Young, Jodi |
| Information Security Awareness | 3001 | 3/9/2009 | 0.10 | 1.00 | 100.00 | Loaded From Student System | TrainTraq |
| Orientation to the A&M System | 99004 | 8/29/2008 | 0.00 | 0.50 | 0.00 | Completed On-line Class | TrainTraq |
| Ethics | 99001 | 8/28/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 8/28/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 8/28/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 8/28/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |

**App'x 957**

# A&M Nonfaculty Performance Evaluation



| Lauren Dorsett<br>Employee's Name | Health Educator<br>Position Title | Offices of the Dean of Student Life<br>Department |
|---|---|---|
| Kristen Harrell<br>Evaluating Supervisor | April 28, 2014<br>Date | |

## PROCEDURES FOR COMPLETION

### Instructions
This form is to be used by the supervisor to prepare for and complete the annual employee evaluation as required by *University Rule, 33.99.03.M1*. The employee and supervisor may each complete a draft of this form as an aid to its final completion.

### COMPLETING PART 1:
**Rating Scale**: This process uses a five-point scale to evaluate each performance factor and to assign an overall rating. The highest rating is "Exemplary" and the lowest is "Unsatisfactory." Check the *single* rating statement that best describes the employee's performance for each evaluation factor, including the *Optional Evaluation Factor* if used.

**Comments or Performance Examples** are strongly recommended for every factor and rating, but are **required** for any individual factor or overall performance evaluation that is rated "Unsatisfactory."

**Next-level supervisory review** is required for any individual or overall rating of "Unsatisfactory" and is required for an overall rating of "In Development or Improvement Needed".

**Employee Comments**: The employee may add remarks in the *Employee's Comments* section. The supervisor and employee should discuss the contents of this evaluation form prior to completing the signature page.

### COMPLETING PART 2:
**Performance Action Plan**: Identify at least one performance objective or initiative in this section. The supervisor and the employee should note any professional development activities needed to support this performance objective and the employee's assigned tasks for the next performance year. The *Performance Action Plan* sets standards of mutual understanding of what is expected in the next evaluation period. A **performance action plan** is required for any rating of "In Development or Improvement Needed" or "Unsatisfactory."

**Employee Training Certification** should be completed to indicate if, as of the signature date of this evaluation, the employee is current or past due on any assigned Required Employee Training course.

**Employee Position Description** Review this document with the employee for accuracy and alignment with the employee's actual or proposed duties for the upcoming year. Indicate whether or not changes have been made. Both employee and supervisor should sign (or certify online) to indicate this document has been reviewed.

### CLOSING THE PROCESS:
The employee will receive a copy of the completed form after discussing with supervisor. The original and any attachments will be maintained in the official personnel file in the employing department.

During a time of transition, Lauren did an excellent job taking initiative and leadership of her area. Without self-directed actions, Health Education would not have achieved what it has in the past year. Lauren's ability to step up and take responsibility for the needs of the officewere essential to the organization's success.

4. INNOVATION: *Adds value and creates efficiencies to the work performed, seeks ways to improve work methods, offers constructive suggestions.*

☐ Exemplary

☐ Exceeds Expectations          ☐ In Development or Improvement Needed

☒ Achieves          ☐ Unsatisfactory

Comments or Performance Examples (required for a rating of Unsatisfactory):
Lauren had to be creative in managing an area that was understaffed. With student workers and other full-time staff, Lauren found ways to maintain the office functions as needed.

5. COOPERATION AND CUSTOMER SERVICE: *Is courteous and works well with customers and co-workers. Anticipates needs of customers; contributes to the success of the work unit.*

☐ Exemplary

☒ Exceeds Expectations          ☐ In Development or Improvement Needed

☐ Achieves          ☐ Unsatisfactory

Comments or Performance Examples (required for a rating of Unsatisfactory):
A former supervisor of Lauren's who supervised her during this evaluation term identified Lauren as a team player and having a positive spirit of cooperation. This has been clearly demonstrated through her transition into the Offices of the Dean of Student Life, her interest in communication, and her willingness to work together to achieve a common goal. Lauren frequently received unsolicited compliments from individuals outside of the organization. These compliments come from customers who may be students or fellow staff and faculty throughout the University. Working in Health Promotion, Lauren has to engage students in such a way that they feel comfortable speaking with her about sensitive topics. Lauren demonstrates her effectiveness in this area by having students disclose a lot about themselves. Additionally, Lauren has had to handle some challenging conversations with students where she has had to set boundries; she did this in a professional and appropriate way.

6. JOB KNOWLEDGE: *Demonstrates understanding and competence in carrying out assigned duties and job responsibilities and in meeting established performance standards. Consistently follows the organization's policies, procedures and goals as required for the job.*

☐ Exemplary

☐ Exceeds Expectations          ☐ In Development or Improvement Needed

☒ Achieves          ☐ Unsatisfactory

Comments or Performance Examples (required for a rating of Unsatisfactory):
Lauren has good awareness and knowledge of the health education office and the work that she does. Lauren's history with the office provides good insight into the office needs and responsibilities.

7. LEADERSHIP: *Inspires others to excel; leads by example; makes timely and productive decisions; uses resources wisely; delegates effectively when position appropriate. Demonstrates leadership in support of the University's Statement of Vision and Values.*
**Link to statement:** http://www.tamu.edu/statements/mission.html

☒ Exemplary

For the evaluation process, employees and supervisors should discuss this certification and expected compliance with required training assignments. Division/Unit heads have the discretion to decide the impact of compliance/noncompliance with required training assignments within their organization.

Required Employee Training identified in Texas A&M System Regulation 33.05.02:
1. Orientation to the A&M System
2. Creating a Discrimination Free Workplace/EEO
3. Ethics
4. Reporting Fraud, Waste and Abuse
5. Information Security Awareness

Employees and departmental HR Liaisons may review an employee's transcript of training completions or assignments online by accessing TrainTraq from the A&M Single Sign-On System at https://sso.tamus.edu/

Supervisors should review an employee's training transcript before selecting the appropriate certification statement.

More information on training requirements and retake cycles for System required training can be found online at http://eodinfo.tamu.edu/training/requiredTraining.aspx

Select one box:

☒ The employee is not past due on any assigned Required Employee Training course listed above.

☐ The employee is past-due on one or more assigned Required Employee Training courses listed above. The supervisor and employee will discuss an action plan to bring the employee into compliance with System training requirements.

NOTE: Certification is accurate as of the completion date of this performance evaluation.



## 2014 Performance Plan-*Goals and Objectives* Worksheet

**INSTRUCTIONS** This form may be used by the evaluating supervisor to document performance goals and objectives discussed with the employee identified below.

Identify at least one goal or objective and note any resources or activities needed to support the performance objective and the employee's assigned tasks for the next performance year. A performance goal or objective is required for any rating of "In Development or Improvement Needed" or "Unsatisfactory" reflected on the evaluation. These goals and objectives become part of the employee's performance plan established at the beginning of the **performance review period\***. Employee's progress toward accomplishment of these goals and objectives will be assessed in the **evaluation review process\*\*** conducted annually.

These goals and objectives will be transferred to the performance management module in PATH when available. Duplicate as needed.

| Employee Name: Lauren Dorsett | UIN: 711006296 |
|---|---|
| Title: Health Promotion Coordinator | Department/Work Unit: Offices of the Dean of Student Life/ Health Promotion |

| **Goal/Objective:** Learn the full operations of ADEP **Description:** Learn all aspects of the functions and requirements for Alcohol and Drug Education Programs | **Date to be completed:** 12/31/14 |
|---|---|
| **Resources needed to complete:** (ex. release time, funding, access, software, professional development) Access to ADEP shared drive, information from staff in office, information from supervisor, access to bi-ennial review, attendance at conferences and/or conference sessions focused on AOD issues on campus | |

| **Goal/Objective:** Develop supervision and area management skills **Description:** Develop skills required for ahcieving job duties | **Date to be completed:** 3/31/15 |
|---|---|
| **Resources needed to complete:** (ex. release time, funding, access, software, professional development) Access to professional development opportunities. Feedback from supervisor, supervisees and peers. | |

| **Goal/Objective:** Develop Short and Long Term Strategic Goals for the HP Area **Description:** Incorporating legal requirements, University requirements, alignment with the department, division, and university strategic plans, and best practices, establish mission, goals and plan for HP area. | **Date to be completed:** 12/31/14 |
|---|---|
| **Resources needed to complete:** (ex. release time, funding, access, software, professional development) Access to department, division and university strategic plans, access to national resources relating to health promotion. | |

Prepared by: Kristen Harrell        Date: 4/8/14

Copy to Employee provided (Date): 5 /n-t/t

---

**Definitions**

**\*Performance Review period:** April 1 through March 31 is the standard period of performance covered in the evaluation review process.

**\*\*Evaluation Review process:** April 1 through May 31 is the timeframe during which supervisor and employee formally meet to discuss, rate and document performance achievements during the performance review period.

App'x 961



## HUMAN RESOURCES
### TEXAS A&M UNIVERSITY

## 2014 Performance Plan-*Goals and Objectives* Worksheet

INSTRUCTIONS This form may be used by the evaluating supervisor to document performance goals and objectives discussed with the employee identified below.

Identify at least one goal or objective and note any resources or activities needed to support the performance objective and the employee's assigned tasks for the next performance year. A performance goal or objective is required for any rating of "In Development or Improvement Needed" or "Unsatisfactory" reflected on the evaluation. These goals and objectives become part of the employee's performance plan established at the beginning of the **performance review period\***. Employee's progress toward accomplishment of these goals and objectives will be assessed in the **evaluation review process\*\*** conducted annually.

These goals and objectives will be transferred to the performance management module in PATH when available. Duplicate as needed.

| Employee Name: Lauren Dorsett | UIN: |
|---|---|
| Title: Health Promotion Coordinator | Department/Work Unit: Health Promotion |

| | |
|---|---|
| **Goal/Objective**: Improve cross functional knowledge and perspective, especially as it relates to the function and capacity of Alcohol Drug Education Programs. <br> **Description**: Gain a deeper and more thorough understanding of the history, function, and operations of ADEP; training to facilitate workshops and programs as needed; to provide enhanced oversight and support. | **Date to be completed**: December 2014 |
| **Resources needed to complete**: (ex. release time, funding, access, software, professional development) Observation, continued support from administration on awareness of ADEP tasks and responsibilities | |
| **Goal/Objective**: Become familiar with supervision of full time staff, and establish a leadership style that fosters the growth of employees. <br> **Description**: Foster and develop my personal leadership style based on strengths, training provided by EOD, and feedback from staff. | **Date to be completed**: Dec 2014 |
| **Resources needed to complete**: (ex. release time, funding, access, software, professional development) Attendance at EOD trainings provided by TAMU; professional development opportunities as requested by supervisor | |
| **Goal/Objective**: Develop ability to strategically plan and lead the unit in the establishment of missions/vision/goals for Health Promotion. <br> **Description**: Establish the vision/mission/goals for the foundation of Health Promotion. In light of the changes in staffing, provide some context and direction for the future of Health Promotions and support of ADEP through changing university climates. | **Date to be completed**: Dec 2014 |
| **Resources needed to complete**: (ex. release time, funding, access, software, professional development) Training on strategic planning techniques; time to network with colleagues in Health Promotion offices; professional development | |

Prepared by:                                          Date:

Copy to Employee provided (Date):

Definitions

APP'x 962

☐ Exemplary

☐ Exceeds Expectations

☐ In Development or Improvement Needed

☒ Achieves

☐ Unsatisfactory

Comments or Performance Examples (required for a rating of Unsatisfactory):
Lauren is appropriately mindful of compliance and safety. Lauren takes appropriate precautionary measures when necessary.

OPTIONAL EVALUATION FACTOR UNIQUE TO DEPARTMENT OR POSITION
(Duplicate this section as needed to accommodate other appropriate evaluation factors)
FACTOR:

☐ Exemplary

☐ Exceeds Expectations

☐ In Development or Improvement Needed

☐ Achieves

☐ Unsatisfactory

Comments or Performance Examples (required for a rating of Unsatisfactory):

| SUMMARY OF FACTOR RATINGS | | | | | |
|---|---|---|---|---|---|
| | Exemplary | Exceeds Expectations | Achieves | In Development Or Improvement Needed* | Unsatisfactory* |
| 1. Quality of Work | ☐ | ☒ | ☐ | | |
| 2. Quantity of Work | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. Initiative | ☐ | ☐ | ☒ | ☐ | ☐ |
| 4. Innovation | ☐ | ☒ | ☐ | ☐ | ☐ |
| 5. Cooperation | ☐ | ☐ | ☒ | ☐ | ☐ |
| 6. Job Knowledge | ☐ | ☒ | ☐ | ☐ | ☐ |
| 7. Leadership | ☐ | ☐ | ☒ | ☐ | ☐ |
| 8. Quality of Worklife | ☒ | ☐ | ☐ | ☐ | ☐ |
| 9. Diversity | ☐ | ☒ | ☐ | ☐ | ☐ |
| 10. Employee Development | ☐ | ☐ | ☒ | ☐ | ☐ |
| 11. Safety | ☐ | ☐ | ☐ | ☐ | ☐ |
| 12. Optional Factor | ☐ | ☐ | ☒ | ☐ | ☐ |

| OVERALL PERFORMANCE RATING |
|---|

☐ Exemplary

☒ Exceeds Expectations

☐ In Development or Improvement Needed*

☐ Achieves

☐ Unsatisfactory*

☐ *Job performance deficiencies have been documented in this evaluation and discussed with the employee. A copy of this evaluation and the employee's response (if applicable) will be provided to the next higher level supervisor if **any** individual factor is rated **"Unsatisfactory"** or if overall performance is rated "In Development or Improvement Needed".

SUPERVISOR'S OVERALL COMMENTS: ☐ Additional comments are attached
Lauren has done a stellar job in her role as a Health Educator. In the upcoming years, Lauren will have the opportunity to demonstrate great leardership through her formalized transition to the Health Promotion Coordinator.



# TrainTraq Transcript

Name: **Dawson, Mark A**

UIN: **320003291**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Required Emergency Alert System Notification | 2111669 | 9/23/2024 | 0.00 | 0.00 | N/A | | TrainTraq |
| Getting Things Done | 2114688 | 5/3/2024 | 1.00 | 0.00 | N/A | Admin recorded the completion of the course | Taylor, Brian |
| Ethics & Fraud | 2114400 | 4/19/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 4/19/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 2/8/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 2/2/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/18/2023 | 0.00 | 0.00 | N/A | | TrainTraq |
| Information Security Awareness | 3001 | 5/11/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 3/22/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/22/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| Information Security Awareness | 3001 | 6/20/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud | 2114400 | 5/19/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 4/19/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| Introductory Compass Navigation - Banner 9 | 2113434 | 8/30/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |

**App'x 964**



# TrainTraq Transcript

Name: **Dawson, Mark A**

UIN: **320003291**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| COVID-19 Management and Guidance Plans - TAMU | 2114327 | 8/24/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Kognito At-Risk | 2114195 | 8/16/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| FERPA | 11012 | 8/11/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 6/15/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 5/6/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 5/6/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 4/16/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Golf Cart, Utility Cart and Similar Vehicle Training - RMS | 2111480 | 1/15/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 1/7/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Safe Practices for Returning to the Office During the COVID-19 Pandemic | 2114131 | 5/18/2020 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 5/18/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 5/12/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/18/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 10/3/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/3/2019 | 0.00 | 0.00 | N/A | | TrainTraq |
| Ethics | 99001 | 5/10/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 5/10/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |

Page 2 of 11

**App'x 965**

# TrainTraq Transcript

Name: **Dawson, Mark A**

UIN: **320003291**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Information Security Awareness | 3001 | 5/10/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Stereotype Threat and Identity Threat -- The Science of a Diverse Community | 2113694 | 4/15/2019 | 0.00 | 0.00 | N/A | Admin recorded the completion of the section | Ely, Deyanira |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 12/14/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FEMA IS-700.B - National Incident Management System (NIMS), An Introduction | 11018 | 7/13/2018 | 0.30 | 0.00 | N/A | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 6/26/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 5/11/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Assessment Boot Camp | 2112995 | 6/8/2017 | 0.00 | 0.00 | N/A | Assessment Boot Camp 2017 | Schumacher, Barbara |
| Ethics | 99001 | 5/15/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 5/15/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 5/15/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Can I Borrow Some Time? - EOD (1hr) | 2112485 | 4/5/2017 | 0.10 | 0.00 | N/A | | Moore, Jordan |
| Required Emergency Alert System Notification | 2111669 | 9/1/2016 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 7/26/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Rallying the Flock: Understanding Communication Styles (2hr.) - EOD | 2112495 | 7/21/2016 | 0.20 | 0.00 | N/A | | Tripsa, Maxine |
| EIS Application Security Statement of Acknowledgment | 2111698 | 6/20/2016 | 0.00 | 0.00 | 0.00 | | TrainTraq |

Page 3 of 11



App'x 966



# TrainTraq Transcript

Name: **Dawson, Mark A**
UIN: **320003291**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| FERPA | 11012 | 6/20/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| iBenefits AE Updates & Reminders for FY2017 | 2112754 | 6/14/2016 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Information Security Awareness | 3001 | 6/14/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| CSBA Spring 2016 Workshop: Breakfast and Opening General Session | 2112725 | 5/23/2016 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | McNair, Becky |
| CSBA Spring 2016 Workshop: Think Slow to Think Fast: Navigating Tough Decisions | 2112715 | 5/23/2016 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | McNair, Becky |
| CSBA Spring 2016 Workshop: Dr. Kevin Elko presents Nerves of Steel | 2112718 | 5/23/2016 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | McNair, Becky |
| CSBA Spring 2016: Lunch | 2112720 | 5/23/2016 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | McNair, Becky |
| CSBA Spring 2016 Workshop: Dr. Beverly Chiodo presents Character Driven Success | 2112721 | 5/23/2016 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | McNair, Becky |
| CSBA Spring 2016 Workshop: These People Are Driving Me Crazy!!! | 2112716 | 5/23/2016 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | McNair, Becky |
| Diversity and Inclusion in the Workplace Certificate Program | 2113061 | 3/24/2016 | 0.00 | 0.00 | N/A | | Moore, Jordan |
| Supervisory Essentials Certificate Program | 2113064 | 3/24/2016 | 0.00 | 0.00 | N/A | | Moore, Jordan |
| Supervisory Essentials Capstone - EOD | 2112598 | 3/22/2016 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Tripsa, Maxine |

Page 4 of 11

**APP'X 967**



# TrainTraq Transcript

Name: **Dawson, Mark A**
UIN: **320003291**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Diversity and Inclusion in the Workplace Capstone - EOD | 2111944 | 3/7/2016 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Tiemann, Nathan |
| Happy Brain, Happy Life - Staff Appreciation Week | 2112671 | 3/4/2016 | 0.00 | 0.00 | N/A | Admin recorded the completion of the section | Morgan, Rebecca |
| ADA for Supervisors and Faculty | 2111125 | 2/22/2016 | 0.05 | 0.00 | 100.00 | | TrainTraq |
| HR Liaison Network Spring Meeting - February 16, 2016 | 2112670 | 2/16/2016 | 0.15 | 0.00 | N/A | Admin recorded the completion of the course | PAVALOCK, TAYLOR |
| Coffee Conversations: Hot Topics in Higher Education February 2016 - EOD | 2112672 | 2/12/2016 | 0.15 | 0.00 | N/A | Admin recorded the completion of the course | Holt, Diane |
| Bridging the Gap: The Multigenerational Workforce - EOD | 2111702 | 1/8/2016 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Tiemann, Nathan |
| Generations at Work - EOD | 2111862 | 1/7/2016 | 0.05 | 0.00 | 90.00 | | TrainTraq |
| Performance Management: Supervisory Best Practices | 2112540 | 12/14/2015 | 0.35 | 0.00 | N/A | Admin recorded the completion of the course | Allen, Amelia |
| Progressive Discipline - EOD | 211151 | 12/8/2015 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Kuhlmann, Ashley |
| Effective Delegation - EOD | 211417 | 12/7/2015 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Kuhlmann, Ashley |
| Interpersonal Communication Skills | 211156 | 12/3/2015 | 0.35 | 0.00 | N/A | Admin recorded the completion of the course | Langford, Amey |

**App'x 968**

# TrainTraq Transcript



Name: **Dawson, Mark A**

UIN: **320003291**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Coaching for Peak Performance - EOD | 2112556 | 11/20/2015 | 0.65 | 0.00 | N/A | Admin recorded the completion of the course | Langford, Amey |
| KEYS: Keys to Establishing Your Supervisory Skills - EOD | 2112555 | 11/18/2015 | 6.50 | 0.00 | N/A | Admin recorded the completion of the course | Kuhlmann, Ashley |
| Effective Hiring Practices | 2111264 | 10/29/2015 | 0.25 | 0.00 | 100.00 | | TrainTraq |
| Improving Interpersonal Communication Skills - EOD | 2111260 | 10/29/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Shots Fired | 2111114 | 10/9/2015 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Individual Emergency Preparedness | 2111670 | 10/9/2015 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 10/1/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/1/2015 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| HR Liaison Network Fall Meeting – September 22, 2015 | 2112563 | 9/22/2015 | 0.15 | 0.00 | N/A | Admin recorded the completion of the course | Holt, Diane |
| Lost in Translation: Navigating Intercultural Communication in the Workplace - EOD | 2111871 | 9/16/2015 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Kuhlmann, Ashley |
| Developing Cultural Competence in the Workplace | 211368 | 9/3/2015 | 0.60 | 0.00 | N/A | Admin recorded the completion of the course | Kuhlmann, Ashley |
| Fostering Respect in a Diverse Workplace | 2111242 | 8/27/2015 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Langford, Amey |
| Introduction to Diversity and Inclusion - EOD | 2111243 | 7/7/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 7/7/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |

**App'x 969**



# TrainTraq Transcript

Name: **Dawson, Mark A**

UIN: **320003291**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Creating a Discrimination-Free Workplace | 99002 | 7/7/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 7/6/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| HR Liaison: Network Summer Meeting - June 25, 2015 | 2112470 | 6/25/2015 | 0.15 | 0.00 | N/A | Admin recorded the completion of the course | Kuhlmann, Ashley |
| HR Identity Agent Training | 2112334 | 3/25/2015 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Neitsch, Susan |
| Export Controls & Embargo Training - Basic Course | 2111212 | 3/23/2015 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Hands-on Fire Extinguisher Training - EHS | 211129 | 2/10/2015 | 0.00 | 0.00 | 100.00 | Classroom Training | Nekrashevych, Oksana |
| HIPAA for Benefits Partners and HR Users | 11009 | 2/9/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| HR Liaison Network Spring Meeting - February 5, 2015 | 2112425 | 2/5/2015 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Neystel, Kelsey |
| Lasting Impressions: Providing Excellent Customer Service | 2111526 | 10/9/2014 | 0.35 | 0.00 | N/A | Admin recorded the completion of the course | Holt, Diane |
| HR Liaison Network Fall Meeting - September 30, 2014 | 2112327 | 9/30/2014 | 0.15 | 0.00 | N/A | Admin recorded the completion of the course | Neystel, Kelsey |
| BV-SHRM 2014 Business Seminar | N/A | 9/16/2014 | NA | N/A | N/A | HR Liaison Continuing Education Credit | McNair, Becky |
| Required Emergency Alert System Notification | 2111669 | 9/15/2014 | 0.00 | 0.00 | 0.00 | | TrainTraq |

Page 7 of 11

**App'x 970**

Name: **Dawson, Mark A**

UIN: **320003291**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Dual Employment Workshop - EOD | 2112307 | 8/28/2014 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Holt, Diane |
| Information Security Awareness | 3001 | 7/3/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| HR Liaison: Network Summer Meeting - June 25, 2014 | 2112287 | 6/25/2014 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Erhart, Sarah |
| CSBA Spring 2014- Wellness Works Initiative | 2112275 | 5/20/2014 | 0.10 | 1.00 | N/A | Admin recorded the completion of the course | Mitchell, L. |
| CSBA Spring 2014-Wakeup Before It's Too Late | 2112272 | 5/20/2014 | 0.10 | 1.00 | N/A | Admin recorded the completion of the course | Mitchell, L. |
| CSBA Spring 2014-Title IX of the Education Amendments of 1972 | 2112273 | 5/20/2014 | 0.10 | 1.00 | N/A | Admin recorded the completion of the course | Mitchell, L. |
| Lunch and Learn: HR Liaison Network Silver Celebration: Eating Out Can Be Healthy! Tips for Restaurant Dining | 2112173 | 3/4/2014 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | McNair, Becky |
| Session A2: HR Liaison Network Silver Celebration: Welcome "Onboard" - from Interviewee to Established Team Member | 2112175 | 3/4/2014 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | McNair, Becky |
| Session B5: HR Liaison Network Silver Celebration: Classification and Compensation - A Liaison's Guide | 2112182 | 3/4/2014 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | McNair, Becky |
| Session C1: HR Liaison Network Silver Celebration: Looking for Big Results? Think Small! | 2112183 | 3/4/2014 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | McNair, Becky |



**APP'X 971**

# TrainTraq Transcript



Name: **Dawson, Mark A**

UIN: **320003291**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| PATHways to Success: Performance Management Process Overview and PATH Demo - EOD | 2112100 | 2/20/2014 | 0.15 | 0.00 | N/A | Admin recorded the completion of the course | Calvez, Kelsey |
| Microsoft Excel 2013 – Charts and PivotTables - EOD | 2112110 | 2/19/2014 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Holt, Diane |
| Microsoft Excel 2013 – Advanced Functions - EOD | 2112109 | 2/11/2014 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Holt, Diane |
| Microsoft Excel 2013 - Intermediate - EOD | 2112108 | 1/29/2014 | 0.60 | 0.00 | N/A | Admin recorded the completion of the course | Holt, Diane |
| Microsoft Excel 2013 – Essentials - EOD | 2112077 | 1/23/2014 | 0.60 | 0.00 | N/A | Admin recorded the completion of the course | Holt, Diane |
| CSBA Winter Workshop Lunch | 2112131 | 1/14/2014 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Mitchell, L. |
| CSBA Winter 2014 Workshops | 2112130 | 1/14/2014 | 3.00 | 3.00 | N/A | Admin recorded the completion of the course | Mitchell, L. |
| Required Emergency Alert System Notification | 2111669 | 12/16/2013 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| HR Liaison: Payroll and Form I-9 Basics - EOD | 2111753 | 10/16/2013 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Zidek, Olivia |
| Teaching Assistant Institute Preparation - CTE | 2111828 | 9/17/2013 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Ethics | 99001 | 8/30/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 8/30/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |

Page 9 of 11

**App'x 972**



# TrainTraq Transcript

Name: **Dawson, Mark A**

UIN: **320003291**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Teaching Assistant Institute Preparation - CTE | 2111828 | 8/19/2013 | 0.00 | 0.00 | 100.00 | completed | Perez Guarda, Paola |
| Teaching Assistant Institute - CTE | 2111849 | 8/19/2013 | 0.00 | 0.00 | 100.00 | completed | Perez Guarda, Paola |
| Information Security Awareness | 3001 | 8/8/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Individual Emergency Preparedness | 2111670 | 4/2/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Shots Fired on Campus | 2111160 | 4/2/2013 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Shots Fired | 2111114 | 4/2/2013 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Employee Payroll Action (EPA) Training - PAYR | 211221 | 10/12/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Information Security Awareness | 3001 | 8/29/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Financial Conflicts of Interest | 2111716 | 8/28/2012 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Liaison & Liaison Coordinator Basics - HUMR | 211285 | 6/8/2012 | 0.00 | 0.00 | N/A | Online Version | Dohnalik, Laura |
| HR Liaison: Nonresident Alien Tax Issues and the GLACIER Processing System - EOD | 211283 | 5/15/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| HR Liaison: Hiring Procedures & Security Sensitive Processes Overview - HUMR | 211276 | 5/15/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| HR Liaison: Leave Policies & Procedures Overview - HUMR | 211277 | 5/10/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| HR Liaison: Employee Relations Overview and Personnel Records - EOD | 211274 | 5/10/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| HR Liaison: Training, Systems, & Professional Development - HUMR | 211278 | 5/10/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Introduction to Canopy | 2111494 | 4/13/2012 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| HR Liaison: Online Position Descriptions - HUMR | 211271 | 3/28/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |

App'x 973



# TrainTraq Transcript

Name: **Dawson, Mark A**
UIN: **320003291**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| HR Liaison: Payroll Informational Overview - HUMR | 211280 | 3/28/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| HR Liaison: Compensation Administration - What Liaisons Need to Know - HUMR | 211273 | 3/28/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| HR Liaison: The Employee Assistance Program - Personal Counseling and So Much More - EOD | 211275 | 3/28/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Ethics | 99001 | 10/18/2011 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 10/18/2011 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 10/18/2011 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Orientation to the A&M System | 99004 | 10/18/2011 | 0.05 | 0.00 | N/A | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 10/18/2011 | 0.10 | 1.00 | 100.00 | from stusat | TrainTraq |
| Information Security Awareness | 3001 | 4/26/2010 | 0.10 | 1.00 | N/A | Loaded from ISA Completions from ITIM. SSIS verification of ISA completion | TrainTraq |

Page 11 of 11

**App'x 974**



TEXAS A&M UNIVERSITY

MICHAEL K. YOUNG
*President*

June 1, 2016

Mr. Mark Dawson
Business Coordinator
Human Resources and Payroll
Academic Affairs Business Services
Division of Academic Affairs
4255 TAMU
Texas A&M University

Dear Mr. Dawson:

Please accept my sincerest congratulations on earning the inaugural Tradition of Excellence Diversity and Inclusion Award given by the Division of Academic Affairs for improving campus climate through building community and broadening perspectives as a staff member at Texas A&M.

Earning one of only fifteen awards given to staff members in ten non-college offices that keep one of the largest universities in the nation operating smoothly and efficiently is truly an impressive accomplishment. I greatly appreciate all you do as a member of the human resources and payroll team to successfully perform the myriad duties necessary to employ our numerous staff and faculty members. This award is a reflection of your gift to inspire others to strive for the same standard of excellence that you so enthusiastically set each and every day in your human resources role.

Again, congratulations. I wish you much continued success in your career at Texas A&M.

With warm regards,

Michael K. Young

cc: Dr. Karan L. Watson
Ms. Brandy Kosh
Ms. Frances Nelson



# TrainTraq Transcript

Name: **Fox-Forrester, Susan J**

UIN: **423005313**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Information Security Awareness | 3001 | 7/31/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2023 | 0.00 | 0.00 | N/A | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 8/29/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud | 2114400 | 8/15/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 7/28/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Safety Training Course - STLS | 2112044 | 10/3/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - STLS | 2111932 | 8/24/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 7/25/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| 2022 Diversity Gallery | 2114415 | 2/10/2022 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Burks, Andrea |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 11/29/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Safety Training Course - STLS | 2112044 | 10/6/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/20/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| Confidentiality Training - STLS | 2111932 | 9/20/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 9/16/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 9/15/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 9/7/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |

**App'x 976**

# TrainTraq Transcript

Name: **Fox-Forrester, Susan J**
UIN: **423005313**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Ethics & Fraud Equivalent | 2114199 | 9/7/2021 | NA | N/A | N/A | Given to facilitate transition to new consolidated Ethics & Fraud course. | Jang, Neo |
| COVID-19 Management and Guidance Plans - TAMU | 2114327 | 8/24/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Kognito At-Risk | 2114195 | 8/24/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| Information Security Awareness | 3001 | 7/19/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 1/4/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Safety Training Course - STLS | 2112044 | 10/7/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/7/2020 | 0.00 | 0.00 | N/A | | TrainTraq |
| Confidentiality Training - STLS | 2111932 | 9/17/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Web Accessibility - Essentials | 2111936 | 9/1/2020 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |
| Information Security Awareness | 3001 | 7/20/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Safe Practices for Returning to the Office During the COVID-19 Pandemic | 2114131 | 5/18/2020 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 5/18/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Grow Your Garden: Gardening Club | 2114019 | 11/19/2019 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Bassett, Kourtney |



**App'x 977**

# TrainTraq Transcript

Name: **Fox-Forrester, Susan J**

UIN: **423005313**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Join the Conversation on Campus: Engaging with the RISE Research Initiative at Texas A&M University | 2113933 | 10/31/2019 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Ely, Deyanira |
| Safety Training Course - STLS | 2112044 | 9/30/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/23/2019 | 0.00 | 0.00 | N/A | | TrainTraq |
| Confidentiality Training - STLS | 2111932 | 9/16/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 9/13/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 9/13/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 7/18/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Developing Cultural Competence in the Workplace | 211368 | 10/19/2018 | 0.60 | 0.00 | N/A | Admin recorded the completion of the course | Turnage, Caroline |
| Introduction to Diversity and Inclusion - EOD | 2111243 | 10/17/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Responsible Conduct of Research (RCR) - TAMU | 2113357 | 10/16/2018 | 0.00 | 0.00 | N/A | Per CITI email | Truett, Tressie |
| Safety Training Course - STLS | 2112044 | 10/2/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/2/2018 | 0.00 | 0.00 | N/A | | TrainTraq |
| Confidentiality Training - STLS | 2111932 | 9/14/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FEMA IS-700.B - National Incident Management System (NIMS), An Introduction | 11018 | 8/3/2018 | 0.30 | 0.00 | N/A | | TrainTraq |
| Information Security Awareness | 3001 | 7/25/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| GA020 Navigating Workday | 2113189 | 1/2/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |

Page 3 of 6



**App'x 978**



# TrainTraq Transcript

Name: **Fox-Forrester, Susan J**
UIN: **423005313**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| GA010 TAMUS Workday Core Concepts | 2113188 | 1/2/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Safety Training Course - STLS | 2112044 | 10/2/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/2/2017 | 0.00 | 0.00 | N/A | | TrainTraq |
| Confidentiality Training - STLS | 2111932 | 9/12/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 9/12/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 9/7/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 9/5/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 7/28/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Financial Wellness Workshop: Baby Boomers Guide to Social Security | 2113047 | 5/25/2017 | 0.00 | 0.00 | N/A | Financial Wellness Workshop: Baby Boomers Guide to Social Security | Bassett, Kourtney |
| Performance Management: Supervisory Best Practices | 2112540 | 3/29/2017 | 0.35 | 0.00 | N/A | Admin recorded the completion of the course | Moore, Jordan |
| Living WELL Aware at Texas A&M Kickstart Conference | 2112895 | 12/9/2016 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | McNair, Becky |
| Required Emergency Alert System Notification | 2111669 | 9/30/2016 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Safety Training Course - STLS | 2112044 | 9/30/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - STLS | 2111932 | 9/6/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |

**App'x 979**



# TrainTraq Transcript

Name: **Fox-Forrester, Susan J**
UIN: **423005313**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Information Security Awareness | 3001 | 7/28/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 7/22/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Safety Training Course - STLS | 2112044 | 9/18/2015 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/3/2015 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Ethics | 99001 | 9/3/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 9/3/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - STLS | 2111932 | 9/1/2015 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 7/31/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 6/15/2015 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Safety Training Course - STLS | 2112044 | 10/8/2014 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/8/2014 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Confidentiality Training - STLS | 2111932 | 9/3/2014 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 7/31/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 6/27/2014 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Safety Training Course - STLS | 2112044 | 10/4/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| New Employee Welcome (NEW) Session | 211495 | 9/11/2013 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Holt, Diane |

**App'x 980**



# TrainTraq Transcript

Name: **Fox-Forrester, Susan J**

UIN: **423005313**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Benefits Orientation Session - EOD | 211496 | 9/11/2013 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Holt, Diane |
| Information Security Awareness | 3001 | 9/2/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Confidentiality Training - STLS | 2111932 | 9/2/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 9/2/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 9/2/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 9/2/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 8/30/2013 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Orientation to the A&M System | 99004 | 8/29/2013 | 0.05 | 0.00 | 100.00 | | TrainTraq |

**APP'X 981**



# TrainTraq Transcript

**Name:** **Gros, Steven L**
**UIN:** **733001326**
**Date:** **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Required Emergency Alert System Notification | 2111669 | 9/30/2024 | 0.00 | 0.00 | N/A | | TrainTraq |
| Responsible Conduct of Research (RCR) - TAMU | 2113357 | 8/21/2024 | 0.00 | 0.00 | 100.00 | Completion per CITI #64514721 | McKenzie, Kelsey |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 6/7/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Large Capacity Van Training | 2114470 | 6/7/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - Student Activities | 2114084 | 4/25/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 4/25/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 4/25/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 4/25/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 4/4/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud | 2114400 | 4/1/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 2/15/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 2/15/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/2/2023 | 0.00 | 0.00 | N/A | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 7/17/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 5/23/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/30/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |



# TrainTraq Transcript

Name: **Gros, Steven L**
UIN: **733001326**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Information Security Awareness | 3001 | 3/30/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Crowd Manager - General Training | 2114474 | 3/29/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Crowd Manager - Venue Specific Training - Aggie Park | 2114476 | 3/20/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Crowd Manager - Supervisor Training | 2114475 | 3/20/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Crowd Manager - General Training | 2114474 | 3/20/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| New Employee Welcome (NEW) Session | 211495 | 7/27/2022 | 0.45 | 0.00 | N/A | Admin recorded the completion of the course | Taylor, Brian |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 7/13/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| New Hire Benefits Orientation | 2113509 | 5/25/2022 | 0.35 | 0.00 | N/A | Admin recorded the completion of the course | Taylor, Brian |
| Creating a Discrimination-Free Workplace | 99002 | 5/20/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 5/19/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Travel Card Training | 2114301 | 5/19/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Kognito At-Risk | 2114195 | 5/19/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 5/19/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 5/19/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| AED Awareness Training - EHS | 2112937 | 5/18/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |

**App'x 983**



# TrainTraq Transcript

Name: **Gros, Steven L**
UIN: **733001326**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Confidentiality Training - Student Activities | 2114084 | 5/18/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 5/18/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud | 2114400 | 5/18/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 5/18/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 5/18/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| Orientation to the A&M System | 99004 | 5/18/2022 | 0.05 | 0.00 | 100.00 | | TrainTraq |

**App'x 984**



# TrainTraq Transcript

Name: **Hearst, Shante C**
UIN: **627000229**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 7/30/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 7/30/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 4/2/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - Student Activities | 2114084 | 2/23/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 2/10/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/12/2023 | 0.00 | 0.00 | N/A | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 7/28/2023 | 0.00 | 0.00 | 100.00 | | |
| FERPA | 11012 | 7/28/2023 | 0.10 | 0.00 | 100.00 | | |
| Creating a Discrimination-Free Workplace | 99002 | 5/9/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 5/9/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud | 2114400 | 5/9/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Crowd Manager - General Training | 2114474 | 4/12/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/31/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 9/1/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| FERPA | 11012 | 7/18/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 7/15/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |

**App'x 985**

# TrainTraq Transcript



Name: **Hearst, Shante C**
UIN: **627000229**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Information Security Awareness | 3001 | 4/6/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - Student Activities | 2114084 | 3/8/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 3/4/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 10/12/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| COVID-19 Management and Guidance Plans - TAMU | 2114327 | 8/24/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Kognito At-Risk | 2114195 | 8/23/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| FERPA | 11012 | 7/22/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 6/7/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 6/7/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 6/7/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud Equivalent | 2114199 | 5/7/2021 | NA | N/A | N/A | Given to facilitate transition to new consolidated Ethics & Fraud course. | Jang, Neo |
| Reporting Fraud, Waste and Abuse | 99003 | 5/7/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 4/5/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 12/21/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |

App'x 986



# TrainTraq Transcript

Name: **Hearst, Shante C**
UIN: **627000229**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 12/10/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/29/2020 | 0.00 | 0.00 | N/A | | TrainTraq |
| FERPA | 11012 | 7/29/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 6/1/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 5/20/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Safe Practices for Returning to the Office During the COVID-19 Pandemic | 2114131 | 5/20/2020 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Confidentiality Training - Student Activities | 2114084 | 3/10/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 12/18/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/4/2019 | 0.00 | 0.00 | N/A | | TrainTraq |
| FERPA | 11012 | 7/30/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 7/5/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 7/5/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 7/5/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 6/7/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 12/7/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| AED Awareness Training - EHS | 2112937 | 10/14/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/12/2018 | 0.00 | 0.00 | N/A | | TrainTraq |

Page 3 of 5

**App'x 987**



# TrainTraq Transcript

Name: **Hearst, Shante C**

UIN: **627000229**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Introductory Compass Navigation - Banner 9 | 2113434 | 9/12/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| EIS Application Security Statement of Acknowledgment | 2111698 | 9/12/2018 | 0.00 | 0.00 | N/A | | TrainTraq |
| FERPA | 11012 | 7/27/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 6/4/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Audio Visual Surveillance Technology (AVST) Operations Training - NIS | 2111557 | 5/14/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Performance Management: Supervisory Best Practices | 2112540 | 4/18/2018 | 0.35 | 0.00 | N/A | Admin recorded the completion of the course | Arrants, Courtlandt |
| Workday Awareness Session: Performance Review | 2113399 | 3/23/2018 | 0.10 | 0.00 | N/A | Admin recorded the completion of the course | Turnage, Caroline |
| SK450 Time and Absence (Managers) | 2113199 | 1/10/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| SK420 Working in Workday for Managers | 2113196 | 1/10/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Benefits Orientation Session - EOD | 211496 | 1/9/2018 | 0.15 | 0.00 | N/A | Admin recorded the completion of the course | Turnage, Caroline |
| GA060 Workday Core HCM Concepts (Managers) | 2113193 | 1/4/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 1/4/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA070 Reporting in Workday | 2113194 | 1/4/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA020 Navigating Workday | 2113189 | 12/18/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA010 TAMUS Workday Core Concepts | 2113188 | 12/18/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |

Page 4 of 5

**App'x 988**



# TrainTraq Transcript

Name: **Hearst, Shante C**

UIN: **627000229**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| DSA New Staff Orientation | 2113163 | 9/15/2017 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Schumacher, Barbara |
| Division of Student Affairs - New Staff Orientation | 2113200 | 9/7/2017 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/5/2017 | 0.00 | 0.00 | N/A | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 8/7/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| New Employee Welcome (NEW) Session | 211495 | 7/12/2017 | 0.45 | 0.00 | N/A | Admin recorded the completion of the course | Turnage, Caroline |
| Orientation to the A&M System | 99004 | 7/3/2017 | 0.05 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 7/3/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 7/3/2017 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| FERPA | 11012 | 7/3/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 7/3/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 7/3/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 6/28/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 6/28/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |

**App'x 989**



# TrainTraq Transcript

Name: **Crawford, Katia L**

UIN: **909005257**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Required Emergency Alert System Notification | 2111669 | 10/2/2024 | 0.00 | 0.00 | N/A | | TrainTraq |
| Ethics & Fraud | 2114400 | 6/8/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 5/21/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 3/29/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/18/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/18/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - Student Activities | 2114084 | 3/18/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/6/2023 | 0.00 | 0.00 | N/A | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 9/6/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 5/25/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Crowd Manager - General Training | 2114474 | 4/18/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/17/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/17/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 1/27/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/9/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| Ethics & Fraud | 2114400 | 7/7/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 6/9/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |

**App'x 990**


THE TEXAS A&M UNIVERSITY SYSTEM 1876

# TrainTraq Transcript

Name: **Crawford, Katia L**

UIN: **909005257**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Payment Card Training | 2111872 | 4/1/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| Confidentiality Training - Student Activities | 2114084 | 3/17/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/16/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/16/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/29/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| COVID-19 Management and Guidance Plans - TAMU | 2114327 | 9/6/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 9/6/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Kognito At-Risk | 2114195 | 8/27/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| Ethics | 99001 | 7/22/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 7/2/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Professional Presence - OD | 2111254 | 6/2/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/20/2021 | 0.00 | 0.00 | 90.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/20/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 3/3/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 1/4/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2020 | 0.00 | 0.00 | N/A | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 7/14/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |

**App'x 991**

# TrainTraq Transcript

Name: **Crawford, Katia L**

UIN: **909005257**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Ethics & Fraud Equivalent | 2114199 | 7/14/2020 | NA | N/A | N/A | Given to facilitate transition to new consolidated Ethics & Fraud course. | Jang, Neo |
| FERPA | 11012 | 7/2/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Safe Practices for Returning to the Office During the COVID-19 Pandemic | 2114131 | 5/22/2020 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 5/22/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Confidentiality Training - Student Activities | 2114084 | 3/20/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/19/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/17/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Cash Handling - System Version | 2111772 | 11/19/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Time and Effort | 2111113 | 10/23/2019 | 0.05 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/6/2019 | 0.00 | 0.00 | N/A | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 9/6/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 7/26/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 7/1/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Interpersonal Communication Skills | 211156 | 6/11/2019 | 0.35 | 0.00 | N/A | Admin recorded the completion of the course | Rieke, Kate |

Page 3 of 8



**App'x 992**

# TrainTraq Transcript

Name: **Crawford, Katia L**

UIN: **909005257**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Microsoft Outlook 2016: (B) Managing Email, Calendars, and Tasks - EOD | 2112903 | 3/25/2019 | 0.60 | 0.00 | N/A | Admin recorded the completion of the course | Turnage, Caroline |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/20/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/20/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 2/28/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Lost in Translation: Navigating Intercultural Communication in the Workplace - EOD | 2111871 | 10/24/2018 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Turnage, Caroline |
| AED Awareness Training - EHS | 2112937 | 10/18/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/2/2018 | 0.00 | 0.00 | N/A | | TrainTraq |
| Effective Delegation - EOD | 211417 | 7/18/2018 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Moore, Jordan |
| FERPA | 11012 | 7/2/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Courageous Conversations - EOD | 2112554 | 6/28/2018 | 0.60 | 0.00 | N/A | Admin recorded the completion of the course | Moore, Jordan |
| KEYS: Keys to Establishing Your Supervisory Skills - EOD | 2112555 | 6/25/2018 | 0.65 | 0.00 | N/A | Admin recorded the completion of the course | Moore, Jordan |
| Audio Visual Surveillance Technology (AVST) Operations Training - NIS | 2111557 | 5/24/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 2/27/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 2/27/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |

Page 4 of 8



**App'x 993**



# TrainTraq Transcript

Name: **Crawford, Katia L**

UIN: **909005257**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Study Abroad Faculty Briefing | 2112392 | 2/1/2018 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 9/5/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/2/2017 | 0.00 | 0.00 | N/A | | TrainTraq |
| Ethics | 99001 | 7/25/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 6/5/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Study Abroad Faculty Briefing | 2112392 | 2/21/2017 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 2/14/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 2/14/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 2/13/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Comp Time Issues for Supervisors | 2112756 | 12/5/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/3/2016 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Time and Effort | 2111113 | 8/9/2016 | 0.05 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 7/13/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 5/26/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| The Truth About Leadership - EOD | 2112710 | 3/23/2016 | 0.15 | 0.00 | N/A | | Tripsa, Maxine |
| KEYS: Keys to Establishing Your Supervisory Skills - EOD | 2112555 | 3/2/2016 | 6.50 | 0.00 | N/A | | Tripsa, Maxine |
| Information Security Awareness | 3001 | 1/21/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |

**App'x 994**

# TrainTraq Transcript



Name: **Crawford, Katia L**

UIN: **909005257**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 1/4/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Effective Hiring Practices | 2111264 | 11/13/2015 | 0.25 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2015 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Slow Moving Vehicle (SMV) Training - EHS | 2112256 | 9/1/2015 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Ethics | 99001 | 7/24/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 5/22/2015 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 2/3/2015 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 12/19/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 12/16/2014 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/30/2014 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| FERPA | 11012 | 5/7/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 12/17/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 12/10/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/15/2013 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Ethics | 99001 | 7/19/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 5/31/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 5/7/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |

**App'x 995**

# TrainTraq Transcript



| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| FERPA | 11012 | 5/6/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 1/30/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 12/14/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 11/29/2012 | 0.00 | 0.00 | N/A | Course credit for training provide through email distribution | Jackson, Michelle |
| Reporting Fraud, Waste and Abuse | 99003 | 7/13/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 7/6/2012 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 9/23/2011 | 0.10 | 1.00 | 100.00 | 2011 Version | TrainTraq |
| Ethics | 99001 | 7/19/2011 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 1/21/2011 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Developing Cultural Competence in the Workplace (Special Request) | 2111317 | 1/14/2011 | 0.35 | 0.00 | 0.00 | | Knight, Gabrielle |
| Information Security Awareness | 3001 | 9/21/2010 | 0.10 | 1.00 | 100.00 | 2009 Version | TrainTraq |
| Information Security Awareness | 3001 | 11/2/2009 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 9/4/2009 | 0.10 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 1/6/2009 | 0.10 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| FERPA | 11012 | 1/5/2009 | 0.10 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |

**App'x 996**



# TrainTraq Transcript

Name: **Crawford, Katia L**
UIN: **909005257**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Information Security Awareness | 3001 | 10/17/2008 | 0.00 | 1.00 | 100.00 | UPLOAD FROM STUDENT ISA | Sustaita, David |
| Reporting Fraud, Waste and Abuse | 99003 | 7/21/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Ethics | 99001 | 8/16/2007 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 1/9/2007 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 1/8/2007 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 2/16/2006 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Ethics | 99001 | 8/25/2005 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 12/1/2004 | 0.00 | 1.00 | 100.00 | Completion date loaded from Employee file | TrainTraq |

**App'x 997**



# TrainTraq Transcript

Name: **Driver, Tonya**
UIN: **802006308**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Disbursement of Funds - Approver Class | 2114609 | 6/24/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Disbursement of Funds | 11021 | 6/24/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics & Fraud | 2114400 | 4/2/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 4/2/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 4/2/2024 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 4/2/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| FERPA | 11012 | 1/10/2024 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/6/2023 | 0.00 | 0.00 | N/A | | TrainTraq |
| Financial Conflicts of Interest | 2111716 | 7/19/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 4/8/2023 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 4/8/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 3/22/2023 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/2/2022 | 0.00 | 0.00 | N/A | | TrainTraq |
| Responsible Conduct of Research (RCR) - TAMU | 2113357 | 9/24/2022 | 0.00 | 0.00 | N/A | Per CITI email. | McCulloch, Allison |
| Ethics & Fraud | 2114400 | 5/19/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 4/6/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 4/6/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |

**App'x 998**



# TrainTraq Transcript

Name: **Driver, Tonya**

UIN: **802006308**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Information Security Awareness | 3001 | 4/6/2022 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 4/6/2022 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Enhancing Diversity Seminar: Demystifying the Model Minority Myth: Reflections and Implications for APIDA Students Experience and Success in Higher Ed | 2114422 | 3/24/2022 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Burks, Andrea |
| 2022 Diversity Gallery | 2114415 | 2/10/2022 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Burks, Andrea |
| Required Emergency Alert System Notification | 2111669 | 9/1/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| COVID-19 Management and Guidance Plans - TAMU | 2114327 | 9/1/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Kognito At-Risk | 2114195 | 6/23/2021 | 0.00 | 0.00 | N/A | | TrainTraq |
| Export Controls & Embargo Training - Basic Course | 2111212 | 3/10/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 3/2/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/2/2021 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 3/2/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 1/24/2021 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/1/2020 | 0.00 | 0.00 | N/A | | TrainTraq |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 7/16/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Protocol and Certification for System Member Employees | 2114130 | 5/16/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |

**App'x 999**



# TrainTraq Transcript

Name: **Driver, Tonya**
UIN: **802006308**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Protocol and Certification for System Member Employees | 2114130 | 5/15/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Safe Practices for Returning to the Office During the COVID-19 Pandemic | 2114131 | 5/15/2020 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Information Security Awareness | 3001 | 4/7/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 4/7/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 4/7/2020 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 4/7/2020 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 12/17/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Join the Conversation on Campus: Engaging with the RISE Research Initiative at Texas A&M University | 2113933 | 10/31/2019 | 0.00 | 0.00 | N/A | Admin recorded the completion of the course | Ely, Deyanira |
| Required Emergency Alert System Notification | 2111669 | 10/16/2019 | 0.00 | 0.00 | N/A | | TrainTraq |
| Information Security Awareness | 3001 | 3/28/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/25/2019 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 2/28/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 2/28/2019 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| FEMA IS-700.B - National Incident Management System (NIMS), An Introduction | 11018 | 7/31/2018 | 0.30 | 0.00 | N/A | | TrainTraq |
| CitiDirect Card Management System - Single Transaction Allocations | 2111559 | 7/26/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| CitiDirect Card Management System - Running Reports | 2111562 | 7/26/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |

**App'x 1000**



# TrainTraq Transcript

Name: **Driver, Tonya**

UIN: **802006308**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| CitiDirect Card Management System - Login and Navigation | 2111561 | 7/26/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| CitiDirect Card Management System - Split Transaction Allocations | 2111560 | 7/26/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| CitiDirect Card Management System - Mass Transaction Allocations | 2111558 | 7/26/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Workday Awareness Session:  Performance Review | 2113399 | 3/27/2018 | 0.10 | 0.00 | N/A | Admin recorded the completion of the course | Penner, Zoe |
| Information Security Awareness | 3001 | 3/13/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 3/13/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 2/26/2018 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 2/26/2018 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA020 Navigating Workday | 2113189 | 10/13/2017 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| GA010 TAMUS Workday Core Concepts | 2113188 | 10/13/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA040 Workday's Approach to HR Business Processes | 2113190 | 10/13/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA070 Reporting in Workday | 2113194 | 10/13/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| GA030 Workday Core HCM Concepts (Core HR) | 2113174 | 10/13/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/20/2017 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Effective Hiring Practices | 2111264 | 9/20/2017 | 0.25 | 0.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/30/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |

Page 4 of 9

App'x 1001

Name: **Driver, Tonya**

UIN: **802006308**

Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Information Security Awareness | 3001 | 3/29/2017 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 1/28/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 1/28/2017 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Leave Policies and Procedures - EOD | 2112558 | 11/8/2016 | 3.50 | 0.00 | N/A | Admin recorded the completion of the course | Moore, Jordan |
| Family Medical Leave Act - FMLA - EOD | 2112591 | 10/26/2016 | 0.35 | 0.00 | N/A | Admin recorded the completion of the course | Tiemann, Nathan |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 8/1/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Rallying the Flock: Understanding Communication Styles (2hr.) - EOD | 2112495 | 7/21/2016 | 0.20 | 0.00 | N/A | | Tripsa, Maxine |
| EIS Application Security Statement of Acknowledgment | 2111698 | 6/20/2016 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Information Security Awareness | 3001 | 3/25/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 2/29/2016 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 2/29/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 2/14/2016 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 12/11/2015 | 0.10 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/14/2015 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Strategies for Navigating Change - EOD | 2112263 | 8/13/2015 | 0.25 | 0.00 | N/A | | Kuhlmann, Ashley |
| Effective Hiring Practices | 2111264 | 7/21/2015 | 0.25 | 0.00 | 100.00 | | TrainTraq |



**APP'X 1002**



# TrainTraq Transcript

Name: **Driver, Tonya**
UIN: **802006308**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Managing Difficult Behavior as a Supervisor - EOD | 211195 | 4/29/2015 | 0.30 | 0.00 | N/A | Admin recorded the completion of the course | Kuhlmann, Ashley |
| Information Security Awareness | 3001 | 2/25/2015 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 2/25/2015 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 10/3/2014 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Effective Hiring Practices | 2111264 | 3/27/2014 | 0.25 | 2.50 | 100.00 | | TrainTraq |
| Ethics | 99001 | 2/14/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 2/12/2014 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Information Security Awareness | 3001 | 11/26/2013 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Payment Card Training | 2111872 | 11/26/2013 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 11/26/2013 | 0.00 | 0.00 | 90.00 | | TrainTraq |
| Required Emergency Alert System Notification | 2111669 | 9/23/2013 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Stress Management - EOD | 211147 | 5/23/2013 | 0.30 | 0.00 | N/A | | Zidek, Olivia |
| Information Security Awareness | 3001 | 12/18/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Clery Act Guidelines for A&M System Campus Security Authorities | 2111844 | 11/29/2012 | 0.00 | 0.00 | N/A | Course credit for training provide through email distribution | Jackson, Michelle |
| Child Protection Training-Approval Number CPM12-0066 | 2111652 | 10/30/2012 | 0.00 | 0.00 | 100.00 | | TrainTraq |

Page 6 of 9

**App'x 1003**



# TrainTraq Transcript

Name: **Driver, Tonya**
UIN: **802006308**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Required Emergency Alert System Notification | 2111669 | 9/11/2012 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Information Security Awareness | 3001 | 2/13/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Ethics | 99001 | 2/13/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 2/13/2012 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Audio Visual Surveillance Technology (AVST) Operations Training - NIS | 2111557 | 12/16/2011 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 12/16/2011 | 0.10 | 1.00 | 100.00 | | TrainTraq |
| Effective Hiring Practices | 2111264 | 12/16/2011 | 0.25 | 2.50 | 100.00 | | TrainTraq |
| Introduction to Canopy | 2111494 | 8/31/2011 | 0.00 | 0.00 | 100.00 | | TrainTraq |
| Positive Management of Performance Problems | 1004 | 7/27/2011 | 0.25 | 2.50 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 4/8/2011 | 0.00 | 0.00 | 100.00 | 2011 Version | TrainTraq |
| Disbursement of Funds and Travel Training - Texas A&M University | 211201 | 7/19/2010 | 0.40 | 0.00 | 0.00 | | TrainTraq |
| AggieBuy Approver Training | 2111213 | 7/14/2010 | 0.00 | 0.00 | 0.00 | | TrainTraq |
| Information Security Awareness | 3001 | 5/10/2010 | 0.10 | 1.00 | 100.00 | 2009 Version | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 2/11/2010 | 0.10 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Ethics | 99001 | 2/11/2010 | 0.10 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Conducting Effective Interviews | 1001 | 9/4/2009 | 0.25 | 2.50 | 100.00 | Completed On-line Class | TrainTraq |

**App'x 1004**



# TrainTraq Transcript

Name: **Driver, Tonya**
UIN: **802006308**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Introductory COMPASS Navigation Training - EIS | 211432 | 6/1/2009 | 0.00 | 0.00 | 0.00 | Updated from batch file | TrainTraq |
| FERPA | 11012 | 5/13/2009 | 0.10 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 5/4/2009 | 0.10 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| EIS Application Security Statement of Acknowledgment | 2111698 | 3/1/2009 | 0.00 | 0.00 | 100.00 | attended class in person | McNair, Becky |
| Introductory Compass Navigation - EIS | 2111755 | 3/1/2009 | 0.00 | 0.00 | 100.00 | attended class in person | Jares, Frank |
| Creating a Discrimination-Free Workplace | 99002 | 4/3/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 4/3/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Ethics | 99001 | 1/7/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Reporting Fraud, Waste and Abuse | 99003 | 1/7/2008 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 1/4/2007 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Positive Management of Performance Problems | 1004 | 7/17/2006 | 0.00 | 2.50 | 100.00 | Completed On-line Class | TrainTraq |
| Creating a Discrimination-Free Workplace | 99002 | 3/23/2006 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Ethics | 99001 | 12/6/2005 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |
| Information Security Awareness | 3001 | 12/6/2005 | 0.00 | 1.00 | 100.00 | Completed On-line Class | TrainTraq |

**App'x 1005**



# TrainTraq Transcript

Name: **Driver, Tonya**
UIN: **802006308**
Date: **10/11/2024**

| Course/Task Name | Course Number | Completed | CEU | CPE | Score | Comments | Record Entered By |
|---|---|---|---|---|---|---|---|
| Creating a Discrimination-Free Workplace | 99002 | 3/1/2004 | 0.00 | 1.00 | 100.00 | Completion date loaded from Employee file | TrainTraq |
| Ethics | 99001 | 4/1/2000 | 0.00 | 1.00 | 100.00 | Training was taken prior to date shown | TrainTraq |

**APP'X 1006**



# Training completion notification



HROE Professional Development <PDinfo@tamu.edu>      ↩ Reply all | ˅

Today, 4:45 PM

Susan Fox-Forrester ˅

Inbox



| Action Items |

Dear Susan Fox-Forrester,

Congratulations on your recent successful completion of: *2111936 : Web Accessibility - Essentials* on 09/01/2020.

Please take a few moments to complete the course survey (http://traintraq.tamus.edu/PublicWeb/Evaluation.aspx?survey=4AA90D1C-A624-427E-B804-1ECA7903159A&sid=8881). Your feedback will be used to improve the quality of our courses.

We hope the information learned in this course was beneficial and will help you do your job better.

---

HROE Professional Development
PDinfo@tamu.edu

**App'x 1007**

Reply all | ⌄    Delete    Junk | ⌄    •••

App'x 1008

**EXHIBIT 20**

DIVISION OF STUDENT AFFAIRS
OFFICES OF THE DEAN OF STUDENT LIFE



## Student Conduct Investigation
## Acknowledgement

| Name | ██████████████ | Pronouns (*Optional* i.e., ze, she, he, they): | |
|---|---|---|---|
| UIN: | ████████ | | |
| Classification: ■Freshman  □Sophomore  □Junior  □Senior  □Grad/Professional | | | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | | | |
| | | ████████████ | |
| | | | |
| Email: ████████████ | | Telephone #: ████████████ | |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

---

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▮▮▮▮▮▮▮▮

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

---

▮ **that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

---

**Participant signature:** _____

**APP'X 1010**



**Investigation Statement Form**

Student Name: ███████████ UIN: ████████ ███████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

1.   What was your experience like within Squadron-17? ████████

████████████████████

a.   How would you describe the culture in Sq-17? It's very demanding I'd say.

Can you elaborate on what you mean by "demanding"? Since it's an all-male outfit we do way more PT than other outfits. So that's one thing for demanding.

Another thing, let's say that I was still inside, since I'm a ████████ I have higher expectations from others. I have to show others I'm tougher then them.

Who is "others"? Other fish, other outfits.

b.   ████████████

████████████████████

The notes included above accurately sum███████████ed to the investigators.

Participant Signature: _____████████_____

Investigator Signature: _____████████_____

**APP'X 1011**


## Investigation Statement Form

Student Name: ████████████     UIN: █████████     ████████████████

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

████████████████████████████████████████

2.       Can you tell us about freshmen having gashes on their forearms? I could

say that it's from the exercises we do in PT. I was told that we'd go onto the

concrete and bear crawl. If there's scratches or whatever you still have to keep

going whether you're bleeding or not.

Were freshmen actually bleeding and told to keep going? Oh yeah. ████████

████████████████████████████████████████

████ ████████████████████████

Who told him to keep going? I do not know.

Did you get any injuries like that from PT? I did not.

Do you know of anyone else that did? I know some people had scratches and

stuff but I don't remember exactly who it was. I don't know about a lot of

bleeding but I know some scratches.

Who would be leading those workouts? ████████████████

████████████████████████████████

████████████████ I think it was during FOW with the cadre. But the

other ones for the scratches and stuff like that, I don't know exactly who it was

but we had met the pissheads, I just don't know specifically who it was led by.

The notes included above accurately summ█████████████vided to the investigators.

Participant Signature: _____████████████_____

Investigator Signature: _____

**APP'X 1012**


**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮▮▮▮▮ UIN: ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| 3.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? There was one time for me specifically, ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ We were whipping out inside holes. In one of those, it was more of a playful wrestle with me. I don't know about with others but I did hear there was some "oh I got tackled". Oh and after, when I did wrestle the first guy (I can't remember who that was, I couldn't really see because the lights were turned off), ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Do you remember any other upperclassmen that were present when ▮▮▮▮ pushed and tackled you? I don't remember specifically who but I know it was ▮▮▮▮▮ Do you remember what time of day this occurred? No. I know it was either the end of FOW or in the next week. I don't remember what time. <br><br> 4.      Can you tell us about being told to keep shower and toilet doors open? We were told that but they said we didn't have to do it, they said they were joking. But they said "oh if you have it closed you're jacking off" or whatever. They said they're joking though. | |

The notes included above accurately summarize▮▮▮▮▮▮▮▮▮d to the investigators.

Participant Signature: _____▮▮▮▮▮▮_____

Investigator Signature: _____▮▮▮▮▮▮_____

**App'x 1013**



## Investigation Statement Form

Student Name: [redacted]   UIN [redacted]   [redacted]

| Investigator Notes | For Student Corrections |
|---|---|
| Who told yall to keep the doors open? I don't know, everyone. There wasn't specifically someone. I was showering and I would just hear someone shouting.<br><br>Did anything happen if you had those doors shut? No.<br><br>Did you shower and use the restroom with the doors shut? Sometimes.<br><br>And there wasn't any problem if you chose to keep the doors shut? No.<br><br>5.<br><br>         I do not know about that. [redacted]<br><br>[redacted]<br><br>6.<br><br>         Yeah, fish [redacted]<br><br>[redacted]<br><br>[redacted]<br><br>Do you know anything about him getting smoked? No, I don't know any specifics.<br><br>I just know he was told to unify or he'd get smoked. | |

The notes included above accurately sum[redacted]ded to the investigators.

Participant Signature: _____[redacted]_____

Investigator Signature: _____

**APP'X 1014**


**Student Name:** ▮▮▮▮▮▮▮▮    **UIN:** ▮▮▮▮▮    ▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

7.    Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? We were told that it had to be exactly as the upperclassmen's were. We first did it with a different metal but we didn't think it was supposed to be exactly the same metal, but when we arrived we got smoked because it wasn't the same. So we had to go back to get some copper wiring and then make them again at like midnight.

What do you mean you got smoked? They all put us into a room, into the fallout hole. They were like "why is it not the same, you will change it overnight or else you're going to get really smoked in the morning PT".

▮▮▮▮▮▮▮▮▮▮▮

Were yall smoked or did you get it fixed? We stayed up late and we all got it fixed in the end so we weren't smoked that morning.

a.    What type of wire were the freshmen told to obtain? Copper wiring.

b.    How far were the freshmen told to go for this wire? I don't know. I don't know who went to get it ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

c.    Who gave the freshmen these directions? Answered.

d.    ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

e.    How was the wire paid for? By us, we all split it.

The notes included above accurately summ▮▮▮▮▮▮▮vided to the investigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Investigator Signature:** _____

**App'x 1015**


Student Name: ▬▬▬▬▬▬▬  UIN: ▬▬▬▬▬  ▬▬▬▬▬▬▬

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| How much did it cost? I don't remember how much it was.<br><br>8.    Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? No, I don't know anything about that.<br><br>9.    Can you tell us about corps games that you experienced? One that I can remember is they gave us a list of things that we had to go buy and everyone had to have exactly the same thing. The first time we got the list we were given like three hours to go to Whataburger to take a picture as a buddy class. Then we were assigned to go buy all of the things in the list in a certain amount of time. We didn't get it done within that time but we got everything by the end of the day. Some of the stuff was out of stock at Walmart so we couldn't get it. When we arrived we told them there wasn't any ammonia and they said "that's the most important thing".<br><br>For unification, some people got some other brooms or mops that other people did not have so they weren't unified. We got tasked to go buy the same thing as everyone has. Everyone had to have the same broom, the same mop. Those are the main things I remember.<br><br>Do you remember any other items you had to buy besides ammonia, the broom, and mop? I think I might have the list. Everything for the brass, everything to keep clean your hole. I think that was mostly it. There wasn't anything crazy there that we didn't use to clean. | |

The notes included above accurately summa▬▬▬▬▬▬▬d to the investigators.

Participant Signature: _____▬▬▬▬▬▬_____

Investigator Signature: _____

**App'x 1016**


**Investigation Statement Form**

Student Name: ███████████████   UIN: ███████   ██████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| What happened when you didn't have the ammonia? They just told us to go somewhere else where it was in stock the next day.<br><br>Who gave yall the list of items and the time limit? ████████████<br><br>████████████ ██████████████████████<br><br>██████████████████████████████<br><br>10.     Can you tell us about ████████ or other upperclassmen holding freshmen from class? Yes. During the academic day, if you went back to the dormitory because you forgot something or you just come back to the dormitory during the academic day, if a ████████ or someone saw you they'd tell you to stand on line. Everyone in the dorm would have to fall into their hole, everyone had to stand on the line. They would just keep you there. They'd ask when your next class was and say "you still got time". I know some fish arrived to their class late because they were standing on line.<br><br>What does standing on line mean? In your hole, there's a line in the floor dividing the hallway and your hole. Your feet have to be exactly behind the line. You just have to stand at attention and look forward. Just speak when they tell you to.<br><br>How long do you have to stand on line for? I don't think there's a specific time but it's just for whenever they leave or they tell you to go to class. | |

The notes included above accurately summar█████████████████ to the investigators.

Participant Signature: _____████████████_____

Investigator Signature: _____

**APP'X 1017**


Student Name: ██████████    UIN ████████    ██████████████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

What's the longest you had to stand on line? ██████████████ I just tried to not go back to the dorms until I was supposed to be there in the evening. But I was on line for about 20 minutes the one time. Also I do want to add that even though I would avoid coming back during the academic day, my buddies would try to tell me to come back to change their door cards.

11.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? Yeah that happened but I don't know specifically who. I tried to take naps and my door would get opened and banged on. They would just like watch me, I was like what the heck. I don't know specifically who because I was trying to sleep. I wouldn't look at them when they'd come in because they'd say "stop scoping me out" so I'd just try to go back to sleep. They pretty much just open the door, look at you, then leave.

12.    Can you tell us about not being allowed to lay down or sleep during the academic day? Nobody told us not to but I feel like the fear of getting smoked made us not do it.

Why did you fear that you'd get smoked if nobody told you that you weren't supposed to nap? Because they'd tell us "your buddy over there is sacking out" and they'd smoke them because that buddy is sacking out.

The notes included above accurately summ████████████████vided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1018**


## Investigation Statement Form

**Student Name:** ▓▓▓▓▓▓▓▓▓▓  **UIN:** ▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓

| Investigator Notes | For Student Corrections |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

Which buddy got smoked and then came and was mad at you? ▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

13.    Can you tell us about upperclassmen denying freshmen to go to the

library to study during EST?             I asked an upperclassman ▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓ He told me just go study with your buddies in here so I just went to

my buddies.

Which upperclassman was that? I never whipped out to him so I don't know

what his name was.

14.    Can you tell us about not being allowed to study in the library but having

to study in your room with the door open? I don't know specifically anything

The notes included above accurately summ▓▓▓▓▓▓▓▓▓▓▓vided to the investigators.

**Participant Signature:** _____▓▓▓▓▓▓▓▓_____

**Investigator Signature:** _____

**App'x 1019**


Student Name: ████████████     UIN: ████████     ████████████

| Investigator Notes | For Student Corrections |
|---|---|
| about that. I do have some buddies that told me that I was always at the library and they wanted me to study at the room.<br><br>15.  Can you tell us about your experience being kept up late at night? The only thing being kept up late at night is either us the fish doing a buddy meeting or just talking, or when we had to go make spurs because we didn't have the right stuff. I actually got like two hours of sleep because we were trying to do the spurs. So just that and academics.<br><br>16.  Can you tell us about upperclassmen disrupting evening study time? Just like the talking in the hallway, a lot of things going on. One example, whenever somebody is going to the restroom to shower or whatever, they have a speaker and they blast music while they're slow walking to the restroom. If any fish weren't doing any work anymore if they were done with everything, they'd all be in one hole and the upperclassmen would just be around with them. Then everyone else who was studying like me couldn't focus because of the music going off in the hallway.<br>Were yall told to be in one hole? No, we just do it to be around other buddies.<br><br>17.  Can you tell us about doing extra pushups and burpees off the quad during FOW? One time we had to go under the bridge by Kyle Field. That's the only outside the quad. The runs were with the other outfits. I don't remember any other exercise off the quad.<br>You weren't taken to a secluded area off campus to go do exercises? No. | |

The notes included above accurately summari█████████████ided to the investigators.

Participant Signature: _____████████████_____

Investigator Signature: _____

**App'x 1020**


Student Name: ███████████████    UIN: ███████    ███████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

18.     Can you tell us about cadets passing out during PT and being told not to say anything? I know that people passed out but I don't know about them being told not to say anything.

19.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Yeah. ██████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

20.     Can you tell us about the freshmen being required to wear a fully buttoned shirt tucked into shorts and wearing socks pulled all the way up when not on the quad? No, that we only used whenever we're inside our holes or the hallway. Outside we don't have to do anything like that. But they did tell us that we didn't necessarily have to do it but they advised us to do it.

What were you advised to do? Put on long white socks, tuck the shoe laces inside the shoes, tuck your shirt into your pants, you can't wear anything on your head, you can't wear backpacks you have to hold them. That was just inside the hallway and in the holes. Anytime we were in the hallway or our holes.

Who advised yall to do that? I don't remember who it was, ████████ ████████

The notes included above accurately sur████████████vided to the investigators.

Participant Signature: _____████████████_____

Investigator Signature: _____

**App'x 1021**


## Investigation Statement Form

Student Name: ███████████████     UIN: ███████     ████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| What happened if you weren't dressed like that? They'd just tell us to go change. They'd say "you're not wearing fish dress". Is what you're describing different than your uniform? Whatever we have on for the classes, when we'd go into the hallway we'd just changed that into pulling up our socks, tuck in our shoelaces, tuck in our shirts. Then when we'd go out we'd untuck everything. 21. Can you tell us about not being allowed to go to certain places on campus to eat? I don't think so. I never heard about that. 22. Can you tell us about not being allowed to go to church during the week? I don't know anything about this. 23. Can you tell us about cadets being afraid to go back to the dorms after class? Yeah, it's kind of what I said earlier. Let's say we finished class. Personally I would just wait to go back until I had to because I didn't want to just stand on line. 24. Can you tell us about not being allowed to eat a full meal? I don't know anything about this. I think we were encouraged to eat as much as possible because we burn a lot of calories when we work out. 25. ████████████████████ ██████████████████████████████████████ | |

The notes included above accurately sum█████████vided to the investigators.

Participant Signature: _____███████████_____

Investigator Signature: _____

App'x 1022



## Investigation Statement Form

**Student Name:** ▉▉▉▉▉▉▉▉▉▉  **UIN:** ▉▉▉▉▉▉  ▉▉▉▉▉▉▉▉▉

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |
| ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ Which upperclassmen were those? I don't know which one.<br><br>26.   Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? I don't remember having anything.<br><br>27.   Is there anything we haven't asked you about that you would like to share? I don't think so. | |

The notes included above accurate ████████ n provided to the investigators.

**Participant Signature:** ___████████████_____

**Investigator Signature:** _____

**APP'X 1023**



## Investigation Statement Form

Student Name: ███████████  UIN ████████  ███████████

| Investigator Notes | For Student Corrections |
|---|---|

1.    What was your experience like within Squadron-17? You know there were some ups and downs. ███████████

████████████████

a.    How would you describe the culture in Sq-17? Very demanding. You have to do a lot more PT than other outfits since it is an all male outfit. Another thing, that since I was a Challenger Fish then there are higher expectations from others. I have to show other fishes and other outfits that I am tougher.

████████████████

2.    Can you tell us about freshmen having gashes on their forearms? I could say that they are from the exercises from PT. we would go into the concrete and bear crawl and we would have to keep going even if we were bleeding. We were told to keep going even ifwe were bleeding. I don't know who told us to keep

The notes included above accurately summari███████████ded to the investigators.

Participant Signature: _____████████_____

Investigator Signature: _____

**APP'X 1024**


Student Name ███████████████  UIN: ███████  ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

going. ████████████████████████████████████

███████████ I did not get any injuries. I know of some people who had scratches but I don't who it was. ████████████████████████ by the cadre. The scratches I don't know who it was led by.

3.  Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? Yeah uhmm. There was one time for me specifically. ████████████████████

████████████████████████████████████████
████████████████████████████████████████

whipping out with one person. I was asked who I did not whip out to . I said one person and then I ended up whipping out to that individual.  I whipped out with that individual and was pushed across the hallway and I was tackled. That person was ███████ that I whipped out to and then pushed me, he also tackled me. I don't remember who else was there but they were ████████████ Don't remember what time of the day ████████████

4.  Can you tell us about being told to keep shower and toilet doors open? We were told to keep them open, but they told us that you don't have to do it but we were joking. If you have it closed then you must be jacking off. Everyone told us this. It was not a specific someone who told us. I heard someone shouting while

The notes included above accurately summ███████████████ to the investigators.

Participant Signature: _____████████████_____

Investigator Signature: _____

**App'x 1025**



**Investigation Statement Form**

Student Name: ▪▪▪▪▪▪▪▪▪   UIN: ▪▪▪▪▪▪   ▪▪▪▪▪▪▪▪▪

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| I was taking a shower. Sometimes I used it with door shut and there were no problems when I chose to keep it shut. | |

5.

▪▪▪▪▪▪▪▪ I do not know about that. ▪▪▪▪▪▪▪▪

▪▪▪▪▪▪▪▪

6.

Yeah, ▪▪▪▪▪▪▪▪

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

7.      Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? We were told to be exactly as the upperclassmen had build theirs. First we did it with a different metal, We got smoked for not matching. We were all put in the fallout hole ▪▪▪▪▪▪▪▪

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

a.      What type of wire were the freshmen told to obtain? copper wiring

b.      How far were the freshmen told to go for this wire? I don't know. ▪▪▪

▪▪▪▪▪▪▪▪▪▪ but I don't know where he went

c.      Who gave the freshmen these directions?

The notes included above accurately summari▪▪▪▪▪▪▪▪▪d to the investigators.

Participant Signature: _____

Investigator Signature: _____

**App'x 1026**


**Investigation Statement Form**

Student Name: ███████████ UIN: ████████ ███████████████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

d.       Which freshmen went to get the wire? There were a couple people. ███

███████████████████████████

e.       How was the wire paid for? The freshmen class paid for it. I don't remember how much it cost.

8.       Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? I don't know anything about that.

9.       Can you tell us about corps games that you experienced? One that I can remember. They gave a list of things to buy and they all have to match. We were given 3 hours to go to Whataburger to take a picture as a class and then assigned to go buy all of the things on the list in a certain amount of time. We got the things but there were a few items that were not available. Ammonia was out at Walmart. We needed to be unified in the items that everyone had. Same broom and same mop. Other items, brass cleaner, cleaning supplies nothing crazy that we did not use to clean. Told us to go get some the next day.

Who gave you the list and the time limit? ██████████████████

████████████████████████

10.       Can you tell us about ██████████ or other upperclassmen holding freshmen from class? Yes, during academic day, if you go back to the dorm because you forgot something, ███████████████████ then you would have to stand on line and everyone else would come in and keep you there. Ask what time is you next class and then tell us that we would still make it and some of the

The notes included above accurately summariz██████████ded to the investigators.

Participant Signature: _____██████████_____

Investigator Signature: _____

**App'x 1027**


**Investigation Statement Form**

Student Name: ▓▓▓▓▓▓▓▓▓   UIN: ▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓

| **Investigator Notes** | **For Student Corrections** |
|---|---|

fish would arrive late to class. Standing online meant standing behind a certain line at attention inside of your hole. How long would you stand? I was on the line for about 15 to 20 mins. After it happened once, I tried not to go back to the dorm They would tell us to leave when we told them that I had class, My buddies were telling me to come back so that I could change their door card for them.

11.     Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? Yeah, that happened. I don't know who specifically did it because I was asleep and I did not want to look at them in the face. I just tried to go back to sleep after they opened the door, looked at me and then left.

12.     Can you tell us about not being allowed to lay down or sleep during the academic day? Nobody told us not to. The fear of getting smoked made us not to. They would say, your buddy is sacking out and we will smoke you. ▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

13.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? I was part of this. I asked ▓▓▓▓▓▓▓▓▓

The notes included above accurately summari� ▓▓▓▓▓ ed to the investigators.

Participant Signature: _____▓▓▓▓▓▓_____

Investigator Signature: _____

**APP'X 1028**


Student Name: ███████████████     UIN: ███████     ██████████████

| **Investigator Notes** | **For Student Corrections** |

█████████████ I filled out an out of dormitory pass. ███████████

██████████████████████████████████████████████

I don't know his name.

14.     Can you tell us about not being allowed to study in the library but having to study in your room with the door open? I don't know anything about that. I do have some buddies that told me, you are always at the library so why don't you come back to the dorm.

15.     Can you tell us about your experience being kept up late at night? The fish having to do a buddy meeting and talking or when we had to make spurs because we did not have the right stuff. I got two hours of sleep.

16.     Can you tell us about upperclassmen disrupting evening study time? Talking outside in the hallway, a lot of things going on. One example, when someone going to the restroom to shower, they would blast the speaker. Fish not doing any work, would be in one hole.

17.     Can you tell us about doing extra pushups and burpees off the quad during FOW? One time we had to go to Pickards Pass to do exercises. Not to a secluded area>

18.     Can you tell us about cadets passing out during PT and being told not to say anything? I know people passed out but I don't know if they were told not to say anything

The notes included above accurately su████████████████d to the investigators.

Participant Signature: _____██████████████_____

Investigator Signature: _____

**App'x 1029**


**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮▮▮▮    UIN: ▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 19. Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Yeah, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br><br> 20. Can you tell us about the freshmen being required to wear a fully buttoned shirt tucked into shorts and wearing socks pulled all the way up when not on the quad? We only used that when we were in the dorm. Outside the dorm we were not required to do any of that. They said that we did not have to do it but it was advised that we did it. To wear long white socks, tuck in shoe laces in the shoes, tuck in your shirt into your pants. Take off anything on your head and take off backpack, you can't wear the backpack but hold it in your hand. Anytime that they were in the dorm. I don't remember who told us to do this. What happened if you were dressed incorrectly. They would tell us to go wear fish dress and fix ourselves. We were told when we left the dorm then untuck everything <br><br> 21. Can you tell us about not being allowed to go to certain places on campus to eat? I don't think so. I never heard anything about this. <br><br> 22. Can you tell us about not being allowed to go to church during the week? I don't know anything about this | |

The notes included above accurately summ▮▮▮▮▮▮▮▮▮▮▮ed to the investigators.

Participant Signature: _____▮▮▮▮▮▮▮▮▮▮▮_____

Investigator Signature: _____

App'x 1030



**Investigation Statement Form**

Student Name: ▓▓▓▓▓▓▓▓▓▓  UIN: ▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 23.  Can you tell us about cadets being afraid to go back to the dorms after class? Same as what I said. I would wait until I had to go back so that I would not have to stand online. 24.  Can you tell us about not being allowed to eat a full meal? I don't know anything about this. We were told to eat as much as possible since we burn a lot of calories. 25. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 26.  Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? I don't remember having anything. 27.  Is there anything we haven't asked you about that you would like to share? I don't think so. | |

The notes included above accurately summar▓▓▓▓▓▓▓▓▓▓▓e investigators.

**Participant Signature:** _____▓▓▓▓▓▓▓▓▓▓▓_____

**Investigator Signature:** _____



## Student Conduct Investigation
## Acknowledgement

| Name: █████████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ████████ | |

**Classification:** ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional

**Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable)

| | |
|---|---|
| | |
| Email: ████████████ | Telephone #: ████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'x 1032**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

-------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▓▓▓▓▓

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

-------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

-------------------------------------------------------------------------

**Participant signature:**_____


**Investigation Statement Form**

**Student Name** ███████████          **UIN:** ███████          ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 1.     What was your experience like in Squadron 17?<br><br>There was some hazing going on, ███████████████████████ But there were also some ██████████ who were good dudes. It was definitely a learning experience.<br><br>a.     How would you describe the culture in Sq-17? It kind of depends on who you're talking to. Some of the ███████████ are good dudes, Christian, true to the mission. Some are like the navy seal David Goggins, trying to be the hardest on the quad, trying to grow us in a negative way.<br><br>2.     Can you tell us about the incident where you were told to whip out to upperclassmen in dark dorm rooms and then were shoved over and wrestled? It was during fish week, I don't remember what day. ████████████████ ██████████ They turned all the lights off and ███████████████ into separate dorm rooms. They were blaring ACDC. They sent us to different rooms, they had furniture pushed up against the door, you had to climb over that and sheets and stuff. You'd have to try to finish the whip out while holding your ground while they were trying to knock into you and shove you over.<br><br>Which    and    were these? ████████████████████ ███████████████████████████ ██████████<br><br>Which freshmen were sent to the rooms to do that? All of us.<br><br>How long did that activity last? I really don't remember. | |

The notes included above accurately sum████████ information provid██ to the ██vestigators.

**Participant Signature:** _____ ██████████████ _____

**Investigator Signature:** _____

App'x 1034


**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮▮    UIN: ▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| Do you remember the time of day? I think it was evening or night. | |

3.      Can you tell us about ▮▮▮▮ and corps games during study time? Yeah, he would single out people. ▮▮▮▮▮▮▮▮▮▮▮▮

4.      Can you tell us about ▮▮▮▮ and corps games? It was kind of the same thing. ▮▮▮▮▮▮▮▮▮▮

The notes included above accurately su▮▮▮▮▮▮▮▮▮▮vestigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮▮_____

Investigator Signature: _____

**App'x 1035**


**Investigation Statement Form**

Student Name [REDACTED]          UIN: [REDACTED]          [REDACTED]

**Investigator Notes**                                    **For Student Corrections**

[REDACTED]

5.      Can you tell us about [REDACTED]

[REDACTED] ? Yeah, [REDACTED]

[REDACTED]

Do you remember the other [REDACTED]

[REDACTED]

But for sure [REDACTED] was one of them? Yes.

6.      Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? I never personally tried to nap. I know it happened a lot but I tried to stay out of there as much as I could. I know a lot of people would try to nap and they'd have their roommate wake them up when they heard footsteps. We weren't allowed to nap during the academic day. Who told yall you couldn't nap? They didn't tell us we couldn't but anytime we tried to the door would get kicked in and they'd wake us up and make us do something. That's what I heard, I just never napped in there, I would nap off the quad somewhere. Where would you go to nap? Either in my car or the library.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____[REDACTED]_____

Investigator Signature: _____



## Investigation Statement Form

**Student Name:** ▐▐▐▐▐▐▐▐▐▐▐▐▐   **UIN:** ▐▐▐▐▐▐▐   ▐▐▐▐▐▐▐▐▐▐▐▐▐

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| What would they make freshmen do who were napping? They'd tear their door card up and make them redo it or say there was dust in their room, something like that. | |

7.  Can you tell us about upperclassmen denying you to go to the library to study during EST? Yeah, it wasn't all of them. ▐▐▐▐▐▐▐▐▐

▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐

▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐

Do you remember any names in particular? No, ▐▐▐▐▐▐▐

▐▐▐▐▐▐▐

8.  Can you tell us about being told to keep shower and toilet doors open? Yeah, they just said it was "good bull" and "tradition" since in the 50s there weren't doors.

Who told yall that? ▐▐▐▐▐▐ don't remember who in particular.

What would happen if you didn't keep the doors open? Most of the time it was just the freshmen showering and the ▐▐▐▐▐▐ weren't in there so it was fine. It was also right before I left that they did that. Most of the freshmen would still leave the doors open because they were scared an▐▐▐▐▐▐would come in though.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐

**Investigator Signature:** _____

**APP'X 1037**



**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮▮   UIN: ▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

9.      Can you tell us about your experience being kept up late at night? That was during fish week. We would get sent off to lights out. I don't know what they'd hit against the door, it sounded like a chain, from 11:30pm until 12:30/1am they'd be hitting it against our doors and shaking our door handles. Do you know who or why they were doing that? I just assumed it was to make us tired, I never saw who.

10.      Can you tell us about ▮▮▮▮▮▮ disrupting evening study time by playing music, hollering, or any other methods? Sometimes it would be greeting. They'd step in and step out, step in, step out. Or they'd have you post on line if they knew you liked something and they wanted to hear about it. We also didn't put a boot in our door, we'd put a trunk there to keep the door wide open. How many times would they step in and out for you to greet in an average night during EST? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ would say it would happen maybe 2-3 times.

▮▮▮▮▮▮▮▮▮▮ No, it depended on who was there. ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Can you elaborate on posting on line during EST? ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The notes included above accurately su▮▮▮▮▮ th▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ the investigators.

Participant Signature: _____▮▮▮▮▮▮▮▮▮▮▮▮_____

Investigator Signature: _____

**APP'X 1038**



**Investigation Statement Form**

Student Name: ███████  UIN: ███████  ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

███████

11.     Can you tell us about not being allowed to lay down or sleep during the academic day? Answered.

12.     Can you tell us about doing extra pushups and burpees off the quad during FOW? Not really. Nothing outside of the physical training time.

13.     Can you tell us about cadets passing out during PT and being told not to say anything? I don't remember anyone passing out. I remember people throwing up. ███████

! ███████

███████

Anything else during PT? I just remember people throwing up from running but other than that no. The bear crawls messed some people's hands up, I know that. Their hands would get scabbed. Same with seal crawls. Seal crawls are where you leave your legs and just wiggle on your arms.

Where would yall do seal crawls? I think it was in the gym at the main rec. They would take all the freshmen ███████

The notes included above accurately s███████the information provided to the investigators.

Participant Signature: _____ ███████ _____

Investigator Signature: _____



**Investigation Statement Form**

Student Name: ███████  UIN: ███████  ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| Was there any time you remember anybody getting scabs or gashes on forearms? A lot of guys had those. It was mostly from the seal crawls because you're using your forearms to drag yourself across the floor.<br><br>14.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? Yeah that happened a lot of the time. That was like every day. That was pretty normal.<br><br>Anyone in particular yelling or it being directed to? They did it to all of us.<br><br>███████████████████████████████<br><br>15.    Can you tell us about the freshmen being required to wear a fully buttoned shirt tucked into shorts and wearing socks pulled all the way up when not on the quad? That's called fish dress. During FOW they made you wear that no matter where you were. After FOW they said you wear it in the dorms and as soon as you go out don't wear it because you look retarded. You had to button your shirt to the highest button. If you were in a hoodie you had to tuck the strings in, same on your shorts and your shoelaces had to be tucked in, pull your socks all the way up. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ___████████████___

Investigator Signature: _____

**APP'X 1040**


## Investigation Statement Form

**Student Name:** ▮▮▮▮▮▮▮  **UIN:** ▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

What happened if you didn't wear fish dress? They would stop you and make you post against the wall and then fix it and make a statement about it, then they'd tell you to go.

What is "post against the wall"? Standing at attention against the wall with your back, head, and heels against it. They'd tell us "get on the wall" and "keep our grape against the wall". We weren't allowed to know certain words like head, mouth, or ball. Our head was grape, mouth was sock, and ball was sphere/spherical object.

16.  Can you tell us about not being allowed to go to certain places on campus to eat? Yeah, we weren't allowed to go to the quadbucks. On Wednesday when we had free flow dinner, we weren't allowed to go eat anywhere but Duncan.

Who told yall those rules? ▮▮▮▮▮▮▮ Everyone. We were told it wasn't a fish privilege to do that. Most of the ▮▮▮▮▮ would still go eat at Duncan too. For lunch they would say "it's good bull to eat a Duncan for lunch with your buddies" and "if you don't, you're soft".

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Investigator Signature:** _____

APP'X 1041


## Investigation Statement Form

Student Name ▮▮▮▮▮▮  UIN: ▮▮▮▮▮  ▮▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| Did any fish go to quadbucks or eat outside of Duncan? No, not that I know of. Well for lunch people would go other places sometimes. Any repercussions from that? Not really, they'd just say "why are you at the commons, you should be at the dorm with your buddies". They'd say "you need to spend all your time in the dorm if you're not at class". If you came back from somewhere that wasn't class or Duncan you'd get chewed out. We weren't allowed to do stuff outside of 17, or it was strongly encouraged that you don't. Like the corps athletic teams. They encouraged us to do FLOs but outside of that they discouraged everything. Some kids tried to play corps soccer or something and they discouraged that and said you'd have to do more training times because you were missing time with your buddies. A lot of kids would try out and then stop because they didn't want to deal with the ▮▮▮ Same with PMC or fish drill team, they said we could do it but it wouldn't be looked well upon by ▮▮▮▮▮.<br><br>17.  Can you tell us about not being allowed to study in the library but having to study in your room with the door open? Answered.<br><br>Who told yall to prop the doors with footlockers/trunks? ▮▮▮▮▮ We did it during FOW and then during the school year they told us to keep our doors open so we just did it. If we put a boot in instead we'd get yelled at to put the trunk there. | |

The notes included above accurately su▮▮▮▮▮▮▮▮▮▮ investigators.

Participant Signature: _____▮▮▮▮▮▮▮▮_____

Investigator Signature: _____

**App'x 1042**


**Investigation Statement Form**

Student Name: ███████████     UIN ██████████     ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

18.    Can you tell us about not being allowed to go to church during the week?

Not really. ████████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
█

19.    Can you tell us about cadets being afraid to go back to the dorms after

class? Yeah that was all the time, just about everyone. Sometimes ██████████

████████████████████████████████
████████████████████████████████

Why were yall afraid to go back? We didn't want to get chewed out, yelled at,

messed with, anything really. It's just best to stay out of there as much as

possible. That's why people would try to find church events or FLO invitationals

to go to so they wouldn't have to be there in the evenings. If one buddy was in

the dorm they'd have him sign everyone's door card just so they wouldn't have

to go back.

20.    Can you tell us about not being allowed to eat a full meal? Yeah, if you

got there late. It was one extreme or another, they'd either make someone eat a

lot or if you didn't have time to eat than it was too bad. During FOW and after

that, ████████████████████████████

████████████████████████████████
████████████████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____ ████████████████ _____

Investigator Signature: _____

**App'x 1043**


## Investigation Statement Form

Student Name **▮▮▮▮▮▮▮**     UIN: **▮▮▮▮▮▮▮**     **▮▮▮▮▮▮▮**

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| would ask us questions about the news or sports or whatever, then you'd have to make a statement to answer it, then ask permission to eat again. If you didn't have time to eat because of that it was just too bad, you just ate what you could and then cleaned up.<br><br>21.<br><br>         Answered.<br><br>22.    Can you tell us about corps games that have impacted your academics? That was like if our door card was messed up you'd get chewed out. If your uniform was messed up slightly or if your pins weren't shiny enough, they'd tell you to redo it or fix it. Or if your tuck was wrong they'd still make you fix it even if it made you late for class. The door card was the main thing, if the line was off or the tape didn't appease them they'd make you do it again. On our door card you have to sign out where you go and write your schedule out. If you didn't have quizzes you'd draw a line through that and if the line wasn't perfectly straight you'd have to redo it. The tape if it wasn't perfectly straight and flat on your door they'd make you take it off and redo it.<br><br>23.    Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? I can look.<br><br>24.    Is there anything we haven't asked you about that you would like to share? No ma'am that's everything I can think of. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ___▮▮▮▮▮▮▮_____

Investigator Signature: _____

**APP'X 1044**



## Investigation Statement Form

Student Name: ████████          UIN: ████████          ████████████

**Investigator Notes**                                    **For Student Corrections**

████████████████████████████

a.      How would you describe the culture in Sq-17? It kinda depends on who you are talking to. Some upperclassmen are Christian and are doing good. Then some were being hard to make you stronger.

2.      Can you tell us about the incident where you were told to whip out to upperclassmen in dark dorm rooms and then were shoved over and wrestled? It was during fish week, don't remember what day. ████████████

████████████████████████████

3.      Can you tell us about ████████ nd Corps games during study time?  He would single out some people. ████████████

████████████████████████████

The notes included above accurately ████████████████████ the investigators.

Participant Signature: ___████████████_____

Investigator Signature: _____

**App'x 1045**


## Investigation Statement Form

**Student Name:** ███████████     **UIN:** ██████████     ███████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ | 4. posting on line at your doorway |

4.      Can you tell us about █████ and Corps games? He did kinda the same thing. Be obnoxious about stuff. ██████████████████

███████████████████████████████████
███████████████████████████████████

5.      Can you tell us about ███████████████

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

6.      Can you tell us about ████████████ kicking in doors during the academic day while cadets were trying to nap? I never personally tried to nap, I tried to stay out of there. I heard of my buddies having it done to them. Who told you could not nap? Never were told not to nap, it was that everytime you did then it would happen where they kicked in the door. I would nap in my car or the library. They would tear the door card off and rip it up and make them redo it.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ___████████████████___

Investigator Signature: _____

**APP'X 1046**



## Investigation Statement Form

**Student Name** ████████████     **UIN:** ████████     ████████████████

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

**For Student Corrections**

7.    Can you tell us about ████████ denying you to go to the library to study during EST? ████████████████
████████████████████████████

8.    Can you tell us about being told to keep shower and toilet doors open? They said that it was good bull and tradition to keep them open since they did not have doors in the Corps back in the 50's. Don't remember who said this. It was mostly the freshmen who were having to shower at once that we were able to close the door but some were scared that an upper would come in so they would leave the doors open.

9.    Can you tell us about your experience being kept up late at night? That was during fish week. Sent to our room at lights out, they would hit the doors with what sounded like a chain and shaking the door handle from 1030 to 1230 at night.

10.    Can you tell us about ████████ disrupting evening study time by playing music, hollering, or any other methods? Some time there would be instances where they would step in and then step out of our room in order to make us greet. We would not put a boot in the door but instead a trunk to keep it wide open.

How often would this happened? It would depend on who was on duty. It would happen 2 to 3 times a night. ████████████████

████████████████

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ___████████████████_____

**Investigator Signature:** _____

**APP'X 1047**


## Investigation Statement Form

**Student Name** ████████████     **UIN:** ███████     ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

███████████████████████████

11.     Can you tell us about not being allowed to lay down or sleep during the academic day? See above

12.     Can you tell us about doing extra pushups and burpees off the quad during FOW? Did not happen outside of physical training time.

13.     Can you tell us about cadets passing out during PT and being told not to say anything? I don't remember anyone passing out ████████████

███████████████████████████

14.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? That happened a lot of the time. That was everyday, that was normal. They kinda did it to all of us ████████████

███████████████████████████

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** _____███████████████_____

**Investigator Signature:** _____

**APP'X 1048**


**Student Name:** ▮▮▮▮▮▮▮▮▮ **UIN:** ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 15. Can you tell us about the freshmen being required to wear a fully buttoned shirt tucked into shorts and wearing socks pulled all the way up when not on the quad? It is called fish dress. During FOW we would wear it everywhere we went. After FOW we did not have to wear it out because it looked stupid. Tuck shoe laces into shoes, button our shirt all the way up and if hoodie had string then we had to tuck them in. | |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

What happen if you didn't? they would stop you and make you post against the wall, make a statement, fix yourself and then release you.

16. Can you tell us about not being allowed to go to certain places on campus to eat? We were not allowed to go to Quadbucks. On Wednesday, we were not allowed to go eat anywhere else except Duncan during free flow chow. They would say that it is good bull to eat at Duncan with your buddies and if you don't then you are soft. For lunch during the day we would go to the Commons to eat. If you were caught they would just ask us why are you are not in the dorm. They would chew us out. We were strongly encouraged not to do anything outside of SQ 17. They encouraged the FLOs but they would discourage us to do Corps Athletics teams. Some Freshmen were told that the uppers would not look well on them for doing FDT or PMC.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Investigator Signature:** _____

**APP'X 1049**


Student Name ▮▮▮▮▮▮    UIN: ▮▮▮▮▮    ▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 17.   Can you tell us about not being allowed to study in the library but having to study in your room with the door open? See above. ▮▮▮▮▮ told us to put footlockers in the door. | |
| 18.   Can you tell us about not being allowed to go to church during the week? ▮▮▮▮▮▮▮▮▮▮ | |
| 19.   Can you tell us about cadets being afraid to go back to the dorms after class? That was all of the time. Just about everyone. ▮▮▮▮▮▮▮▮▮▮ | |
| 20.   Can you tell us about not being allowed to eat a full meal? It was one extreme or the other, if you did not have time to eat then you did not eat. Or id you had time then you would be forced to eat too much. During FOW ▮▮▮▮▮▮▮▮▮▮ | |
| 22.   Can you tell us about corps games that have impacted your academics? If the door card or uniform was slightly messed up then you would get chewed out. | |

The notes included above accurately ▮▮▮▮▮▮▮▮▮▮ investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮

Investigator Signature: _____

**App'x 1050**



**Investigation Statement Form**

Student Name ▇▇▇▇▇ UIN: ▇▇▇▇▇ ▇▇▇▇▇▇▇

| Investigator Notes | For Student Corrections |
| --- | --- |
| If your line drawn on the door card is not exactly as they liked or perfectly straight then they would make you redo it. <br><br> 23.　Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? I can look. We reminded that he can submit that later. <br><br> 24.　Is there anything we haven't asked you about that you would like to share? No ma'am that is everything. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▇▇▇▇▇▇▇▇▇▇▇

Investigator Signature: _____

**APP'X 1051**



# Non-Student Conduct Investigation
# Acknowledgement

| **Name:** Nicholas Binkley | **Pronouns (*Optional* i.e., ze, she, he, they):** |
|---|---|
| **Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| Trigon 204 | |
| | |
| **Email:** nbinkley@corps.tamu.edu | **Telephone #:** 979-458-6969 |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should be aware that you may choose to not answer questions or make any statement at all.

Please be advised that according to Texas State Law, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (***Texas Education Code § 37.152. Hazing***).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement officials (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

Digital or other recordings of this investigation interview are not permitted.

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules.

**APP'X 1052**



**Acknowledge each statement by placing your initials in the space provided:**

NEB
_____ I acknowledge my responsibility to be truthful.

NEB
_____ I understand that I have the option not to answer questions or make any statement at all.

NEB
_____ I understand that I have the ability to choose which questions I answer when meeting with investigators and can vocalize which questions I do not feel comfortable answering, which shall be included in the investigators' notes.

NEB
_____ I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than 10/10/2024_____ (Date).

NEB
_____ I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

NEB
_____ I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

NEB
_____ I understand that information and/or statements I provide in this investigation may be made available to other individuals if they are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

--------------------------------------------------------------------------------

**Initial that which applies:**

NEB
_____ I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident.

--------------------------------------------------------------------------------

**Participant signature:**_____Date: 10/8/2024_____

**APP'X 1053**

**Investigation Statement Form**



Non-Student Name: Nicholas Binkley                    Interview Date: 10/8/2024

| Investigator Notes | Non-Student Corrections: |
|---|---|
| 1.  What is your role within the Corps in relation to Squadron-17? I am a AS100 instructor for ROTC and several of my students are in Squadron 17 so I see them when they come to our classes or have one on one interviews about ROTC.<br><br>2.  Can you describe the gashes that you observed on two freshmen's forearms? They were approximately 3-4 inches wide, maybe 1 or 1.5 inches long. They looked pretty deep. They were completely scabbed over. It was on both forearms of all of the individuals. There was one that I saw originally, I pulled him into the office and asked about the cuts. He said "I did this to myself" and I asked what he meant. He said "they had us doing planks and it's my fault this happened". He then said "this is what it takes to be a man". I didn't ask what squadron he was in at the time. Went into the class to teach and noticed two more had the same thing. I asked what squadron they were with and they all three said they were with 17.<br><br>a.  When did you notice the gashes? It was either the first or second week of school. I do have an email between myself and GySgt Regan from when I told him so I have the email confirming the day I sent that email.<br><br>b.  How did you notice the gashes? Answered.<br><br>c.  How big were the gashes? Answered.<br><br>d.  Which freshmen were these? I did not get their names. (Investigator asked if he could identify with pictures, NB said no because it was the first week of class) | 1. the word "interviews" should have been "counselings" |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

App'x 1054


Non-Student Name: Nicholas Binkley                    Interview Date: 10/8/2024

**Investigator Notes**                                **Non-Student Corrections:**

3.

I was not there for that one.

a.                                        √/a

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

a.    Which upperclassman told the freshman not to wear his contract pin in order to be standardized with his non-contract freshmen peers? He did not tell me the name.

b.

He did not tell me the name.

5.    Which freshmen did you speak to regarding their fish spurs? It was several of them in the class. I didn't get names, I just reported it up. It was entire row of five of them in my class. One thing I didn't put in the report because it was second hand. I asked the first one why they were using it, he said they made him drive 50 minutes away. The next one I talked to about why they did it, they said they used the coat hangers the first time and then the upperclassmen said they did it the wrong way and that's when they told the freshmen they had to get the thick gauge copper wire. So that was from two different freshmen I heard

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1055**


Non-Student Name: Nicholas Binkley                    Interview Date: 10/8/2024

| **Investigator Notes** | **Non-Student Corrections:** |
|---|---|
| from. Another thing is I had many conversations about it, they said it was tradition. None of them could say when the tradition started. I know for a fact it wasn't a tradition when Major Parish went through. We didn't see them last year. | |

from. Another thing is I had many conversations about it, they said it was

tradition. None of them could say when the tradition started. I know for a fact it

wasn't a tradition when Major Parish went through. We didn't see them last year.

a.        Which freshmen told you they were directed to drive 50 minutes away

for specific wire? I don't remember.

b.        Where were the freshmen told to go to get the wire? They didn't say

that. I think they said something along the lines of "we had to figure it out".

c.        What type of wire were they directed to acquire for their fish spurs?

Thick gauge copper wire.

d.        Who purchased the wire? They did not tell us who purchased it.

e.        Who told the freshmen to go to that location and to get that type of

wire? I don't know. The majority of the time I asked the questions, they just say

"it's my upperclassmen", they don't give names.

████████████████████████████████████

a.        Which upperclassmen told the freshmen this? I'm not sure.

7.        Is there anything else that was shared with you by any of the Sq-17

freshmen that we haven't discussed? ████████████

████████████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

App'x 1056



**Investigation Statement Form**

Non-Student Name: Nicholas Binkley

Interview Date: 10/8/2024

| **Investigator Notes** | **Non-Student Corrections:** |
|---|---|
| | |

Additional questions:

I think it's Hays but I'm not 100% sure on that.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1057**



## Non-Student Conduct Investigation
## Acknowledgement

| **Name:** Austin Fairbairn | **Pronouns** (*Optional* i.e., ze, she, he, they): |
|---|---|
| **Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| Trigon 222 | |
| | |
| **Email:** afairbairn@corps.tamu.edu | **Telephone #:** 979-845-7611 |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should be aware that you may choose to not answer questions or make any statement at all.

Please be advised that according to Texas State Law, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. Hazing*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement officials (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

Digital or other recordings of this investigation interview are not permitted.

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules.

**App'x 1058**



**Acknowledge each statement by placing your initials in the space provided:**

_AF_ I acknowledge my responsibility to be truthful.

_AF_ I understand that I have the option not to answer questions or make any statement at all.

_AF_ I understand that I have the ability to choose which questions I answer when meeting with investigators and can vocalize which questions I do not feel comfortable answering, which shall be included in the investigators' notes.

_AF_ I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than 10/10/2024 _____ (Date).

_AF_ I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

_AF_ I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

_AF_ I understand that information and/or statements I provide in this investigation may be made available to other individuals if they are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

-----------------------------------------------------------------------------------------------

**Initial that which applies:**

_AF_ I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident.

-----------------------------------------------------------------------------------------------

Participant signature: _Anthony J Frida_ Date: 10/8/2024

**APP'X 1059**



**Investigation Statement Form**

Non-Student Name: Austin Fairbairn                    Interview Date: 10/8/2024

| Investigator Notes | Non-Student Corrections: |
|---|---|
| 1.      What is your role within the Corps in relation to Squadron-17? Squadron 17, nothing. I am just an airforce advisor/mentor for squadron 16, 21, and special tactic squadron. And all the air force rotc freshmen. So the squadron 17 freshmen I've interacted with are those that I see in classes multiple times per week.<br><br>2.      Can you describe the gashes that you observed on two freshmen's forearms? They were holding up their arms. They were more than just a cut, smaller than a hemorrhaging wound, but they were scabbed over on the bottoms of their forearms on multiple cadets. I would use the word large or even extra large. Enough to draw our attention.<br><br>a.      When did you notice the gashes? I believe it was the first or second week of school, it was very early on in the semester. In our AERS-101 class, that's the one that myself, Capt Binkley, and another professor teach.<br><br>b.      How did you notice the gashes? Those cadets were sitting in the front row so when they adjusted their arms or hands it was easily noticed because of the size of the gashes. They each had gashes, I don't remember if it was both arms for each but each cadet had at least one gash. I believe it was both arms but I don't recall completely.<br><br>c.      How big were the gashes? 5-6 inches, maybe 7 but probably 5-6 inches long. Wide I would say an inch or half an inch. It was inconsistent on the way | Sq 17 (and all AFROTC) freshmen are my students |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _Austin J Fair_

Investigator Signature: _____

App'x 1060

**Investigation Statement Form**



Non-Student Name: Austin Fairbairn                    Interview Date: 10/8/2024

| **Investigator Notes** | **Non-Student Corrections:** |
|---|---|
| down. More than an abrasion though. The flesh had been cut, it was definitely a gash and it had sealed over with a scab. | *change "cut" to "torn open" |
| d.       Which freshmen were these? I didn't get their names at that time. Mistake on our part. But we asked them what unit they were in and they said Squadron 17, both of them. I'm afraid even if I saw their faces I don't know if I'd recall at this point. | *Remove "Mistake on our part"  *Remove "I'm afraid" (fear is not my intent here) |
| 3. | |
| I'm probably not going to answer at this time to protect the cadet's identity ███████ | ████████ |
| ██████████████ | |
| a.                              I don't know. And the cadet couldn't recall either. Seeing that it was early on in the semester I don't know that he knew exactly. | *change "I don't know that..." to "he voiced that he didn't know exactly who it was" |
| ██████████████ | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

APP'X 1061


**Investigation Statement Form**

Non-Student Name: Austin Fairbairn                    Interview Date: 10/8/2024

**Investigator Notes**                                **Non-Student Corrections:**

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1062**


Non-Student Name: Austin Fairbairn                    Interview Date: 10/8/2024

| Investigator Notes | Non-Student Corrections: |
|---|---|
| ████████████████████ | |
| ████████████████████ | ████████ |
| 7.  I'm not recalling a name off the top of my head. | *change answer to "I don't know" |
| ████████████████████ | |
| 8.  Is there anything else that was shared with you by any of the Sq-17 freshmen that we haven't discussed?  something not on the memo that I did let Sgt Griffing know of, a couple weeks ago I happened to be | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

App'x 1063


Non-Student Name: Austin Fairbairn                    Interview Date: 10/8/2024

| **Investigator Notes** | **Non-Student Corrections:** |
|---|---|
| running with 16 and 21. I was out there in a 21 t-shirt so I kind of looked like one of the cadets. I saw the squadron 17 unit from afar and monitored them. They had their freshmen locked up and being yelled at while the rest of the corps was stretching. My concern was that I hadn't seen them stretch and that it happened for at least ten minutes. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ There was a lot of evasion, he wouldn't give a clear answer. I was getting frustrated. I wasn't full out yelling but the volume increased to a 4 or 5 out of 10. He was either blissfully ignorant or totally inept from my perspective. I did try to address it so I don't know if anything got fixed, they started running after that. To add to that, there were spend the night prospects watching this unfold as well. I let Ken Griffing know that day as well. There's other things that we can't quite determine whether it's normal corps activity or not so we tried to highlight in the memorandum the things that are a blatant disregard for that. | *Add "I was getting frustrated at his evasive answers"  *change "the volume" to "my volume" |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____


Non-Student Name: Austin Fairbairn                    Interview Date: 10/8/2024

| **Investigator Notes** | **Non-Student Corrections:** |
|---|---|
| 1.  What is your role within the Corps in relation to Squadron-17? SQ 17 I have nothing to do with them. I am advisor or mentor for the Special Tactics Squadron, SQ 16 and SQ 21. I interacted with the SQ 17 through AFROTC classes multiply times a week<br><br>2.  Can you describe the gashes that you observed on two freshmen's forearms? They were more than a cut, smaller than a hemoraging wound but large scabbed over area on their forearms on several cadets.<br><br>a.  When did you notice the gashes? The first or second week of school, in my AERS 101 class.<br><br>b.  How did you notice the gashes? Those cadets were sitting in the front row and when they adjusted in their seats it was very noticeable.<br><br>c.  How big were the gashes? Each cadet had at least one gash. They were large or extra large. 5 to 6 inches long and 1 to half inch wide. More than an abrasion, more of a gash.<br><br>d.  Which freshmen were these? I did not get their names at the time and we asked them what unit they were in, they both said SQ 17.<br><br>3.<br><br>I am not going to answer this question in order to protect the current cadet. ███████ <br><br>████████████████████ | *Sq 17 (and all AFROTC freshman) are my students<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>████████ |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _Austin J Fairbairn_

Investigator Signature: _____

**App'x 1065**

Division of Student Affairs
Department of Student Community Standards

**Investigation Statement Form**



Non-Student Name: Austin Fairbairn                           Interview Date: 10/8/2024

| **Investigator Notes** | **Non-Student Corrections:** |
|---|---|
| a. ▮▮▮▮▮▮▮▮▮▮ I do not know | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _Austin J Fair_

Investigator Signature: _____

**App'x 1066**

**Investigation Statement Form**



Non-Student Name: Austin Fairbairn                    Interview Date: 10/8/2024

| Investigator Notes | Non-Student Corrections: |
|---|---|
| ████████████████████ | |
| 7. | |
| I do not recall a name off the top of my head. | *I don't know the name |
| a.    Which upperclassmen told the freshmen this? I don't | *Add "know" to "I don't" |
| ████████████████████ | |
| Two Corps Runs ago, I was running with 16 and 21, I was in SQ 21 outfit shirt and looked like a cadet. They had their fish locked up and yelling at them. I saw the ████████████████ asked him why that was happening and he appeared to evade my question. I become frustrated. There were Spend the Night with the Corps visitors. I did not observe them stretch for a period of 10 mins prior to the run. | *Add "I became frustrated with his evasive answers" |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**App'x 1067**

Division of Student Affairs
Department of Student Community Standards

**Investigation Statement Form**



Non-Student Name: Austin Fairbairn                    Interview Date: 10/8/2024

| **Investigator Notes** | **Non-Student Corrections:** |
|---|---|
| The major issues were identified in the letter that we submitted but there were other smaller issues that we have heard about regarding SQ 17 | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _Austin J Fair_____

Investigator Signature: _____

**APP'X 1068**



## Student Conduct Investigation
## Acknowledgement

| Name: ▆▆▆▆ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ▆▆▆▆ | |
| Classification: ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| ▆▆▆▆ | |
| | |
| Email: ▆▆▆▆ | Telephone #: ▆▆▆▆ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1069**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

---

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▇▇▇▇▇▇▇▇

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

---

**Initial that which applies:**

_____ I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

---

**Participant signature:** _____ **Date:** _____



## Student Conduct Investigation
## Acknowledgement

| Name: ▓▓▓▓▓▓▓ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ▓▓▓▓▓▓▓ | |

**Classification:** ■Freshman　□Sophomore　□Junior　□Senior　□Grad/Professional

**Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable)

| | |
|---|---|
| Email: ▓▓▓▓▓▓▓ | Telephone #: ▓▓▓▓▓▓▓ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. (*Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules*)

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1071**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

---

**Acknowledge each statement by placing your initials in the space provided:**

acknowledge my responsibility to be truthful.

understand that I have the option not to answer questions or make any statement at all.

understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than

understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

acknowledge that I have the option to make a report with the appropriate law enforcement agency.

understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

---

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

---

**Participant signature:** _____ **Date** _____


Student Name: ███████          UIN: ███████          ███████

| Investigator Notes | For Student Corrections |
|---|---|

1.      How would you describe the culture in Sq-17? Very close nit. Love each other as brothers. We are there for each other. There is no division.

2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? They never said that. The hold us to the standard very tightly. Sometimes It's not necessary but we do it anyway. During FOW they were taught a special order. They will say I highly recommend you do it like this because we did it like this when we were fish. With the monster they where told its heaviest to lightest for the uniforms

3.      Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? No comment. I just heard it being said but not sure to who

a.      Have you personally been targeted by upperclassmen? Targeted or singled out no.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████



Chauncy Anderson          Investigator Signature: ███████


Student Name: ███████          UIN ███████          ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

████████████

████████████

5.    Can you tell us about freshmen getting injured during PT? Somebody got hit in the head with a football. ████████████

████████████

a.    Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? That might have happened at the very beginning and we did it on the grass the rest of the time. The staff member got mad when they saw us with gashes on our arm. I don't think we really knew we had bruises.

b.    Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? The fish that passed out wasn't told not to say anything.

6.    Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? The rooms were dark yes but they didn't really shove us in the room. They had the racks on the ground so we wouldn't get hurt if we fell down. They kinda pushed you a little bit

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████

Investigator Signature: _____


Student Name: ████████     UIN ████████     ████████████████

| Investigator Notes | For Student Corrections |
|---|---|

**Investigator Notes**

but if you held your own you wouldn't fall. I thought it was pretty fun because they were playing music and stuff. I saw a video of sq 17 from 2006 that was the same thing. ████████████████

████████████████

7.   Can you tell us about freshmen being told to keep shower and toilet doors open? We were never told to do it. We don't get yelled at for not doing it. Weve been told they did it that way in the past because it's a all male outfit. When making a head call we yell out "Crapper Sir" they will say "Shoot it".

8.

████ I didn't see that. I didn't hear anything about that.

████████████████

10.   Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? We were told to buy it at home depot because the coat wire woud not hold ████████

a.   What type of wire were the freshmen told to obtain? Copper Coated wire. Industrials type. We got the color wrong during the first time we made

The notes included above accur████████vided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**App'x 1075**


Student Name ▮▮▮▮▮     UIN: ▮▮▮▮▮     ▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

them. We had to stay up pretty late. ▮▮▮▮▮

and Sunday morning we started working in shifts. Painted the bottle caps. When

we got back to the dorm Sundy night at 7 ish to get new wire. We realized the

wire was wrong so we have to go get new wire, We were watching superbad.

They told them if they wanted to break the tradition that would be on thenm.

b.      How far were the freshmen told to go for this wire? Theary didn't tell us.

We just got it when we could. He did go far

c.      Who gave the freshmen these directions? answered

d.      What time of day/night did this occur? answered

e.      Which freshmen went to get the wire? Answered

f.      How was the wire paid for? We all have venmo that we pitched in for.

11.     Can you tell us about corps games that you've experienced? ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12.     Can you tell us about upperclassmen directing freshmen to purchase

items on a list within a short time span? Thats happened but we get plenty of

time. FOW we all went to Walmart to get things by a certain time. We had two

hours because of the buddy dinners.

The notes included above accura▮▮▮▮▮▮▮▮▮▮▮▮▮▮vided to the investigators.

Participant Signature: ▮▮▮▮▮_____

Investigator Signature: _____

**App'x 1076**


Student Name: ▮▮▮▮▮    UIN: ▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|

a.    What items were the freshmen directed to purchase? Brooms Cleainng gear.

b.    How long were the freshmen given to obtain these items? 2 hours

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13.    Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? Two or three people didn't have the right one so we had to go purchase more. Someone bought a swfter.

14.    Can you tell us about ▮▮▮▮ or other upperclassmen holding freshmen from class? If you tell them that you have class then they will let you go

15.    Can you tell us about freshmen having to stand on line during the academic day? No . AT one point for FTL inspections Now we have four that are allowed

16.    Can you tell us about not being allowed to lay down or sleep during the academic day? No comment

a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? They only do that if you have a fireteam leader inspection. We will be locked up by the beds getting inspection. They are chewing you out but its to make you better. They are checking for dust.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The notes included above accurate▮▮▮▮▮▮▮vided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮_____

Investigator Signature: _____

App'x 1077


Student Name: ▮▮▮▮▮▮▮      UIN: ▮▮▮▮▮▮      Interview Date: ▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |

17.   Can you tell us about cadets being afraid to go back to the dorms after class? Yes that happens. We are wanted to avoid instances we can get smoked for at the end of the day. Its avoidance. In order to avoid getting smoked.

18.   Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? That's never haappend

a.   Can you tell us about upperclassmen disrupting EST? nothing significant. Weve been chewed out for greetings. When you have the footlocker it means your dony have to switch.

19.   Can you tell us about your experience being kept up late at night? ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ He just talks about different things.

a.   Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? During FOW but hasn't been done since. Sometime you just put in airpods. Ilost 15 mins of sleep when it happened. Seeing the door open

20.   Can you tell us about "fish dress" within the dorm/hallway? They encourage us to wear long with socks  tuck in shirts.  We untuck when we leave the dorms.

21.   Can you tell us about not being allowed to go to church during the week?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮_____

Investigator Signature: _____


**Investigation Statement Form**

Student Name: ████████        UIN: ████████        ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| No. | ████████████ |

**22.** Can you tell us about not being allowed to go to certain places on campus to eat? They don't mess with us. They allow us

**23.** Can you tell us about freshmen not being allowed to eat a full meal? If they don't eat a full meal

**a.** Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? They will make us make statements .

**24.** Can you tell us about freshmen getting smoked by upperclassmen? I will be something you did wrong. ████ don't really smoke us. Not squaring your corners. They will give us special attention if we walk in the MSC out of bravos.

**25.** Can you tell us about freshmen having to post against the wall? Before morning and evening formation.

**a.** What does this position look like? Standing against the wall with your head and shoulders touching the wall. They will ask you to stand in the doorway if they have a questions.

**26.** Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Cant say head (grape) Cant say need want or butt. Cant say zip. Cant say tree or meatball. Cant say meat or ball. Not say knife or spay (pitchfork)

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████

Investigator Signature: _____

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

Student Name ▮▮▮▮▮    UIN: ▮▮▮▮▮    ▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 27.  Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No  28.  Is there anything we haven't asked you about that you would like to share?  No | |

The notes included above accurate▮▮▮▮▮▮▮▮ in the ▮▮▮▮▮▮▮▮▮ to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮

Investigator Signature: _____

App'x 1080


Student Name: ███████     UIN: ███████     ████████████

| Investigator Notes | For Student Corrections |
|---|---|
| 1.      How would you describe the culture in Sq-17? Very close knit. We love each other as brothers. I think most other outfits that can be said for, but we help each other out with everything and we're there for each other.<br><br>2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? They've never said that. They hold us to the standard very tightly but they'll encourage us to go a step ahead sometimes. Like it's not necessary and we all know that, but we do it because we want to. I'd like to reiterate that we're not required to do it.<br><br>Can you give an example of that? So like the monster, I am pretty sure what we were told during the modules during FOW was that it's heaviest to lightest. But they were taught a special order so we go along with that. When we have fire team inspections and ███████ come in, they'll be like "hey I highly recommend doing it like this because we did it like this our fish year". They don't mess anything up, it's just a suggestion.<br><br>What is the monster? It's the dresser. The thing with the door like the closet. So the clothes are organized heaviest to lightest.<br><br>3.      Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? No comment.<br><br>I've heard it ("fucking retards"), it wasn't directed to me.<br><br>████████████████████████ | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ___████████████___

_Audrey Winking_     Investigator Signature: ___████___

**App'x 1081**

Division of Student Affairs
Student Conduct Office



## Investigation Statement Form

Student Name: ▮▮▮▮▮▮    UIN: ▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮

**Investigator Notes**    **For Student Corrections**

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮

Investigator Signature: _____

**App'x 1082**



**Investigation Statement Form**

Student Name:          UIN:          Interview Date

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| | |
| 5.    Can you tell us about freshmen getting injured during PT? During PT, like morning physical training, | |
| | |
| a.    Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? I think that might have | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1083**


Student Name ███████████     UIN ███████████     ██████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| happened once at the beginning and then we did that on grass the rest of the time. I very much remember we were doing planks on concrete and then a staff member got mad and saw us so we went on the grass and we still do it on the grass now. I don't know why we did it on concrete. | |
| Who got the gashes/abrasions on their forearms? Most of us had scratches on our arms and the staff saw it when we were walking to Dunca, all of us had it because we were doing planks on concrete. | ████████ |
| Did whoever was leading the workout know and tell you to keep going? I don't think we really knew, we got up and were like oh man this kind of sucks. | |
| b.  Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? I don't think they've ever been told not to say anything ███████████████████ | |
| 6.  Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? It wasn't exactly, we weren't shoved into dark rooms. The rooms were dark, we walked in and whipped out to them in an orderly fashion. If you just held your own a little bit there was no way you'd get knocked over. If you did fall accidentally, they had our racks on the ground. We weren't making them quite yet so they weren't flipping racks or anything, they hadn't taught us how to make racks yet. But if you held your own, ████████████████████████ Their goal, they kind of | |

The notes included above accurate ████████████ ████████ vided to the investigators.

Participant Signature: ___████████████████_____

Investigator Signature: ___~~~~~~~~~~~~~~~~_____


Student Name: ▮▮▮▮▮     UIN: ▮▮▮▮▮     ▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| pushed you a little bit but their goal wasn't to put you on the ground, it was just to play with you I guess. | |
| Which upperclassmen were these? I honestly don't remember at this point. They just all were in the dark room, it seemed to be the same person. Again we weren't shoved into a dark room or anything. It was an orderly line into like four different rooms. I thought it was pretty fun, they were playing music, I though "this is what I joined for". I remember the night before FOW, I was looking through youtube and the only video I saw of sq-17 was similar but instead of being in the halls it was in the rooms. | |
| So this was during FOW? Yes. | |

7.    Can you tell us about freshmen being told to keep shower and toilet doors open? We were never told to do that. We weren't really encouraged to do

The notes included above accurately ▮▮▮▮▮ ed to the investigators.

Participant Signature: ▮▮▮▮▮

Investigator Signature: _____


Student Name ███████  UIN ███████  ███████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| it either. We were given that as a possibility. Some of us do it, some don't, you don't get yelled at if you don't. Personally I just choose depending on my mood. Were yall told it's a tradition? We had been told they did it that way in the past and that it's okay because it's an all-male outfit. It's also a tradition where before we flush we say "crapper sir" and they say "shoot it", that goes back to the old days where if you flush the toilet a hot shoot of water goes to the toilet. It doesn't do that now but we still say that today only when an upperclassman is in the bathroom. | ███████ |

8.

I didn't see that.

█████████████████████████

The notes included above accu███████████████ovided to the investigators.

Participant Signature: ███████████

Investigator Signature: _Kₚₗₕ_



**Investigation Statement Form**

Student Name: █████████     UIN: █████████     ████████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

███████████████████████████████████████

10.    Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? We were told to buy it at Home Depot. We were told coat hanger wire wouldn't be strong enough and it wouldn't last.

███████████████████████████████████████

a.    What type of wire were the freshmen told to obtain? It was copper coated wire. Industrial something. I didn't have to buy it, I just had to bend it. We got the color wrong the first night too. We got the regular metal colored and then we had to stay up pretty late fixing it. We had to go get new wire. It kind of sucked because we had to stay up. We spent most of Sunday making it. We knew we had to make them Wednesday but we didn't do anything Sunday. Can you explain that timeline? ███████████████████████ ████████████████████ Sunday morning we worked in shifts. We had pizza, painted bottle caps, punched holes in them, made the

The notes included above accurately su████████████████he investigators.

Participant Signature: _____████████████████_____

Investigator Signature: _____



## Investigation Statement Form

Student Name: ████████    UIN: ████████    ████████████

| Investigator Notes | For Student Corrections |
|---|---|

different parts, measured them according to our low quarters (shoes). It was a nice time. When we got back to the dorm Sunday night, I want to say maybe around 7 ish, that's when we realized it was the wrong color wire. An upperclassman told us it was the wrong wire, they said "I mean it's fine if you want to break a tradition that's been around since whenever" ████████ ████████████ Then we fixed them that night in the dorms. We fixed the spurs, watched Superbad at the same time. We had the priv to do that so that was fun. I don't remember what time we finished making them, I went to bed right after though. We didn't want to deviate from the tradition.

b.     How far were the freshmen told to go for this wire? They didn't tell us, we just got it wherever we could. I don't think fish Beckcom had to go far.

c.     Who gave the freshmen these directions? Answered.

d.     What time of day/night did this occur? Answered.

e.     Which freshmen went to get the wire? Answered.

f.     How was the wire paid for? We all have like a venmo thing, we all pitch in for stuff. It wasn't a significant amount for me to remember.

████████████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████

Investigator Signature: _____



## Investigation Statement Form

**Student Name:** ▮▮▮▮▮▮▮   **UIN:** ▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |

12.   Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? That's happened. We've had like a month. We do have some very financially gifted cadets who definitely help out those of us who aren't.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: ▮▮▮▮▮

**App'x 1089**


Student Name: ███████          UIN: ███████          ███████████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

a.       What items were the freshmen directed to purchase? Mostly like shirts and t-shirts.

During FOW we all went to Walmart to get all of that. Every other cadet had that list too so we had to go to multiple walmarts that time. We had to have a buddy dinner as well so we had like two hours. We could have coordinated it better and had some buddies go to one store and some go to another, I think they were trying to teach us to delegate but we were disorganized. It was the first week though.

b.       How long were the freshmen given to obtain these items? n/a

███████████████████████████

13.       Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? ███████████

███████████████████████████

Who told yall everyone has to have the exact same ones? I don't remember.

Do you remember who had the different ones? ███████████

███████████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████_____

Investigator Signature: _____


Student Name: ██████     UIN: ██████     ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

14.     Can you tell us about ████████ or other upperclassmen holding freshmen from class? If you tell them that you have a class, they'll let you go. They know that they can get in trouble if they don't let you go, so they do. If you're getting smoked or chewed out ████████ or upperclassman and you don't tell them you have class, it's really your fault in that instance. If you tell them you have class they say okay go get ready for class.

15.     Can you tell us about freshmen having to stand on line during the academic day? Generally, no. I actually can't think of a single instance of that. At one point for fire team inspections we'd have a bunch of people fall in but apparently we weren't supposed to do that. Now we have a max of four people.

16.     Can you tell us about not being allowed to lay down or sleep during the academic day? No comment.

a.     Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? They only do that if you have a scheduled fire team inspection. They'll be like "can you be in your hole in bravos at 12:30". They don't kick it in though, they swing it open. You know you'll be doing that so you can plan your day around it. We'll be locked up next to our beds, usually ████████████████████ ████████████ e'll make a pretty good speech, talk about what your class should be aiming for, it's usually pretty motivating. They're chewing you out but it's very useful. We've definitely had a lot of problems

The notes included above accurately s███████████████ b the investigators.

Participant Signature: _____████████████_____

Investigator Signature: _____⟨signature⟩_____

**APP'X 1091**


**Investigation Statement Form**

Student Name: ▮▮▮▮▮  UIN: ▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| solved through that, the sophomores notice more about our class than we do. The other guy will look around, check for dust, all that good stuff. They'll usually be talking to you the whole time and then towards the end they tell you what to fix for next time. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ b. Can you tell us about freshmen being smoked because their buddy was "sacking out"? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |

The notes included above accurately su▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: _____


Student Name: ███████     UIN: ███████     ████████████████████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

**Investigator Notes**

17. Can you tell us about cadets being afraid to go back to the dorms after class? Yes, that happens. But once you get there you realize it's really not that bad.

What are yall avoiding? I guess we're just wanting to avoid instances we could get smoked for later during PT. Sometimes an upperclassmen will come out of nowhere on the quad and if you don't greet them you'll hear about it later. Or if your door card is messed up or has a smudge on it you'll get in trouble. Being afraid to go to the dorms, it's really avoidance I guess. I used to have that but I'm getting better with it because I've realized that you're going to get that kind of smoke anyways. They'll find something. Whether you misgreet them or do nothing at all, we all get our fair share.

18. Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? That's never happened to my knowledge.

a. Can you tell us about upperclassmen disrupting EST? Nothing significant. Sometimes they'll open the door to check on us, that's it. We have a boot in the door, they can hear if we're talking too.

Blaring music in the hall? Maybe if an ████████ is walking to the shower but it doesn't last that long. I had one last night playing study music, it wasn't blaring. It was nice. Curious George kind of music.

Sounding off, greetings? Not during EST, we've been chewed out for that.

The notes included above accurately ██████████████████ to the investigators.

Participant Signature: ___████████████___

Investigator Signature: ___✒️___

APP'X 1093


Student Name ▮▮▮▮▮   UIN: ▮▮▮▮▮   ▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| Boot vs footlocker in the door? Initially we had footlockers in the door, but now we do boots. I don't know why it switched. | |
| 19.　Can you tell us about your experience being kept up late at night? ▮▮▮▮▮ | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| a.　Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Hasn't happened during FOW. I don't really know what they were doing, there were just loud sounds in the hallway. Some nights, not every night. It was maybe like 15 minutes, I remember timing at one point, it lasted like 15 minutes. I think it was around 11, 10:55ish. I remember timing it and it seemed like it lasted forever but it wasn't that long. Some buddies just put air pods in and they were fine. ▮▮▮▮▮ ▮▮▮▮▮ | ▮▮▮▮▮ |
| Do you know which upperclassman were doing it or why? No. at that point I was a scared little fish so I didn't want to look out the peephole. I will tell you, the scariest part of my life is during FOW when they'd flip the door handle and the door would open a little, I'd remember seeing the light and being like "no, no". | |

The notes included above accurately ▮▮▮▮▮▮▮▮▮▮ the information ▮▮▮▮▮ to the investigators.

Participant Signature: _____▮▮▮▮▮▮_____

Investigator Signature: _____*[signature]*_____

**App'x 1094**


Student Name: ▓▓▓▓  UIN: ▓▓▓▓  ▓▓▓▓▓▓▓

| **Investigator Notes** | **For Student Corrections** |
|---|---|

20.     Can you tell us about "fish dress" within the dorm/hallway? They encourage us to wear long white socks, tucked in shoe laces, tucked in shirt to shorts. No dingle dangle, the cords in the front. They made it clear it's our choice to do that. But the moment we leave the dorms we untuck everything because it looks very silly. We're okay with looking silly in the dorms when it's just us, but not outside.

What happens if you don't tuck everything in the hallway? They might say something but they won't smoke you for it.

Who is "they"? Any upperclassmen. They might mention it in passing but that's it, you just walk by.

21.     Can you tell us about not being allowed to go to church during the week?

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

22.     Can you tell us about not being allowed to go to certain places on campus to eat? ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▓▓▓▓▓▓▓▓▓▓▓

Investigator Signature:

**App'x 1095**


Student Name: ▮▮▮▮▮   UIN: ▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| 23. Can you tell us about freshmen not being allowed to eat a full meal? If they can't eat their meals before 8ams, that's the only time I could think of. I don't think anybody in my outfit eats that slow though. | |

23. Can you tell us about freshmen not being allowed to eat a full meal? If they can't eat their meals before 8ams, that's the only time I could think of. I don't think anybody in my outfit eats that slow though.

a. Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? They'll make us make statements but it doesn't impact the time we have to eat. The upperclassmen are very conscious about the time we have to eat. If you're making a statement, the moment you're done they say "resume chow". They're actively making sure we have enough time to eat. It's not a problem I've seen.

24. Can you tell us about freshmen getting smoked by upperclassmen? It happens. It's usually something you did wrong and they'll yell at you and then you'll fix it.

Anyone in particular? The seniors don't usually smoke us unless it's really bad.



The notes included above accurately summ▮▮▮▮▮▮▮▮▮▮▮▮▮▮e investigators.

Participant Signature: _____▮▮▮▮▮▮▮_____

Investigator Signature: _____ _____

**App'x 1096**


Student Name: ███████  UIN: ███████  ███████

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

they'll just push it in with PT. You're not going to get any special attention unless you do something really bad like walk into the MSC out of Bravos.

25.    Can you tell us about freshmen having to post against the wall? Just in the morning, before morning and evening formation and before football games.

a.    What does this position look like? Just standing against the wall. Grape on the back, your head and shoulders touching the wall, at attention. Nowadays though if you do something bad and they want to talk to you, they'll ask you to stand in the doorway, not on the wall.

26.    Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? We cannot say head, we say grape. We cannot need, want, like, we have to care. We cannot think, we cojutate. We cannot feel, we physically cojutate. We cannot say butt, we say rear. We cannot say zip ever. We cannot say tree, meatball, that's because of ross volunteers, we can't say that either. We say vertical foliage instead of tree. We cannot say meat or ball, so we would say bull neck sphere. They are not potatoes, they are spuds. It's not eggs, it is cackle. It is not a fork, knife, and spoon, it's a pitchfork, saber, and shovel. That's all I can think of off the top of my head.

27.    Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No.

The notes included above accurately su████████████████ e investigators.

Participant Signature: _____███████████_____

Investigator Signature: _____~~~~~~~~_____



**Investigation Statement Form**

Student Name ███████████  UIN: ███████  ██████████████████

**Investigator Notes**                                    **For Student Corrections**

| | |
|---|---|
| 28.   Is there anything we haven't asked you about that you would like to<br><br>share?  No. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████████

Investigator Signature: _____

**APP'X 1098**



## Student Conduct Investigation
## Acknowledgement

| Name: ███████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| UIN: ██████████ | |
| Classification: ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional | |
| Address: (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| ███████████ | |
| | |
| Email: ███████████ | Telephone #: ███████████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1099**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

--------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than_____.

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

--------------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

--------------------------------------------------------------------------------

**Participant signature** _____ **Date:** _____

**APP'X 1100**


**Investigation Statement Form**

UIN: ▮▮▮▮▮▮▮▮

**Investigator Notes**

**For Student Corrections**

1.      How would you describe the culture in Sq-17?

I would say it's tough.  They are very strict on us, but it's because they want us to be better.  Our upperclassmen have seen what's it's done for them, and they want the same for us.  There is a big push to build relationships amongst our buddies.  There's a big push in doing things right.  If it isn't done right we have to do it again.

2.      Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17?

With organizing our rooms, we were told one way during FOW, and then it took us a couple of weeks to get it right.  We were told to put hats above the desk, then the upperclassmen told us to put them on the shelf in the closet.  They would tell us to change it.  I'm not sure if it was in accordance with the Standard.

3.      Can you tell us about freshmen getting injured during PT?

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Other than that, we've only gotten a little scraped up from doing burpees and push-ups and stuff, but I think that's going to happen.

a.      Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises?

During FOW, we had stuff on our elbows from doing planks on bricks.  We do seal crawls inside on the volleyball courts at the Rec or on grass.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮

Investigator Signature:

**App'x 1101**



**Investigation Statement Form**

Student Name: ▮▮▮▮▮    UIN: ▮▮▮▮▮    ▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| ▮▮▮▮▮ | |

4.      Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled?

During FOW, we practiced whip outs. We'd go into the upperclassman rooms to whip out. We were pushing a lot, but they had a mattress laid out in case somebody fell over. There were two rooms on each side of the hall. The dark made the environment a lot more fun, if that makes sense.

5.      Can you tell us about freshmen being told to keep shower and toilet doors open?

They told us good bull is optional, but it's funny if you do. They don't make us do it. Some of them choose to keep the doors open. I don't; I care for my privacy. I don't believe it's a requirement.

6.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ▮▮▮▮▮

Investigator Signature: _____

**APP'X 1102**


## Investigation Statement Form

**Student Name** ████████████    **UIN:** ████████████    ████████████

| Investigator Notes | For Student Corrections |
|---|---|

I have no idea what happened with that. ████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

8.      Can you tell us what the Sq-17 freshmen were told to do regarding

obtaining the wire to make fish spurs?

We were told to get copper wire.

a.      What type of wire were the freshmen told to obtain?

Copper wire.

b.      How far were the freshmen told to go for this wire?

They gave us an old fish spur and told us to make them look exactly the same.

They didn't tell us to go the store and get it.  I don't know how they expected us

to get it.

c.      Who gave the freshmen these directions?

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature** _____

**Investigator Signature:**

**APP'X 1103**


## Investigation Statement Form

Student Name _____ UIN: _____

**Investigator Notes**　　　　　　　　　**For Student Corrections**

d.　　What time of day/night did this occur?

It was in the morning before the academic day started. I was showering and

getting ready for class.

e.　　Which freshmen went to get the wire?

f.　　How was the wire paid for?

They paid for it and put it in the shared Venmo group to split expenses.

9.　　Can you tell us about corps games that you've experienced?

IN the morning, we'll get into two fallout holes across from each other. We blow

a call and greet the hallway. We'll have people post online, and they check our

hydration pack is full, or shaves, or stuff like that. We'll get on the wall and greet

the hallway. At morning formation, we usually ask about campos. If we don't

know it, we follow them an do a class set (28) of pushups. Then we'll go back

into formation. We get into stretch lines after formation, then go PT. After PT,

we have breakfast, using Duncan etiquette. After breakfast, we go back to the

dorms to shower and get ready for class. During the Academic Day, we greet our

upperclassmen on the Quad and in the dorms. For evening formation, it's the

same as morning formation. They'll ask about campos. We'll go to dinner. After

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature:


Student Name: ███████        █████████        █████████████

| Investigator Notes | For Student Corrections |
|---|---|
| that, we go back for Evening Study Time.  Sometimes, upperclassmen will come talk to us, but most of the time, they just leave us alone.  On Wednesdays, we have lead lab, and then we sign out for chow during Evening Study Time.  We also have afternoon training times that are pretty much like morning PTs, except in the afternoon.  We also have fire team meetings with room inspections. ██ ███████████████████████████████████ | |

10.     Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span?

During FOW, they gave us a shopping list.  They gave it to us, and we went to get it.  All the other fish were doing it, so they were sold out of a good amount of stuff.

a.      What items were the freshmen directed to purchase?

Fabuloso, pledge, windex, paper towels, ammonia, suck straps, shoe polish, brass hangers, broom, mop, mop bucket.  Most of it was one per room.

b.      How long were the freshmen given to obtain these items?

I don't remember.  It was definitely very fast paced.  It was not very long.  Maybe 2 or 3 hours.  They asked us why we weren't back in time, but nothing more than that.

c.      Which upperclassmen directed the freshmen to do this?

████████████████████████████████

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████████

Investigator Signature: _~signature~_

**APP'X 1105**


Student Name: ████████    UIN: ████████    ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

11.    Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?

████████████████████████████████

12.    Can you tell us about ████████ or other upperclassmen holding freshmen from class?

When they're talking to you, it's hard to say "Bye!" It's an awkward interaction, because you can't just walk away—it's strange. It's happened to me, but I wasn't late to class. I may have been held up 10 minutes. It was definitely not casual conversation; it was definitely a Corps game kind of thing.

13.    Can you tell us about freshmen having to stand on line during the academic day?

I don't know. I don't think that's happened. If we're talking to a sophomore, we're supposed to stand at attention, but I don't think I've had to stand on line in the door frame.

14.    Can you tell us about not being allowed to lay down or sleep during the academic day?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ████████ _____

Investigator Signature: _____

**APP'X 1106**


## Investigation Statement Form

Student Name ▮▮▮▮▮▮  UIN: ▮▮▮▮▮ ▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| That's frowned upon—you'll get woken up. They don't wake us up, but they'll get one of our buddies to wake us up. Sleeping in the dorm is not allowed during the day. One of my buddies slept through lead lab. | ▮▮▮▮▮▮▮▮▮▮ |

a.    Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap?

No, not during the academic day. During training times, they'll bust in dorms to get the adrenaline pumping. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

b.    Can you tell us about freshmen being smoked because their buddy was "sacking out"?

I think in PT, if someone is doing back, we'll have to start over or join our buddies. It think "sacking out" means being lazy, but I don't recall getting smoked because somebody was lazy.

15.    Can you tell us about cadets being afraid to go back to the dorms after class?

Yeah, it's a chore to go back to the dorms, because you have to change your door card. It's not a fun place to be because you have to greet everyone. I don't go back during the day because I have classes on the other side of campus. I don't know about being scared, but it's definitely not enjoyable. We have to sign out on our door card for three places, and you have to erase it on your door card because you're not at those places anymore. You can go to three places and

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: _(signature)_

**App'x 1107**


**Student Name:** ▮▮▮▮▮▮▮    **UIN:** ▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| then you have to change it or have a buddy change it for you. It's to teach us to rely on each other. If I have three classes back-to-back, I have to rely on my buddy. We have to be specific in identifying which building we're going to. One time, an upperclassman saw one of my buddies at a place that wasn't on his card, and got a stern talking to. The biggest part is that they are on your door properly and formatted correctly. You have to fix it, if it's not correct.<br><br>16.  Can you tell us about upperclassmen denying freshmen to go to the library to study during EST?<br><br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>a.  Can you tell us about upperclassmen disrupting EST?<br>Our EST protocol is that fish who have homework go to one room, and fish who don't have homework go to another room. I'm always in the homework heavy hole because I'm trying to do math problems. Upperclassmen will come to the other room to chat with the fish. Sometimes we'll fit up to 20 in a room. Last night we had 4 in my room, and we were doing math. You can stay in your own room, but it's preferred that you spend time with at least one other buddy. It's not preferred that you study by yourself. It's a preference given by our upperclassmen. | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮

**Investigator Signature:** *[signature]*


## Investigation Statement Form

Student Name [REDACTED]    UIN: [REDACTED]    [REDACTED]

| **Investigator Notes** | **For Student Corrections** |
| --- | --- |

17.    Can you tell us about your experience being kept up late at night?

[REDACTED]

a.    Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?

My first night, I didn't know it happened—I slept right through it. The second night, I heard it. It was like a chain slamming on the door. It didn't last that long. It went down one side of the hallway and then up the other, and that was it.

18.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?

That happens sometimes. We're definitely yelled at a lot. Some of our upperclassmen are potty-mouths. There was an incident last week. One of our sophomores looked up and down the hallway to make sure nobody was there, but most of the time it's just the heat of the moment [REDACTED]

[REDACTED]

19.    Can you tell us about "fish dress" within the dorm/hallway?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: [REDACTED]

Investigator Signature: [signature]                    **APP'X 1109**


Student Name: ████████        UIN: ████        ████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| We were told it's not required, but we can choose to tuck in our shirts, tuck in our laces, pull up our socks, fasten all our buttons and zippers. This happens any time were in the dorms. It's not required, but it's required. They say it isn't, but it's expected. If we don't, they'll tell us to correct ourselves. If I was given the choice, I would do all these things. It's really stupid, but I'd do it. It's something to look back on fish year and remember. | |

20. Can you tell us about not being allowed to go to church during the week?

████████████████████████████████████████

21. Can you tell us about not being allowed to go to certain places on campus to eat?

During EST on Wednesday's, our upperclassmen told us to go to the Commons instead of Sbisa underground. It happens every Wednesday. We've stopped asking; we just go to the Commons. On other days, we can go wherever we want during the academic day.

22. Can you tell us about freshmen not being allowed to eat a full meal?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ████████

Investigator Signature: _____

**APP'X 1110**



### Investigation Statement Form

**Student Name:** ███████████  **UIN:** ███████  ████████████████  **APP'x 1111**

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| There have been a couple of times when someone has done something wrong, like messing up a buddy fact, and we just have to sit and think about it. That happened more earlier in the year. They would sit there without being able to eat. They got to eat some food, but they weren't able to finish. Eventually, they'd be told to eat.<br><br>a.      Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?<br><br>When you're talking to someone, or when they're talking to you, you can't eat. It's usually not such a big deal that you can't eat all your food. You have to ask permission to continue eating. It's always approved, but you have to jump through the hoops.<br><br>              but he got to finish his food.<br><br>b.      Can you tell us about freshmen having to eat so much food that they throw up?<br><br>During FOW, they would encourage us to eat more food, but some people took that too far. They encouraged it, but some people took it too far. If somebody had eaten two plates, they would say, "If you eat a third, I'll give you privileges."<br><br>23.      Can you tell us about freshmen getting smoked by upperclassmen?<br><br>I feel like that's every workout. During afternoon workouts, if you're doing poorly, somebody will take you aside and make you do other workouts. It's usually equally strenuous, but a different muscle group. I think it's more of an | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████████ _____

Investigator Signature: _____


## Investigation Statement Form

Student Name [redacted]          UIN [redacted]          [redacted]          App'x 1112

| Investigator Notes | For Student Corrections |
|---|---|
| accommodation than a punishment. Instead of expending energy one way, you just do it in another way.<br><br>24.  Can you tell us about freshmen having to post against the wall?<br><br>We'll line up on the wall before we fall out for formation (morning, evening, gameday). During FOW, we were on the wall a lot, because we were learning a lot, and leaving the dorm a lot.<br><br>a.  What does this position look like?<br><br>You're standing at attention on the wall with your head against the wall.<br><br>25.  Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?<br><br>Want, need, think, feel, and like (care, require, cogitate, physically cogitate or care)<br><br>[redacted]<br><br>Head – grape<br><br>But – however<br><br>Zip – corrugated fastener<br><br>Also, we can't abbreviate.<br><br>26.  Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>I can send a list of items. | [redacted] |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: [redacted]

Investigator Signature: [signature]

**App'x 1112**


**Investigation Statement Form**

Student Name ███████████       UIN: ███████████       ████████████████ **APP'X**

| Investigator Notes | For Student Corrections |
|---|---|
| 27.  Is there anything we haven't asked you about that you would like to share?  I don't think so. | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████████

Investigator Signature: ~~~signature~~~           **APP'X 1113**


**Investigation Statement Form**

Student Name [REDACTED]     UIN: [REDACTED]     [REDACTED]

**Investigator Notes**                                          **For Student Corrections**

1.     How would you describe the culture in Sq-17? It's tough, they're very strict on us, but it's because they want us to be better. The upperclassmen have seen what it's like, so they want us to have that hard experience as well. There's a big push of building relationships and being close with our buddies. There's a big push on doing things right, or you have to do it again. Like in PT, if it wasn't done right we have to do it again.

2.     Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? With organizing our rooms, we were told one way in the module during FOW, and then we were told it was wrong and it took us a couple weeks to figure out what the right way was. Such as we were told to put hats above the desk, and then upperclassmen told us to put them in closet on top shelf. If we didn't do it, we had to change it. Not sure if it's in accordance to standard to what.

3.     Can you tell us about freshmen getting injured during PT? [REDACTED]

[REDACTED]

a.     Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? During FOW we all had stuff on

The notes included above accurately summarize the information provided to the investigators.

Participant Signature [REDACTED]

Investigator Signature: *Laura Pratt*

**APP'x 1114**




Student Name: ███████     UIN: ████████     ███████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

our elbows from doing planks on the bricks. We've done those (seal crawls)

inside or on grass. Inside on the volley ball courts at the Rec.

[REDACTED]

4.    Can you tell us about freshmen being told to whip out to upperclassmen

in dark dorm rooms and then being shoved over and wrestled? During FOW we

did the whip outs and it was with two and two rooms. We were told to whip out

to upper classmen, pushing hard. I think some folks got surprised by the push,

but they had a mattress laid out in case that happened. Did they tell you why

they had lights turned out? No, but it made it a lot more fun.

5.    Can you tell us about freshmen being told to keep shower and toilet

doors open? They told us that good bull is optional, but it's funny if you do to

keep the stall doors open, because it's funny. But they're not going to make you.

Do most of your buddies choose to do this? Yes, but I don't. There wasn't a

requirement to do it, but it would be funny.

6.

I have no idea what happened with that, I

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████ _____

Investigator Signature: *Lauren Britt*                    **APP'X 1115**



**Investigation Statement Form**

Student Name: ██████████     UIN: ██████████          ██████████

| Investigator Notes | For Student Corrections |
|---|---|
| heard about it but I wasn't there so I honestly don't know. ██████████ | |
| ████████████████████████████████████████ | |
| ████████████████████████████████████████ | ██████████ |

8.  Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? We were told to get copper wire. They did not tell us how to do it.

a.  What type of wire were the freshmen told to obtain? Copper wire.

b.  How far were the freshmen told to go for this wire? They were just like, gave us the old spurs and make it look exactly like this. They didn't tell us to go to the store and get it. If they didn't tell you to go to the store to get it, how were you expected to acquire it? I have no idea.

c.  Who gave the freshmen these directions? ██████████████████ ██████████████████ I wasn't there for the directions because I had an 8am. My buddies relayed the information to me.

The notes included above accu██████████████ation provided to the investigators.

Participant Signature: ██████████

Investigator Signature: *Lauren Britt*

**App'x 1116**


**Student Name:** ▮▮▮▮▮▮   **UIN:** ▮▮▮▮▮   ▮▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|



d.      What time of day/night did this occur? It was in the morning before the academic day started, right after Duncan breakfast. I wasn't there because I was getting ready for class as I have an ▮▮▮ class.

e.      Which freshmen went to get the wire? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

f.      How was the wire paid for? They paid for it and then put it in our shared venmo group to split expenses.

9.      Can you tell us about corps games that you've experienced? Morning — we'll all get in fall out holes across the hasll from each other, someone get out here and bug call, get on the wall and greet the hallway. Others have to post and make sure your hydration pack is full. And then go away, two fish post on line — know their campos or they shaved. Then we all get on the wall, greet the hallway, then go to morning formation. There they usually ask about campos again, if you don't know it, then you're on me (as in come with me), then have to do 28 push ups. And then, you go back to formation. Then we'll get into stretch lines, PT, then we'll go have breakfast. Duncan etiquette. Then, they'll split people up into holes and keep asking about campos or stuff until academic day started, then they'll leave you alone. Then during academic day, greet upperclassmen on quad and stuff. Evening formation — same story, be in the fall out halls and someone has to post in line and ask about campos again, get on the way all again, then evening formation. Duncan etiquette stuff, then evening study

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ▮▮▮▮▮▮▮▮▮▮▮

**Investigator Signature:** *[signature]*

**APP'X 1117**



## Investigation Statement Form

**Student Name:** ████████████     **UIN:** ████████     ██████████████

| Investigator Notes | For Student Corrections |
|---|---|

time. Sometimes upperclassmen will come talk to you, but most of the time they just leave us alone. Afternoon training times – like morning PT. Fire team meetings –          will do room inspections and check everything.

10.     Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? Yes, that was during FOW. They asked them to buy stuff on a shopping list you need, and so we went to get our stuff. All the other fish were doing it, so they were sold out of a good amount of stuff.

a.     What items were the freshmen directed to purchase? Cleaning supplies, fabuloso, pine sole, pledge, windex, paper towels, ammonia, straps for uniforms, shoe polish, brass hangers, broom and mop, mop bucket – most of this was one per room.

b.     How long were the freshmen given to obtain these items? I don't remember. It was definitely fast paced, pretty sure we were late. It wasn't every long. I think it was maybe 2-3 hours. We were bad bulled because we're late, just sort of scolded if we didn't do what we were supposed to do. Nothing more than that.

███████████████████████████████████

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature** ████████████████

**Investigator Signature:** *Lauren Bourdt*

**APP'X 1118**


## Investigation Statement Form

Student Name: ████████  UIN: ████████  ████████

| Investigator Notes | For Student Corrections |
|---|---|

11. Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?



12. Can you tell us about ████████ or other upperclassmen holding freshmen from class? When they're talking to you, it's hard to cut off a conversation to leave. Creates an awkward conversation to just walk away when you need to get to class. If they're talking to you during the day, it's strange to try and walk away. It's happened to me, but I wasn't late to class. They held me up maybe 10 minutes. It was not casual conversation, it was corps games kinda thing, seemed more intentional.

13. Can you tell us about freshmen having to stand on line during the academic day? I don't think that's happened to me.

14. Can you tell us about not being allowed to lay down or sleep during the academic day? Yeah that's frowned upon. I think someone did that and got a buddy to wake him up. We don't sleep in the dorms during the day. It makes you more productive if you're not sleeping during the day.

The notes included above a̶ ̶ ̶ ̶ ̶the information provided to the investigators.

Participant Signature ████████

Investigator Signature:



# Investigation Statement Form

**Student Name:** ███████     **UIN:** ███████     ████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| | |

a.      Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? No I don't think they kick in doors. They might do this during training time to get adrenaline pumping, but during the academic day no. No one really tries to sleep in the dorms. When I was sick, I was sleeping in the dorms and they left me alone.

b.      Can you tell us about freshmen being smoked because their buddy was "sacking out"? In PT, if someone's doing something bad, we'll have to start over, so everyone gets screwed over. I think sacking out is when you're not doing what you're supposed to but I don't know that others get smoked because you're being lazy.

15.      Can you tell us about cadets being afraid to go back to the dorms after class? Yes. It's a chore to go back to the dorms because you have to greet the whole way and change your dorm cards (you can put three places on your card and you have to erase it because you're not at those places anymore – you can go three different places then you have to come back to change your places or someone else has to change them for you). Why do we do this? I think it's to teach us to rely on each other. Building buddy class unity. You have to say what building you're going to.  It's not a fun place to be. Some people don't like coming back. I don't come back because I have classes on the other side of campuses so it doesn't make sense to me. I don't know about scared, but many don't enjoy it. One time an upperclassmen saw a buddy at a place he wasn't

The notes included above ac█████████████vided to the investigators.

**Participant Signature** ██████████████

**Investigator Signature:** *Lauren Durrett*

**APP'X 1120**



**Student Name:** ███████  **UIN:** ███████  ███████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|

supposed to be (wasn't written on his card), and he got a stern talking to. The biggest part is if it's formatted correctly on the door, have to fix if it's not correct. Who decides what is correct? Based on what's written on the door card.

16. Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? I think they were signing out to an LSC and not the library, but they were told no. Just study in the dorms. Who? Don't recall who it was, but remember it happening. They were told they cannot leave the dorm. This was a week to maybe two or three weeks ago – fairly recently, definitely in September. ███████████████

████████████████████

a. Can you tell us about upperclassmen disrupting EST? Those who are locking in go to one room, those with less homework go to another one. Bored upperclassmen will come and talk to/have fun with the less homework room. But they don't go to the heavy study room. How many freshman are in each of these rooms? Depends on the day – most of the time its four, but sometimes up to 20. Are you required to go to one of these two rooms? You can stay in your own room, but it's preferred that you are with at least one other buddy. It is not preferred that you study by yourself. Upperclassmen tell us they preference always being with a buddy.

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ███████████

**Investigator Signature:** *Lauren Orsell*



**Investigation Statement Form**

Student Name: ███████      UIN: ███████      ███████

| Investigator Notes | For Student Corrections |
|---|---|
| 17.    Can you tell us about your experience being kept up late at night? Yes. Sometimes we'll have meetings after evening study time, for important information for upcoming things and chaplain meetings are after evening study time. These meetings are required. Usually somewhere around 11:20pm that we're done. | |

17.    Can you tell us about your experience being kept up late at night? Yes. Sometimes we'll have meetings after evening study time, for important information for upcoming things and chaplain meetings are after evening study time. These meetings are required. Usually somewhere around 11:20pm that we're done.

a.    Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? Yeah. My first time I slept right through it. The second night I heard it. It was like a chain sliding on door. I don't think it lasted that long. It was like down the hallway and back up and that was it.

18.    Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? That happens sometimes. We're definitely yelled at a lot, especially during training times. Some of our upperclassmen are potty mouths.

███████████████████████████████████████████

19.    Can you tell us about "fish dress" within the dorm/hallway? We are told it's not required but you can choose to do it. It's where you pull your socks up, then tuck in laces, tuck in shirt, make sure all fasteners fastened. Basically to

---

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████

Investigator Signature: *Lauren Durrett*

**APP'X 1122**


Student Name: ▮▮▮▮▮▮▮    UIN: ▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮

| Investigator Notes | For Student Corrections |
|---|---|
| make look ridiculous as possible. Especially if you've got a polo or something. Anytime you're in the dorms. Is it required? No but yes. It pretty much is required but they say it's not. I think sophomores think it's required. If we don't, they'll tell you to do it. I think it's just stupid and funny, just another thing to look back on and laugh at. | |

20.    Can you tell us about not being allowed to go to church during the week? They'll tell us we have to leave Breakaway early because we have to get back by the end of EST. That's all I can think of. Normally they're good about letting us go. Pretty sure it's a corps requirement, we can't be signed out any later than 10:30. Because we're freshman. So anything on campus past 10:30 we can't go. We are not allowed to sign out past EST. If I wanted to keep studying after, have to keep studying in room. Required to stay in the dorm. I believe it's a corps policy?

21.    Can you tell us about not being allowed to go to certain places on campus to eat? During EST on Weds, we have to sign out to eat. We would be told to go to Commons (told by upperclassmen) because it's closer when we wanted to go to Sbisa Underground. This happens pretty much every weds. We just stop asking now. After the academic day, have to ask permission where can go eat.

22.    Can you tell us about freshmen not being allowed to eat a full meal? There's been a couple times when someone will do something really wrong, or if an upperclassmen will ask you for a buddy fact and if you don't know it they'll

The notes included above accurately summarize the information provided to the investigators.

Participant Signature ▮▮▮▮▮▮▮

Investigator Signature: *Lauren Britt*

APP'X 1123


## Investigation Statement Form

Student Name: ████████  UIN: ████████  ████████████████████

| Investigator Notes | For Student Corrections |
|---|---|

make you sit there until you know it. Doesn't happen as much now, but happened a lot in the beginning of the year. They might have to wait and may not be able to finish their meal.

a.  Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? See above. When you're talking to someone you can't eat. When you're done talking then you can ask to resume eating. It's usually not a big deal to be able to eat all your food. You have to ask permission before you can resume eating

and that didn't go well. An upperclassmen gave them a talking to about etiquette

b.  Can you tell us about freshmen having to eat so much food that they throw up? During FOW they would encourage you to eat more food because we were very active. Some people took that too far. The upperclassmen were bribing/pushing some to eat more. "if you eat a third plate, I'll give you a priv" sort of deal.

23.  Can you tell us about freshmen getting smoked by upperclassmen? Every workout. During afternoon training times, if you're doing really bad, they'll make you go with them and do a different workout with you and then send you back to your buddies. Say you're doing duck walks and you stand up, then they'll have you do something that's not duck walks. They'd just have us do a different muscle group – like make you do burpees and then go back. The point is to

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████

Investigator Signature: _Lauren Drnett_

**APP'X 1124**


Student Name: ███████    UIN: ███████    ███████████

| Investigator Notes | For Student Corrections |
| --- | --- |

expend effort the entire time, so they'll give you something else to keep you moving.

24.     Can you tell us about freshmen having to post against the wall? Before we go for formation, and before game day formations. During FOW we were on the wall a lot of the time, but that was when we were learning how to greet.

a.     What does this position look like? Standing at attention with head on the wall.

25.     Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? Want need think feel like – care for something, require, cogitate, physically cogitate. We can't know John – so we say Mr. White. For example, can't put John Walker. Head – grape. Zip = corrugated fastener ; but – however; can't abbreviate anything, so we'll use full name or full acronym name

26.     Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? I can send a list of items – the shopping list.

27.     Is there anything we haven't asked you about that you would like to share?

I don't think so.

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████

Investigator Signature: *Lauren Smith*

**APP'X 1125**



## Student Conduct Investigation
## Acknowledgement

| Name | ███████████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|---|
| **UIN:** | ██████████ | |

**Classification:** ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional

**Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable)

| | | |
|---|---|---|
| | ████████ | |
| | | |

| **Email:** | ████████████ | **Telephone #** | ████████ |
|---|---|---|---|

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1126**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

-----------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▮▮▮▮▮▮▮▮▮▮.

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

-----------------------------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

-----------------------------------------------------------------------------------------------

**Participant signature:**_____ **Date:**_____


## Investigation Statement Form

Student Name: ███████████  UIN: ███████████  ███████████

| Investigator Notes | For Student Corrections |
|---|---|
| **1.** How would you describe the culture in Sq-17? <br><br> No comment <br><br> **2.** Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? <br><br> No comment <br><br> **3.** Can you tell us about freshmen getting injured during PT? <br><br> No comment <br><br> **a.** Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? <br><br> No comment <br><br> **b.** Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? <br><br> No Comment <br><br> **4.** Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? <br><br> No comment <br><br> **5.** Can you tell us about freshmen being told to keep shower and toilet doors open? <br><br> No comment | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ███████████

Investigator Signature: _~~Susan Fox~~_ _~~[signature]~~_

**APP'X 1128**


Student Name: ▮▮▮▮▮▮▮      UIN: ▮▮▮▮▮      ▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| 6. | |
| No comment | |
| 7. | |
| No comment | |
| 8. Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? | |
| No comment | |
| a. What type of wire were the freshmen told to obtain? | |
| No comment | |
| b. How far were the freshmen told to go for this wire? | |
| No Comment | |
| c. Who gave the freshmen these directions? | |
| No Comment | |
| d. What time of day/night did this occur? | |
| No Comment | |
| e. Which freshmen went to get the wire? | |
| No Comment | |
| f. How was the wire paid for? | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1129**



**Investigation Statement Form**

Student Name: ▮▮▮▮▮▮▮▮▮▮    UIN: ▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| No Comment | |

9. Can you tell us about corps games that you've experienced?

No Comment

10. Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span?

No comment.

a. What items were the freshmen directed to purchase?

No comment

b. How long were the freshmen given to obtain these items?

No comment

c. Which upperclassmen directed the freshmen to do this?

No Comment

11. Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class?

No Comment

12. Can you tell us about ▮▮▮▮▮▮▮ or other upperclassmen holding freshmen from class?

No comment

13. Can you tell us about freshmen having to stand on line during the academic day?

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Investigator Signature: _John M Keys III_

**APP'X 1130**

## Investigation Statement Form



**Student Name:** ███████████  **UIN:** ████████  ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| No Comment | |
| 14. Can you tell us about not being allowed to lay down or sleep during the academic day? | |
| No Comment | |
| a. Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? | |
| No Comment | |
| b. Can you tell us about freshmen being smoked because their buddy was "sacking out"? | |
| No Comment | |
| 15. Can you tell us about cadets being afraid to go back to the dorms after class? | |
| No comment | |
| 16. Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? | |
| No comment | |
| a. Can you tell us about upperclassmen disrupting EST? | |
| No comment | |
| 17. Can you tell us about your experience being kept up late at night? | |
| No Comment | |

The notes included above accurately summarize the information provided to the investigators.

**Participant Signature:** ████████████

**Investigator Signature:**

**App'x 1131**



## Investigation Statement Form

**Student Name:** ███████████        **UIN:** ██████████        ████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| a. Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week?<br><br>No comment | |
| 18. Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"?<br><br>No comment | |
| 19. Can you tell us about "fish dress" within the dorm/hallway?<br><br>No comment | |
| 20. Can you tell us about not being allowed to go to church during the week?<br><br>No comment | |
| 21. Can you tell us about not being allowed to go to certain places on campus to eat?<br><br>Nowhere was off limits | |
| 22. Can you tell us about freshmen not being allowed to eat a full meal?<br><br>No comment | |
| a. Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food?<br><br>No comment | |

The notes included above accurate ███████████████████████████████████████████.

**Participant Signature:** _____████████████████████_____

**Investigator Signature:** _John M Regan____


Student Name: ████████████    UIN: ████████    ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| b.    Can you tell us about freshmen having to eat so much food that they throw up?<br><br>No comment<br><br>23.    Can you tell us about freshmen getting smoked by upperclassmen?<br><br>No comment<br><br>24.    Can you tell us about freshmen having to post against the wall?<br><br><br>a.    What does this position look like?<br><br>At the position of attention with your head against the wall.<br><br>25.    Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead?<br><br>No comment<br><br>26.    Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)?<br><br>No comment<br><br>27.    Is there anything we haven't asked you about that you would like to share?<br><br>No<br><br>28.    Do you feel that you will be retaliated against if you answer any of out our questions?<br><br>████████████████ | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____████████████_____

Investigator Signature: _*John M. Reyes*_ _____

Division of Student Affairs
Student Conduct Office



**Investigation Statement Form**

Student Name: ████████████     UIN: ████████     ████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████

Investigator Signature: _*John M. Regan*_____

**APP'X 1134**



## Investigation Statement Form

**Student Name:** ███████████     **UIN:** ███████     ████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| 1.       How would you describe the culture in Sq-17? No comment<br><br>2.       Can you tell us about upperclassmen telling the freshmen that the Standard doesn't apply to Sq-17? No comment<br><br>3.       Can you tell us about freshmen getting injured during PT? No comment<br><br>a.       Can you tell us about freshmen having gashes/abrasions on their forearms from seal crawls or any other exercises? No comment<br><br>b.       Can you tell us about cadets passing out or getting injured during PT and being told not to say anything? No comment<br><br>4.       Can you tell us about freshmen being told to whip out to upperclassmen in dark dorm rooms and then being shoved over and wrestled? No comment<br><br>5.       Can you tell us about freshmen being told to keep shower and toilet doors open? No Comment<br><br>6.<br><br>No Comment<br><br>7.<br><br>8.       Can you tell us what the Sq-17 freshmen were told to do regarding obtaining the wire to make fish spurs? No comment<br><br>a.       What type of wire were the freshmen told to obtain? Not asked<br><br>b.       How far were the freshmen told to go for this wire? Not asked | |

The notes included above accurately ~~summarize the information provided to~~ the investigators.

**Participant Signature:** ████████████████████

**Investigator Signature:** Susan Fox Forbes ᶜ . ~~~~~~~~


**Investigation Statement Form**

Student Name:           UIN:           Interview Date:

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| c.     Who gave the freshmen these directions?  Not asked <br><br> d.     What time of day/night did this occur?  Not asked <br><br> e.     Which freshmen went to get the wire?  Not asked <br><br> f.     How was the wire paid for?  Not asked <br><br> 9.     Can you tell us about corps games that you've experienced? No Comment <br><br> 10.    Can you tell us about upperclassmen directing freshmen to purchase items on a list within a short time span? No Comment <br><br> a.     What items were the freshmen directed to purchase? Not asked <br><br> b.     How long were the freshmen given to obtain these items? Not asked <br><br> c.     Which upperclassmen directed the freshmen to do this? Not asked <br><br> 11.    Can you tell us about freshmen having to purchase new brooms or mops in order to be unified and have the same exact supplies as the rest of the buddy class? No comment <br><br> 12.    Can you tell us about          or other upperclassmen holding freshmen from class?  No comment <br><br> 13.    Can you tell us about freshmen having to stand on line during the academic day? No comment <br><br> 14.    Can you tell us about not being allowed to lay down or sleep during the academic day? No comment | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____

Investigator Signature: _____

**APP'X 1136**



## Investigation Statement Form

**Student Name:** ███████████     **UIN:** ████████     ████████████████

| **Investigator Notes** | **For Student Corrections** |
|---|---|
| a.     Can you tell us about upperclassmen kicking in doors during the academic day while cadets were trying to nap? No Comment<br><br>b.     Can you tell us about freshmen being smoked because their buddy was "sacking out"? No comment<br><br>15.     Can you tell us about cadets being afraid to go back to the dorms after class? No comment<br><br>16.     Can you tell us about upperclassmen denying freshmen to go to the library to study during EST? No Comment<br><br>a.     Can you tell us about upperclassmen disrupting EST? no comment<br><br>17.     Can you tell us about your experience being kept up late at night? No comment<br><br>a.     Can you tell us about upperclassmen hitting a chain or other object against the doors and shaking door handles late at night (approximately 11pm-1am) during fish week? No comment<br><br>18.     Can you tell us about cadets being yelled at, cussed at, and/or called "fucking retards"? no comment<br><br>19.     Can you tell us about "fish dress" within the dorm/hallway? No comment<br><br>20.     Can you tell us about not being allowed to go to church during the week? No comment<br><br>21.     Can you tell us about not being allowed to go to certain places on campus to eat? Nowhere is off limits | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: ████████████████

Investigator Signature: ~~~~~~~~~~~~~~~~

**App'x 1137**



**Investigation Statement Form**

Student Name: ███████████  UIN: ████████   ████████████████

| Investigator Notes | For Student Corrections |
|---|---|
| 22.    Can you tell us about freshmen not being allowed to eat a full meal? No comment <br><br> a.    Can you tell us about freshmen having to make statements during meals that limit your time and ability to eat your food? No comment <br><br> b.    Can you tell us about freshmen having to eat so much food that they throw up? No comment <br><br> 23.    Can you tell us about freshmen getting smoked by upperclassmen? No comment. Smoking makes you sweat. <br><br> 24.    Can you tell us about freshmen having to post against the wall? At attention with your head against the wall, not out of the ordinary <br><br> a.    What does this position look like? above <br><br> 25.    Can you tell us about words that freshmen aren't allowed to know or say, and what freshmen are told to call those items instead? No comment <br><br> 26.    Do you have any documentation that you can submit for the investigation (screenshots, pictures, videos, etc.)? No comment <br><br> 27.    Is there anything we haven't asked you about that you would like to share?  No <br><br> 28. Do you feel you will be retaliated against if you answer questions. ████████ <br> ████████████████████ | |

The notes included above accurately summarize the information provided to the investigators.

Participant Signature: _____████████████████_____

Investigator Signature: _____

**APP'X 1138**



## Student Conduct Investigation
## Acknowledgement

| Name: ███████ | Pronouns (*Optional* i.e., ze, she, he, they): |
|---|---|
| **UIN:** ███████ | |
| **Classification:** ■Freshman ☐Sophomore ☐Junior ☐Senior ☐Grad/Professional | |
| **Address:** (if you live on campus, please include residence hall name AND P.O. Box if applicable) | |
| ███████ | |
| **Email:** ███████ | **Telephone #:** ███████ |

You have been identified as potentially having knowledge of an incident reported to the Student Conduct Office at Texas A&M University. As such, you are being asked to participate in an official University student conduct investigation. Information provided to the University investigators could result in the issuance of charges of violations of University Student Rules related to the Student Conduct Code and/or Student Organization rules. Therefore, you should know that you may choose to not answer questions or make any statement at all.

 If you choose to respond to questions asked by the University officials conducting this investigation, you have an obligation to respond truthfully as stated in the University Student Rules and supported by the Aggie Honor Code, "An Aggie does not lie, cheat or steal or tolerate those who do." Failure to uphold this responsibility may result in conduct action. *(Sections 24.4.1 Dishonesty and 24.4.23. Abuse of process, Texas A&M University Student Rules)*

Please be advised that according to Texas State Law and the Texas A&M University Student Rules, **you do have a responsibility to report firsthand knowledge or information** about alleged incidents of **hazing** to an appropriate University official. Failure to report such information may also result in further action by the state. (*Texas Education Code § 37.152. hazing; Section 24.4.5. Hazing, Texas A&M University Student Rules*).

During this interview, you will have the opportunity to answer a series of questions related to an incident reported to the Student Conduct Office at Texas A&M University. At the conclusion of the interview, you will be asked to review and sign-off on the notes taken by the investigators, which document your responses to the interview questions. You will also be given an opportunity to provide a written statement and/or other supporting documentation including, but not limited to: text messages, emails, digital recordings, and/or photographs. In order to include these items in the investigation, you will be asked to submit them within a designated deadline. Items submitted following the designated deadline may not be included in the final investigation report.

All documents affiliated with this investigation report, including notes taken during this interview, are the property of Texas A&M University. As such, students or their advisors shall not have access to any part of the investigation report following this interview unless and until a charge letter is issued to an individual student or student organization. At such time, reasonable access to relevant portions of the investigation will be given to the charged student and/or designated representatives of a student organization charged.

In addition to providing information to the investigators, you have the option to report this matter to the appropriate law enforcement agency (University Police Dept., College Station Police Dept., Bryan Police Dept., and Brazos County Sheriff's Office). Actions taken by the University should in no way be construed to prevent or preclude your option to pursue action by local law enforcement.

**APP'X 1139**



Digital or other recordings of this investigation interview are not permitted. Failure to abide by this requirement may result in conduct action. (*Section 24.4.18. Unauthorized recording, Texas A&M University Student Rules*)

Disruption or interference with an investigation, initiating a false report, attempting to discourage another's participation in the investigation, and/or intimidation or retaliation against any reporting party are prohibited by the Texas A&M University Student Rules. (*Section 24.4.23. Abuse of process, Texas A&M University Student Rules*)

---------------------------------------------------------------------------------------------

**Acknowledge each statement by placing your initials in the space provided:**

I acknowledge my responsibility to be truthful.

I understand that I have the option not to answer questions or make any statement at all.

I understand that I have the ability to choose which questions I answer during my interview and can vocalize which questions I do not feel comfortable answering, which shall be included in investigators' notes.

I understand I have the option to provide a written statement and/or other items related to this incident for this investigation no later than ▇▇▇▇▇▇▇▇▇▇▇▇_____

I understand that I will have the opportunity to provide my review of the investigators' notes at the conclusion of my interview.

I acknowledge that I have the option to make a report with the appropriate law enforcement agency.

I understand that information and/or statements I provide in this investigation may be made available to other individuals if those individuals are charged with a violation of University Student Rules, as well as other University officials (including law enforcement).

---------------------------------------------------------------------------------------------

**Initial that which applies:**

I agree to proceed with the interview and have my answers to the investigators' questions related to this incident documented through note taking by the investigators.

_____ I do **not** agree to answer the investigators' questions related to this incident but have appeared for my appointment as required.

---------------------------------------------------------------------------------------------

**Participant signature** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇_____ **Date:** ▇▇▇▇▇▇

**APP'X 1140**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 106404622
Filing Code Description: Response
Filing Description: 20251002_Aples Resp 2 Mtn 2 Abate wAPPX_Part1
Status as of 10/3/2025 10:06 AM CST

Associated Case Party: Brian Beckcom

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew J.Kita | | matt@mattkita.com | 10/3/2025 8:29:45 AM | SENT |
| Matthew J.Kita | | matt@mattkita.com | 10/3/2025 8:29:45 AM | SENT |

Associated Case Party: Texas A&M University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason T.Contreras | | jason.contreras@oag.texas.gov | 10/3/2025 8:29:45 AM | SENT |
| Jason T.Contreras | | jason.contreras@oag.texas.gov | 10/3/2025 8:29:45 AM | SENT |